# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., ACTAVIS ELIZABETH LLC, ACTAVIS LLC, TEVA PHARMACEUTICALS USA, INC., APOTEX INC., APOTEX CORP., AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, SAWAI PHARMACEUTICAL CO., LTD., SAWAI USA, INC., PRINSTON PHARMACEUTICAL INC., ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., HUAHAI US INC., SOLCO HEALTHCARE US, LLC, WINDLAS HEALTHCARE, PVT. LTD.,WINDLAS BIOTECH LTD., ZYDUS PHARMACEUTICALS (USA), INC., CADILA HEALTHCARE LTD. (d/b/a ZYDUS CADILA), LUPIN LTD. and LUPIN PHARMACEUTICALS, INC. <br><br> Defendants. | C.A. No. _____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES**
**INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively "Plaintiffs") hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. §355(b)(2):

Date Patentee(s) Receive Notice:

| Defendant(s) | Date of Notice Letter |
| --- | --- |
| Sandoz Inc. | September 9, 2016 |
| Actavis Elizabeth LLC, Actavis LLC and Teva Pharmaceuticals USA, Inc. | August 24, 2016 |
| Apotex Inc. and Apotex Corp. | October 10, 2016 |
| Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC | September 8, 2016 |
| Sawai Pharmaceutical Co. Ltd. and Sawai USA Inc. | September 12, 2016<br>July 24, 2018 |
| Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co. Ltd., Huahai US Inc., and Solco Healthcare US LLC | September 8, 2016 |
| Windlas Healthcare Pvt. Ltd and Windlas Biotech Ltd. | September 7, 2016 |
| Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd. (d/b/a Zydus Cadila) | September 6, 2016<br>July 6, 2018 |
| Lupin Ltd. and Lupin Pharmaceuticals, Inc. | August 25, 2016 |

Date of Expiration of Patent:         10,842,780 (September 28, 2029)

Thirty Month Stay Deadline:           Not applicable

| | |
|---|---|
| Dated:  November 24, 2020 | MCCARTER & ENGLISH, LLP |
| | /s/ *Daniel M. Silver* |
| | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| | Renaissance Centre |
| OF COUNSEL: | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| Simon D. Roberts | (302) 984-6300 |
| Jason A. Leonard | dsilver@mccarter.com |
| Nitya Anand | ajoyce@mccarter.com |
| Chika S. Seidel | |
| Vincent Li | *Attorneys for Plaintiffs* |
| HOGAN LOVELLS US LLP | |
| 390 Madison Avenue | |
| New York, NY 10017 | |
| (212) 918-3000 | |
| simon.roberts@hoganlovells.com | |
| jason.leonard@hoganlovells.com | |
| nitya.anand@hoganlovells.com | |
| chika.seidel@hoganlovells.com | |
| vincent.li@hoganlovells.com | |
| | |
| Celine Jimenez Crowson | |
| HOGAN LOVELLS US LLP | |
| Columbia Square | |
| 555 Thirteenth Street, NW | |
| Washington, D.C. 20004 | |
| (202) 637-5600 | |
| celine.crowson@hoganlovells.com | |

ME1 35061451v.1