**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS PHARMA INC., et al.,<br><br>       Plaintiffs,<br><br>  vs.<br><br>SANDOZ INC., et al.,<br><br>       Defendants. | C.A. No. 20-1589-JFB-CJB |

**STIPULATION AND [PROPOSED] ORDER GOVERNING ACCEPTANCE OF SERVICE
OF PROCESS AND RESPONSE TIME TO COMPLAINT**

WHEREAS, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas" or "Plaintiffs") filed the above-captioned action on November 24, 2020 against Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co. Ltd., Huahai US Inc., and Solco Healthcare US LLC (collectively, "Prinston"), among others;

WHEREAS, Prinston has agreed to accept service of process by and through its undersigned counsel as of the date of December 16, 2020;

WHEREAS, the undersigned counsel for the parties have conferred and agreed, subject to approval by the Court, that Prinston shall have ninety (90) days from date of service to respond to the complaint.

IT IS THEREFORE STIPULATED AND AGREED, subject to the approval of the Court, that:

1.  Service of the Complaint in this matter is hereby acknowledged on behalf of Prinston as of December 16, 2020; and

2.  Prinston shall respond to the complaint on or before March 16, 2021.

Dated:  December 21, 2020

MCCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:

Simon D. Roberts
Jason A. Leonard
Nitya Anand
Chika S. Seidel
Vincent Li
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
simon.roberts@hoganlovells.com
jason.leonard@hoganlovells.com
nitya.anand@hoganlovells.com
chika.seidel@hoganlovells.com
vincent.li@hoganlovells.com

Celine Jimenez Crowson
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
celine.crowson@hoganlovells.com

Attorneys for Plaintiffs

STAMOULIS & WEINBLATT, LLP

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
800 N. West St., 3rd Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

Attorneys for Prinston Pharmaceutical Inc.,
Zhejiang Huahai Pharmaceutical Co. Ltd.,
Huahai US Inc., and Solco Healthcare US LLC

IT IS SO ORDERED, this ____ day of _____, 2020.

_____
United States District Judge

ME1 35254543v.1