# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 20-1589-JFB-CJB |
| SANDOZ INC., *et al.*, | ) ) |
| Defendants. | ) ) ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Plaintiffs") and Defendant Sandoz Inc. ("Sandoz"), subject to approval of the Court, that the time for Sandoz to move, plead or otherwise respond to the Complaint is extended until March 16, 2021.

Dated: January 21, 2021

| MCCARTER & ENGLISH, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Dominick T. Gattuso* |
| Daniel M. Silver (#4758) | Dominick T. Gattuso (#3630) |
| Alexandra M. Joyce (#6423) | Aaron M. Nelson (#5941) |
| 405 N. King St., 8th Floor | 300 Delaware Avenue, Suite 200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6331 | (302) 472-7300 |
| dsilver@mccarter.com | dgattuso@hegh.law |
| ajoyce@mccarter.com | anelson@hegh.law |

MCCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6331
dsilver@mccarter.com
ajoyce@mccarter.com

*Of Counsel:*

Simon D. Roberts
Jason A. Leonard
Nitya Anand
Chika S. Seidel
Vincent Li
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
simon.roberts@hoganlovells.com
jason.leonard@hoganlovells.com
nitya.anand@hoganlovells.com
chika.seidel@hoganlovells.com
vincent.li@hoganlovells.com

Celine Jimenez Crowson
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
celine.crowson@hoganlovells.com

*Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
Aaron M. Nelson (#5941)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
anelson@hegh.law

*Of Counsel:*

William A. Rakoczy
Deanne M. Mazzochi
Rachel Pernic Waldron
Kevin Patrick Burke
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 222-7543
wrakoczy@rmmslegal.com
dmazzochi@rmmslegal.com
rpernicwaldron@rmmslegal.com
kburke@rmmslegal.com

*Attorneys for Defendant Sandoz Inc.*

IT IS SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge