IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SANDOZ INC., et al., <br><br> Defendants. | C.A. No. 20-1589-JFB-CJB |

**CONSENT JUDGMENT**

Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas"), and Windlas Healthcare, Pvt. Ltd., and Windlas Biotech Ltd. (collectively, "Windlas"), parties in the above-captioned action, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this 26th day of January, 2021,

ORDERED, ADJUDGED AND DECREED as follows:

1. Windlas's generic mirabegron tablets, which are the subject of Abbreviated New Drug Application No. 209428 (the "Windlas Generic Mirabegron Products"), infringe one or more claims of United States Patent No. 10,842,780 (the "'780 Patent").

2. Windlas has not alleged that any claims of the '780 Patent are invalid and/or unenforceable, and has not proven by clear and convincing evidence that any claims of the '780 Patent are invalid and/or unenforceable.

3. Judgment is hereby entered in favor of Astellas and against Windlas on all claims between Astellas and Windlas.

4. Windlas and its affiliates, are hereby enjoined from making, using, selling, offering for sale or importing into the United States, the Windlas Generic Mirabegron Products

prior to the expiration of the '780 Patent and all associated regulatory exclusivities, unless a court enters a final, non-appealable judgment that the '780 patent is invalid or unenforceable.

5. The injunction described in the foregoing paragraph shall take effect immediately upon entry of this Consent Judgment.

6. Each Party shall bear its own costs and attorney fees.

Dated: January 26, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE

We hereby consent to the form and entry of this Order:

| DUANE MORRIS LLP | MCCARTER & ENGLISH, LLP |
|---|---|
| /s/ Richard L. Renck | /s/ Daniel M. Silver |
| Richard L. Renck (#3893) | Daniel M. Silver (#4758) |
| 222 Delaware Avenue | Alexandra M. Joyce (#6423) |
| Suite 1600 | Renaissance Centre |
| Wilmington, DE 19801-1659 | 405 N. King Street, 8th Floor |
| rlrenck@duanemorris.com | Wilmington, DE 19801 |
| | T: (302) 984-6300 |
| Frederick R. Ball | dsilver@mccarter.com |
| DUANE MORRIS LLP | ajoyce@mccarter.com |
| 100 High Street | |
| Suite 2400 | OF COUNSEL: |
| Boston, MA 02110-1724 | |
| frball@duanemorris.com | Simon D. Roberts |
| | Jason A. Leonard |
| *Attorneys for Defendants* | Nitya Anand |
| *Windlas Healthcare, Pvt. Ltd., and Windlas Biotech Ltd* | Chika S. Seidel |
| | Vincent Li |
| | HOGAN LOVELLS US LLP |
| | 390 Madison Avenue |
| | New York, NY 10017 |
| DATED: December 23, 2020 | (212) 918-3000 |
| | simon.roberts@hoganlovells.com |
| | jason.leonard@hoganlovells.com |
| | nitya.anand@hoganlovells.com |
| | chika.seidel@hoganlovells.com |
| | vincent.li@hoganlovells.com |

ME1 35231167v.1

Celine Jimenez Crowson
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
celine.crowson@hoganlovells.com

*Attorneys for Plaintiffs*

ME1 35231167v.1