## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., ACTAVIS ELIZABETH LLC, ACTAVIS LLC, TEVA PHARMACEUTICALS USA, INC., APOTEX INC., APOTEX CORP., AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, SAWAI PHARMACEUTICAL CO., LTD., SAWAI USA, INC., PRINSTON PHARMACEUTICAL INC., ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., HUAHAI US INC., SOLCO HEALTHCARE US, LLC, WINDLAS HEALTHCARE, PVT. LTD.,WINDLAS BIOTECH LTD., ZYDUS PHARMACEUTICALS (USA), INC., CADILA HEALTHCARE LTD. (d/b/a ZYDUS CADILA), LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 20-1589-JFB-CJB |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiffs Astellas Pharma Inc., Astellas Ireland Co.,

Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Plaintiffs") and Defendants

Sandoz Inc., Actavis Elizabeth LLC, Teva Pharmaceuticals USA, Inc., Apotex Inc., Apotex Corp.,

Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, Sawai

Pharmaceutical Co., Ltd., Sawai USA, Inc., Prinston Pharmaceutical Inc., Zhejiang Huahai

Pharmaceutical Co., Ltd., Huahai US Inc., Solco Healthcare US, LLC, Zydus Pharmaceuticals

(USA), Inc., Cadila Healthcare Limited (d/b/a Zydus Cadila), Lupin Ltd., and Lupin

Pharmaceuticals, Inc., subject to approval of the Court, that the deadlines set forth in the Court's February 2, 2021 Oral Order (D.I. 50) requiring the parties to submit (i) a copy Judge Burke's Case Management Checklist, (ii) a Proposed Scheduling Order, and (iii) a joint letter are extended to and including Friday, March 12, 2021 (from Thursday, March 4, 2021).

ME1 35851435v.1

Dated:  March 4, 2021

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6331
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Astellas Pharma
Inc., Astellas Ireland Co., Ltd., and Astellas
Pharma Global Development, Inc.*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
Elizabeth A. DeFelice (#5474)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Tel.: (302) 472-7300
dgattuso@hegh.law
edefelice@hegh.law

*Attorneys for Defendant Sandoz Inc.*

ABRAMS & BAYLISS LLP

/s/ Christopher F. Cannataro
John M. Seaman (#3868)
Christopher F. Cannataro (#6621)
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
Fax: (302) 573-3501
seaman@abramsbayliss.com
cannataro@abramsbayliss.com

*Attorneys for Defendants Apotex Corp. and
Apotex Inc.*

SHAW KELLER LLP

/s/ Andrew E. Russell
John W. Shaw (#3362)
Karen E. Keller (#4489)
Andrew E. Russell (#5382)
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendants Actavis Elizabeth LLC and
Teva Pharmaceuticals USA, Inc.*

ME1 35851435v.1

HEYMAN ENERIO GATTUSO &
HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
Elizabeth A. DeFelice (#5474)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Tel.: (302) 472-7300
dgattuso@hegh.law
edefelice@hegh.law

*Attorneys for Defendants Sawai*
*Pharmaceutical Co., Ltd., Sawai USA, Inc.*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899-2306
(302) 888- 6855
Fax: (302) 571-1750
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Aurobindo Pharma Ltd.,*
*Aurobindo Pharma USA, Inc., and Aurolife Pharma*
*LLC*

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
800 N. West Street, 3rd Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Defendants Prinston*
*Pharmaceutical Inc., Zhejiang Huahai*
*Pharmaceutical Co., Ltd., Huahai US Inc.,*
*and Solco Healthcare US, LLC*

YOUNG CONAWAY STARGATT & TAYLOR,
LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (#5199)
Beth A. Swadley (#6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
bswadley@ycst.com
pkraman@ycst.com

*Attorneys for Zydus Pharmaceuticals (USA), Inc. and*
*Cadila Healthcare Limited*

ME1 35851435v.1

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*
John C. Phillips , Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 N. Broom St
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pmhdelaw.com
mch@pgmhlaw.com

*Attorneys for Lupin Ltd. and*
*Lupin Pharmaceuticals, Inc.*


IT IS SO ORDERED this _____day of _____, 2021.


_____
United States Magistrate Judge