IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> SANDOZ INC., ACTAVIS ELIZABETH LLC, ACTAVIS LLC, TEVA PHARMACEUTICALS USA, INC., APOTEX INC., APOTEX CORP., AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, SAWAI PHARMACEUTICAL CO., LTD., SAWAI USA, INC., PRINSTON PHARMACEUTICAL INC., ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., HUAHAI US INC., SOLCO HEALTHCARE US, LLC, WINDLAS HEALTHCARE, PVT. LTD., WINDLAS BIOTECH LTD., ZYDUS PHARMACEUTICALS (USA), INC., CADILA HEALTHCARE LTD. (d/b/a ZYDUS CADILA), LUPIN LTD. and LUPIN PHARMACEUTICALS, INC. <br><br>  Defendants. | C.A. No. 1:20-cv-01589-JFB |

**STIPULATION AND ORDER DISMISSING DEFENDANT
<u>ACTAVIS LLC, WITHOUT PREJUDICE</u>**

This stipulation is made by and between Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd, and Astellas Pharma Global Development, Inc. and Defendants Actavis Elizabeth LLC, Actavis LLC, and Teva Pharmaceuticals USA, Inc.

WHEREAS, Plaintiffs filed suit against Actavis LLC, Actavis Elizabeth LLC, and Teva Pharmaceuticals USA, Inc. in the above-captioned case (the "Action");

WHEREAS, Actavis LLC represents that it has not been and is not involved in ANDA No. 209368 or the product that is the subject of ANDA No. 209368 or the DMF for mirabegron that is referenced in ANDA No. 209368;

WHEREAS Actavis LLC represents that it does not possess any information relevant to ANDA No. 209368 or the product that is the subject of ANDA No. 209368 or the DMF for mirabegron that is referenced in ANDA No. 209368 and any relevant information is in the possession, custody, or control of Actavis Elizabeth LLC or Teva Pharmaceuticals USA, Inc.;

WHEREAS Actavis LLC represents that is has no rights to ANDA No. 209368 or the product that is the subject of ANDA No. 209368;

NOW THEREFORE, Plaintiffs and Defendants, by and through their respective undersigned counsel in the Action, and subject to the approval of the Court, stipulate and agree as follows:

1. Actavis LLC is dismissed from the Action without prejudice.

2. Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. agree and represent that any information relevant to ANDA No. 209368 and the product that is the subject of ANDA No. 209368 is in the possession, custody, or control of Actavis Elizabeth LLC or Teva Pharmaceuticals USA, Inc. for purposes of discovery in this case.

3. Notwithstanding Paragraph 2 above, Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. agree and represent that in responding to requests for documents and/or things served on Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc., Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. are able to and will produce responsive, non-privileged documents and things that are in the possession, custody or control of Actavis LLC, to the extent that such documents and things exist. Similarly, Actavis Elizabeth LLC and Teva Pharmaceuticals

USA, Inc. agree and represent that in responding to interrogatories and requests for admission served on them, Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. are able to and will include responsive, non-privileged information in the possession, custody or control of Actavis LLC, to the extent that such information exists. Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. agree that they will not object to the search for and production of documents and things on the basis that Actavis LLC is not a defendant in this action. In addition, Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. are able to and will accept notices of deposition for witnesses employed by, or otherwise under the control of Actavis LLC. Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. will not object to such notices of deposition on the ground that the noticed deponents are not Actavis Elizabeth LLC or Teva Pharmaceuticals USA, Inc. employees or not under the control of Actavis Elizabeth LLC or Teva Pharmaceuticals USA, Inc. Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. reserve all other objections to such notices of deposition under the applicable Rules of Civil procedure or applicable Local Rules (Civil) of the United States District Court for the District of Delaware.

4. Plaintiffs agree to use reasonable efforts to avoid undue burden on Actavis LLC in requesting discovery from Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc.

5. To the extent evidence or other information shows that Actavis LLC was involved or becomes involved with ANDA No. 209368 or the product that is the subject of ANDA No. 209368 or the DMF for mirabegron that is referenced in ANDA No. 209368, Actavis Elizabeth LLC, Teva Pharmaceuticals USA, Inc., and Actavis LLC agree not to oppose the rejoining of Actavis LLC as a party based on grounds that the application is untimely if the motion is made within a reasonable amount of time after discovery of the grounds for joinder.

6. Other than the stipulated agreement set forth above, this stipulation does not constitute a waiver of any objection or defense to, or any privilege immunity from, the provision of discovery otherwise available to parties to an action under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, or any other applicable authority.

7. Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. agree that they will not contest personal jurisdiction in this Court for purposes of the Action only and, as such, will not move to dismiss the Action on grounds that the District Court for the District of Delaware lacks jurisdiction over Actavis Elizabeth LLC or Teva Pharmaceuticals USA, Inc. for purposes of the Action.  Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. also agree that they will not contest venue in the District of Delaware in the Action and, as such, will not move to change the venue of the Action.

8. The terms of this stipulation are made without prejudice to the respective positions of Plaintiffs and Defendants Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. as to whether Actavis LLC is a proper defendant in the Action, and whether Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. are subject to personal jurisdiction in this Court.  The terms of this stipulation also cannot be used by Plaintiffs or Defendants Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. to argue for or against jurisdiction in the future. The case caption for the Action should be amended to remove Actavis LLC as follows:

| | | |
|---|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 1:20-cv-01589-JFB |
| v. | ) ) | |

| | |
|---|---|
| SANDOZ INC., ACTAVIS ELIZABETH LLC, TEVA PHARMACEUTICALS USA, INC., APOTEX INC., APOTEX CORP., AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, SAWAI PHARMACEUTICAL CO., LTD., SAWAI USA, INC., PRINSTON PHARMACEUTICAL INC., ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., HUAHAI US INC., SOLCO HEALTHCARE US, LLC, WINDLAS HEALTHCARE, PVT. LTD., WINDLAS BIOTECH LTD., ZYDUS PHARMACEUTICALS (USA), INC., CADILA HEALTHCARE LTD. (d/b/a ZYDUS CADILA), LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Karen E. Keller |
| Daniel M. Silver (No. 4758) | John W. Shaw (No. 3362) |
| Alexandra M. Joyce (No. 6423) | Karen E. Keller (No. 4489) |
| Renaissance Centre | Andrew E. Russell (No. 5382) |
| MCCARTER & ENGLISH, LLP | David M. Fry (No. 5486) |
| 405 N. King Street 8th Floor | SHAW KELLER LLP |
| Wilmington, DE 19801 | I.M. Pei Building |
| (302) 984-6331 | 1105 North Market Street, 12th Floor |
| dsilver@mccarter.com | Wilmington, DE 19801 |
| ajoyce@mccarter.com | (302) 298-0700 |
| *Attorney for Plaintiffs* | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| | dfry@shawkeller.com |
| | *Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Actavis Elizabeth LLC, and Actavis LLC* |
| Dated: February 24, 2021 | |

It is SO ORDERED this __11th__ day of __March__, 2021

_____
Senior United States District Judge