**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDOZ INC., ACTAVIS ELIZABETH LC, ACTAVIS LLC, TEVA PHARMACEUTICALS USA, INC., APOTEX INC., APOTEX CORP., AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, SAWAI PHARMACEUTICAL CO., LTD., SAWAI USA, INC., PRINSTON PHARMACEUTICAL INC., ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. HUAHAI US INC., SOLCO HEALTHCARE US, LLC, WINDLAS HEALTHCARE, PVT. LTD., WINDLAS BIOTECH LTD. ZYDUS PHARMACEUTICALS (USA), INC., CADILA HEALTHCARE LTD. (d/b/a ZYDUS CADILA), LUPIN LTD., and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No.  1:20-cv-01589-JFB |

**DEFENDANTS PRINSTON PHARMACEUTICAL INC., SOLCO HEALTHCARE US, LLC, HUAHAI US INC. AND ZHEJANG HUAHAI PHARMACEUTICAL CO.'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendants Prinston Pharmaceutical Inc., Solco Healthcare US, LLC, Huahai US Inc. and Zhejiang Huahai Pharmaceutical Co. (collectively "Prinston") moves to dismiss the Complaint (D.I. 1) for lack of subject matter

jurisdiction and failure to state a claim upon which relief can be granted as to Prinston. The grounds for this motion are set forth more fully in Prinston's opening brief submitted herewith.

| | |
|---|---|
| Dated: March 16, 2021 | STAMOULIS & WEINBLATT LLC |

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com

Shashank Upadhye
Yixin Tang
Brent Batzer
Lindsay Eastman
Upadhye Tang LLP
135 S LaSalle Street, Suite 1930
Chicago, IL 60603
Telephone: (312) 327-3326
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com
lindsay@ifdalaw.com

*Attorney for Defendants*
*Prinston Pharmaceutical Inc.,*
*Solco Healthcare US, LLC, Huahai US Inc., and*
*Zhejiang Huahai Pharmaceutical Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis