# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 20-1589-JFB-CJB |
| SANDOZ INC., *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel certifies that true and correct copies of the **Plaintiffs' Disclosures Pursuant to Paragraph 3 of the Court's Default Standard for Discovery** were caused to be served on April 23, 2021 on the following counsel in the manner indicated:

## VIA EMAIL:

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Tel.: (302) 472-7300
dgattuso@hegh.law

William A. Rakoczy
Deanne M. Mazzochi
Rachel Pernic Waldron
Kevin P. Burke
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
wrakoczy@rmmslegal.com
dmazzochi@rmmslegal.com
rpernicwaldron@rmmslegal.com
kburke@rmmslegal.com

*Attorneys for Defendant Sandoz Inc.*

Case 1:20-cv-01589-JFB-CJB   Document 121   Filed 04/23/21   Page 2 of 7 PageID #: 1130

...

John M. Seaman
Christopher F. Cannataro
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
Fax: (302) 573-3501
seaman@abramsbayliss.com
cannataro@abramsbayliss.com

Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
575 Madison  Avenue
New York, NY 10022-2585
(212) 940-8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC 28202-4213
(704) 444-2000
joe.janusz@kattenlaw.com

Jillian M. Schurr
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
(312) 902-5200
jillian.schurr@katten.com

*Attorneys for Defendants Apotex Corp. and Apotex Inc.*

John W. Shaw
Karen E. Keller
Andrew E. Russell
David M. Fry
SHAW KELLER LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
dfry@shawkeller.com

George C. Lombardi
Samantha M. Lerner
Jason Pesick
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60657
(312) 558-5600
glombardi@winston.com
slerner@winston.com
jpesick@winston.com

*Attorneys for Defendants Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc.*

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Tel.: (302) 472-7300
dgattuso@hegh.law

Brian Sodikoff
Martin S. Masar III, Ph.D.
Matthew M. Holub
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661
Tel: (312) 902-5200
brian.sodikoff@katten.com
martin.masar@katten.com
matthew.holub@katten.com

*Attorneys for Defendants Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc.*

Kenneth L. Dorsney
Cortlan Hitch
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899-2306
(302) 888- 6855
Fax: (302) 571-1750
kdorsney@morrisjames.com
chitch@morrisjames.com

Dennies Varughese
Sasha S. Rao
STERNE, KESSLER, GOLDSTEIN & FOX
1100 New York Ave.,
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
srao@sternekessler.com

*Attorneys for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC*

Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
800 N. West Street, 3rd Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

Shashank Upadhye
Yixin Tang
Brent Batzer
Lindsay Eastman
UPADHYE TANG LLP
135 S. LaSalle Street, Suite 1930
Chicago, IL 60603
(312) 327-3326
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com
lindsay@ipfdalaw.com

*Attorneys for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., and Solco Healthcare US, LLC*

Pilar G. Kraman
Beth A. Swadley
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
bswadley@ycst.com
pkraman@ycst.com

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Jennifer M. Coronel
Smitha B. Uthaman
LOCKE LORD LLP
111 South
Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
dabramowitz@lockelord.com
cblessing@lockelord.com
esavas@lockelord.com
jennifer.coronel@lockelord.com
smitha.uthaman@lockelord.com

*Attorneys for Zydus Pharmaceuticals (USA), Inc. and Cadila Healthcare Limited*

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom St
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

ME1 36366674v.1

-6-

William R. Zimmerman
Andrea Cheek
Payne McQueen Montgomery
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington, D.C. 20006
(202) 640-6400
Bill.zimmerman@knobbe.com
Andrea.cheek@knobbe.com
Mack.montgomery@knobbe.com

Carol Pitzel Cruz
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Ste. 2500
Seattle, WA 98104
(206) 405-2000
Carol.pitzel.cruz@knobbe.com

*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

ME1 36366674v.1

|  |  |
|---|---|
| Dated: April 23, 2021 | MCCARTER & ENGLISH, LLP |
| | */s/ Alexandra M. Joyce* |
| | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| OF COUNSEL: | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| Simon D. Roberts | Wilmington, Delaware 19801 |
| Jason A. Leonard | (302) 984-6300 |
| Nitya Anand | dsilver@mccarter.com |
| Chika S. Seidel | ajoyce@mccarter.com |
| Vincent Li | |
| HOGAN LOVELLS US LLP | |
| 390 Madison Avenue | *Attorneys for Plaintiffs Astellas Pharma Inc.,* |
| New York, NY 10017 | *Astellas Ireland Co., Ltd., and Astellas* |
| (212) 918-3000 | *Pharma Global Development, Inc.* |
| simon.roberts@hoganlovells.com | |
| jason.leonard@hoganlovells.com | |
| nitya.anand@hoganlovells.com | |
| chika.seidel@hoganlovells.com | |
| vincent.li@hoganlovells.com | |
| | |
| Celine Jimenez Crowson | |
| HOGAN LOVELLS US LLP | |
| Columbia Square | |
| 555 Thirteenth Street, NW | |
| Washington, D.C. 20004 | |
| (202) 637-5600 | |
| celine.crowson@hoganlovells.com | |