# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., *et al..*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 20-cv-01589-JFB-CJB |
| | ) |
| SANDOZ INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I hereby certify that, on April 30, 2021, true and correct copies of *Defendants Apotex Inc. and Apotex Corp.'s Second Set of Relevant Documents (APOMIRA00050841 – APOMIRA00050858)* were produced and relevant documents previously produced in Civil Action No. 16-905-JFB-CJB (Consolidated) were identified by bates numbers *(APOMIRA00000001 - APOMIRA00039425)* were served on the following counsel of record in the manner indicated below:

<u>*Via Electronic Mail*</u>

Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
405 N. King St., 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com
kford@mccarter.com

<u>*Via Electronic Mail*</u>

Celine Jimenez Crowson
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
celine.crowson@hoganlovells.com

Simon D. Roberts
Jason A. Leonard
Nitya Anand
Chika S. Seidel
Vincent Li
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
simon.roberts@hoganlovells.com

                                                                    jason.leonard@hoganlovells.com
                                                                     nitya.anand@hoganlovells.com
                                                                     chika.seidel@hoganlovells.com
                                                                         vincent.li@hoganlovells.com

       I further certify that, on April 30, 2021, my firm served true and correct copies of this

*Notice of Service* upon counsel of record via CM/ECF.

| | |
|---|---|
| | */s/ Christopher F. Cannataro* |
| Of Counsel: | John M. Seaman (#3868) |
| | Christopher F. Cannataro (#6621) |
| Deepro R. Mukerjee | ABRAMS & BAYLISS LLP |
| Lance A. Soderstrom | 20 Montchanin Road, Suite 200 |
| KATTEN MUCHIN ROSENMAN LLP | Wilmington, Delaware 19807 |
| 575 Madison Avenue | Telephone: (302) 778-1000 |
| New York, New York 10022-2585 | Facsimile: (302) 778-1001 |
| (212) 940-8800 | seaman@abramsbayliss.com |
| | cannataro@abramsbayliss.com |
| Joseph M. Janusz | |
| KATTEN MUCHIN ROSENMAN LLP | *Attorneys for Defendants* |
| 550 South Tryon Street, Suite 2900 | *Apotex Inc. and Apotex Corp.* |
| Charlotte, North Carolina 28202-4213 | |
| (704) 444-2000 | |
| | |
| Jillian M. Schurr | |
| KATTEN MUCHIN ROSENMAN LLP | |
| 525 West Monroe Street | |
| Chicago, Illinois 60661-3693 | |
| (312) 902-5200 | |

Dated: April 30, 2021