# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> C.A. No. 20-cv-01589-JFB-CJB |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**AUROBINDO'S PRODUCTION OF ABBREVIATED NEW DRUG APPLICATION**

were served upon the attorneys listed below via electronic mail and FTP link on the 30th day of April, 2021 prior to 6:00 p.m. Eastern:

Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

Simon Roberts
Jason Leonard
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
simon.roberts@hoganlovells.com
jason.leonard@hoganlovells.com

*Attorneys for Plaintiffs*

Dated: May 3, 2021

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite, 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Of counsel:*

Dennies Varughese (*pro hac vice*)
Sasha S. Rao (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Ave.
Washington, D.C. 20005
(202) 371-2600
dvarughese@sternekessler.com
srao@sternekessler.com

*Counsel for Defendants*
*Aurobindo Pharma Ltd.,*
*Aurobindo Pharma USA, Inc., and*
*Aurolife Pharma LLC*

2