

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

July 1, 2021

**VIA CM/ECF**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

**Re:**   *Astellas Pharma Inc., et al., v. Sandoz Inc., et al.*, **C.A. No. 20-1589-JFB-CJB**

Dear Judge Burke:

      Pursuant to paragraph 15 of the Scheduling Order (D.I. 88), I write on behalf of the parties to provide a joint status update on the progress of discovery to date. Fact discovery is underway, and the parties are working through a number of issues, which do not require Court intervention at this time, but may in the future following the completion of the meet and confer process. Counsel are available at the convenience of the Court.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)


cc: Counsel of Record (via CM/ECF and E-Mail)