IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant. | C.A. No. 20-1589-JFB-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 7, 2021, a copy of Defendants' Joint Initial Invalidity Contentions (with Appendix A) was served on the following counsel by electronic mail:

                                                            Daniel M. Silver
                                                            Alexandra M. Joyce
                                                            MCCARTER & ENGLISH, LLP
                                                            405 N. King St., 8th Floor
                                                            Wilmington, DE 19801
                                                            (302) 984-6331
                                                            dsilver@mccarter.com
                                                            ajoyce@mccarter.com

OF COUNSEL:

Simon D. Roberts
Jason A. Leonard
Nitya Anand
Chika S. Seidel
Vincent Li
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000

Celine Jimenez Crowson
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600

OF COUNSEL:

William A. Rakoczy
Deanne M. Mazzochi
Rachel Pernic Waldron
Kevin Patrick Burke
Greg L. Goldblatt
RAKOCZY MOLINO MAZZOCHI
  SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 222-7543
wrakoczy@rmmslegal.com
dmazzochi@rmmslegal.com
rpernicwaldron@rmmslegal.com
kburke@rmmslegal.com
ggoldblatt@rmmslegal.com

Dated: July 7, 2021

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, Delaware 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Sandoz Inc.*