# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-1589-JFB-CJB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. and Defendants Sandoz Inc., Actavis Elizabeth LLC, Teva Pharmaceuticals USA, Inc., Apotex Inc., Apotex Corp., Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc., Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., Solco Healthcare US, LLC, Zydus Pharmaceuticals (USA), Inc., Cadila Healthcare Limited (d/b/a Zydus Cadila), Lupin Ltd., and Lupin Pharmaceuticals, Inc., subject to approval of the Court, that the deadline for the parties to exchange a list of claim terms/phrases requiring construction and proposed constructions is extended to and including Wednesday, July 21, 2021 (from Friday, July 16, 2021).

Dated: July 14, 2021

| MCCARTER & ENGLISH, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Dominick T. Gattuso* |
| Daniel M. Silver (#4758) | Dominick T. Gattuso (#3630) |
| Alexandra M. Joyce (#6423) | Elizabeth A. DeFelice (#5474) |
| 405 N. King St., 8th Floor | 300 Delaware Ave., Suite 200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6331 | Tel.: (302) 472-7300 |
| dsilver@mccarter.com | dgattuso@hegh.law |
| ajoyce@mccarter.com | edefelice@hegh.law |
| *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | *Attorneys for Defendant Sandoz Inc.* |

| ABRAMS & BAYLISS LLP | SHAW KELLER LLP |
|---|---|
| */s/ Christopher F. Cannataro* | */s/ Andrew E. Russell* |
| John M. Seaman (#3868) | John W. Shaw (#3362) |
| Christopher F. Cannataro (#6621) | Karen E. Keller (#4489) |
| 20 Montchanin Road, Suite 200 | Andrew E. Russell (#5382) |
| Wilmington, DE 19807 | 1105 North Market Street, 12th Floor |
| (302) 778-1000 | Wilmington, DE 19801 |
| Fax: (302) 573-3501 | (302) 298-0700 |
| seaman@abramsbayliss.com | jshaw@shawkeller.com |
| cannataro@abramsbayliss.com | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| *Attorneys for Defendants Apotex Corp. and Apotex Inc.* | *Attorneys for Defendants Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc.* |

| HEYMAN ENERIO GATTUSO & HIRZEL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Dominick T. Gattuso* <br> Dominick T. Gattuso (#3630) <br> Elizabeth A. DeFelice (#5474) <br> 300 Delaware Ave., Suite 200 <br> Wilmington, DE 19801 <br> Tel.: (302) 472-7300 <br> dgattuso@hegh.law <br> edefelice@hegh.law <br><br> *Attorneys for Defendants Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc.* | */s/ Kenneth L. Dorsney* <br> Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6720) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 888- 6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com <br><br> *Attorneys for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC* |
| STAMOULIS & WEINBLATT LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Stamatios Stamoulis* <br> Stamatios Stamoulis (#4606) <br> 800 N. West Street, 3rd Floor <br> Wilmington, DE 19801 <br> (302) 999-1540 <br> stamoulis@swdelaw.com <br><br> *Attorneys for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., and Solco Healthcare US, LLC* | */s/ Pilar G. Kraman* <br> Pilar G. Kraman (#5199) <br> Beth A. Swadley (#6331) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> bswadley@ycst.com <br> pkraman@ycst.com <br><br> *Attorneys for Zydus Pharmaceuticals (USA), Inc. and Cadila Healthcare Limited* |

-4-

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 N. Broom St
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Lupin Ltd. and
Lupin Pharmaceuticals, Inc.*

        IT IS SO ORDERED this _____day of _____, 2021.

                                                          _____
                                                           United States Magistrate Judge