

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

July 28, 2021

**VIA CM/ECF**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

Re: *Astellas Pharma Inc., et al., v. Sandoz Inc., et al.,* **C.A. No. 20-1589-JFB-CJB**

Dear Judge Burke:

The parties jointly submit this letter regarding claim construction in the above-referenced action. Pursuant to the Scheduling Order, July 21, 2021 was the deadline for the parties to exchange lists of claim terms for construction. Neither Plaintiffs nor Defendants identified any claim terms of the patent-in-suit (U.S. Patent No. 10,842,780 ("the '780 Patent")) as requiring construction by the Court. Accordingly, the parties respectfully request that the Court cancel the *Markman* hearing and remove all future claim construction deadlines from the docket. In particular, the parties agree to the removal of the following case events:

- Joint Claim Construction Chart (August 3, 2021);

- Plaintiffs' Opening *Markman* Brief (August 31, 2021);

- Defendants' Responsive *Markman* Brief (September 28, 2021);

- Plaintiffs' Reply *Markman* Brief (October 16, 2021);

- Defendants' Sur-reply *Markman* Brief (November 3, 2021);

- Joint letter regarding (1) presentation of testimony at the *Markman* hearing, (2) amount of time requested, and (3) the order of presentation (November 3, 2021);

- Joint Claim Construction Brief (November 8, 2021); and

- *Markman* Hearing (November 23, 2021 at 10:00 a.m.).

ME1 37044884v.2

July 28, 2021<br>
Page 2

Counsel are available should the Court have any questions.[1]

Respectfully submitted,

*Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

---

[1] In the event that any claim construction disputes arise throughout the case, the parties will confer and inform the Court promptly.

ME1 37044884v.2