IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., ACTAVIS ELIZABETH LLC, TEVA PHARMACEUTICALS USA, INC., APOTEX INC., APOTEX CORP., AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, SAWAI PHARMACEUTICAL CO., LTD., SAWAI USA, INC., PRINSTON PHARMACEUTICAL INC., ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., HUAHAI US INC., SOLCO HEALTHCARE US, LLC, WINDLAS HEALTHCARE, PVT. LTD., WINDLAS BIOTECH LTD., ZYDUS PHARMACEUTICALS (USA), INC., CADILA HEALTHCARE LTD. (d/b/a ZYDUS CADILA), LUPIN LTD., and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | C. A. No. 20-1589-JFB-CJB <br> (Consolidated) |

**FED. R. CIV. P. 7.1 CORPORAE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendants Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc., hereby state the following:

1. Actavis Elizabeth LLC is an indirect, wholly-owned subsidiary of Teva Pharmaceuticals USA, Inc.

2. Teva Pharmaceuticals, USA, Inc. is an indirect, wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd., which is a publicly traded company.

3. Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns 10% or more of Teva Pharmaceuticals, USA, Inc. and Actavis Elizabeth LLC.

|  |  |
|---|---|
| | */s/ Andrew E. Russell* |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | Andrew E. Russell (No. 5382) |
| | David M. Fry (No. 5486) |
| OF COUNSEL: | SHAW KELLER LLP |
| George C. Lombardi | I.M. Pei Building |
| Michael K. Nutter | 1105 North Market Street, 12th Floor |
| Samantha M. Lerner | Wilmington, DE 19801 |
| Jason Z. Pesick | (302) 298-0700 |
| Paul J. Sauerteig | jshaw@shawkeller.com |
| WINSTON & STRAWN LLP | kkeller@shawkeller.com |
| 35 W. Wacker Drive | arussell@shawkeller.com |
| Chicago, IL 60601-9703 | dfry@shawkeller.com |
| (312) 558-5600 | *Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Actavis Elizabeth LLC* |
| Dated: August 12, 2021 | |