### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et al., <br><br> Defendants. | C.A. No. 20-1589-JFB-CJB <br> (Consolidated) |

### STIPULATION AND [PROPOSED] ORDER
### TO FORGO ANSWER TO COUNTERCLAIMS

WHEREAS, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") filed a complaint for patent infringement against Defendants Actavis Elizabeth LLC, Actavis LLC,[1] Teva Pharmaceuticals USA, Inc. (collectively, "Actavis"), among others, on November 24, 2020 (Civil Action No. 20-1589-JFB-CJB, the "Lead Action");

WHEREAS, Astellas filed a second complaint for patent infringement against Actavis, among others, on March 24, 2021 (Civil Action No. 21-425-JFB, the "Second Action");

WHEREAS, Actavis has filed counterclaims in response to the Second Action (*see* D.I. 158) (the "Counterclaims in the Second Action");

WHEREAS, Actavis's Counterclaims in the Second Action mirror the counterclaims it filed in response to the Lead Action (*see* D.I. 78) (the "Counterclaims in the Lead Action");

---

[1] Actavis LLC was later dismissed (*see* D.I. 56, 161).

WHEREAS, Astellas's responsive pleading to the Counterclaims in the Second Action is due on September 2, 2021; and

WHEREAS, on August 11, 2021, the Second Action was consolidated into the Lead Action for all purposes, with all future docket entries to be made in the Lead Action only;

NOW, THEREFORE, IT IS HEREBY STIPULATED by Astellas and Actavis, subject to approval of the Court, that in light of the consolidation of the Second Action with the Lead Action, Astellas shall not be required to file a responsive pleading to the Counterclaims, and shall be deemed to have made the same responses to the Counterclaims in the Second Action as it made to the Counterclaims in the Lead Action.

Dated: August 31, 2021

| MCCARTER & ENGLISH, LLP | SHAW KELLER LLP |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Karen E. Keller* |
| Daniel M. Silver (#4758) | John W. Shaw (#3362) |
| Alexandra M. Joyce (#6423) | Karen E. Keller (#4489) |
| 405 N. King St., 8th Floor | Andrew E. Russell (#5382) |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 984-6331 | Wilmington, DE 19801 |
| dsilver@mccarter.com | (302) 298-0700 |
| ajoyce@mccarter.com | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | arussell@shawkeller.com |
| | *Attorneys for Defendants Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge