

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

September 16, 2021

**VIA CM/ECF**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

Re: <u>*Astellas Pharma Inc. v. Sandoz Inc.*,</u> **C.A. No. 20-1589-JFB-CJB (Consolidated)**

Dear Judge Burke:

I write on behalf of the Astellas Plaintiffs regarding Astellas's Motion for Alternative Service (the "Motion") that was filed today (D.I. 176). Astellas is requesting permission to serve a copy of the Amended Complaint on foreign Defendants, Strides Pharma Science Limited ("Strides") and Solara Active Pharma Sciences Limited ("Solara"), via email, through their United States counsel because, among other reasons, service pursuant to the Hague Convention will not be completed until at least November 2021, and Strides and Solara's participation in this case is necessary to keep discovery and this Courts' case schedule on track. The basis for this Motion is set forth more fully in Astellas's papers.

Astellas has complied with its obligation under Local Rule 7.1.1 and conferred with counsel for Strides and Solara (who also represents Defendant Sawai) regarding the relief sought in this Motion, and counsel has indicated that the Motion is opposed. However, Astellas respectfully submits that the only parties who have standing to oppose this Motion are Strides and Solara, who have not yet been joined to this Action, since they have not been served. It is unclear whether Strides and Solara will submit to the jurisdiction of this Court to oppose the Motion. If not, Astellas will promptly inform the Court that the Motion is unopposed and respectfully request the Court's entry of an Order permitting service by alternative means.

Counsel are available should the Court have any questions.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

ME1 37511983v.1