**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS PHARMA INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SANDOZ INC., et al., <br><br> Defendants. | C.A. No. 20-1589-JFB-CJB |

**DECLARATION OF SERVICE OF SOLARA ACTIVE PHARMA SCIENCES LIMITED**

I, Alexandra M. Joyce, declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP, counsel to Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. in this action.

2. Defendant Solara Active Pharma Sciences Limited ("Solara") is a corporation organized and existing under the laws of India, having a principal place of business at 3rd & 4th Floor, Batra Centre No. 28, Sardar Patel Road, Guindy, Chennai – 600 032 Tamilnadu, India.

3. Solara has authorized its counsel at Katten Muchin Rosenman LLP to accept service of process of the First Amended Complaint (D.I. 58) on its behalf.

4. Brian Sodikoff of Katten Muchin Rosenman LLP, counsel for Solara, agreed to accept service of process on behalf of Solara, and Solara acknowledged service as of September 24, 2021 (*see* Stipulation and Order Governing Service of Process and Response Time to Complaint, D.I. 182).

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated:  September 27, 2021 | MCCARTER & ENGLISH, LLP |
| | |
| | /s/  *Alexandra M. Joyce* |
| | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| | Renaissance Centre |
| OF COUNSEL: | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | dsilver@mccarter.com |
| Simon D. Roberts | ajoyce@mccarter.com |
| Jason A. Leonard | |
| Nitya Anand | |
| Vincent Li | *Attorneys for Plaintiffs* |
| HOGAN LOVELLS US LLP | |
| 390 Madison Avenue | |
| New York, NY 10017 | |
| (212) 918-3000 | |
| simon.roberts@hoganlovells.com | |
| jason.leonard@hoganlovells.com | |
| nitya.anand@hoganlovells.com | |
| vincent.li@hoganlovells.com | |

Celine Jimenez Crowson
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
celine.crowson@hoganlovells.com