# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et al., <br><br> Defendants. | C.A. No. 20-1589-JFB-CJB <br> (Consolidated) |

## NOTICE OF DEPOSITION OF KAZUHIRO SAKO

TO: Plaintiffs' and their attorneys of record, Daniel M. Silver and Alexandra M. Joyce of McCarter & English LLP, 405 N. King St., 8th Floor, Wilmington, DE 19801.

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30 and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Defendants Sandoz Inc., Actavis Elizabeth LLC, Teva Pharmaceuticals USA, Inc., Apotex Inc., Apotex Corp., Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc., Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., Solco Healthcare US, LLC, Zydus Pharmaceuticals (USA) Inc., Cadila Healthcare Limited, Lupin Ltd., and Lupin Pharmaceuticals, Inc. (collectively, "Defendants") by and through their attorneys, will take the deposition upon oral examination of Kazuhiro Sako on March 2, 2022, at Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware 19801, USA, or at a time and place as mutually agreed upon by counsel. The deposition will be taken before a duly qualified notary public or other person authorized by law to administer oaths, and will be recorded by audio, stenographic and/or

videographic means. The deposition will continue from day to day until completed, with adjournments as may be necessary.

Dated: December 23, 2021

| | |
|---|---|
| /s/ John M. Seaman | /s/ Andrew E. Russell |
| John M. Seaman (No. 3868) | John W. Shaw (No. 3362) |
| ABRAMS & BAYLISS LLP | Karen E. Keller (No. 4489) |
| 20 Montchanin Road, Suite 200 | Andrew E. Russell (No. 5382) |
| Wilmington, DE 19807 | SHAW KELLER LLP |
| (302) 778-1000 | I.M. Pei Building |
| Fax: (302) 573-3501 | 1105 North Market Street, 12th Floor |
| seaman@abramsbayliss.com | Wilmington, DE 19801 |
| | (302) 298-0700 |
| Deepro R. Mukerjee | jshaw@shawkeller.com |
| Lance A. Soderstrom | kkeller@shawkeller.com |
| KATTEN MUCHIN ROSENMAN LLP | arussell@shawkeller.com |
| 575 Madison Avenue | |
| New York, NY 10022-2585 | George C. Lombardi |
| (212) 940-8800 | Samantha M. Lerner |
| | Michael K. Nutter |
| Joseph M. Janusz | Jason Z. Pesick |
| KATTEN MUCHIN ROSENMAN LLP | Paul J. Sauerteig |
| 550 South Tryon Street, Suite 2900 | WINSTON & STRAWN LLP |
| Charlotte, NC 28202-4213 | 35 W. Wacker Drive |
| (704) 444-2000 | Chicago, IL 60601-9703 |
| | (312) 558-5600 |
| Jillian M. Schurr | |
| KATTEN MUCHIN ROSENMAN LLP | Sharon Lin |
| 525 West Monroe Street | WINSTON & STRAWN LLP |
| Chicago, IL 60661-3693 | 1901 L Street NW |
| (312) 902-5200 | Washington, DC 20036 |
| | (202) 282-5000 |
| *Attorneys for Defendants Apotex Corp. and Apotex Inc.* | *Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Actavis Elizabeth LLC* |

| | |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Dominick T. Gattuso* |
| Kenneth L. Dorsney (No. 3726) | Dominick T. Gattuso (No. 3630) |
| MORRIS JAMES LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| 500 Delaware Avenue, Suite 1500 | 300 Delaware Ave., Suite 200 |
| Wilmington, DE 19899-2306 | Wilmington, DE 19801 |
| (302) 888- 6855 | (302) 472-7300 |
| Fax: (302) 571-1750 | dgattuso@hegh.law |
| kdorsney@morrisjames.com | |
| | William A. Rakoczy Deanne M. Mazzochi |
| Dennies Varughese | Rachel Pernic Waldron Kevin P. Burke |
| Sasha S. Rao | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
| STERNE, KESSLER, GOLDSTEIN, & FOX | 6 West Hubbard Street, Suite 500 |
| 1100 New York Ave. | Chicago, Illinois 60654 |
| Washington, DC 20005 | wrakoczy@rmmslegal.com |
| (202) 371-2600 | dmazzochi@rmmslegal.com |
| dvarughese@sternekessler.com | rpernicwaldron@rmmslegal.com |
| srao@sternekessler.com | kburke@rmmslegal.com |
| | |
| *Attorneys for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC* | *Attorneys for Defendant Sandoz Inc.* |
| | |
| */s/ Pilar G. Kraman* | */s/ Dominick T. Gattuso* |
| Pilar G. Kraman (No. 5199) | Dominick T. Gattuso (No. 3630) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| Rodney Square | 300 Delaware Ave., Suite 200 |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Tel.: (302) 472-7300 |
| (302) 571-6600 | dgattuso@hegh.law |
| pkraman@ycst.com | |
| | Brian Sodikoff |
| Michael J. Gaertner | Martin S. Masar III, Ph.D. |
| David B. Abramowitz | Matthew M. Holub |
| Carolyn A. Blessing | KATTEN MUCHIN ROSENMAN LLP |
| Emily L. Savas | 525 W. Monroe Street |
| Jennifer M. Coronel | Chicago, Illinois 60661 |
| Smitha B. Uthaman | (312) 902-5200 |
| LOCKE LORD LLP | brian.sodikoff@katten.com |
| 111 South Wacker Drive | martin.masar@katten.com |
| Chicago, IL 60606 | matthew.holub@katten.com |
| (312) 443-0700 | |
| | *Attorneys for Defendants Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc.* |
| *Attorneys for Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited* | |

| | |
|---|---|
| /s/ Richard C. Weinblatt | /s/ John C. Phillips, Jr. |
| Stamatios Stamoulis (No. 4606) | John C. Phillips, Jr. (No. 110) |
| Richard C. Weinblatt (No. 5080) | Megan C. Haney (No. 5016) |
| STAMOULIS & WEINBLATT LLC | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| 800 N. West Street, Third Floor | 1200 N. Broom St Wilmington, DE 19806 |
| Wilmington, DE 19801 | (302) 655-4200 |
| (302) 999-1540 | jcp@pgmhlaw.com |
| stamoulis@swdelaw.com | mch@pgmhlaw.com |
| weinblatt@swdelaw.com | |
| | William R. Zimmerman |
| Shashank Upadhye | Andrea Cheek |
| Yixin Tang | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Brent Batzer | 1717 Pennsylvania Ave. N.W., Ste. 900 |
| Lindsay Eastman | Washington, D.C. 20006 |
| UPADHYE TANG LLP | (202) 640-6400 |
| 109 Symonds Drive, #174 | Bill.zimmerman@knobbe.com |
| Hinsdale, IL 60522 | Andrea.cheek@knobbe.com |
| (312) 327-3326 | |
| shashank@ipfdalaw.com | Carol Pitzel Cruz |
| yixin@ipfdalaw.com | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| brent@ipfdalaw.com | 925 Fourth Avenue, Ste. 2500 |
| lindsay@ipfdalaw.com | Seattle, WA 98104 |
| | (206) 405-2000 |
| *Attorneys for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., and Solco Healthcare US, LLC* | Carol.pitzel.cruz@knobbe.com |
| | *Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |

## CERTIFICATE OF SERVICE

I, Pilar G. Kraman, Esquire, hereby certify that on December 23, 2021, I caused a true and correct copy of the foregoing document to be served in the manner indicated upon the following counsel of record:

**BY EMAIL:**

>Daniel M. Silver
>Alexandra M. Joyce
>MCCARTER & ENGLISH, LLP
>Renaissance Centre
>405 N. King Street, 8th Floor
>Wilmington, Delaware 19801
>dsilver@mccarter.com
>ajoyce@mccarter.com
>
>Simon D. Roberts
>Jason A. Leonard
>Nitya Anand
>Vincent Li
>Christopher M. Bruno
>MCDERMOTT WILL & EMERY
>One Vanderbilt Avenue
>New York, NY 10017-3852
>simonroberts@mwe.com
>jleonard@mwe.com
>nanand@mwe.com
>vli@mwe.com
>cbruno@mwe.com
>
>*Attorneys for Plaintiffs*

Dated:   December 23, 2021            YOUNG CONAWAY STARGATT
                                        & TAYLOR, LLP

                                      */s/ Pilar G. Kraman*
                                      Pilar G. Kraman (No. 5199)
                                      Rodney Square
                                      1000 N. King Street
                                      Wilmington, Delaware 19801
                                      pkraman@ycst.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA), Inc. and Cadila Healthcare Ltd.*