**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS PHARMA INC. et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 20-1589-JFB-CJB |
| ) | (Consolidated) |
| SANDOZ INC. et. al., ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFFS' NOTICE OF DEPOSITION OF V. NAGA PRASAD

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(1) and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") will take a deposition upon oral examination of V. Naga Prasad. The deposition will be taken at the offices of McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, at a mutually agreed upon date and time, and continuing day-to-day until completed, with adjournments as may be necessary. Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by videoconference or by another means the parties agree upon.

This Notice is being issued by Astellas without the benefit of full discovery from Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively, "Aurobindo"). As Astellas' investigation remains ongoing and subject to additional discovery from Defendants, Astellas reserves the right to withdraw this Notice, substitute another notice of deposition for this Notice, or serve additional notices of deposition on Aurobindo.

You are invited to attend and cross-examine.

| | |
|---|---|
| Dated: March 4, 2022 | MCCARTER & ENGLISH, LLP |
| | /s/ *Daniel M. Silver* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Simon D. Roberts | Renaissance Centre |
| Jason A. Leonard | 405 N. King Street, 8th Floor |
| Nitya Anand | Wilmington, Delaware 19801 |
| Vincent Li | (302) 984-6300 |
| MCDERMOTT WILL & EMERY LLP | dsilver@mccarter.com |
| One Vanderbilt Avenue | ajoyce@mccarter.com |
| New York, NY 10017 | |
| (212) 547-5400 | |
| simonroberts@mwe.com | *Attorneys for Plaintiffs Astellas Pharma Inc.,* |
| jleonard@mwe.com | *Astellas Ireland Co., Ltd., and Astellas* |
| nanand@mwe.com | *Pharma Global Development, Inc.* |
| vli@mwe.com | |
| | |
| Christopher Bruno | |
| MCDERMOTT WILL & EMERY LLP | |
| The McDermott Building | |
| 500 North Capitol Street NW | |
| Washington, DC 20001 | |
| (202) 756-8000 | |
| cbruno@mwe.com | |