

**WILMINGTON**
RODNEY SQUARE
**NEW YORK**
ROCKEFELLER CENTER
**Pilar G. Kraman**
P 302.576.3586
F 302.576.3742
pkraman@ycst.com

March 4, 2022

<u>VIA CM/ECF AND HAND DELIVERY</u>

The Honorable Christopher J. Burke
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *Astellas Pharma Inc., et al. v. Sandoz Inc., et al.*
              C.A. No. 20-1589-JFB-CJB (Consolidated)

Dear Judge Burke:

      The parties in the above-referenced matter write to request the scheduling of a teleconference to resolve discovery disputes that have arisen.

I. **<u>Mutual Discovery Disputes:</u>**

   a. Whether the parties are required to meet and confer prior to serving any additional discovery beyond that served by March 4, 2022.[1]

II. **<u>Defendants' Discovery Disputes Against Plaintiffs:</u>**

   a. Defendants' objection to Plaintiffs' document collection as it pertains to: (i) emails of the named inventors; (ii) emails of its ESI custodians; and (iii) the documents associated with named inventors corresponding to the other "Data Sources" disclosed in Astellas' ESI disclosures.

   b. Defendants' objections to Plaintiffs' responses to Defendants' Interrogatory No. 10 and Request for Production No. 31.

---

[1] For ease of review, the date(s) of all relevant meet-and-confers and list of participating counsel (Delaware and Lead counsel) are included in Appendix I, attached hereto.

    c. Plaintiffs' failure to provide a deposition date and location for Kazuhiro Sako, a named inventor located in Japan who may be unavailable after March 2022 due to retirement.

**III.**      **Plaintiffs' Discovery Disputes Against All Defendants:**

    a. Each Defendant's failure to provide adequate response to Plaintiffs' Interrogatory No. 3 concerning each Defendant's contentions that the Asserted Claims of the Patent-in-Suit are invalid under 35 U.S.C. § 103.

**IV.**      **Plaintiffs' Discovery Disputes Against Strides and Solara:**

    a. Strides' and Solara's position in response to discovery requests that it need not produce documents other than those produced in Civil Action No. 16-905 (D. Del.) (Plaintiffs' Request for Production Nos. 1-19 to Strides and Plaintiffs' Request for Production Nos. 1-19 to Solara).

**V.**      **Plaintiffs' Discovery Disputes Against Zydus:**

    a. Zydus's failure to provide adequate response to Plaintiffs' Interrogatory Nos. 8 and 12-15 to Zydus.

    b. Zydus's failure to provide samples of the excipients used in its ANDA Product in response to Plaintiffs' Request for Production No. 2.

**VI.**      **Plaintiffs' Discovery Disputes Against Apotex:**

    a. Apotex's failure to provide adequate response to Plaintiffs' Interrogatory No. 15 to Apotex.

    b. Apotex's failure to provide samples of the excipients used in its ANDA Product in response to Plaintiffs' Request for Production No. 2.

**VII.**      **Plaintiffs' Discovery Disputes Against Aurobindo:**

    a. Aurobindo's failure to provide adequate response to Plaintiffs' Interrogatory No. 15 to Aurobindo.

    b. Aurobindo's failure to provide samples of the excipients used in its ANDA Product in response to Plaintiffs' Request for Production No. 2.

**VIII.**      **Plaintiffs' Discovery Disputes Against Sandoz:**

    a. Sandoz's failure to provide adequate response to Plaintiffs' Interrogatory No. 15 to Sandoz.

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
March 4, 2022
Page 3

      b. Sandoz's failure to provide samples of the excipients used in its ANDA Product in response to Plaintiffs' Request for Production No. 2.

**IX. Plaintiffs' Discovery Disputes Against Prinston:**

      a. Prinston's failure to provide samples of the excipients used in its ANDA Product in response to Plaintiffs' Request for Production No. 2.

**X. Plaintiffs' Discovery Disputes Against Lupin:**

      a. Lupin's failure to provide samples of the excipients used in its ANDA Product in response to Plaintiffs' Request for Production No. 2.

**XI. Plaintiffs' Discovery Disputes Against Actavis/Teva:**

      a. Actavis's failure to provide samples of the excipients used in its ANDA Product in response to Plaintiffs' Request for Production No. 2.

**XII. Plaintiffs' Discovery Disputes Against Sawai:**

      a. Sawai's failure to provide samples of the excipients used in its ANDA Product in response to Plaintiffs' Request for Production No. 2.

\* \* \*

Plaintiffs propose that, given the number of parties and issues, upon scheduling of a discovery teleconference, the parties will endeavor to determine a consolidated briefing proposal. Defendants propose that Plaintiffs' disputes with individual Defendants should not be included in this teleconference because each Defendant is differently situated and may have its own Confidential Information relevant to these disputes. Plaintiffs disagree with Defendants' proposal, which requires duplicative filings and teleconferences, given that Paragraph 15 of the Protective Order (D.I. 115) permits the inclusion of Confidential Information of multiple Defendants in a single Court filing or hearing.

The parties note that fact discovery is ongoing and additional disputes may be raised by way of separate joint letters.

                                                              Respectfully submitted,

                                                              /s/ Pilar G. Kraman

cc:    Clerk of the Court (by hand delivery)
        All Counsel of Record (by CM/ECF)                 Pilar G. Kraman (No. 5199)

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
March 4, 2022
Page 4

## APPENDIX I

**Dispute I(a):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on at least one of February 8, 2022 and February 11, 2022.

**For Plaintiffs:**
Delaware counsel: Daniel Silver and Alexandra Joyce, MCCARTER & ENGLISH, LLP
Lead counsel: Simon Roberts, Christopher Bruno and Nitya Anand, MCDERMOTT WILL & EMERY

**For Actavis/Teva:**
Delaware counsel: Andrew Russell, SHAW KELLER LLP
Lead counsel: Jason Pesick and Sharon Lin, WINSTON & STRAWN LLP

**For Apotex:**
Delaware counsel: John Seaman, ABRAMS & BAYLISS LLP
Lead counsel: Joe Janusz, KATTEN MUCHIN ROSENMAN LLP

**For Aurobindo:**
Delaware counsel: Kenneth Dorsney and Cortlan Hitch, MORRIS JAMES LLP
Lead counsel: Sasha Rao, STERNE, KESSLER, GOLDSTEIN, & FOX

**For Lupin:**
Delaware counsel: Jack Phillips, PHILLIPS, MCLAUGHLIN & HALL, P.A.
Lead counsel: Andrea Cheek and William Zimmerman, KNOBBE, MARTENS, OLSON & BEAR, LLP

**For Prinston:**
Delaware counsel: Richard Weinblatt, STAMOULIS & WEINBLATT LLC
Lead counsel: Brent Batzer, UPADHYE TANG LLP

**For Sandoz:**
Delaware counsel: Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP
Lead counsel: Kevin Burke, RAKOCZY MOLINO MAZZOCHI SIWIK LLP

**For Sawai:**
Delaware counsel: Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP
Lead counsel: Katie O'Brien, KATTEN MUCHIN ROSENMAN LLP

**For Zydus:**
Delaware counsel: Pilar Kraman, YOUNG CONAWAY STARGATT & TAYLOR, LLP
Lead counsel: David Abramowitz and Emily Savas, LOCKE LORD LLP

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
March 4, 2022
Page 5

**Dispute II(a-c):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on at least one of December 29, 2021, February 8, 2022, and February 11, 2022.

**For Plaintiffs:**
Delaware counsel:   Daniel Silver, MCCARTER & ENGLISH, LLP
Lead counsel:   Simon Roberts and Christopher Bruno, MCDERMOTT WILL & EMERY

**For Actavis/Teva:**
Delaware counsel:   Andrew Russell, SHAW KELLER LLP
Lead counsel:   Jason Pesick and Sharon Lin, WINSTON & STRAWN LLP

**For Apotex:**
Delaware counsel:   John Seaman, ABRAMS & BAYLISS LLP
Lead counsel:   Jillian Schurr, KATTEN MUCHIN ROSENMAN LLP

**For Aurobindo:**
Delaware counsel:   Kenneth Dorsney and Cortlan Hitch, MORRIS JAMES LLP
Lead counsel:   Sasha Rao, STERNE, KESSLER, GOLDSTEIN, & FOX

**For Lupin:**
Delaware counsel:   Jack Phillips, PHILLIPS, MCLAUGHLIN & HALL, P.A.
Lead counsel:   Andrea Cheek and William Zimmerman, KNOBBE, MARTENS, OLSON & BEAR, LLP

**For Prinston:**
Delaware counsel:   Richard Weinblatt, STAMOULIS & WEINBLATT LLC
Lead counsel:   Brent Batzer, UPADHYE TANG LLP

**For Sandoz:**
Delaware counsel:   Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP[2]
Lead counsel:   Kevin Burke, RAKOCZY MOLINO MAZZOCHI SIWIK LLP

**For Sawai:**
Delaware counsel:   Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP
Lead counsel:   Katie O'Brien, KATTEN MUCHIN ROSENMAN LLP

---

[2] Participation was limited to meet and confers on February 8 and February 11, 2022 due to scheduling conflicts.

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
March 4, 2022
Page 6

**For Zydus:**
Delaware counsel:   Pilar Kraman, YOUNG CONAWAY STARGATT & TAYLOR, LLP
Lead counsel:       David Abramowitz and Emily Savas, LOCKE LORD LLP

**Dispute III(a):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on December 29, 2021.

**For Plaintiffs:**
Delaware counsel:   Alexandra Joyce, MCCARTER & ENGLISH, LLP
Lead counsel:       Christopher Bruno and Nitya Anand, MCDERMOTT WILL & EMERY

**For Actavis/Teva:**
Delaware counsel:   Andrew Russell, SHAW KELLER LLP
Lead counsel:       Sharon Lin and Jason Pesick, WINSTON & STRAWN LLP

**For Apotex:**
Delaware counsel:   John Seaman, ABRAMS & BAYLISS LLP
Lead counsel:       Jillian Schurr, KATTEN MUCHIN ROSENMAN LLP

**For Aurobindo:**
Delaware counsel:   Cortlan Hitch, MORRIS JAMES LLP
Lead counsel:       Sasha Rao, STERNE, KESSLER, GOLDSTEIN, & FOX

**For Lupin:**
Delaware counsel:   Jack Philips, PHILLIPS, MCLAUGHLIN & HALL, P.A.
Lead counsel:       Andrea Cheek and William Zimmerman, KNOBBE, MARTENS, OLSON & BEAR, LLP

**For Prinston:**
Delaware counsel:   Richard Weinblatt, STAMOULIS & WEINBLATT LLC
Lead counsel:       Brent Batzer, UPADHYE TANG LLP

**For Sandoz:**
Delaware counsel:   Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP
Lead counsel:       Kevin Burke, RAKOCZY MOLINO MAZZOCHI SIWIK LLP

**For Sawai:**
Delaware counsel:   Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP
Lead counsel:       Katie O'Brien, KATTEN MUCHIN ROSENMAN LLP

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
March 4, 2022
Page 7

**For Zydus:**
Delaware counsel:   Pilar Kraman, YOUNG CONAWAY STARGATT & TAYLOR, LLP
Lead counsel:       David Abramowitz, LOCKE LORD LLP

**Dispute IV(a):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on February 22, 2022.

**For Plaintiffs:**
Delaware counsel:   Alexandra Joyce, MCCARTER & ENGLISH, LLP
Lead counsel:       Christopher Bruno and Nitya Anand, MCDERMOTT WILL & EMERY

**For Sawai:**
Delaware counsel:   Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP
Lead counsel:       Brian Sodikoff, KATTEN MUCHIN ROSENMAN LLP

**Dispute V(a-b):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on January 19, 2022.

**For Plaintiffs:**
Delaware counsel:   Daniel Silver, MCCARTER & ENGLISH, LLP
Lead counsel:       Christopher Bruno and Nitya Anand, MCDERMOTT WILL & EMERY

**For Zydus:**
Delaware counsel:   Pilar Kraman, YOUNG CONAWAY STARGATT & TAYLOR, LLP
Lead counsel:       David Abramowitz, LOCKE LORD LLP

**Dispute VI(a):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on January 19, 2022.

**For Plaintiffs:**
Delaware counsel:   Alexandra Joyce, MCCARTER & ENGLISH, LLP
Lead counsel:       Christopher Bruno and Nitya Anand, MCDERMOTT WILL & EMERY

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
March 4, 2022
Page 8

**For Apotex:**
Delaware counsel:     John Seaman, ABRAMS & BAYLISS LLP
Lead counsel:     Jillian Schurr and Joe Janusz, KATTEN MUCHIN ROSENMAN LLP

**Dispute VI(b):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on December 21, 2021.

**For Plaintiffs:**
Delaware counsel:     Alexandra Joyce, MCCARTER & ENGLISH, LLP
Lead counsel:     Christopher Bruno, MCDERMOTT WILL & EMERY

**For Apotex:**
Delaware counsel:     John Seaman, ABRAMS & BAYLISS LLP
Lead counsel:     Jillian Schurr and Joe Janusz, KATTEN MUCHIN ROSENMAN LLP

**Dispute VII(a):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on January 25, 2022.

**For Plaintiffs:**
Delaware counsel:     Alexandra Joyce, MCCARTER & ENGLISH, LLP
Lead counsel:     Christopher Bruno and Nitya Anand, MCDERMOTT WILL & EMERY

**For Aurobindo:**
Delaware counsel:     Kenneth Dorsney and Cortlan Hitch, MORRIS JAMES LLP
Lead counsel:     Sasha Rao, STERNE, KESSLER, GOLDSTEIN, & FOX

**Dispute VII(b):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on December 22, 2021.

**For Plaintiffs:**
Delaware counsel:     Alexandra Joyce, MCCARTER & ENGLISH, LLP
Lead counsel:     Christopher Bruno, MCDERMOTT WILL & EMERY

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
March 4, 2022
Page 9

**For Aurobindo:**
Delaware counsel: Kenneth Dorsney, MORRIS JAMES LLP
Lead counsel: Sasha Rao, STERNE, KESSLER, GOLDSTEIN, & FOX

**Dispute VIII(a):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on January 24, 2022.

**For Plaintiffs:**
Delaware counsel: Alexandra Joyce, MCCARTER & ENGLISH, LLP
Lead counsel: Christopher Bruno and Nitya Anand, MCDERMOTT WILL & EMERY

**For Sandoz:**
Delaware counsel: Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP
Lead counsel: Kevin Burke, RAKOCZY MOLINO MAZZOCHI SIWIK LLP

**Dispute VIII(b):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on June 25, 2021.

**For Plaintiffs:**
Delaware counsel: Daniel Silver, MCCARTER & ENGLISH, LLP
Lead counsel: Chika Seidel, MCDERMOTT WILL & EMERY

**For Sandoz:**
Delaware counsel: Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP
Lead counsel: Kevin Burke, RAKOCZY MOLINO MAZZOCHI SIWIK LLP

**Dispute IX(a):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on December 17, 2021.

**For Plaintiffs:**
Delaware counsel: Daniel Silver, MCCARTER & ENGLISH, LLP
Lead counsel: Christopher Bruno, MCDERMOTT WILL & EMERY

**For Prinston:**
Delaware counsel: Richard Weinblatt, STAMOULIS & WEINBLATT LLC
Lead counsel: Brent Batzer and Yixin Tang, UPADHYE TANG LLP

**Dispute X(a):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on December 21, 2021.

**For Plaintiffs:**
Delaware counsel: Alexandra Joyce, MCCARTER & ENGLISH, LLP
Lead counsel: Christopher Bruno, MCDERMOTT WILL & EMERY

**For Lupin:**
Delaware counsel: Jack Phillips, PHILLIPS, MCLAUGHLIN & HALL, P.A.
Lead counsel: Andrea Cheek and William Zimmerman, KNOBBE, MARTENS, OLSON & BEAR, LLP

**Dispute XI(a):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on December 28, 2021.

**For Plaintiffs:**
Delaware counsel: Alexandra Joyce, MCCARTER & ENGLISH, LLP
Lead counsel: Christopher Bruno and Nitya Anand, MCDERMOTT WILL & EMERY

**For Actavis/Teva:**
Delaware counsel: Andrew Russell, SHAW KELLER LLP
Lead counsel: Jason Pesick and Sharon Lin, WINSTON & STRAWN LLP

**Dispute XII(a):**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on January 6, 2022.

**For Plaintiffs:**
Delaware counsel: Alexandra Joyce, MCCARTER & ENGLISH, LLP
Lead counsel: Christopher Bruno and Nitya Anand, MCDERMOTT WILL & EMERY

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
March 4, 2022
Page 11

**For Sawai:**
Delaware counsel:   Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP
Lead counsel:       Brian Sodikoff, KATTEN MUCHIN ROSENMAN LLP