IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et al., <br><br> Defendants. | C.A. No. 20-1589-JFB-CJB <br> (Consolidated) |

**STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULE**

IT IS HEREBY STIPULATED by Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas" or "Plaintiffs") and Defendants Sandoz Inc. ("Sandoz"), Lek Pharmaceuticals d.d. ("Lek"), Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. (collectively, "Actavis"), Apotex Inc. and Apotex Corp. (collectively, "Apotex"), Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively, "Aurobindo"), Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc. (collectively, "Sawai"), Solara Active Pharma Sciences Ltd. ("Solara"), Strides Pharma Science Limited ("Strides"), Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co. Ltd., Huahai US Inc., and Solco Healthcare US LLC (collectively, "Prinston"), Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited (collectively, "Zydus"), and Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") (all Defendants collectively, "Defendants," and together with Plaintiffs, "the Parties") subject to approval of the Court, that certain deadlines in the case scheduling order shall be extended as follows:

2

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to complete [**Defs proposal:** already noticed depositions] [**Plfs proposal:** fact discovery] and resolve discovery disputes[1] | March 4, 2022 | May 18, 2022 |
| Final supplement of all accused products and of all invalidity references | March 15, 2022 | May 26, 2022 |
| Plaintiff to provide final infringement contentions | April 8, 2022 | June 15, 2022 |
| Defendants to provide final invalidity contentions | April 15, 2022 | June 22, 2022 |
| Opening Expert Reports | May 18, 2022 | July 22, 2022 |
| Rebuttal Expert Reports | June 22, 2022 | August 26, 2022 |
| Reply Expert Reports | July 22, 2022 | September 23, 2022 |
| Deadline to complete expert discovery | September 28, 2022 | October 21, 2022 |

No other deadlines shall be affected by this Stipulation unless agreed to by the parties or ordered by the Court.

---

[1] The parties agree upon the proposed date for completing depositions and resolving discovery disputes, but disagree whether a meet and confer is necessary to seek additional depositions or written discovery beyond those noticed or served by March 4, 2022. The parties have raised that issue to the Court by way of a joint letter for a discovery dispute teleconference.

Dated:  March 4, 2022

| MCCARTER & ENGLISH, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Dominick T. Gattuso* |
| Daniel M. Silver (#4758) | Dominick T. Gattuso (#3630) |
| Alexandra M. Joyce (#6423) | Elizabeth A. DeFelice (#5474) |
| 405 N. King St., 8th Floor | 300 Delaware Ave., Suite 200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6331 | Tel.: (302) 472-7300 |
| dsilver@mccarter.com | dgattuso@hegh.law |
| ajoyce@mccarter.com | edefelice@hegh.law |
| | |
| *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | *Attorneys for Defendant Sandoz Inc. and  Lek Pharmaceuticals d.d.* |

| ABRAMS & BAYLISS LLP | SHAW KELLER LLP |
|---|---|
| */s/ John M. Seaman* | */s/ Andrew E. Russell* |
| John M. Seaman (#3868) | John W. Shaw (#3362) |
| 20 Montchanin Road, Suite 200 | Karen E. Keller (#4489) |
| Wilmington, DE 19807 | Andrew E. Russell (#5382) |
| (302) 778-1000 | 1105 North Market Street, 12th Floor |
| Fax: (302) 573-3501 | Wilmington, DE 19801 |
| seaman@abramsbayliss.com | (302) 298-0700 |
| | jshaw@shawkeller.com |
| *Attorneys for Defendants Apotex Corp. and Apotex Inc.* | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| | |
| | *Attorneys for Defendants Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc.* |

| HEYMAN ENERIO GATTUSO & HIRZEL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Dominick T. Gattuso* <br> Dominick T. Gattuso (#3630) <br> Elizabeth A. DeFelice (#5474) <br> 300 Delaware Ave., Suite 200 <br> Wilmington, DE 19801 <br> Tel.: (302) 472-7300 <br> dgattuso@hegh.law <br> edefelice@hegh.law <br><br> *Attorneys for Defendants Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc., Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited* | */s/ Kenneth L. Dorsney* <br> Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6720) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 888- 6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com <br><br> *Attorneys for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC* |
| STAMOULIS & WEINBLATT LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Richard C. Weinblatt* <br> Stamatios Stamoulis (#4606) <br> Richard C. Weinblatt (#5080) <br> 800 N. West Street, 3rd Floor <br> Wilmington, DE 19801 <br> (302) 999-1540 <br> stamoulis@swdelaw.com <br> weinblatt@swdelaw.com <br><br> *Attorneys for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., and Solco Healthcare US, LLC* | */s/ Pilar G. Kraman* <br> Pilar G. Kraman (#5199) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> pkraman@ycst.com <br><br> *Attorneys for Zydus Pharmaceuticals (USA), Inc. and Cadila Healthcare Limited* |

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 N. Broom St
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Lupin Ltd. and*
*Lupin Pharmaceuticals, Inc.*

IT IS SO ORDERED this _____ day of _____, 2022.

_____
United States Magistrate Judge