

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

April 22, 2022

**VIA CM/ECF**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

Re: *Astellas Pharma Inc. v. Sandoz Inc.*, **C.A. No. 20-1589-JFB-CJB (Consolidated)**

Dear Judge Burke,

    I write jointly on behalf of Plaintiffs and Defendants Sawai, Strides and Solara in advance of the discovery dispute hearing scheduled for today, April 22, 2022 at 2 p.m. to inform the Court that Plaintiffs, Sawai, Strides, and Solara have resolved their dispute regarding the production of excipients (*see* D.I. 302 at ¶ XII.), with Strides and Solara agreeing to promptly produce certain excipients to Plaintiffs and Plaintiffs agreeing to forgo other requested excipients.

    Other disputes between Plaintiffs, Strides and Solara still remain outstanding. *See* D.I. 302 at ¶ IV.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

ME1 40309985v.1