IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 20-1589-JFB-CJB ) (Consolidated) ) ) ) ) ) |

## FIRST AMENDED NOTICE OF DEPOSITION OF YUUKI TAKAISHI

TO: Plaintiffs' and their attorneys of record, Daniel M. Silver and Alexandra M. Joyce of McCarter & English LLP, 405 N. King St., 8th Floor, Wilmington, DE 19801.

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30 and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Defendants Sandoz Inc., Lek Pharmaceuticals. d.d., Actavis Elizabeth LLC, Teva Pharmaceuticals USA, Inc., Apotex Inc., Apotex Corp., Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc., Solara Active Pharma Sciences Ltd., Strides Pharma Science Limited, Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., Solco Healthcare US, LLC, Zydus Pharmaceuticals (USA) Inc., Zydus Lifesciences Limited, Lupin Ltd., and Lupin Pharmaceuticals, Inc. (collectively, "Defendants") by and through their attorneys, will take the deposition upon oral examination of Yuuki Takaishi starting at 9:00 AM ET on May 12, 2022, at McDermott Will & Emory, One Vanderbilt Avenue New York, NY 10017-3852. The deposition will be taken before a duly qualified notary public or other person authorized by law to administer oaths, and will be recorded by audio, stenographic and/or videographic means. The deposition will continue from day to day until completed, with adjournments as may be necessary.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Pilar G. Kraman* | */s/ Dominick T. Gattuso* |
| Pilar G. Kraman (#5199) | Dominick T. Gattuso (#3630) |
| Rodney Square | Elizabeth A. DeFelice (#5474) |
| 1000 North King Street | 300 Delaware Ave., Suite 200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 472-7300 |
| pkraman@ycst.com | dgattuso@hegh.law |
|  | edefelice@hegh.law |
| *Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited* | *Attorneys for Defendant Sandoz Inc. and Lek Pharmaceuticals d.d.* |

| ABRAMS & BAYLISS LLP | SHAW KELLER LLP |
|---|---|
| */s/ John M. Seaman* | */s/Andrew E. Russell* |
| John M. Seaman (#3868) | John W. Shaw (#3362) |
| 20 Montchanin Road, Suite 200 | Karen E. Keller (#4489) |
| Wilmington, DE 19807 | Andrew E. Russell (#5382) |
| (302) 778-1000 | 1105 North Market Street, 12th Floor |
| seaman@abramsbayliss.com | Wilmington, DE 19801 |
|  | (302) 298-0700 |
|  | jshaw@shawkeller.com |
|  | kkeller@shawkeller.com |
|  | arussell@shawkeller.com |
| *Attorneys for Defendants Apotex Corp. and Apotex Inc.* | *Attorneys for Defendants Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc.* |

4

| | |
|---|---|
| HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP | MORRIS JAMES LLP |
| /s/ Dominick T. Gattuso<br>Dominick T. Gattuso (#3630)<br>Elizabeth A. DeFelice (#5474)<br>300 Delaware Ave., Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br>edefelice@hegh.law | /s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888- 6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| *Attorneys for Defendants Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc., Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited* | *Attorneys for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC* |
| STAMOULIS & WEINBLATT LLC | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| /s/ Richard C. Weinblatt<br>Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street, 3rd Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com | /s/ John C. Phillips, Jr.<br>John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>Megan C. Haney (#5016)<br>1200 N. Broom St<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com<br>mch@pmhdelaw.com |
| *Attorneys for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., and Solco Healthcare US, LLC* | *Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |