IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et al., <br><br> Defendants. | C.A. No. 20-1589-JFB-CJB <br> (Consolidated) |

**STIPULATION AND ORDER TO AMEND THE CASE SCHEDULE**

IT IS HEREBY STIPULATED by Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas" or "Plaintiffs") and Defendants Sandoz Inc. ("Sandoz"), Lek Pharmaceuticals d.d. ("Lek"), Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. (collectively, "Actavis"), Apotex Inc. and Apotex Corp. (collectively, "Apotex"), Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively, "Aurobindo"), Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc. (collectively, "Sawai"), Solara Active Pharma Sciences Ltd. ("Solara"), Strides Pharma Science Limited ("Strides"), Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co. Ltd., Huahai US Inc., and Solco Healthcare US LLC (collectively, "Prinston"), Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively, "Zydus"), and Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") (all Defendants collectively, "Defendants," and together with Plaintiffs, "the Parties") subject to approval of the Court, that the certain deadlines in the case scheduling order shall be extended as follows:

1

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to complete already noticed depositions | June 17, 2022 | July 12, 2022 |
| Final supplement of all accused products and of all invalidity references | June 24, 2022 | July 15, 2022 |
| Plaintiff to provide final infringement contentions | June 30, 2022 | July 22, 2022 |
| Defendants to provide final invalidity contentions | July 11, 2022 | August 1, 2022 |
| Opening Expert Reports | July 22, 2022 | August 12, 2022 |
| Rebuttal Expert Reports | August 26, 2022 | September 16, 2022 |
| Reply Expert Reports | September 23, 2022 | October 14, 2022 |
| Deadline to complete expert discovery | October 21, 2022 | November 22, 2022 |
| Expert status conference with the Court | October 5, 2022 | December 2, 2022 at 10:00am |
| Oral arguments on pending dispositive and Daubert motions | November 7, 2022 | December 12, 2022 at 10:00am |
| Joint Proposed Final Pretrial Order | November 29, 2022 | January 13, 2023 |
| Pretrial conference | December 9, 2022 | January 23, 2023 at 11:00am |
| Trial | Beginning February 6, 2023 | Unchanged |
| Interim Status Report | August 10, 2022 | Unchanged |

No other deadlines shall be affected by this Stipulation unless agreed to by the parties or ordered by the Court.

2

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| */s/ Daniel M. Silver* | */s/ Dominick T. Gattuso* |
| Daniel M. Silver (#4758) | Dominick T. Gattuso (#3630) |
| Alexandra M. Joyce (#6423) | Elizabeth A. DeFelice (#5474) |
| 405 N. King St., 8th Floor | 300 Delaware Ave., Suite 200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6331 | Tel.: (302) 472-7300 |
| dsilver@mccarter.com | dgattuso@hegh.law |
| ajoyce@mccarter.com | edefelice@hegh.law |
| *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | *Attorneys for Defendant Sandoz Inc. and Lek Pharmaceuticals d.d.* |
| ABRAMS & BAYLISS LLP | SHAW KELLER LLP |
| */s/ John M. Seaman* | */s/ Andrew E. Russell* |
| John M. Seaman (#3868) | John W. Shaw (#3362) |
| 20 Montchanin Road, Suite 200 | Karen E. Keller (#4489) |
| Wilmington, DE 19807 | Andrew E. Russell (#5382) |
| (302) 778-1000 | 1105 North Market Street, 12th Floor |
| Fax: (302) 573-3501 | Wilmington, DE 19801 |
| seaman@abramsbayliss.com | (302) 298-0700 |
| | jshaw@shawkeller.com |
| *Attorneys for Defendants Apotex Corp. and Apotex Inc.* | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| | *Attorneys for Defendants Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc.* |

3

| HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>Elizabeth A. DeFelice (#5474)<br>300 Delaware Ave., Suite 200<br>Wilmington, DE 19801<br>Tel.: (302) 472-7300<br>dgattuso@hegh.law<br>edefelice@hegh.law | */s/ Cortlan S. Hitch*<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888- 6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| *Attorneys for Defendants Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc., Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited* | *Attorneys for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC* |
| STAMOULIS & WEINBLATT LLC | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP |
| */s/ Richard C. Weinblatt*<br>Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com | */s/ Pilar G. Kraman*<br>Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com |
| *Attorneys for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., and Solco Healthcare US, LLC* | *Attorneys for Zydus Pharmaceuticals (USA), Inc. and Zydus Lifesciences Limited* |

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 N. Broom St
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Lupin Ltd. and
Lupin Pharmaceuticals, Inc.*

IT IS SO ORDERED this __28th__ day of __June_____, 2022.

*Christopher J. Burke*
United States Magistrate Judge

5