IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et.al. <br><br> Defendants. | C.A. No. 20-1589-JFB-CJB |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on July 15, 2022, a copy of Defendants' Supplemental Identification of Invalidity References was served on the following counsel by electronic mail:

OF COUNSEL:

Simon D. Roberts
Jason A. Leonard
Nitya Anand
Vincent Li
Jayita Guhaniyogi
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017

Christopher M. Bruno
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street NW
Washington, DC 20001

Maxwell A. Fox
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206

Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
405 N. King St., 8th Floor
Wilmington, DE 19801

|  |  |
|---|---|
| OF COUNSEL:<br><br>William A. Rakoczy<br>Deanne M. Mazzochi<br>Rachel Pernic Waldron<br>Kevin Patrick Burke<br>Greg L. Goldblatt<br>RAKOCZY MOLINO MAZZOCHI<br>  SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60654<br>(312) 222-7543<br>wrakoczy@rmmslegal.com<br>dmazzochi@rmmslegal.com<br>rpernicwaldron@rmmslegal.com<br>kburke@rmmslegal.com<br>ggoldblatt@rmmslegal.com<br><br>Dated:  July 15, 2022 | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, Delaware 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Sandoz Inc.* |