

|  |  |
|---|---|
| **Daniel M. Silver**<br>Wilmington Office Managing Partner | McCarter & English, LLP<br>Renaissance Centre |
| T. 302-984-6331<br>F. 302-691-1260 | 405 N. King Street, 8th Floor<br>Wilmington, DE 19801-3717 |
| dsilver@mccarter.com | www.mccarter.com |

August 4, 2022

**VIA CM/ECF**
The Honorable Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

Re: *Astellas Pharma Inc. v. Sandoz Inc.*, **C.A. No. 20-1589-JFB-CJB (Consolidated)**

Dear Judge Burke,

Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") and Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively, "Aurobindo"), parties in the above-referenced matter, write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on August 3, 2022:

Astellas's Delaware Counsel: Alexandra Joyce, MCCARTER & ENGLISH, LLP

Astellas's Lead Counsel: Simon Roberts, Jason Leonard, Jayita Guhaniyogi, and Connor Romm, MCDERMOTT WILL & EMERY

Aurobindo's Delaware Counsel: Cortlan Hitch, MORRIS JAMES LLP

Aurobindo's Lead Counsel: Sasha Rao and Dennies Varughese, STERNE, KESSLER, GOLDSTEIN & FOX PLLC

The dispute requiring judicial attention is:

- Astellas's request to compel production of documents listed on Aurobindo's August 1, 2022 Second Amended Privilege Log.

Counsel are available at the Court's convenience.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)