

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

August 9, 2022

**VIA CM/ECF**
The Honorable Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

Re:   *Astellas Pharma Inc. v. Sandoz Inc.*, **C.A. No. 20-1589-JFB-CJB (Consolidated)**

Dear Judge Burke,

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

For ease of review, the date(s) of all relevant meet-and-confers and list of participating counsel (Delaware and Lead counsel) are included in Appendix I, attached hereto.

The dispute requiring judicial attention is:

- Amendment of the case schedule and Plaintiffs' request to move the trial date.

Counsel are available at the Court's convenience.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

ME1 41840206v.1

# **APPENDIX I**

At least the following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on at least one of July 26, 2022 and August 4, 2022.

**For Plaintiffs:**
Delaware counsel:   Alexandra Joyce, MCCARTER & ENGLISH, LLP
Lead counsel:       Simon Roberts, Jason Leonard and Connor Romm, MCDERMOTT WILL & EMERY

**For Apotex:**
Delaware counsel:   John Seaman, ABRAMS & BAYLISS LLP
Lead counsel:       Joe Janusz, KATTEN MUCHIN ROSENMAN LLP

**For Aurobindo:**
Delaware counsel:   Cortlan Hitch, MORRIS JAMES LLP
Lead counsel:       Sasha Rao, STERNE, KESSLER, GOLDSTEIN, & FOX

**For Lupin:**
Delaware counsel:   Jack Phillips, PHILLIPS, MCLAUGHLIN & HALL, P.A.
Lead counsel:       Bill Zimmerman and Andrea Cheek, KNOBBE, MARTENS, OLSON & BEAR, LLP

**For Prinston:**
Delaware counsel:   Richard Weinblatt, STAMOULIS & WEINBLATT LLC
Lead counsel:       Brent Batzer, UPADHYE TANG LLP

**For Sandoz:**
Delaware counsel:   Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP
Lead counsel:       Rachel Pernic Waldron and Kevin Burke, RAKOCZY MOLINO MAZZOCHI SIWIK LLP

**For Sawai:**
Delaware counsel:   Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP
Lead counsel:       Martin Masar, KATTEN MUCHIN ROSENMAN LLP

**For Zydus:**
Delaware counsel:   Pilar Kraman, YOUNG CONAWAY STARGATT & TAYLOR, LLP
Lead counsel:       David Abramowitz and Emily Savas, LOCKE LORD LLP