

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

August 19, 2022

<u>**VIA CM/ECF**</u>
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

Re:   *Astellas Pharma Inc. v. Sandoz Inc.*, **C.A. No. 20-1589-JFB-CJB (Consolidated)**

Dear Judge Burke,

     I write jointly on behalf of Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") and Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively, Aurobindo") in advance of the discovery dispute hearing scheduled for September 7, 2022 at 2:00 p.m. (*see* D.I. 386, Order).  In light of the Stipulation and Order Regarding Infringement and to Stay Claims and Be Bound by Result in Litigation as to Aurobindo that was entered by the Court this morning (D.I. 388), the parties respectfully withdraw their request for a discovery teleconference on their dispute concerning Aurobindo's privilege log (D.I. Nos. 375, 376), and Astellas accordingly withdraws its request for relief set forth in its August 12, 2022 letter (D.I. 384).

     Other disputes between Plaintiffs and the other Defendants still remain outstanding. *See* D.I. Nos. 379, 380, 386.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

ME1 41990204v.1