## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ASTELLAS PHARMA INC., et al., | ) | |
| | ) | |
| | ) | C.A. No. 20-1589-JFB-CJB |
| Plaintiffs, | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| SANDOZ INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## RULE 16.4 CERTIFICATION

The undersigned counsel for Plaintiffs hereby certifies he has provided a copy of Plaintiffs'

August 17, 2022 letter brief requesting a new trial date and amendment of the case schedule to

Plaintiffs' in-house counsel in compliance with District of Delaware Local Rule 16.4.


Dated: August 22, 2022                     MCCARTER & ENGLISH, LLP

                                           */s/ Daniel M. Silver*

OF COUNSEL:                                Daniel M. Silver (#4758)
                                           Alexandra M. Joyce (#6423)
Simon D. Roberts                           Renaissance Centre
Jason A. Leonard                           405 N. King Street, 8th Floor
Nitya Anand                                Wilmington, Delaware 19801
Vincent Li                                 (302) 984-6300
MCDERMOTT WILL & EMERY LLP                 dsilver@mccarter.com
One Vanderbilt Avenue                      ajoyce@mccarter.com
New York, NY 10017
(212) 547-5400
simonroberts@mwe.com                       *Attorneys for Plaintiffs Astellas Pharma Inc.,*
jleonard@mwe.com                           *Astellas Ireland Co., Ltd., and Astellas*
nanand@mwe.com                             *Pharma Global Development, Inc.*
vli@mwe.com

ME1 42011914v.1

Christopher M. Bruno
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
cbruno@mwe.com