IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et al., <br><br> Defendants. | C.A. No. 20-1589-JFB-CJB <br> (Consolidated) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
AUTHENTICITY AS TO PRINSTON'S REGULATORY DOCUMENTS**

IT IS HEREBY STIPULATED, by and between Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") and Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co. Ltd., Huahai US Inc., and Solco Healthcare US LLC (collectively, "Prinston"), and subject to the approval of the Court that:

1. Prinston's regulatory submissions to the FDA, including its complete Abbreviated New Drug Application ("ANDA"), all manufacturing batch records, and any communications with the FDA regarding its ANDA, including but not limited to the documents identified in Schedule A hereto, that were produced in discovery in this Litigation[1] are deemed authenticated pursuant to Federal Rule of Evidence 901, with no need for additional proof of authenticity.

2. Prinston further agrees that any such regulatory document in accordance with paragraph 1 above shall be considered a business record under Rule 803(6), and that Prinston

---

[1] For purposes of this Stipulation, the "Litigation" shall include the above-captioned consolidated action and the prior Mirabegron cases between the parties, Cons. C.A. No. 16-905-JFB-CJB, etc.

1

will not object to the admission of such document on the basis of hearsay in the trial in this matter.

3. This Stipulation applies to any such regulatory document that Astellas intends to use at trial, provided that the trial exhibit appears to be unaltered from the condition in which the document was produced by Prinston.

4. Prinston hereby stipulates to, and agrees to not challenge, the authenticity and admissibility of any such regulatory document, including but not limited to those identified in Schedule A hereto, from the Prinston Productions for purposes of trial.

5. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

6. In view of this Stipulation, Astellas agrees to forgo further deposing Prinston's designated witness regarding Topics 7 of its Notice of Deposition of Defendants Prinston Under Federal Rule of Civil Procedure 30(b)(6), dated January 25, 2022, for purposes of authenticating Prinston's regulatory submissions to the FDA.

7. For the avoidance of doubt, nothing in this Stipulation excuses Astellas or Prinston from compliance with pretrial disclosure requirements, including without limitation, the obligation to list all proposed trial exhibits on their exhibit list.

Dated: August 15, 2022

| MCCARTER & ENGLISH, LLP | STAMOULIS & WEINBLATT LLC |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Richard C. Weinblatt* |
| Daniel M. Silver (#4758) | Stamatios Stamoulis (#4606) |
| Alexandra M. Joyce (#6423) | Richard C. Weinblatt (#5080) |
| 405 N. King St., 8th Floor | 800 N. West Street, 3rd Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 999-1540 |
| dsilver@mccarter.com | stamoulis@swdelaw.com |
| ajoyce@mccarter.com | weinblatt@swdelaw.com |
| *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | *Attorneys for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., and Solco Healthcare US, LLC* |

IT IS SO ORDERED this _____ day of _____, 2022.

_____
United States Magistrate Judge

**SCHEDULE A**

- PRN_0000001-PRN_0018364 ███████
- PRN_0018365- PRN_0020927 ███████
- PRN_0020928- PRN_0021182 ███████
- PRN_0021183- PRN_0021306 ███████
- PRN_0021307- PRN_0021330 ███████
- PRN_0021331- PRN_0053833 ███████
- PRN_0053834- PRN_0053852 ███████
- PRN_0053853- PRN_0054356 ███████
- PRN_0054357- PRN_0054386 ███████ and
- PRN_2020MIRAB_000001 - PRN_2020MIRAB_029142 ███████

ME1 41935429v.1