**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC., et al.,<br><br>Defendants. | C.A. No. 20-1589-JFB-CJB<br>(Consolidated) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas" or "Plaintiffs") and Defendants Sandoz Inc. ("Sandoz"), Lek Pharmaceuticals d.d. ("Lek"), Apotex Inc. and Apotex Corp. (collectively, "Apotex"), Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc. (collectively, "Sawai"), Solara Active Pharma Sciences Ltd. ("Solara"), Strides Pharma Science Limited ("Strides"), Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co. Ltd., Huahai US Inc., and Solco Healthcare US LLC (collectively, "Prinston"), Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively, "Zydus"), and Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") (all Defendants collectively, "Defendants," and together with Plaintiffs, "the Parties") subject to approval of the Court, and without waiver of the Parties' respective positions on proposed adjustments to the case schedule, which are being presented to the Court for resolution, that:

1

ME1 42241535v.1

1. The deadline for the Parties to serve Opening Expert Reports shall be extended to September 14, 2022 (from September 12, 2022).

2. The deadline for the Parties to file a Joint Interim Status Report shall be extended to September 16, 2022 (from September 9, 2022).

Dated:  September 9, 2022

| MCCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Alexandra M. Joyce* <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> 405 N. King St., 8th Floor <br> Wilmington, DE 19801 <br> (302) 984-6331 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | */s/ Pilar G. Kraman* <br> Pilar G. Kraman (#5199) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> pkraman@ycst.com <br><br> *Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited* |
| ABRAMS & BAYLISS LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| */s/ John M. Seaman* <br> John M. Seaman (#3868) <br> 20 Montchanin Road, Suite 200 <br> Wilmington, DE 19807 <br> (302) 778-1000 <br> seaman@abramsbayliss.com <br><br> *Attorneys for Defendants Apotex Corp. and Apotex Inc.* | */s/ John C. Phillips, Jr.* <br> John C. Phillips, Jr. (#110) <br> David A. Bilson (#4986) <br> Megan C. Haney (#5016) <br> 1200 N. Broom St <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> dab@pmhdelaw.com <br> mch@pmhdelaw.com <br><br> *Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |

<table>
<tr><td>

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
Elizabeth A. DeFelice (#5474)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Tel.: (302) 472-7300
dgattuso@hegh.law
edefelice@hegh.law

*Attorneys for Defendants Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc., Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited*

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, 3rd Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., and Solco Healthcare US, LLC*

</td><td>

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
Elizabeth A. DeFelice (#5474)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Tel.: (302) 472-7300
dgattuso@hegh.law
edefelice@hegh.law

*Attorneys for Defendant Sandoz Inc. and Lek Pharmaceuticals d.d.*

</td></tr>
</table>

IT IS SO ORDERED this _____ day of _____, 2022.

_____
United States Magistrate Judge

ME1 42241535v.1