**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 20-1589-JFB-CJB <br> (Consolidated) |

## JOINT STATUS REPORT

The parties respectfully submit this status report.  In view of the Court's September 13, 2022 ruling on the case schedule, the parties will adhere to the case schedule.  Should Astellas elect to serve supplemental expert reports in accordance with the September 13, 2022 Order, the parties will confer on a schedule for supplemental rebuttal reports and bring any disputes to the Court's attention.  The parties do not require the Court's assistance with any disputes at this time.

1

ME1 42336151v.1

Dated:  September 16, 2022

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| */s/ Alexandra M. Joyce* | */s/ Pilar G. Kraman* |
| Daniel M. Silver (#4758) | Pilar G. Kraman (#5199) |
| Alexandra M. Joyce (#6423) | Rodney Square |
| 405 N. King St., 8th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6331 | (302) 571-6600 |
| dsilver@mccarter.com | pkraman@ycst.com |
| ajoyce@mccarter.com | |
| | *Attorneys for Zydus Pharmaceuticals (USA) Inc.* |
| *Attorneys for Plaintiffs Astellas Pharma Inc.,* | *and Zydus Lifesciences Limited* |
| *Astellas Ireland Co., Ltd., and Astellas* | |
| *Pharma Global Development, Inc.* | |
| | |
| ABRAMS & BAYLISS LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| | |
| */s/ John M. Seaman* | */s/ John C. Phillips, Jr.* |
| John M. Seaman (#3868) | John C. Phillips, Jr. (#110) |
| 20 Montchanin Road, Suite 200 | David A. Bilson (#4986) |
| Wilmington, DE 19807 | Megan C. Haney (#5016) |
| (302) 778-1000 | 1200 N. Broom St |
| seaman@abramsbayliss.com | Wilmington, DE 19806 |
| | (302) 655-4200 |
| *Attorneys for Defendants Apotex Corp.* | jcp@pmhdelaw.com |
| *and Apotex Inc.* | dab@pmhdelaw.com |
| | mch@pmhdelaw.com |
| | |
| | *Attorneys for Lupin Ltd. and* |
| | *Lupin Pharmaceuticals, Inc.* |

2

HEYMAN ENERIO GATTUSO &
HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
Elizabeth A. DeFelice (#5474)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Tel.: (302) 472-7300
dgattuso@hegh.law
edefelice@hegh.law

*Attorneys for Defendants Sawai
Pharmaceutical Co., Ltd., Sawai USA, Inc.,
Solara Active Pharma Sciences Ltd. and
Strides Pharma Science Limited*

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, 3rd Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Defendants Prinston
Pharmaceutical Inc., Zhejiang Huahai
Pharmaceutical Co., Ltd., Huahai US Inc.,
and Solco Healthcare US, LLC*

HEYMAN ENERIO GATTUSO &
HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
Elizabeth A. DeFelice (#5474)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Tel.: (302) 472-7300
dgattuso@hegh.law
edefelice@hegh.law

*Attorneys for Defendant Sandoz Inc. and Lek
Pharmaceuticals d.d.*

IT IS SO ORDERED this _____day of _____, 2022.

_____
United States Magistrate Judge

3

ME1 42336151v.1