# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 20-1589-JFB-CJB |
| v. ) | (Consolidated) |
| ) | |
| SANDOZ INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned counsel certifies that true and correct copies of (**1**) **Supplemental Opening Expert Report of Prof. Steven R. Little Concerning Infringement of U.S. Patent No. 10,842,780; and (2) Supplemental Opening Expert Report of Vivian Gray Concerning Dissolution Testing** were caused to be served on October 13, 2022 on the following counsel in the manner indicated:

### VIA EMAIL:

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Tel.: (302) 472-7300
dgattuso@hegh.law

ME1 42356299v.1

William A. Rakoczy
Deanne M. Mazzochi
Rachel Pernic Waldron
Greg Goldblatt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
wrakoczy@rmmslegal.com
dmazzochi@rmmslegal.com
rpernicwaldron@rmmslegal.com
ggoldblatt@rmmslegal.com

*Attorneys for Defendant Sandoz Inc.*

**VIA EMAIL:**

John M. Seaman
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
Fax: (302) 573-3501
seaman@abramsbayliss.com

Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8800
lance.soderstrom@katten.com

Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC 28202-4213
(704) 444-2000
joe.janusz@kattenlaw.com

Jillian M. Schurr
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
(312) 902-5200
jillian.schurr@katten.com

*Attorneys for Defendants Apotex Corp. and Apotex Inc.*

ME1 42356299v.1

**VIA EMAIL:**

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Tel.: (302) 472-7300
dgattuso@hegh.law

Brian Sodikoff
Martin S. Masar III, Ph.D.
Matthew M. Holub
Catherine O'Brien
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661
Tel: (312) 902-5200
brian.sodikoff@katten.com
martin.masar@katten.com
matthew.holub@katten.com
catherine.obrien@katten.com

*Attorneys for Defendants Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc.*

**VIA EMAIL:**

Pilar G. Kraman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Smitha B. Uthaman
LOCKE LORD LLP
111 SouthWacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
dabramowitz@lockelord.com
cblessing@lockelord.com
esavas@lockelord.com
smitha.uthaman@lockelord.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

**VIA EMAIL:**

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom St
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

William R. Zimmerman
Andrea Cheek
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington, D.C. 20006
(202) 640-6400
Bill.zimmerman@knobbe.com
Andrea.cheek@knobbe.com

Carol Pitzel Cruz
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Ste. 2500
Seattle, WA 98104
(206) 405-2000
Carol.pitzel.cruz@knobbe.com

*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

-5-

| | |
|---|---|
| Dated: October 14, 2022 | MCCARTER & ENGLISH, LLP |
| | |
| | */s/ Alexandra M. Joyce* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Simon D. Roberts | Renaissance Centre |
| Jason A. Leonard | 405 N. King Street, 8th Floor |
| Nitya Anand | Wilmington, Delaware 19801 |
| Jayita Guhaniyogi, Ph.D. | (302) 984-6300 |
| Vincent Li | dsilver@mccarter.com |
| MCDERMOTT WILL & EMERY LLP | ajoyce@mccarter.com |
| One Vanderbilt Avenue | |
| New York, NY 10017 | *Attorneys for Plaintiffs Astellas Pharma Inc.,* |
| simonroberts@mwe.com | *Astellas Ireland Co., Ltd., and Astellas* |
| jleonard@mwe.com | *Pharma Global Development, Inc.* |
| nanand@mwe.com | |
| jguhaniyogi@mwe.com | |
| vli@mwe.com | |
| | |
| Christopher M. Bruno | |
| MCDERMOTT WILL & EMERY LLP | |
| The McDermott Building | |
| 500 North Capitol Street NW | |
| Washington, DC 20001 | |
| cbruno@mwe.com | |

ME1 42356299v.1