# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et al <br><br> Defendants. | C.A. No. 20-1589-JFB-CJB <br><br> (CONSOLIDATED) |
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LTD., et al., <br><br> Defendants. | C.A. No. 21-425-JFB |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs

Astellas Pharma Inc., Astellas Ireland Co., Ltd. and Astellas Pharma Global Development, Inc.

(collectively, "Plaintiffs") and Defendants Actavis Elizabeth LLC and Teva Pharmaceuticals USA,

Inc. (collectively, "Actavis"), hereby stipulate and agree that all claims asserted by Plaintiffs

against Actavis and all counterclaims asserted by Actavis against Plaintiffs are hereby dismissed

without prejudice, and further, that all defenses to such claims and counterclaims are hereby

dismissed without prejudice.  All parties shall bear their own costs, disbursements and attorneys'

fees.


DATED: November 2, 2022

MCCARTER & ENGLISH, LLP                    SHAW KELLER LLP

*/s/ Alexandra M. Joyce*                        */s/ Andrew E. Russell*
Daniel M. Silver (#4758)                        John W. Shaw (#3362)
Alexandra M. Joyce (#6423)                   Karen E. Keller (#4489)
405 N. King St., 8th Floor                        Andrew E. Russell (#5382)
Wilmington, DE 19801                           1105 North Market Street, 12th Floor
(302) 984-6331                                      Wilmington, DE 19801
dsilver@mccarter.com                            (302) 298-0700
ajoyce@mccarter.com                            jshaw@shawkeller.com
                                                            kkeller@shawkeller.com
*Attorneys for Plaintiffs Astellas Pharma Inc.,*   arussell@shawkeller.com
*Astellas Ireland Co., Ltd., and Astellas*
*Pharma Global Development, Inc.*
                                                            *Attorneys for Defendants Actavis Elizabeth*
                                                            *LLC and Teva Pharmaceuticals USA, Inc.*


SO ORDERED this _____ day of _____, 2022.


                                                 _____
                                                 UNITED STATES DISTRICT JUDGE