

**WILMINGTON**
RODNEY SQUARE
**NEW YORK**
ROCKEFELLER CENTER
**Pilar G. Kraman**
P 302.576.3586
pkraman@ycst.com

November 2, 2022

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Christopher J. Burke
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *Astellas Pharma Inc., et al. v. Sandoz Inc., et al.*
               C.A. No. 20-1589-JFB-CJB (Consolidated)

Dear Judge Burke:

      The parties in the above-referenced matter write to request the scheduling of a teleconference to resolve discovery disputes that have arisen. The following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on October 26, 2022.

**For Plaintiffs:**
Delaware counsel:   Alexandra Joyce, MCCARTER & ENGLISH, LLP
Lead counsel:   Simon Roberts and Jason Leonard, MCDERMOTT WILL & EMERY

**For Apotex:**
Delaware counsel:   John Seaman, ABRAMS & BAYLISS LLP
Lead counsel:   Joseph Janusz, KATTEN MUCHIN ROSENMAN LLP

**For Lupin:**
Delaware counsel:   Jack Phillips, PHILLIPS, MCLAUGHLIN & HALL, P.A.
Lead counsel:   Andrea Cheek and William Zimmerman, KNOBBE, MARTENS, OLSON & BEAR, LLP

**For Prinston:**
Delaware counsel:   Richard Weinblatt, STAMOULIS & WEINBLATT LLC
Lead counsel:   Brent Batzer, UPADHYE TANG LLP

**For Sandoz:**
Delaware counsel:   Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP
Lead counsel:   Gregory Goldblatt, RAKOCZY MOLINO MAZZOCHI SIWIK LLP

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F   302.571.1253    YoungConaway.com

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
November 2, 2022
Page 2

**For Sawai:**
Delaware counsel:   Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP
Lead counsel:       Martin Masar, KATTEN MUCHIN ROSENMAN LLP

**For Zydus:**
Delaware counsel:   Pilar Kraman, YOUNG CONAWAY STARGATT & TAYLOR, LLP
Lead counsel:       David Abramowitz and Emily Savas, LOCKE LORD LLP

The disputes requiring judicial attention are listed below:

1. Deposition length for Astellas's expert, Dr. Steven Little, who has served Astellas's primary infringement and validity expert reports.

2. Deposition length for Defendants' expert, Dr. Walter G. Chambliss, who has served Defendants' primary invalidity expert report.

3. Sufficiency of Defendants' expert disclosures in their invalidity reports in light of the Court's April 21, 2022 order (D.I. 343).

Respectfully submitted,

Pilar G. Kraman (No. 5199)

cc:   Clerk of the Court (by hand delivery)
      All Counsel of Record (by CM/ECF)