# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) C.A. No. 20-1589-JFB-CJB |
| SANDOZ INC., et al., | ) (consolidated) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiffs and Defendants respectfully move this Court to address outstanding disputes regarding discovery matters. *See* D.I. 420. The parties are continuing to meet and confer regarding the disputes outlined in D.I. 420. Pursuant to the Court's Scheduling Order (D.I. 88), the parties will provide submissions and present their respective positions consistent with the Court's forthcoming Oral Order scheduling a teleconference. Counsel for Defendant Zydus Pharmaceuticals (USA) Inc. shall initiate the call.

Dated:  November 3, 2022

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| */s/ Alexandra M. Joyce* | */s/ Dominick T. Gattuso* |
| Daniel M. Silver (#4758) | Dominick T. Gattuso (#3630) |
| Alexandra M. Joyce (#6423) | Elizabeth A. DeFelice (#5474) |
| 405 N. King St., 8th Floor | 300 Delaware Ave., Suite 200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6331 | (302) 472-7300 |
| dsilver@mccarter.com | dgattuso@hegh.law |
| ajoyce@mccarter.com | edefelice@hegh.law |
| | |
| *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | *Attorneys for Defendant Sandoz Inc. and Lek Pharmaceuticals d.d.* |
| | |
| ABRAMS & BAYLISS LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| */s/ Christopher F. Cannataro* | */s/ Dominick T. Gattuso* |
| John M. Seaman (#3868) | Dominick T. Gattuso (#3630) |
| Christopher F. Cannataro (#6621) | Elizabeth A. DeFelice (#5474) |
| 20 Montchanin Road, Suite 200 | 300 Delaware Ave., Suite 200 |
| Wilmington, DE 19807 | Wilmington, DE 19801 |
| (302) 778-1000 | (302) 472-7300 |
| seaman@abramsbayliss.com | dgattuso@hegh.law |
| ccannataro@abramsbayliss.com | edefelice@hegh.law |
| | |
| *Attorneys for Defendants Apotex Corp. and Apotex Inc.* | *Attorneys for Defendants Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc., Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited* |

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Richard C. Weinblatt* <br> Stamatios Stamoulis (#4606) <br> Richard C. Weinblatt (#5080) <br> 800 N. West Street, 3rd Floor <br> Wilmington, DE 19801 <br> (302) 999-1540 <br> stamoulis@swdelaw.com <br> weinblatt@swdelaw.com <br><br> *Attorneys for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., and Solco Healthcare US, LLC* | */s/ Pilar G. Kraman* <br> Pilar G. Kraman (#5199) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> pkraman@ycst.com <br><br> *Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited* |

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 N. Broom St
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*