# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 20-1589-JFB-CJB |
| SANDOZ INC., et al., | ) (consolidated) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 3, 2022, a copy of the following was served on the persons listed below in the manner indicated:

1) *Supplemental Expert Report of Reza Fassihi, Ph.D. Regarding Noninfringement of U.S. Patent No. 10,842,780*

**BY E-MAIL**

Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

Simon D. Roberts
Jason A. Leonard
Nitya Anand
Vincent Li
Jayita Guhaniyogi
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
simonroberts@mwe.com
jleonard@mwe.com
nanand@mwe.com
jguhaniyogi@mwe.com

Christopher Bruno
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
cbruno@mwe.com

        Maxwell A. Fox
MCDERMOTT WILL & EMERY
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
(310) 277-4110
mfox@mwe.com

Connor Romm
MCDERMOTT WILL & EMERY
200 Clarendon Street, Flr. 58
Boston, MA 02116-5021
(617) 535-4000
cromm@mwe.com

PLEASE TAKE FURTHER NOTICE that on November 3, 2022, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the persons listed above.

Date: November 3, 2022

| | |
|---|---|
| *Of Counsel:* | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Michael J. Gaertner<br>David B. Abramowitz<br>Carolyn A. Blessing<br>Emily L. Savas<br>Smitha B. Uthaman<br>Leah M. Brackensick<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>(312) 443-0700 | /s/ *Pilar G. Kraman*<br>Pilar G. Kraman (No. 5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com<br><br>*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited* |