# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et al <br><br> Defendants. | C.A. No. 20-1589-JFB-CJB <br><br> (CONSOLIDATED) |
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LTD., et al., <br><br> Defendants. | C.A. No. 21-425-JFB |

## ORDER OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd. and Astellas Pharma Global Development, Inc. (collectively, "Plaintiffs") and Defendants Actavis Elizabeth LLC and Teva Pharmaceuticals USA, Inc. (collectively, "Actavis"), hereby stipulate and agree that all claims asserted by Plaintiffs against Actavis and all counterclaims asserted by Actavis against Plaintiffs are hereby dismissed without prejudice, and further, that all defenses to such claims and counterclaims are hereby

dismissed without prejudice.  All parties shall bear their own costs, disbursements and attorneys' fees.

SO ORDERED this __3rd__ day of __November_____, 2022.

_____
UNITED STATES DISTRICT JUDGE