IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SANDOZ INC., ACTAVIS ELIZABETH LC, ACTAVIS LLC, TEVA PHARMACEUTICALS USA, INC., APOTEX INC., APOTEX CORP., AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, SAWAI PHARMACEUTICAL CO., LTD., SAWAI USA, INC., PRINSTON PHARMACEUTICAL INC., ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. HUAHAI US INC., SOLCO HEALTHCARE US, LLC, WINDLAS HEALTHCARE, PVT. LTD., WINDLAS BIOTECH LTD. ZYDUS PHARMACEUTICALS (USA), INC., CADILA HEALTHCARE LTD. (d/b/a ZYDUS CADILA), LUPIN LTD., and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | 1:20CV1589<br><br>ORDER |

This matter is before the Court on defendants' motion to dismiss. D.I. 199. Before the Court rules—given the motion has pended for over a year, and discovery is all but complete, D.I. 364—the parties may each file a supplemental brief not to exceed five pages by November 22, 2022.  IT IS SO ORDERED.

Dated this 7th day of November, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1