

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

November 17, 2022

**VIA CM/ECF**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

Re:   *Astellas Pharma Inc. v. Sandoz Inc.*, **C.A. No. 20-1589-JFB-CJB (Consolidated)**

Dear Judge Burke:

      The parties in the above-referenced matter write to request the scheduling of a teleconference to resolve a discovery dispute that has arisen.  The following attorneys (Delaware and Lead Counsel) participated in a verbal meet-and-confer (by telephone) on November 10, 2022.

**For Plaintiffs:**
| | |
|---|---|
| Delaware counsel: | Alexandra Joyce, MCCARTER & ENGLISH, LLP |
| Lead counsel: | Jason Leonard, Jayita Guhaniyogi, and Connor Romm, MCDERMOTT WILL & EMERY |

**For Apotex:**
| | |
|---|---|
| Delaware counsel: | Chris Cannataro, ABRAMS & BAYLISS LLP |
| Lead counsel: | Joseph Janusz, KATTEN MUCHIN ROSENMAN LLP |

**For Lupin:**
| | |
|---|---|
| Delaware counsel: | Jack Phillips, PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| Lead counsel: | Andrea Cheek, KNOBBE, MARTENS, OLSON & BEAR, LLP |

**For Sandoz and Sawai:**
| | |
|---|---|
| Delaware counsel: | Dominick Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL, LLP |

**For Prinston:**
| | |
|---|---|
| Delaware counsel: | Richard Weinblatt, STAMOULIS & WEINBLATT LLC |
| Lead counsel: | Brent Batzer, UPADHYE TANG LLP |

**For Zydus:**
| | |
|---|---|
| Delaware counsel: | Pilar Kraman, YOUNG CONAWAY STARGATT & TAYLOR, LLP |

|  |  |
|---|---|
| Lead counsel: | David Abramowitz, LOCKE LORD LLP |

**For Aurobindo:**

|  |  |
|---|---|
| Delaware counsel: | Cortlan Hitch, MORRIS JAMES LLP |
| Lead counsel: | Sasha Rao, STERNE, KESSLER, GOLDSTEIN, & FOX |

**For Actavis/Teva:**

|  |  |
|---|---|
| Delaware counsel: | Andrew Russell, SHAW KELLER LLP |
| Lead counsel: | Sharon Lin, WINSTON & STRAWN LLP |

The disputes requiring judicial attention are listed below:

1. The parties' dispute regarding the use and disclosure of Defendants' confidential information in expert discovery under the Protective Order.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)