IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ASTELLAS PHARMA INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 20-1589-JFB-CJB |
| SANDOZ INC., et al., | ) ) | (Consolidated) |
| Defendants. | ) ) | |

**STIPULATION AND ORDER TO DISMISS DEFENDANTS SOLARA ACTIVE PHARMA SCIENCES LTD. AND STRIDES PHARMA SCIENCE LIMITED WITHOUT PREJUDICE AND TO BE BOUND BY RESULT IN LITIGATION, AND WITHDRAWING PENDING MOTION TO DISMISS**

This stipulation is made by and between Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd, and Astellas Pharma Global Development, Inc. (collectively, "Plaintiffs") and Defendants Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc., Solara Active Pharma Sciences Ltd., and Strides Pharma Science Limited (collectively, "Defendants").

WHEREAS, Plaintiffs filed suit against Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc., Solara Active Pharma Sciences Ltd., and Strides Pharma Science Limited, among others, in the above-captioned case (the "Action");

WHEREAS, Defendants assert that Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited are not proper defendants in this Action;

WHEREAS, Plaintiffs assert that Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited are proper defendants in the Action;

WHEREAS, resolution of such disagreement by motion practice will consume time and expense that Plaintiffs and the Defendants wish to avoid by entering into this Stipulation;

WHEREAS, Plaintiffs and Defendants have agreed to a procedure to streamline and expedite resolution of disputed issues and to conserve party and judicial resources by agreeing that Plaintiffs and Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited shall be bound, in accordance with the terms explained herein, by any judgment of the District Court concerning the patent-in-suit entered in the Action following actual litigation on the merits (i.e., excluding judgment that is entered as a result of settlement, consent judgment, stipulated judgment, sanctions, procedural default, or other judgment or disposition that is not an actual contested decision on the merits of the Action);

WHEREAS, Plaintiffs, Solara Active Pharma Sciences Ltd., and Strides Pharma Science Limited agree that by making this joint stipulation, neither Plaintiffs nor Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited shall be deemed to have delayed and/or to have failed to reasonably cooperate in expediting the Action;

NOW THEREFORE, Plaintiffs and Defendants, by and through their respective undersigned counsel in the Action, and subject to the approval of the Court, stipulate and agree as follows:

1.  Without conceding that they are proper defendants to this litigation, Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited each agree to be bound by any judgment, order, or decision, including any injunction, whether preliminary or final, rendered as to Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc. in the Action with respect to ANDA No. 209446 (including appeals) and/or the validity or enforceability of the patent-in-suit, as if they were named defendants. In addition, Solara Active Pharma Sciences Ltd. and Strides Pharma

Science Limited agree to be bound by the provisions of 35 U.S.C. § 315 as if they were parties here.

2. The Defendants stipulate that any of Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited's documents, witnesses, and information that would otherwise be discoverable in this Action under Federal Rule of Civil Procedure 26 were Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited to remain defendants to this Action shall be deemed to be in Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc.'s possession, custody, or control for purposes of discovery or requests for admission in this Action. For any ongoing discovery obligations, Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited agree that, subject to any applicable objection or privilege that they would have if they were parties to this Action, they will update any discovery responses and search for and provide to Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc. for production in this matter information in their possession, custody, or control responsive to discovery requests served by Plaintiffs on Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc. The Defendants stipulate that the admissibility of any discovery provided by Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited in this Action will be determined as if Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited are parties to this Action.

3. To the extent the Scheduling Order is amended to permit it, the Defendants stipulate that the Plaintiffs may seek to depose employees of Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited subject to any applicable objection or privilege, by serving deposition notices on Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc., without need for service of subpoenas. With respect to Rule 30(b)(6) deposition notices, Sawai Pharmaceutical Co., Ltd. and

Sawai USA, Inc. agrees that it will designate witness(es), subject to any applicable objection or privilege, capable of providing responsive information reasonably within the possession, custody, or control of Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited.

4. Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited further agree to be bound by resolution of discovery matters in this Action. For clarity, this Stipulation does not constitute a waiver of any objection, defense, or privilege to the provision of discovery that are available to parties to an action under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, or any other applicable authority.

5. The terms of this Stipulation are without prejudice to any claims, defenses, or counterclaims that may be asserted in the Action, except with respect to issue of whether Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited are necessary parties. The Defendants agree that they will not assert any defense under Federal Rule of Civil Procedure 19(a) or otherwise assert that Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited are necessary parties to this Action as a defense or objection to liability. The Defendants will not assert the non-joinder of Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited to this action as a defense or objection to any remedy Plaintiffs may seek in this action, including, if applicable, damages sought by or awarded to Plaintiffs.

6. Plaintiffs hereby dismiss without prejudice defendants Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

7. This District Court retains jurisdiction over Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited to enforce or supervise performance under this Stipulation and/or any judgment.

8.   Solara Active Pharma Sciences Ltd. and Strides Pharma Science Limited's Motion to Dismiss, filed on October 18, 2021 (D.I. 199, 200) is hereby withdrawn as moot in light of this Stipulation.

IT IS SO ORDERED this __28th_____day of __November_____, 2022.

_____
United States District Judge