## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 20-1589-JFB-CJB<br><br>(CONSOLIDATED) |
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LTD., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 21-425-JFB |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs

Astellas Pharma Inc., Astellas Ireland Co., Ltd. and Astellas Pharma Global Development, Inc.

(collectively, "Plaintiffs") and Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc.,

and Aurolife Pharma LLC. (collectively, "Aurobindo"), hereby stipulate and agree that all claims

asserted by Plaintiffs against Aurobindo and all counterclaims asserted by Aurobindo against

Plaintiffs are hereby dismissed without prejudice, and further, that all defenses to such claims and

-2-

counterclaims are hereby dismissed without prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.


Dated:  December 6, 2022

MCCARTER & ENGLISH, LLP                    MORRIS JAMES LLP

/s/ Alexandra M. Joyce                      /s/ Kenneth L. Dorsney
Daniel M. Silver (#4758)                   Kenneth L. Dorsney (#3726)
Alexandra M. Joyce (#6423)                 Cortlan S. Hitch (#6720)
405 N. King St., 8th Floor                 500 Delaware Avenue, Suite 1500
Wilmington, DE 19801                       Wilmington, DE 19801
(302) 984-6331                             (302) 888- 6800
dsilver@mccarter.com                       kdorsney@morrisjames.com
ajoyce@mccarter.com                        chitch@morrisjames.com

*Attorneys for Plaintiffs Astellas Pharma Inc., Attorneys for Defendants Aurobindo Pharma Ltd.,*
*Astellas Ireland Co., Ltd., and Astellas      Aurobindo Pharma USA, Inc., and Aurolife Pharma*
*Pharma Global Development, Inc.               LLC*


      IT IS SO ORDERED this _____day of _____, 2022.


                                           _____
                                           United States District Judge

-2-