# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 20-1589-JFB-CJB <br> (Consolidated) |

## NOTICE REQUEST FOR CLERK TO TERMINATE ECF NOTICING

PLEASE TAKE NOTICE that Defendants Prinston Pharmaceutical Inc., Zhejang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., and Solco Healthcare US (collectively "Prinston") have been dismissed for the above case. Richard C. Weinblatt of Stamoulis & Weinblatt LLC and Shashank Upadhye, Yixin Tang, and Brent Batzer of Upadhye Tang LLP request the clerk remove them from the ecf noticing for the above case as all represented defendants have been dismissed.

Dated:  December 15, 2022          STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone:  (302) 999-1540
Facsimile:  (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorney for Defendants*
*Prinston Pharmaceutical Inc.,*
*Solco Healthcare US, LLC, Huahai US Inc., and*
*Zhejiang Huahai Pharmaceutical Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2022, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

                                          */s/ Richard C. Weinblatt*
                                        Richard C. Weinblatt (#5080)