# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC. et al.,  )<br>  )<br>  Plaintiffs,  )<br>  )  C.A. No. 20-1589-JFB-CJB<br>  v.  )<br>  )<br>SANDOZ INC. et al.,  )<br>  )<br>  Defendants.  )<br>  ) | |

## PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF
## LEON SHARGEL, PH.D., R.PH.

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(1) and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") will take a deposition upon oral examination of Leon Shargel, Ph.D., R.Ph. The deposition will be taken at the offices of Katten Muchin Rosenman LLP, 525 W Monroe St, Chicago, IL 60661, on January 13, 2023 beginning at 9:00 a.m. Central, with adjournments as may be necessary. Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by videoconference.

You are invited to attend and cross-examine.

ME1 43752988v.1

| | |
|---|---|
| Dated: December 19, 2022 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | /s/ *Alexandra M. Joyce* |
| | Daniel M. Silver (#4758) |
| Simon D. Roberts | Alexandra M. Joyce (#6423) |
| Jason A. Leonard | Renaissance Centre |
| Nitya Anand | 405 N. King Street, 8th Floor |
| Vincent Li | Wilmington, Delaware 19801 |
| Jayita Guhaniyogi | (302) 984-6300 |
| MCDERMOTT WILL & EMERY | dsilver@mccarter.com |
| One Vanderbilt Avenue | ajoyce@mccarter.com |
| New York, NY 10017-3852 | |
| (212) 547-5700 | *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* |
| simonroberts@mwe.com | |
| jleonard@mwe.com | |
| nitya.anand@hoganlovells.com | |
| vincent.li@hoganlovells.com | |
| jguhaniyogi@mwe.com | |

Christopher Bruno
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
cbruno@mwe.com

Maxwell A. Fox
MCDERMOTT WILL & EMERY
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
(310) 277-4110
mfox@mwe.com

Stephen M. Hash
MCDERMOTT WILL & EMERY
303 Colorado Street, Suite 2200
Austin, TX 78701
(512) 726-2600
shash@mwe.com

Connor Romm
MCDERMOTT WILL & EMERY
200 Clarendon Street, Flr. 58
Boston, MA 02116-5021
(617) 535-4000
cromm@mwe.com

Rodney Swartz, Ph.D.
MCDERMOTT WILL & EMERY
650 Live Oak Avenue, Suite 300
Menlo Park, CA 94025-4885
(650) 815-7400
rswartz@mwe.com

Meng Xu
MCDERMOTT WILL & EMERY
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565
(949) 851-0633
mxu@mwe.com