

Daniel M. Silver
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

December 21, 2022

**VIA CM/ECF**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

Re: *Astellas Pharma Inc. v. Sandoz Inc.*, **C.A. No. 20-1589-JFB-CJB (Consolidated)**

Dear Judge Burke:

Pursuant to the Court's Oral Order (D.I. 482), the parties write jointly to apprise the Court of the outstanding issues that they would like to address at the December 22, 2022 status conference.

**Plaintiffs' Issues:**

1. Modifications to the case schedule in light of: (1) the Court's December 5, 2022 discovery order regarding cross-production of documents, (2) Defendants' intent to serve supplemental infringement expert reports on December 23, 2022, and (3) the five remaining expert depositions to be taken in January. Astellas' proposal is attached hereto as Ex. A, which Defendants have rejected.

**Defendants' Issues:**

1. The timing and page length of MIL on other defendants' products - 6 pages opening, 6 pages response, and 2 pages reply under the current schedule.

2. Claim reduction - Astellas is still asserting twenty-four claims from the one patent.

3. Expert Depositions - Defendants do not have a date for Dr. Little and would like depositions to conclude on or around January 13, 2023.

4. Supplemental Reports - Zydus and Lupin will serve supplemental reports limited to the recent production on or before December 23, 2022.

\*   \*   \*

Counsel will be available to answer any questions at the status conference.

ME1 43773721v.1

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)