# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., et al., ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SANDOZ INC., et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | C.A. No. 20-1589-JFB-CJB |

**[PROPOSED] ORDER REGARDING AMENDED PRETRIAL DEADLINES**

WHEREAS, on December 5, 2022, the Court resolved a dispute concerning certain documents designated as Confidential Information under the Protective Order which Plaintiffs are relying in their expert reports and/or final infringement contentions;

WHEREAS, on a December 8, 2022, the parties meet and conferred as ordered by the Court regarding the possibility of supplemental expert reports and their impact on the trial schedule;

WHEREAS, Defendants Lupin and Zydus indicated to the Court that they intend to serve supplemental expert reports addressing the cross-produced documents no later than Dec. 23, 2022;

WHEREAS, Defendants collectively have requested the Court extend the page limit for a motion i*n limine* addressing the relevance of the cross-produced documents to each Defendant; and

WHEREAS, Plaintiffs have demonstrated good cause to move the current trial date by at least one month to allow for the completion of expert discovery, including the exchange of any supplemental expert reports and expert depositions, prior to the briefing of motions *in limine*;

IT IS HEREBY ORDERED that certain case deadlines are modified as set forth in the table below. All other deadlines remain unchanged.

| EVENT | DEADLINE |
|---|---|
| Service of Defendants' supplemental expert reports limited to the cross-production of documents | Dec. 23, 2022 |
| Close of supplemental expert discovery | Jan. 20, 2023 |
| Parties exchange:  Opening motions *in limine* | Jan. 27, 2023 |
| Parties exchange:  Responses to motions *in limine* | Feb. 3, 2023 |
| Parties exchange:  Replies to motions *in limine* | Feb. 10, 2023 |
| Parties meet and confer regarding outstanding issues concerning joint Pretrial Order and suitable trial format and length | Feb. 13, 2023 by 5 pm ET |
| Plaintiffs to file joint proposed final pretrial order | Feb. 15, 2023 |
| Pretrial Conference | Last week of February, subject to the Court's availability |
| Trial (First Day) | Mar. 13, 2023, subject to the Court's and witnesses' availability |

IT IS HEREBY FURTHER ORDERED that that any specific motion *in limine* briefing related to Plaintiffs' use of confidential information of other Defendants in its infringement proofs against each Defendant follow the schedule set forth in the table above, but page limits be increased to six (6) pages for the opening brief, six (6) pages of opposition, and two (2) pages in reply.

IT IS SO ORDERED, this ___ day of _____, 2022.

                                                    _____
                                                    Judge Christopher J. Burke
                                                    United States Magistrate Judge