

**WILMINGTON**
RODNEY SQUARE
**NEW YORK**
ROCKEFELLER CENTER
**Pilar G. Kraman**
P 302.576.3586
pkraman@ycst.com

January 30, 2023

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Joseph F. Bataillon
United States District Court
 for the District of Delaware (by designation)
844 North King Street
Wilmington, DE 19801

The Honorable Christopher J. Burke
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re: *Astellas Pharma Inc., et al. v. Sandoz Inc., et al.*
      C.A. No. 20-1589-JFB-CJB (Consolidated)

Dear Judge Bataillon and Judge Burke:

  I write jointly on behalf of Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited, (collectively, "Zydus") together with Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), Sandoz Inc. and Lek Pharmaceuticals d.d. (collectively, "Sandoz"), Defendants Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc. (collectively, "Sawai") (collectively "Defendants") and Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") (Defendants and Astellas together collectively "the Parties") in response to the Court's request at the January 26, 2023 pretrial conference.

  The Parties can confirm that they will exchange final witness lists by 5:00 p.m. ET on Monday, January 30, 2023.

  The Parties can confirm that Astellas has agreed to narrow the asserted claims of U.S. Patent No. 10,842,780 ("the '780 patent") to five (claims 5, 18, 20, 21, and 25) and that Defendants have agreed to narrow their asserted obviousness contentions to identified as VII.C.1 and VII.C.2 in their Final Invalidity Contentions (D.I. 397).

  Defendants have also agreed to propose stipulations of fact that would narrow the need for presentation of evidence in the infringement portion of the case to the dissolution limitations

Young Conaway Stargatt & Taylor, LLP
The Honorable Joseph F. Bataillon
The Honorable Christopher J. Burke
January 30, 2023
Page 2

present in the asserted claims.  Upon reaching agreement on language, these stipulations should obviate any dispute over ¶ 105 of the Proposed Pretrial Order (D.I. 495), as well as resolve witness availability issues discussed by both Astellas and Defendants at the pretrial conference.

 Astellas, with copy to Defendants, has also reached out to counsel for defendants no longer in the litigation to advise them that their confidential information may be presented at trial should they wish to object or meet and confer concerning the procedure for doing so.

 The Parties also continue to discuss other potential ways of streamlining the litigation further in an effort to complete the presentation of evidence on Friday, February 10, 2023, especially in light of the Court's willingness to extend trial days.  Based on these efforts, the Parties request the Court advise the total number of trial hours that will be allotted so that they can begin organizing the presentation of evidence.

Respectfully submitted,

Pilar G. Kraman (No. 5199)

cc: Clerk of the Court (by hand delivery)
   All Counsel of Record (by CM/ECF)