

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

Pilar G. Kraman
P 302.576.3586
pkraman@ycst.com

February 2, 2023

**BY CM/ECF and FEDERAL EXPRESS**

The Honorable Joseph F. Bataillon
U.S. District Court for the
District of Nebraska
111 South 18th Plaza, Suite 3259
Omaha, NE 68102

   Re: *Astellas Pharma, et al. v. Sandoz Inc., et al.*
     C.A. No. 20-1589-JFB-CJB

Dear Judge Bataillon:

 In anticipation of the trial scheduled to commence on February 6, 2023, and pursuant to Your Honor's request, Defendants submit herewith a flash drive containing Defendants' trial exhibits stamped DTX. The files are encrypted and the password will be emailed separately.

           Respectfully submitted,

           /s/ Pilar G. Kraman

           Pilar G. Kraman (No. 5199)
           pkraman@ycst.com

Enclosure
cc: Counsel of Record via CM/ECF
   Tiwauna Lawrence (tiwauna_lawrence@ned.uscourts.gov)