

| | | |
|---|---|---|
| | **Daniel M. Silver**<br>Wilmington Office Managing Partner<br><br>T. 302-984-6331<br>F. 302-691-1260<br><br>dsilver@mccarter.com | McCarter & English, LLP<br><br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801-3717<br><br>www.mccarter.com |

February 2, 2023

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Joseph F. Bataillon
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

Re: *Astellas Pharma Inc. v. Sandoz Inc.*, **C.A. No. 20-1589-JFB-CJB (Consolidated)**

Dear Judge Bataillon and Judge Burke:

We write on behalf of the Astellas Plaintiffs ("Astellas") to advise the Court that lead trial counsel for Astellas, Simon Roberts, has tested positive for COVID-19. We are hopeful that no other member of our team will test positive, and we will continue to test and promptly apprise the Court if anything changes.

Given that Mr. Roberts is lead counsel for Astellas, and has spent extensive time preparing for, and is planning to present Astellas's Opening Statement on Monday at the start of trial, Astellas respectfully requests the following to facilitate a fair and orderly presentation at trial:

1. That Mr. Roberts be permitted to present the opening statement from a remote location, via Zoom, which will be displayed in the Courtroom; and

2. That in the unlikely event that Mr. Roberts is unable to present the opening statement from a remote location on Monday morning due to his condition worsening, that Astellas be permitted to present a pre-recorded opening statement. In that case, other Astellas counsel present in the courtroom will be prepared to answer any questions following the recorded opening statement.

We have conferred with counsel for all of the remaining Defendants, and they do not object to the foregoing, provided that: (1) Astellas arrange for and bear the cost associated with additional technology necessary for Zoom participation; (2) Mr. Roberts remain visible during his presentation; and (3) Mr. Roberts can hear and respond to any objections logged during the opening (collectively, "Defendants' Conditions"). Given past experience with facilitating remote participation in otherwise in-person trials in the District of Delaware, we are confident that this approach is technically feasible (including Defendants Conditions) and can accomplished with no delay. We believe that this approach is the best way to ensure a fair and orderly trial presentation while maintaining the current trial schedule.

Should the Court permit us to proceed as requested above, our trial support vendor will outfit the Courtroom with cameras and microphones to permit the Court and counsel to interact with Mr. Roberts, to the extent necessary. Courtroom setup is scheduled for 3:00 P.M. on Friday, February 3, 2023, so we respectfully request the Court's guidance and permission at the Court's earliest convenience.

We apologize for any inconvenience that this may cause the Court, and are available should the Court have any questions.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)