

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

February 2, 2023

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Joseph F. Bataillon
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:   ***Astellas Pharma Inc. v. Sandoz Inc.,*** **C.A. No. 20-1589-JFB-CJB (Consolidated)**

Dear Judge Bataillon:

In advance of the trial in the above-referenced action, please find enclosed a thumb drive containing Plaintiff's Trial Exhibits the Joint Trial Exhibits.

Counsel are available should the Court need anything further.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)