IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC. et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 20-1589-JFB-CJB<br>)<br>)  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇<br>)<br>)  Public Version Filed: February 2, 2023<br>)<br>) |

## STIPULATION AND ORDER NARROWING ISSUES IN DISPUTE

WHEREAS, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Plaintiffs") are the holders of New Drug Application No. 202611 ("the NDA");

WHEREAS, Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc. (collectively, "Sawai" or "Defendant") are the holders of Abbreviated New Drug Application No. 209446 ("Sawai's ANDA") covering 25 mg mirabegron extended-release tablets;

WHEREAS, "Sawai's ANDA Product" means the final dosage form product that meets the specifications of, and is the subject of Sawai's ANDA No. 209446;

WHEREAS, Plaintiffs filed their Complaint in the above-captioned proceeding ("this Action") against Sawai asserting their infringement of U.S. Patent No. 10,842,780 (the "'780 Patent") under 35 U.S.C. § 271(e)(2)(A) and §271(a);

WHEREAS, Astellas has agreed to narrow the asserted claims of the '780 patent to three (claims 5, 20, and 25) (the "Asserted Claims");

1

WHEREAS, each of the Asserted Claims depends on an independent claim containing the following limitation:

> [W]herein a drug dissolution rate from the pharmaceutical composition is 39% or less after 1.5 hours, and at least 75% after 7 hours, as measured in accordance with United States Pharmacopoeia in 900 mL of a USP buffer having a pH of 6.8 at a paddle rotation speed of 200 rpm (the "Dissolution Limitation");

WHEREAS, Plaintiffs and Sawai desire to streamline the issues for resolution;

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Sawai, subject to the approval of the Court, that:

1. Sawai's ANDA Product is a sustained-release hydrogel-forming pharmaceutical composition in the form of a tablet.

2. Sawai's ANDA Product comprise:

   a) 25 mg of (R)-2-(2-aminothiazol-4-yl)-4'-[2-[(2-hydroxy-2-phenylethyl)amino]ethyl]acetic acid anilide (mirabegron);

   

3. Sawai's ANDA Product comprises:

   a) A means for forming a hydrogel; and

   b) A means for ensuring penetration of water into the pharmaceutical composition.

4. The prescribing information for Sawai's ANDA Product identifies the approved indication as "the treatment of overactive bladder (OAB) with symptoms of urge urinary incontinence, urgency, and urinary frequency."

5. For purposes of narrowing the issues in dispute in this litigation, Sawai stipulates that Sawai's ANDA Product meets each of the claim limitations set forth above.

6. For the purposes of proving infringement of the Asserted Claims by Sawai's ANDA Product, it is not necessary for Plaintiffs to offer any proof regarding the matters set forth in this Stipulation.

7. The only infringement proofs required at trial to establish infringement of the Asserted Claims by Sawai's ANDA Product shall be those necessary to prove the Dissolution Limitation.

8. Nothing herein shall be construed as precluding, restricting, or limiting Sawai from contesting that its ANDA Product meets the Dissolution Limitation.

9. Nothing herein shall be construed as precluding, restricting, or limiting Sawai from contesting the validity of the Asserted Claims, including indefiniteness of the Asserted Claims.

10. Plaintiffs and Sawai make this Stipulation without prejudice to or waiver of their rights on any appeal of any judgment of this Court, except with respect to the matters as stipulated herein.

IT IS HEREBY STIPULATED

| MCCARTER & ENGLISH, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Daniel M. Silver* <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, Delaware 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | */s/ Dominick T. Gattuso* <br> Dominick T. Gattuso (#3630) <br> 300 Delaware Avenue, Suite 200 <br> Wilmington, Delaware 19801 <br> (302) 472-7300 <br> dgattuso@hegh.law <br><br> *Attorneys for Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc.* |

Dated: February 2, 2023

       IT IS SO ORDERED, this_____ day of February, 2023.

                                            UNITED STATES MAGISTRATE JUDGE

4