IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC. et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SANDOZ INC. et al.,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　C.A. No. 20-1589-JFB-CJB<br>)<br>)<br>)　REDACTED -- PUBLIC VERSION<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER NARROWING ISSUES IN DISPUTE**

WHEREAS, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Plaintiffs") are the holders of New Drug Application No. 202611 ("the NDA");

WHEREAS, one or more of the Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively, "Zydus" or "Defendant") are the holders of Abbreviated New Drug Application No. 209488 ("Zydus's ANDA") covering 25 mg and 50 mg mirabegron extended-release tablets;

WHEREAS, "Zydus's ANDA Products" means the final dosage form products that meet the specifications of, and are the subject of Zydus's ANDA No. 209488;

WHEREAS, Plaintiffs filed their Complaint in the above-captioned proceeding ("this Action") against Zydus asserting their infringement of U.S. Patent No. 10,842,780 (the "'780 Patent") under 35 U.S.C. § 271(e)(2)(A) and §271(a);

WHEREAS, Astellas has agreed to narrow the asserted claims of the '780 patent to three (claims 5, 20, and 25) (the "Asserted Claims");

WHEREAS, each of the Asserted Claims depends on an independent claim containing the following limitation:

> [W]herein a drug dissolution rate from the pharmaceutical composition is 39% or less after 1.5 hours, and at least 75% after 7 hours, as measured in accordance with United States Pharmacopoeia in 900 mL of a USP buffer having a pH of 6.8 at a paddle rotation speed of 200 rpm (the "Dissolution Limitation");

WHEREAS, Plaintiffs and Zydus desire to streamline the issues for resolution;

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Zydus, subject to the approval of the Court, that:

1. Zydus's ANDA Products are sustained-release hydrogel-forming pharmaceutical compositions in the form of a tablet.

2. Zydus's ANDA Products comprise:



3. Zydus's ANDA products comprise:

    a) A means for forming a hydrogel; and

    b) A means for ensuring penetration of water into the pharmaceutical composition.

4. The prescribing information for Zydus's ANDA Products identifies the approved indication as "the treatment of OAB [overactive bladder] in adult patients with symptoms of urge urinary incontinence, urgency, and urinary frequency."

5. For purposes of narrowing the issues in dispute in this litigation, Zydus stipulates that Zydus's ANDA Products meet each of the claim limitations set forth above.

6. For the purposes of proving infringement of the Asserted Claims by Zydus's ANDA Products, it is not necessary for Plaintiffs to offer any proof regarding the matters set forth in this Stipulation.

7. The only infringement proofs required at trial to establish infringement of the Asserted Claims by Zydus's ANDA Products shall be those necessary to prove the Dissolution Limitation.

8. Nothing herein shall be construed as precluding, restricting, or limiting Zydus from contesting that its ANDA Products meet the Dissolution Limitation.

9. Nothing herein shall be construed as precluding, restricting, or limiting Zydus from contesting the validity of the Asserted Claims, including indefiniteness of the Asserted Claims.

10. Plaintiffs and Zydus make this Stipulation without prejudice to or waiver of their rights on any appeal of any judgment of this Court, except with respect to the matters as stipulated herein.

IT IS HEREBY STIPULATED

Dated: February 2, 2023

| MCCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Daniel M. Silver* <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) | /s/ *Pilar G. Kraman* <br> Pilar G. Kraman (#5199) <br> Rodney Square |

| | |
|---|---|
| Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com | 1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com |
| *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | *Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited* |

IT IS SO ORDERED, this_____ day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE