# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et al., <br><br> Defendants. | C.A. No. 20-1589-JFB-CJB <br> (Consolidated) |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd. and Astellas Pharma Global Development, Inc. (collectively, "Plaintiffs") and Defendants Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc. (collectively, "Sawai"), hereby stipulate and agree that all claims asserted by Plaintiffs against Sawai and all counterclaims asserted by Sawai against Plaintiffs are hereby dismissed without prejudice, and further, that all defenses to such claims and counterclaims are hereby dismissed without prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

IT IS SO ORDERED this ___7th__ day of _February___, 2023.

_____
United States District Judge