# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., et al., | ) |
| Plaintiffs, | ) ) ) ) ) |
| v. | ) C.A. No. 20-1589-JFB-CJB ) (CONSOLIDATED) |
| SANDOZ INC., et al., | ) ) |
| Defendants. | ) ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc., and Defendants Sandoz Inc., Lek Pharmaceuticals d.d., Lupin Ltd., Lupin Pharmaceuticals, Inc., Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited, subject to the approval of the Court, that the deadline to file a public redacted version of the Joint Proposed Pretrial Order (D.I 495) is extended to and including February 21, 2023.

ME1 44203351v.1

Dated: February 15, 2023

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| */s/ Daniel M. Silver* <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> 405 N. King St., 8th Floor <br> Wilmington, DE 19801 <br> (302) 984-6331 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | */s/ Dominick T. Gattuso* <br> Dominick T. Gattuso (#3630) <br> Elizabeth A. DeFelice (#5474) <br> 300 Delaware Ave., Suite 200 <br> Wilmington, DE 19801 <br> (302) 472-7300 <br> dgattuso@hegh.law <br> edefelice@hegh.law <br><br> *Attorneys for Defendant Sandoz Inc. and Lek Pharmaceuticals d.d.* |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ John C. Phillips, Jr.* <br> John C. Phillips, Jr. (#110) <br> David A. Bilson (#4986) <br> Megan C. Haney (#5016) <br> 1200 N. Broom St <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> dab@pmhdelaw.com <br> mch@pmhdelaw.com <br><br> *Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | */s/ Pilar G. Kraman* <br> Pilar G. Kraman (#5199) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> pkraman@ycst.com <br><br> *Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited* |

IT IS SO ORDERED, this ___ day of _____, 2023.

_____
United States Magistrate Judge

2