# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) C.A. No. 20-1589 (JFB) (CJB) |
| | ) CONSOLIDATED |
| v. | ) |
| | ) ████████████████████ |
| SANDOZ INC., *et al.*, | ) █████████ ████ |
| | ) █████████████ █████ |
| Defendants. | ) |
| | ) |
| | ) PUBLIC VERSION FILED: March 22, 2023 |

## ASTELLAS' PROPOSED FINDINGS OF FACT
## REGARDING INFRINGEMENT OF U.S. PATENT NO. 10,842,780

Dated: March 15, 2023

Simon D. Roberts
Jason A. Leonard
Nitya Anand
Vincent Li
Jayita Guhaniyogi
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852

Stephen M. Hash
Alexander T. Piala
Kyle Sorenson
MCDERMOTT WILL & EMERY
303 Colorado Street, Suite 2200
Austin, TX 78701

Meng Xu
MCDERMOTT WILL & EMERY
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565

MCCARTER & ENGLISH, LLP
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6331
dsilver@mccarter.com
ajoyce@mccarter.com

Connor Romm
MCDERMOTT WILL & EMERY
200 Clarendon Street, Floor 58
Boston, MA 02116-5021

Rodney Swartz
MCDERMOTT WILL & EMERY
650 Live Oak Avenue, Suite 300
Menlo Park, CA 94025-4885

*Attorneys for Plaintiffs Astellas Pharma Inc.,*
*Astellas Ireland Co., Ltd., and Astellas Pharma*
*Global Development, Inc.*

# TABLE OF CONTENTS

I.     Factual Background ............................................................................................. 1

       A.     Astellas' Myrbetriq® Products ............................................................... 1

       B.     Treatment of Overactive Bladder ............................................................ 2

       C.     U.S. Patent No. 10,842,780 ..................................................................... 6

       D.     Claims of the '780 Patent ....................................................................... 7

       E.     Sandoz's ANDA Products ..................................................................... 11

       F.     Zydus's ANDA Products ....................................................................... 12

       G.     Lupin's ANDA Products ........................................................................ 13

       H.     Other Defendants' ANDA Products ...................................................... 13

II.    Person of Ordinary Skill in the Art ................................................................ 14

III.   Technological Background ............................................................................... 14

IV.    Astellas' Expert Witnesses .............................................................................. 16

       A.     Victor Nitti, M.D. ................................................................................. 16

       B.     Steven M. Weisman, Ph.D. ................................................................... 17

       C.     Ms. Vivian Gray .................................................................................... 17

       D.     Ronald A. Thisted, Ph.D. ...................................................................... 18

       E.     Steven R. Little, Ph.D. .......................................................................... 18

V.     Infringement Overview .................................................................................... 19

       A.     Myrbetriq® is an Embodiment of the Asserted Claims ......................... 19

       B.     Comparative Dissolution to Myrbetriq® ............................................... 22

       C.     Testing of Defendants' ANDA Biobatch Tablets .................................. 26

              1.     Dissolution Testing Conducted by Ms. Gray ............................. 26

              2.     Aging of Mirabegron Extended-Release Tablets ....................... 28

       D.     Analysis of Defendants' ANDA Dissolution Data ................................ 28

1.    Prof. Thisted Constructed and Validated His Statistical model ................................................................................. 29

2.    Prof. Thisted applied his model to Defendants' ANDA Products................................................................................. 31

E.    Other Defendants' ANDA Products Meet the Dissolution Limitation........................................................................................ 35

1.    Apotex................................................................................ 35

2.    Aurobindo ......................................................................... 39

VI.    Infringement by Sandoz............................................................... 42

A.    Comparative Dissolution of Sandoz's ANDA Products to Myrbetriq® ............................................................................ 42

B.    Sandoz's Biobatch Testing by Ms. Gray ............................... 43

C.    Sandoz's ANDA Products Meet The Dissolution Limitation............ 45

VII.    Infringement by Zydus.................................................................. 45

A.    Comparative Dissolution of Zydus' ANDA Products to Myrbetriq® ............................................................................ 45

B.    Ms. Gray's Testing of Zydus's Biobatches............................ 46

C.    Prof. Thisted's Analysis of Zydus's ANDA Dissolution Data ............ 48

1.    Prof. Thisted's Analysis of Zydus's 25 mg Product Data ....... 48

2.    Prof. Thisted's Analysis of Zydus's 50 mg Product Data ....... 49

D.    Dissolution Testing of Other Defendants' ANDA Products................. 49

E.    Zydus's ANDA Products Meet the Dissolution Limitation................. 50

VIII.    Infringement by Lupin ................................................................ 50

A.    Comparative Dissolution of Lupin's ANDA Products to Myrbetriq® ............................................................................ 50

B.    Lupin's Biobatch Testing by Ms. Gray................................... 52

C.      Prof. Thisted's Analysis of Lupin's ANDA Dissolution Data ............................. 54

     1.      Prof. Thisted's Analysis of Lupin's 25 mg Product Data ......................... 55

     2.      Prof. Thisted's Analysis of Lupin's 50 mg Product Data ......................... 55

D.      Dissolution Testing of Other Defendants' ANDA Products................................ 56

E.      Lupin's ANDA Products Meet the Dissolution Limitation .................................. 56

### TABLE OF ABBREVIATIONS

| Abbreviation | Description |
|---|---|
| '780 Patent | U.S. Patent No. 10,842,780 |
| Tr. | February 6-10, 2023 Trial Transcript |
| SF | Uncontested/Stipulated facts, attached as Exhibit 1 of the Proposed Pretrial Order (D.I. 495), |
| FOF | Plaintiffs' Proposed Findings of Fact |
| JTX-[####] | Joint Trial Exhibits |
| PTX-[####] | Plaintiffs' Trial Exhibits |
| DTX-[####] | Defendants' Trial Exhibits |
| OAB | Overactive Bladder |
| USP | United States Pharmacopoeia |
| USP I or basket | USP Apparatus I (basket) |
| USP II or paddle | USP Apparatus II (paddle) |
| USPTO | United States Patent and Trademark Office |
| FDA | United States Food and Drug Administration |
| NDA | New Drug Application |
| ANDA | Abbreviated New Drug Application |
| *Orange Book* | FDA's *Approved Drug Products with Therapeutic Equivalence Evaluations* |
| Sandoz's ANDA | Sandoz's ANDA No. 209441 |
| Lupin's ANDA | Lupin's ANDA No. 209485 |
| Zydus's ANDA | Zydus's ANDA No. 209488 |
| POSA | Person of ordinary skill in the art |
| PEO | Polyethylene oxide |
| PEG | Polyethylene glycol |

Plaintiffs Astellas sued Defendants Sandoz, Zydus, and Lupin (collectively, "Defendants"), as well as certain other Defendants no longer in the case, including Sawai, Apotex, and Aurobindo (collectively "Other Defendants") alleging infringement of U.S. Patent No. 10,842,780 (the "'780 Patent"). D.I. 1.[1] Pursuant to the Pretrial Order, the parties' proposal, and [the Court's directive], Plaintiff Astellas hereby submits the following Proposed Findings of Fact. D.I. 495 at ¶ 134; D.I. 498 at 1-2; Tr. 1367:11-16.

## I.        Factual Background

1.        Plaintiffs incorporate herein the uncontested facts agreed to by the Parties in the pre-trial order (D.I. 495, Ex. 1). SF 1-166.

### A.        Astellas' Myrbetriq® Products

2.        Myrbetriq® is an extended-release tablet approved in 25 mg and 50 mg dosage strengths ("Myrbetriq®", "Myrbetriq® Extended Release Tablets" or "Myrbetriq® Products") comprising the active ingredient mirabegron. Tr. 478:4-16; *see also* SF 61-63.

3.        The term "extended-release" is synonymous with the terms sustained-release, controlled-release and modified release.  Tr. 478:11-16; 913:3-10; 1167:12-19.

4.        Myrbetriq® Extended Release Tablets were approved by the United States Federal Food and Drug Administration ("FDA") on June 28, 2012, and launched commercially in the U.S. later that year. SF 62; Tr. 97:19-20.

---

[1] Documents cited herein are labeled by exhibit number "JTX-[####]" for Joint Exhibits, "PTX-[####]" for Plaintiffs' Exhibits, and "DTX-[####]" for Defendants' Exhibits. All cites to the final Trial Transcript are labelled as "Tr.".Uncontested/Stipulated facts, which are attached as Exhibit 1 of the Proposed Pretrial Order (D.I. 495), are labeled by their paragraph number as "SF [###]."

### B.     Treatment of Overactive Bladder

5.     Overactive Bladder ("OAB") is a condition characterized by urinary urgency, which is a sudden and compelling need to urinate. Tr. 95:12-14; 95:18-24

6.     The urinary urgency of OAB is far more intense than the feeling that ordinarily accompanies the need to urinate. Tr. 95:13-20. OAB significantly impacts patients' quality of life. Tr. 96:18-97:8. Adults suffering from OAB can have difficulty deferring the urge to urinate. Tr. 95:12-17. OAB patients can thus experience leakage or incontinence, as well as urinary frequency (needing to urinate too often) and nocturia (interruptions of nighttime sleep due to a need to urinate). Tr. 95:18-24. Individuals with OAB can experience anxiety, embarrassment, and isolation. Tr.96:22-24. Elderly patients with OAB have a higher incidence of hip fractures as a result of hurried trips to the restroom. Tr. 97:1-3.

7.     Before 2012, all medications approved for the treatment of OAB belonged to a class of medications called "antimuscarinics." Tr. 98:7-12. Antimuscarinics work by blocking muscarinic receptors in the body, which helps prevent involuntary contractions of the bladder. Tr. 98:16-23.

8.     While antimuscarinics could help patients manage the symptoms of OAB, the drugs had a variety of side effects. Tr. 99:8-100:3. Muscarinic receptors are located throughout the body, and there are no antimuscarinics that target only those receptors in the bladder. Tr. 99:10-13.

9.     Muscarinic receptors are present in the salivary glands. Blocking these receptors prevents the salivary glands from excreting, which causes dry mouth. Tr. 99:16-17. Muscarinic receptors are present in the gastrointestinal tract. Blocking these receptors slows down the functioning of the gastrointestinal tract, which causes constipation. Tr. 99:17-19.

2

Antimuscarinics can also affect cognitive function. Antimuscarinics can cause confusion, and long-term use of antimuscarinics can contribute to the development of dementia. Tr. 99:21-100:1.

10.     Treatments for OAB are designed to be administered on a chronic basis, *i.e.* over a significant period of time. Tr. 100:9-11.

11.     The side effects associated with antimuscarinics made them difficult for some patients to tolerate. Tr. 100:9-15, 100:19-101:7. Patients who found the side effects of antimuscarinics more onerous than the symptoms of OAB would simply stop taking the drugs. Tr. 100:19-101:7. The twelve-month persistence rates for most antimuscarinics were only between twenty and thirty percent. Tr. 101:11-14.

12.     Mirabegron is not an antimuscarinic. Mirabegron is a beta-3 adrenergic receptor agonist ("Beta-3 agonist") drug, meaning that it stimulates beta-3 adrenergic receptors (Beta-3 receptors) in the bladder. Tr. 102:10-13; *see also* SF 59. Stimulating Beta-3 receptors induces bladder relaxation. Tr. 102:13-15.

13.     During clinical development, Astellas initially formulated mirabegron as an immediate release formulation but later switched to a sustained-release formulation. Tr. 478:17-21, 479:15-24; JTX-0002.0006 (1:49-62).

14.     The difference between an immediate-release formulation and an extended-release formulation is the rate at which the drug is released from the formulation after administration.  Tr. 478:22-479:14, 480:19-481:5. When an immediate-release formulation is administered, the drug in the formulation is typically all released within one hour.  Tr. 478:22-479:14. When a sustained-release, or extended-release formulation is administered, the drug in the formulation is released over a period of time.  Tr.  480:19-481:5.

15.     The term "immediate-release" is synonymous with the terms "rapid-release" and "conventional formulation."  JTX-0002 at 5:38-46.

16.     In 2003, Astellas discovered that the immediate release formulations of mirabegron used in clinical studies had a food effect. Tr. 106:11-107:18, 271:11-272:10, 281:10-282:7. A "food effect" refers to when a drug's absorption in the body (i.e., bioavailability) is affected by whether the patient has recently eaten or not. Tr. 105:19-106:7.

17.     With respect to mirabegron, Astellas discovered that the blood concentrations of mirabegron were higher when administered on an empty stomach as compared to after a patient had eaten. This increased drug concentration increased the potential for adverse cardiac effects. Tr. 105:19-107:3, 271:11-273:20, 479:22-480:18, 488:12-17; JTX-0002.0006 (1:49-62). In particular, higher levels of mirabegron increase a patient's blood pressure and/or heart rate. Tr. 106:19-107:3. Furthermore, the food effect also meant that some patients who take mirabegron with food would not receive its intended therapeutic effect.  Tr. 105:17-106:7, 479:20-480:18. This food effect was particularly problematic for certain OAB patients, namely older patients with underlying cardiovascular issues. *See* Tr. 109:12-22.

18.     The food effect with mirabegron was so problematic that Astellas considered discontinuing its development due to the food effect. Tr. 107:4-18, 271:11-272:4, 283:3-7. Dr. Sako, an Astellas scientist and one of the inventors of the '780 Patent, testified that "because of the effects of food, it appeared as though the mirabegron program was going to be canceled. And in order to continue that research theme, it was necessary to reduce the effect of food." Tr. 271:11-14.

19.     The inventors of the '780 Patent reduced mirabegron's food effect using a specific type of extended-release formulation called a hydrogel forming formulation, which controls the

4

release of mirabegron over four or more hours. Tr. 274:6-276:17, 278:3-13, 279:4-280:24, 488:25-489:10; JTX-0002.00006 (2:44-67). These hydrogel forming formulations of the '780 Patent use a hydrogel forming polymer in combination with a hydrophilic base to control the release of mirabegron from the formulation such that its dissolution profile causes a decreased food effect. Tr. 94:13-22, 112:12-16, 483:4-484:18, 485:9-20, 488:23-489:10, 508:15-23. Myrbetriq® Extended Release Tablets are such hydrogel forming formulations covered by the '780 Patent. Tr. 94:13-22, 112:12-16, 483:4-484:18, 485:9-20; *see also*, § V.A *infra*.

20.     Myrbetriq® Extended Release Tablets overcame the food effects observed in the mirabegron immediate-release formulations by using the inventions of the '780 Patent. Tr. 107:19-108:12; 485:9-20.

21.     Myrbetriq® provides a safe and effective treatment of OAB. Tr. 94:17-95:8, 108:8-12; JTX-0039.00001. Myrbetriq® is intended to be taken once per day. Tr. 104:6-9. Myrbetriq® need not be administered at any particular time of day—that is, patients can take Myrbetriq whenever in the day they prefer. Tr. 104:10-17. This timing flexibility increases patient compliance. Tr. 104:21-105:3. Myrbetriq® can be taken with or without food. Tr. 105:6-8. There are no safety concerns should a patient take the medication without food, and the patient will still get the therapeutic benefit of taking the medication even if it is taken with food. Tr. 105:4-106:10.

22.     Because mirabegron is a Beta-3 agonist and not an antimuscarinic, it has a substantially better side-effect profile. Tr. 102:19-23. For example, significantly fewer patients taking mirabegron experience dry mouth or constipation than do patients taking antimuscarinics. Tr. 103:5-7. The favorable side-effect profile of mirabegron increases patient compliance when compared against antimuscarinics. Tr. 103:8-11. Moreover, mirabegron does not share the

cognitive side-effects of the antimuscarinics. Tr. 98:24-100:3, 102:16-23. Because of its favorable side-effect profile, Myrbetriq® has become a first-line therapy in the treatment of OAB. Tr. 109:23-110:20.

**C.    U.S. Patent No. 10,842,780**

23.    Yuuki Takaishi, Yutaka Takahashi, Takashi Nishizato, Daisuke Murayama, Emiko Murayama, Soichiro Nakamura, and Kazuhiro Sako are the named inventors of the '780 Patent. JTX-0002.00001.

24.    The inventive extended-release formulations of mirabegron were first included in a provisional patent application, United States Patent Application No. 61/101,338) on September 30. 2008. As required by the United States Patent and Trademark Office ("USPTO") regulations and rules, Astellas then converted this provisional patent application into a full patent application on September 28, 2009 (No. 12/568,313; "the '313 Application").

25.    The Patent Examiner ultimately rejected all of the proposed claims of the '313 Application during its prosecution. DTX 2025.00708-00743.

26.    As permitted by USPTO regulations and rules, on February 14, 2017, Astellas filed a continuation patent application, U.S. Patent Application No. 15/432,854 ("the '854 Application"), which is a continuation of the prosecution of the '313 Application. JTX-0002.00001; JTX.0003.00001; SF 13-14, 18; *see also* 37 C.F.R. § 1.53(b); Manual of Patent Examining Procedure ("M.P.E.P.") § 201.07.

27.    At the conclusion of prosecution, the USPTO patent examiner finally granted the '854 Application, which became U.S. Patent No. 10,842,780. JTX.0003.01855-857, 928. The '780 Patent expires on September 28, 2029, 20 years after the '313 Application's filing date. SF 17. The '780 Patent is also subject to an additional 6-month pediatric exclusivity granted by the

FDA for additional post-NDA approval pediatric studies conducted by Astellas, which extends the enforceability of the '780 Patent to March 28, 2030. SF 17.

>  **D.      Claims of the '780 Patent**

28.      Plaintiffs' asserted Claims 5, 20, and 25 ("Asserted Claims") of the '780 Patent against the Defendants Sandoz, Zydus, and Lupin at trial. D.I. 505, ¶ 1; SF 24, 28, 38, 40, 42, 44, 45, 47; JTX-0002.00015-16.

29.      Claim 5 depends from independent Claim 1. Claim 5 requires:

> A pharmaceutical composition, comprising 10 mg to 200 mg of (R)-2-(2-aminothiazol-4-yl)-4′-[2-[(2-hydroxy-2-phenylethyl)amino]ethyl]acetic acid anilide, or a pharmaceutically acceptable salt thereof, in a sustained release hydrogel-forming formulation comprising a hydrogel-forming polymer having an average molecular weight of 100,000 to 8,000,000 and an additive having a water solubility of at least 0.1 g/mL at $20\pm5°$ C.,

> wherein the hydrogel-forming polymer is at least one compound selected from the group consisting of polyethylene oxide, hydroxypropyl methylcellulose, hydroxypropyl cellulose,

> wherein the additive is at least one selected from the group consisting of polyethylene glycol, polyvinylpyrrolidone, D-mannitol, D-sorbitol, xylitol, lactose, sucrose, anhydrous maltose, D-fructose, dextran, glucose, polyoxyethylene hydrogenated castor oil, polyoxyethylene polyoxypropylene glycol, polyoxyethylene sorbitan higher fatty acid ester, sodium chloride, magnesium chloride, citric acid, tartaric acid, glycine, (3-alanine, lysine hydrochloride, and meglumine, and

> wherein a drug dissolution rate from the pharmaceutical composition is 39% or less after 1.5 hours, and at least 75% after 7 hours, as measured in accordance with United States Pharmacopoeia in 900 mL of a USP buffer having a pH of 6.8 at a paddle rotation speed of 200 rpm.

SF 24, 28; Tr. 501:1-502:15, 512:15-513:4; JTX-0002.00015.

30.      Claim 20 depends from Claim 18, which depends from Claim 16, which depends from independent Claim 1. Claim 20 requires:

> A method for treating overactive bladder comprising administering a tablet, comprising 10 mg to 200 mg of (R)-2-(2-aminothiazol-4-yl)-4′-[2-[(2-hydroxy-2-

phenylethyl)amino]ethyl]acetic acid anilide, in a sustained release hydrogel-forming formulation comprising a hydrogel-forming polymer having an average molecular weight of 100,000 to 8,000,000 and an additive having a water solubility of at least 0.1 g/mL at 20±5° C.,

wherein the hydrogel-forming polymer is at least one compound selected from the group consisting of polyethylene oxide, hydroxypropyl methylcellulose, hydroxypropyl cellulose, carboxymethyl cellulose sodium, hydroxyethyl cellulose, and a carboxyvinyl polymer,

wherein the additive is at least one selected from the group consisting of polyethylene glycol, polyvinylpyrrolidone, D-mannitol, D-sorbitol, xylitol, lactose, sucrose, anhydrous maltose, D-fructose, dextran, glucose, polyoxyethylene hydrogenated castor oil, polyoxyethylene polyoxypropylene glycol, polyoxyethylene sorbitan higher fatty acid ester, sodium chloride, magnesium chloride, citric acid, tartaric acid, glycine, (3-alanine, lysine hydrochloride, and meglumine, and

wherein a drug dissolution rate from the pharmaceutical composition is 39% or less after 1.5 hours, and at least 75% after 7 hours, as measured in accordance with United States Pharmacopoeia in 900 mL of a USP buffer having a pH of 6.8 at a paddle rotation speed of 200 rpm.

SF 24, 38, 40, 42; Tr. 501:1-502:15, 513:5-514:2; JTX-0002.00015-016.

31.     Claim 25 depends from Claim 23, which depends from independent Claim 22.

Claim 25 requires:

A tablet, comprising 10 mg to 200 mg of (R)-2-(2-aminothiazol-4-yl)-4′-[2-[(2-hydroxy-2-phenylethyl)amino]ethyl]acetic acid anilide, in a sustained release hydrogel-forming formulation comprising a means for forming a hydrogel and a means for ensuring penetration of water into the pharmaceutical composition,

wherein a drug dissolution rate from the pharmaceutical composition is 39% or less after 1.5 hours, and at least 75% after 7 hours, as measured in accordance with United States Pharmacopoeia in 900 mL of a USP buffer having a pH of 6.8 at a paddle rotation speed of 200 rpm.

SF 44, 45, 47; Tr. 501:1-502:15, 514:10-20; JTX-0002.00016.

32.     The plain and ordinary meaning of the term "sustained release" in Asserted

Claims 5, 20, and 25 refers to drug release that is not immediate but sustained, i.e, the drug level

in the blood plasma rises slower, over a particular period of time, compared to the drug delivered using an immediate release formulation. Tr. 480:19-481:5; FOF 3.

33.     The plain and ordinary meaning of the term "sustained release hydrogel-forming formulation" in Asserted Claims 5, 20, and 25 refers to a formulation system of polymers forming an inner woven network that are well known for hydrating and gelling up on the surface of the formulation. As the hydration proceeds inward, there is a layer of the gel that gets untangled, disintegrated, and the drug diffuses out. Tr. 485:21-487:20; FOF 3.

34.     The plain and ordinary meaning of the term "hydrogel forming polymer," of Asserted Claims 5 and 20, also known as "gel forming polymer" refers to a long chain molecule that forms an inner woven network of a sustained release hydrogel formulation. Tr. 486:1-5, 487:6-9; JTX-0002.00009 (7:16-19). Examples of hydrogel forming polymers include polyethylene oxide, hydroxypropyl methylcellulose, hydroxypropyl cellulose, carboxymethyl cellulose sodium, hydroxyethyl cellulose, and carboxyvinyl polymers. Tr. 503:1-9; JTX-0002.00009 (7:39-49).

35.     The plain and ordinary meaning of the term "a means for forming a hydrogel" of Asserted Claim 25 is the same as a hydrogel-forming polymer. Tr. 502:22-25; JTX-0002.00009 (7:39-49).

36.     The plain and ordinary meaning of the term "average molecular weight" of Asserted Claims 5 and 20 refers to the molecular weight/viscosity grade of a polymer as defined by the manufacturer's grading system. 503:10-506:9; JTX-0002.00009 (7:20-33); JTX-0006.00015. The plain and ordinary meaning of the term "additive" of Asserted Claims 5 and 20, also known as "hydrophilic additive" refers to a water-soluble or "hydrophilic base" that has a higher water solubility than the hydrogel-forming polymer. When the hydrogel-forming

9

formulation is hydrated (exposed to water), the hydrophilic additive dissolves away, leaving space for more water to enter and/or for the hydrogel to continue to swell into the newly created space. Hydrophilic additive includes the hydrophilic bases disclosed in the '780 Patent, including polyethylene glycol. Tr. 487:6-20, 508:1-23, JTX-0002.00010 (10:16-34). The term "a water solubility of at least 0.1 g/mL at 20±5 ºC" of Asserted Claims 5 and 20 refers to a solubility such that the volume of water required for dissolving 1 g of the additive is 10 mL or less at 20±5 ºC. JTX-0002.00007 (3:11-13).

37.     The plain and ordinary meaning of "a means for ensuring the penetration of water into the pharmaceutical composition" of Asserted Claim 25 is the same as a hydrophilic additive. Tr. 508:9-11; JTX-0002.00010 (10:16-34).

38.     The plain and ordinary meaning of "(R)-2-(2-aminothiazol-4-yl)-4′-[2-[(2-hydroxy-2-phenylethyl)amino]ethyl]acetic acid anilide" of Asserted Claims 5, 20, and 25 is mirabegron. SF 53.

39.     Each of the Asserted Claims has the same Dissolution Limitation, which is the sole issue for infringement. Tr. 472:19-473:4, 511:8-18; JTX-0002.00015-16 (20:19-47, 22:12-25). The Dissolution Limitation requires "wherein a drug dissolution rate from the pharmaceutical composition is 39% or less after 1.5 hours, and at least 75% after 7 hours, as measured in accordance with United States Pharmacopoeia in 900 mL of a USP buffer having a pH of 6.8 at a paddle rotation speed of 200 rpm."

40.     The plain and ordinary meaning of the Dissolution Limitation requires: (1) the amount of mirabegron released from one tablet must be 39% or less after 1.5 hours and; (2) 75% or more after 7 hours; (3) as calculated by the label claim (*i.e.*, 25 mg or 50 mg dosage strengths); (4) as measured in 900 mL of a USP buffer having a pH of 6.8 using a USP

10

Apparatus II (paddle) with a rotation speed of 200 rotations per minute ("rpm"). Tr. 324:14-325:8; 508:24-511:7; JTX-0002.00014-00016 (18:51-19:9, 20:19-47, 22:12-25). The plain and ordinary meaning of the Dissolution Limitation does not include any tablet stability requirement or temporal limitation as to the age of the tablets. Tr. 877:8-13, 1149:20-22, 1211:18-24, 1215:1-5, 1319:18-20, 1320:2-11.

41.    A drug's dissolution rate is the rate at which it will dissolve in a liquid. Tr. 127:1-12. The dissolution rate of an orally administered drug is linked to its efficacy in patients as a drug must dissolve in the gastrointestinal tract before it can be absorbed by the body. Tr. 127:1-12. The rate at which a drug dissolves serves as an indication for how long it takes after oral administration for a drug to become available in the body and at what point all of the drug has dissolved and becomes available. Tr. 127:13-19. The dissolution rate of a drug is calculated based on the amount dissolved in comparison to the label claim—*i.e.*, the amount of drug that the tested tablet contains, according to its label. Tr. 127:20-128:2.

42.    The output of a dissolution test is the percent dissolved or percent released over time. Those results are plotted on a graph versus time to generate a dissolution curve, also known as a dissolution profile. Tr. 132:8-133:2.

43.    Dissolution testing is a universal test recognized by the FDA and the United States Pharmacopoeia ("USP"), and is required by the FDA for all solid oral dosage form drug products. Tr. 127:1-12, 130:25-131:6.

**E.    Sandoz's ANDA Products**

44.    Defendant Sandoz Inc. and Lek Pharmaceuticals d.d. (collectively "Sandoz") are generic pharmaceutical companies in the business of developing, manufacturing, and/or

11

distributing generic drug products for marketing, sale, and/or use throughout the United States with places of business in the State of New Jersey and in Slovenia. SF 5-6; D.I. 91 ¶¶ 4-5.

45.     Sandoz's ANDA No. 209441 seeks approval from the FDA to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of proposed mirabegron extended-release products in 25 mg and 50 mg dosage strengths pursuant to Sandoz's ANDA (collectively, "Sandoz's ANDA Products" or "Sandoz ANDA Products") prior to the expiration of the '780 Patent. SF 72, 73; Tr. 472:3-10.

46.     Sandoz stipulated to infringement of each and every limitation of the Asserted Claims of the '780 Patent other than the Dissolution Limitation. D.I. 506 ¶¶ 1-7; Tr. 530:23-531:1, 537:4-8.

**F.     Zydus's ANDA Products**

47.     Defendant Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd. (f.k.a. Cadila Healthcare Ltd.) (collectively "Zydus") are generic pharmaceutical companies in the business of developing, manufacturing, and/or distributing generic drug products for marketing, sale, and/or use throughout the United States with principal places of business in the State of New Jersey and in India. SF 9-10; D.I. 60 ¶¶ 72, 73.

48.     Zydus's ANDA No. 209488 ("Zydus's ANDA") seeks approval from the FDA to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of proposed mirabegron extended-release products in 25 mg and 50 mg dosage strengths pursuant to Zydus's ANDA (collectively, "Zydus's ANDA Products" or "Zydus ANDA Products") prior to the expiration of the '780 Patent. SF 106; Tr. 472:3-10.

49.     Zydus stipulated to infringement of each and every limitation of the Asserted Claims of the '780 Patent other than the Dissolution Limitation. D.I. 513 ¶¶ 1-7; Tr. 541:14-17.

### G.  Lupin's ANDA Products

50.    Defendant Lupin Ltd., and Lupin Pharmaceuticals, Inc. (collectively "Lupin") are generic pharmaceutical companies in the business of developing, manufacturing, and/or distributing generic drug products for marketing, sale, and/or use throughout the United States with principal places of business in the State of Maryland and in India. SF 11-12; D.I. 47 ¶¶ 82, 83.

51.    Lupin's ANDA No. 209485 seeks approval from the FDA to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of proposed mirabegron extended-release products in 25 mg and 50 mg dosage strengths pursuant to Lupin's ANDA (collectively, "Lupin's ANDA Products" or "Lupin ANDA Products") prior to the expiration of the '780 Patent. SF 137; Tr. 472:3-10.

52.    Lupin stipulated to infringement of each and every limitation of the Asserted Claims of the '780 Patent other than the Dissolution Limitation. D.I. 512 ¶¶ 1-7; Tr. 541:18-21.

### H.  Other Defendants' ANDA Products

53.    Apotex Inc. and Apotex Corp. (collectively, "Apotex") submitted ANDA No. 209434 for proposed mirabegron extended-release products in 25 mg (Apotex's 25 mg ANDA Product) and 50 mg (Apotex's 50 mg ANDA Product) dosage strengths (collectively, "Apotex's ANDA Products"). Tr. 161:23-162:5, 588:3-589:8; PTX-2012.00002; D.I. 49 ¶ 24. Apotex settled its case prior to trial. D.I. 478.

54.    Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC ("Aurobindo") submitted ANDA No. 209413 for a proposed mirabegron extended-release product in 50 mg dosage strength ("Aurobindo's ANDA Product"). Tr. 168:2-9; 591:23-592:15; PTX-3001.00002; D.I. 52 ¶ 34. Aurobindo settled its case prior to trial. D.I. 469.

13

55.     Sawai Pharmaceutical Co. Ltd. and Sawai USA Inc. (collectively "Sawai") submitted ANDA No. 209446 for proposed mirabegron extended-release products in 25 mg dosage strength ("Sawai's ANDA Product"). SF 90, 91. Sawai settled its case prior trial. D.I. 521.

## II.          Person of Ordinary Skill in the Art

56.     As of September 2008, a person of ordinary skill in the art ("POSA") with respect to the '780 Patent would have been someone with at least a Ph.D. in pharmaceutical sciences or a related field and approximately two to three years of experience, research, and/or training in formulation and characterization of pharmaceutical dosage forms. Alternatively, a POSA could have a bachelor's degree in pharmaceutical sciences or a related field with a greater amount of experience, research, and/or training in formulation and characterization of pharmaceutical dosage forms. Tr. 500:3-14.

57.     Defendants' noninfringement experts, Dr. Buckton, Dr. Fassihi and Dr. Betensky, did not challenge the level of ordinary skill identified by Prof. Little. Tr. 609:6-705:11, 706:8-774:15, 905:4-982:25. Defendants' expert Dr. Walter Chambliss offered a definition but it is not materially different from the level of ordinary skill identified by Prof. Little. Tr. 1037:13-1038:9.

## III.         Technological Background

58.     Oral drug dosage forms are generally classified depending on the release profile as immediate-release and sustained-release. Tr. 478:4-16, 478:22-479:14, 480:19-481:5.

59.     In immediate-release formulations, the majority of the drug, such as 85-90%, comes out within 30 minutes to an hour of administration. Tr. 478:22-479:14; JTX-0002 at 5:38-46.

60.     Sustained-release formulations do not release all the drug contained in the tablet immediately after entering the body. Tr. 274:12-275:8, 480:19-481:5. In these formulations, the

14

drug is released over a sustained or an extended period of time. Tr. 480:19-481:5. Accordingly, sustained-release formulations are also synonymously known as extended-release formulations. 478:4-16, 481:24-483:3.

61.     There are a number of mechanisms by which a formulator can control or sustain the release of a drug from a sustained release formulation. Tr. 473:19-474:10, 481:6-10, 481:24-483:3; JTX-0074.00081-82.

62.     A hydrogel-forming system is one well-known type of sustained-release system. Tr. 1157:21-25, 1164:19-1165:4, 1243:19-25, 1283:11-17. The primary components of a sustained-release hydrogel-forming system include a hydrogel-forming polymer and a water soluble additive. Tr. 487:6-20. The water soluble additive has a higher solubility than the polymer, and thus when it dissolves away once the system hydrates it leaves space for more water to come in ensuring the penetration of water into the hydrogel. Tr. 487:6-18.

63.     Hydrogel-forming polymers are available in different "grades." Tr. 503:17-505:6; JTX-0005.00010-11; JTX-0006.00015. The different grades of hydrogel-forming polymers differ in molecular weight, or viscosities, of the polymer. *Id*. Higher molecular weight hydrogel-forming polymers will be more viscous and so dissolve from a tablet slower compared to lower molecular weight polymers. Tr. 507:6-25.

64.     A POSA will use the predictable relationship between polymer grades and dissolution rate to tune a hydrogel formulation to alter a drug dissolution profile. Tr. 507:6-25, 526:10-527:9. For example, a POSA may increase the amount of polymer, or use a higher molecular weight polymer in a formulation in order to make a slower dissolving tablet. Tr. 507:6-25, 526:10-527:9, 699:3-22. A POSA can also tune the dissolution rate of the formulation by using a different additive or different grade of additive. Tr. 526:10-527:9. Two different

15

formulations can be tuned to have a similar dissolution profile. Tr. 526:10-527:9, 670:1-14, 670:25-671:4, 699:3-22.

65.     As Prof. Little explained, because of the predictability of these components the dissolution profile of a formulation can be adjusted "depending on how you tune it." Tr. 526:10-527:9. Prof. Little explained that "you start with a formulation, you get a particular release profile, and then you adjust the things according to the ways that we would know how to do that and you get closer to the [desired] dissolution profile." *Id.*

66.     A target dissolution profile, such as the Dissolution Limitation, can be achieved by adjusting the concentration and average molecular weight grade of a hydrogel-forming polymer and the concentration of the water-soluble additive. Tr. 526:10-527:9 The effects of these adjustments are predictable to a formulator. Tr. 507:3-25, 572:19-573:17, 1084:3-1085:8, 1086:5-22, 1256:14-18, 1267:20-1268:1, 1269:15-19, 1270:9-15, 1271:15-20, 1272:3-6, 1272:19-25, 1273:18-22, 1274:10-15, 1275:18-1276:5, 1286:15-1287:8, 1310:22-1311:4, 1316:1-14; JTX-0071.00002, 00006, 00010; DTX-2042.4-5.

**IV.      Astellas' Expert Witnesses**

**A.      Victor Nitti, M.D.**

67.     Dr. Victor Nitti is a medical expert in the field of urology. Tr. 91:3-94:10; PTX-0374. He is a practicing urologist and currently professor of Urology and Obstetrics and Gynecology, and the chief of the Division of Female Pelvic Medicine and Reconstructive Surgery at the David Geffen School of Medicine, UCLA. Tr. 91:3-7; PTX-0374. Dr. Nitti got his medical degree from New Jersey Medical School and did two years of general surgery residency and four years of urology residency at SUNY Downstate in Brooklyn. 91:25-92:19; PTX-0374. He then did a fellowship in female urology and reconstructive urology at UCLA. 92:17-19; PTX-0374. He is board certified in urology and has been practicing urology for more than 30 years.

16

91:10-11, 93:4-7; PTX-0374. Dr. Nitti is active in urology research, having authored about 200 papers and 75 book chapters. Tr. 93:15-23; PTX-0374.

**B.      Steven M. Weisman, Ph.D.**

68.      Dr. Steven M. Weisman is an expert in FDA regulatory policies and strategies related to drug development and commercialization. Tr. 233:16-22. He is the global president of Lumanity, which is a global health care consulting company that provides regulatory support to companies in developing communications and drug strategies. Tr. 226:9-14. He has decades of experience working in all therapeutic categories, including with products for treating overactive bladder, and at every stage of drug development, including in the development of strategies relating to how a drug product will be developed and the best regulatory, clinical, and submission approaches for getting it approved. Tr. 229:15-230:16. He has given many presentations, including for the FDA, regarding regulatory standards and drug development approaches and has more than 40 publications regarding drug product development. Tr. 233:5-15.

**C.      Ms. Vivian Gray**

69.      Ms. Vivian Gray is an expert in pharmaceutical dissolution and dissolution testing. She has more than 40 years of experience in dissolution testing, including more than 20 years at the United States Pharmacopoeia ("USP"). Tr. 122:6-124:6; PTX-0227. Ms. Gray has also supervised dissolution testing facilities, including as the Head of the Dissolution Group at DuPont-Merck, authored approximately 60 publications, including seven books and book chapters, on dissolution testing, and given over 70 presentations on various aspects of dissolution. Tr. 124:11-17; 124:7-25; PTX-0227. She currently serves on expert committees at the USP to review, draft, and edit standards related to dissolution, manages Dissolution

17

Technologies, a peer-reviewed quarterly journal, and owns a consulting company that provides dissolution consulting services to the pharmaceutical industry. Tr. 123:18-125:10; PTX-0227.

### D.   Ronald A. Thisted, Ph.D.

70.     Prof. Ronald Thisted is an expert in statistical modeling and analysis. Tr. 319:10-322:10; PTX-0319. He is Professor emeritus in the departments of statistics, public health science and anesthesia and critical care at the University of Chicago. Tr. 319:10-18; PTX-0319. He has more than 50 years of experience in the field of statistics. Tr. 319:25-320:2; PTX-0319. Prof. Thisted received his undergraduate degree in mathematics and philosophy from Pomona College, and a Master's degree and Ph.D. in statistics from Stanford. Tr. 319:21-24; PTX-0319. He has published over 100 articles in peer-reviewed journals both from the statistics and the medical literature. Tr. 321:11-14; PTX-0319. He has also consulted with pharmaceutical companies in their drug development programs since the 1970s. Tr. 321:15-24; PTX-0319

### E.   Steven R. Little, Ph.D.

71.     Prof. Steven R. Little is an expert in the field of pharmaceutical formulation. Tr. 468:6-471:10; PTX-0309. He is a professor and chair of the Department of Chemical Engineering and holds professor positions in the departments of bioengineering, pharmaceutical sciences, immunology, ophthalmology, and the McGowan Institute for Regenerative Medicine at the University of Pittsburgh, as well as the endowed title of William Kepler Whiteford Endowed Professor. Tr. 468:6-17; PTX-0309. Prof. Little received a Ph.D. in Chemical Engineering from Massachusetts Institute of Technology in 2005. Tr. 469:18-23; PTX-0309. Prof. Little's work involves pharmaceutical formulation, drug delivery systems, and predictions of controlled release systems. Tr. 469:24-470:4; PTX-0309. Prof. Little has published more than 100 peer-reviewed papers and book chapters in drug delivery and modified release formulations, and is

listed as inventor on approximately 30 patents and patent applications relating to drug formulations and delivery. Tr. 470:5-11; PTX-0309. Prof. Little received several awards, including being named Fellow of a number of prominent societies in the field, and has been inducted into the National Academy of Inventors. Tr. 470:12-23; PTX-0309.

## V.        Infringement Overview

### A.     Myrbetriq® is an Embodiment of the Asserted Claims

72.     Myrbetriq® comprises the chemical compound mirabegron in a sustained release hydrogel-forming formulation in accordance with the Asserted Claims. SF 64-66, 70; Tr. 478:4-16, 515:3-516:2, 516:10-16, 522:22–523:2; PTX-0045.00001-00002; JTX-0002.00015-00016 (20:19-47, 61-65; 21:30-33; 22:1-2, 6-8, 13-25, 26-29, 32-33); FOF 38. Administration of Myrbetriq® is a method of treating overactive bladder. Tr. 113:18-114. JTX-0039.00001.

73.     The Myrbetriq® Products are provided in 25 mg mirabegron/tablet ("25 mg Myrbetriq® Product") and 50 mg mirabegron/tablet ("50 mg Myrbetriq® Product") dosage strengths, which are within the range of 10 mg to 200 mg mirabegron, in accordance with the Asserted Claims. SF 65, 66; Tr. 516:3-9, 522:22–523:2; PTX-0045.00001-00002; JTX-0002.00015-00016 (20:19-47, 61-65; 21:30-33; 22:1-2, 6-8, 13-25, 26-29, 32-33).

74.     Myrbetriq® comprises polyethylene oxide ("PEO") 2,000K (also known as N60K) as the hydrogel-forming polymer in accordance with Claims 5, and 20. The PEO in Myrbetriq® provides a means for forming a hydrogel in accordance with Claim 25. Tr. 516:17-20, 517:7-12, 519:9-13, 519:16-20, 522:22–523:2; PTX-0045.00001-00002; JTX-0002.00015-00016 (20:19-47, 61-65; 21:30-33; 22:1-2, 6-8, 13-25, 26-29, 32-33).

75.     The average molecular weight of the PEO 2,000K in Myrbetriq® is 2,000,000, which is within the range of 100,000 to 8,000,000, in accordance with Claims 5 and 20. Tr.

516:21-517:6, 522:22–523:2; PTX-0045.00001-00002; JTX-0002.00015-00016 (20:19-47, 61-65; 21:30-33; 22:1-2, 6-8); *see also* SF 69.

76.     Myrbetriq® comprises polyethylene glycol ("PEG") 8,000 as the hydrophilic additive having a water solubility of at least 0.1 g/mL at $20\pm5^0$ C in accordance with Claims 5 and 20, and as the means for ensuring the penetration of water into the pharmaceutical composition in accordance with Claim 25. Tr. 517:13-24, 519:14-15, 519:21-24, 522:22–523:2, 796:23-798:15; PTX-0045.00001-00002; DTX-2084.00013; JTX-0002.00015-00016 (20:19-47, 61-65; 21:30-33; 22:1-2, 6-8, 13-25, 26-29, 32-33); D.I. 506 ¶ 2.

77.     Myrbetriq® comprises mirabegron free base in accordance with Claims 20 and 25. Tr. 518:2-3, 522:22–523:2; PTX-0045.00001-00002; JTX-0002.00016 (21:30-33; 22:1-2, 6-8, 26-29, 32-33).

78.     Myrbetriq® is formulated as tablets in accordance with Claims 20 and 25. SF 67, 68; Tr. 517:25-518:1, 522:22–523:2; PTX-0045.00001-00002; JTX-0002.00016 (22:1-2, 6-8, 32-33).

79.     Administration of Myrbetriq® is a method of treating overactive bladder in accordance with Claim 20. SF 63; Tr. 113:7-114:14, 518:4-14, 522:22–523:2; JTX-0002.00016 (22:6-8); JTX-0039.0000121.

80.     Ms. Gray had dissolution testing in accordance with the Dissolution Limitation conducted on unexpired 25 mg tablets of Lot Number A000034353 ("Myrbetriq® 25 mg Tablets") and unexpired 50 mg tablets of Lot Number A000032851("Myrbetriq® 50 mg Tablets"). Tr. 144:5-147:1; 518:15-519:8, 520:2-521:2; PTX-0234.00045, -00089; PTX-0235; PTX-0236; PTX-0237; PTX-0238; FOF 100-105.

81.     Dissolution testing results of six tablets of the Myrbetriq® 25 mg Tablets reported by Ms. Gray show that all six tablets meet the Dissolution Limitation of the Asserted Claims. Tr. 145:12-16; 521:3-522:3.

82.     Dissolution testing results at the 1.5 hour timepoint of six tablets of the Myrbetriq® 25 mg Tablets was reported by Ms. Gray to be 39% or less after 1.5 hours: 24%, 24%, 24%, 25%, 25%, and 24 %. Tr. 145:12-16, 521:3-522:3; PTX-0234.00045.

83.     Dissolution testing results at the 1.5 hour timepoint of six tablets of the Myrbetriq® 25 mg Tablets reported by Ms. Gray were all at least 14 percentage points less than 39% at the 1.5 hour timepoint. FOF 8282. Dissolution testing results at the 7 hour timepoint of six tablets of the 25 mg Myrbetriq® Product were all 97% or above, and thus at least 75% after 7 hours. Tr. 145:12-16, 521:3-522:3; PTX-0234.00045.

84.     Dissolution testing results of six tablets of the Myrbetriq® 50 mg Tablets reported by Ms. Gray show that all six tablets meet the Dissolution Limitation of the Asserted Claims. Tr. 146:14-19, 522:4-21.

85.     Dissolution testing results at the 1.5 hour timepoint of six tablets of the Myrbetriq® 50 mg Tablets was reported by Ms. Gray to be 39% or less after 1.5 hours: 21%, 21%, 23%, 22%, 22%, and 22%. Tr. 146:14-147:1, 522:4-21; PTX-0234.00089.

86.     Dissolution testing results at the 1.5 hour timepoint of six tablets of the Myrbetriq® 50 mg Tablets reported by Ms. Gray were all at least 16 percentage points less than 39% at the 1.5 hour timepoint. Dissolution testing results at the 7 hour timepoint of six tablets of the 50 mg Myrbetriq® Product were all 89% and above, and thus at least 75% after 7 hours. Tr. 146:14-147:1, 522:4-21; PTX-0234.00089.

21

87.     Myrbetriq® meets each and every limitation of the Asserted Claims. Tr. 514:21-523:9; PTX-0045.00001-00002; FOF 72-8686. It is undisputed that Myrbetriq® meets the Dissolution Limitation. FOF 80-868086; Tr. 668:9-13. None of Defendants' experts offered any opinions rebutting whether Myrbetriq® meets all the compositional elements of the Asserted Claims other than the Dissolution Limitation. Tr. 609:6-705:11; 706:8-774:15; 905:4-982:25. Neither did Defendants' counsel challenge Prof. Little's testimony on this issue during his cross-examination. Tr. 776:24-856:14-857:11.

**B.     Comparative Dissolution to Myrbetriq®**

88.     Generic applications are required to demonstrate that their proposed ANDA products are bioequivalent to the reference listed drug ("RLD") previously approved under an NDA. Tr. 238:4-13. For modified release formulations, including sustained release, ANDA applicants must also show sufficient dissolution sameness to that of the RLD. Tr. 238:4-13. "Sameness" is a regulatory term that means that two products have similar dissolution profiles. Tr. 238:14-239:11. Dissolution sameness is established through comparative dissolution testing. *Id*. Dissolution sameness means the products have similar dissolution profiles, such that they could be expected to be therapeutically equivalent. *Id*.

89.     Achieving the correct dissolution profile established by sufficient dissolution sameness is particularly important for safety and efficacy of sustained release formulations. Accordingly, for generic Myrbetriq®, the FDA recommends dissolution "sameness" to Myrbetriq®. Tr. 234:6-19; 238:4-239:11; 306:10-307:2; 524:23-525:7.

90.     One way to achieve dissolution "sameness" is to select the hydrogel-forming sustained-release system as in Myrbertriq®, and tune the ingredients in order to adjust the

████████████████████████████████

dissolution behavior to achieve a dissolution profile that closely mimics the dissolution profile of Myrbetriq®. Tr. 525:15-527:9; *see also* FOF 164-172, 181-186, 205-2116364.

91.      In 2013, the FDA published the draft guidance for mirabegron ("FDA Guidance") providing recommendations for generic drug developers seeking to market generic versions of Astellas' Myrbetriq® product, which is the RLD for mirabegron. JTX-0020; Tr. 242:6-11, 242:20-243:15, 524:9-12. The FDA often publishes product specific guidance laying out the "evidence needed to demonstrate that a generic drug is therapeutically equivalent to the [RLD]." PTX-0184.1; Tr. 241:16-242:5, 242:22-243:7.

92.      The FDA Guidance recommends comparative dissolution testing to establish sufficient "sameness" to Myrbetriq®. JTX-0020.00001; Tr. 239:6–11, 241:25-242:5, 243:8-15, 244:6-14, 524:23-525:3, 525:15-526:9. The FDA Guidance directs comparative dissolution testing using either USP I or USP II dissolution apparatus. Tr. 244:15-25, 528:4-12; JTX-0020.00001-02. The FDA Guidance does not require "sameness" in the composition of the formulation. JTX-0020.

93.      There are multiple standardized USP apparatus that can be used to measure the dissolution rate of a drug. Tr. 128:24-129:11; JTX-0007. The USP I apparatus, referred to as the basket method, uses a standardized basket, which contains the tablet and rotates in a dissolution media at a set number of rotations per minute ("rpm") during testing. Tr.130:16-20, 131:13-24; JTX-0007.00002-03; *see also* PDX-3013. The USP II apparatus, referred to as the paddle method, instead uses a standardized paddle as the stirring mechanism, and that paddle is rotated in the media at a set number of rotations per minute during testing. Tr. 130:21-24, 131:25-132:7; JTX-0007.00003-04; *see also* PDX-3014. With both methods, the dissolution media is maintained at 37° C and samples of the dissolution media are withdrawn at various timepoints

and analyzed to determine the percentage of the drug that has dissolved in the media at that

timepoint. Tr. 132:8-21, 217:1-23.

94.     The FDA Guidance directs comparative dissolution testing to be conducted using

either USP I at 100 rpm and/or USP II at 50 rpm in at least three dissolution media (pH 1.2, 4.5

and 6.8 buffer), and further acknowledges that agitation speeds could be increased if appropriate.

Tr. 244:15-25, 528:4-12; JTX-0020.00001-02. The FDA Guidance also refers to product-specific

dissolution information on a Dissolution Methods Database ("Database") that lists the use of

USP Apparatus I (basket) at 100 rpm. Tr. 245:22-246:14; 330:16-22; PTX-0195. The Database

provides for collecting data at multiple sampling timepoints: "1, 3, 5, 7, 8.5, 10, and 12 hours"

with USP I. PTX.0195.0001. The FDA Guidance also specifies sampling timepoints at "1, 2, and

4 hours and continu[ing] every 2 hours until at least 80% of the drug is released" with USP I

(100 rpm) or USP II (50 rpm). JTX.0020.00002.

95.     Comparative dissolution testing involves comparing the dissolution data

generated from Defendants' Products by graphically plotting them against similar plots

generated with Myrbetriq® dissolution testing under the same conditions. Tr. 250:10-17; 252:4-

16; 527:17-528:3.

96.     A common and well-established method of evaluating the results of comparative

dissolution testing is with F2 similarity factor. Tr. 246:23-247:7; 248:15-249:6, 527:17-528:3,

529:12-530:11. F2 is a widely-accepted mathematical calculation, into which the results of

comparative dissolution testing are inputted to determine an F2 value. Tr. 246:23-247:7, 248:1-

249:12; JTX-0045.00036-00037.

97.     An F2 value of 50 or greater indicates that the dissolution profiles being evaluated

are essentially the same, i.e., they exhibit sufficient "sameness," and considered therapeutically

equivalent by the FDA. Tr. 249:7-250:17; 251:21-252:16; PTX-7042.00001-00002. More

particularly, an F2 value of 50 indicates that there is no more than 10% average difference

between the dissolution curves. Tr. 249:24-250:17; 251:21-252:3; 529:15-530:11.

98.     Prof. Little explained that any formulation differences between Defendants'

ANDA Products and Myrbetriq® would not have a significant impact on comparative

dissolution behavior because all Defendants tuned their formulation to match the dissolution

profile of Myrbetriq®. The comparative dissolution behavior of Defendants' ANDA Products

when compared to Myrbetriq® would not be any different if tested using either USP I at 100 rpm

or USP II at 50 rpm as opposed to USP II at 200 rpm. Tr. 476:20-477:25; 533:10-535:6, 538:22-

539:7; 540:8-541:1, 548:11-549:19, 554:22-555:6, 561:20-562:20, 564:24-567:3, 571:5-572:11,

598:8–599:12, 699:3-22, 826:18-827:14, 884:8-885:15. In other words, if Defendants' ANDA

Product demonstrates "sameness" of dissolution profile to Myrbetriq® using USP II at 50 rpm or

USP I at 100 rpm, it would also demonstrate "sameness" of dissolution profile to Myrbetriq®

using USP II at 200 rpm. Tr. 476:20-477:25; 533:10-535:6, 538:22-539:7; 540:8-541:1, 548:11-

549:19, 554:22-555:6, 561:20-562:20, 564:24-567:3, 571:5-572:11, 598:8–599:12, 699:3-22,

826:18-827:14, 884:8-885:15. Because Myrbetriq® has a dissolution profile that is at least 14%-

16% below the Dissolution Limitation of less than 39% at the 1.5 hour timepoint, Defendants'

ANDA Products would need to have a dissolution profile divergent from and be more than 14%-

16% faster using USP II at 200 rpm than the dissolution of Myrbetriq® to avoid infringement.

FOF 83, 86.

99.     Defendants' experts have not provided any evidence or testing to show that any

formulation differences between Defendants' ANDA Products and Myrbetriq® would have a

difference on comparative dissolution behavior tested at USP II at 200 rpm as opposed to USP I

at 100 rpm or USP II at 50 rpm, let alone a difference of the magnitude required to avoid

infringement. Tr. 476:20-477:25; 676:1-14; 751:14-22; 758:25-759:18; 975:3-19.

### C.    Testing of Defendants' ANDA Biobatch Tablets

#### 1.    Dissolution Testing Conducted by Ms. Gray

100.    Ms. Gray conducted dissolution testing on the Myrbetriq® Products and the

Defendants' ANDA Products to determine if they met the Dissolution Limitation of the '780

Patent. Tr. 126:15-20, 133:17-134:15. Defendants did not offer their own testing results. Tr.

570:17-22, 676:1-14, 688:22-689:1, 954:16-20, 960:19-961:3, 975:3-19; *see also* Tr. 222:16-24.

101.    Ms. Gray developed a protocol which tested the products at the conditions

specified in the '780 Patent—in accordance with USP standards for the USP II paddle method

with 900 mL of a USP buffer having a pH of 6.8 and a paddle rotation speed of 200 rpm—and

measured the percent of the drug dissolved at four timepoints, including 1.5 hours and 7 hours,

the two timepoints specified in the claims. Tr. 134:16-19, 136:12-137:7, 137:21-24; PTX-

0230.00004; JTX-0002 at Claims 1, 22.

102.    Ms. Gray employed Pace Analytical Life Sciences ("Pace"), a GMP ("Good

Manufacturing Practices") certified testing laboratory audited and approved by the FDA, to

conduct the dissolution testing. Tr. 135:3-20. Ms. Gray audited Pace prior to its performing the

requested dissolution testing by reviewing the training records and experience of Pace's testing

analysts, speaking with the analysts who would be conducting the dissolution testing and their

supervisors, reviewing Pace's standard operating procedures, assessing the lab facility itself, and

reviewing the calibration of the equipment to be used in the dissolution testing. Tr. 135:3-20. Ms.

Gray also personally observed the analysts conduct dissolution testing and sample analysis for

certain of the tested tablets. Tr. 135:3-20, 135:25-136:11. Ms. Gray was able to conclude that the

26

dissolution testing was being conducted correctly and in accordance with USP standards. Tr. 135:25-136:11, 183:11-16, 186:9-15, 204:4-8. It is routine and commonplace in the pharmaceutical field to rely on trained laboratory technicians at testing facilities to carry out such dissolution testing. Tr. 219:22-220:7, 672:3-9.

103.     Ms. Gray noted a minor deviation from her testing protocol in the way Pace performed its dissolution testing. Tr. 141:5-9, 220:13-17. Ms. Gray's protocol stated that the tablets should be dropped first and then immediately the paddle should begin rotating at 200 rpm. Tr. 141:5-23; PTX-0230.00004. Ms. Gray explained that because modern dissolution testing equipment does not allow for the paddles to be controlled individually, that could not be done. Tr. 141:5-23, 221:4-21, 223:6-19. Instead, the Pace analysts put the first tablet in the first vessel, started the paddle on all six vessels, and then dropped the remaining tablets in the vessels with the paddle already running. Tr. 141:5-23, 221:4-21, 223:6-19. Ms. Gray noted that this minor deviation to her protocol would not impact the results of the dissolution testing. Tr. 141:24-142:2, 220:13-221:3. Neither Dr. Buckton nor Dr. Fassihi took issue with this "minor deviation." Ms. Gray also explained that the first tablet out of the batches of six being tested would be dropped first immediately before the paddles begin rotating. Tr. 141:5-23. Accordingly, for at least one tablet out of the six being tested, there would have been no deviation from Ms. Gray's original protocol.

104.     Upon receipt by Astellas, Defendants tablets were stored under monitored ambient conditions. Tr. 179:18-182:1.

105.     Ms. Gray testified that Defendants' tablets tested did not behave abnormally in the dissolution apparatus during testing, and no such observations were noted in the laboratory notebooks of the Pace laboratory technicians. Tr. 182:20-183:10, 212:2-20, 213:21-25, 222:1-3.

27

Ms. Gray also testified that it is common practice in the field to note observations related to abnormal tablet behavior during dissolution testing even if the protocol has no such express requirement. Tr. 182:20-183:10, 188:13-19, 212:2-213:6, 213:14-25, 220:8-12.

### 2. Aging of Mirabegron Extended-Release Tablets

106.    Extended-release formulations containing lower molecular weight PEO will dissolve faster than formulations containing higher molecular weight PEO. Tr. 507:6-25

107.    PEO will degrade to a lower molecular weight polymer over time. Tr. 576:5-577:4, 582:18-583:16, 685:2-15, 956:6-17, 957:8-958:19, 1149:15-1150:7; JTX-0006.00019. As mirabegron extended-release formulations containing PEO age, the degradation of the PEO in the formulation results in a predictable increase in dissolution rate. Tr. 576:5-577:4.

### D. Analysis of Defendants' ANDA Dissolution Data

108.    Zydus and Lupin supported their ANDA filings by providing dissolution testing on their own unexpired biobatch tablets compared to Myrbetriq® using USP I at 100 rpm and 900 ml of a phosphate buffer at pH 6.8. Tr. 330:16-331:1; PTX4043.00015, 18; PTX-8027.00048, 50, 52, 54, 56, 58. To compare those dissolution data of their unexpired biobatch tablets to the Dissolution Limitation, Prof. Thisted constructed a predictive statistical model to relate the dissolution profiles as measured by USP I at 100 rpm to the dissolution profiles as measured by USP II at 200 rpm. Tr. 330:16-331:10; FOF 39-40.

109.    Prof. Thisted applied his statistical model to Zydus's and Lupin's dissolution data on their unexpired biobatch tablets from their ANDA. Tr. 331:2-10. Using this model, Prof. Thisted determined that Zydus's and Lupin's ANDA Products meet the Dissolution Limitation of the '780 Patent. Tr. 373:4-18, 376:14-25, 380:16–381:25, 383:19–385:3.

████████████████████████████████████

### 1.    Prof. Thisted Constructed and Validated His Statistical model

110.    Astellas measured the dissolution rate of Myrbetriq® using both USP I at 100

rpm and USP II at 200 rpm on the same batches at the same time, with both methods being

conducted in 900 ml of a phosphate buffer at pH 6.8. Tr. 348:19-25, 349:11-350:6; PTX-0111.

Prof. Thisted used 26 batches with both USP I (100 rpm) and USP II (200 rpm) data to build his

statistical model. Tr. 352:23-25; PTX-321; PTX-322.

111.    To build his model, Prof. Thisted first determined that there was a consistent

relationship between USP I (100 rpm) dissolution rate and USP II (200 rpm) dissolution rate of

Myrbetriq®. Tr. 352:1-19. Specifically, irrespective of the dosage, he observed that the USP II

(200 rpm) dissolution rates could be correlated to the USP I (100 rpm) dissolution rates using an

"Accelerated Time Scale Dissolution Model" (or "ATD"). Tr. 356:6-12; FOF 121.

112.    To correlate USP I (100 rpm) data with USP II (200 rpm) data, Prof. Thisted

applied an ATD model. Tr. 356:6-12. An ATD model describes a relationship where the

dissolution pattern between two sets of conditions differ only with regards to time. Tr. 356:6-

358:6. Once the relationship between the dissolution rates of USP I (100 rpm) and USP II (200

rpm) (also known as the "acceleration factor") is determined, USP II dissolution rates can be

predicted from USP I data. Tr. 344:7-25, 364:2–8.

113.    Predictive modeling is commonly done in statistics and often used in

pharmaceutical formulations. Tr. 550:8-14, 751:14-16.

114.    Statistical modeling has been used to predict dissolution profiles, as reported in

peer-reviewed literature. Tr. 356:6-14, 550:8-551:1. The ATD model has been reported in *Quist*,

which is a peer-reviewed article published in 2002 in the Journal of Pharmaceutical and

Biomedical Analysis. Tr. 357:7-358:6; PTX-0167. *Quist* was authored by scientists employed by

AstraZeneca, a large pharmaceutical company. Tr. 356:6-358:23, 550:8-551:1; PTX-0167.

115.    *Quist* describes a statistical model where a second dissolution profile can be

predicted by accelerating the time scale of a first dissolution profile. Tr. 357:20-358:3. This

model can be used to predict the accelerated time scale regardless of the shape of the dissolution

curve. Tr. 357:20-358:3. Prof. Thisted explained: "If you run the clock faster on one dissolution

profile, you end up with a dissolution profile on the other." Tr. 357:20-358:3.

116.    To construct his statistical model, Prof. Thisted used a random set of 10 of the 26

Myrbetriq® batches (called a "training set") and determined that the time-scale factor between

USP I (100 rpm) and USP II (200 rpm) is 1.866. Tr. 358:24-359:6. Prof. Thisted explained that

in order to determine what the USP II (200 rpm) dissolution would be at any given timepoint,

one would multiply that timepoint by 1.866 (which equals about 2.9 hours), which is the

corresponding time point on the USP I (100 rpm) dissolution curve. Tr. 359:7-17. Therefore, the

1.5 hour timepoint on the USP II dissolution curve corresponds to the 2.9 hour timepoint on the

USP I curve. Tr. 359:7-17.

117.    Validation is a determination to see if the model is able to replicate the USP II

(200 rpm) data in an independent dataset. Tr. 355:6-11, 359:18-25. Validation is a standard

method in statistics. Tr. 355:6-11.

118.    Prof. Thisted validated his model by applying the model built from his training set

to the USP I (200 rpm) data from the remaining 16 sets of data (the "validation set"). Tr. 360:11-

361:7. He then compared the predicted values for USP II (200 rpm) dissolution rate to the

measured values that Astellas reported in the validation set. Tr. 360:11-361:7. In every case,

Prof. Thisted concluded that the predicted values "very closely" reproduces the measured values

from the USP II (200 rpm) dissolution curve (with the root-mean-square-error ("RMSE") on the order of one and a half percent). Tr. 361:10-362:7. According to Prof. Thisted, this told him "that the model does a very good job at replicating USP II (200 rpm) measurements that would be obtained simply by using the corresponding USP I (100 rpm) measurements." Tr. 362:3-12.

119.    RMSE is a common way to assess the accuracies of a statistical model. Tr. 341:18-342:15. According to Prof. Thisted, the smaller the RMSE the better. Tr. 341:18-342:15.

120.    To generate his final model, Prof. Thisted then determined the time scale acceleration factor using all 26 data sets. Tr. 363:2-6. This was done to get a more accurate prediction model and to get the best estimate for the final acceleration factor. Tr. 362:13-363:1, 363:7-13. Prof. Thisted determined the final time-scale acceleration factor was 1.86, with a final RMSE of less than 2 percentage points. Tr. 363:23-364:8. According to Prof. Thisted, this meant that the model "very closely produces predictions that very closely replicate actual USP II data." Tr. 364:2-8.

121.    Prof. Thisted further performed an analysis and determined that there was no difference in dissolution rate between the 25 mg dose and the 50 mg dose of Myrbetriq® tablets, and concluded that a single value of 1.86 could be used in the application of his model. Tr. 364:9-365:24.

## 2.    Prof. Thisted applied his model to Defendants' ANDA Products

122.    Prof. Thisted analyzed Zydus's and Lupin's USP I (100 rpm) data in their ANDAs and applied his predictive model to convert them to what the USP II (200 rpm) dissolution data would have been at that time. Tr. 331:2-10. Using the USP I (100 rpm) data provided in their ANDAs, Prof. Thisted predicted the dissolution rate of each tablet of Zydus's and Lupin's biobatches at 1.5 hours and 7 hours as measured using USP II at 200 rpm in 900 ml

of a phosphate buffer at pH 6.8. Tr. 368:17-370:13, 377:8-22. Prof. Thisted also predicted the mean dissolution rate and the 95% confidence interval. Tr. 371:2-9, 371:22-373:3, 376:3-13, 380:20-381:5, 384:1-16.

123.     According to Prof. Thisted, a 95% confidence interval is a standard statistical calculation that describes if you were to look at the dissolution data of all the tablets in a particular batch, tens and thousands of tablets, tested and untested, the mean predicted values are "unlikely to fall outside the range shown by the confidence interval." Tr. 371:22-372:15. Prof. Thisted explained "that says that the mean value for the dissolution profile predicted for USP II… is very likely to be in [the confidence interval]." Tr. 371:22-372:10.

124.     None of Defendants' experts provided any testing or modeling in response to Prof. Thisted's analysis. Tr. 558:9-25; 570:17-25, 676:1-11, 689:2-6, 751:12-752:3, 752:12-752:23, 954:16-20, 964:10-12.

125.     Prof. Little explained that any formulation differences between Defendants' ANDA Products and the Myrbetriq® Products would not have any significant impact on the USP I (100 rpm) – USP II (200 rpm) correlation for a particular formulation, which forms the basis of Prof. Thisted's statistical prediction model. There is no evidence that the model is not valid as a result of these differences. Tr. 548:11-550:7; 559:4-563:10, 564:1-19, 571:1-574:12, 884:8-885:15.

126.     Prof. Thisted further validated the concept of using an ATD model to predict USP II dissolution rates based on USP I data from creating a model to predict USP II dissolution rates as measured at 50 rpm in 900 ml of a phosphate buffer at pH 6.8. Tr. 399:18-402:17; 414:7-16; PTX-341; PTX-342; PTX-7031; PTX-7032.

████████████████████████████████████████████

127.    As the paddle speed increases with USP II, the dissolution rate of a formulation will also increase. Tr. 672:10-21.

128.    Two different sustained release hydrogel formulations can have similar dissolution profiles with USP I at 100 rpm and USP II at 50 rpm. Tr. 696:16-697:3.

129.    ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

130.    Using the data from Myrbetriq®, Prof. Thisted determined the time-scale factor between USP I at 100 rpm and USP II at 50 rpm. Tr. 401:3-22. Prof. Thisted then used this time-scale factor to predict the USP II dissolution rates at 50 rpm for Sawai's ANDA Product. Tr. 401:3-22.

131.    Prof. Thisted found that his model closely predicted the measured dissolution values of Sawai's ANDA Product. Tr. 401:23-402:2; PTX-0340.00082. These data further demonstrated that "this kind of model relating to USP I apparatus reports result with USP II apparatus is not limited to Myrbetriq" but can be used to predict the USP II at 200 rpm dissolutions of other mirabegron extended-release tablets. Tr. 402:3-7.

132.    ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████

a) **Prof. Thisted's Model Predicts USP II Data From USP I Data of the Same Batch**

133.    Prof. Thisted's model provides a prediction for USP II (200 rpm) dissolution rates for a specific batch of Defendants' ANDA Product from USP I (100 rpm) data from that batch. Tr. 404:25-406:12, 407:21-408:13. The input for Prof. Thisted's model is USP I testing data at 100 rpm data from a single batch, and the output is a prediction of how that same batch would behave under USP II testing at 200 rpm. Tr. 405:20-406:12. Prof. Thisted testified his "model is intended to predict based on measured USP I data what those same tablets from that same batch would produce if they were measured with USP II." Tr. 405:20-406:12.

134.    Batch to Batch variability prevents use of Prof. Thisted's model to predict accurately the USP II dissolution data for a batch of tablets where USP I dissolution rate has not been measured. Tr. 422:3-17. As Prof. Thisted explained: "[S]uppose we have two batches . . . . There is no reason why predictions based on that first batch for USP II . . . should in any way, line up with predictions obtained from the batch done . . . years later with a different dissolution profile[.]" Tr. 422:3-17.

135.    Prof. Thisted also explained that his model is validated for a specific batch using dissolution data collected within 60 days of manufacture. Tr. 406:16-407:16, 417:5-12. If actual data is collected on the same lot—but later in time—then there may not be an exact match to his predictions due to tablet aging. Tr. 406:16-407:16, 417:5-12; *see* § V.C.2 above.

b) **Prof. Thisted's Model Assumes No Shape**

136.    Prof. Thisted's statistical model assumes no shape to the dissolution data. Tr. 408:14-23.

137.    When Prof. Thisted applied the shape suggested by Defendant's experts (i.e., the Weibull shape) to the dissolution data, the predictions produced less accurate results. Tr. 408:24-410:8.

138.    Defendants' experts provided no calculations to demonstrate how assuming a shape to the dissolution data would affect Prof. Thisted's model. 558:20-22, 570:23-25, 676:7-11, 751:14-22, 964:10-12.

**E.    Other Defendants' ANDA Products Meet the Dissolution Limitation**

**1.    Apotex**

139.    Apotex's ANDA Products contain the same sustained release hydrogel-forming system for its ANDA Products as Myrbetriq®. Tr. 586:13-587:9; PTX-0045.00001; PTX-2012.00003. Like the Defendants, Apotex's ANDA Products contain some of the same ingredients as Myrbetriq®, particularly selecting PEO and PEG. Tr. 588:10-22, 589:1-8; PTX-0045.00001; PTX-2012.00003; FOF 72-76.

140.    Apotex's ANDA Products have differences as compared to Myrbetriq®. PTX-2012.00003; PTX-0045.00001. The Apotex 50 mg Product contains different amounts of PEO (25.24% w/w) as compared to Myrbetriq® 50 mg (27.18% w/w). PTX-2012.00003; PTX-0045.00001. The Apotex 50 mg Product has a different amount of PEG (50% w/w) from Myrbetriq® (46.45% w/w) PTX-2012.00003; PTX-0045.00001. Apotex's ANDA Products also do not contain butylhydroxytoluene (BHT) as an antioxidant while Myrbetriq® has BHT. PTX-2012.00003; PTX-0045.00001.

141.    Despite those differences in the formulations, Apotex tuned the types and amounts of their ingredients, in order to achieve a similar dissolution profile as Myrbetriq®

35

following the FDA Guidance. Tr. 586:13-587:9, Tr. 588:10-22, 589:1-8; PTX-0045.00001; PTX-2012.00003; PTX-2013.00011.

142.     In connection with the Prior Myrbetriq® Litigation[2], Apotex provided tablets of biobatch No. MRZX/15082 of Apotex's 25 mg ANDA Product ("Apotex's 25 mg Expired Tablets"), and biobatch No. MRZX/15085 of Apotex's 50 mg ANDA Product ("Apotex's 50 mg Expired Tablets") (collectively, "Apotex's Expired Tablets") to Astellas. Tr. 161:23-162:5; PTX-0239; PTX-0212. Both of these biobatches expired in November, 2017. Tr. 161:23–162:9, 163:22-25; PTX-2033.00001, PTX-2036.00001. Apotex's Expired Tablets were tested by Pace in January 2022. PTX-0234.00026, 28.

143.     During discovery in this case, Apotex produced unexpired tablets of its 25 mg Product of biobatch No. 1903157A ("Apotex's 25 mg Unexpired Tablets") and of its 50 mg Product of biobatch No. 1903158A ("Apotex's 50 mg Unexpired Tablets") (collectively, "Apotex's Unexpired Tablets"). Tr. 161:23-162:5; PTX-0241; PTX-0214.

144.     Ms. Gray had dissolution testing in accordance with the Dissolution Limitation conducted on Apotex's Tablets. Tr. 134:12-15; PTX-0234.00075, -00132, -00106, -00134; PTX-0239; PTX-0240; PTX-0241; PTX-0242; PTX-0212; PTX-0213; PTX-0214; PTX-0215; FOF 100-105.

145.     Dissolution testing results at the 1.5 hour timepoint of six tablets of Apotex 25 mg Expired Tablets (biobatch No. MRZX/15082) was reported by Ms. Gray to be 39% or less after 1.5 hours: 31%, 32%, 33%, 31%, 30%, and 33 %. Tr. 164:4-6; PTX-0234.00075. Dissolution

---

[2] *Astellas Pharma Inc. et al. v. Actavis Elizabeth LLC et al.*, 16-cv-905-CJB-JFB (D. Del) ("Prior Myrbetriq® Litigation").

testing results at the 7 hour timepoint of six tablets of Apotex 25 mg Expired Tablets were all

91% and above, and therefore at least 75% after 7 hours. Tr. 164:4-6; PTX-0234.00075.

146.     Dissolution testing results at the 1.5 hour timepoint of six tablets of Apotex 25 mg

Unexpired Tablets (biobatch No. 1903157A) was reported by Ms. Gray to be 39% or less after

1.5 hours: 24%, 24%, 26%, 24%, 23%, and 24 %. Tr. 165:5-9; PTX-0234.00132. Dissolution

testing results at the 7 hour timepoint of six tablets of Apotex 25 mg Unexpired Tablets were all

88% and above, and thus were all at least 75% after 7 hours. Tr. 165:5-9; PTX-0234.00132.

147.     Dissolution testing results at the 1.5 hour timepoint of six tablets of Apotex 50 mg

Expired Tablets (biobatch No. MRZX/15085) was reported by Ms. Gray to be: 39%, 38%, 37%,

36%, 39%, and 41%. PTX-0234.00106. Dissolution testing results at the 7 hour timepoint of six

tablets of Apotex 50 mg Expired Tablets were all 96% and above, and therefore at least 75%

after 7 hours. PTX-0234.00106. Ms. Gray concluded that five out of the six tablets of the Apotex

50 mg Expired Tablets met the Dissolution Limitation at the time they were tested. Tr. 167:1-6.

148.     Dissolution testing results at the 1.5 hour timepoint of six tablets of Apotex 50 mg

Unexpired Tablets (biobatch No. 1903158A) was reported by Ms. Gray to be 39% or less after

1.5 hours: 30%, 29%, 29%, 30%, 31%, and 31 %. Tr. 167:21-168:1; PTX-0234.00134.

Dissolution testing results at the 7 hour timepoint of six tablets of Apotex 50 mg Unexpired

Tablets were all 90% and above, and therefore were all at least 75% after 7 hours. Tr. 167:21-

168:1; PTX-0234.00134.

149.     Apotex supported their ANDA filings by providing dissolution testing on their

own biobatch tablets using USP I at 100 rpm in 900 ml of a phosphate buffer at pH 6.8. PTX-

327; PTX-328. To compare those dissolution data to the Dissolution Limitation, Prof. Thisted

applied his predictive statistical model to relate the dissolution profiles as measured by USP I at

100 rpm to the dissolution profiles as measured by USP II at 200 rpm in 900 ml of a phosphate buffer at pH 6.8. Tr. 395:12-397:1; PTX-326.

150.    Prof. Thisted analyzed the USP I data from six biobatches of Apotex's ANDA Products using dissolution data acquired within 60 days from manufacture of the tablets. Tr. 395:12-399:13; PTX-0326; PTX-0327; PTX-0328. Prof. Thisted analyzed 36 tablets of each strength (25 mg and 50 mg) of Apotex's ANDA Products, which is a total of 72 tablets. Tr. 396:6-11, 398:15-19. For Apotex's 25 mg ANDA Product, Prof. Thisted analyzed biobatch numbers MRZX15080, MRZX15081 and MRZX15082. PTX-0327.00004-5; PTX-0328.00006-9. For Apotex's 50 mg ANDA Product, Prof. Thisted analyzed biobatch numbers MRZX15083, MRZX15084, MRZX15085. PTX-0327.00002-3; PTX-0328.00002-5.

151.    At the 1.5 hour timepoint, for biobatch MRZX15080, Prof. Thisted obtained a mean predicted dissolution value of 28.1% with a 95% confidence interval of 27.5-28.6%. Tr. 395:17-396:5. For biobatch MRZX15081, the mean predicted dissolution value is 27.3% with a confidence interval of 26.2-28.4%. Tr. 395:17-396:5. For biobatch MRZX15082, the mean predicted dissolution value is 29.4% with a 95% confidence interval of 28.3-30.5%. Tr. 395:17-396:5. At the 7 hour timepoint, all 36 tablets of Apotex's 25 mg ANDA Product analyzed by Prof. Thisted were predicted to have dissolved 100%. Tr. 396:12-23; PTX-0335.00012. Prof. Thisted concluded that the predicted dissolution rates for all 36 tablets of Apotex's 25 mg ANDA Product analyzed by Prof. Thisted meet the Dissolution Limitation. Tr. 396: 6-11, 396:16-23, 398:15-19, 398:24-399:7.

152.    At the 1.5 hour timepoint, for biobatch MRZX15083, Prof. Thisted obtained a mean predicted dissolution value of 26.3% with a 95% confidence interval of 25.7-26.9%. Tr. 398:2-14; PTX-0326.00015. For biobatch MRZX15084, the mean predicted dissolution value is

██████████████████████████████████████████████

26.1% confidence interval of 25.3-26.8%. Tr. 398:2-14; PTX-0326.00015. For biobatch

MRZX15085, the mean predicted dissolution value is 25.6% with a 95% confidence interval of

25.0-26.1%. Tr. 398:2-14; PTX-0326.00015. At the 7 hour timepoint, all 36 tablets of Apotex's

50 mg ANDA Product analyzed by Prof. Thisted were predicted to have dissolved 100%. Tr.

398:20-399:2; PTX-0326.00015. Prof. Thisted concluded that the predicted dissolution rates for

all 36 tablets of Apotex's 50 mg ANDA Product analyzed by Prof. Thisted meet the Dissolution

Limitation. Tr. 397:22-399:13.

### 2.   Aurobindo

153.    Aurobindo's ANDA Product contain the ████████████████████████████

████ for its ANDA Products as Myrbetriq®. Tr. 586:13-587:9; PTX-0045.00001; PTX-

3001.00002, 5. Aurobindo's ANDA Product contain some of the same ingredients as

Myrbetriq®, particularly selecting ██████████. Tr. 591:20-592:11; PTX-0045.00001; PTX-

3001.00002, 5; FOF 72-76.

154.    Aurobindo's ANDA Product has differences to Myrbetriq®. PTX-0045.00001;

PTX-3001.00002. Aurobindo's ANDA Product also contains manufacturing differences to

Myrbetriq® (Aurobindo's ANDA Product contains ████████████████████████████

██████████. PTX-0045.00001; PTX-3001.00002. Aurobindo's ANDA Product uses ██

████████████████████████████████████████ versus Myrbetriq® 50 mg

Product (46.45% PEG 8,000). PTX-0045.00001; PTX-3001.00002. Aurobindo's ANDA Product

also contained the ████████████████████████████████████. PTX-

0045.00001; PTX-3001.00002.

39



155.    Despite differences in the formulations, ███████████████████ ███████████████████████████████████████████████████ ████████████. Tr. 591:20-592:11; PTX-0045.00001; PTX-3001.00002; PTX-3002.00008.

156.    In connection with the Prior Myrbetriq® Litigation, Aurobindo provided tablets of biobatch ████████████████ of Aurobindo's 50 mg ANDA Product ("Aurobindo's Expired Tablets") to Astellas. Tr. 168:3-9; PTX-0267. Aurobindo's Expired Tablets produced expired in ███████. Tr. 168:3-9; 169:11–16; PTX-0267. These biobatches were manufactured in ███████. Tr. 168:3-9; 169:6–8; PTX-0267. Aurobindo's Expired Tablets were tested by Pace in December 2021. Tr. 169:11-16; PTX-0234.00016.

157.    During discovery, Aurobindo produced unexpired tablets of its 50 mg Product of biobatch ██████████████████ ("Aurobindo Unexpired Tablets"). Tr. 168:3-9; PTX-0269. The Aurobindo Unexpired Tablets were manufactured in ████████ Tr. 170:12–14; PTX-0269. Aurobindo's Unexpired Tablets were tested by Pace in August 2022. Tr. 170:15-16; PTX-0304.00002.

158.    Ms. Gray had dissolution testing in accordance with the Dissolution Limitation conducted on Aurobindo's Tablets. Tr. 134:12-15; PTX-0304.00002–10, PTX-0234.00062, -00018; PTX-0267; PTX-0268; PTX-0269; PTX-0270; FOF 100-105.

159.    Dissolution testing results at the 1.5 hour timepoint of six tablets of Aurobindo's Expired Tablets (biobatch No. ████████) was reported by Ms. Gray to be ████████ ██████████████████████. Tr. 169:17-21; PTX-0234.00062. Dissolution testing results at the 7 hour timepoint of six tablets of Aurobindo Expired Tablets were all ██ DA ██████████████████████████. Tr. 169:17-21; PTX-0234.00062.

██████████████████████████████████████████

160.     Dissolution testing results at the 1.5 hour timepoint of six tablets of Aurobindo

Unexpired Tablets (biobatch No. ███████████████) was reported by Ms. Gray to be ████
DA

████████████████████████████████████. Tr. 170:17-20; PTX-0304.00018.

Dissolution testing results at the 7 hour timepoint of six tablets of Aurobindo Unexpired Tablets

were █████████████████████████████████. Tr. 170:17-20.

161.     Aurobindo supported their ANDA filings by providing ███████████████

████████████████████████████████. PTX-

330. To compare those dissolution data to the Dissolution Limitation, Prof. Thisted constructed a

predictive statistical model to relate the dissolution profiles as measured by USP I at 100 rpm to

the dissolution profiles as measured by USP II at 200 rpm in 900 ml of a phosphate buffer at pH

6.8. Tr. 393:3-15; PTX-329.

162.     Prof. Thisted analyzed the USP I data from three biobatches of Aurobindo's

ANDA Product using dissolution data acquired within 60 days from manufacture of the tablets.

Tr. 393:3-394:12. Prof. Thisted analyzed 36 tablets Aurobindo's ANDA Product: 12 tablets each

from biobatches █████████████████████. Tr. 393:7-22.

163.     The predicted dissolution rates for all 36 tablets of Aurobindo's ANDA Product

analyzed by Prof. Thisted meet the Dissolution Limitation. Tr. 393:3-394:12. At the 1.5 hour

timepoint, for biobatch No. ████████, Prof. Thisted obtained a mean predicted dissolution

value of ████████████████████. Tr. 393:7-22. For biobatch No.

████████, the mean predicted dissolution value is ████████████████████

████████. Tr. 393:7-22. For biobatch No. ████████, the mean predicted dissolution value

is ██████████████████████ Tr. 393:7-22. At the 7 hour timepoint,

███████. Tr. 393:23-394:7.

## VI.  Infringement by Sandoz

### A.  Comparative Dissolution of Sandoz's ANDA Products to Myrbetriq®

164. ████████████████████████████████████████

165. As part of its ANDA development process, Sandoz prepared biobatches of its ANDA Products. PTX-6006.00115-000118.

166. ████████████████████████████████

167. ████████████████████████████

168. ████████████████████████████

169. ████████████████████████████



170. ████████████████████████████████████

171. ████████████████████████████████████

172. ████████████████████████████████████

**B.     Sandoz's Biobatch Testing by Ms. Gray**

173.    During discovery, Sandoz produced unexpired biobatch tablets of its 25 mg Product of biobatch ██████████ ("Sandoz's 25 mg Tablets") and of its 50 mg Product of biobatch ██████████ ("Sandoz's 50 mg Tablets) (collectively, "Sandoz's Tablets"). SF 88, 89; Tr. 535:13-15.

174.    The expiration date of Sandoz's tablets for its 25 mg Product is ██████████ and that of Sandoz's tablets for its 50 mg Product is ██████ Tr. 148:5-11, 149:11-16; PTX-0251; PTX-0253.

███████████████████████████████████████████████████

175.     Ms. Gray had dissolution testing in accordance with the Dissolution Limitation conducted on Sandoz's 25 mg Tablets and Sandoz's 50 mg Tablets. Tr. 147:9-149:22, 535:7-536:22; PTX-0234.00060, -00064; PTX-0251; PTX-0252; PTX-0253; PTX-0254; FOF 100-105.

176.     Sandoz's Tablets were not expired when Ms. Gray conducted her dissolution testing. Tr. 148:5-11, 149:11-16, 535:7-15. The expiration date of Sandoz's 25 mg Tablets is ████████████, and the testing date was in December 2021. Tr. 148:5-11; PTX-0234.00013, PTX-0251; PTX-0252. The expiration date of Sandoz's 50 mg Tablets is ████████ and the testing date was in December 2021. Tr. 149:11-16; PTX-0234.00016, PTX-0253; PTX-025.

177.     Dissolution testing results at the 1.5 hour timepoint of six tablets of Sandoz's 25 mg Tablets (biobatch █████████) was reported by Ms. Gray to be 39% or less after 1.5 hours: 27%, 29%, 30%, 31%, 28%, and 28%. PTX-0234.00064. Dissolution testing results at the 7 hour timepoint of six tablets of Sandoz's 25 mg Tablets were all 91% and above, and therefore were all at least 75% after 7 hours. PTX-0234.00064. Ms. Gray concluded that all six tablets of Sandoz's 25 mg Tablets met the Dissolution Limitation at the time they were tested. Tr. 148:12-19, 535:24-536:14; PTX-0234.00064.

178.     Dissolution testing results at the 1.5 hour timepoint of six tablets of Sandoz's 50 mg Tablets (biobatch █████████ was reported by Ms. Gray to be 39% or less after 1.5 hours: 24%, 25%, 26%, 25%, 28%, and 25%. PTX-0234.00060. Dissolution testing results at the 7 hour timepoint of six tablets of Sandoz's 50 mg Tablets were all 89% and above, and therefore were all at least 75% after 7 hours. PTX-0234.00060. Ms. Gray concluded that all six tablets of Sandoz's 50 mg Tablets met the Dissolution Limitation at the time they were tested. Tr. 149:17-22, 536:15-25; PTX-0234.00060.

179.    There is no evidence that any tablets of Sandoz's ANDA Products behaved differently as compared to Myrbetriq® and/or other Defendants during dissolution testing using USP II at 200 rpm. FOF 105.

### C.    Sandoz's ANDA Products Meet The Dissolution Limitation

180.    As discussed in §§ VI.A above, Sandoz's ANDA Products meet the Dissolution Limitation of the '780 Patent.

## VII.    Infringement by Zydus

### A.    Comparative Dissolution of Zydus' ANDA Products to Myrbetriq®

181.    Zydus's ANDA Products contain PEO and PEG. SF 117-120. Zydus's ANDA Products are the same type of sustained release hydrogel-forming formulation as Myrbetriq®. Tr. 547:10-549:2, 561:20-562:8, 562:21-563:6.

182.    As part of its ANDA development process, Zydus prepared several biobatches of its ANDA Products. PTX-8030.00165, 183. For Zydus's 25 mg ANDA Product, Zydus prepared biobatch Nos. EGE365, EGE368, and EGE371. PTX-8030.00165. For Zydus's 50mg ANDA Product, Zydus prepared biobatch Nos. EGE366, EGE369, and EGE370. PTX-8030.00183.

183.    For each of its biobatches, Zydus performed comparative dissolution to Myrbetriq® using USP I at 100 rpm. Tr. 307:3-20, 308:8-21, 544:3-9, 545:9-20, 546:4-10, 554:7-21; PTX-8027.00079-81, -0085-0087; PTX-8030.00202, -00207. Zydus does not dispute that these biobatch samples were representative at the time they were tested for the ANDA.

184.    Based on the comparative testing, Zydus represented to the FDA that the drug release profiles of its ANDA Products, both 25 mg and 50 mg, are "comparable to the corresponding reference product – Myrbetriq® (mirabegron) extended release tablets in all four media (i.e. 0.1N HCl, pH 4.5 Acetate buffer, purified water and pH 6.8 Phosphate buffer)." Tr. 307:21-308:2, 975:24-977:10; PTX-8030.00202-203, 207-208. Zydus's corporate witness, Mr.

45

M. E. Kannan, testified that "there was no meaningful difference" between the dissolution profiles of Myrbetriq® and Zydus's ANDA Products. Tr. 308:3-7, 308:22-309:1, 555:17-556:4; PTX-8030.00202, -00207.

185.   Zydus's ANDA Products contain some of the same ingredients as Myrbetriq®. Tr. 561:20-562:8, 562:21-563:6; PTX-8029.00005-6; PTX-0045.00001; FOF 72-7676. Both contain PEO with a molecular weight of 2,000,000. PTX-8029.00005-006; PTX-0045.00001; FOF 7474, 75. Both products contain PEG. PTX-8029.00005-006; PTX-0045.00001; FOF 76.

186.   Zydus tuned the types and amounts of the ingredients in order to achieve a similar dissolution profile as Myrbetriq®. Tr. 554:22-555:6, 561:20-563:10, 976:7-978:8.

## B.   Ms. Gray's Testing of Zydus's Biobatches

187.   In connection with the Prior Myrbetriq® Litigation, Zydus provided tablets of biobatch No. EGE368 of Zydus's 25 mg ANDA Product ("Zydus's 25 mg Tablets"), and biobatch No. EGE366 of Zydus's 50 mg ANDA Product ("Zydus's 50 mg Tablets") (collectively, "Zydus's Tablets") to Astellas. SF 122, 128. Zydus's Tablets were produced on October 12, 2017 and expired on November 30, 2017. SF 122, 125, 128, 131. Pace received Zydus's Tablets for testing in December 2021. SF 127, 133.

188.   Zydus did not provide unexpired tablets of its ANDA Products for the current litigation. Tr. 541:22-542:1.

189.   Ms. Gray had dissolution testing in accordance with the Dissolution Limitation conducted on Zydus's Tablets. Tr. 149:23-152:1; 577:5-578:10; PTX-0259; PTX-0260; PTX-0261; PTX-0262; PTX-8038.00005; PTX-8039.00002; FOF 100-105.

190.   Zydus's tablets were expired when Ms. Gray conducted her dissolution testing. Tr. 151:17-152:1, 153:21-154:2. The expiration date of Zydus's 25 mg Tablets was November

30, 2017, and the testing date was in January 2022. SF 122, 125; Tr. 151:17-22; PTX-8038.00005; PTX-0234.00023. The expiration date of Zydus's 50 mg Tablets was November 30, 2017, and the testing date was in January 2022. SF 128, 131, Tr. 153:17-20; PTX-8039.00002; PTX-0234.00020. The Zydus Tablets were expired for over four years beyond their proposed 2-year shelf-life. Tr. 151:17-22, 153:17-20; PTX-8038.00005; PTX-8039.00002; PTX-0234.00020, 23; PTX-0259; PTX-0260.

    191.    Dissolution testing results at the 1.5 hour timepoint of six tablets of Zydus's 25 mg Tablets (biobatch No. EGE368) were reported by Ms. Gray to be: 38%, 41%, 42%, 38%, 38%, and 37%. PTX-0234.00072. Dissolution testing results at the 7 hour timepoint of six tablets of Zydus's 25 mg Tablets were all 90% and above, and therefore were all at least 75% after 7 hours. PTX-0234.00072. Ms. Gray concluded that four out of the six tablets of Zydus's 25 mg Tablets tested by Ms. Gray met the Dissolution Limitation at the time they were tested. Tr. 152:3-8, 577:19-578:2; PTX-0234.00072.

    192.    Dissolution testing results at the 1.5 hour timepoint of six tablets of Zydus's 50 mg Tablets (biobatch No. No. EGE366) were reported by Ms. Gray to be: 41%, 46%, 44%, 45%, 36%, and 37%. PTX-0234.00067. Dissolution testing results at the 7 hour timepoint of six tablets of Zydus's 50 mg Tablets were all 96% and above, and therefore were all at least 75% after 7 hours. PTX-0234.00067. Ms. Gray concluded that two out of the six tablets of Zydus's 50 mg Tablets tested by Ms. Gray met the Dissolution Limitation at the time they were tested. Tr. 154:3-7, 578:3-7; PTX-0234.00067.

    193.    The PEO in Zydus's ANDA Products degrades into a smaller molecular weight polymer over time. Tr. 576:5-577:4, 582:18-583:16, 956:6-23, 957:8-958:13, 1149:15-1150:7;

47

JTX-0006.00019. This degradation results in a predictable increase in dissolution rates of Zydus's ANDA Products. Tr. 576:5-577:4; *see also* FOF 107107.

194.     There is no evidence that any tablets of Zydus's ANDA Products behaved differently as compared to Myrbetriq® and/or other Defendants during dissolution testing using USP II at 200 rpm. Tr. 182:20-183:10, 188:13-19, 212:2-213:6, 213:14-25, 220:8-12; FOF 105.

### C.     Prof. Thisted's Analysis of Zydus's ANDA Dissolution Data

195.     Prof. Thisted analyzed the USP I (100 rpm) data from six biobatches of Zydus's ANDA Products using dissolution data acquired within 60 days from manufacture of the tablets. Tr. 368:17-25, 374:16-25, 556:5-10; PTX-8027.00079-81, 85-87; *see* FOF 135. Prof. Thisted analyzed 12 tablets from each biobatch of Zydus's ANDA Products, which is a total of 72 tablets from the six biobatches. Tr. 369:1-3, 374:16-25, 556:11-18. Using these data, Prof. Thisted predicted the dissolution rate of each tablet of Zydus's ANDA Products at 1.5 hours and 7 hours as measured using USP II at 200 rpm that were tested by Zydus shortly after manufacture. Tr. 368:17-370:13, 374:16-375:24. Prof Thisted also predicted the mean dissolution rate at these timepoints. Tr. 556:23-557:24; PTX-0335.00011-0013.

### 1.     Prof. Thisted's Analysis of Zydus's 25 mg Product Data

196.     The predicted USP II (200 rpm) dissolution rates for all 36 tablets of Zydus's 25 mg ANDA Product analyzed by Prof. Thisted meet the Dissolution Limitation. Tr. 373:4-18; PTX-0335.00011-0012. The mean predicted values for each biobatch of Zydus's 25 mg ANDA Product (biobatch Nos. EGE365, EGE368, and EGE371) also meet the Dissolution Limitation. Tr. 557:6-14; PTX-0335.00013.

197.     At the 1.5 hour timepoint, for biobatch No. EGE365, Prof. Thisted obtained a mean predicted USP II (200 rpm) dissolution value of 28.5% with a 95% confidence interval of

27.0-29.9%. Tr. 371:2-9, 372:16-18; PTX-0335.00013. For biobatch No. EGE368, the mean predicted dissolution value is 27.4% with a 95% confidence interval of 26.3-28.6%. Tr. 372:19-373:3; PTX-0335.00013. For biobatch No. EGE371, the mean predicted USP II (200 rpm) dissolution value is 26.5% with a 95% confidence interval of 25.6-27.4%. *Id.*

198.    At the 7 hour timepoint, all 36 tablets of Zydus's 25 mg ANDA Product analyzed by Prof. Thisted were predicted to have dissolved 100%. Tr. 373:13-18; PTX-0335.00012.

### 2.    Prof. Thisted's Analysis of Zydus's 50 mg Product Data

199.    The predicted USP II (200 rpm) dissolution rates for all 36 tablets of Zydus's 50 mg ANDA Product analyzed by Prof. Thisted were within the Dissolution Limitation. Tr. 376:14-377:7. The mean predicted values for each biobatch of Zydus's 50 mg ANDA Product (biobatch Nos. EGE366, EGE369, and EGE370) were also within the Dissolution Limitation. Tr. 375:24-376:13, 557:15-24; PTX-0335.00012-0013.

200.    At the 1.5 hour timepoint, for biobatch No. EGE366, Prof. Thisted obtained a mean predicted USP II (200 rpm) dissolution value of 23.4% with a 95% confidence interval of 22.8-24.0%. Tr. 375:24-376:13; PTX-0335.00013. For biobatch No. EGE369, the mean predicted dissolution value is 23.2% with a 95% confidence interval of 22.0-24.5%. *Id.*. For biobatch No. EGE370, the mean predicted dissolution value is 22.1% with a 95% confidence interval of 21.3%-23.0%. *Id.*.

201.    At the 7 hour timepoint, all 36 tablets of Zydus's 50 mg ANDA Product analyzed by Prof. Thisted were predicted to have dissolved 100%. Tr. 376:14-377:3; PTX-0335.00012.

### D.    Dissolution Testing of Other Defendants' ANDA Products

202.    Zydus did not provide unexpired tablets of its ANDA Products in this litigation. FOF 188. Other Defendants Apotex and Aurobindo did provide unexpired tablets. FOF 143, 157.

███████████████████████████████████

203.    Like Zydus, other Defendants Apotex and ████████████████

█████████████████████████████████ FOF 141, 155, 186. Like

Zydus's ANDA Product, other Defendants' ANDA Products are the same type of sustained

release hydrogel-forming formulation as Myrbetriq®, but have minor formulation differences as

compared to Myrbetriq®. FOF 139-140, 153-154, 181. Therefore, the fact that Apotex and

Aurobindo meet the Dissolution Limitation is further evidence of infringement by Zydus because

all three of these Defendants matched the dissolution of Myrbetriq® using the USP I at 100 rpm

apparatus. FOF 139-163.

**E.      Zydus's ANDA Products Meet the Dissolution Limitation**

204.    As discussed in §§ VII.A through VII.D above, Zydus's ANDA Products meet the

Dissolution Limitation of the '780 Patent.

**VIII.      Infringement by Lupin**

**A.      Comparative Dissolution of Lupin's ANDA Products to Myrbetriq®**

205.    Lupin's ANDA Products contain ████████. SF 146, 151-154. Lupin's

ANDA Products are the same type of sustained release hydrogel-forming formulation as

Myrbetriq®. Tr. 547:10-549:2, 564:1-19.

206.    As part of its ANDA development process, Lupin prepared several biobatches of

its ANDA Products. PTX.4001_01.03399-03400. For Lupin's 25 mg ANDA Product, Lupin

prepared biobatch Nos. M590788, M590789, and M590790. Tr. 567:23-24; PTX-4001_01.03399

(PTX-4001a.03399). For Lupin's 50mg ANDA Product, Lupin prepared biobatch Nos.

M590785, M590786, and M590787. PTX-4001_01.03400 (PTX-4001a.03400).

207.    For each of its biobatches, Lupin performed comparative dissolution to

Myrbetriq® tablets using USP I at 100 rpm. Tr. 253:11-17, 315:17-316:13, 543:25-544:2,

545:21-546:3, 564:20-565:4; PTX-4027.00037-00042; PTX-4008.00015, 00018; PTX-

50

████████████████████████████

4043.00015, 00018. Lupin does not dispute that these biobatch samples were representative at the time they were tested for the ANDA.

208.    Based on the comparative testing, Lupin represented to the FDA that the drug release profile of its ANDA Products are comparable (i.e., similar) to that of Myrbetriq®. Tr. 666:12-16, 669:1-7, 669:14-21, 977:21-978:1; PTX-4029.00429. Lupin's corporate witness, Mr. Makarand Avachat, testified that: "[t]he dissolution profile of [Lupin's] exhibit batches are similar to the Myrbetriq dissolution profile." Tr. 316:20-22.

209.    Lupin utilized the F2 similarity factor to compare the dissolution profiles of its ANDA Products to those of Myrbetriq®. Tr. 253:19-254:22, 678:23-679:2; PTX-4043.00013-018; PTX-4008.00013-018. Lupin reported values of between ███████████ for its 25mg ANDA Product and between █████████ for its 50mg ANDA Product. PTX-4043.00013-018; PTX-4008.00013-018. Accordingly, Lupin reported to the FDA that its 25 mg and 50 mg ANDA Products met the FDAs "sameness" of dissolution criteria to Myrbetriq® meaning that they had an overall dissolution profile with less than a 10% average difference overall. PTX-4043.00013-018; PTX-4008.00013-018.

210.    Lupin's ANDA Products contain some of the same ingredients as Myrbetriq®. Tr. 572:12-573:17, 573:22-574:8; PTX-4028.00006-007; PTX-0045.00001; FOF 72-76. Both contain ███. PTX-4028.00006-007; PTX-0045.00001; SF 146; FOF 74, 75. Both products contain ███. PTX-4028.00006-007; PTX-0045.00001; SF 151-154; FOF 76.

211.    Lupin tuned the types and amounts of the ingredients in order to achieve a similar dissolution profile as Myrbetriq® to meet the FDAs "sameness" criteria. Tr. 546:19-549:2, 564:1-19, 564:24-567:3, 571:1-572:11, 697:9-13.

**B.     Lupin's Biobatch Testing by Ms. Gray**

212.    Lupin provided tablets of biobatch No. M590803, from Parent Batch No. M590788, of Lupin's 25 mg ANDA Product ("Lupin's 25 mg Tablets"), and biobatch No. M590791, from Parent Batch No. M590785, of Lupin's 50 mg ANDA Product ("Lupin's 50 mg Tablets") (collectively, "Lupin's Tablets") to Astellas. SF 157, 161; PTX.4001_1.03399-03400 (PTX-4001a.03399-03400). Lupin's 25 mg Tablets were produced to Astellas in October 2017 and expired in November 2017. SF 157, 160. Pace received these tablets for testing in December 2021. Tr. 181:6-12. Lupin's 50 mg Tablets expired in November 2017 and were produced to Astellas in March 2022. SF 161, 164. Pace received these tablets for testing in April 2022. Tr. 181:17-22.

213.    Lupin did not provide unexpired tablets of its ANDA Products for the current litigation. Tr. 541:22-542:1.

214.    Ms. Gray had dissolution testing in accordance with the Dissolution Limitation conducted on Lupin's Tablets. Tr. 154:13-159:9; PTX-0243; PTX-0244; PTX-0245; PTX-0246; PTX-4001_01.03399-03400 (PTX-4001a.03399-03400); PTX-4001_01.03350 (PTX-4001b.03350); PTX-4001_01.03374 (PTX-4001c.03374); PTX-0234.00116, -00136; FOF 100-105.

215.    Lupin's Tablets were expired when Ms. Gray conducted her dissolution testing. Tr. 156:10-13, 159:1-4. The expiration date of Lupin's 25 mg Tablets was November 2017, and the testing date was in January, 2022. SF 160; Tr. 156:6-9; PTX-4001_01.03399 (PTx-4001a.03399); PTX-4001_01.03350 (PTX-4001b.03350); PTX-0234.00037. The expiration date of Lupin's 50 mg Tablets was November 2017, and the testing date was in May, 2022. SF 164; Tr. 158:14-17; PTX-4001_01.03400 (PTX-4001a.03400); PTX-4001_01.03374 (PTX-

███████████████████████████

4001c.03374); PTX-0234.00112. Lupin's Tablets were expired for over four years beyond their proposed 2-year shelf-life. SF 165; Tr. 156:6-13, 158:14-17, 159:1-4, 673:9-22; PTX-4001_01.03399-03400 (PTX-4001a.03399-03400); PTX-4001_01.03350 (PTX-4001b.03350); PTX-4001_01.03374 (PTX-4001c.03374); PTX-0234.00037, 00112.

216.    Dissolution testing results at the 1.5 hour timepoint of six tablets of Lupin's 25 mg Product (biobatch No. M590803, Parent Batch No. M590788) was reported by Ms. Gray to be: 46%, 42%, 47%, 42%, 48%, and 47%. PTX-0234.00136. Dissolution testing results at the 7 hour timepoint of six tablets of Lupin's 25 mg Samples were all 93% and above, and therefore were all at least 75% after 7 hours. PTX-0234.00136. Ms. Gray concluded that none of the six tablets of Lupin's 25 mg ANDA Product tested by Ms. Gray met the Dissolution Limitation at the time they were tested. Tr. 156:15-19, 581:8-18; PTX-0234.00136. Although all six tablets met the 7 hour timepoint of the Dissolution Limitation, their dissolution rate at the 1.5 hour timepoint ranged from 42-48%, greater than the "39% or less" limitation. Tr. 581:8-18; PTX-0234.00136.

217.    Dissolution testing results at the 1.5 hour timepoint of six tablets of Lupin's 50 mg Tablets (biobatch No. M590791, Parent Batch No. M590785) was reported by Ms. Gray to be: 31%, 34%, 33%, 34%, 33%, and 35%. PTX-0234.00116. Dissolution testing results at the 7 hour timepoint of six tablets of Lupin's 50 mg Tablets were all 90% and above, and therefore were all at least 75% after 7 hours. PTX-0234.00116. In sum, all six tablets of Lupin's 50 mg Tablets tested by Ms. Gray met the Dissolution Limitation at the time they were tested. Tr. 159:5-9, 580:10-15, 679:20-24; PTX-0234.00116.

218.    The ███ in Lupin's ANDA Products degrades over time into a smaller molecular weight polymer. Tr. 576:5-577:4, 582:18-583:16, 685:2-686:2, 1149:15-1150:7; JTX-

0006.00019. This degradation results in faster dissolution rates of Lupin's ANDA Products as they age. Tr. 576:5-577:4, 582:18-583:16, 685:2-686:2, 1149:15-1150:7. Lupin's ANDA Products have a two-year shelf-life from manufacture. SF 165. Lupin's ANDA Products will have a slower dissolution rate during their shelf-life period than four or more years past their shelf-life. Accordingly, Ms. Gray's dissolution results are consistent with Lupin's Tablets meeting the Dissolution Limitation, including 39% or less at 1.5 hours, during their shelf-life period.

219.    There is no evidence that any tablets of Lupin's ANDA Products behaved differently as compared to Myrbetriq® and/or other Defendants during dissolution testing using USP II at 200 rpm. Tr. 182:20-183:10, 188:13-19, 212:2-213:6, 213:14-25, 220:8-12; FOF 105.

### C.    Prof. Thisted's Analysis of Lupin's ANDA Dissolution Data

220.    Prof. Thisted analyzed the USP I (100 rpm) dissolution data from all six biobatches of Lupin's ANDA Products using dissolution data acquired within 60 days from manufacture of the tablets. Tr. 377:8-18, 382:13-20, 567:10-13; *see* FOF 135. Prof. Thisted analyzed 12 tablets from each biobatch of Lupin's ANDA Products, which is a total of 72 tablets from the six biobatches. Tr. 377:8-18, 382:13-20, 567:14-15; PTX-0332; PTX-4043.00013-00014, 00016-00017. Using these data, Prof. Thisted predicted the dissolution rate of each tablet of Lupin's ANDA Products at 1.5 hours and 7 hours as measured using USP II at 200 rpm that were tested by Lupin shortly after manufacture. Tr. 380:9-15, 383:8-18, 567:4-9. Prof Thisted also predicted the mean dissolution rate at these timepoints. Tr. 380:20-381:5, 381:11-20, 384:1-12, 384:17-24, 567:21-569:4; PTX-0331.00012-0013.

### 1. Prof. Thisted's Analysis of Lupin's 25 mg Product Data

221.    The predicted USP II (200 rpm) dissolution rates for all 36 tablets of Lupin's 25 mg ANDA Product analyzed by Prof. Thisted meet the Dissolution Limitation. Tr. 381:6-10, 381:21-25; PTX-0331.00012-00013. The mean predicted values for each biobatch of Lupin's 25 mg ANDA Product (biobatch Nos. M590788, M590789, and M590790) also meet the Dissolution Limitation. Tr. 380:20-381:5, 381:11-20, 570:1-5; PTX-0331.00012-00013.

222.    At the 1.5 hour timepoint, for biobatch No. M590788, Prof. Thisted obtained a mean predicted USP II (200 rpm) dissolution value of 33.0% with a 95% confidence interval of 30.2-35.9%. Tr. 380:20-381:5; PTX-0331.00012-00013. For biobatch No. M590789, the mean predicted dissolution value is 28.6% with a 95% confidence interval of 25.1-32.1%. Tr. 380:20-381:5; PTX-0331.00012-00013. For biobatch No. M590790, the mean predicted dissolution value is 33.1% with a 95% confidence interval of 30.9-35.4%. Tr. 380:20-381:5; PTX-0331.00012-00013.

223.    At the 7 hour timepoint, all 36 tablets of Lupin's 25 mg ANDA Product analyzed by Prof. Thisted had a mean predicted dissolution value of 98.8% with a smallest predicted value of 94.5%. Tr. 381:11-20; PTX-0331.00012-00013.

### 2. Prof. Thisted's Analysis of Lupin's 50 mg Product Data

224.    The predicted USP II (200 rpm) dissolution rates for all 36 tablets of Lupin's 50 mg ANDA Product analyzed by Prof. Thisted were within the Dissolution Limitation. Tr. 384:13-16, 384:25-385:3; PTX-0331.00012-00013. The mean predicted values for each biobatch of Lupin's 50 mg ANDA Product (biobatch Nos. M590785, M590786, and M590787) were also within the Dissolution Limitation. Tr. 384:1-12, 384:17-24, 570:1-5; PTX-0331.00012-00013.

████████████████████████████

225.    At the 1.5 hour timepoint, for biobatch No. M590785, Prof. Thisted obtained a mean predicted USP II (200 rpm) dissolution value of 23.3% with a 95% confidence interval of 21.3-25.2%. Tr. 384:1-12; PTX-0331.00012-00013. For biobatch No. M590786, the mean predicted dissolution value is 25.2% with a 95% confidence interval of 22.7-27.6%. Tr. 384:1-12; PTX-0331.00012-00013. For biobatch No. M590787, the mean predicted dissolution value is 23.5% with a 95% confidence interval of 21.7-25.3%. Tr. 384:1-12; PTX-0331.00012-00013.

226.    At the 7 hour timepoint, all 36 tablets of Lupin's 50 mg ANDA Product analyzed by Prof. Thisted had a mean predicted dissolution value of 99.8% with a smallest predicted value of 96.1%. Tr. 384:17-24; PTX-0331.00012-00013.

**D.     Dissolution Testing of Other Defendants' ANDA Products**

227.    Lupin did not provide unexpired tablets of its ANDA Products in this litigation. FOF 213. Other Defendants Apotex and Aurobindo did provide unexpired tablets. FOF 143, 157.

228.    Like Lupin, other Defendants Apotex and ███████████████████████ ████████████████████████████. FOF 141, 155, 211. Like Lupin's ANDA Product, other Defendants' ANDA Products are the same type of sustained release hydrogel-forming formulation as Myrbetriq®, but have minor formulation differences as compared to Myrbetriq®. FOF 139-140, 153-154, 205. Therefore, the fact that Apotex and Aurobindo met the Dissolution Limitation is further evidence of infringement by Lupin because all three of these Defendants matched the dissolution of Myrbetriq® using the USP I at 100 rpm apparatus. FOF 139-163.

**E.     Lupin's ANDA Products Meet the Dissolution Limitation**

229.    As discussed in §§ VIII.A through VIII.D above, Lupin's ANDA Products meet the Dissolution Limitation of the '780 Patent.

████████████████████████████████████

Dated: March 15, 2023

*Of Counsel*:

Simon D. Roberts
Jason A. Leonard
Nitya Anand
Vincent Li
Jayita Guhaniyogi
One Vanderbilt Avenue
New York, NY 10017-3852
(212) 547-5700

Stephen M. Hash
Alexander T. Piala
Kyle Sorenson
303 Colorado Street, Suite 2200
Austin, TX 78701
(512) 726-2600

Meng Xu
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565
(949) 851-0633

Connor Romm
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
(617) 535-4000

Rodney Swartz
650 Live Oak Avenue, Suite 300
Menlo Park, CA 94025-4885
(650) 815-7400

MCCARTER & ENGLISH, LLP
*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6331
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that true and correct copies of the foregoing documents were caused to be served on March 15, 2023 on the following counsel in the manner indicated:

### VIA EMAIL:

Dominick T. Gattuso
Elizabeth A. DeFelice
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
edefelice@hegh.law

William A. Rakoczy
Deanne M. Mazzochi
Rachel Pernic Waldron
Greg Goldblatt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
wrakoczy@rmmslegal.com
dmazzochi@rmmslegal.com
rpernicwaldron@rmmslegal.com
ggoldblatt@rmmslegal.com

*Attorneys for Defendant Sandoz Inc.*

### VIA EMAIL:

Dominick T. Gattuso
Elizabeth A. DeFelice
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
edefelice@hegh.law

ME1 44401847v.1

Brian Sodikoff
Martin S. Masar III, Ph.D.
Matthew M. Holub
Catherine O'Brien
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661
Tel: (312) 902-5200
brian.sodikoff@katten.com
martin.masar@katten.com
matthew.holub@katten.com
catherine.obrien@katten.com

*Attorneys for Defendants Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc.*

**<u>VIA EMAIL:</u>**

Pilar G. Kraman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Smitha B. Uthaman
LOCKE LORD LLP
111 SouthWacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
dabramowitz@lockelord.com
cblessing@lockelord.com
esavas@lockelord.com
smitha.uthaman@lockelord.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

ME1 44401847v.1

## VIA EMAIL:

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom St
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

William R. Zimmerman
Andrea Cheek
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington, D.C. 20006
(202) 640-6400
Bill.zimmerman@knobbe.com
Andrea.cheek@knobbe.com

Carol Pitzel Cruz
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Ste. 2500
Seattle, WA 98104
(206) 405-2000
Carol.pitzel.cruz@knobbe.com

*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

John M. Seaman
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
Fax: (302) 573-3501
seaman@abramsbayliss.com

Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
575 Madison  Avenue
New York, NY 10022-2585
(212) 940-8800
lance.soderstrom@katten.com

-3-

Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC 28202-4213
(704) 444-2000
joe.janusz@kattenlaw.com

Jillian M. Schurr
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
(312) 902-5200
jillian.schurr@katten.com

*Attorneys for Apotex Corp. and Apotex Inc.*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(302) 888- 6855
kdorsney@morrisjames.com
chitch@morrisjames.com

Dennies Varughese
Sasha S. Rao
STERNE, KESSLER, GOLDSTEIN & FOX
1100 New York Ave.,
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
srao@sternekessler.com

*Attorneys for Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc.,*
*and Aurolife Pharma LLC*

Dated: March 15, 2023                    */s/ Daniel M. Silver*
                                    Daniel M. Silver (#4758)

-4-

ME1 44401847v.1