# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC. et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 20-1589-JFB-CJB<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED, by the parties, subject to the Court's approval that the parties' deadline to submit a motion to redact the bench trial transcripts (D.I. Nos. 526-530) is extended to and including April 14, 2023 (from March 31, 2023).

Dated: March 30, 2023

| MCCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Pilar G. Kraman* |
| Daniel M. Silver (#4758) | Pilar G. Kraman (#5199) |
| Alexandra M. Joyce (#6423) | Rodney Square |
| Renaissance Centre | 1000 North King Street |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 571-6600 |
| (302) 984-6300 | pkraman@ycst.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited* |
| *Attorneys for Plaintiffs* | |

ME1 44449623v.1

| PHILLIPS, MCLAUGHLIN & HALL, P.A. | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 N. Broom St<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com<br><br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>300 Delaware Ave., Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Sandoz Inc. and Lek Pharmaceuticals d.d.* |

IT IS SO ORDERED, this_____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE