IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC. et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 20-1589-JFB-CJB ) ) |
| SANDOZ INC. et al., | ) ) ) |
| Defendants. | ) ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED, by the parties, subject to the Court's approval that the parties' deadline to submit a motion to redact the bench trial transcripts (D.I. Nos. 526-530) is extended to and including April 14, 2023 (from March 31, 2023).

IT IS SO ORDERED, this 31st day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE