# EXHIBIT 1

08:11:59

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTELLAS PHARMA, INC., et al.,    )
                                  ) VOLUME 2
            Plaintiffs,           )
                                  ) C.A. No. 20-1589(JFB)
    v.                            )
                                  )
SANDOZ, INC., et al.,             )
                                  )
            Defendants.           )


                    Tuesday, February 7, 2023
                    8:30 a.m.
                    Bench Trial

                    844 King Street
                    Wilmington, Delaware



BEFORE:   THE HONORABLE JOSEPH F. BATAILLON
          United States District Court Judge



APPEARANCES:


                McCARTER & ENGLISH, LLP
                BY:  DANIEL SILVER, ESQ.
                BY:  ALEXANDRA JOYCE, ESQ.

                -and-

                McDERMOTT WILL & EMERY, LLP
                BY:  SIMON ROBERTS, ESQ.
                BY:  JASON LEONARD, ESQ.
                BY:  STEPHEN HASH, ESQ.
                BY:  NITYA ANAND, ESQ.
                BY:  JAYITA GUHANIYOGI, ESQ.

                        Counsel for the Plaintiffs

1

APPEARANCES CONTINUED:

2

3

       PHILLIPS McLAUGHLIN & HALL, P.A.
4       BY:  JOHN PHILLIPS, ESQ.
       BY:  DAVID BILSON, ESQ.
5       BY:  MEGAN HANEY, ESQ.

6       -and-

7       KNOBBE MARTENS OLSON & BEAR, LLP
       BY:  CAROL PITZEL CRUZ, ESQ.
8       BY:  WILLIAM ZIMMERMAN, ESQ.
       BY:  ANDREA CHEEK, ESQ.

9

              Counsel for the Defendants
10             Lupin Limited and
             Lupin Pharmaceuticals

11

12

13

       HEYMAN ENERIO GATTUSO & HIRZEL, LLP
14       BY:  DOMINICK GATTUSO, ESQ.

15       -and-

16       RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
       BY:  WILLIAM RAKOCZY, ESQ.
17       BY:  RACHEL WALDRON, ESQ.
       BY:  KEVIN BURKE, ESQ.
18       BY:  STEVEN BIRKOS, ESQ.
       BY:  GREG GOLDBLATT, ESQ.

19

20              Counsel for the Defendants
             Sandoz, Inc., Lek Pharmaceuticals

21

22

23

24

25

```
1    APPEARANCES (Cont'd:)

2

3                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                     BY:  PILAR G. KRAMAN, ESQ.
4
                     -and-
5
                     LOCKE LORD LLP
6                    BY:  DAVID ABRAMOWITZ, ESQ.
                     BY:  CAROLYN BLESSING, ESQ.
7                    BY:  LEAH BRACKENSICK, ESQ.
                     BY:  MICHAEL GAERTNER, ESQ.
8                    BY:  EMILY SAVAS, ESQ.
                     BY:  JONATHAN TURPIN, ESQ.
9                    BY:  ALEXIS STEMBAUGH, ESQ.

10

11                           Counsel for the Defendants
                             Zydus Pharmaceuticals (USA) Inc., and
                             Zydus Lifesciences Limited
12

13

14                    - - - - - - - - - - - -

15
```

08:30:33  16

08:30:33  17          THE COURT:  Please be seated.

08:30:44  18          So who is our first witness today?

08:30:52  19          MR. HASH:  Good morning, Your Honor.  We have

08:30:54  20  two more witnesses by deposition.

08:30:57  21          THE COURT:  Okay.

08:30:57  22          MR. HASH:  And then the last three deposition

08:30:59  23  witnesses were for the third-party witnesses, and I think we

08:31:04  24  have agreement.

08:31:07  25          MR. ZIMMERMAN:  Yes, on the papers.  Obviously,

08:31:09 1    we still have our objections to the depositions.

08:31:12 2         MR. HASH:  Subject to the objection and the

08:31:17 3    continuing issue, we were going to submit the last three if

08:31:19 4    it's all right with Your Honor on the papers, counting the

08:31:22 5    time of course.

08:31:22 6         THE COURT:  And you have an objection?

08:31:24 7         MR. ZIMMERMAN:  There is an objection to the

08:31:25 8    third-party witnesses as the defendants not having proper

08:31:29 9    notice of those depositions at the time they were conducted

08:31:33 10   and we can --

08:31:35 11        THE COURT:  How do you mean you didn't have

08:31:36 12   proper notice of the depositions?

08:31:39 13        MR. TURPIN:  We were never served with notice of

08:31:43 14   the depositions.  These are 30(b)(6) depositions of parties

08:31:46 15   at the time of defendants who are now dismissed, and the

08:31:49 16   remaining defendants had no notice of the depositions, were

08:31:51 17   not able to attend the depositions, and did not have the

08:31:56 18   transcripts of the depositions until sometime in December.

08:32:00 19        MR. HASH:  We would disagree with that, Your

08:32:01 20   Honor.  The deposition notices were filed on the docket and

08:32:04 21   so defendants were clearly aware of it as each of the

08:32:08 22   deposition notice for the defendants --

08:32:10 23        THE COURT:  So, stop for a minute.  You were

08:32:12 24   deposing 30(b)(6) witnesses for other parties?

08:32:17 25        MR. HASH:  For existing parties.

08:32:18 1          THE COURT:  And you gave notice to all of the

08:32:20 2     parties that you were going to take these depositions?

08:32:22 3          MR. HASH:  Yes, Your Honor.

08:32:23 4          THE COURT:  But you didn't arrange it with

08:32:25 5     anybody, you just set the deposition?

08:32:26 6          MR. HASH:  They were invited and had the

08:32:28 7     opportunity to attend, and they chose not to.

08:32:31 8          MR. TURPIN:  That's simply not correct.  The

08:32:34 9     notices of service were filed on the docket, but notices of

08:32:36 10    deposition were not.  The notices of service do not include

08:32:38 11    the date of the deposition, the topics of the deposition or

08:32:41 12    the location of the deposition.  The notices of the

08:32:43 13    deposition were only served on the parties --

08:32:45 14          THE COURT:  So why did you do that?

08:32:48 15          MR. HASH:  We noticed up the depositions and

08:32:51 16    they were -- and have provided the notices to the defendants

08:32:54 17    and they were --

08:32:56 18          THE COURT:  So they're telling me that you

08:32:59 19    served notice that you were going to take 30(b)(6)

08:33:02 20    depositions, but you didn't tell them when and where you

08:33:02 21    were going to do it, is that correct?

08:33:06 22          MR. HASH:  The notices gave a date and then

08:33:10 23    subject to change.

08:33:11 24          THE COURT:  But it wasn't done on the date that

08:33:12 25    was said on the notice.

08:33:14 1          MR. HASH:  Not necessarily.

08:33:15 2          THE COURT:  That's just nonsense, you got to

08:33:18 3   give everybody a notice.  I never in my wildest dreams set a

08:33:23 4   deposition without letting the other party know where, when

08:33:26 5   and why I was going to do it.  Why would you do that?  Just

08:33:30 6   tell me why you would do that?  You couldn't arrange it

08:33:34 7   otherwise?

08:33:41 8          MR. HASH:  Because of the confidentiality issue

08:33:41 9   of the other parties --

08:33:41 10         THE COURT:  The confidentiality of the other

08:33:41 11  parties?  You sued them all.

08:33:42 12         MR. HASH:  It was the confidentiality issues

08:33:43 13  that the separate defendants had between themselves, we

08:33:47 14  weren't asserting --

08:33:49 15         THE COURT:  And none of those parties are in the

08:33:50 16  lawsuit right now.

08:33:51 17         MR. HASH:  Those parties are not in the lawsuit.

08:33:54 18         THE COURT:  You're not putting those depositions

08:33:56 19  on, I don't care what you say, the end.

08:34:00 20         Next, what's your next witness?

08:34:02 21         MR. HASH:  Our next witness, Your Honor, is

08:34:05 22  Mr. Kannan who is Zydus' witness.

08:34:08 23         THE COURT:  Are we doing depositions first or is

08:34:10 24  this a live testimony?

08:34:12 25         MR. HASH:  This is depositions.  It's about

08:34:14  1    twenty-eight minutes of deposition.

08:34:15  2                    THE COURT:  You may proceed.

08:34:16  3                    MR. HASH:  Thank you, Your Honor.

08:34:24  4                    (Videotape deposition of M.E. Kannan:)

08:34:24  5    Q.       Please state and spell your name.

08:34:27  6    A.       M. E. Kannan, K-A-N-N-A-N.

08:34:29  7    Q.       And who is your current employer?

08:34:32  8    A.       Zydus Cadila and Cadila Healthcare Limited.

08:34:38  9    Q.       What do you do at Zydus?

08:34:39 10    A.       I'm designated as senior vice-president.

08:34:42 11    Q.       Of?

08:34:42 12    A.       Of Pharmaceutical Technology Center.

08:34:45 13    Q.       Of Pharmaceutical Technology --

08:34:51 14    A.       Center.

08:34:51 15    Q.       And what does that mean?

08:34:53 16    A.       That's the R & D organization of Zydus.

08:34:57 17    Q.       What are your job responsibilities?

08:35:00 18    A.       Managing the entire R & D operations.

08:35:09 19    Q.       And what's entailed in the R & D operations at Zydus?

08:35:14 20    A.       That's formulation development.

08:35:17 21    Q.       Anything other than formulation development?

08:35:22 22    A.       This is supported by analytical development.

08:35:27 23    Q.       So formulation development and analytical

08:35:34 24    development?

08:35:34 25    A.       Yes, some of the other associated functions which --

08:35:37 1  which is necessary to develop the formulation, those

08:35:41 2  functions are also there.

08:35:43 3  Q.      And how were you involved -- well, were you involved

08:35:46 4  in the development of the mirabegron product?

08:35:49 5  A.      Yes.

08:35:50 6  Q.      And how were you involved?

08:35:52 7  A.      In guiding the formulation development.

08:35:55 8  Q.      And you said the -- you were involved in the generic

08:36:00 9  -- in Zydus' generic mirabegron product by guiding the

08:36:04 10 formulation development?

08:36:06 11 A.      Yes.

08:36:07 12 Q.      And so what -- what did that entail?

08:36:11 13 A.      Discussions with the team on the -- what's their plan

08:36:22 14 on how they were going to develop the formulation.

08:36:30 15 Q.      What ongoing responsibilities, if any, do you have

08:36:34 16 for Zydus' proposed ANDA product?

08:36:37 17 A.      Only regulatory communication.

08:36:40 18 Q.      What ongoing regulatory communications have you been

08:36:54 19 responsible for related to Zydus' proposed ANDA product?

08:36:57 20 A.      We have sought the final approval from the agency for

08:37:01 21 this ANDA.

08:37:02 22 Q.      Are there any other regulatory communications that

08:37:10 23 you have been responsible for related to Zydus' proposed

08:37:14 24 ANDA product?

08:37:15 25 A.      No.

08:37:19 1    Q.      I am electronically publishing to you, Kannan

08:37:24 2    deposition Exhibit 4, a document bearing Bates numbers

08:37:28 3    ZYDMYB0004628 through 889.  Please let me know when you have

08:37:39 4    that document in front of you?

08:37:41 5    A.      Yes, the document just got displayed and it's a

08:37:44 6    document of 262 pages.

08:37:48 7    Q.      Do you recognize this document?

08:37:51 8    A.      Yes.

08:37:53 9    Q.      What do you recognize Kannan deposition Exhibit 4, to

08:38:00 10   be?

08:38:00 11   A.      This is the product development report of this ANDA.

08:38:09 12   Q.      In addition to being the product development report,

08:38:12 13   is Kannan deposition Exhibit 4 also Section 3.2.P.2, of

08:38:20 14   Zydus' ANDA for its proposed ANDA product?

08:38:26 15   A.      Yes.

08:38:29 16   Q.      I am electronically publishing to you Kannan

08:38:33 17   deposition Exhibit 5, a document bearing Bates numbers

08:38:37 18   ZYDMYB0061394 to 401.  Please let me know when you have that

08:38:47 19   document in front of you.

08:38:49 20   A.      Yeah, it's displayed and it's a document of eight

08:38:54 21   pages.

08:38:56 22   Q.      Do you recognize this document?

08:38:56 23   A.      Yeah.  Yes.

08:39:02 24   Q.      What do you recognize this document to be?

08:39:12 25   A.      These are product regulatory data sheets from the

08:39:17 1    polymer manufacturer, Dow Chemical.

08:39:26 2              (Reporter clarification.)

08:39:26 3    A.      This is a product regulatory data sheet from the

08:39:30 4    polymer manufacturer Dow.

08:39:33 5    Q.      Is Kannan Deposition Exhibit 5, the type of document,

08:39:37 6    that as a formulator, you would rely on for the purposes of

08:39:41 7    identifying the molecular weight of a polymer like Poloxy

08:39:48 8    80?

08:39:49 9    A.      Not necessary.

08:39:54 10   Q.      Is a product regulatory sheet like Kannan Exhibit 51,

08:39:59 11   of the types of documents that a pharmaceutical formulator

08:40:02 12   would rely on to ascertain the average molecular weight of a

08:40:07 13   polymer described in that product regulatory data sheet?

08:40:11 14   A.      Yes, the product regulatory sheet is one of the

08:40:15 15   information what a formulator would look for.

08:40:21 16   Q.      You expect manufacturer product specification data

08:40:24 17   sheets to be accurate; correct?

08:40:27 18   A.      Yes.

08:40:28 19   Q.      Let's turn to page ZYDMYB0061396?

08:40:38 20   A.      Yeah, it's displayed.

08:40:40 21   Q.      Now, please read Footnote 1 to yourself, and let me

08:40:44 22   know when you're done.

08:40:45 23   A.      You said Footnote 1, right?

08:40:50 24   Q.      That's correct.

08:40:55 25   A.      Yeah, I read that.

08:40:57 1    Q.      According to Footnote 1, the molecular weight

08:41:00 2    described in the product guide table was determined

08:41:04 3    according to Rheology measurements, correct?

08:41:13 4    A.      Yes, I can interpret that sentence that way.

08:41:15 5    Q.      Is viscosity a flow property within the science of

08:41:20 6    rheology?

08:41:26 7    A.      Yes.

08:41:26 8    Q.      To the best of your knowledge, has Zydus ever

08:41:29 9    calculated the average molecular weight of the combination

08:41:33 10   of Polyox N60K and Polyox N80 in its proposed ANDA product?

08:41:44 11   A.      No.

08:41:44 12   Q.      To the best of your knowledge, has Zydus ever

08:41:48 13   performed any experimentation to determine the average

08:41:51 14   molecular weight of the combination of Polyox N60K and

08:41:56 15   Polyox N80 in its proposed ANDA product?

08:41:59 16   A.      No.

08:42:06 17   Q.      And I believe you testified in your first deposition

08:42:09 18   that Zydus selected excipients and concentrations for its

08:42:14 19   proposed ANDA product designed to produce a similar

08:42:19 20   dissolution profile to Myrbetriq, correct?

08:42:22 21   A.      Yes.

08:42:23 22   Q.      If you could turn to Exhibit 4 and go to page

08:42:35 23   ZYDMYB0004632, and please let me know when you're there.

08:42:54 24   A.      Exhibit 4, could you please let me know the page

08:42:58 25   number of that exhibit?

08:43:07 1    Q.      Sure.   If you could turn to Exhibit 4, PDF page 5,

08:43:14 2    which is page number ZYDMYB0004632, and let me know when

08:43:19 3    you're there.

08:43:20 4    A.      Yes.

08:43:21 5    Q.      Please read the second full paragraph to yourself and

08:43:25 6    let me know when you're done.

08:43:29 7    A.      Yes.

08:43:29 8    Q.      As part of Zydus' development program for its

08:43:38 9    proposed ANDA product, it created a quality target product

08:43:39 10   profile, or QTPP; correct?

08:43:43 11   A.      Yes.

08:43:45 12   Q.      Part of the QTPP that Zydus created when developing

08:43:55 13   its proposed ANDA product, is characterization of the

08:43:57 14   reference drug product, correct?

08:44:02 15   A.      Yes.

08:44:06 16   Q.      And just for clarity, in this case, the reference

08:44:19 17   drug product that is being referred to in the second

08:44:19 18   paragraph on page ZYDMYB0004632, is Myrbetriq, right?

08:44:24 19   A.      Yes.

08:44:27 20   Q.      Zydus designed its ANDA product to achieve all of the

08:44:33 21   attributes in the QTPP; correct?

08:44:38 22   A.      Yes.

08:44:41 23   Q.      Would you agree that one of the attributes that Zydus

08:44:44 24   focused on as part of the QTPP is the dissolution profile of

08:44:54 25   its proposed ANDA product?

08:45:02  1    A.     Yes.

08:45:04  2    Q.     Do you know what a dissolution profile is?

08:45:08  3    A.     Yes.

08:45:08  4    Q.     What is a dissolution profile?

08:45:10  5    A.     It is a rate at which the drug is dissolved, or the

08:45:14  6    drug is released from a drug product.

08:45:20  7    Q.     Is a drug release profile the same thing as a

08:45:29  8    dissolution profile?

08:45:30  9    A.     Yes.

08:45:35 10    Q.     During pharmaceutical development, Zydus focused on

08:45:39 11    certain critical quality attributes, or CQA's, that could be

08:45:46 12    impacted by a change in formulation or in the manufacturing

08:45:50 13    process, correct?

08:45:52 14    A.     Yes.

08:45:57 15    Q.     Is one of the CQA's that Zydus identified, the

08:46:05 16    proposed ANDA product's dissolution profile?

08:46:09 17    A.     Yes.

08:46:10 18    Q.     And so a drug's dissolution profile is one regulatory

08:46:15 19    consideration that might cause FDA to consider whether the

08:46:27 20    drug is approved, correct?

08:46:35 21    A.     Dissolution is one of the parameters which is a

08:46:39 22    requirement from the regulatory agency for a drug product.

08:46:42 23    Q.     You would agree, based on Zydus' development program,

08:46:46 24    that the dissolution profile of its proposed ANDA products

08:46:52 25    would affect whether it's proposed ANDA product is

08:46:56 1    bioequivalent to Myrbetriq, correct?

08:47:03 2    A.     Yes.

08:47:04 3    Q.     Now, let's turn back to Kannan deposition Exhibit 4,

08:47:08 4    specifically page ZYDMYB0004829.  Actually, I'd like to be

08:47:23 5    clear, that's page 202 of the PDF.

08:47:25 6    A.     Page 202 of the PDF, the reference number is

08:47:32 7    ZYDMYB0004829.

08:47:34 8    Q.     The method of dissolution testing that was used here

08:47:37 9    was the USP Type I basket method at 100 RPM's, correct?

08:47:43 10   A.     Yes.

08:47:46 11   Q.     Why did Zydus use the USP Type I testing at 100 RPM's

08:47:52 12   and not, for example, the USP II testing at 50 RPM's, as the

08:47:58 13   FDA guidance recommends?

08:48:02 14   A.     The FDA also provides guidance to generic applicant

08:48:10 15   to a database called the dissolution method recommendations.

08:48:12 16   So, in that FDA published dissolution method recommendation,

08:48:16 17   FDA has clearly mentioned that for this product, they

08:48:20 18   recommend USP Type I basket at 100 RPM, so there was very

08:48:27 19   clear recommendations from the agency for this product, so

08:48:31 20   hence, Zydus adopted this method.

08:48:35 21   Q.     In comparing Myrbetriq 25-milligram tablets against

08:48:39 22   the three batches of proposed ANDA product 25-milligram

08:48:44 23   tablets, Zydus concluded that the dissolution profiles were

08:48:50 24   comparable; correct?

08:48:51 25   A.     The dissolution profiles were?

08:48:56 1    Q.      Comparable.   Comparable.

08:48:57 2    A.      Okay.   Yes.

08:48:59 3    Q.      In other words, Zydus concluded that there was no

08:49:06 4    meaningful difference between the dissolution profile of

08:49:11 5    Myrbetriq 25-milligram tablets, and its proposed ANDA

08:49:16 6    product 25-milligram tablets, correct?

08:49:21 7    A.      Yes.

08:49:36 8    Q.      Now, let's turn to page ZYDMYB0004834, which is

08:49:44 9    page 207 of the PDF of Exhibit 4.   Please let me know when

08:49:55 10   you're there.

08:49:56 11   A.      Yes.

08:49:56 12   Q.      Page ZYDMYB0004834 of Kannan deposition Exhibit 4,

08:50:04 13   reflects the results of testing the reference product

08:50:09 14   Myrbetriq 50-milligram tablets against three batches of

08:50:17 15   proposed ANDA product 50-milligram tablets for dissolution,

08:50:24 16   correct?

08:50:32 17   A.      Yes.

08:50:32 18   Q.      And the testing and results reflected on page

08:50:40 19   ZYDMYB0004834 of Kannan deposition Exhibit 4, were

08:50:45 20   determined using USP Type I testing at 100 RPM's, correct?

08:50:55 21   A.      Yes.

08:50:55 22   Q.      Zydus concluded that there was no meaningful

08:51:03 23   difference between the dissolution profile of Myrbetriq

08:51:06 24   50-milligram tablets, and its proposed ANDA product

08:51:10 25   50-milligram tablets, correct?

08:51:14 1    A.        Yes.

08:51:18 2                    (End of video deposition.)

08:51:24 3                    MR. HASH:  Your Honor, based upon the Kannan

08:51:27 4    deposition and the exhibits that were in it, in that

08:51:31 5    deposition, plaintiffs move for the entry of PTX-8030.

08:51:37 6                    MR. ABRAMOWITZ:  No objection.

08:51:38 7                    THE COURT:  Just a second.  8030?

08:51:41 8                    MR. HASH:  Yes, Your Honor.

08:51:42 9                    THE COURT:  Received.

08:51:42 10                   (PTX Exhibit No. 8030 was admitted into

08:51:43 11   evidence.)

08:51:43 12                   MR. HASH:  And plaintiffs like to move for the

08:51:46 13   entry of PTX-8046.

08:51:49 14                   MR. ABRAMOWITZ:  No objection.

08:51:50 15                   THE COURT:  Received.

08:51:51 16                   (PTX Exhibit No. 8046 was admitted into

08:51:51 17   evidence.)

08:51:51 18                   MR. HASH:  The next deposition, Your Honor, will

08:51:54 19   be Lupin's 30(b)(6) witness, Mr. Avachat.  And my apologies,

08:52:00 20   Your Honor, the time deposition for the last deposition, the

08:52:02 21   Kannan deposition, 16:19 for plaintiffs, and 17 seconds for

08:52:12 22   defendant counter.

08:52:14 23                   THE COURT:  Thank you.

08:52:15 24                   (Videotape deposition Makarand Krishnakumar

08:52:15 25   Avachat:)

08:52:18 1   Q.      Can you please state your full name for the record?

08:52:20 2   A.      Makarand, M-A-K-A-R-A-N-D.   Krishnakumar.

08:52:27 3   K-R-I-S-H-N-A-K-U-M-A-R.   Avachat, A-V-A-C-H-A-T.

08:52:39 4   Q.      So who is your current employer?

08:52:43 5   A.      Lupin.   Lupin Limited.

08:52:47 6   Q.      Okay.   And how long have you worked at Lupin?

08:52:51 7   A.      More than twenty years.

08:52:55 8   Q.      And what is your current job title?

08:53:02 9   A.      Executive vice-president, Pharma R & D.

08:53:07 10  Q.      How long have you been in that role?

08:53:09 11  A.      For the last year plus.

08:53:13 12  Q.      So which department is -- are you a part of?

08:53:22 13  A.      This department is called as Pharma R & D, Pharma

08:53:30 14  research.

08:53:30 15  Q.      And what are your current job responsibilities?

08:53:34 16  A.      Okay.   I -- I said I -- I oversee the product

08:53:39 17  development activities for -- for various dosage forms,

08:53:44 18  including the analytical development activities.

08:53:48 19  Q.      So you worked on the -- did you work on the

08:53:52 20  mirabegron program at Lupin?

08:53:55 21  A.      Yes.

08:53:55 22  Q.      And what was your role in the mirabegron program?

08:54:02 23  A.      So the group under me was working on this activity.

08:54:02 24  So my -- what -- my role was not day-to-day supervising the

08:54:12 25  activity.   What my role was, associated in terms of review,

08:54:19 1    advice, formulating the strategy.  So that was -- that was

08:54:24 2    the predominant role which I was -- I was involved -- I was

08:54:30 3    associated with.

08:54:32 4    Q.    I have marked Lupin Exhibit 4, a document bearing

08:54:37 5    production number LMIROO074173 to 174.  And I'm going to

08:54:48 6    share the screen so Mr. Avachat, you -- you can take a look

08:54:55 7    at it.

08:54:59 8              Do you recognize Exhibit 4?

08:55:03 9    A.    Yes.

08:55:05 10   Q.    What is it?

08:55:07 11   A.    So this is the "draft guidance on mirabegron" from

08:55:14 12   U.S. FDA.

08:55:17 13   Q.    And Lupin relied on this -- on the draft guidance for

08:55:22 14   mirabegron when it developed its ANDA product; correct?

08:55:27 15   A.    Yes.

08:55:28 16   Q.    And what -- what did -- and Lupin followed this draft

08:55:33 17   guidance when it developed its ANDA product; correct?

08:55:37 18   A.    Yes.

08:55:38 19   Q.    And what aspects of the draft guidance did Lupin

08:55:45 20   follow?

08:55:45 21   A.    All aspects of the draft guidance were followed.

08:55:55 22   Q.    I'm going to mark as Lupin Exhibit 6, a document

08:55:59 23   bearing production numbers LMIROOO1332 to 1761.  Are you

08:56:11 24   able to recognize Exhibit 6?

08:56:13 25   A.    Yes, It's part of the ANDA module three with the

08:56:20 1      "Section 3.2.P "pertaining to "drug product," and the

08:56:26 2      subsection 3.2.P.2, pharmaceutical development.

08:56:33 3      Q.      If I can turn your attention to page 86 of 430.  And

08:56:36 4      for the record, that page ends in production number 1417.

08:56:48 5              Here, starting from this page, Lupin is

08:56:51 6      describing its prototype formulation trials for the

08:56:55 7      50-milligram strength; correct?

08:57:02 8      A.      Yes.

08:57:07 9      Q.      And if I scroll down to page 90 of 430 -- which, for

08:57:16 10     the record, has production number 1421.  On this page, Lupin

08:57:20 11     is describing the comparative in vitro dissolution studies

08:57:27 12     with Myrbetriq for one of the -- or for the first

08:57:31 13     formulation -- prototype for trial formulation; correct?

08:57:38 14     A.      Yes.

08:57:40 15     Q.      And on the following page, page 91 here, Lupin is

08:57:49 16     describing its observation with that prototype formulation;

08:57:55 17     correct?

08:57:59 18     A.      Yes.

08:58:01 19     Q.      And there it describes that on the second bullet:

08:58:05 20     "The drug release of the test product was found slightly

08:58:05 21     faster at initial time points compared to the reference

08:58:12 22     product RLD strength."

08:58:12 23             Do you see that?

08:58:12 24     A.      Yes.

08:58:12 25     Q.      And then in conclusion, Lupin concludes that this was

08:58:30 1   not further explored; correct?

08:58:35 2   A.     Yes.

08:58:36 3   Q.     So Lupin's goal was to find a prototype formulation

08:58:40 4   for which the dissolution profile would match that of

08:58:44 5   Myrbetriq; correct?

08:58:48 6   A.     I don't see that.  You don't have -- I mean, a

08:58:51 7   similar kind of -- you know, obviously you can't -- when you

08:58:58 8   say "match," it means it's identical.  Obviously, it's not

08:59:04 9   possible.  So -- so their objective was to have similar kind

08:59:08 10  of profile -- profile.

08:59:14 11  Q.     So continuing on through the next few pages from --

08:59:19 12  starting from page 92, Lupin is continuing to describe its

08:59:23 13  other prototype formulation trials for its 50-milligram

08:59:27 14  product; correct?

08:59:31 15  A.     Yes.

08:59:34 16  Q.     And that continues to page 134.  We are on page 134

08:59:51 17  that ends with production number 1465.  There, Lupin finds a

08:59:57 18  -- a prototype formulation for which the dis -- dissolution

09:00:02 19  profile matches that of Myrbetriq; correct?

09:00:07 20  A.     It is a similar profile.

09:00:10 21  Q.     And when you say similar, what do you mean by that?

09:00:13 22  A.     And they -- you know, there is some part has a

09:00:13 23  similarity factor which is -- you use a statistical tool.

09:00:25 24  And when you perform that analysis, you get to say that the

09:00:30 25  profiles are similar.  That similarity factor is about 50.

09:00:37 1   So -- so on that, that is what it means by similar

09:00:41 2   dissolution is required.

09:00:45 3   Q.      And so Lupin conducted -- is that -- when you say

09:00:51 4   similarity factor, is that also called the F2 similarity

09:00:54 5   factor?

09:00:55 6   A.      Yes.

09:00:56 7   Q.      I'm going to mark as Lupin Exhibit 8 --

09:01:00 8               MR. ZIMMERMAN:  Your Honor, if I could interject

09:01:02 9   for one moment, the closed captioning that just came up does

09:01:10 10  not match the witness' testimony, so I don't know if they

09:01:13 11  intend to admit that, but that's not -- what appeared on the

09:01:15 12  screen is not what the witness actually said.  So it said

09:01:21 13  you would need a similar dissolution profile, if we could

09:01:25 14  scroll back.

09:01:26 15              THE COURT:  Well, so --

09:01:28 16              MR. ZIMMERMAN:  So I don't know if they're going

09:01:30 17  to try to admit the transcript, but what they're reading is

09:01:34 18  not what the witness actually said.

09:01:37 19              THE COURT:  I'll make note of that and my court

09:01:40 20  reporter, Mr. Hawkins, will make note of that, and whatever

09:01:42 21  the witness said will be what the official trial transcript

09:01:42 22  will be.

09:01:42 23              MR. ZIMMERMAN:  Thank you, Your Honor.  We

09:01:42 24  appreciate that.

09:01:50 25              THE COURT:  I have more faith in Mr. Hawkins

09:01:52 1    than I do in the court reporter taking this deposition.

09:01:58 2                    You may continue.

09:01:58 3                    (Videotape continued:)

09:02:01 4    Q.      I'm going to mark as Lupin Exhibit 8, a document

09:02:05 5    bearing production numbers LMIROO31190 to 31240.  And do you

09:02:15 6    recognize Exhibit 8?

09:02:17 7    A.      Yes, this is the module 5 of the ANDA, which is

09:02:26 8    talking about clinical study report, with the subsection of

09:02:33 9    reports of biopharmaceutics studies and the subsection of

09:02:39 10   5.31.3, in vitro, *in vivo* correlation study report.

09:02:46 11   Q.      And you -- and this was submitted in the ANDA;

09:02:50 12   correct?

09:02:51 13   A.      Yes.

09:02:52 14   Q.      And are you aware of any inaccuracies on this

09:03:01 15   document?

09:03:02 16   A.      No.

09:03:03 17   Q.      And here in -- starting from Section 1 that is on the

09:03:07 18   page that ends in production number 1197, that Section 1

09:03:13 19   describes the comparative dissolution profile, with

09:03:17 20   Myrbetriq; correct?

09:03:21 21   A.      Yeah.

09:03:25 22   Q.      And then there is a Table 2 on this page.  That table

09:03:32 23   describes again, the dissolution media and parameters that

09:03:39 24   were used for the dissolution comparative testing; is that

09:03:45 25   right?

09:03:45 1    A.      Yes.

09:03:46 2    Q.      And that, again, is the OGD recommended dissolution

09:03:51 3    conditions and -- and parameters; correct?

09:03:56 4    A.      Yes.

09:03:57 5    Q.      And then starting here on page that ends with Bates

09:04:03 6    number 1199, Section 2, this page provides a Table 3, and

09:04:14 7    that describes the exhibit batches and the RLD -- the

09:04:21 8    Myrbetriq batches that were used in this comparative

09:04:24 9    dissolution testing; correct?

09:04:28 10   A.      Yes.

09:04:29 11   Q.      So this comparative testing was conducted with

09:04:34 12   Myrbetriq at the pH 6.8 buffer condition; correct?

09:04:44 13   A.      Yes.

09:04:45 14   Q.      Here -- and then on the page 12 -- that ends with

09:04:52 15   production number 1204, that provides a figure that's for

09:04:58 16   the graphical representation of the comparative dissolution

09:05:01 17   profile of the 25-milligram exhibit batches with the

09:05:06 18   Myrbetriq 25-milligram; correct?

09:05:10 19   A.      Yes.

09:05:11 20   Q.      The dissolution profile of the exhibit batches are

09:05:14 21   similar to the Myrbetriq dissolution profile; correct?

09:05:20 22   A.      Correct.

09:05:26 23           (End of videotape deposition. )

09:05:31 24           MR. HASH:  Your Honor, based on Mr. Avachat's

09:05:34 25   testimony, plaintiffs move for the entry of PTX-4004.

09:05:41 1              MR. ZIMMERMAN:  No objection, Your Honor.

09:05:43 2              THE COURT:  Received.

09:05:44 3              MR. HASH:  Based upon Mr. Avachat's testimony,

09:05:47 4    plaintiffs move for the entry of PTX-4008.

09:05:53 5              MR. ZIMMERMAN:  No objection.

09:05:53 6              THE COURT:  Received.

09:05:54 7              MR. HASH:  Based on Mr. Avachat's testimony,

09:05:58 8    plaintiffs move for the entry of PTX-4029.

09:06:04 9              MR. ZIMMERMAN:  No objection.

09:06:04 10             THE COURT:  Received.

09:06:12 11             MR. HASH:  Thank you, Your Honor.

09:06:12 12             THE COURT:  The time allocations?

09:06:12 13             MR. HASH:  Time allocation, Your Honor, is 1204

09:06:12 14    for plaintiffs, and nothing for defendants.

09:06:13 15             THE COURT:  You may proceed.

09:06:15 16             MR. HASH:  Your Honor, Astellas would like to

09:06:17 17    call Dr. Thisted.

09:06:43 18             RONALD A. THISTED, having be duly sworn, was

09:06:48 19    examined and testified as follows:

09:07:00 20             MR. LEONARD:  May I approach, Your Honor?

09:07:00 21             THE COURT:  Yes, you may.

09:08:00 22             MR. ABRAMOWITZ:  Your Honor, before we proceed

09:08:00 23    with Dr. Thisted, defense has an evidentiary objection with

09:08:11 24    respect to some of the exhibits that they wish to move in.

09:08:11 25             THE COURT:  All right.  And you object to some

09:08:18 1   exhibits?

09:08:19 2                    MR. ABRAMOWITZ:  Yes.

09:08:19 3                    THE COURT:  And which exhibits do you object to?

09:08:22 4                    MR. ABRAMOWITZ:  So we object to Exhibits 321,

09:08:25 5   326, 329, these are all PTX's, 331, 333, 335, 337, 339, and

09:08:39 6   340.  And they all represent computer outputs from

09:08:44 7   Dr. Thisted's statistical modeling, and not the actual data.

09:08:49 8   Essentially, it's the opinions in number form.  And as such,

09:08:54 9   we object to them as hearsay.  They certainly can be read

09:08:58 10  into the record by Dr. Thisted, or played on the screen, but

09:09:01 11  we don't believe that the hearsay should be entered into the

09:09:04 12  record.

09:09:04 13                   THE COURT:  Because they're hearsay?

09:09:06 14                   MR. ABRAMOWITZ:  Yes.

09:09:06 15                   THE COURT:  But the witness will adopt them,

09:09:08 16  correct?

09:09:09 17                   MR. ABRAMOWITZ:  Yes, the witness can adopt

09:09:11 18  them, just not the actual exhibit being entered as an

09:09:15 19  exhibit.

09:09:15 20                   THE COURT:  All right.

09:09:15 21                   MR. LEONARD:  Good morning, Your Honor, Jason

09:09:18 22  Leonard from McDermott.  Would you like me to address that?

09:09:21 23                   THE COURT:  No, I'm going to admit them and take

09:09:24 24  them for whatever they're worth.

09:09:25 25                   You may proceed.

Thisted - direct

09:09:27 1                    MR. LEONARD:  Thank you, Your Honor.

09:09:30 2                    May I proceed with the witness?

09:09:32 3                    THE COURT:  Yes, you may.

09:09:33 4                    MR. LEONARD:  Has the witness been sworn?

09:09:37 5                    COURT CLERK:  Yes.

09:09:38 6                         DIRECT EXAMINATION

09:09:38 7    BY MR LEONARD:

09:09:39 8    Q.      Good morning, Dr. Thisted.

09:09:39 9    A.      Good morning.

09:09:40 10   Q.      What is your current profession?

09:09:43 11   A.      I'm currently Professor Emeritus in the departments

09:09:46 12   of statistics, public health science and anesthesia and

09:09:51 13   critical care at the University of Chicago.

09:09:54 14   Q.      How long have you been a professor?

09:09:55 15   A.      I have been at the University of Chicago since 1976.

09:10:00 16   Q.      What is your current job title?

09:10:04 17   A.      Professor Emeritus.  I'm retired from full-time

09:10:11 18   service at the University.

09:10:11 19   Q.      And when did you become Professor Emeritus?

09:10:12 20   A.      In 2018.

09:10:12 21   Q.      What academic degrees do you hold?

09:10:12 22   A.      I have an undergraduate degree in mathematics and

09:10:21 23   philosophy from Pomona College, and a masters degree and

09:10:22 24   Ph.D. in statistics from Stanford University.

09:10:28 25   Q.      How many years of experience do you have in the field

Thisted - direct

09:10:30  1    of statistics?

09:10:31  2    A.      Over fifty years.

09:10:35  3    Q.      And can you briefly highlight some of the positions

09:10:37  4    you have held at the University of Chicago?

09:10:39  5    A.      Yes, I started as an assistant professor on the

09:10:42  6    faculty in 1976.  I rose through the ranks to tenured full

09:10:48  7    professor in the departments that I've mentioned.  I was on

09:10:53  8    the institutional review board for the university, that is

09:10:57  9    the ethics panel reviewing human subjects research at the

09:11:02 10    University of Chicago for -- in two stints combined about

09:11:08 11    thirteen years.  I co-chaired the clinical research training

09:11:11 12    program, which is a training program for physicians in

09:11:14 13    clinical research for fourteen years, and I chaired the

09:11:23 14    Department of Public Health Sciences, again from 1999 to

09:11:25 15    2013, so for fourteen years.  And for the last four years,

09:11:30 16    at the university, I served as the university's vice provost

09:11:36 17    for academic affairs.

09:11:37 18    Q.      As a professor, did you teach any courses?

09:11:41 19    A.      I taught many courses, ranging from undergraduate

09:11:45 20    statistical methods course through graduate courses on

09:11:49 21    specific topics such as statistical modeling.  I also taught

09:11:54 22    medical students, and in the clinical research training

09:11:58 23    program, there is a special masters program for clinical

09:12:02 24    professionals including junior faculty and clinical

09:12:02 25    departments.

Thisted - direct

Q.      Have you received any awards for your teaching?

A.      Yes.  At the University of Chicago, I received the Cottrell Award for Excellence in Undergraduate Teaching.

Q.      Are you a member of a professional societies?

A.      I am.  The American Statistical Association.  The Institute for Mathematical Statistics.  The International Biometric Society.  The Royal Statistical Society in England.  And also a member of the Association for Computing Machinery, which is focused on computation.  And The Society for Industrial and Applied Mathematics.

Q.      Have you authored any publications?

A.      Yes, I have.  I have published well over 100 articles in peer reviewed journals, both from the statistics literature and in the medical literature.

Q.      Have you consulted for pharmaceutical companies as an expert in statistics?

A.      I have.  Since the late 1970's I have consulted with pharmaceutical firms in the process of their drug development programs including designing, implementing, analyzing, and reporting on phase one, phase two, and phase three clinical trials, and I have participated in making reports and presentations to, and in consultation, with the U.S. Food and Drug Administration with those pharmaceutical companies.

Q.      Now, prior to this case, did you have any experience

Thisted - direct

09:13:44 1    analyzing dissolution data?

09:13:46 2    A.      Yes, I have.

09:13:48 3    Q.      If you could turn in your binder to PTX-319.

09:14:00 4    A.      Yes, I'm there.

09:14:01 5    Q.      What is PTX-319?

09:14:04 6    A.      319 is my curriculum vitae.

09:14:07 7    Q.      And does PTX-319 accurately describe your background

09:14:11 8    and experience in statistics?

09:14:19 9    A.      It describes my background and experience on the

09:14:19 10   academic side, yes.

09:14:20 11            MR. LEONARD:  At this time, Your Honor,

09:14:21 12   plaintiffs move to admit into evidence PTX-319.

09:14:25 13            MR. ZIMMERMAN:  No objection, Your Honor.

09:14:26 14            THE COURT:  Received.

09:14:26 15            (PTX Exhibit No. 319 was admitted into

09:14:27 16   evidence.)

09:14:27 17            MR. LEONARD:  Your Honor, at this time, we move

09:14:29 18   to qualify Professor Thisted as an expert in statistical

09:14:33 19   modeling and analysis.

09:14:34 20            THE COURT:  Any objection?

09:14:35 21            MR. ZIMMERMAN:  No objection, Your Honor.

09:14:37 22            THE COURT:  Accepted.

09:14:38 23            MR. LEONARD:  Thank you.

09:14:39 24   BY MR. LEONARD:

09:14:39 25   Q.      I now would like to turn to your opinions in this

Thisted - direct

09:14:41 1    case.  Have you prepared a set of demonstratives to help the

09:14:44 2    Court understand your opinions?

09:14:45 3    A.      I have.

09:14:46 4    Q.      If could go to the first slide.  In forming your

09:14:50 5    opinions in this case, have you considered the '780 patent?

09:14:53 6    A.      Yes.

09:14:55 7    Q.      And why don't we now turn to the claims.  If could go

09:14:59 8    to the next slide.  What claim terms are you going to

09:15:02 9    provide testimony on here today?

09:15:04 10   A.      I will be providing testimony concerning the

09:15:07 11   dissolution limitation in the '780 patent.

09:15:10 12   Q.      And this is the dissolution limitation we see on the

09:15:14 13   slide?

09:15:14 14   A.      Yes, it is.

09:15:15 15   Q.      If we go to the next slide and just to orient us,

09:15:18 16   what do we see here on the top left?

09:15:21 17   A.      On the top left, is a reproduction of the dissolution

09:15:24 18   limitation.

09:15:24 19   Q.      If we look at the plot on the right, what plot are we

09:15:27 20   looking at here?

09:15:28 21   A.      The graph shown here, is a schematic graph of a

09:15:30 22   dissolution profile.

09:15:35 23   Q.      And just to orient us, what's on the X-axis?

09:15:38 24   A.      In the horizontal direction, we have time in hours

09:15:42 25   from beginning of the dissolution study.

Thisted - direct

09:15:50 1    Q.      And what do we see on the Y-axis, or the vertical

09:15:50 2    axis?

09:15:50 3    A.      On the vertical axis, we see the percent of

09:15:54 4    mirabegron that has dissolved by any particular point in

09:15:58 5    time.  In this case, as measured by the USP II paddle

09:16:04 6    method.

09:16:04 7    Q.      And finally, what is that dashed line represent in

09:16:07 8    the plot?

09:16:08 9    A.      The dashed line shows the evolution of the

09:16:12 10   dissolution, the amount of mirabegron that's gone into

09:16:16 11   solution overtime, so at any given point in time, the height

09:16:22 12   of the dashed line represents the percentage of mirabegron

09:16:28 13   that has gone into solution.

09:16:30 14   Q.      If we could advance the slide.  So turning back to

09:16:33 15   the claim, what is your understanding of the term 39 percent

09:16:36 16   or less, after 1.5 hours?

09:16:39 17   A.      My understanding is that when the dissolution process

09:16:45 18   reaches the 1.5 hour point, less than or equal to 39 percent

09:16:50 19   of the mirabegron product will have gone into solution.

09:16:54 20   What that translates to, is the dashed line being below the

09:17:00 21   39 percent level at one-and-a-half hours.

09:17:02 22   Q.      If we could advance the slide.

09:17:02 23          Now, what's your understanding of the term less

09:17:02 24   than 75 percent at seven hours in the claim?

09:17:12 25   A.      At least 75 percent.

Thisted - direct

09:17:14 1    Q.      I'm sorry, let me ask that again.  What's your

09:17:16 2    understanding of the term, at least 75 percent, after seven

09:17:19 3    hours?

09:17:19 4    A.      My understanding is similarly when the seven-hour

09:17:23 5    point is reached, the amount that's gone into solution by

09:17:27 6    that time, must equal or exceed 75 percent, which is to say

09:17:32 7    the dashed line at seven hours, must be above the 75 percent

09:17:39 8    level.

09:17:40 9    Q.      So I would now like to talk about the specific

09:17:43 10   dissolution test method referenced in the claim.  If we

09:17:45 11   could go to the next slide.

09:17:47 12           So what does the dissolution limitation specify

09:17:50 13   for the particular dissolution apparatus to be used?

09:17:54 14   A.      It specifies that the apparatus -- well, that the

09:17:58 15   measurement be taken in accordance with United States

09:18:02 16   Pharmacopeia, using 900 milliliters of a USP buffer medium

09:18:09 17   having a pH of 6.8.  That the mixing or stirring is done

09:18:20 18   using a paddle, that is rotating at a speed of 200 RPM.

09:18:27 19   Q.      Thank you, professor.  I now would like to turn to

09:18:30 20   the defendants in the case.  If you could go to the next

09:18:33 21   slide.

09:18:33 22           Which defendants' ANDA products will you be

09:18:36 23   providing testimony on here today?

09:18:37 24   A.      I'll be testifying regarding the ANDA products of

09:18:40 25   Zydus and Lupin.

Thisted - direct

09:18:41 1    Q.      If could go to the next slide.  Professor, what type

09:18:45 2    of data were you asked to preview from Zydus and Lupin?

09:18:49 3    A.      I was asked to review data from Zydus and Lupin that

09:18:55 4    provide their measurements on their products, as well as,

09:18:59 5    Myrbetriq using the USP Type I basket method for

09:19:04 6    measurement.

09:19:05 7    Q.      And where did this dissolution data come from?

09:19:08 8    A.      All of the dissolution data I'll be talking about for

09:19:11 9    Lupin and Zydus, come from their ANDA submissions to the

09:19:15 10   FDA.

09:19:15 11   Q.      And the slide we're looking at is for Lupin.  Did you

09:19:19 12   consider similar dissolution data from Zydus?

09:19:22 13   A.      Yes, I did.

09:19:23 14   Q.      As part of their ANDA submission, did Lupin and Zydus

09:19:28 15   look at the dissolution of Astellas's Myrbetriq product?

09:19:31 16   A.      They did.

09:19:32 17   Q.      Have you reviewed that data?

09:19:33 18   A.      Yes, I have.

09:19:34 19   Q.      Why don't we take a look at what that looks like.  If

09:19:38 20   we can go to the next slide.  What type of data is plotted

09:19:41 21   here?

09:19:42 22   A.      So in this graph, what's plotted, is Lupin's

09:19:47 23   dissolution profile results for comparing Myrbetriq

09:19:52 24   highlighted in yellow, and shown by the dark square points,

09:19:52 25   to three batches of Lupin's 25-milligram proposed ANDA

Thisted - direct

09:20:06 1    product, so there are three dissolution profiles plotted for

09:20:14 2    the three batches of Lupin's product.

09:20:15 3             We see among other things that the -- that all

09:20:23 4    four dissolution profiles closely match.

09:20:27 5    Q.    Where did this data come from?

09:20:28 6    A.    Once again, this comes from Lupin's submission to the

09:20:34 7    FDA in their ANDA.

09:20:35 8    Q.    And which exhibit contains the Lupin data we're

09:20:38 9    looking at here?

09:20:38 10   A.    The data here we're looking at here is in PTX-4043.

09:20:45 11            MR. LEONARD:  Your Honor, at this time, we move

09:20:47 12   to admit PTX-4043 into evidence and provisionally sealed

09:20:52 13   because it's the defendants' confidential information.

09:20:56 14            MR. ZIMMERMAN:  No objection, Your Honor.

09:20:57 15            THE COURT:  Received.

09:20:57 16            (PTX Exhibit No. 4043 was admitted into

09:20:58 17   evidence.)

09:20:58 18   BY MR. LEONARD:

09:20:59 19   Q.    Professor Thisted, what's the purpose of this plot?

09:21:01 20   A.    The purpose of this plot is to demonstrate similarity

09:21:04 21   of the ANDA test products of Lupin's to the reference

09:21:11 22   product, Myrbetriq.

09:21:11 23   Q.    And just to confirm, this is a comparison against

09:21:12 24   Astellas' Myrbetriq product?

09:21:17 25   A.    This is a comparison against Astellas' Myrbetriq

328

Thisted - direct

product.

Q.    Again, here we're looking at some Lupin comparison data.  Did you also look at similar Zydus data?

A.    Yes, I did.

Q.    So if you could turn in your binder to PTX-8027.  And specifically page 61.  And I think I just put that up on the screen for you.

A.    Yes.

Q.    And did you consider this comparison that we see here in PTX-8027?

A.    Yes, I did consider this.

Q.    Can you just explain to us what this comparison is?

A.    This is an analogous graph showing the similarity of the dissolution profiles for Zydus' 25-milligram product, a particular lot of that product, in comparison to Astellas' Myrbetriq products dissolution profile.

          MR. LEONARD:  Your Honor, at this time, plaintiffs move to admit into evidence PTX-8027, again provisionally sealed.

          MR. ABRAMOWITZ:  No objection, Your Honor.

          THE COURT:  Received.

          (PTX Exhibit No. 8027 was admitted into evidence.)

BY MR. LEONARD:

Q.    Professor Thisted, did you consider these comparative

329

Thisted - direct

09:22:39 1    dissolution plots from the defendants when considering a

09:22:42 2    statistical model in this case?

09:22:44 3    A.      Yes, I did.

09:22:48 4    Q.      Now, Professor Thisted, were you in the courtroom

09:22:52 5    when Dr. Weisman testified yesterday?

09:22:54 6    A.      Yes I was.

09:22:55 7    Q.      Did you hear his testimony concerning FDA mirabegron

09:22:58 8    guidance to ANDA filers?

09:23:00 9    A.      Yes, I heard that.

09:23:01 10   Q.      If could go to the next slide.

09:23:08 11           Professor Thisted, which exhibit is this FDA

09:23:12 12   mirabegron guidance?

09:23:12 13   A.      This is JTX-20.

09:23:14 14   Q.      In forming your opinions in this case, did you

09:23:17 15   consider this guidance?

09:23:18 16   A.      Yes, I did.

09:23:19 17   Q.      And why don't we just take a look at the guidance.

09:23:22 18   What did FDA recommend for dissolution testing for

09:23:25 19   mirabegron?

09:23:26 20   A.      They recommended to conduct comparative dissolution

09:23:29 21   testing on 12 dosage units each of test and reference

09:23:33 22   products.  Generated using USP apparatus I at 100 RPM and/or

09:23:40 23   apparatus II at 50 RPM.

09:23:42 24   Q.      And in the guidance, do you see where it says

09:23:45 25   dissolution methods database?

Thisted - direct

09:23:50 1    A.      Yes, up at the top.

09:23:52 2    Q.      Did you look at that dissolution methods database

09:23:55 3    entry for the mirabegron tablets?

09:23:57 4    A.      Yes, I did.

09:23:58 5    Q.      If could go to the next slide.  So professor, is this

09:24:03 6    the FDA database method you reviewed for mirabegron tablets?

09:24:08 7    A.      Yes, it is.

09:24:08 8    Q.      What exhibit contains this FDA database method?

09:24:12 9    A.      This is PTX-195.

09:24:14 10   Q.      And did you consider PTX-195 in forming your opinions

09:24:18 11   in the case?

09:24:19 12   A.      Yes.

09:24:20 13   Q.      Professor, what dissolution method for mirabegron

09:24:29 14   tablets is included in the FDA database?

09:24:29 15   A.      Would you repeat the question, please?

09:24:29 16   Q.      Certainly.  What dissolution method for mirabegron

09:24:31 17   tablets is included in the FDA database?

09:24:34 18   A.      The database recommends for mirabegron extended

09:24:40 19   release tablets measurement using USP apparatus I, basket

09:24:42 20   method with a rotation speed of 100 RPM, and 900 milliliters

09:24:52 21   of a phosphate buffer at pH 6.8 at several recommended

09:24:52 22   sampling times.

09:25:02 23   Q.      How are the dissolution conditions that -- let me try

09:25:02 24   that again.  Are these the dissolution conditions that Zydus

09:25:02 25   and Lupin used to test their ANDA products?

Thisted - direct

09:25:10 1    A.      Yes.

09:25:11 2    Q.      Now, professor, ultimately, were you able to use the

09:25:15 3    USP I data from Zydus and Lupin to compare to the

09:25:20 4    dissolution limitation in the patent?

09:25:22 5    A.      Yes, I was.

09:25:22 6    Q.      And high level, how were you able to do that?

09:25:26 7    A.      I was able to do that by building a predictive

09:25:30 8    statistical model that related the dissolution profiles as

09:25:35 9    measured by USP I to the dissolution profiles as measured by

09:25:39 10   USP II.

09:25:40 11   Q.      Now, before you explain to us how you were able to do

09:25:44 12   that, why did you think you could use statistical modeling

09:25:47 13   to answer this question?

09:25:48 14   A.      Because Astellas had done a number of experiments in

09:25:53 15   which they had calculated dissolution profiles using both

09:26:01 16   USP I and USP II methods on the same batches of tablets

09:26:06 17   under the same conditions, so that they could be directly

09:26:09 18   compared in terms of the relationship between them.

09:26:13 19   Q.      And that data you're discussing, those were data from

09:26:16 20   Astellas Myrbetriq product, right?

09:26:20 21   A.      That's correct, yes.

09:26:21 22   Q.      Why don't we look at some of that Myrbetriq data.  If

09:26:25 23   you go to the next slide.  What type of dissolution testing

09:26:28 24   does Astellas conduct on its Myrbetriq tablets?

09:26:31 25   A.      So in this collection of studies, they examine both

Thisted - direct

09:26:34 1   the USP I basket method and the USP II paddle method carried

09:26:41 2   out on the same dates by the same technicians, on tablets

09:26:47 3   from the same batch.

09:26:49 4   Q.    How is this testing on Myrbetriq relevant to your

09:26:52 5   statistical modeling?

09:26:54 6   A.    Well, this makes it possible to determine whether

09:26:59 7   there is a relationship between what is produced by USP I to

09:27:05 8   what USP II produces.

09:27:09 9   Q.    So, I would now like to turn to the concept of

09:27:14 10  statistical modeling.  If we could go to the next slide.  So

09:27:20 11  what are you trying to do when you're building a statistical

09:27:21 12  model?

09:27:21 13  A.    In building a statistical prediction model, we're

09:27:25 14  trying to answer the question is there a relationship

09:27:28 15  between what method one produces, and what method two

09:27:32 16  produces, and if so, can that relationship then be used to

09:27:36 17  predict method two results from method one results.

09:27:40 18  Q.    Now, how do you go about assessing whether there is a

09:27:44 19  relationship between the methods?

09:27:42 20  A.    Well the key ingredient in doing that, is to have

09:27:42 21  method one produce data, and have method two produce data

09:27:50 22  for the same thing.  So you have essentially, data sets that

09:28:02 23  are providing the measurements on say, the same batch of

09:28:06 24  product.

09:28:06 25  Q.    So why don't we take a look at that data.  If we

Thisted - direct

09:28:09 1    could go to the next slide.  So as part of this step, what

09:28:12 2    do you do with that data?

09:28:15 3    A.      So in the process of building a statistical model,

09:28:18 4    one essentially wants to compare the data from method one to

09:28:22 5    method two, to explore possible relationships, to identify

09:28:28 6    whether there appear to be systematic relationships between

09:28:32 7    the two so that those can be the basis of a candidate model,

09:28:40 8    a candidate for prediction that can then be further

09:28:44 9    evaluated.

09:28:45 10   Q.      What is the typical way you would go about exploring

09:28:49 11   the relationship?

09:28:50 12   A.      The typical way of exploring a relationship between

09:28:53 13   two sets of data, is to graph one against the other to

09:28:59 14   suggest possible systematic relationships.

09:29:03 15   Q.      Why don't we take a look at that.  Let's go to the

09:29:06 16   next slide, just to orient us, what is depicted on the

09:29:11 17   X-axis here?

09:29:14 18   A.      In this schematic graph, you essentially have four

09:29:18 19   hypothetical results, data points produced by method one and

09:29:24 20   that's what's on the horizontal axis, the X-axis.

09:29:29 21   Q.      What's depicted on the Y-axis?

09:29:32 22   A.      On the Y-axis is depicted the results from those same

09:29:37 23   measurements taken using method two.

09:29:40 24   Q.      And what do the green dots represent?

09:29:42 25   A.      The green dots represent pairs of observations, one

Thisted - direct

09:29:48 1  taken by method 1, and one taken by method 2, under

09:29:54 2  comparable circumstances.

09:29:54 3  Q.     How do you use this plot to explore the statistical

09:29:57 4  relationship in the data?

09:29:58 5  A.     Well, for example in this dataset it seems pretty

09:30:02 6  clear that as method one produces larger values, method two

09:30:06 7  also produces larger values.  And here, the systematic

09:30:12 8  relationship seems pretty close to a straight line, it looks

09:30:16 9  like these points almost fall in a straight line.  So that

09:30:19 10  would be for instance, an initial candidate model for

09:30:24 11  describing the relationship in mathematical terms.

09:30:28 12  Q.     Once you have identified this potential candidate

09:30:32 13  model, what do you do next?

09:30:33 14  A.     Well the next thing to do, is to see how well the

09:30:37 15  candidate model does at fitting the observed data.

09:30:42 16  Q.     Why don't we take a look at that.  If could go to the

09:30:45 17  next slide.  Again, just to orient us, is this the same type

09:30:49 18  of plot we were just looking at?

09:30:50 19  A.     This is the same plot, except that a line that best

09:30:54 20  fits these data is superimposed on the observed data from

09:30:59 21  the study, from the experiments.

09:31:02 22  Q.     Why did you add that line?

09:31:02 23  A.     One, to provide a visual assessment as to how well

09:31:06 24  the line does at replicating the data.  And also, to

09:31:11 25  illustrate that for any point on the X-axis that you might

Thisted - direct

09:31:21 1    have now, or in the future, you can go up to the line and

09:31:21 2    obtain a corresponding value for method two, if we adopted

09:31:26 3    the line as our final model, that would be the way we would

09:31:29 4    predict using this relationship.

09:31:32 5    Q.      And professor, I see a formula on the slide.  What

09:31:36 6    does that formula mean?

09:31:37 7    A.      That formula is the standard formula for a straight

09:31:44 8    line and it simply means in this context, that for any value

09:31:48 9    on the X-axis, you can determine the corresponding value to

09:31:52 10   the Y-axis, by doing the calculation and the formula.

09:32:04 11   Q.      How does this formula relate to the line?

09:32:06 12   A.      I'm sorry, I didn't hear the question.

09:32:09 13   Q.      How does the formula relate to the line we're looking

09:32:11 14   at?

09:32:11 15   A.      The formula is, there would be particular values for

09:32:15 16   M and B, the slope and the intersection.  For this

09:32:20 17   particular line.

09:32:21 18   Q.      Now, can you just walk us through, how would you use

09:32:25 19   this line to make a prediction from the model?

09:32:27 20   A.      Well, you would simply go across the X-axis, I wish I

09:32:33 21   could get up and point --

09:32:36 22   Q.      One second, we'll give you a pointer.

09:32:42 23   A.      Thank you.

09:32:42 24           So, for any particular value on the X-axis, to

09:32:51 25   use this line to predict, you would go up to the directly,

Thisted - direct

09:32:55 1    the point on the line directly above it, and from there you

09:32:58 2    would then read over to the Y-axis, and the height at that

09:33:02 3    level would correspond to the prediction for method two.

09:33:06 4    And computationally, you would just simply plug the X value

09:33:13 5    into the formula at right, to do the calculation.  And that

09:33:19 6    would be true not only for these four data points that were

09:33:28 7    observed, but you could make a prediction for any data point

09:33:28 8    or any point in the future that you might observe by going

09:33:31 9    from where that point lies on the X-axis, up to the line and

09:33:35 10   over to the Y-axis.

09:33:36 11   Q.    Now for statistical modeling, do you always use a

09:33:40 12   line?

09:33:41 13   A.    No, in fact, a straight line doesn't always provide

09:33:47 14   the clearest capturing of the relationship between the two

09:33:51 15   methods.

09:34:00 16   Q.    Why don't we take a look at an example of another

09:34:00 17   model.  Can you go to the next slide?  Again, just to orient

09:34:01 18   us, is this the same type of plot we were looking at in the

09:34:04 19   prior examples?

09:34:05 20   A.    Again, everything is same here except the line now

09:34:08 21   has been replaced by a curved relationship that actually

09:34:12 22   practically goes through all of the data points.

09:34:16 23   Q.    I think it says line here on the relationship, but

09:34:21 24   actually what type of relationship is this?

09:34:22 25   A.    Actually, this is a curved relationship, so that's a

Thisted - direct

09:34:26  1    typo on the slide.  And it is simply an example of a curve,

09:34:35  2    in this case, one that passes through all of the data

09:34:38  3    points.

09:34:38  4    Q.    And again, we see this formula.  How does the formula

09:34:41  5    relate to the curve we're looking at?

09:34:43  6    A.    The formula that's listed here, is the formula for a

09:34:47  7    particular class of curves called Weibull curves that are

09:34:55  8    sometimes used to describe dissolution data.  And it simply

09:35:02  9    -- what I'm indicating here is that the formula for a curve

09:35:05  10   is often more complex than a simple line.

09:35:12  11   Q.    Now, why would you use this type of curve instead of

09:35:15  12   a line?

09:35:16  13   A.    Well, you would -- if the curve does a better job of

09:35:23  14   capturing the relationship between X and Y or method two and

09:35:28  15   method one, and it leads to replicable positions, then you

09:35:39  16   would want to use the more complex relationship.  On the

09:35:42  17   other hand, if a line does a perfectly adequate job of

09:35:46  18   capturing the bulk of the relationship, you may prefer to

09:35:51  19   use a simpler model.

09:35:52  20   Q.    So is this a better model than a line?

09:35:57  21   A.    At this point in the model building process, we can't

09:36:01  22   really tell because as we saw in the previous slide, the

09:36:06  23   line fits these four data points pretty well.  The curve

09:36:11  24   goes through all of them, but to draw that curve we may have

09:36:12  25   had to simply -- we may simply be tracking some noise in the

Thisted - direct

09:36:20 1   process, and then any future dataset in which we would want

09:36:24 2   to predict, we wouldn't say have see the same degree of

09:36:28 3   noise, we would see other noise, we want to make sure that

09:36:32 4   whatever model we elect to use is capturing the bulk of the

09:36:36 5   signal and isn't just tracking noise.

09:36:38 6   Q.    Now, could there be any disadvantages to using a more

09:36:43 7   complex model like we see this curve here?

09:36:46 8   A.    Yes, there are two potential disadvantages, one is

09:36:50 9   using a curved relationship, the relationship may be more

09:36:58 10  complex and harder to understand, so from a descriptive

09:37:05 11  point of view, a simpler model may be better.  And the other

09:37:11 12  disadvantage is, that in fitting that curved relationship,

09:37:20 13  you may not actually be tracking the signal that really

09:37:25 14  relates method one to method two, but variations that are,

09:37:34 15  I've called noise, that you just don't want to track.  All

09:37:38 16  of our measurements that we take have some variability in

09:37:42 17  them, and we want to track the -- we want our model to track

09:37:50 18  the systematic piece of the relationship, not the

09:37:53 19  variability.

09:37:55 20  Q.    So is it best to use the simplest model that

09:37:59 21  accurately predicts the relationship between the data?

09:38:02 22  A.    I think that's a good way of saying it.  That's what

09:38:05 23  we really want to do, we want to employ the simplest model

09:38:09 24  that does an adequate job of making predictions.

09:38:14 25  Q.    So, at a high level, how do you do that?

Thisted - direct

09:38:17 1    A.      Well, to determine whether a simple model or a more

09:38:22 2    complex model will actually make accurate predictions, we

09:38:27 3    need to look at how well that model does in a new dataset

09:38:31 4    that had nothing to do with our exploration, in effect, a

09:38:37 5    dataset that we could use to validate the accuracy of the

09:38:40 6    predictions for the model.

09:38:43 7    Q.      Why don't we take a look at how you assess the

09:38:46 8    accuracy.  If could go to the next slide.  Just to orient

09:38:51 9    us, is this the same type of plot we have been looking at?

09:38:54 10   A.      Actually, this is a different plot.  This is a plot

09:38:57 11   that is used to assess how well the predictions from a model

09:39:02 12   match up to things we're trying to predict, which is the

09:39:05 13   measured values that we would get if we actually applied

09:39:09 14   method two.  So this is comparing method two predictions, to

09:39:12 15   method two observations, in this case, in a new dataset so

09:39:18 16   we're testing out the model.

09:39:20 17   Q.      Again, just to orient us, what's on the X-axis here?

09:39:24 18   A.      So, the X-axis in the horizontal direction, are

09:39:29 19   predicted values obtained from using the model by plugging

09:39:33 20   method one values into it.

09:39:35 21   Q.      What's on the Y-axis?

09:39:37 22   A.      On the Y-axis, are the things we're trying to

09:39:42 23   predict, the actual values that we would get from method two

09:39:45 24   when we actually use method two to measure the results.  So

09:39:52 25   we're measuring method one, we are then using our candidate

Thisted - direct

09:39:58 1    model to provide predictions for method two, and now we're

09:40:03 2    comparing those, to what method two actually produces.  We

09:40:06 3    hope that those are very close.

09:40:07 4    Q.     And finally, can you just explain to us what these

09:40:11 5    red dots are?

09:40:12 6    A.     So the red dots are for each prediction, we have four

09:40:15 7    of them in this case, for each prediction we have the

09:40:19 8    corresponding measurement.

09:40:23 9    Q.     Now using this plot, how do you assess how well the

09:40:28 10   model predicted method two?

09:40:30 11   A.     So if the method were -- sorry, if the predicted

09:40:34 12   model, the statistical model were perfect, then the

09:40:38 13   predictions would exactly equal the measurements and the --

09:40:44 14   and that's what the magenta line represents.  The magenta

09:40:53 15   line indicates all those points for which the predicted and

09:40:56 16   actual values are the same.  So we can, for each of these

09:40:59 17   data points, we can see the amount by which the observed

09:41:06 18   value misses the predicted value, that's what's shown in the

09:41:10 19   black arrows.

09:41:17 20   Q.     Now, what is the significance of the black arrows?

09:41:17 21   A.     So, at each of these observed data points, we have a

09:41:21 22   prediction and actual.  Some of these predictions hit the

09:41:25 23   target very closely, some of them miss by a small amount.

09:41:29 24   The second data point, for instance, the prediction is a

09:41:32 25   little low.  For the fourth data point, the prediction is a

341

Thisted - direct

09:41:37 1    little higher than the observed value.  The better the

09:41:43 2    model, the closer the points are to that magenta reference

09:41:47 3    line.  The worse the model, the farther apart they are.  So

09:41:52 4    the distances here, shown here by the black arrows are what

09:41:56 5    statisticians call the errors, but they're really just the

09:42:00 6    deviations between the predictions and the targets of

09:42:05 7    prediction.  Those represent the size of those things

09:42:10 8    represent how well the model is doing.

09:42:21 9    Q.    How do you use the black arrows to assess the

09:42:21 10   accuracy of the model?

09:42:22 11   A.    What we like to have is an overall measure of how

09:42:27 12   well the model is doing at predicting.  And the standard way

09:42:30 13   of doing that, is by computing a particular kind of average

09:42:34 14   of the size of those black bars.  The larger they are, the

09:42:37 15   worse the model is, so the higher that average is.  And the

09:42:41 16   specific kind of average that is used is called the

09:42:45 17   Root-Mean-Squared-Error.

09:42:49 18   Q.    Can you explain to us, is that the equation that's

09:42:52 19   seen here on the slide?

09:42:52 20   A.    The formula on the slide, although it looks

09:42:56 21   complicated, can be described fairly simply, but that's the

09:43:00 22   formula for calculating the root-mean-squared-error, Yi-hat

09:43:07 23   is the prediction, Yi is the observed value so the

09:43:11 24   difference between them is the size of the black bar.

09:43:14 25   Q.    For today, would it be okay to just call this the

Thisted - direct

09:43:18 1   **RMSE?**

09:43:20 2   A.      Yes.

09:43:21 3   Q.      Now, is this RMSE calculation a common way to assess

09:43:26 4   the accuracies of a statistical model?

09:43:29 5   A.      The RMSE is by far the most common measure used to

09:43:34 6   assess and to compare predictive models.

09:43:37 7   Q.      Is RMSE the only way to assess the error of a model?

09:43:41 8   A.      No, there are other ways -- there are other methods

09:43:45 9   that are used, usually in addition to the RMSE, but the RMSE

09:43:56 10  is by far the most common way of comparing models.

09:43:56 11  Q.      And what value for the RMSE would you be looking for

09:43:59 12  in a model?

09:44:00 13  A.      You would like them to be as small as possible,

09:44:08 14  meaning that the average amount by which predictions miss

09:44:08 15  the target is small.  So the smaller RMSE, the better.

09:44:13 16  Q.      What does a small value for RMSE tell you about your

09:44:16 17  model?

09:44:17 18  A.      It says that the predictions very closely replicate

09:44:23 19  actual measurements, which would mean that in our case, that

09:44:27 20  you could use the predictions in place of the actual

09:44:30 21  measurements.

09:44:31 22  Q.      Now once you have built the model and assess the

09:44:34 23  accuracy, what is the next step?

09:44:36 24  A.      Well the third step then is to use the predictive

09:44:41 25  model that's been obtained to make predictions in cases

Thisted - direct

09:44:46 1   where you can't actually observe method two.

09:44:48 2   Q.      Why don't we take a look at that, if we can go to the

09:44:51 3   next slide.  Just to orient us, what data do we have here on

09:44:55 4   the left in the table?

09:44:56 5   A.      On the left, are four hypothetical data points that

09:45:01 6   represent measurements taken directly from method one.

09:45:05 7   Q.      And to orient us to the table on the right, what data

09:45:08 8   will ultimately end up in that table?

09:45:11 9   A.      On the right, what will appear, will be the

09:45:14 10  corresponding predictions that the model produced using the

09:45:21 11  measured method one values.

09:45:22 12  Q.      And along the top of the slide, what are you

09:45:25 13  describing there?

09:45:26 14  A.      The top of the slide I just used a -- this is to

09:45:31 15  represent a candidate, or a final prediction model, actually

09:45:36 16  that we would use in this case, that in this case it's a

09:45:40 17  very simple one, that the model would say that the predicted

09:45:44 18  values for method two, are simply twice the measured values

09:45:49 19  from method one.

09:45:50 20  Q.      So could you just walk us through how you would take

09:45:55 21  one of the measured values and obtain a predicted value?

09:45:55 22  A.      Sure, so if we take the first measured value of five,

09:46:02 23  we would then plug it into the predictive model, two times

09:46:07 24  five is ten, and that produces the predicted value for

09:46:11 25  method two.  And similarly for the remaining data points.

Thisted - direct

09:46:17 1    Q.      Thank you, professor.  Why don't we now turn to the

09:46:19 2    statistical modeling that you did for this case.  So if

09:46:23 3    could go to the next slide.  So, Professor Thisted, were you

09:46:27 4    able to build a statistical model to predict the USP II

09:46:32 5    dissolution data for Lupin and Zydus?

09:46:34 6    A.      Yes, I was.

09:46:35 7    Q.      If you go to the next slide.  So what was the model

09:46:38 8    you built for Lupin and Zydus?

09:46:40 9    A.      The statistical prediction model that I built turns

09:46:45 10   out to be a very simple one.  It simply says that the

09:46:50 11   relationship between the USP I measurements and the USP II

09:46:54 12   measurements are simply related by a shift in the time

09:47:01 13   scale.  In effect, it says whatever happens with USP I at

09:47:06 14   any given time is mimicked by -- other sorry, whatever

09:47:11 15   happens in USP II at any given time is mimicked by what

09:47:15 16   happens in USP I at a later time.  Specifically, this is the

09:47:20 17   final predictive model that I ended up producing, and it

09:47:26 18   basically says that the amount of mirabegron dissolved using

09:47:32 19   USP I at a particular time is equal to the same amount of

09:47:36 20   mirabegron dissolved as measured by USP II, but at 1.86

09:47:41 21   times the USP I time.  Put another way, USP II is the same

09:47:46 22   as USP I, except things are dissolving at about twice as

09:47:51 23   fast a rate, and twice, the real number, the one that most

09:48:02 24   closely describes the data, instead of being twice the rate,

09:48:07 25   it's 1.86 times the rate, but almost twice.

Thisted - direct

09:48:10 1    Q.      Now, Professor Thisted, how well does this model

09:48:14 2    work?

09:48:14 3    A.      This model works very well.  The RMSE is quite small,

09:48:18 4    it's just 1 to 2 percentage points.

09:48:21 5    Q.      What is the RMSE value mean?

09:48:25 6    A.      Essentially, what it means is that the predicted

09:48:29 7    values from this model for USP II are off by no more than

09:48:41 8    roughly two percentage points above or below.  So if the

09:48:44 9    prediction is 28 percent dissolved at say one-and-a-half

09:48:49 10   hours, this would say well, if all of the measurements were

09:48:56 11   actually off on the high side, it might be as high as

09:48:57 12   30 percent, if they're all off to the same degree on the low

09:49:00 13   side, it might be as low as 26 percent, but that is sort of

09:49:04 14   the precision with which this model makes predictions.

09:49:08 15   Q.      Just overall, what did that RMSE tell you about the

09:49:11 16   model that you prepared in this case?

09:49:13 17   A.      It tells me that A, that the predictions are very

09:49:16 18   good, and B, that they can then be used to -- that they

09:49:22 19   closely replicate which if you actually made the

09:49:27 20   measurements using the USP II apparatus.

09:49:28 21   Q.      If you could turn in your binder to PTX-321.

09:49:40 22   A.      Yes, 321.

09:49:42 23   Q.      And what is PTX-321?

09:49:44 24   A.      PTX-321, is appendix C to my opening expert report,

09:49:52 25   and it contains all of the calculations that I did

Thisted - direct

09:49:57 1   concerning -- in the process of building the statistical

09:50:02 2   model that we just discussed.

09:50:05 3   Q.      And is PTX-321 essentially your laboratory notebook

09:50:09 4   with the calculations you used to prepare the model?

09:50:12 5   A.      That's absolutely right.  It shows exactly the steps

09:50:15 6   I took and what the results of each of those steps happened

09:50:19 7   to be.

09:50:19 8               MR. LEONARD:  Your Honor, at this time

09:50:21 9   plaintiffs move to admit PTX-321 into evidence.

09:50:25 10               THE COURT:  Any objection?

09:50:27 11               MR. ZIMMERMAN:  No objection, given Your Honor's

09:50:31 12   earlier ruling.

09:50:31 13               THE COURT:  All right.  Received.

09:50:33 14               (PTX Exhibit No. 321 was admitted into

09:50:34 15   evidence.)

09:50:34 16   BY MR. LEONARD:

09:50:35 17   Q.      So now let's talk about how you built your model.  If

09:50:38 18   could go to the next slide --

09:50:40 19               THE COURT:  Counsel, I would like to take a

09:50:42 20   break now, so if you can, before we start in with all the

09:50:42 21   modeling.  So let's take ten, ladies and gentlemen.

09:50:42 22               COURT CLERK:  All rise.

09:50:42 23               (A brief recess was taken.)

10:01:35 24               THE COURT:  Please be seated, you may continue,

10:01:45 25   counsel.

Thisted - direct

10:01:45 1          MR. LEONARD:  Thank you, Your Honor.

10:01:46 2     BY MR. LEONARD:

10:01:47 3     Q.     Professor Thisted, I would like to back up to one of

10:01:49 4     your slides, if you could go to PDX-5019?

10:01:56 5     A.     5019.

10:01:57 6     Q.     Correct.  Professor Thisted, I'm sorry, I'm looking

10:02:00 7     at the slide, professor.

10:02:05 8     A.     Oh, okay.

10:02:05 9     Q.     PDX-5019.  Do you recall testifying about this before

10:02:11 10    the break?

10:02:11 11    A.     I do.

10:02:12 12    Q.     And I asked you to walk through some of the

10:02:14 13    calculations?

10:02:14 14    A.     Yes.

10:02:15 15    Q.     If you just look at the method two predicted, could

10:02:18 16    you take a look at those numbers?

10:02:20 17    A.     Sure.

10:02:20 18    Q.     Could you double-check your math here with respect to

10:02:24 19    all the predicted?

10:02:30 20    A.     Yes, so if we predict from a measurement of method 1

10:02:38 21    of 20 using this method the predicted value would actually

10:02:42 22    be 40 not 30, if we predict the corresponding value of 30

10:02:48 23    using this prediction model the prediction would actually be

10:02:51 24    60, not 40.  I apologize for the error.

10:02:55 25    Q.     Thank you, Professor Thisted.  Can we now go back to

Thisted - direct

PDX --

MR. ZIMMERMAN:  Your Honor, if I could just note for the record that they changed the slide on the fly, I want to make sure that the record reflects that the demonstrative that he just referred to, 5019, if we could bring it back up on the screen, those are not the values on 5019.  So there was an original demonstrative, it had PDX-5019, those are not the values that were on it.  So if you want to number it differently, make it a new demonstrative, that's fine, but we have to have a clear record as to what the demonstrative that was shown in court actually says.

MR. LEONARD:  Absolutely.  Your Honor, we'll resubmit it as PDX-5019(a), for the record.

THE COURT:  That's fine.

MR. LEONARD:  And again, we thank Professor Thisted for his correction to the demonstrative.

BY MR. LEONARD:

Q.     If we could now go back to PDX-5022.  And we were going to start discussing how you built your model?  What data did you use to build your model?

A.     The data I used were data obtained by Astellas on its Myrbetriq product in which they measured tablets from the same batch of Myrbetriq using both the USP I basket method and the USP II paddle method.

Thisted - direct

10:04:33 1    Q.      And for the data we're looking at here on the slide,

10:04:36 2    what exhibit did this Myrbetriq data come from?

10:04:39 3    A.      PTX-111.

10:04:43 4              MR. LEONARD:  Your Honor, at this time

10:04:44 5    plaintiffs move to admit into evidence PTX-111.

10:04:47 6              MR. ZIMMERMAN:  No objection.

10:04:48 7              THE COURT:  Received.

10:04:49 8              (PTX Exhibit No. 111 was admitted into

10:04:50 9    evidence.)

10:04:50 10   BY MR. LEONARD:

10:04:51 11   Q.      If could go to the next slide.  So professor, for

10:04:54 12   each batch of Myrbetriq you analyzed, what specific

10:04:59 13   dissolution test did Astellas perform?

10:05:00 14   A.      Astellas performed two tests.  They performed tests

10:05:04 15   on six tablets from the batch using USP I, the basket method

10:05:12 16   at 100 RPM.  And then the second set of tests they did on

10:05:17 17   six additional tablets from the same batch were using USP

10:05:22 18   II, the paddle method at 200 RPM.

10:05:26 19   Q.      Just to orient us, which dissolution method is

10:05:29 20   depicted here on the top of the page?

10:05:32 21   A.      The data on the top comes from the USP I method.

10:05:35 22   Q.      Which data is shown at the bottom of the page,

10:05:39 23   depicted here?

10:05:40 24   A.      The USP II method.

10:05:42 25   Q.      Why don't we walk through that data in detail.  So if

Thisted - direct

10:05:46  1    you could go to the next slide.  Professor Thisted, for USP

10:05:48  2    I, what dissolution conditions were used to generate this

10:05:52  3    data?

10:05:52  4    A.      This conditions that were used, were using the USP I

10:05:56  5    apparatus at 100 RPM in 900 milliliters of a phosphate

10:06:03  6    buffer at pH 6.8.

10:06:10  7    Q.      And which time points were collected?

10:06:13  8    A.      For USP I, the one shown in the upper, the blue box,

10:06:18  9    they were measured at 3 hours, 5 hours, and 8-and-a-half

10:06:22 10    hours.

10:06:22 11    Q.      And can you just walk us through graphically, how

10:06:26 12    those time points would be put on the plot?

10:06:30 13    A.      Yes, the values for dissolution at 3 hours for the

10:06:33 14    six tablets studied which ranged this case from 27 percent

10:06:39 15    to 30 percent had an average dissolution of 29 percent.  And

10:06:44 16    that's what's plotted in the first data point on this graph,

10:06:48 17    three hours, you go up to 29 percent.  Similarly, the

10:06:54 18    measurements were taken at five hours, the average

10:06:58 19    dissolution for these six tablets at five hours was

10:07:02 20    56 percent.  And at eight-and-a-half hours, the average

10:07:05 21    dissolution was 99 percent, the individual tablets ranged

10:07:11 22    from 98 to 100 percent dissolved.  And I have plotted those

10:07:16 23    three points on the curve.  And then, as is customary,

10:07:20 24    connected those points by straight line segments to show the

10:07:28 25    overall dissolution profile for this set of tablets using

Thisted - direct

10:07:33 1  the USP I method.

10:07:35 2  Q.    We just looked at USP I.  Why don't we take a look at

10:07:38 3  USP II.

10:07:39 4  A.    Okay.  The data from the USP II set of measurements

10:07:48 5  are shown in the bottom half of the figure.  And the time

10:07:51 6  points at which USP II is measured were one-and-a-half

10:07:57 7  hours, two-and-a-half hours, and four-and-a-half hours.

10:08:00 8  Once again, six measurements were taken -- well measurements

10:08:06 9  were taken on six tablets, and the average percent dissolved

10:08:10 10 at those three time points were 26 percent, 52 percent, and

10:08:16 11 96 percent.

10:08:18 12 Q.    And for the USP II data we're looking at, what

10:08:22 13 dissolution conditions were used to generate this data?

10:08:25 14 A.    These data were generated using the paddle apparatus,

10:08:31 15 the USP II apparatus, at a rotation speed of 200 RPM, once

10:08:37 16 again, in a phosphate buffer at a pH of 6.8.

10:08:41 17 Q.    So now, why don't we look at that data together.  If

10:08:44 18 could go to the next slide.  So first, what is the blue line

10:08:48 19 we're looking at on this plot?

10:08:49 20 A.    The blue line is exactly the same as the blue line we

10:08:52 21 saw before, that's the dissolution profile from this study

10:08:57 22 for USP I measurements.

10:09:00 23 Q.    What is the red line we're looking at here?

10:09:02 24 A.    The red line is the corresponding dissolution profile

10:09:07 25 measured using the second method, the USP II method.

Thisted - direct

10:09:11 1    Q.      Now, professor, why did you plot these two together?

10:09:14 2    A.      If you recall in the tutorial about building the

10:09:18 3    statistical model, the very first thing we do, is to plot

10:09:21 4    the data for one method against the other to determine at a

10:09:25 5    first level, whether it appears that there is a

10:09:30 6    relationship.

10:09:30 7    Q.      Now what does this graph tell you about that

10:09:33 8    potential relationship?

10:09:34 9    A.      So what this tells me when I look at it, is that the

10:09:43 10   rise in dissolution appears to be fairly constant in each of

10:09:46 11   these two methods.  That the USP I method produces

10:09:52 12   dissolution profile that basically, that mirabegron is

10:10:01 13   dissolving more slowly than with USP II.  And in fact, the

10:10:08 14   average rate of dissolution for USP I is about 11 percentage

10:10:14 15   points per hour, and the average dissolution rate for the

10:10:22 16   USP II is about 20 percentage points per hour.  So it looks

10:10:29 17   as if from this set of data, that the dissolution with USP

10:10:39 18   II is happening just about twice as fast with USP II as with

10:10:45 19   USP I.

10:10:47 20   Q.      Now, how many batches of Myrbetriq are depicted on

10:10:51 21   this plot?

10:10:52 22   A.      This shows data from one batch of Myrbetriq.

10:10:55 23   Q.      How many batches of Myrbetriq did you look at to

10:10:58 24   build your model?

10:10:59 25   A.      I looked at 26 data sets, 26 batches of Myrbetriq.

Thisted - direct

10:11:06 1    Q.    Why don't we take a look at that.  So, high level,

10:11:11 2    what are the plots that we're looking at shown here on

10:11:16 3    PDX-5027?

10:11:18 4    A.    Even though this looks as if I have taken one of the

10:11:21 5    plots and duplicated it 26 times, in fact, these are the

10:11:25 6    dissolution profiles, these are the data from 26 batches,

10:11:30 7    from 26 experiments showing the USP I dissolution profile

10:11:42 8    together with the corresponding USP II dissolution profile.

10:11:42 9    And I note that all of these graphs are on the same scale

10:11:49 10   horizontally and vertical, so they're all comparable to one

10:11:50 11   another.

10:11:52 12   Q.    And what exhibit contains the dissolution data we're

10:11:56 13   looking at here?

10:11:57 14   A.    These data are contained in PTX-322.

10:12:01 15   Q.    If you could turn in your binder to PTX-322.

10:12:19 16   A.    Okay.  Yes, I'm there.

10:12:23 17   Q.    What is PTX-322?

10:12:25 18   A.    322 contains a compilation of the data that I used to

10:12:33 19   construct those figures, among other calculations that I

10:12:37 20   did.

10:12:37 21   Q.    Now is PTX-322 an accurate summary of the Myrbetriq

10:12:42 22   data you used in your model?

10:12:42 23   A.    It is.

10:12:46 24        MR. LEONARD:  Your Honor, at this time, we like

10:12:46 25   to move into evidence PTX-322.

Thisted - direct

10:12:48  1          MR. ZIMMERMAN:  No objection, Your Honor.

10:12:50  2          THE COURT:  Received.

10:12:50  3              (PTX Exhibit No. 322 was admitted into

10:12:51  4      evidence.)

10:12:51  5

10:12:52  6  BY MR LEONARD:

10:12:52  7  Q.      So professor, using this data, what was the first

10:12:54  8  thing you did in building your statistical model?

10:12:57  9  A.      The first thing I did in building the statistical

10:13:00 10  model, was to explore potential relationships between the

10:13:07 11  two to develop a candidate model for further use.  The first

10:13:15 12  thing I did to do that, was to segregate these 26 data sets

10:13:22 13  into two groups, one group of ten and another group of 16.

10:13:30 14  Q.      And what are those two groups called?

10:13:33 15  A.      Well the first group, the group of ten, is what I

10:13:36 16  call a training set.  It's the set of data that I will use

10:13:43 17  to do explorations in, to consider possible statistical

10:13:52 18  prediction models that might well describe the relationship

10:13:55 19  between USP I and USP II.  These ten data sets were randomly

10:14:01 20  selected from the 26, so that I wasn't putting a thumb on

10:14:05 21  the scale on which of the data sets I used for this part of

10:14:11 22  the model building process.

10:14:12 23  Q.      We'll turn to the training set in just a second.

10:14:12 24  What is the second set called?

10:14:18 25  A.      The untreated ones are called the validation set,

Thisted - direct

10:14:21 1    those 16 data sets I'm holding out for later use to

10:14:25 2    determine whether any candidate prediction model that I

10:14:30 3    develop actually does well in replicating the USP II data in

10:14:38 4    this completely independent collection of data.  That's a

10:14:48 5    double-check on any model that I do.

10:14:48 6    Q.    Now, is breaking the data into a training set and a

10:14:48 7    validation set a standard method in statistics?

10:14:52 8    A.    This is a standard method for developing a

10:14:55 9    statistical prediction model, it's to develop a model in a

10:14:59 10   training set and validate it in a separate independent

10:15:02 11   dataset after you have developed a candidate model.

10:15:05 12   Q.    Now if could go back to the slide.  Why did you shade

10:15:09 13   some of these Myrbetriq batches in yellow?

10:15:10 14   A.    The yellow ones are the ones that ended up in the

10:15:14 15   training set.

10:15:14 16   Q.    What did you learn by creating this training set?

10:15:17 17   A.    So, when I looked at the training set, again what I

10:15:21 18   noticed is that essentially the same pattern is followed in

10:15:26 19   each of these ten data sets that there appears to be

10:15:32 20   similarity in shape within each of these.  So, for instance,

10:15:38 21   if we look at number eight up there, we see a little bit of

10:15:42 22   a bend in the blue line, and then another little bit of a

10:15:47 23   bend later.  But we see the same thing in the corresponding

10:15:50 24   USP II data.  But again, these bends are very small, so

10:15:55 25   actually they -- well, these dissolution profiles are almost

Thisted - direct

10:16:04 1    straight lines but not quite.  But the key thing is that

10:16:09 2    whatever shape we see in the blue line, appears to be

10:16:13 3    mimicked in the red line.  So the only difference appears to

10:16:18 4    be the rate at which this dissolution is occurring in these

10:16:21 5    ten data sets.

10:16:23 6    Q.       What exact model did you use to fit this training set

10:16:27 7    data?

10:16:27 8    A.       So, I used a model that essentially relates the time

10:16:33 9    scales between the USP I and the USP II profiles.

10:16:39 10   Q.       What is that model called?

10:16:41 11   A.       That model is called the Accelerated Time Scale

10:16:46 12   Dissolution Model, or ATD model.

10:16:50 13   Q.       Is the ATD model described in the literature.

10:16:53 14   A.       Yes, it is.

10:16:54 15   Q.       Can you go to the next slide.  What reference are we

10:16:57 16   looking at here?

10:16:58 17   A.       This reference is a publication entitled Accelerated

10:17:02 18   Dissolution Testing For Improved Quality Assurance.  The

10:17:06 19   first author of which is Quist.

10:17:10 20   Q.       What exhibit is the Quist reference?

10:17:14 21   A.       It's PTX-167.

10:17:14 22            MR. LEONARD:  Your Honor, at this time

10:17:17 23   plaintiffs move into evidence PTX-167.

10:17:21 24            MR. ZIMMERMAN:  No objection.

10:17:22 25            THE COURT:  Received.

10:17:23  1          (PTX Exhibit No. 167 was admitted into

10:17:24  2   evidence.)

10:17:24  3   BY MR LEONARD:

10:17:24  4   Q.      Now, Professor Thisted, did you consider PTX-167 in

10:17:28  5   forming your opinions in the case?

10:17:29  6   A.      Yes, I did.

10:17:30  7   Q.      Is PTX-167, or the Quist reference, reported in a

10:17:36  8   peer reviewed journal?

10:17:37  9   A.      Yes, The Journal of Pharmaceutical and Biomedical

10:17:41  10  Analysis.

10:17:41  11  Q.      When was Quist published?

10:17:44  12  A.      In 2002.

10:17:45  13  Q.      And which company performed the research that's

10:17:54  14  contained within Quist?

10:17:54  15  A.      The authors of this paper were employed by

10:17:54  16  AstraZeneca, and they were reporting work that they did at

10:17:57  17  AstraZeneca.

10:17:58  18  Q.      And what type of company is AstraZeneca?

10:18:01  19  A.      AstraZeneca is a large pharmaceutical company.

10:18:02  20  Q.      In Quist, what type of statistical model is

10:18:02  21  described?

10:18:02  22  A.      Quist describes a statistical model that simply says

10:18:14  23  regardless of the shape of one dissolution curve, in this

10:18:14  24  model the shape of a second dissolution profile can be

10:18:24  25  predicted simply by accelerating the time scale.  In effect,

10:18:29 1    running the clock faster.  If you run the clock faster on

10:18:34 2    one dissolution profile, you end up with a dissolution

10:18:38 3    profile on the other.

10:18:40 4    Q.     Now, is the Quist model the same type of model you

10:18:44 5    applied in this case?

10:18:44 6    A.     Yes, it is.

10:18:46 7    Q.     Why is this type of statistical model appropriate for

10:18:49 8    this case?

10:18:50 9    A.     Well, there are two things.  One, is it does a very

10:18:57 10   good job of describing the data that we actually have at

10:19:00 11   hand.  A second thing that led me to this model is, it's

10:19:05 12   very closely related to a class of statistical models that

10:19:09 13   are used widely in biostatistics called accelerated failure

10:19:14 14   time models.  And so I feel very comfortable using this and

10:19:20 15   as it turns out, it does an excellent job at prediction.

10:19:24 16   Q.     And in the Quist reference, what type of data was

10:19:28 17   being analyzed using a ATD model?

10:19:32 18   A.     The data that were being utilized were dissolution

10:19:36 19   profiles constructed which two different methods, one of

10:19:40 20   which was USP II basket method -- USP II paddle method.

10:19:42 21   Q.     Was the ATD model developed just for this litigation?

10:19:50 22   A.     No, in fact, the Quist publication predates my

10:19:55 23   involvement in this case by 20 years.

10:19:58 24   Q.     Why don't we turn back to your model.  If you go to

10:20:02 25   the next slide.  When you applied the ATD model to the

359

Thisted - direct

10:20:05 1  training set, what results did you obtain?

10:20:07 2  A.      So in the exploration phase, using the data in the

10:20:13 3  training set, I fit the ATD model and the ATD model simply

10:20:19 4  relates the time scales by a constant number and that

10:20:22 5  constant number was 1.866, that was the number that best fit

10:20:33 6  the ten training data sets.

10:20:33 7  Q.      Now, how would you use this model to make a

10:20:34 8  prediction?

10:20:41 9  A.      Predictions are very simple.  If we want to know what

10:20:41 10 USP II would produce at one-and-a-half hours, what we would

10:20:43 11 do is, we would put one-and-a-half hours into the USP II

10:20:49 12 time slot, so that basically says that 1.5 hours, multiply

10:20:55 13 it by 1.866, that produces about 2.9 hours.  And then look

10:21:03 14 at the USP I profile at 2.9 hours, see what the dissolution

10:21:09 15 is there, that's the prediction for what USP II would

10:21:12 16 produce at one-and-a-half hours.  So it's a very simple

10:21:17 17 prediction model.

10:21:18 18 Q.      Once you had built this model, what did you do next?

10:21:21 19 A.      The next thing was to ask the question, well, maybe

10:21:25 20 this model does very well at predicting within the training

10:21:28 21 set because the training set was used to build it.  So the

10:21:31 22 next question is, what if we moved to new data sets which

10:21:37 23 were not involved in building this model, how well would

10:21:40 24 those predictions do and that's the purpose of the

10:21:42 25 validation set.

Thisted - direct

10:21:43 1    Q.      Why don't we look at that validation set.  If you go

10:21:46 2    to the next slide.  Why did you shade some of these

10:21:50 3    Myrbetriq data sets in green?

10:21:52 4    A.      The ones shaded in green here, are all the ones that

10:21:56 5    were not shaded in yellow in the previous slide.  These are

10:22:01 6    the 16 data sets that made up the validation group of data

10:22:04 7    sets.

10:22:04 8    Q.      Now, did you do some calculations on this validation

10:22:09 9    set?

10:22:09 10   A.      Yes.

10:22:10 11   Q.      If could go to the next slide.  And just to orient

10:22:14 12   us, what data have you plotted on this slide which is

10:22:18 13   PDX-5032?

10:22:20 14   A.      Here for convenience, I have simply collected the 16

10:22:24 15   validation data sets in one graph, one plot, and here we see

10:22:29 16   16 sets of data, in each case the blue line, the lower line,

10:22:36 17   I call it a line, maybe we should call it a profile because

10:22:40 18   they're not quite lines.  But the lower profile in each

10:22:43 19   case, for instance the blue one is from the USP I basket

10:22:47 20   method and the corresponding red profile, the upper profile

10:22:51 21   shown in red, is the corresponding data, the corresponding

10:22:57 22   profile from the USP II that were actually measured in

10:23:00 23   Astellas' experiment.

10:23:04 24   Q.      Now, how did you use these plots to understand the

10:23:08 25   accuracy of the model you created?

Thisted - direct

10:23:10 1    A.      What I did is, for each of these data sets, I took

10:23:14 2    the data from the blue line from USP I, I created

10:23:18 3    predictions for what USP II measurements would be based on

10:23:24 4    the USP I data, and then I compared those predictions to

10:23:30 5    what was actually measured, and if the model does a good

10:23:33 6    job, we would hope that the predictions will overlay the

10:23:41 7    actual measured profiles.

10:23:44 8    Q.      Now, did you perform those prediction calculations?

10:23:47 9    A.      I did, and that's shown on the next slide.

10:23:50 10   Q.      So now just to orient us, what plots are we looking

10:23:55 11   at here?

10:23:55 12   A.      This is the same slide that I showed before, the only

10:23:58 13   difference is predictions from the statistical model

10:24:04 14   developed in the training set were used to predict USP II

10:24:09 15   values in the validation set.  And we see in every case, the

10:24:16 16   predictions very closely reproduce the dissolution profiles

10:24:20 17   that were actually observed using USP II.  This suggest to

10:24:25 18   me that this model, or indicates to me, that this model can

10:24:30 19   be used in cases where we don't actually measure USP II to

10:24:36 20   reproduce what we would obtain, had we done the measurement

10:24:40 21   of the USP II dissolution profile.

10:24:42 22   Q.      Just so I understand, the green dots that you added

10:24:45 23   to these plots, these are the predicted values you

10:24:48 24   calculated from your model?

10:24:50 25   A.      That's right, the green dots are the predicted values

362

Thisted - direct

10:24:53 1    from the statistical prediction model that was obtained in

10:24:56 2    the training set.

10:25:00 3    Q.      And now, how did the predicted values compare to the

10:25:08 4    actual values?

10:25:08 5    A.      They're very close, and in fact the RMSE for this --

10:25:14 6    in the validation set is quite small, on the order of

10:25:19 7    one-and-a-half percentage points.

10:25:21 8    Q.      And what did that tell you about your model in the

10:25:24 9    training set?

10:25:25 10   A.      It told me that the model does a very good job at

10:25:29 11   replicating USP II measurements that would be obtained

10:25:36 12   simply by using the corresponding USP I measurements.

10:25:40 13   Q.      Now, earlier you presented your final model.  Does

10:25:44 14   this plot depict these final predictions?

10:25:50 15   A.      No it doesn't, remember there were three steps, one

10:25:52 16   was exploration, that we did in the training set, the second

10:25:56 17   set was validation of the accuracy using the training set

10:26:00 18   model, and now the third step that's typically done is to

10:26:04 19   say now that we know that this model works well, remember

10:26:07 20   the model that's being evaluated here only used ten of the

10:26:11 21   26 data sets.  So in general, we go back and we reestimate

10:26:16 22   the model using all of the available data, not just a small

10:26:22 23   portion of it, to get a more accurate prediction model for

10:26:27 24   future use.  And so, that was the last step was to

10:26:32 25   reestimate that time acceleration factor using all 26 data

Thisted - direct

10:26:38 1    sets.

10:26:38 2    Q.      Why don't we take a look at that, if could go to the

10:26:42 3    next slide.  So again, what data did you use for your final

10:26:45 4    model?

10:26:46 5    A.      Again, I used all 26 of these data sets that Astellas

10:26:49 6    developed to obtain a final model.

10:26:53 7    Q.      I think you might have covered it, but at a high

10:26:56 8    level, why all 26?

10:26:57 9    A.      Again, all 26 are used because you don't want to

10:27:01 10   leave data on the table, you don't want to leave information

10:27:05 11   on the table I should say, so we used information containing

10:27:09 12   all 26 of the data sets to obtain a best estimate for that

10:27:12 13   final time acceleration factor relating USP I to USP II.

10:27:19 14   Q.      Why don't we take a look at that.  If we could go to

10:27:22 15   the next slide.  Using all 26 data sets, what was the final

10:27:25 16   model you predicted?

10:27:27 17   A.      The final model, this is the one that we mentioned

10:27:32 18   our 20,000 foot discussion at the very beginning of this,

10:27:36 19   simply relates the time at which USP II dissolves a certain

10:27:42 20   amount as being a little less than twice the amount of time

10:27:46 21   required for USP II, and that's regardless of the shape of

10:27:50 22   these dissolution profiles.

10:27:52 23   Q.      What was the final accuracy you calculated for your

10:27:57 24   model?

10:27:58 25   A.      The final accuracy again was less than two percentage

Thisted - direct

10:28:01 1    points.

10:28:01 2    Q.    What does that value tell you about the accuracy of

10:28:05 3    your predictions?

10:28:06 4    A.    It indicates as before, that the Accelerated Time

10:28:14 5    Scale Dissolution Model, the ATD model, using this value

10:28:19 6    derived from 26 data sets of an acceleration factor of 1.86,

10:28:25 7    very closely produces predictions that very closely

10:28:29 8    replicate actual USP II data.

10:28:33 9    Q.    So professor, after developing your final statistical

10:28:36 10   model, did you do any other analyses on the model?

10:28:40 11   A.    Well, in the process of developing the model, I did

10:28:46 12   other analyses to determine whether the candidate model, the

10:28:50 13   simple model that we've just discussed was adequate to

10:28:55 14   capture the systematic relationship between the two.

10:29:00 15   Q.    Why don't we look at one of those additional

10:29:03 16   analyses.  If you could go to the next slide.

10:29:05 17   A.    So this is an example of one of the analyses that I

10:29:09 18   did in the training set, when I was looking at candidate

10:29:15 19   models.  The 26 data sets actually comprised data from both

10:29:21 20   25-milligram tablets and 50-milligram tablets.  Now, in

10:29:26 21   principal, it's possible that the acceleration factor would

10:29:31 22   be different for 25-milligram and 50-milligram tablets, so

10:29:36 23   that was a more complex model that I entertained, that is

10:29:42 24   separately fitting a model to 25-milligram and 50-milligram

10:29:47 25   models, to see if that additional complexity improved the

Thisted - direct

10:29:52 1  precision of the analysis sufficiently to use it.

10:30:00 2  Q.      Just, high level, did it make a difference between

10:30:03 3  the 25 and 50-milligrams?

10:30:05 4  A.      At a high level, it did not, the time scale

10:30:08 5  acceleration factors were virtually identical in the 25 and

10:30:13 6  50-milligram tablets.  In fact, this shows the results again

10:30:16 7  in the training set and for the smaller dosage, the time

10:30:23 8  factor was 1.863, 1.8633, and for the 50-milligram was

10:30:32 9  1.8679.  The difference, only occurs in the third place

10:30:38 10  after the decimal, that's a difference of .0046, it's a

10:30:43 11  difference that makes virtually no -- has virtually no

10:30:47 12  effect on the size of any of the predictions.  So I

10:30:52 13  concluded that added complexity did not actually improve the

10:30:59 14  model sufficiently to take it into account.  So this is one

10:31:02 15  of those potential refinements that I considered ended up,

10:31:09 16  didn't need to use because as we said before, the goal is

10:31:13 17  the simplest model that provides adequate accuracy in

10:31:18 18  prediction.

10:31:18 19  Q.      Just in summary, with the 25 and 50-milligrams, what

10:31:22 20  did you ultimately conclude regarding your model whether you

10:31:25 21  needed to consider, or the distinction between the two?

10:31:28 22  A.      My conclusion was that the original simpler candidate

10:31:34 23  model which simply had a single time factor, was the model

10:31:41 24  to proceed with.

10:31:42 25  Q.      Thank you.

Thisted - direct

10:31:44 1         So now I would like to turn to your application

10:31:47 2  of the model to defendants' ANDA products.  If we go to the

10:31:52 3  next slide.  Professor, which defendants in the case will

10:31:54 4  you discuss today?

10:31:55 5  A.    I'll discuss data from Zydus and Lupin.

10:31:58 6  Q.    Why don't we first turn to your predictions for

10:32:01 7  Zydus.  Professor, which tablet strengths did you analyze

10:32:05 8  for Zydus?

10:32:07 9  A.    I analyzed data from 25-milligram and 50-milligram

10:32:11 10  dosage strengths.

10:32:13 11  Q.    Professor, how many different batches of the Zydus

10:32:16 12  products did you analyze?

10:32:17 13  A.    Six different batches, three from each of the two

10:32:20 14  dosage strengths.

10:32:21 15  Q.    How many tablets did you analyze for the Zydus ANDA

10:32:25 16  products in total?

10:32:26 17  A.    72 in total, 36 from each of the two dosage

10:32:30 18  strengths.

10:32:30 19  Q.    Where did you obtain the Zydus dissolution data for

10:32:34 20  the ANDA products?

10:32:35 21  A.    I obtained the data from the ANDA submission of Zydus

10:32:40 22  to the FDA.

10:32:41 23  Q.    Why don't we look at some of the Zydus data that you

10:32:44 24  analyzed.  If you go to the next slide.  First, which

10:32:47 25  exhibit contains the Zydus data you analyzed?

367

Thisted - direct

10:32:51 1    A.    PTX-336.

10:32:55 2    Q.    If you could turn in your binder to PTX-336.  We have

10:32:59 3    it up on the screen for you?

10:33:01 4    A.    Yes.

10:33:02 5    Q.    What is PTX-336?

10:33:05 6    A.    PTX-336 contains the data compilations that I used,

10:33:12 7    extracted from the ANDA that I used in my calculations.

10:33:17 8    Q.    Is PTX-336 an accurate compilation of the Zydus ANDA

10:33:23 9    you used in your compilations?

10:33:25 10   A.    It is.

10:33:26 11            MR. LEONARD:  At this time, plaintiffs move to

10:33:28 12   admit evidence PTX-336, provisionally under seal.

10:33:33 13            MR. ABRAMOWITZ:  No objection, Your Honor.

10:33:34 14            THE COURT:  Received.

10:33:35 15   BY MR LEONARD:

10:33:40 16   Q.    Turning to their source today it is a, which exhibit

10:33:43 17   contains the Zydus dissolution data that you used?

10:33:51 18   A.    PTX-8027.

10:33:53 19   Q.    If you could turn binder to PTX-8027.

10:33:55 20   A.    Yes.

10:33:59 21   Q.    Sorry, PTX-8027 is the source document from which

10:34:02 22   these data sets were extracted.

10:34:06 23            MR. LEONARD:  At the time, Your Honor,

10:34:10 24   plaintiffs move to admit into evidence, PTX-8026

10:34:11 25   provisionally under seal.

Thisted - direct

10:34:13  1          MR. ABRAMOWITZ:  No objection.

10:34:14  2          THE COURT:  Received.

10:34:14  3          (PTX Exhibit No. 8026 was admitted into

10:34:16  4  evidence.)

10:34:16  5          MR. LEONARD:  I'm sorry, did I misspeak?

10:34:20  6          THE COURT:  You said 27.

10:34:21  7          MR. LEONARD:  26 or 27?  I think it's already in

10:34:27  8  actually.

10:34:28  9          THE COURT:  Which are you moving?

10:34:31 10          MR. LEONARD:  Sorry, one minute, Your Honor.

10:34:34 11          THE COURT:  Thank you.  27 is already in

10:34:37 12  evidence.

10:34:37 13          MR. LEONARD:  I apologize.

10:34:39 14          THE COURT:  So which do you want?

10:34:40 15          MR. LEONARD:  27, so we'll just proceed.

10:34:49 16  BY MR LEONARD:

10:34:49 17  Q.    If could go back to the slides.  Professor Thisted,

10:34:51 18  which patch of Zydus 25-milligram ANDA product did you

10:34:55 19  analyze?

10:34:58 20  A.    The three batches that I examined were labeled lot

10:34:59 21  EGE 365, EGE 368, EGE 371.

10:35:02 22  Q.    And professor, when were these batches manufactured?

10:35:02 23  A.    In November and December of 2015.

10:35:12 24  Q.    When were these batches tested by dissolution?

10:35:16 25  A.    They were tested in December of 2015.

Thisted - direct

10:35:20 1  Q.      How many tablets of each batch did you analyze in

10:35:23 2  your model?

10:35:24 3  A.      12.

10:35:25 4  Q.      So why don't we take a closer look at one of those

10:35:29 5  Zydus batches.  Professor, which Zydus batch are we looking

10:35:34 6  at here?

10:35:34 7  A.      This is the batch labeled EGE 368.

10:35:37 8  Q.      Can you briefly walk us through what's on this table

10:35:39 9  that we see here?

10:35:40 10 A.      Yes.  Along the top the first row, shows the hours at

10:35:45 11 which dissolution was observed.  And then we have 12 rows

10:35:52 12 that follow, one for each of the 12 tablets that Zydus

10:35:56 13 tested, and so for each tablet, for instance, the first

10:36:00 14 tablet, we have a dissolution profile using USP I at

10:36:06 15 100 RPM, for that particular tablet and we have 12 such

10:36:12 16 tablets.

10:36:13 17 Q.      What were the dissolution conditions used by Zydus to

10:36:16 18 generate this data?

10:36:17 19 A.      The dissolution conditions were a phosphate buffer at

10:36:22 20 pH 6.8 with 900 milliliters of that media, at a temperature

10:36:29 21 of 37 degrees Celsius.

10:36:31 22 Q.      How did you use this data on this table in your

10:36:36 23 model?

10:36:36 24 A.      So the question I was asked to address involved USP

10:36:42 25 II values at one-and-a-half hours and at seven hours.  So I

Thisted - direct

10:36:50 1    used the statistical prediction model that we just discussed

10:36:54 2    to obtain for each of the 12 tablets, a prediction for what

10:37:09 3    USP II would produce at one-and-a-half and what USP II would

10:37:09 4    produce for that tablet at seven hours.

10:37:11 5    Q.      And when you were doing your modeling, did you

10:37:14 6    consider all 12 tablets?

10:37:15 7    A.      Yes, I did.  I did that calculation for each of the

10:37:18 8    12 tablets.

10:37:19 9    Q.      And now turning to the other two batches for Zydus,

10:37:23 10   did you do the same analysis on each lot of the Zydus

10:37:26 11   25-milligram product?

10:37:27 12   A.      Yes, I did exactly the same analysis for each of

10:37:30 13   those other batches.

10:37:31 14   Q.      I would like to now turn to the predictions for

10:37:35 15   Zydus.  Professor, first, what product predictions are

10:37:38 16   provided on PDX-5043?

10:37:43 17   A.      Predictions on the left are shown for one-and-a-half

10:37:46 18   hours, and product prediction data on the right are shown at

10:37:51 19   seven hours.

10:37:51 20   Q.      And which particular product are these predictions

10:37:52 21   for?

10:37:52 22   A.      These are for Zydus 25-milligram ANDA product.

10:38:00 23   Q.      First, if we could look at the data on the left, what

10:38:02 24   time point are these predictions for?

10:38:04 25   A.      These are predictions at one-and-a-half hours using

Thisted - direct

10:38:09 1  **USP II.**

10:38:09 2  **Q.    And looking at that 1.5 hour time point, what result**

10:38:15 3  **for USP dissolution did you obtain for batch EGE 365?**

10:38:20 4  **A.    So for 365, the first number there shows the**

10:38:26 5  **predicted mean dissolution using USP II at 1.5 hours, so**

10:38:33 6  **that's the predicted means of the 12 tablets that were**

10:38:37 7  **measured.**

10:38:38 8  **Q.    And what value did you obtain?**

10:38:40 9  **A.    28.5 percent.**

10:38:42 10  **Q.    And how do you interpret that value using the RMSE**

10:38:47 11  **value you calculated for your model?**

10:38:49 12  **A.    Well, as we indicated, the RMSE was around 1.5,**

10:38:55 13  **1.7 percent.  And that means that the predictions for any**

10:39:03 14  **given tablet could be above or below, the actual values**

10:39:09 15  **could be above or below the predicted value by some amount**

10:39:13 16  **for all of the tablets were on the high side, we could get**

10:39:18 17  **-- this could be as high as maybe two percentage points**

10:39:22 18  **higher than what we're seeing here.  So, it might be as high**

10:39:25 19  **as 30.5 percent, or as low as 26.5 percent, but it's not**

10:39:31 20  **going to be appreciably outside those ranges, so that takes**

10:39:37 21  **into account the predictive accuracy of the model.**

10:39:42 22  **Q.    Do you see the column labeled 95 percent confidence**

10:39:49 23  **interval?**

10:39:50 24  **A.    I do.**

10:39:50 25  **Q.    What does that term mean?**

Thisted - direct

10:39:52 1   A.     The 95 percent confidence interval is a statistical

10:39:56 2   method that's used to -- well, a way to describe it is to

10:40:01 3   say if you were to look at all of the tablets in batch EGE

10:40:06 4   365, tested and untested, tens of thousands of tablets,

10:40:13 5   their mean predicted USP II dissolution would be unlikely to

10:40:19 6   fall outside the range shown by the confidence interval,

10:40:24 7   27.0 percent to 29.9 percent.  So that says that the mean

10:40:29 8   value for the dissolution profile predicted for USP II at

10:40:35 9   one-and-a-half hours, is very likely to be in that pretty

10:40:39 10  narrow range.

10:40:40 11  Q.     Now, was a 95 percent confidence interval calculation

10:40:50 12  a standard statistical calculation?

10:40:50 13  A.     Yes, calculating 95 percent confidence intervals is

10:40:54 14  perhaps one of the most common statistical calculations done

10:40:57 15  in general.

10:40:57 16  Q.     Now for batch EGE 365, what was the 95 percent

10:41:02 17  confidence interval you had calculated?

10:41:03 18  A.     It ranged from 27.0 percent to 29.9 percent.

10:41:08 19  Q.     Looking at the 1.5 hour time point, what results for

10:41:12 20  the USP dissolution did you obtain for the other two batches

10:41:15 21  of Zydus' 25-milligram product?

10:41:18 22  A.     For EGE 368, the predicted mean dissolution at

10:41:23 23  one-and-a-half hours using USP II was 27.4 percent, and the

10:41:27 24  corresponding confidence interval range from 26.3 percent to

10:41:31 25  28.6 percent.  Similarly, for batch EGE 371, the predicted

Thisted - direct

10:41:37 1   mean USP II dissolution at one-and-a-half hours was

10:41:42 2   26.5 percent, and the confidence interval range from 25.6 to

10:41:47 3   27.4 percent.

10:41:50 4   Q.     And for all three batches of Zydus' 25-milligram

10:41:54 5   tablet, how many of them met the dissolution limitation of

10:41:58 6   less than or equal to 39 percent at 1.5 hours?

10:42:01 7   A.     All of the 36 tablets had a predicted dissolution at

10:42:07 8   1.5 hours using USP II that fell below 39 percent.

10:42:12 9   Q.     Let's turn to the seven-hour time point.  Which

10:42:15 10  batches did you analyze?

10:42:16 11  A.     I looked at exactly the same three batches that we

10:42:19 12  just discussed.

10:42:20 13  Q.     Did you summarize the results for the seven-hour time

10:42:23 14  point?

10:42:23 15  A.     For the seven-hour time point, there was essentially

10:42:27 16  no variability in the predictions.  All 36 tablets were

10:42:31 17  predicted to have dissolved 100 percent by seven hours

10:42:36 18  measured by the USP II method.

10:42:38 19  Q.     And do you see where it says smallest value.  What

10:42:41 20  does that mean?

10:42:42 21  A.     That simply means, in this case, that of the 36

10:42:45 22  tablets, none had a predicted dissolution less than

10:42:49 23  100 percent, none were predicted to have had any undissolved

10:42:52 24  material at seven hours.

10:42:57 25  Q.     Now for all three batches, how many of the Zydus

Thisted - direct

10:43:02 1  25-milligram tablets met the dissolution limitation of at

10:43:06 2  least 75 percent at seven hours?

10:43:08 3  A.     Since the predicted dissolution were at 100 percent,

10:43:11 4  all of them were above 75 percent.

10:43:13 5  Q.     For the predictions that are shown at PDX-5043, which

10:43:18 6  exhibit contains those calculations?

10:43:20 7  A.     That would be exhibit PTX-335.

10:43:22 8          MR. LEONARD:  Your Honor, at this time,

10:43:30 9  plaintiffs move to admit PTX-335 into evidence.

10:43:30 10          THE COURT:  Any objection?

10:43:30 11          MR. ABRAMOWITZ:  No objection, Your Honor.

10:43:33 12          THE COURT:  Received.

10:43:33 13          (PTX Exhibit No. 335 was admitted into

10:43:34 14  evidence.)

10:43:34 15  BY MR LEONARD:

10:43:35 16  Q.     So, now, why don't we look at the Zydus 50-milligram

10:43:39 17  product.  So Professor Thisted, which batches of Zydus'

10:43:44 18  50-milligram ANDA product did you analyze?

10:43:46 19  A.     Batches label EGE 366, 369, and 370.

10:43:52 20  Q.     When were these batches manufactured?

10:43:54 21  A.     In December of 2015.

10:43:57 22  Q.     And when were these batches tested by dissolution?

10:44:02 23  A.     They were all tested in mid December of 2015.

10:44:05 24  Q.     How many tablets of each batch did you analyze?

10:44:08 25  A.     12.

Thisted - direct

10:44:09  1   Q.      So now, why don't we take a look at one of the Zydus

10:44:15  2   batches.   If you could go to the next slide.   Which batch

10:44:18  3   are we looking at here?

10:44:19  4   A.      There is batch EGE 369.

10:44:21  5   Q.      Can you briefly walk us through the data that's on

10:44:24  6   this table?

10:44:27  7   A.      Once again, this table is identical in form to the

10:44:28  8   one we looked at for 25-milligram tablets showing times

10:44:32  9   across the top, individual 12 tablets going down and for

10:44:38  10   each tablet, we have a dissolution profile for that tablet

10:44:45  11   from which predictions can be made.

10:44:47  12   Q.      What were the dissolution conditions used by Zydus to

10:44:52  13   generate this data?

10:44:52  14   A.      Once again, a phosphate buffer at pH of 6.8 with

10:44:57  15   900 milliliters of media, at 37 degrees celsius.

10:45:01  16   Q.      How did you use this data in this table in your

10:45:04  17   model?

10:45:04  18   A.      As before, I calculated a predicted dissolution at

10:45:07  19   one-and-a-half hours and a predicted dissolution at seven

10:45:10  20   hours for each of the 12 tablets.

10:45:15  21   Q.      And did you do the same analysis for each of the lot

10:45:19  22   of Zydus' 50-milligram and today product?

10:45:23  23   A.      Yes.

10:45:24  24   Q.      If you could turn to the next slide.   First, what

10:45:26  25   product predictions are provided on this slide?

Thisted - direct

10:45:28 1    A.      These are predictions for Zydus' 50-milligram ANDA

10:45:33 2    products.

10:45:34 3    Q.      And looking at the 1.5 hour time point, what results

10:45:37 4    for USP II dissolution did you obtain for each Zydus batch?

10:45:41 5    A.      For batch EGE 366, the predicted mean USP II

10:45:46 6    dissolution at one-and-a-half hours was 23.4 percent.  The

10:45:50 7    confidence interval ranged from 22.8 percent to 24 percent.

10:45:54 8    For batch EGE 369, the predicted mean USP II dissolution at

10:45:59 9    one-and-a-half hours was 23.2 percent, the confidence

10:46:04 10   interval range from 22 percent to 24.5 percent.  And for

10:46:08 11   batch EGE 370, the predicted mean USP II dissolution at

10:46:14 12   one-and-a-half hours was 22.1 percent, with a confidence

10:46:18 13   interval ranging from 21.3 to 23 percent.

10:46:22 14   Q.      For all three batches, how many of the Zydus

10:46:25 15   50-milligram tablets met the dissolution limitation of less

10:46:29 16   than or equal to 39 percent at 1.5 hours?

10:46:33 17   A.      All 36 were predicted to have dissolution below

10:46:36 18   39 percent at one-and-a-half hours.

10:46:38 19   Q.      Now let's turn to the seven-hour time point.  Which

10:46:41 20   batches did you analyze?

10:46:42 21   A.      I analyzed the same three batches.

10:46:44 22   Q.      Can you summarize the results you obtained from all

10:46:47 23   three batches?

10:46:48 24   A.      Once again, all 36 tablets were predicted to have

10:46:51 25   completely dissolved by seven hours and so as a consequence,

Thisted - direct

10:46:56 1  none had dissolution less than 100 percent predicted at

10:47:00 2  seven hours.  As a consequence, all 36 of them were above

10:47:05 3  the 75 percent point in the dissolution limitation.

10:47:10 4  Q.    So for all three batches, how many of the Zydus

10:47:15 5  50-milligram tablets met the dissolution limitation of at

10:47:19 6  least 75 percent at seven hours?

10:47:20 7  A.    36 of 36.

10:47:26 8  Q.    So now, let's turn to Lupin.  If you go to the next

10:47:29 9  slide.  So professor, which tablets strengths did you

10:47:34 10  analyze for Lupin?

10:47:35 11  A.    I analyzed 25-milligram and 50-milligram tablet

10:47:39 12  strengths.

10:47:39 13  Q.    How many Lupin batches did you analyze?

10:47:43 14  A.    I analyzed six different batches, three each from

10:47:47 15  25-milligram and 50-milligram strengths.

10:47:49 16  Q.    How many tablets of Lupin ANDA product did you

10:47:53 17  analyze?

10:47:53 18  A.    72 in all, 36 from each dosage strength.

10:47:56 19  Q.    Where did you obtain Lupin's dissolution data for its

10:48:00 20  ANDA products?

10:48:01 21  A.    I obtained the data from Lupin's ANDA submission to

10:48:05 22  the FDA.

10:48:06 23  Q.    Why don't we take a look at that Lupin data.  If we

10:48:11 24  go to the next slide.  So Professor Thisted, which exhibit

10:48:11 25  contains the Lupin data you analyzed?

Thisted - direct

10:48:19 1    A.      PTX-332 contains my compilation of the data.

10:48:25 2    Q.      And if could go in your binder to PTX-332.

10:48:29 3    A.      Yes.

10:48:30 4    Q.      And what is PTX-332?

10:48:32 5    A.      PTX-332, again, contains the compilation of Lupin's

10:48:42 6    data extracted from its ANDA submitted to the FDA.

10:48:45 7    Q.      Is PTX-332 an accurate compilation of Lupin's

10:48:50 8    dissolution data that you used in your model?

10:48:51 9    A.      Yes, it is.

10:48:52 10              MR. LEONARD:  Your Honor, at this time,

10:48:54 11   plaintiffs move to admit PTX-332 into evidence.

10:48:57 12              MR. ZIMMERMAN:  No objection.

10:48:58 13              THE COURT:  Received.

10:48:59 14              (PTX Exhibit No. 332 was admitted into

10:49:00 15   evidence.)

10:49:00 16   BY MR LEONARD:

10:49:04 17   Q.      Now does PTX-332 contain cross-references to the

10:49:07 18   source data for Lupin's dissolution data?

10:49:10 19   A.      Yes, those were shown on the previous slide.

10:49:12 20   Q.      If you could go back to the slide.

10:49:15 21              Down at the bottom there are Bates numbers for

10:49:17 22   each of these data sets that cross-reference to the ANDA

10:49:23 23   submission, and turning to their source data, which exhibit

10:49:27 24   contains the Lupin dissolution data you used?

10:49:30 25   A.      PTX-4043.

10:49:33 1           MR. LEONARD:  Your Honor, at this time,

10:49:34 2   plaintiffs move to admit PTX-4043 into evidence

10:49:38 3   provisionally sealed.

10:49:40 4           MR. ZIMMERMAN:  No objection.

10:49:40 5           THE COURT:  Received.

10:49:41 6           (PTX Exhibit No. 4043 was admitted into

10:49:42 7   evidence.)

10:49:42 8   BY MR LEONARD:

10:49:50 9   Q.      If we could go back to the slides.

10:49:50 10          So Professor Thisted, which batches of Lupin's

10:49:52 11  25-milligram ANDA product did you analyze?

10:49:55 12  A.      I analyzed batches labeled M, as in Mike, 590788,

10:50:02 13  M590789, and M590790.

10:50:08 14  Q.      When were these batches tested by dissolution?

10:50:11 15  A.      They were all tested in December of 2015.

10:50:14 16  Q.      How many tablets of each batch did you analyze?

10:50:18 17  A.      12.

10:50:19 18  Q.      And why don't we take a look at one of those batches.

10:50:22 19  If you go to the next slide.  So which Lupin batch are we

10:50:27 20  looking at here?

10:50:28 21  A.      Here we are looking at batch number M590788.

10:50:30 22  Q.      And can you briefly walk us through what's on this

10:50:37 23  table?

10:50:38 24  A.      This table is analogous to the ones we looked at with

10:50:41 25  Zydus, with the exception that time is now going down rather

Thisted - direct

10:50:45 1   than across.  The tablets are going across rather than down.

10:50:49 2   So each tablet dissolution profile using USP I, is shown in

10:50:56 3   a column.  The column is labeled 1 through 12.

10:51:01 4   Q.    And what were the dissolution conditions used by

10:51:04 5   Lupin to generate this data?

10:51:06 6   A.    The dissolution conditions were a phosphate buffer at

10:51:09 7   pH 6.8 in 900 milliliters of that media, at 37 degrees

10:51:16 8   Celsius.

10:51:17 9   Q.    How did you use the data on this table in your model?

10:51:20 10   A.    As before, for each tablet, I used my predictive

10:51:25 11   model to obtain a predicted dissolution using USP II at

10:51:30 12   one-and-a-half hours and at seven hours for each tablet.

10:51:33 13   Q.    And did you do the same analysis for each lot of

10:51:36 14   Lupin's 25-milligram ANDA product?

10:51:39 15   A.    I did.

10:51:40 16   Q.    Go to the next slide, which is PDX-5051.  So first,

10:51:45 17   which product predictions are provided on this slide?

10:51:47 18   A.    These are predictions for Lupin's 25-milligram ANDA

10:51:53 19   product.

10:51:52 20   Q.    Looking at the 1.5 hour time point, what results for

10:51:56 21   Lupin's USP II dissolution did you obtain for each batch?

10:52:01 22   A.    For batch M590788, the predicted USP mean dissolution

10:52:08 23   at one-and-a-half was 33.0 percent, the confidence interval

10:52:12 24   range from 30.2 to 35.9 percent.  For batch M590789, the

10:52:12 25   predicted mean USP II dissolution at one half hours was

Thisted - direct

10:52:24 1    28.6 percent, the confidence interval range from 25.1 to

10:52:28 2    32.1 percent.  And for batch M590790, the predicted mean USP

10:52:40 3    II dissolution at one-and-a-half hours was 33.1 percent,

10:52:44 4    with a confidence interval ranging from 30.9 percent to

10:52:48 5    35.4 percent.

10:52:50 6    Q.    For all three batches, how many of the Lupin's

10:52:53 7    25-milligram tablets met the dissolution limitation of less

10:52:57 8    than or equal to 39 percent at 1.5 hours?

10:53:00 9    A.    All 36 were predicted to have a USP II dissolution at

10:53:04 10   one-and-a-half hours that fell below 39 percent.

10:53:07 11   Q.    So let's turn now to the seven-hour time point.

10:53:10 12   Which batches did you analyze?

10:53:12 13   A.    I analyzed the same three batches of Lupin's

10:53:15 14   25-milligram product.

10:53:16 15   Q.    Can you summarize the seven-hour results you

10:53:19 16   obtained?

10:53:20 17   A.    Overall of the batches, the predicted mean USP II

10:53:24 18   dissolution was 98.8 percent, and of the 36 individual

10:53:28 19   tablets, the smallest predicted value at seven hours was

10:53:33 20   94.5 percent.

10:53:33 21   Q.    And for all three batches, how many of the Lupin's

10:53:38 22   25-milligram tablets met the dissolution limitation of at

10:53:42 23   least 75 percent at seven hours?

10:53:42 24   A.    All 36 of the tablets had a predicted dissolution

10:53:47 25   using USP II at seven hours, that fell above 75 percent.

Thisted - direct

10:53:51  1    Q.      And for the predictions shown on the slide, which

10:53:55  2    exhibit contains your calculations?

10:53:56  3    A.      That would be Exhibit 3 -- PTX-331.

10:54:03  4            MR. LEONARD:  At this time, Your Honor,

10:54:04  5    plaintiffs move into evidence PTX-331.

10:54:08  6            THE COURT:  Any objection?

10:54:11  7            MR. ZIMMERMAN:  No objection.  I believe it's

10:54:11  8    already moved in, Your Honor.

10:54:12  9            THE COURT:  Okay.  Received.

10:54:14 10            (PTX Exhibit No. 331 was admitted into

10:54:16 11    evidence.)

10:54:16 12    BY MR LEONARD:

10:54:27 13    Q.      If you could now turn to the Lupin 50-milligram

10:54:30 14    product.  Which batches of Lupin's 50-milligram ANDA product

10:54:34 15    did you analyze?

10:54:35 16    A.      I analyzed batches M590785, 786, and 787.

10:54:46 17    Q.      And when were these batches tested?

10:54:48 18    A.      They were tested in December of 2015.

10:54:51 19    Q.      How many tablets did you analyze for each batch?

10:54:54 20    A.      12.

10:54:56 21    Q.      If you could turn to the next slide.  Which batch of

10:55:02 22    Lupin tablets are we looking at here?

10:55:05 23    A.      Here we're looking at the batch from M590786.

10:55:10 24    Q.      Can you briefly walk us through what's on this table?

10:55:12 25    A.      Once again, as with the 25-milligram tablets, the

Thisted - direct

10:55:17 1    time points at which dissolution using USP I was observed

10:55:21 2    are shown vertically in the column labeled time in hours,

10:55:26 3    and individual tablets are shown horizontally, tablets 1

10:55:32 4    through 12 in this batch, and for each tablet we have in

10:55:36 5    that tablet's column the corresponding dissolution at each

10:55:40 6    time point using USP I.  So for each tablet, we have a USP I

10:55:46 7    dissolution profile.

10:55:47 8    Q.      What were the dissolution conditions used by Lupin to

10:55:50 9    generate this data?

10:55:51 10   A.      The dissolution conditions were evaluated in a

10:55:56 11   phosphate buffer at pH 6.8, with 900 milliliters of media at

10:56:04 12   37 degrees Celsius.

10:56:05 13   Q.      How did you use the data in this table in your model?

10:56:09 14   A.      As before, for each of the tablets, I used that

10:56:12 15   tablet USP I dissolution profile and my statistical

10:56:16 16   prediction model to obtain a predicted dissolution for that

10:56:20 17   tablet at one-and-a-half hours using USP II, as well as, a

10:56:24 18   prediction for that tablet at seven hours.

10:56:28 19   Q.      And did you do the same analysis for each lot of

10:56:31 20   Lupin's 50-milligram ANDA product?

10:56:34 21   A.      Yes, I did.

10:56:35 22   Q.      So if could go to the next slide, which is PDX-5054.

10:56:41 23   First, what product predictions are provided on this slide?

10:56:44 24   A.      These are predictions for Lupin 50-milligram ANDA

10:56:52 25   product.

Thisted - direct

10:56:54 1    Q.    Looking at the 1.5 hour time point, what results for

10:56:54 2    USP II dissolution did you obtain for each Lupin batch?

10:56:55 3    A.    For batch M590785, the predicted USP II dissolution

10:57:01 4    mean at one-and-a-half hours was 23.3 percent, the

10:57:05 5    confidence interval ranged from 21.3 percent to

10:57:10 6    25.2 percent.

10:57:11 7         For batch M590786, the predicted mean USP II

10:57:17 8    dissolution at 1.5 hours was 25.2 percent.  The confidence

10:57:24 9    interval ranked from 22.7 to 27.6 percent.  And for batch

10:57:29 10   M590787, the mean USP II dissolution at one-and-a-half hours

10:57:36 11   was predicted to be 23.5 percent with a confidence interval

10:57:41 12   ranging from 21.7 percent to 25.3 percent.

10:57:46 13   Q.    For all three batches, how many of the Lupin

10:57:49 14   50-milligram tablets met the dissolution limitation of less

10:57:53 15   than or equal to 39 percent, at 1.5 hours?

10:57:56 16   A.    All of them did.

10:57:58 17   Q.    Let's now turn to the seven-hour time point.  Which

10:58:02 18   batches did you analyze?

10:58:04 19   A.    I analyzed the same three batches.

10:58:07 20   Q.    And can you summarize the results?

10:58:10 21   A.    Overall, three batches, the average predicted USP II

10:58:15 22   dissolution at seven hours was 99.8 percent.  And of the 36

10:58:19 23   tablets, the smallest predicted dissolution at seven hours

10:58:23 24   with USP II was 96.1 percent.

10:58:27 25   Q.    Now, for all three batches, how many of the Lupin

Thisted - direct

10:58:31 1    50-milligram tablets met the dissolution limitation of at

10:58:35 2    least 75 percent at seven hours?

10:58:36 3    A.      All 36 of them met the dissolution restriction.

10:58:48 4    Q.      Thank you.

10:58:49 5            If we could turn to the next slide.  Now,

10:58:52 6    Professor Thisted, did you make predictions for other

10:58:55 7    defendants' products who are no longer in the case?

10:58:58 8    A.      Yes, I did.

10:58:59 9    Q.      And could we first -- well first of all, which other

10:59:02 10   defendants did you make predictions for?

10:59:03 11   A.      I made predictions for ANDA products of Sawai,

10:59:08 12   Aurobindo and Apotex.

10:59:09 13   Q.      If we could first turn to Sawai, if we go to the next

10:59:13 14   slide, which is PDX-5056.  First, which product predictions

10:59:18 15   are provided here?

10:59:18 16   A.      These are the predictions for Sawai 25-milligram ANDA

10:59:22 17   product.

10:59:23 18   Q.      Looking at the 1.5 hour time point, what results for

10:59:26 19   USP II dissolution did you obtain for Sawai's 25-milligram

10:59:30 20   ANDA product?

10:59:31 21   A.      For batch 15KP001B, the predicted mean USP II

10:59:42 22   dissolution at one-and-a-half hours was 36.9 percent, with a

10:59:44 23   confidence interval ranging from 36.1 to 37.6 percent.  For

10:59:48 24   batch 15KP002B, the mean predicted USP II dissolution at

10:59:52 25   one-and-a-half hours was 37.8 percent.  The confidence

Thisted - direct

11:00:00 1    interval ranged from 36.5 to 39.0 percent.  For batch

11:00:09 2    15KP003B, the predicted mean USP II dissolution at

11:00:13 3    one-and-a-half hours was 34.8 percent with a 95 percent

11:00:19 4    confidence interval ranging from 31.8 to 37.9 percent.

11:00:25 5    Q.      Now, for all three batches, how many of the Sawai

11:00:29 6    25-milligram tablets you analyzed, met the dissolution

11:00:32 7    limitation of less than or equal to 39 percent at 1.5 hours?

11:00:35 8    A.      All 18 of the 18 tablets tested, met the limitation.

11:00:41 9    Q.      If we could now turn to the seven-hour time point.

11:00:43 10   Which batches did you analyze?

11:00:45 11   A.      I analyzed the same three batches of Sawai's

11:00:48 12   25-milligram product.

11:00:49 13   Q.      Can you summarize your results?

11:00:51 14   A.      The results again, showed the predicted USP II

11:00:56 15   dissolution of 100 percent for all 18 of the tested tablets.

11:01:01 16   Q.      For all three batches, how many of the Sawai

11:01:03 17   25-milligram tablets you analyzed, met the dissolution

11:01:07 18   limitation of at least 75 percent at seven hours?

11:01:10 19   A.      Once again, all 18 of the tablets tested, met the

11:01:12 20   limitation.

11:01:12 21   Q.      Now, for the predictions shown on this slide, which

11:01:18 22   exhibit contains the calculations you used?

11:01:21 23   A.      Exhibit PTX-333.

11:01:24 24          MR. LEONARD:  Your Honor, at this time

11:01:26 25   plaintiffs move to admit exhibit PTX-333 into evidence.

Thisted - direct

11:01:38 1          THE COURT:  Any objections?

11:01:38 2          MR. ZIMMERMAN:  No objection.

11:01:38 3          THE COURT:  Received.

11:01:38 4          (PTX Exhibit No. 333 was admitted into

11:01:38 5   evidence.)

11:01:38 6   BY MR LEONARD:

11:01:39 7   Q.     And Professor Thisted, for the predictions shown on

11:01:41 8   this slide, which exhibit contains the data you used?

11:01:48 9   A.     This is Sawai's 25-milligram ANDA product.  The data

11:01:53 10  I used are contained in PTX-334.

11:01:56 11         MR. LEONARD:  Your Honor, at this time,

11:01:57 12  plaintiffs move to admit into evidence PTX-334,

11:02:00 13  provisionally sealed.

11:02:02 14         MR. ZIMMERMAN:  Your Honor, we would object.

11:02:04 15  They can't lay the foundation for the Sawai data since Sawai

11:02:08 16  is not here.  So it's okay to admit the doctor's

11:02:18 17  calculations based on the data, but the underlying data

11:02:18 18  itself, they can't lay a foundation for, and it will apply

11:02:20 19  to all of the defendants who have settled and are not here.

11:02:22 20         THE COURT:  All right.  And what's your

11:02:27 21  response?

11:02:27 22         MR. LEONARD:  My response is, we certainly

11:02:28 23  provided his compilation of that data and I know it goes to

11:02:30 24  the MIL and the other disputes we have with the other

11:02:35 25  defendants, so I think given the substance of it, it would

Thisted - direct

11:02:38 1   make sense to admit it now and consider later whether there

11:02:41 2   is any other objection to it.

11:02:42 3          MR. ZIMMERMAN:  Your Honor, the fundamental

11:02:45 4   problem is, they don't have anybody from Sawai, Apotex or

11:02:50 5   Aurobindo, who can say these this is our stuff, these are

11:02:53 6   our documents, these are our bills, this is what was tested.

11:02:57 7   The professor can rely on hearsay in his calculations and

11:03:00 8   his appendix of calculations, but the underlying documents

11:03:04 9   itself are unauthenticated.  If they want to call a Sawai

11:03:08 10  witness and bring them to court, or Aurobindo and Apotex

11:03:12 11  witness, they can lay a proper foundation, but they don't

11:03:15 12  have that in this record.

11:03:17 13         THE COURT:  Let me do a little bit of research

11:03:19 14  so let's take ten and I'll come back and make a ruling.

11:03:22 15  Okay.

11:03:23 16         MR. LEONARD:  Thank you, Your Honor.

11:03:24 17         MR. ZIMMERMAN:  Thank you.

11:03:25 18         COURT CLERK:  All rise.

11:03:26 19         (A brief recess was taken.)

11:11:57 20         THE COURT:  Please be seated.

11:11:58 21         So my question for plaintiff's counsel is, what

11:12:02 22  is the relevance?  I think I understand, but I need to know

11:12:06 23  why you think it's relevant, the information concerning

11:12:11 24  dismissed defendants.

11:12:12 25         MR. LEONARD:  So, you'll hear later from

Thisted - direct

11:12:15 1    Professor Little, who will use some of this information to

11:12:18 2    explain how these formulations work, and this is just

11:12:21 3    another data point, this goes to one of the issues that

11:12:23 4    Judge Burke decided in a motion in limine, and provisionally

11:12:28 5    ruled that we could admit such evidence and that you could

11:12:31 6    see for yourself how that fit in.  That's why we're --

11:12:35 7              THE COURT:  The only way I see how it fits in

11:12:38 8    now with this witness, is whether it validates his

11:12:41 9    statistical model.  I don't see anything else.

11:12:44 10             MR. LEONARD:  So it certainly is going to go to

11:12:47 11   that, and you'll hear later from Professor Little who will

11:12:49 12   use these predictions as part of his analysis, so we're just

11:12:53 13   trying to lay the foundation with this witness.

11:12:55 14             THE COURT:  So his prediction, I still don't

11:12:57 15   understand what Professor Little has to do with the

11:13:00 16   statistical analysis.  I mean, you haven't told me anything

11:13:04 17   about the relevance yet, accept, trust me.  That's all

11:13:08 18   you've told me.

11:13:10 19             MR. LEONARD:  So --

11:13:12 20             THE COURT:  I just met you, so it's hard for me

11:13:12 21   to trust you.

11:13:12 22             MR. LEONARD:  I certainly appreciate that, Your

11:13:12 23   Honor.  Again, we're just laying with this witness, you'll

11:13:20 24   hear from the formulator who will use these ultimate

11:13:22 25   calculations, so we're trying to get all that information

Thisted - direct

11:13:26 1    into the record, and then you'll hear how that relates to

11:13:28 2    the other products.  Professor Thisted is not the

11:13:30 3    formulator, so he won't be giving those specific opinions.

11:13:34 4             THE COURT:  From a technical standpoint, I

11:13:36 5    didn't allow your 30(b)(6) depositions in, so you can't

11:13:40 6    validate any of the submissions to the FDA, so that's the

11:13:43 7    technical problem that you have.  And the reason I didn't

11:13:46 8    allow the deposition, is because you didn't notice the other

11:13:49 9    side in, but you want to use those depositions against them,

11:13:51 10   that's a problem, that's why I didn't admit the depositions.

11:13:54 11            Now the other issue is, there is really no doubt

11:13:57 12   that the submissions by each one of these dismissed

11:14:02 13   defendants to the FDA, that those documents are authentic

11:14:05 14   and that those documents were relied on by the witness.  Is

11:14:09 15   that correct from the plaintiff's standpoint?

11:14:12 16            MR. LEONARD:  That's correct from our

11:14:15 17   perspective, and I believe the pretrial order discusses that

11:14:18 18   issue about documents on their face, I think it's

11:14:20 19   paragraph 107.

11:14:21 20            THE COURT:  Okay.  And the defendants, none of

11:14:24 21   them have any reason to believe that the documents that were

11:14:27 22   submitted by the defendants, to the FDA, are not authentic;

11:14:32 23   is that correct?

11:14:33 24            MR. ZIMMERMAN:  Your Honor, we have no reason to

11:14:35 25   believe that the submissions by Apotex and Sawai and

Thisted - direct

11:14:39  1    Aurobindo are not authentic.

11:14:41  2              THE COURT:  To the FDA.

11:14:42  3              MR. ZIMMERMAN:  And we have no problem with

11:14:45  4    Professor Thisted making his predictions, and he's allowed

11:14:49  5    to rely on hearsay, so he can say I reviewed all of these

11:14:54  6    materials, what they can't do, is admit the evidence for the

11:14:57  7    truth of the matter asserted without somebody who is going

11:15:00  8    to come in and lay a foundation and say this document is

11:15:04  9    what it purports to be.  And they're trying to short circuit

11:15:07  10   that entire process by not calling Sawai and Aurobindo and

11:15:11  11   Apotex, they could have done that, they could have

11:15:16  12   subpoenaed any one of them.  And they're not here.

11:15:20  13             THE COURT:  All right.  I understand your

11:15:21  14   position, but these are still official records from the FDA.

11:15:25  15   And there is no dispute that they are.  And the data that's

11:15:28  16   contained there in, has been submitted to the FDA and they

11:15:31  17   wouldn't be submitted to the FDA if they were inaccurate

11:15:37  18   based on a probability.  So I am going to provisionally

11:15:42  19   admit the documents and subject to whether it quote unquote

11:15:47  20   gets tied up and then subject to whether I'm going to rely

11:15:52  21   on any of the documents in the context of my order.

11:15:55  22             MR. LEONARD:  Thank you, Your Honor.

11:15:56  23             THE COURT:  You're welcome.

11:15:57  24             You may continue, counsel.

11:15:58  25             MR. LEONARD:  Thank you, Your Honor.

Thisted - direct

11:16:02 1        Actually, just to go back, let me formally move

11:16:06 2  that exhibit in.  I'm sorry, you already ruled?

11:16:08 3        THE COURT:  Yes, I already ruled.

11:16:10 4  BY MR LEONARD:

11:16:10 5  Q.    Why don't we turn to Aurobindo if could go to the

11:16:14 6  next slide --

11:16:14 7        THE COURT:  You're going to do the same thing

11:16:17 8  for exhibits with Aurobindo?

11:16:20 9        MR. LEONARD:  And Apotex.

11:16:21 10        THE COURT:  And Apotex?

11:16:22 11        MR. LEONARD:  Correct.

11:16:23 12        THE COURT:  So what exhibits are those?  So is

11:16:26 13  it PTX-329, PTX-326, PTX-327, 328, PTX-731, 732, 341, and

11:16:50 14  342, is that right?

11:16:54 15        MR. LEONARD:  I believe that's right.  And only

11:16:55 16  some of those are the defendants data, and some of those are

11:17:00 17  Dr. Thisted compilations, I'll go through each one.

11:17:02 18        THE COURT:  Thank you.

11:17:06 19        MR. LEONARD:  We could have your ruling.

11:17:06 20        THE COURT:  And then if you would assert your

11:17:07 21  objections so the record is clear on which exhibits and my

11:17:10 22  ruling will be the same, but I want to make sure the record

11:17:12 23  is clear.

11:17:14 24        MR. ZIMMERMAN:  I will do that, thank you, Your

11:17:16 25  Honor.

393

Thisted - direct

11:17:16  1        THE COURT:  You may proceed.

11:17:20  2   BY MR LEONARD:

11:17:20  3   Q.       Professor Thisted, which product prediction is

11:17:21  4   provided here?

11:17:21  5   A.       These are predictions for Aurobindo 50-milligram ANDA

11:17:25  6   product.

11:17:25  7   Q.       And looking at the 1.5 hour time point, which results

11:17:28  8   for USP II dissolution did you obtain for Aurobindo's

11:17:33  9   50-milligram and today product?

11:17:34 10   A.       I obtained for batch XGSA15001 predicted mean USP II

11:17:44 11   dissolution at one-and-a-half hours of 21.6 with a

11:17:49 12   confidence interval ranging from 20.5 to 22.8 percent, for

11:17:52 13   batch XGSA15002, mean USP II dissolution at one-and-a-half

11:17:59 14   hours was predicted to be 25.3 percent with a confidence

11:18:03 15   interval ranging from 24.6 to 26.0 percent, and for batch

11:18:11 16   XGSA15003, the predicted mean USP II dissolution at

11:18:15 17   one-and-a-half hours was 22 percent, with a confidence

11:18:19 18   interval of 20.4 to 23.6 percent.

11:18:23 19   Q.       So for all three batches, how many of the Aurobindo

11:18:27 20   50-milligram tablets meet the dissolution limitation of less

11:18:31 21   than, or equal to 39 percent?

11:18:34 22   A.       All 36 met the 1.5 hours.

11:18:36 23   Q.       Turn now to seven-hour time point, which batches did

11:18:41 24   you analyze?

11:18:42 25   A.       Once again, I looked at all three of the batches we

Thisted - direct

11:18:44 1    just discussed.

11:18:45 2    Q.      And briefly, can you summarize the results you

11:18:47 3    obtained?

11:18:49 4    A.      Overall three batches, the mean predicted USP II

11:18:53 5    dissolution was 98.6 percent at seven hours, and the

11:18:58 6    smallest prediction for any of the 36 tablets was

11:19:03 7    96.3 percent.

11:19:05 8    Q.      For all three batches, how many of the Aurobindo

11:19:08 9    50-milligram tablets met the dissolution limitation of at

11:19:11 10   least 75 percent at seven hours?

11:19:13 11   A.      All were predicted to meet the dissolution

11:19:17 12   limitation, all 36.

11:19:18 13   Q.      And for the predictions, we see here on PDX-5057,

11:19:23 14   which exhibit contains your calculations?

11:19:26 15   A.      PTX-329.

11:19:29 16            MR. LEONARD:  Your Honor, at this time

11:19:31 17   plaintiffs move to admit PTX-329 into evidence.

11:19:36 18            MR. ZIMMERMAN:  No objection, Your Honor.

11:19:37 19            THE COURT:  329 is received.

11:19:39 20            (PTX Exhibit No. 329 was admitted into

11:19:41 21   evidence.)

11:19:41 22   BY MR LEONARD:

11:19:45 23   Q.      Professor Thisted, which exhibit contains the data

11:19:48 24   you used to create the predictions on PDX-5057?

11:19:52 25   A.      The data I used for these predictions is contained in

11:19:56 1   PTX-330.

11:19:57 2                   MR. LEONARD:  Your Honor, at this time,

11:19:59 3   plaintiffs move to admit into evidence PTX-330.

11:20:03 4                   MR. ZIMMERMAN:  Defendants object to PTX-330 on

11:20:06 5   the basis previously provided.

11:20:08 6                   THE COURT:  All right.  Same ruling as

11:20:09 7   provisionally received.

11:20:11 8                   MR. LEONARD:  Thank you, Your Honor.

11:20:12 9                   (PTX Exhibit No. 330 was admitted into

11:20:12 10  evidence.)

11:20:12 11  BY MR LEONARD:

11:20:15 12  Q.    If we could now turn back to the slides, and go to

11:20:15 13  the next slide.  Which is Apotex, Professor Thisted, which

11:20:23 14  product predictions are provided here?

11:20:24 15  A.    This slide shows predictions for Apotex 25-milligram

11:20:30 16  ANDA products.

11:20:30 17  Q.    Looking at the 1.5 hour time point, what results for

11:20:34 18  USP dissolution did you obtain for the Apotex 25-milligram

11:20:38 19  ANDA product?

11:20:39 20  A.    For MRZX15080, the predicted mean USP II dissolution

11:20:41 21  at one-and-a-half hours was 28.1 percent, the confidence

11:20:42 22  interval limits were 27.5 and 28.6 percent.

11:20:52 23            For MRZX15081, the predicted mean USP II

11:21:00 24  dissolution at one-and-a-half hours was 27.3 percent, the

11:21:05 25  95 percent confidence interval ranged from 26.2 to

Thisted - direct

11:21:08 1    28.4 percent.

11:21:10 2              And for batch MRZX15082, the predicted mean USP

11:21:18 3    II dissolution at one-and-a-half hours was 29.4 percent, and

11:21:23 4    the 95 percent confidence interval limits were 28.3 and

11:21:28 5    30.5 percent?

11:21:29 6    Q.    For all three batches, how many of the Apotex

11:21:33 7    25-milligram tablets met the dissolution limitation of less

11:21:37 8    than, or equal to 39 percent at 1.5 hours?

11:21:39 9    A.    All 36 were predicted to have dissolution below

11:21:43 10   39 percent at one-and-a-half hours using the USP II

11:21:47 11   dissolution.

11:21:47 12   Q.    Turn to seven-hour time point, which batches did you

11:21:50 13   analyze?

11:21:50 14   A.    Once again, I analyzed all three of the batches that

11:21:53 15   we just discussed.

11:21:54 16   Q.    Can you briefly summarize your results?

11:21:58 17   A.    All of the tablets were predicted to have a

11:22:02 18   dissolution of 100 percent at seven hours, using the USP II

11:22:08 19   method.

11:22:09 20   Q.    Of the three batches, how many of the Apotex

11:22:12 21   25-milligram tablets met the dissolution limitation of at

11:22:15 22   least five percent at seven hours?

11:22:17 23   A.    36 out of 36 met the limitation.

11:22:20 24   Q.    For the predictions shown on this slide, PDX-5058,

11:22:26 25   which exhibit contains the calculations you used?

Thisted - direct

11:22:29 1    A.      The calculations are contained in PTX-326.

11:22:35 2            MR. LEONARD:  Your Honor, at this time,

11:22:36 3    plaintiffs move into evidence PTX-326.

11:22:40 4            THE COURT:  Any objection?

11:22:42 5            MR. ZIMMERMAN:  No, Your Honor.

11:22:44 6            THE COURT:  Received.

11:22:44 7            (PTX Exhibit No. 326 was admitted into

11:22:46 8    evidence.)

11:22:46 9    BY MR LEONARD:

11:22:47 10   Q.      Professor Thisted, for the predictions shown on

11:22:51 11   PDX-5058, which exhibit contains the data that you used?

11:22:54 12   A.      Exhibits PTX-327 and 328.

11:23:03 13           MR. LEONARD:  Your Honor, at this time,

11:23:03 14   plaintiffs move into evidence PTX-327 and 328.

11:23:14 15           MR. ZIMMERMAN:  Your Honor, defendants object

11:23:14 16   for the same basis.

11:23:14 17           THE COURT:  Same ruling.  They're provisionally

11:23:14 18   received.

11:23:14 19           (PTX Exhibits No. 327 and 328 were admitted into

11:23:14 20   evidence.)

11:23:14 21   BY MR LEONARD:

11:23:16 22   Q.      Go back to the slides.  So finally, turn to the

11:23:19 23   Apotex 50-milligram product.  So on PDX-5059, which product

11:23:24 24   prediction are you providing here?

11:23:28 25   A.      These are predictions for Apotex 50-milligram ANDA

Thisted - direct

product.

Q.    And looking at the 1.5 hour time point, what results for USP II dissolution did you obtain for Apotex 50-milligram ANDA product?

A.    For batch MRZX15080, the predicted mean USP II dissolution at one-and-a-half hours was 26.3 percent.  The confidence interval ranged from 25.7 to 26.9 percent.

For batch MRZX15081, the mean predicted USP II dissolution at one-and-a-half hours was 26.1 percent with a confidence interval 25.3 and 26.8 percent.

For batch MRZX15082, the predicted mean USP II dissolution at one-and-a-half hours was 25.6 percent, with a 95 percent confidence interval ranging from 25.0 to 26.1 percent.

Q.    For all three batches, how many of the Apotex 50-milligram tablets met the dissolution limitation of less than, or equal to 39 percent at 1.5 hours?

A.    All 36 tablets were predicted to have a USP II dissolution of less than 39 percent at one-and-a-half hours.

Q.    If we could now turn to the seven-hour time point.  Professor Thisted, which batches did you analyze?

A.    I analyzed the same three batches that we just discussed.

Q.    Briefly, can you summarize your results?

A.    Once again, in this dataset, in this collection of

11:25:08 1    data sets, each of the tablets was predicted to have a USP

11:25:14 2    II dissolution of 100 percent by seven hours.

11:25:19 3    Q.     For all three batches, how many of the Apotex

11:25:22 4    50-milligram ANDA tablets met the dissolution limitation of

11:25:26 5    at least 75 percent at seven hours?

11:25:29 6    A.     All 36 of the tablets were predicted to have

11:25:32 7    dissolution exceeding 75 percent at seven hours.

11:25:36 8    Q.     For the prediction shown on PDX-5059, which exhibit

11:25:40 9    contains your calculations?

11:25:41 10   A.     PTX-326 contains the calculations.

11:25:46 11   Q.     For the predictions shown on PDX-5059, which exhibits

11:25:50 12   contain the data that you used?

11:25:51 13   A.     Exhibits PTX-327 and 328.

11:25:57 14   Q.     Thank you, Professor Thisted.

11:25:59 15          So are you aware that defendants's experts

11:26:04 16   criticized certain aspects of your statistical analyses?

11:26:07 17   A.     Yes, I am.

11:26:08 18   Q.     So I would like now to turn to the first criticism,

11:26:11 19   is that your model is limited to Myrbetriq.  Now first, do

11:26:12 20   you agree with that criticism?

11:26:18 21   A.     No, I do not.

11:26:21 22   Q.     Now, first, what defendants' data are we looking at

11:26:25 23   here on PDX-5060?

11:26:29 24   A.     In this slide, we're looking at data that were

11:26:32 25   collected by Sawai in which, analyzing their product, they

11:26:41 1    calculated both USP I and USP II derived dissolution

11:26:49 2    profiles.

11:26:51 3    Q.      And with respect to the USP I data, what conditions

11:26:55 4    were used to collect that data?

11:26:57 5    A.      Those conditions were the same ones we have been

11:27:00 6    talking about, USP I at 100 RPM and a phosphate buffer at pH

11:27:05 7    6.8, 900 milliliters of media.

11:27:09 8    Q.      And with respect to the USP II, what conditions did

11:27:12 9    Sawai use to measure the tablets?

11:27:14 10   A.      These were measured using the USP II apparatus at a

11:27:18 11   rotation speed of 50 RPM, again, with the same other

11:27:23 12   dissolution conditions.

11:27:25 13   Q.      Now was the 50 RPM the rotation speed in the

11:27:31 14   dissolution limitation of the claim?

11:27:32 15   A.      No, it's a slower rotation speed than specified in

11:27:36 16   the dissolution limitation, which is 200 RPM.

11:27:38 17   Q.      Now, is USP I at 50 RPM, is that one of the

11:27:45 18   dissolution conditions in the FDA mirabegron guidance?

11:27:49 19   A.      I'm sorry, did you say USP I.

11:27:51 20   Q.      Let me repeat.  So is USP II at 50 RPM's, one of the

11:27:57 21   dissolution conditions in FDA's mirabegron guidance?

11:28:01 22   A.      Yes, it is, it's one of the alternatives that is

11:28:04 23   recommended.

11:28:04 24   Q.      And to confirm what we're looking at here, this is

11:28:08 25   actual data generated by Sawai for its generic in USP I at

Thisted - direct

11:28:14 1    100 and USP II at 50 RPM, is that right?

11:28:17 2    A.      That's right, in tablets taken from the same batch.

11:28:20 3    Q.      Now, did you do any statistical modeling using this

11:28:24 4    dataset provided by Sawai?

11:28:27 5    A.      Yes, I did.  Again, using data that Sawai generated,

11:28:32 6    in which tablets were looked at both in USP I and USP II

11:28:36 7    from the same batch, and analyzed at the same time, I again,

11:28:43 8    generated the ATD model that corresponds to USP I at 100 and

11:28:48 9    USP II at 50.  And I used that model to take Sawai data at

11:28:57 10   USP I, to determine if it could actually reproduce Sawai's

11:29:02 11   USP II data, and it did.

11:29:03 12   Q.      Now, because the Sawai data is USP II at 50 RPM, did

11:29:08 13   you need to adjust your model accordingly?

11:29:10 14   A.      Well, yes, because the ATD model specifies that there

11:29:17 15   is a time scale difference that the clock is running faster

11:29:21 16   or slower with one method than the other.  With USP II at a

11:29:27 17   rotation speed of 50, products are going to dissolve more

11:29:33 18   slowly than USP II with a rotation speed that's much larger

11:29:41 19   at 200 RPM, so as a consequence, time scale acceleration

11:29:48 20   factor won't be the same in looking at USP I at 100 versus

11:29:52 21   USP II at 50, as it was in the data we have been considering

11:29:58 22   up to this time.

11:30:02 23   Q.      What results did you obtain when you made a

11:30:04 24   prediction of Sawai's USP II dissolution data at 50 RPM?

11:30:09 25   A.      I found that Sawai's USP I data sets when used to

Thisted - direct

11:30:14 1    predict their USP II data, that the predictions closely

11:30:21 2    matched.

11:30:22 3    Q.      So at bottom, what does that Sawai example tell you

11:30:25 4    about your modeling in this case?

11:30:26 5    A.      Well, among other things, it says that the -- this

11:30:32 6    kind of model relating to USP I apparatus reports result

11:30:37 7    with USP II apparatus is not limited to Myrbetriq.

11:30:41 8    Q.      Was the outcome with the Sawai data surprising to

11:30:44 9    you?

11:30:46 10   A.      Not at all.

11:30:47 11   Q.      Why not?

11:30:47 12   A.      Well, Sawai, as well as the other ANDA defendants,

11:30:54 13   indicated that the dissolution profiles for their products

11:30:58 14   are similar to those of Myrbetriq when measured by USP I, so

11:31:04 15   it didn't surprise me the predictions based on Myrbetriq

11:31:08 16   when applied to similar dissolution profiles will produce

11:31:14 17   similarly accurate results.

11:31:15 18   Q.      So Professor Thisted, which exhibits contain the data

11:31:18 19   from Sawai that you used to prepare this analysis?

11:31:22 20   A.      Well, PTX-7031 and PTX-7032, I believe are the ANDA

11:31:32 21   documents.  And I believe the data are contained in

11:31:42 22   PTX-0342, but I should check.  Actually, the data are

11:31:42 23   contained in -- thank you -- plaintiff's Exhibits 341 and

11:32:02 24   342.  And they are extraction from plaintiffs Exhibits 7031

11:32:02 25   and 7032.

Thisted - direct

11:32:04  1    Q.      And let me just back up a bit.  So which exhibits

11:32:08  2    contain the Sawai data that you used to do the Sawai

11:32:12  3    analysis that we just walked through?

11:32:14  4    A.      My analysis used the compilations in PTX-341 and 342.

11:32:20  5              MR. LEONARD:  Your Honor, at this time,

11:32:21  6    plaintiffs move to admit into evidence, PTX-341 and 342.

11:32:30  7              MR. ZIMMERMAN:  The compilations?

11:32:30  8              MR. LEONARD:  Yes.

11:32:30  9              MR. ZIMMERMAN:  No objection, Your Honor.

11:32:31 10              THE COURT:  Received.

11:32:32 11              (PTX Exhibits No. 341 and 342 were admitted into

11:32:34 12    evidence.)

11:32:34 13    BY MR LEONARD:

11:32:35 14    Q.      Professor Thisted, which exhibits contain the Sawai

11:32:38 15    ANDA data that you used to provide your analysis of the

11:32:42 16    Sawai USP II 50 RPM data?

11:32:47 17    A.      Exhibits PTX-7031 and PTX-7032.

11:32:52 18              MR. LEONARD:  Your Honor, at this time,

11:32:53 19    plaintiffs move to admit into evidence PTX-7031 and 7032

11:32:52 20    provisionally.

11:33:00 21              MR. ZIMMERMAN:  Your Honor, defendants object on

11:33:02 22    the same basis as previously.

11:33:02 23              THE COURT:  And the Court will make the same

11:33:07 24    ruling and provisionally accept both documents.

11:33:12 25              (PTX Exhibits No. 7031 and 7032 were admitted

Thisted - direct

11:33:13 1    into evidence.)

11:33:13 2    BY MR LEONARD:

11:33:13 3    Q.      And if could go back to the slide.

11:33:19 4            Professor Thisted, can you turn in your binder

11:33:19 5    to PTX-340?

11:33:21 6    A.      Say again the number, please?

11:33:23 7    Q.      PTX-340.

11:33:25 8    A.      340, yes.

11:33:36 9    Q.      What is PTX-340?

11:33:41 10   A.      PTX-340 contains the calculations that I did in

11:33:53 11   producing my reply expert report in this case, it's

11:33:54 12   essentially again, my lab notebook for supporting the

11:33:59 13   opinions that I provided in my reply report.

11:34:02 14   Q.      Does PTX-340 contain your calculations for the Sawai

11:34:08 15   analysis at the USP II 50 RPM that we just looked at?

11:34:12 16   A.      Yes, it does.

11:34:14 17           MR. LEONARD:  At this time, Your Honor,

11:34:15 18   plaintiffs move no evidence PTX-340.

11:34:20 19           THE COURT:  Any objection?

11:34:21 20           MR. ZIMMERMAN:  No objection.

11:34:22 21           THE COURT:  Received.

11:34:22 22           (PTX Exhibit No. 340 was admitted into

11:34:24 23   evidence.)

11:34:24 24   BY MR LEONARD:

11:34:27 25   Q.      So Professor Thisted, I now would like to move to the

Thisted - direct

11:34:30 1    second criticism, which is that your model did not predict

11:34:33 2    dissolution rates for Aurobindo and Apotex unexpired

11:34:37 3    samples.  First, professor, do you agree with that

11:34:39 4    criticism?

11:34:40 5    A.      No.

11:34:40 6    Q.      So now I would like to talk about the Aurobindo

11:34:45 7    criticism.  So if we could look at the demonstrative, which

11:34:49 8    batches of Aurobindo's ANDA products did you analyze?

11:34:53 9    A.      As we've just gone through, I analyzed batches number

11:35:00 10   MBGX/FD00281/021B.

11:35:06 11   Q.      If we look at the batch number to right of this

11:35:08 12   demonstrative, which is MBGX/FD00281/021B, do you see that?

11:35:20 13   A.      I do see that.

11:35:21 14   Q.      Were you in the courtroom when Ms. Gray testified

11:35:24 15   concerning her testing of that batch?

11:35:27 16   A.      Yes I was.

11:35:27 17   Q.      Was that one of the batches you used in your

11:35:29 18   prediction?

11:35:29 19   A.      No, it was not.

11:35:30 20   Q.      In your opinion, can a comparison be made in the

11:35:34 21   batches you analyzed in your model, versus the one that

11:35:38 22   Ms. Gray tested?

11:35:39 23   A.      No, it's an apples to oranges comparison.

11:35:42 24   Q.      Why is it an apples to oranges comparison?

11:35:45 25   A.      Well, my model is intended to predict based on

406

Thisted - direct

11:35:50 1    measured USP I data what those same tablets from that same

11:35:56 2    batch would produce if they were measured with USP II.

11:36:02 3    That's what all of my calculations are based on.  Ms. Gray

11:36:06 4    analyzed completely different tablets from completely

11:36:11 5    different batches, seven years later.  The predictions that

11:36:17 6    I made, the confidence intervals that I just went through,

11:36:26 7    don't apply to the batch that Ms. Gray tested, they apply to

11:36:28 8    the batches that I highlight on the left, that I analyzed,

11:36:33 9    that Aurobindo tested in 2015.

11:36:40 10        My model predicts USP II for tablets in a batch

11:36:47 11   from USP I from tablets in the same batch.  These are

11:36:52 12   different batches.

11:36:53 13   Q.    Ms. Gray did testing at seven hours.  Is that the

11:36:57 14   only testimony you heard from Ms. Gray concerning Aurobindo?

11:37:01 15   A.    I'm sorry, I didn't hear the question.

11:37:02 16   Q.    You just said you heard testing from Ms. Gray that

11:37:07 17   were seven years old from Aurobindo, is that the only

11:37:10 18   testing you heard her testify about?

11:37:12 19   A.    No.

11:37:12 20   Q.    What other testimony did you hear?

11:37:15 21   A.    What other testing did she do.

11:37:16 22   Q.    With respect to Aurobindo, and the lot that we have

11:37:18 23   on the slide here?

11:37:24 24   A.    Well, she mentioned that the -- that this batch was

11:37:32 25   tested a year-and-a-half after it was manufactured.

Thisted - direct

11:37:41 1   Q.      And is that another reason why this is an Apples to

11:37:45 2   oranges comparison?

11:37:46 3   A.      Yes, all of the predictions -- well first of all, the

11:37:51 4   prediction model that I built, used Astellas' data and all

11:37:58 5   of the tablets in all of those data sets were tested within

11:38:03 6   sixty days of manufacture.  And all of the predictions that

11:38:08 7   I made for defendants, and former defendants's ANDA

11:38:13 8   products, were also made on tablets that they had tested

11:38:16 9   within sixty days of manufacture.  And so my model is one

11:38:21 10  that I would be reluctant to extend beyond those limits.

11:38:28 11  And for that reason, I would be skeptical -- even if we were

11:38:32 12  using my model to predict values from the same batch, I

11:38:39 13  don't have any reason to -- without further examination,

11:38:43 14  without further data, I wouldn't apply it to year-and-a-half

11:38:49 15  old data when the model has been predicted, and tested,

11:38:55 16  using data that's no more than sixty days old.

11:38:57 17  Q.      If you could go to the next slide.  And just to

11:39:01 18  orient us again, we're talking about Aurobindo here, is this

11:39:04 19  what you were just talking about with respect to age?

11:39:08 20  A.      This is what I was just speaking about, yes.

11:39:11 21  Q.      If you could turn to Apotex, if we go to the next

11:39:14 22  slide.  What criticisms do defendants make about your Apotex

11:39:17 23  sample predictions?

11:39:19 24  A.      Well, the criticism with which I disagree, is that

11:39:28 25  the USP testing that Ms. Gray did in 2020 -- based on 2022

Thisted - direct

11:39:35 1  batches, or the testing she did in 2022, I should say, the

11:39:42 2  confidence intervals don't line up with the confidence

11:39:45 3  intervals that I obtained for batches done in 2015.  But

11:39:48 4  again, this is an Apples to oranges comparison.  Because

11:39:53 5  again, my predictions are predictions for USP II values for

11:39:59 6  the tablets in these six batches that I was examining.

11:40:04 7  They're not predictions for any other batches, and indeed,

11:40:07 8  none of these batches is intended to predict the values for

11:40:14 9  the other ones, they are simply not batch dependent in that

11:40:18 10 sense.  I'm sorry, they are batch dependent in that sense,

11:40:22 11 each prediction is a prediction for a particular batch.  And

11:40:25 12 none of my predictions are for the batches that Ms. Gray

11:40:28 13 tested.

11:40:31 14 Q.    So now, I would like to talk about the third

11:40:34 15 criticism, which is that your model assumes a linear shape.

11:40:38 16 If we go to the next slide.  Do you agree with that

11:40:41 17 criticism?

11:40:42 18 A.    No, I don't.

11:40:43 19 Q.    Did you make such an assumption that your model was

11:40:46 20 linear?

11:40:46 21 A.    No, I did not.  None of the calculations, the model

11:40:52 22 that I used, did not in any way, depend upon dissolution

11:40:56 23 profiles being straight lines.

11:41:01 24 Q.    Now, did defendants' expert suggest that you should

11:41:05 25 use a particular shape for the dissolution profile?

Thisted - direct

11:41:08 1    A.     Yes.  Several of defendants' experts suggested that

11:41:12 2    my model should have assumed a particular shape for

11:41:17 3    dissolution curves, specifically an S shaped curve, the most

11:41:24 4    commonly used of which is the Weibull curve, and that Dr.

11:41:30 5    Fassihi, in one of his publications, recommends to use in

11:41:32 6    assessing S shaped curves, and in fact, I examined that

11:41:40 7    possibility, and as it turns out, the suggestion to use a

11:41:46 8    more complicated model in this case, produces worse

11:41:50 9    predictions.

11:41:51 10   Q.     Just to orient us on the slide, so the Weibull curve

11:41:55 11   you're talking about, there is the one on the right?

11:41:58 12   A.     The Weibull curve that's shown in the panel on the

11:42:04 13   right, shows the best fitting Weibull curve to Lupin's

11:42:10 14   actual USP I data from batch M590788, and it's typical of

11:42:18 15   the other batches that I examined, and what you see is the

11:42:24 16   Weibull curve doesn't fit very well.  And that's the source

11:42:32 17   for the poorer predictions that are produced when one uses

11:42:38 18   -- when one assumes a shape.  And on the left, what we see

11:42:43 19   are the same data, simply described using conventional

11:42:50 20   method of putting straight line segments between the points.

11:43:01 21   Q.     Professor, do you assume this Weibull shape doesn't

11:43:04 22   build a better model in your view?

11:43:07 23   A.     It doesn't.  As I indicated before, you can chase

11:43:12 24   random noise, but the goal here, is to produce the simplest

11:43:18 25   model that produces accurate predictions.  In this case, the

410

Thisted - direct

11:43:22 1    simple ATD model that assumes no shape for the dissolution

11:43:27 2    curves produces much higher accuracy than assuming a Weibull

11:43:33 3    shape and proceeding from there.

11:43:36 4    Q.    So just to summarize, do you need to assume a shape

11:43:39 5    for the dissolution profile to build the model you did in

11:43:43 6    this case?

11:43:43 7    A.    No, assuming a shape for the dissolution profiles

11:43:48 8    plays no role in the ATD model that I used.

11:43:53 9    Q.    So, I now would like to go back to the Quist model,

11:43:57 10   if we can to the next slide.  What does this Quist model say

11:44:00 11   about the shape of the data for this dissolution model?

11:44:03 12   A.    Well, Quist, you know, in describing the Quist model,

11:44:09 13   indicates that what the model says is, that a given fraction

11:44:14 14   of a tablet dissolved in a given fraction of the total time,

11:44:19 15   almost independently in this case, the solvent and

11:44:22 16   temperature which is the conditions they varied, and this

11:44:25 17   means it was only the pace of the dissolution process that

11:44:28 18   changes, when in their case, the solvent or temperature was

11:44:32 19   varied, not the shape of the dissolution profile.  In our

11:44:36 20   case, we varied the mixing method, but the model says there

11:44:41 21   is only the pace of the dissolution process that changes

11:44:44 22   when you move from USP I to USP II, not the shape of the

11:44:49 23   dissolution profile, regardless of what that shape of the

11:44:52 24   dissolution profile for USP I might be.

11:44:55 25   Q.    So professor, ultimately, what does Quist say about

Thisted - direct

11:44:59  1    the shape of the data?

11:45:00  2    A.     The ATD model makes no assumption whatsoever about

11:45:03  3    the shape of the dissolution profile.

11:45:05  4    Q.     In developing your model in this case, is that what

11:45:07  5    you found?

11:45:08  6    A.     That's exactly what I found.

11:45:12  7    Q.     Just one housekeeping matter.

11:45:15  8           MR. LEONARD:  At this time plaintiffs would like

11:45:18  9    to admit into evidence PTX-340.  The calculations from his

11:45:37 10    reply report.

11:45:38 11           MR. ZIMMERMAN:  No objection, Your Honor.

11:45:40 12           THE COURT: 340 is received.

11:45:42 13           (PTX Exhibit No. 340 was admitted into

11:45:43 14    evidence.)

11:45:43 15           MR. LEONARD:  With that, Your Honor, we tender

11:45:44 16    the witness.

11:46:04 17           THE COURT:  So before you start, I have a couple

11:46:06 18    of questions of the witness, maybe it will help you with

11:46:08 19    your cross-examination, maybe it won't.

11:46:10 20           MR. ZIMMERMAN:  Okay.

11:46:11 21           THE COURT:  Can we go back, can we put up the

11:46:14 22    plaintiff's PDX-5060, which is the comparison between, which

11:46:30 23    is the Sawai comparison.  All right.  You kind of glossed

11:46:36 24    over exactly how you said that your formula matches the

11:46:42 25    values of the chart provided by Sawai.  And USP I is 100

11:46:52 1   rotations, and USP II is at 50 rotations per minute.  And

11:46:58 2   you said that there was a different, I assume you're talking

11:47:02 3   about a different factor that you have to apply for the

11:47:07 4   different rotational rate.  The factor that you used in

11:47:11 5   original rotation data between Astellas' test and then your

11:47:19 6   model is 1.86.  What is the -- what's the factor that you

11:47:23 7   used on this to authenticate your model, it's not 1.86.

11:47:30 8          THE WITNESS:  That's a great question.  The

11:47:31 9   value that I used in this model was 0.98.  And --

11:47:38 10         THE COURT:  How did you come to 0.98?

11:47:43 11         THE WITNESS:  Sawai analyzed Myrbetriq using

11:47:46 12  both of these methods.  So as we did --

11:47:49 13         THE COURT:  So it's the same substance?

11:47:51 14         THE WITNESS:  I basically followed exactly the

11:47:53 15  same path from a Myrbetriq based prediction model and then

11:47:58 16  applying it to Sawai's.

11:48:00 17         THE COURT:  So Sawai's data was not a test of

11:48:03 18  their product, but a test of the Myrbetriq product?

11:48:07 19         THE WITNESS:  Well, no.

11:48:08 20         THE COURT:  It was a test of their product?

11:48:11 21         THE WITNESS:  Sawai tested both Myrbetriq and

11:48:13 22  their product.  And in each case, they tested both USP I and

11:48:18 23  USP II at 50.  So I was able to first look at the -- their

11:48:24 24  look at Myrbetriq using USP I and USP II 50, to relate

11:48:32 25  Myrbetriq USP I to Myrbetriq USP II.  That's what I did.

Thisted - direct

11:48:37  1                    THE COURT:  That's the 0.98?

11:48:39  2                    THE WITNESS:  And that produced 0.98.

11:48:42  3                    THE COURT:  What about their product?

11:48:43  4                    THE WITNESS:  Then I took 0.98, and applied it

11:48:47  5        to their USP I data, and I was able to produce their USP II

11:48:51  6        data.

11:48:51  7                    THE COURT:  At 50 RPM?

11:48:53  8                    THE WITNESS:  At 50 RPM.

11:48:55  9                    THE COURT:  Within what percentage?

11:48:57 10                    THE WITNESS:  I don't recall.  But it was --

11:49:02 11                    THE COURT:  It was two percentage difference or

11:49:05 12        you don't remember?

11:49:05 13                    THE WITNESS:  I just don't recall.

11:49:07 14                    THE COURT:  It would be in your data?

11:49:09 15                    THE WITNESS:  I believe it would be, yes.

11:49:11 16                    THE WITNESS:  Okay.  Thank you, you may

11:49:13 17        continue.

11:49:14 18                    MR. ZIMMERMAN:  Your Honor, may we approach?

11:49:17 19                    THE COURT:  Yes, you may.

11:49:41 20                    So counsel, let's figure a noon quitting time

11:49:46 21        for lunch, and then adjust yourself accordingly.  You may

11:49:51 22        proceed.

11:49:52 23                    MR. ZIMMERMAN:  What time would you like to

11:49:52 24        break for lunch, Your Honor?

11:49:54 25                    THE COURT:  Around noon.  Start out wherever you

Thisted - cross - Zimmerman

11:49:58  1    want, whenever you get to a break point close to that, let

11:50:01  2    us know.

11:50:02  3              MR. ZIMMERMAN:  Understood.  May I proceed?

11:50:03  4              THE COURT:  Yes, you may.

11:50:04  5                   CROSS-EXAMINATION

11:50:05  6    BY MR. ZIMMERMAN:

11:50:05  7    Q.    Dr. Thisted, looking at your slide PDX-5060, the

11:50:09  8    model you applied to the Sawai data uses a different

11:50:13  9    constant than the model you applied to Lupin and Zydus,

11:50:18  10   correct?

11:50:18  11   A.    That's correct, the constant is .98.

11:50:22  12   Q.    The Sawai data doesn't in any way, validate the

11:50:26  13   constant that you applied to Lupin and Zydus' data, right?

11:50:30  14   A.    It does not validate the constant, it validates the

11:50:34  15   concept of using the ATD model in this way to reproduce USP

11:50:40  16   II data.

11:50:40  17   Q.    With a different specific constant of 0.98; correct?

11:50:45  18   A.    That's correct.

11:50:46  19   Q.    Okay.  Now, you reviewed the FDA's guidance for

11:50:51  20   mirabegron in this case, correct?

11:50:52  21   A.    Yes, I did.

11:50:54  22   Q.    And the product specific guidance says use USP I at

11:51:00  23   100 and USP II at 50, correct?

11:51:02  24   A.    It suggest using USP I at 100 and/or USP II at 50.

11:51:02  25   Q.    Okay.  And if we look at your slide 5060, the Sawai

Thisted - cross - Zimmerman

11:51:15 1    data uses both of the recommended USP tests from the FDA

11:51:21 2    guidance; correct?

11:51:23 3    A.      That's exactly right.

11:51:24 4    Q.      And the FDA guidance doesn't suggest at all USP II at

11:51:32 5    200 RPM, does it?

11:51:32 6    A.      It doesn't explicitly recommend that, it simply

11:51:36 7    indicates that the rotation speed can be increased above the

11:51:39 8    recommended levels as appropriate.

11:51:41 9    Q.      And very specifically, the FDA guidance document

11:51:45 10   contains no mention, whatsoever, of using 200 RPM in the USP

11:51:52 11   II paddle method, does it?

11:51:54 12   A.      I don't recall USP II at 200 being explicitly

11:51:59 13   mentioned in the guidance.

11:52:01 14   Q.      Okay.  Now turning to your model, you were asked to

11:52:06 15   develop a model that would predict the dissolution of

11:52:09 16   plaintiff's Myrbetriq product under USP paddle II

11:52:14 17   conditions, at 200 RPM, based on actual data from Myrbetriq

11:52:20 18   under USP I basket conditions at 100 RPM; right?

11:52:25 19   A.      That's actually not quite correct.  I wasn't asked to

11:52:29 20   develop a model.  I was asked to examine the data to

11:52:32 21   determine whether it would be possible to say anything about

11:52:37 22   USP II dissolution based on USP I dissolution, and in the

11:52:42 23   process, I found that I was able to build a model, but I

11:52:47 24   wasn't specifically asked from the outset to build a

11:52:50 25   predictive model.

Thisted - cross - Zimmerman

11:52:52 1    Q.      Okay.  Let me see if I can take it in steps, then.

11:52:55 2    You were given Myrbetriq data at USP II at 200, and USP I at

11:53:03 3    100, correct?

11:53:03 4    A.      Yes, for, calculated on the same batches.

11:53:08 5    Q.      And you were given only Myrbetriq data, correct?

11:53:12 6    A.      In building the model?

11:53:15 7    Q.      Yes.

11:53:16 8    A.      That's correct.  I only had Myrbetriq data that had

11:53:20 9    both of those measurements on the same tablet.

11:53:22 10   Q.      So your task was to look at Myrbetriq data at USP I

11:53:27 11   at 100, and USP II at 200, and to see if you could build a

11:53:32 12   model that could predict one from the other, correct?

11:53:35 13   A.      Ultimately, that's right.

11:53:38 14   Q.      Okay.  And ultimately, you built that model, correct?

11:53:40 15   A.      Yes.

11:53:41 16   Q.      And you built that model on data that was only for

11:53:47 17   Astellas' commercial product, Myrbetriq, right?

11:53:50 18   A.      The data were only measurements on Astellas'

11:53:54 19   Myrbetriq product.

11:53:55 20   Q.      Your model was not built on any data from Zydus or

11:53:52 21   Lupin, was it?

11:54:01 22   A.      No data from Zydus or Lupin were used in building my

11:54:03 23   model.

11:54:03 24   Q.      Okay.  So I want to be crystal clear.  The dataset

11:54:10 25   that you used for your model was Myrbetriq, that was less

Thisted - cross - Zimmerman

11:54:16 1    than sixty days old, right?  Or sixty days post manufacture?

11:54:21 2    A.      That's right, I believe that all of the data that I

11:54:26 3    examined in constructing the model, was from measurements on

11:54:32 4    tablets that were less than sixty days past manufacture.

11:54:36 5    Q.      Okay.  And in your opinion, your model is only valid

11:54:41 6    for assessing USP II values at 200 RPM within sixty days of

11:54:49 7    manufacture; correct?

11:54:50 8    A.      I don't have -- I mean, it's possible that the model

11:54:55 9    works well beyond those dates, but I just don't have any

11:54:59 10   specific data that would confirm that.  So I would be -- I

11:55:05 11   personally would be reluctant to employ the model to predict

11:55:09 12   what would happen for samples that are much older.

11:55:16 13   Q.      And I'll ask it again.  Your model is only designed

11:55:20 14   to predict dissolution values within -- for tablets within

11:55:26 15   sixty days of their manufacture, that's what you testified

11:55:29 16   to at your deposition; correct?

11:55:31 17   A.      Sitting here today, I wouldn't use the word designed.

11:55:37 18   But it is certainly true that my model was based only on

11:55:41 19   such data.

11:55:42 20   Q.      Dr. Thisted, I will ask you the very same question

11:55:47 21   you were asked during your depo, deposition.  And in your

11:55:52 22   view, is your model only useful for predicting tablets

11:55:56 23   within sixty days of their manufacture?

11:55:59 24   A.      And I believe I would have said yes at that time, I

11:56:02 25   would say yes today, because I don't -- as I said, it's

Thisted - cross - Zimmerman

11:56:08 1    possible that the model would make good predictions past

11:56:13 2    sixty days, but I haven't confirmed that, so I would

11:56:16 3    consider it useful within sixty days.

11:56:19 4    Q.    And the reason you consider it useful within sixty

11:56:23 5    days, is because that's the dataset it was built on, right,

11:56:27 6    all of the data that was used to build the model was within

11:56:31 7    sixty days of manufacture?

11:56:32 8    A.    That's correct.

11:56:32 9    Q.    So your model is constrained in that respect, by the

11:56:36 10   data on which it was built?

11:56:37 11   A.    No, I wouldn't say it's constrained.  I'm saying that

11:56:41 12   limits what we know about the model.

11:56:44 13   Q.    The reason you say your model is good for sixty days

11:56:47 14   and not longer, is because the dataset that was used to

11:56:50 15   build it, was all data that was less than sixty days, right?

11:56:55 16   A.    I actually did not say that the model would not work

11:56:59 17   longer.  In fact, it may well work longer, it's just that we

11:57:03 18   don't have confirming information about that.

11:57:05 19   Q.    Okay.  And because you don't have confirming

11:57:08 20   information, is why you said at your deposition that your

11:57:12 21   model was limited to sixty days?

11:57:12 22   A.    Again, I said it was useful within the 60-day period.

11:57:12 23   Q.    If you could bring up page 53 of Dr. Thisted's

11:57:21 24   deposition.

11:57:21 25          Now Dr. Thisted, you were deposed in this case,

11:57:30 1  weren't you?

11:57:31 2  A.    Yes, I was.

11:57:31 3  Q.    In December of 22?

11:57:34 4  A.    Yes.

11:57:35 5  Q.    And you gave truthful and accurate testimony; right?

11:57:38 6  A.    I tried to give truthful and accurate testimony, yes.

11:57:41 7  Q.    And you were asked at line 12, of page 53:

11:57:46 8        "QUESTION:  And in your view, is your model only

11:57:50 9  useful for predicting tablets within sixty days of their

11:57:53 10 manufacture?"

11:57:55 11       And your answer was:

11:57:56 12       "ANSWER:  Yes, that's what it was intended to

11:57:59 13 do."

11:57:59 14       You were asked that question and gave that

11:58:01 15 answer, didn't you?

11:58:02 16 A.    Yes.

11:58:02 17 Q.    Okay.  Now, you also testified about comparisons

11:58:14 18 between different batches, and you said that it was improper

11:58:19 19 to use your model to compare a predicted value of one batch,

11:58:24 20 to a measured value from another batch, right?

11:58:28 21 A.    I believe that's a fair characterization of what I

11:58:32 22 said, if I remember right.

11:58:32 23 Q.    And you did that in dismissing some comparisons of

11:58:35 24 the Aurobindo and Apotex data, right?

11:58:38 25 A.    Yes, in saying that they were inaccurate comparisons.

Thisted - cross - Zimmerman

11:58:44 1    Q.      And the reason you gave, is that in your model, all

11:58:48 2    of the data, USP I at 100 to USP II at 200, was for the same

11:58:57 3    batch; right?

11:58:57 4    A.      The model was built to predict USP II values from USP

11:59:05 5    I value in the same batch.

11:59:07 6    Q.      And the model was built on data where you had USP I

11:59:11 7    and USP II data for the same batch, right?

11:59:15 8    A.      That's right.

11:59:17 9    Q.      So again, when you say you can't compare across

11:59:21 10   batches, it's again, because you're constrained by the data

11:59:25 11   that went into the model; correct?

11:59:28 12   A.      No, I wouldn't say it's constrained by the data in

11:59:33 13   the model.  It's constrained by what the model actually

11:59:40 14   does.  It would be the same as saying -- I'll stop there.

11:59:48 15   Q.      So, in your view, your model is not robust enough to

11:59:55 16   predict, to compare predicted values from one batch of a

12:00:01 17   defendants' materials, and actual measured values of a

12:00:05 18   different batch, correct?

12:00:07 19   A.      I don't think robustness has anything to do with it.

12:00:17 20   My model is built to, and answers a specific question, and

12:00:22 21   that's a question that it doesn't answer.  It wasn't

12:00:29 22   intended to answer that question.

12:00:31 23   Q.      So let me back up on that.  Your model essentially

12:00:36 24   takes USP I data, whoever's input it is, USP I at 100,

12:00:42 25   divides it by 1.86, and gets USP II data; correct?

Thisted - cross - Zimmerman

12:00:48  1    A.       Divides the time scale by 1.86.

12:00:51  2    Q.       Yes, you take the dissolution curve, you divide all

12:00:54  3    the values by 1.86, you draw a new dissolution curve right?

12:00:58  4    A.       Again, we don't divide the dissolutions by 1.86, we

12:01:02  5    shift the time scale by 1.86.

12:01:05  6    Q.       Shift the time scale by 1.86, but it's the same

12:01:10  7    factor for every batch, right?

12:01:11  8    A.       That's right.

12:01:12  9    Q.       In your view, the model applies the same time scale

12:01:16 10    for every single batch you're going to test, of every single

12:01:21 11    defendants' product and plaintiff's product, same factor of

12:01:26 12    1.86, right?

12:01:27 13    A.       That's right.

12:01:28 14    Q.       So we're going to apply that same factor to every

12:01:32 15    batch, you're saying you can't compare actual results from

12:01:36 16    one batch to predicted results from another batch of that

12:01:39 17    exact same product, right?

12:01:41 18    A.       To the extent that there is batch to batch

12:01:45 19    variability, or to the extent that the dissolution profiles

12:01:52 20    change over time, the model wouldn't capture that.

12:02:00 21    Q.       So I want to make sure I have your testimony here,

12:02:04 22    because I'm a little incredulous, but I want to make sure I

12:02:08 23    have it.  You're saying the batch to batch variability among

12:02:12 24    any defendants' product or plaintiff's product, could be so

12:02:17 25    big that you can't apply your model to different batches, is

Thisted - cross - Zimmerman

12:02:22 1    that right?

12:02:22 2    A.      No.

12:02:23 3    Q.      Okay.   Why not?

12:02:25 4    A.      What I am saying is that -- suppose we have two

12:02:29 5    batches, okay, a batch of -- a batch of defendants'

12:02:36 6    products, and for one we have a USP I dissolution profile

12:02:40 7    that rises fairly rapidly, and for the other, perhaps one, a

12:02:47 8    batch that's made seven years later.   We have a dissolution

12:02:53 9    profile for USP I that rises very slowly.   There is no

12:02:58 10   reason why predictions based on that first batch for USP II,

12:03:03 11   which would predict USP II rising relatively rapidly, should

12:03:09 12   in any way, line up with predictions obtained from the batch

12:03:13 13   done seven years later with a different dissolution profile

12:03:16 14   that may have been slower.   So there is no reason why the

12:03:19 15   measured values of USP II in that case, which I expect to be

12:03:23 16   slower, should match up with the predictions from the first

12:03:27 17   batch.

12:03:28 18   Q.      If I could back up, then.   We would expect since

12:03:34 19   these are products approved by the FDA, that defendants'

12:03:39 20   products and plaintiff's products will have a fairly similar

12:03:44 21   dissolution curve from batch to batch, right?

12:03:47 22   A.      You would have to speak with the regulatory people

12:03:51 23   about that.   But --

12:03:55 24   Q.      So you don't expect based on the data that you have

12:03:59 25   seen consistency in dissolution in these medicines that

Thisted - cross - Zimmerman

12:04:03 1   we're going to give to people?

12:04:05 2   A.    Well, I have actually seen for some of the defendants

12:04:09 3   substantial batch to batch variability in their USP I

12:04:16 4   dissolution curves.

12:04:17 5   Q.    So your view is, the batch to batch variability of

12:04:21 6   these products that we're talking about, and that you

12:04:24 7   analyzed, is such that you can't compare dissolution values

12:04:30 8   predicted from one batch, to actual values from another

12:04:33 9   batch, right?

12:04:34 10  A.    No, that's not my opinion.  It doesn't have to do

12:04:38 11  with batch to batch variability per se.  It's that

12:04:43 12  essentially, we're trying to predict the results for a

12:04:47 13  particular batch of data, for a particular batch of tablets,

12:04:51 14  what the USP II would produce based on what the USP I

12:04:55 15  measurements actually were.  If all of the USP I

12:05:02 16  measurements were consistent across all of those tablets,

12:05:08 17  then the predictions would be similarly consistent.  For

12:05:15 18  Ms. Gray's data, I don't believe we have USP I data that we

12:05:21 19  can actually use to confirm that.

12:05:23 20  Q.    Let me ask you this question.  Do you believe it

12:05:26 21  would be proper to compare your predicted values from one

12:05:30 22  batch of defendants' materials, to actual measured values

12:05:35 23  for another batch of that exact same product?

12:05:40 24  A.    For the purpose of validating the prediction, no.

12:05:45 25  For purposes of understanding batch to batch variability,

12:05:53  1    yes.

12:05:53  2    Q.      Okay.  And so you don't believe that the model can be

12:05:54  3    tested, your model can be tested with actual test results

12:05:59  4    from other batches of the same product, right?

12:06:03  5    A.      I disagree with that.  If one had USP I data for this

12:06:09  6    new batch, and USP II data for the new batch, we could then

12:06:14  7    compare the predictions to one another, and if the

12:06:17  8    predictions lined up and the data didn't, then that would be

12:06:21  9    an issue, but we don't have those data.

12:06:25 10         MR. ZIMMERMAN:  If I could just ask a couple

12:06:27 11    more questions, Your Honor, I know we're very close to the

12:06:30 12    lunch break.

12:06:30 13    BY MR. ZIMMERMAN:

12:06:31 14    Q.      Now, Dr. Thisted, is it your view, that your model

12:06:34 15    with the same factor of 1.86 can be applied across all of

12:06:39 16    the defendants' products even though they all have different

12:06:43 17    compositions, right?

12:06:47 18    A.      Yes, because the USP I data for all of the

12:06:55 19    defendants, the FDA was told they were similar to the

12:06:57 20    corresponding USP I profiles from Myrbetriq.

12:07:02 21    Q.      And you haven't looked at if any of the differences

12:07:05 22    among those formulations would influence their behavior in

12:07:11 23    USP I or USP II, right?

12:07:12 24    A.      Well, obviously, they don't affect USP I very much

12:07:21 25    because the dissolution curves -- the dissolution profiles

Thisted - cross - Zimmerman

12:07:23 1    for USP I are similar.  I haven't seen anything that would

12:07:26 2    indicate that they would somehow affect USP II dissolution

12:07:31 3    in a way that wouldn't be reflected in USP I.

12:07:35 4    Q.    You haven't done any analysis on how the formulation

12:07:39 5    differences impact dissolution of the various products, have

12:07:43 6    you?

12:07:44 7    A.    No, I haven't.

12:07:45 8    Q.    And your model doesn't have any factor in it that

12:07:51 9    accounts for formulation differences, does it?

12:07:55 10   A.    That's true.  As I said, we want to find the simplest

12:07:58 11   model that accurately predicts, and I have seen no

12:08:03 12   indication that any formulation factor would in any way

12:08:07 13   affect these predictions.

12:08:08 14   Q.    So I want to make sure I have this correct.  In your

12:08:13 15   view, your model can be applied to all of the defendants'

12:08:17 16   products that have different formulations, correct?

12:08:20 17   A.    Yes, that is my opinion.

12:08:22 18   Q.    But we can't use the predictions from your model and

12:08:28 19   compare them to actual data on the same defendants' product,

12:08:33 20   unless it's from the same batch, right?

12:08:37 21   A.    That would be the way my model is constructed.

12:08:41 22   Q.    And so in your slides, slide 61, Ms. Gray did testing

12:08:52 23   on an Apotex -- on an Aurobindo batch, right?

12:09:02 24   A.    Yes.

12:09:02 25   Q.    MBGX/FD00281/021B, right?

Thisted - cross - Zimmerman

12:09:11 1    A.      That's correct.

12:09:11 2    Q.      And that was USP II data at 200 RPM, right?

12:09:15 3    A.      That's correct.

12:09:18 4    Q.      If we go to the next slide, Ms. Gray did testing on

12:09:25 5    the same Aurobindo batch, USP II at 200; right?

12:09:32 6    A.      That's right, she tested the data ones as I

12:09:36 7    understand it.

12:09:36 8    Q.      If we go one more slide to PDX-5063, Ms. Gray also

12:09:42 9    tested two different batches of Apotex's material, right?

12:09:46 10   A.      That's right.

12:09:47 11   Q.      And she tested them in USP II at 200 RPM, didn't she?

12:09:50 12   A.      She did.

12:09:50 13   Q.      And you haven't seen any testing by Ms. Gray on those

12:09:58 14   Apotex or Aurobindo batches at USP I, 100 RPM, have you?

12:10:04 15   A.      No, I have not.

12:10:05 16   Q.      She carefully didn't do that testing so you couldn't

12:10:10 17   directly compare the results because they were from

12:10:12 18   different batches, right?

12:10:14 19   A.      I have no idea why she did the testing that she did.

12:10:18 20   Q.      And if she had done that testing, we could have

12:10:22 21   compared USP I data at 100 RPM to USP II, 200 RPM, for the

12:10:22 22   Apotex and Aurobindo batches, and seen if there was a

12:10:30 23   consistency, right?

12:10:36 24   A.      If USP I testing had been done in parallel with the

12:10:40 25   USP II testing that Ms. Gray did, we could then make the

Thisted - cross - Zimmerman

12:10:44 1    predictions based on USP I and see how well they lined up

12:10:48 2    with the measured values of USP II.

12:10:50 3    Q.      And because Ms. Gray didn't run the USP I at 100 test

12:10:54 4    on those samples, we can't do that comparison, can we?

12:10:58 5    A.      As far as I know, there is no data that would make

12:11:01 6    that possible.

12:11:02 7              MR. ZIMMERMAN:  Your Honor, now is a good

12:11:04 8    stopping point if you wanted to take the lunch break.

12:11:06 9              THE COURT:  All right.  We'll take

12:11:08 10   thirty minutes for lunch.  We're in recess.

12:11:11 11             COURT CLERK:  All rise.

12:11:13 12             (A luncheon recess was taken.)

12:44:23 13             THE COURT:  Please be seated.

12:44:28 14      You may continue your examination, counsel.

12:44:32 15             MR. ZIMMERMAN:  Thank you.

12:44:32 16    BY MR. ZIMMERMAN:

12:44:33 17   Q.      Good afternoon, Dr. Thisted.

12:44:35 18   A.      Good afternoon.

12:44:36 19   Q.      You presented mean square error numbers of 1 to

12:44:41 20   2 percent in your direct testimony, do you recall that?

12:44:44 21   A.      I think they were 1.5 to 1.7 percent, but I don't

12:44:48 22   remember.

12:44:48 23   Q.      Those values were based on Myrbetriq data, right?

12:44:51 24   A.      That's correct.

12:44:54 25   Q.      They weren't based on Lupin or Zydus data, were they?

Thisted - cross - Zimmerman

12:44:58  1   A.      That's correct, they were part of validating the

12:45:00  2   model.

12:45:02  3   Q.      Now the model that you developed is an ATD model, an

12:45:09  4   Accelerated Time Scale Dissolution Model, right.  That's the

12:45:10  5   kind of model that you used?

12:45:12  6   A.      Yes.

12:45:12  7   Q.      You're not aware of any published literature where

12:45:15  8   USP I dissolution data for a pharmaceutical product was used

12:45:19  9   to predict USP II dissolution using an ATD model, are you?

12:45:25 10   A.      I am not aware of any literature in which that

12:45:28 11   specific prediction model was employed.

12:45:32 12   Q.      And you have not cited any published literature where

12:45:36 13   USP I and USP II data for one pharmaceutical composition was

12:45:41 14   used to create a model to predict USP II or USP I data for a

12:45:47 15   different formulation; right?

12:45:50 16   A.      Would you repeat the question again.  I didn't quite

12:45:53 17   track it.

12:45:53 18   Q.      You haven't seen published literature that uses USP I

12:45:58 19   or USP II data for one formulation to predict dissolution in

12:46:00 20   USP I or USP II for a different pharmaceutical formulation,

12:46:10 21   have you?

12:46:12 22   A.      No, I have not seen a literature that does that.

12:46:17 23   Q.      Okay.  And the Quist paper, PTX-167, that you

12:46:22 24   referred to in direct, that paper doesn't use an ATD model

12:46:22 25   constructed based on data for one pharmaceutical formulation

Thisted - cross - Zimmerman

12:46:33 1 to predict dissolution of a different pharmaceutical

12:46:37 2 formulation, does it?

12:46:38 3 A.      No, the ATD model in Quist, just as the ATD models

12:46:43 4 that I used, were intended to predict one dissolution

12:46:47 5 profile from a different dissolution profile for the same

12:46:53 6 product.

12:46:54 7 Q.      Quist doesn't predict USP II, does it?

12:46:57 8 A.      I believe Quist does predict USP II, but I may be

12:47:02 9 misremembering.

12:47:03 10 Q.      It predicts USP II, but not based on USP I, right?

12:47:07 11 A.      Yes, it predicts USP II based on a different

12:47:11 12 apparatus.

12:47:11 13 Q.      And the Quist paper published in 2002, right?

12:47:18 14 A.      Yes.

12:47:18 15 Q.      And you don't cite a single paper that applies the

12:47:21 16 ATD method of Quist in the twenty years since that paper

12:47:26 17 published, do you?

12:47:27 18 A.      No, I didn't, I cited Quist for the description of

12:47:31 19 the model.

12:47:32 20 Q.      And you've never personally performed a dissolution

12:47:35 21 test on a pharmaceutical product ever, have you?

12:47:37 22 A.      That's correct.

12:47:38 23 Q.      You have never even seen a dissolution apparatus that

12:47:42 24 are used, correct?

12:47:42 25 A.      That's correct, I haven't physically seen the

12:47:47 1    apparatus, physical apparatus.

12:47:48 2    Q.      And during your career, you have never done any

12:47:51 3    research associated with dissolution testing, have you?

12:47:54 4    A.      I haven't done research on dissolution testing, no.

12:47:57 5    Q.      And none of your publications relate to predictive

12:48:01 6    modeling for dissolution of pharmaceutical products, do

12:48:04 7    they?

12:48:05 8    A.      My publications do not relate to predictive modeling

12:48:09 9    for pharmaceutical -- for dissolution testing of

12:48:12 10   pharmaceutical products.   There are several publications

12:48:15 11   that do predictive modeling.

12:48:17 12   Q.      Prior to your work on this case, you have never

12:48:20 13   created a predictive model for dissolution of a

12:48:24 14   pharmaceutical product ever, have you?

12:48:26 15   A.      That's correct.

12:48:26 16   Q.      And, in fact, this is the first case, this case is

12:48:30 17   the first time you have ever done predictive modeling of

12:48:34 18   dissolution of a pharmaceutical product, right?

12:48:36 19   A.      That's right, this is the first case in which those

12:48:39 20   issues have arisen for me.

12:48:41 21   Q.      And the only reference you cite about an ATD model

12:48:45 22   for predictive modeling of dissolution, is the twenty-year

12:48:49 23   old Quist article, right?

12:48:51 24   A.      That's right.   And I also mentioned the close

12:48:55 25   relationship to accelerated failure time models which are

Thisted - cross - Zimmerman

12:48:57 1  widely used throughout statistics.

12:49:00 2  Q.      Right.  But the only dissolution reference with an

12:49:02 3  ATD model that you cite is the twenty-year old Quist

12:49:07 4  reference?

12:49:07 5  A.      That's right.

12:49:08 6  Q.      Now, in constructing your model, you concluded that

12:49:13 7  the shape of the dissolution curve for Myrbetriq in the USP

12:49:19 8  I method at 100 RPM, was similar to the dissolution curve

12:49:25 9  for Myrbetriq in the USP II 200 RPM method, right?

12:49:31 10  A.      Similar in the sense that the shapes appeared to be

12:49:34 11  similar to one another.

12:49:41 12  Q.      You said they were similar, but the paddle curve

12:49:43 13  rises more rapidly, right?

12:49:45 14  A.      That's certainly true.

12:49:47 15  Q.      Okay.  Now, if we could look at Figure 2 from your

12:49:52 16  opening expert report, and we'll put it on the screen for

12:49:55 17  you.  And this is paragraph 7 of your opening report,

12:50:10 18  DTX-2854 at page 28?

12:50:14 19  A.      Do I have that in my binder?

12:50:16 20  Q.      You do, but we'll put it on the screen.  If you would

12:50:17 21  like to see it in your binder, you can.

12:50:23 22  A.      Okay.

12:50:23 23  Q.      These are the dissolution curves from Myrbetriq that

12:50:26 24  you said are similar, correct?

12:50:28 25  A.      These are the dissolution curves from the ten

Thisted - cross - Zimmerman

12:50:35 1    training samples.

12:50:36 2    Q.    Right, and these are the ones that you said are

12:50:39 3    similar; correct?

12:50:41 4    A.    Could you show me the context in which I said that?

12:50:46 5    Q.    Sure, if we could go to paragraph 71?

12:50:57 6    A.    Right, I say the shapes of the dissolution curves are

12:51:00 7    similar.

12:51:00 8    Q.    So if we could bring back up Figure 2, these are the

12:51:04 9    curves that you are saying are similar; right?

12:51:07 10    A.    That's right.

12:51:08 11    Q.    Okay.  And the blue line in these curves shows

12:51:13 12    Myrbetriq dissolution data in USP I at 100, correct?

12:51:18 13    A.    That's correct.

12:51:19 14    Q.    And the red line shows the dissolution of Myrbetriq

12:51:22 15    in USP II at 200 RPM; correct?

12:51:27 16    A.    That's correct.

12:51:27 17    Q.    And we can agree that the dissolution curve for

12:51:31 18    Myrbetriq in USP II and USP I shown in Figure 2 of your

12:51:37 19    expert report at paragraph 70, had different slopes; right?

12:51:41 20    A.    Yes, the average rate of dissolution is different for

12:51:45 21    USP II and USP I.

12:51:47 22    Q.    USP II actually dissolves about twice as fast, right?

12:51:52 23    A.    That's right.

12:51:52 24    Q.    Okay.  Now the Myrbetriq tablets dissolve more

12:51:56 25    rapidly in USP II than USP I; right?

Thisted - cross - Zimmerman

12:52:01 1    A.      Correct.

12:52:01 2    Q.      So in comparing USP I data and USP II data for

12:52:08 3    Myrbetriq, they would have very different dissolution values

12:52:13 4    at the same time point; right?

12:52:16 5    A.      Absolutely, you can see that directly from the

12:52:19 6    graphs.

12:52:20 7    Q.      So you can't directly compare the 1.5 time point for

12:52:27 8    Myrbetriq data in USP I at 100, to Myrbetriq USP II at 200,

12:52:37 9    at that same time point; right?

12:52:40 10   A.      That's right, I don't do that.

12:52:43 11   Q.      Okay.  So we see from the curves that Myrbetriq has

12:52:51 12   very different dissolution behavior in USP II at 200, the

12:52:58 13   paddle method, than USP I at 100; correct?

12:53:02 14   A.      It depends on what you mean by different.  Different

12:53:07 15   in what respect?  They are different in terms of the rates

12:53:10 16   at which things are happening, but other than that, the

12:53:14 17   shapes by which they get there are similar.

12:53:17 18   Q.      In your opinion, they're both close to linear;

12:53:22 19   correct?

12:53:22 20   A.      Well, they are close to linear, but that's not what

12:53:26 21   I'm basing my statement about similarity of shape.

12:53:33 22   Q.      What are you basing your similarity of shape

12:53:36 23   statement on?

12:53:36 24   A.      If I could recover the laser pointer.  I could

12:53:42 25   indicate what I'm talking about.

Thisted - cross - Zimmerman

12:53:49 1          Thank you.

12:53:51 2          So, for instance, in shape 11 here in the middle

12:53:57 3    of the first column, what we see if we look at dissolution

12:54:03 4    using USP I at about this point, there is a little kink and

12:54:11 5    things go up a little faster for USP I, and here is a little

12:54:15 6    kink, they slow down, we see similar changes, but earlier

12:54:20 7    on, but for USP II.  We see this same kind of thing here,

12:54:25 8    again a little kink, a little kink, small, small, but we see

12:54:31 9    that consistently, if there is a feature in USP I, we see it

12:54:36 10   mimicked in USP II.  So in that sense that I'm talking about

12:54:42 11   them having the same shape, but they're going up at a faster

12:54:46 12   rate with USP II.

12:54:48 13   Q.     So it's your testimony that Myrbetriq at USP II at

12:54:55 14   200 RPM dissolved much faster, about two times faster than

12:54:58 15   it does in USP I at 100 RPM, correct?

12:55:02 16   A.     That's roughly a factor of two, that's right.

12:55:05 17   Q.     But the curves have a similar shape to them is what

12:55:08 18   you're saying?

12:55:09 19   A.     That's right.

12:55:11 20   Q.     Okay.  Now, based on your analysis of the Myrbetriq

12:55:22 21   data, you calculated c Values for the 25-milligram and

12:55:22 22   50-milligram strengths of Myrbetriq; correct?

12:55:27 23   A.     Yes, as part of my exploration of building a model, I

12:55:36 24   looked at a model for both 25 and 50 separately to see if

12:55:40 25   they were commensurate.

Thisted - cross - Zimmerman

12:55:41 1    Q.      And you rated the c Values in your Myrbetriq model by

12:55:46 2    taking the average slope of the USP I data and the average

12:55:50 3    slope of the USP II data and forming a ratio of those two

12:55:54 4    slopes, right?

12:55:54 5    A.      In that analysis, that's what I did.

12:55:57 6    Q.      Okay.  And the value for your 25-milligram ratio was

12:56:02 7    1.8633; correct?

12:56:05 8    A.      That sounds right.

12:56:06 9    Q.      And the value for your 50-milligram C ratio was

12:56:15 10   1.8679, correct?

12:56:16 11   A.      That sounds right.

12:56:17 12   Q.      And based on those, you determined that you could

12:56:20 13   apply one c Value to the 50 and the 25's, and that was the

12:56:27 14   value of 1.866; correct?

12:56:38 15   A.      That's right.  And again, those were calculations

12:56:40 16   that were done in the training set when I was exploring

12:56:45 17   alternative possible models.

12:56:47 18   Q.      Now, the equation that you used for your model, if we

12:56:52 19   could look at paragraph 71 of your expert report again, is

12:56:57 20   the equation D2(T), equals D1 times the quantity CT,

12:57:02 21   correct?

12:57:08 22   A.      Yes, that's a mathematical expression of what I

12:57:11 23   described to the Court in my direct testimony.

12:57:14 24   Q.      And D2(T), that's USP II 100 dissolution value at

12:57:21 25   time T, correct?

Thisted - cross - Zimmerman

12:57:24 1    A.        That's the amount to dissolve that time T, using the

12:57:27 2    USP II paddle method.

12:57:29 3    Q.        That's a predicted value in all of the things you

12:57:33 4    have done, right?

12:57:33 5    A.        No.

12:57:33 6    Q.        Aside from the Myrbetriq data that you used to build

12:57:36 7    your model, D2 is the predicted value; right?

12:57:41 8    A.        Well, I would ask this formula to obtain a predicted

12:57:46 9    value in exactly the same way that I would use the formula

12:57:49 10   for a line in the example I used in the tutorial to obtain a

12:57:53 11   predicted value.

12:57:54 12   Q.        Let me go through the rest of the components.  D1 is

12:57:59 13   USP I 100 data, USP I 100 data for a given time, right?

12:58:08 14   A.        D1 is the amount of mirabegron dissolved using USP I

12:58:15 15   at whatever time is in that parenthesis.

12:58:19 16   Q.        So we can agree that D1 is a USP I 100 RPM value;

12:58:25 17   correct?

12:58:26 18   A.        Yes.

12:58:27 19   Q.        And C is your constant 1.866, right?

12:58:32 20   A.        That's right.

12:58:32 21   Q.        And so if we bring up this model -- reduces if we

12:58:36 22   bring it up, to slide 5035 that you presented in your

12:58:42 23   direct, and that's slide, if we could bring it back up says

12:59:01 24   USP time one equals 1.86 times USP time two, right?

12:59:02 25   A.        Correct.

Thisted - cross - Zimmerman

12:59:09 1  Q.     And for Lupin and Zydus, you had USP I data, right?

12:59:14 2  A.     Correct.

12:59:15 3  Q.     So the entirety of your modeling analysis in terms of

12:59:20 4  applying the model to the Lupin and Zydus data is take the

12:59:26 5  USP I data and divide by 1.86, and that gives you a

12:59:32 6  predicted USP II value, right?

12:59:36 7  A.     No, I'm afraid you got it wrong.  The time at which

12:59:40 8  USP I and USP II dissolve the same amount is given by this

12:59:46 9  relationship.  So, if you want a prediction at

12:59:52 10  one-and-a-half hours, that's a time, you put it into this,

12:59:55 11  you get the corresponding USP I time and you read off the

13:00:00 12  dissolution there.

13:00:00 13  Q.     So you shift the dissolution curve by 1.86 hours,

13:00:04 14  correct?

13:00:05 15  A.     That's correct.

13:00:06 16  Q.     Okay.

13:00:07 17  A.     No, not by 1.86 hours, but by a factor of 1.86.

13:00:11 18  Q.     By a factor of 1.86?

13:00:15 19  A.     Yes.

13:00:12 20  Q.     Essentially, you're just moving the dissolution curve

13:00:18 21  along the time scale?

13:00:18 22  A.     That's right, that's exactly what the ATD model is

13:00:24 23  fitting.  That's what it does.

13:00:24 24  Q.     So the c Value is the key constant in your model that

13:00:34 25  allows you to convert between USP I data at 100, and USP II

Thisted - cross - Zimmerman

13:00:40 1   at 200 RPM; correct?

13:00:43 2   A.      That's right.

13:00:45 3   Q.      And that c Value was calculated solely based on data

13:00:51 4   for Astellas' commercial Myrbetriq product, right?

13:00:55 5   A.      That value of C was obtained from data on Myrbetriq.

13:01:01 6   Q.      Okay.  We talked earlier about the sixty-day time

13:01:04 7   frame for your model.  You didn't do anything to validate

13:01:08 8   your model with data older than sixty days, data for samples

13:01:14 9   older than sixty days, right?

13:01:15 10   A.      That's right, that's why I would say that my

13:01:18 11   predictions are -- I would rely on them within the sixty-day

13:01:23 12   period, and I wouldn't know whether they could be relied on

13:01:26 13   if they were purported to be predictions beyond that.

13:01:29 14   Q.      And you didn't do an analysis of any of defendants'

13:01:35 15   formulation details, did you?

13:01:38 16   A.      No.

13:01:39 17   Q.      Okay.  And you have no knowledge as to how any

13:01:44 18   formulation differences between the defendants' products and

13:01:50 19   Myrbetriq may impact dissolution, do you?

13:01:52 20   A.      I have no knowledge of how or if those formulation

13:01:56 21   differences would affect dissolution.  That would be for a

13:02:02 22   different expert to discuss than me.

13:02:02 23   Q.      And your model doesn't have any factor in it that

13:02:12 24   accounts for differences in the formulation of plaintiff's

13:02:18 25   Myrbetriq product and the defendants' product, right?

Thisted - cross - Zimmerman

13:02:21 1    A.       If there were differences that affected dissolution,

13:02:24 2    they would not be present in my model.

13:02:26 3    Q.       And so your model assumes that the formulation

13:02:32 4    differences between Myrbetriq and the defendants' products

13:02:37 5    don't matter, so you can apply the same constant 1.86,

13:02:43 6    correct?

13:02:44 7    A.       I think that's -- that's largely a fair

13:02:51 8    characterization.  I think I would say that because my model

13:02:57 9    does not -- does not involve any formulation characteristics

13:03:05 10   that if those things mattered in dissolution for USP II in a

13:03:13 11   way that they wouldn't matter for USP I, then the model

13:03:23 12   wouldn't work.

13:03:23 13   Q.       Let me see if I can break this down, Dr. Thisted, so

13:03:24 14   we're on the same page.  In predicting dissolution for Lupin

13:03:27 15   and Zydus' products in USP II at 200, you used the c Value

13:03:36 16   of 1.86 that you calculated based on data from Myrbetriq;

13:03:42 17   right?

13:03:42 18   A.       That's correct.

13:03:43 19   Q.       And you didn't independently calculate a c Value for

13:03:46 20   Lupin's products or Zydus' products based on data on those

13:03:54 21   two products, did you?

13:03:56 22   A.       That's right, if I had that data, we wouldn't have to

13:03:59 23   do any prediction in the first place.

13:04:00 24   Q.       So you assumed that the constant for Myrbetriq

13:04:08 25   applied to Lupin and Zydus irrespective of any formulation

13:04:13 1    differences among the products, right?

13:04:15 2    A.      Essentially, my model assumes that the same c Value

13:04:19 3    applies to Lupin's and Zydus' product.

13:04:22 4    Q.      Okay.  Now, you saw that Dr. Gray did testing on

13:04:32 5    Lupin and Zydus expired samples in USP II at 200 RPM; right?

13:04:40 6    A.      I saw that in her testimony yesterday.

13:04:42 7    Q.      You haven't seen any testing from Dr. Gray in USP I

13:04:48 8    at 100 RPM for those exact same Lupin and Zydus samples,

13:04:55 9    have you?

13:04:56 10   A.      For the expired samples?

13:04:58 11   Q.      Yes.

13:04:58 12   A.      No, I haven't seen any USP I data for them that came

13:05:04 13   from Dr. Gray.

13:05:06 14   Q.      And if she had done that test on the same expired

13:05:09 15   samples that she did the USP II testing on, we could have

13:05:13 16   plugged the results in your model and seen if they worked,

13:05:16 17   right?

13:05:17 18   A.      If there were USP I data for those expired samples,

13:05:22 19   we could find out whether the model I constructed that would

13:05:27 20   work within sixty days, would also work for many years old

13:05:31 21   product.

13:05:33 22   Q.      And Ms. Gray actually ran USP I tests at 100 RPM on

13:05:41 23   Sawai's product, didn't she?

13:05:42 24   A.      She may have, I don't recall that.

13:05:45 25   Q.      You don't recall that from her testimony?

441

Thisted - cross - Zimmerman

13:05:46  1    A.      I'm afraid I don't.

13:05:48  2    Q.      But you have no reason to disagree with her

13:05:51  3    testimony, right?

13:05:52  4    A.      No.

13:05:53  5    Q.      She would know what she ran the tests on, right?

13:05:56  6    A.      She would know better than I would.

13:05:59  7    Q.      But you haven't seen any USP I, 100 RPM testing on

13:06:05  8    the Lupin or Zydus products that Dr. Gray tested so that you

13:06:10  9    could compare them with your model, right?

13:06:12 10    A.      That's right, I haven't seen any USP I data on those

13:06:17 11    samples.

13:06:21 12    Q.      Do you think that data would have been important to

13:06:23 13    your analysis?

13:06:29 14    A.      I am not sure what the relevance of those tests on

13:06:34 15    long expired samples would have been.

13:06:36 16    Q.      Did you do anything to validate your model for the

13:06:40 17    Lupin and Zydus products?

13:06:44 18    A.      As I said before, if I did have the data to do that

13:06:49 19    comparison, then we would have the data to answer the

13:06:52 20    dissolution limitation question without needing any modeling

13:06:56 21    at all.

13:06:57 22    Q.      And if Ms. Gray had done the testing, USP I at 100 on

13:07:03 23    the same expired Lupin and Zydus samples that she tested at

13:07:08 24    USP II at 200 RPM, you could have at least plugged it into

13:07:12 25    the model and gotten some estimate of how good it was,

Thisted - cross - Zimmerman

13:07:15 1    right?

13:07:16 2    A.    If the data had been collected in the way that you

13:07:22 3    suggest, then it would be possible to see how well a model

13:07:26 4    constructed for tablets that are within sixty days of

13:07:31 5    manufacture also works, without modification for samples

13:07:35 6    that are-half a decade old, yeah, we could do that, I don't

13:07:42 7    understand, maybe it's relevant, but I don't see why.

13:07:45 8    Q.    You didn't ask Ms. Gray to generate that data, did

13:07:48 9    you?

13:07:49 10   A.    No, I didn't know about Ms. Gray's testing until

13:07:53 11   defendants' rebuttal reports.

13:07:55 12   Q.    I would like to shift gears a little bit.  You

13:08:00 13   generated predicted dissolution values for Apotex unexpired

13:08:04 14   25 and 50-milligram tablets in USP II at 200 RPM, at 1.5 and

13:08:11 15   7-hour time points using your model, right?

13:08:18 16   A.    You're referring to the 2015 samples that were taken

13:08:21 17   from Apotex's ANDA?

13:08:23 18   Q.    Yes.

13:08:24 19   A.    Yes, those are the data that you used to produce

13:08:27 20   predictions for.

13:08:28 21   Q.    And you also generated predictive USP value for

13:08:33 22   Aurobindo's 50-milligram tablets under those same

13:08:33 23   conditions, right?

13:08:33 24   A.    That's right.

13:08:33 25   Q.    You're aware that Dr. Betensky compared your

Thisted - cross - Zimmerman

13:08:43 1    predicted values for those tablets to actual testing results

13:08:47 2    that Ms. Gray did on unexpired Apotex and Aurobindo tablets

13:08:53 3    in USP II at 200 RPM, at the 1.5 and 7-hour time points;

13:08:59 4    right?

13:09:01 5    A.    I was under the impression -- I seem to recall that

13:09:04 6    they were actually expired samples.  I'm sorry, I may be

13:09:12 7    confused here.

13:09:12 8    Q.    So you generated predictions for Apotex and Aurobindo

13:09:19 9    based on the data from their ANDA's, correct?

13:09:23 10   A.    That's correct.

13:09:23 11   Q.    And Ms. Gray tested unexpired samples from Apotex and

13:09:30 12   Aurobindo, right?

13:09:32 13   A.    I guess that's right.

13:09:34 14   Q.    And Dr. Betensky?

13:09:36 15   A.    Can I just check with my notes for a second.

13:09:39 16   Q.    Let me see if I can make that easy for you.

13:09:42 17   A.    I don't want to say something that's wrong.

13:09:47 18   Q.    If we could bring up paragraph 51 of Dr. Betensky's

13:09:55 19   rebuttal expert report.

13:10:01 20   A.    Yes, so this settles the matter.

13:10:04 21   Q.    Does this remind you that Dr. Betensky compared your

13:10:08 22   predicted values for Apotex and Aurobindo to Ms. Gray's

13:10:14 23   testing on unexpired samples, correct?

13:10:17 24   A.    That's correct.

13:10:17 25   Q.    So she also provided 95 percent confidence intervals

Thisted - cross - Zimmerman

13:10:24 1    for Ms. Gray's measured values, right?

13:10:31 2    A.      95 percent confidence intervals mean dissolution,

13:10:32 3    yes.

13:10:32 4    Q.      And you know Dr. Betensky, right?

13:10:35 5    A.      I do.

13:10:35 6    Q.      And you think she's an excellent statistician,

13:10:39 7    correct?

13:10:39 8    A.      I do, I disagree with some of her opinions, but she's

13:10:42 9    an excellent statistician.

13:10:44 10   Q.      If we could bring up DDX-4.1, and what I have done

13:10:49 11   for you here, Dr. Thisted, is I have put the two comparisons

13:10:56 12   Dr. Betensky did together on one slide so we can look at

13:11:00 13   them broadly.  Are you okay with that?

13:11:04 14   A.      I'm fine with that.

13:11:05 15   Q.      Your predicted mean for the Apotex 25-milligram at

13:11:09 16   the 1.5 hour time point was 28.3 percent; right?

13:11:14 17   A.      Correct.

13:11:15 18   Q.      And the experimental mean for Ms. Gray for that same

13:11:18 19   time point was 24.2; right?

13:11:21 20   A.      That's right.

13:11:23 21   Q.      Okay.  And for Apotex's 25-milligram at the

13:11:27 22   seven-hour time point, your predicted mean was 100 percent?

13:11:30 23   A.      That's right.

13:11:31 24   Q.      And the experimental mean for Ms. Gray was

13:11:35 25   89.5 percent; right?

Thisted - cross - Zimmerman

13:11:37 1   A.      That's right.

13:11:37 2   Q.      For Apotex 50-milligram tablets at the 1.5 hour time

13:11:42 3   point, your predicted mean was 26 percent?

13:11:45 4   A.      Correct.

13:11:46 5   Q.      And the experimental mean was 30 percent; right?

13:11:49 6   A.      Right.

13:11:50 7   Q.      And for the Apotex 50-milligram tablet at the

13:11:53 8   seven-hour time point, your predicted mean was 99.9 percent,

13:11:57 9   and the experimental mean was 92.8 percent; correct?

13:12:01 10  A.      Correct.

13:12:02 11  Q.      So none of the experimental values line up with the

13:12:05 12  predicted values, do they?

13:12:07 13  A.      Well, they're within a few percentage points, but

13:12:11 14  they don't exactly align, that's correct.

13:12:13 15  Q.      And the confidence intervals for your predictions

13:12:18 16  don't overlap with the confidence intervals for the measured

13:12:22 17  values, do they?

13:12:23 18  A.      They do not.

13:12:25 19  Q.      Okay, now for the Aurobindo 50-milligram tablets at

13:12:29 20  1.5 hours, your predicted mean was 23 percent; right?

13:12:32 21  A.      Correct.

13:12:34 22  Q.      And the experimental mean was 29.2 percent?

13:12:37 23  A.      Right.

13:12:38 24  Q.      And for the 50-milligram at seven hours, your

13:12:42 25  predicted value based on the model was 98.6 percent, and the

Thisted - cross - Zimmerman

13:12:47  1    experimental mean was 100.2 percent; correct?

13:12:50  2    A.      That's correct.

13:12:51  3    Q.      And again, none of those values are the same for the

13:12:54  4    Aurobindo testing?

13:12:56  5    A.      Those values are about the same.

13:13:01  6    Q.      The predicted mean and the experimental means aren't

13:13:04  7    the same, are they?

13:13:05  8    A.      No, they're not identical.

13:13:06  9    Q.      And once again, we see that the 95 percent confidence

13:13:10 10    interval for your predicted value doesn't even overlap with

13:13:14 11    the actual measured confidence interval for Ms. Gray's data?

13:13:18 12    A.      That's correct.

13:13:19 13    Q.      And your explanation for these deviations is that

13:13:24 14    these are different batches of Apotex material for the

13:13:29 15    predicted value and the measured value; right?

13:13:32 16    A.      That's right, these are from batches that were

13:13:35 17    manufactured seven years apart.

13:13:37 18    Q.      Okay.  And for the Aurobindo data, you have the same

13:13:43 19    explanation, different batches, right?

13:13:44 20    A.      That's right, the means are intended to predict one

13:13:48 21    thing, and they're being compared to something else.

13:13:51 22    Q.      So the Aurobindo and Apotex tablets are going to be

13:13:55 23    given to people; right?

13:14:00 24    A.      If they're marketed, they will be.

13:14:02 25    Q.      And they're going to go through an FDA approval

Thisted - cross - Zimmerman

13:14:06  1    process that makes sure there is a consistency from tablet

13:14:11  2    to tablet; right?

13:14:12  3    A.       That's my understanding.

13:14:15  4    Q.       And your testimony is that the batch to batch

13:14:20  5    variability of the Apotex and Aurobindo tablets is such that

13:14:25  6    you can't compare your predicted values to actual measured

13:14:29  7    values for different batches, right?

13:14:34  8    A.       That's right.

13:14:36  9    Q.       Okay.  But you believe your model is robust enough to

13:14:42 10    apply not only to Myrbetriq, but all of the defendants'

13:14:47 11    products, even though they have different formulations,

13:14:50 12    right?

13:14:51 13    A.       As I said before, that my model, you know, I do have

13:14:57 14    confidence that my model does apply to the defendants' ANDA

13:15:01 15    products, and in this case as we look to tablets that were

13:15:06 16    produced seven years apart, it's entirely possible that

13:15:13 17    there are process changes that have been made that make

13:15:16 18    changes into the dissolution profile that these confidence

13:15:21 19    intervals are sufficiently precise to detect, but that are

13:15:26 20    still within the limits that are acceptable to the FDA.  So

13:15:28 21    the fact that there are differences doesn't mean that --

13:15:33 22    these differences doesn't mean either that the model doesn't

13:15:36 23    work or that they would behave differently in people.

13:15:41 24    Q.       And the deviations between the predicted values and

13:15:42 25    the measured values, range from 4 to 10 percent here,

Thisted - cross - Zimmerman

13:15:51 1   correct?

13:15:53 2   A.      That sounds about right.  I think the largest

13:15:56 3   deviation is at the very high end where Apotex

13:16:02 4   25-milligrams, were 89 percent, as opposed to 100 percent is

13:16:11 5   dissolved after seven hours.

13:16:14 6   Q.      Thank you.

13:16:15 7           Now, in analyzing Lupin's product, you

13:16:18 8   considered USP I data at 100 RPM from Lupin's ANDA for its

13:16:25 9   25 and 50-milligram products; right?

13:16:27 10  A.      That's correct.

13:16:28 11  Q.      You have not seen any USP II dissolution data at

13:16:34 12  200 RPM for Lupin's ANDA tablets, have you?

13:16:38 13  A.      No, I haven't.

13:16:41 14  Q.      And the samples that Dr. Gray had, you haven't seen

13:16:48 15  USP I testing at 100 RPM for the Lupin samples, have you?

13:16:56 16  A.      No, I don't -- no, I haven't, I haven't seen any USP

13:17:00 17  I data from --

13:17:05 18  Q.      Now the dissolution rate from Lupin's 50-milligram

13:17:08 19  tablets is slower than that of Myrbetriq 50-milligram

13:17:14 20  tablets, right?

13:17:15 21  A.      I can't recall, it may be somewhat slower.

13:17:18 22  Q.      Let me see if I can help you.  If we can bring up

13:17:22 23  paragraph 123 of your opening report, appendix F, it's

13:17:28 24  DTX-2854 at 00319.  Paragraph 123.  The page ending in 333.

13:18:07 25  Sorry, that's not the right page.  If we can bring up the

449

Thisted - cross - Zimmerman

13:18:10 1      opening report, appendix F.

13:18:29 2              Paragraph 123.  Can you bring up F.1?  Thank

13:18:55 3      you.  If we could bring up DTX-2854, at page 48.  My

13:19:02 4      mistake.

13:19:08 5              So Dr. Thisted, you said the dissolution rate

13:19:13 6      was slower for Lupin's 50-milligram tablets than for

13:19:18 7      Myrbetriq 50-milligram tablets in your opening report;

13:19:21 8      correct?

13:19:21 9      A.      That's right, the average dissolution rate for

13:19:24 10     Myrbetriq 50-milligram tablets was about nine-and-a-half

13:19:28 11     percentage points per hour, and for Myrbetriq, it ranged

13:19:34 12     from roughly ten-and-a-half to 11, about one-and-a-half

13:19:38 13     percentage points slower for the 25-milligram, for the

13:19:43 14     50-milligram tablets.

13:19:47 15     Q.      If you were to take Myrbetriq 50-milligram tablets

13:19:50 16     and dissolve them in USP II at 200 and Lupin's 50-milligram

13:19:55 17     tablets and dissolve them in USP II at 200, you don't know

13:20:00 18     if Lupin's tablets would dissolve faster or slower than

13:20:04 19     Myrbetriq, do you?

13:20:05 20     A.      Well, if the ATD model is correct, it would say that

13:20:09 21     Lupin's 50-milligram tablets would dissolve more slowly with

13:20:14 22     USP II, just as they did with USP I.

13:20:16 23     Q.      And I'm not asking what you predict based on the

13:20:20 24     model, I'm asking you don't actually know how Lupin's

13:20:26 25     50-milligram ANDA product, and Myrbetriq 50-milligram

13:20:30 1    compare dissolution wise in USP II at 200 RPM, do you?

13:20:36 2    A.    That's right, because there was no USP II testing of

13:20:40 3    Lupin's product at 200 RPM.  Again, if there had been, no

13:20:45 4    prediction would be necessary, no modeling would be

13:20:48 5    necessary.

13:20:49 6    Q.    Now, you assumed for purposes of your model that the

13:20:53 7    relationship between Myrbetriq in USP I and USP II

13:20:59 8    dissolution testing would be the same relationship you would

13:21:02 9    see between Lupin's product and Zydus' product under those

13:21:06 10   same conditions; right?

13:21:07 11   A.    That's correct.

13:21:09 12   Q.    But you don't have any actual data to show that the

13:21:14 13   relationship between USP I and USP II dissolution testing

13:21:18 14   for Myrbetriq holds for Lupin or Zydus, right?

13:21:23 15   A.    That's correct, I don't have any data that directly

13:21:26 16   bears on that question.

13:21:31 17   Q.    Okay.  And I think we covered this, but I just want

13:21:34 18   to be sure, you didn't have any USP II data at 200 RPM for

13:21:40 19   Lupin's product, did you?

13:21:41 20   A.    I did not.

13:21:42 21   Q.    Okay.  Now, based on your assumption that Lupin's

13:21:50 22   tablets and Zydus' tablets would exhibit the same

13:22:02 23   relationship between USP II testing, and USP I testing, as

13:22:08 24   Myrbetriq, that assumption is what allowed you to use the

13:22:12 25   same constant C of 1.86; right?

Thisted - cross - Zimmerman

A.     Yes, I guess I would say that that's close to
correct.  I guess what I would say is, that if there were no
other factors that actually did affect the dissolution for
USP I and USP II in a differential way between the two, then
my model would apply.  If there were such factors, and they
actually changed the dissolution for USP II in ways that
didn't affect the dissolution for USP I, then that would be
a deficiency in the prediction.

Q.     Okay.  And so your model hinges on the c Value that
you derive from Myrbetriq data being applicable to Lupin and
Zydus' product, right?

A.     If the c Value -- my predictions are based on a
single C model derived from Myrbetriq and -- maybe it would
be better if you could rephrase it.

Q.     Let me see if I can try this another way.

A.     Thank you.

Q.     If the c Value you derived from Myrbetriq, is not
applicable to Lupin's product, then you have no basis to say
Lupin meets the dissolution limitation, right?

A.     If the c Value from Myrbetriq doesn't apply, and if
there is a correct c Value for Lupin that is markedly
different from that derived from Myrbetriq, then the model
would not apply.

Q.     And the same would apply to Zydus, right?

A.     Yes.

452

Thisted - cross - Zimmerman

13:24:13  1    Q.      Now, you said, and if there is a markedly different c

13:24:18  2    Value, you're not offering any c Value in this case other

13:24:22  3    than the one you derived from Myrbetriq, as being applicable

13:24:26  4    to Lupin and Zydus, right?

13:24:31  5    A.      That's right.

13:24:32  6    Q.      Your entire analysis that predicted analysis for

13:24:34  7    Lupin and Zydus, satisfy the dissolution limitation hinges

13:24:39  8    on that 1.86 value being right, doesn't it?

13:24:42  9    A.      It depends on the 1.86 value being close to right in

13:24:47 10    the sense that the predictions change very little, 1.86 is

13:24:52 11    1.89 or 1.85.

13:24:54 12    Q.      And you didn't do any analysis in this case to

13:24:59 13    validate the 1.86 value for Lupin and Zydus' products, did

13:25:04 14    you?

13:25:05 15    A.      There were no data that made that possible to do.

13:25:11 16    Q.      Okay.  Now, are you aware that Lupin's 25 and

13:25:16 17    50-milligram tablets have different formulations?

13:25:22 18    A.      I don't -- I think that may have been in a table that

13:25:27 19    I saw that maybe was in Dr. Betensky's rebuttal report.

13:25:32 20    Q.      Despite those formulation differences, you applied

13:25:35 21    the same c Value to both Lupin's 25 and 50-milligram

13:25:40 22    tablets, right?

13:25:40 23    A.      I did.

13:25:40 24    Q.      And you made no effort to calculate separate c Values

13:25:42 25    for Lupin's 25 and 50-milligram tablets?

Thisted - cross - Zimmerman

13:25:48 1    A.      No, there would have been no basis for me to do that.

13:25:52 2    Q.      You didn't ask anybody to go -- strike that.

13:25:57 3            You didn't ask the plaintiffs to make you

13:26:03 4    Lupin's tablets, and provide you data in USP II and USP I,

13:26:08 5    did you?

13:26:09 6    A.      No, I did not ask plaintiffs to make tablets that

13:26:16 7    mimicked one of the ANDA products.

13:26:18 8    Q.      And you're not a pharmaceutical formulator, are you?

13:26:21 9    A.      No.

13:26:22 10   Q.      You reviewed the '780 patent in forming your opinions

13:26:26 11   in this case; right?

13:26:28 12   A.      I did.

13:26:29 13   Q.      The claims of the '780 patent do not have any

13:26:32 14   discussion of dissolution modeling, do they?

13:26:35 15   A.      They do not mention modeling.

13:26:37 16   Q.      And the specification of the '780 patent doesn't talk

13:26:41 17   about dissolution modeling, does it?

13:26:43 18   A.      As I recall, there is no modeling of dissolution in

13:26:48 19   the specification.

13:26:48 20   Q.      And the U.S. Pharmacopoeia chapters that you relied

13:26:52 21   on in forming your opinions do not discuss modeling

13:26:55 22   dissolution data, do they?

13:26:57 23   A.      The USP chapters discuss measurements, not

13:27:02 24   prediction.

13:27:02 25   Q.      And in this case, all of the Lupin USP II 200 RPM

Thisted - cross - Abramowitz

13:27:08 1    values that you presented in your direct testimony are

13:27:11 2    predicted values, right?

13:27:13 3    A.      Yes.   And I think I was -- I tried to be careful to

13:27:17 4    say that they were predicted values.

13:27:19 5    Q.      I'm not saying you weren't careful, I just want to

13:27:22 6    make sure we're on the same page.   All of the values that

13:27:24 7    you presented for Lupin's USP II at 200 RPM were your

13:27:30 8    predicted values, right?

13:27:31 9    A.      They were based on my predictions.

13:27:33 10   Q.      And is the same is true for Zydus, they were all

13:27:36 11   predicted values?

13:27:37 12   A.      They were all based on my predictions, that's

13:27:40 13   correct.

13:27:40 14           MR. ZIMMERMAN:   If I could take one quick

13:27:43 15   second.

13:27:47 16           I have no further questions for the witness at

13:27:50 17   this time, Your Honor.   I will pass it to the other

13:27:53 18   defendants.   Thank you.   And thank you, Dr. Thisted.

13:27:55 19           THE WITNESS:   Thank you.

13:28:12 20   BY MR. ABRAMOWITZ:

13:28:20 21   Q.      Good afternoon, Dr. Thisted.   David Abramowitz from

13:28:24 22   Locke Lord on behalf of the Zydus defendants.   I have a few

13:28:26 23   questions.

13:28:28 24           Now, am I correct that you had no data from USP

13:28:34 25   II testing of Zydus ANDA product to test your model against?

Thisted - cross - Abramowitz

13:28:38 1    A.      That's correct, I had no USP II data available to me

13:28:42 2    for Zydus' product.

13:28:43 3    Q.      And I believe you already answered this, but you were

13:28:46 4    unable to predict a specific constant value for Zydus data

13:28:51 5    between USP I basket and USP II paddle method, correct?

13:28:58 6    A.      In order to get a Zydus specific c Value, I would

13:29:01 7    have had to have the USP II data, again would have resolved

13:29:06 8    the dissolution limitation itself.

13:29:08 9    Q.      And you don't know whether Zydus' 25 and 50-milligram

13:29:14 10   ANDA products dissolve faster or slower in USP II testing at

13:29:21 11   200 RPM, according to the patent than Myrbetriq, correct?

13:29:23 12   A.      I don't have any direct observations available to me

13:29:26 13   about the relative dissolution rates with USP II.  I just

13:29:30 14   have the comparison of USP I dissolution rates for Zydus

13:29:36 15   versus Myrbetriq, which were close to one another.

13:29:40 16   Q.      Can I get DTX-2854, Dr. Thisted's opening report at

13:29:54 17   page 55.  And if you could zoom in on paragraph 146.

13:30:13 18           Now, looking at paragraph 146 of your opening

13:30:18 19   report, Dr. Thisted, you determined that the rate of

13:30:21 20   dissolution of Zydus' 50-milligram ANDA product in the USP I

13:30:26 21   method was slower than that of Myrbetriq; is that right?

13:30:29 22   A.      Yes, it was somewhat slower by about one percentage

13:30:32 23   point per hour, 1 to 2 percentage points per hour lower than

13:30:40 24   was seen in the Myrbetriq 50-milligram tablets.

13:30:42 25   Q.      And if you go to page 56, if we could go to

paragraphs 147 and 148.  Now, here in these paragraphs,

Dr. Thisted, you provide the predictions, including

confidence intervals you made for USP II testing based on

the USP I testing of Zydus' ANDA products, right?

A.     That's correct, they show the estimated mean

dissolution percentages.

Q.     And you presented a single mean for 1.5 hours using

USP II paddle for each of 25-milligram and 50-milligram

Zydus products; right?

A.     That's right.

Q.     And a single confidence interval for each product;

correct?

A.     In paragraph 147, I did.

Q.     Now, can we go to PDX-5043?  This is the slide you

presented with your predictions for Zydus 25-milligram

product in your direct examination, is that right?

A.     That's right.

Q.     And you actually presented it on a batch-by-batch

basis, not a single prediction, correct?

A.     That's correct.

Q.     And you're not saying that your single prediction was

an error, are you?

A.     I am not.

Q.     You're relying on your single prediction as well,

correct?

Thisted - cross - Abramowitz

13:32:26 1    A.      Yes, I -- yes.

13:32:29 2    Q.      While testifying about this, you mentioned an -- the

13:32:34 3    RMSE of 1 to 2 percent, do you recall that?

13:32:36 4    A.      Yes, I do.

13:32:37 5    Q.      Now, you weren't able to actually calculate an RMSE

13:32:41 6    for Zydus' data under the USP II conditions of the patent,

13:32:45 7    were you?

13:32:46 8    A.      No, that would have required having USP II data,

13:32:51 9    measured data for Zydus' product.

13:32:53 10   Q.      When you mentioned that, you were talking about the

13:32:57 11   Myrbetriq RMSE, correct?

13:32:58 12   A.      It was the RMSE derived from the Myrbetriq validated

13:33:02 13   datasets.

13:33:03 14   Q.      And you don't know if that's the same as for Zydus,

13:33:06 15   correct?

13:33:09 16   A.      No, but again, if it were not, that would mean there

13:33:12 17   would have to be substantial differences in USP II

13:33:15 18   dissolution that are not present for USP I dissolution.

13:33:19 19   Q.      And you have no idea or data, to determine whether or

13:33:23 20   not that's true, correct?

13:33:24 21   A.      I have no data to determine whether that is actually

13:33:27 22   the case.

13:33:33 23   Q.      Can we turn to PDX-5060?

13:33:37 24   A.      5060?

13:33:38 25   Q.      5060.

Thisted - cross - Abramowitz

13:33:45 1            This is your slide about the Sawai 50 RPM

13:33:48 2    testing, is that right?

13:33:49 3    A.      That's right.

13:33:50 4    Q.      And I believe you reported to the court that the c

13:33:55 5    Value you calculated for Sawai's testing of Myrbetriq was

13:34:00 6    about 0.98, is that right?

13:34:02 7    A.      That's my recollection that the time scale factor

13:34:06 8    relating USP I at 100 RPM, to USP II at 50 RPM in Myrbetriq,

13:34:12 9    was in the Myrbetriq data that Sawai looked at, was a factor

13:34:17 10   of 0.98.

13:34:19 11   Q.      Now you actually calculated a c Value based on

13:34:22 12   Sawai's own data, didn't you?

13:34:25 13   A.      I don't recall doing that, but I may have.

13:34:31 14   Q.      And to refresh your recollection, if you would like,

13:34:36 15   we can go to PTX-0340.  This is where you include your

13:34:59 16   calculations for the Sawai and Myrbetriq data based on the

13:35:04 17   Sawai testing, is that right?

13:35:11 18   A.      Yes, I believe that's correct.

13:35:34 19   Q.      And if you look at the work starting on

13:35:42 20   PTX-0340.0081, does this refresh your recollection that you

13:35:42 21   calculated a C for Sawai?

13:36:12 22   A.      Let me just back up here.  On page 00081, did you

13:37:02 23   say?

13:37:02 24   Q.      Starting there, yes.

13:37:07 25   A.      Yes.  Okay.

13:37:08 1    Q.      And you calculated a C for Sawai, didn't you?

13:37:13 2    A.      This is looking at the Myrbetriq data that Sawai

13:37:16 3    looked at, not Sawai's data.

13:37:29 4    Q.      So you don't -- so you don't know whether the c Value

13:37:32 5    for the Sawai data calculated in the Sawai data, matches the

13:37:38 6    .0098, do you?

13:37:40 7    A.      No, but I know it has to be pretty close to that,

13:37:43 8    because when you use the conversion factor estimated from

13:37:51 9    Sawai Myrbetriq data, it closely matches the observed value.

13:37:58 10   You can see that on the next page, of this exhibit on

13:38:07 11   page 82.

13:38:07 12   Q.      But you don't know for sure, correct?

13:38:09 13   A.      Pardon me?

13:38:10 14   Q.      You don't know for sure, correct?

13:38:12 15   A.      I do know for sure.  I'm sorry, I don't know a value

13:38:15 16   for C looking at Sawai's mirabegron product, USP I versus

13:38:26 17   USP II, but I do know that it can't be very different from

13:38:33 18   the .98 that was obtained from Sawai's analysis of

13:38:38 19   Myrbetriq, because you see on the next page, the predictions

13:38:42 20   from Sawai's mirabegron product with USP I, closely match

13:38:42 21   the observed values for Sawai's measurements with USP II.

13:38:50 22   Q.      But it wouldn't have been exactly the same, correct?

13:38:58 23   A.      It wouldn't have been exactly the same, no.

13:39:01 24   Q.      You've offered some opinions about the fact that your

13:39:07 25   model relates to predictions based on products within sixty

Thisted - redirect

13:39:11 1    days of their manufacture; is that right?

13:39:13 2    A.    All of my predictions were done with, and based on

13:39:18 3    data, that were taken within sixty days of manufacture.

13:39:21 4    Q.    And you don't know whether Lupin or Zydus will import

13:39:26 5    their product within sixty days of manufacture, right?

13:39:28 6    A.    I have no knowledge about Lupin or Zydus' import

13:39:32 7    policies.

13:39:32 8    Q.    And you're not offering an opinion that Lupin and

13:39:36 9    Zydus are importing their data -- and you're not offering an

13:39:40 10   opinion that Lupin and Zydus are importing their products

13:39:44 11   within sixty days of manufacture, correct?

13:39:45 12   A.    I'm not offering any opinion about when Zydus and

13:39:49 13   Lupin import their data -- or import their products.

13:39:54 14           MR. ABRAMOWITZ:  I have no further questions,

13:39:55 15   Your Honor.

13:39:57 16           MR. RAKOCZY:  No questions, from Sandoz, Your

13:39:59 17   Honor.

13:39:59 18           THE COURT:  Any follow-up questions by the

13:40:01 19   plaintiff?

13:40:02 20           MR. LEONARD:  Yes, briefly, Your Honor.

13:40:11 21                   REDIRECT EXAMINATION

13:40:12 22   BY MR. LEONARD:

13:40:12 23   Q.    So Professor Thisted, during your cross-examination,

13:40:16 24   you were asked several questions about samples that could

13:40:21 25   been tested.  Do you recall those?

Thisted - redirect

13:40:22  1    A.      Yes.

13:40:23  2    Q.      Now in forming your opinions in this case, and when

13:40:26  3    you look at the rebuttal reports from the defendants, was

13:40:29  4    there any suggestion in those reports that that was testing

13:40:31  5    that you needed to do?

13:40:33  6    A.      No, there were a number of items, but there was no

13:40:37  7    concrete suggestion for any particular modification to my

13:40:40  8    model or why any of the formulation differences would

13:40:45  9    actually or might even actually produce differences.

13:40:50 10    Q.      And if could go back to PTX-340, which is a document

13:40:55 11    you were just shown.  And page 81.  If you go to page 81.

13:41:21 12    So Professor Thisted, do you recall you were just asked some

13:41:22 13    questions about PTX-340?

13:41:25 14    A.      Yes.

13:41:26 15    Q.      And you had mentioned some plots about the prediction

13:41:29 16    for the Sawai USP II 50 RPM data, do you remember that?

13:41:33 17    A.      Yes.

13:41:33 18    Q.      And you had mentioned that the plots are on the next

13:41:37 19    page; is that correct?

13:41:37 20    A.      That's correct.

13:41:38 21    Q.      Why don't we go to PTX-340 at 82.  Are these the

13:41:42 22    plots you were referring to?

13:41:42 23    A.      These are the plots.  And specifically, as you can

13:41:48 24    see from the predictions down at the bottom, these are the

13:41:51 25    predictions based on Sawai's USP I data of Sawai's product,

Thisted - redirect

13:41:59 1    for what USP II would produce for those same batches, but

13:42:05 2    with the c Value derived from their analysis of Myrbetriq,

13:42:11 3    *i.e.*, the .98 conversion factor.  And you can see in these

13:42:17 4    three USP I data sets, the predictions very closely match

13:42:22 5    the observed data.

13:42:24 6    Q.    And just so we understand what these plots are

13:42:26 7    telling us, what are the red dots in the plots?

13:42:29 8    A.    The red dots are the predictions from the ATD model,

13:42:36 9    the time conversion factor of .98, and the blue lines are

13:42:41 10   the actual observed USP II data at 50 RPM for the same batch

13:42:48 11   of materials that Sawai tested on their product.

13:42:52 12   Q.    And the red dots, that prediction, that used

13:42:57 13   Myrbetriq data to make a prediction for the Sawai product,

13:43:00 14   correct?

13:43:00 15   A.    The ingredients for the predictions in the red dots

13:43:04 16   were Sawai USP I data with the a Myrbetriq c Value, which

13:43:08 17   corresponds exactly to the kinds of predictions I made for

13:43:12 18   the ANDA defendants' products for 200 USP I at 200 RPM using

13:43:23 19   -- using USP I data on their product with a Myrbetriq

13:43:27 20   derived c Value.

13:43:30 21   Q.    And what was the purpose of putting these plots

13:43:33 22   together?

13:43:33 23   A.    Again, to determine the accuracy with which a

13:43:38 24   prediction based on Myrbetriq, or a predictive model based

13:43:42 25   on Myrbetriq, could be used to predict results from a

Thisted - redirect

13:43:51  1   generic formulation USP I data.

13:43:53  2   Q.    And this sample, what generic formulation?

13:43:56  3   A.    This would be Sawai's generic product.

13:43:58  4   Q.    If could go back to PDX-5060, which was one of your

13:44:04  5   demonstratives, I think we just put it up.

13:44:12  6   A.    Yes.

13:44:12  7   Q.    Do you recall being asked questions on this during

13:44:15  8   cross-examination?

13:44:16  9   A.    I do.

13:44:16 10   Q.    And again this is the Sawai data we have just been

13:44:20 11   talking about?

13:44:21 12   A.    It is.

13:44:21 13   Q.    And PTX-7031, is that where the Sawai data is found

13:44:27 14   for this prediction?

13:44:29 15   A.    I believe 7031 is where the Myrbetriq stuff was done.

13:44:35 16   Q.    So could we bring up PTX-7031.  And Professor

13:44:48 17   Thisted, does this refresh your recollection as to what the

13:44:51 18   data is in PTX-7031?

13:44:56 19   A.    Okay.  Yes, this is testing of Sawai's product in the

13:45:01 20   upper panel, and Myrbetriq in the lower panel.

13:45:07 21   Q.    Can we go to page 3?

13:45:07 22   A.    I should say that this is using USP I at 100.

13:45:18 23   Q.    Professor Thisted, on page 3 of PTX-7031, what

13:45:22 24   dissolution is being performed here?

13:45:25 25   A.    This dissolution testing is basket I -- sorry, the

Thisted - redirect

13:45:29 1    basket type method at 100 RPM.  Looking at Sawai's product,

13:45:43 2    Sawai mirabegron extended release 25-milligram tablets.

13:45:47 3    Q.      And is this USP I, with a buffer of pH 6.8, the

13:45:56 4    basket method at 100 RPM?

13:45:59 5    A.      Yes, the same conditions that we have discussed

13:46:02 6    throughout.

13:46:02 7    Q.      And within this, the top set of data, which product

13:46:06 8    is being shown there?

13:46:07 9    A.      The top set of data is Sawai's proposed ANDA product.

13:46:12 10   Q.      Is that actual data that Sawai collected using that

13:46:15 11   dissolution method?

13:46:16 12   A.      Yes.

13:46:16 13   Q.      And then the bottom panel, what data is shown there?

13:46:20 14   A.      That is data from Myrbetriq.

13:46:23 15   Q.      And is that actual data that Sawai collected on

13:46:26 16   Myrbetriq?

13:46:27 17   A.      It is.

13:46:27 18   Q.      If we could focus on the lower portion of the page,

13:46:33 19   the plots?

13:46:33 20   A.      Yes.

13:46:34 21   Q.      I'm sorry, the plots at the bottom.  So what's being

13:46:44 22   shown here?

13:46:45 23   A.      These are the dissolution profiles for these two data

13:46:49 24   sets with Sawai's proposed ANDA product in blue, and

13:46:52 25   Myrbetriq in red.

Thisted - redirect

13:47:00 1  Q.       Is this a comparative dissolution between Sawai's

13:47:03 2  ANDA product and Myrbetriq using USP I at 100 RPM, and pH

13:47:10 3  6.8?

13:47:10 4  A.       Yes, it is, this would be a comparative dissolution

13:47:13 5  test such as that recommended in the FDA guidelines.

13:47:16 6  Q.       Do you see where it says F2?

13:47:19 7  A.       F2 above, yes.

13:47:21 8  Q.       What was the F2 value for this comparison?

13:47:23 9  A.       It was 60.

13:47:25 10  Q.       And if we could now go to page 7 of PTX-7031, just to

13:47:34 11  orient us, what dissolution testing was performed on this

13:47:38 12  page?

13:47:38 13  A.       Once again, we're in a media of phosphate buffer at

13:47:44 14  pH 6.8.  This time the testing is done with the USP Type II

13:47:50 15  paddle method at 50 RPM.

13:47:52 16  Q.       So to confirm this is the dissolution testing in USP

13:47:55 17  II, 50 RPM, at pH 6.8?

13:48:00 18  A.       That's correct.

13:48:01 19  Q.       And again, just to walk through, what's the first set

13:48:04 20  of data that we're looking at?

13:48:06 21  A.       The top set of data in this page is, once again,

13:48:09 22  Sawai's proposed ANDA product.

13:48:11 23  Q.       And this is actual tested data that Sawai collected

13:48:15 24  on Myrbetriq?

13:48:16 25  A.       It is.

466

Thisted - redirect

13:48:17 1    Q.      I'm sorry, strike that.

13:48:19 2    A.      On their own proposed ANDA product.

13:48:23 3    Q.      Thank you, and then in the bottom set of data, what

13:48:25 4    data is presented there?

13:48:26 5    A.      The bottom set of data is the corresponding USP II at

13:48:33 6    50 RPM tests for Myrbetriq that they carried out.

13:48:36 7    Q.      And again, this is all testing data Sawai performed?

13:48:42 8    A.      Yes.

13:48:42 9    Q.      Did they compare these two sets of data and then

13:48:46 10   compare the plot?

13:48:47 11   A.      They did, once again, this is comparative dissolution

13:48:50 12   testing such as that in the FDA guidance.

13:48:54 13   Q.      And what value of F2 did they report?

13:48:58 14   A.      55.

13:48:59 15   Q.      And Professor Thisted, the data that we just went

13:49:02 16   through in PTX-7031, is this information you considered in

13:49:06 17   forming your model in this case?

13:49:08 18   A.      Yes, it is.

13:49:09 19   Q.      And what does the Sawai data tell you about your

13:49:12 20   model using Myrbetriq to predict the values?

13:49:15 21   A.      The Sawai data told me a couple of things.  One, is

13:49:18 22   that the model does a very good job of reproducing the USP

13:49:24 23   II values that Sawai obtained, and it also indicates that

13:49:27 24   the F2 value of 60 for USP I paddle method, is directly

13:49:32 25   reflected in the F2 value of 55 with the USP II -- sorry,

Little - direct

13:49:40 1   let me back up.  The USP I at 100 RPM F2 of 60, this shows

13:49:49 2   that that's -- the same kind of relationship is reflected

13:49:53 3   with slightly smaller F2 value of 55 seen in the USP II data

13:49:59 4   done at 50 RPM.

13:50:01 5           MR. LEONARD:  Thank you.  Nothing further, Your

13:50:03 6   Honor.

13:50:05 7           THE COURT:  Any follow-up?

13:50:07 8           MR. ZIMMERMAN:  No follow-up, Your Honor.

13:50:09 9           MR. ABRAMOWITZ:  No.

13:50:10 10          THE COURT:  May this witness be excused?  You

13:50:14 11  may step down, Doctor.  Thank you.

13:50:16 12          Call your next witness.

13:50:26 13          MR. HASH:  Thank you, Your Honor.  Astellas

13:50:42 14  calls Dr. Steven Little.

13:50:46 15          STEVEN LITTLE, having been duly sworn was

13:50:52 16  examined and testified as follows:

13:52:04 17          MR. HASH:  May I approach, Your Honor?

13:52:12 18          THE COURT:  Certainly.

13:53:37 19          MR. HASH:  Your Honor, Stephen Hash on behalf of

13:53:42 20  Astellas for McDermott Will & Emery.  May I proceed?

13:53:42 21          THE COURT:  Yes, you may.

13:53:50 22                DIRECT EXAMINATION

13:53:50 23  BY MR. HASH:

13:53:51 24  Q.    Good afternoon, Dr. Little.  Can you please introduce

13:53:54 25  yourself to the Court?

Little - direct

13:53:55 1   A.      Yes.   Nice to meet you.   My name is Steve Little.

13:53:58 2   Nice to meet you, Your Honor.

13:54:00 3   Q.      Have you created demonstratives to share with the

13:54:02 4   Court?

13:54:02 5   A.      I have.

13:54:04 6   Q.      What is your current position, Dr. Little?

13:54:10 7   A.      I am a professor, and the chair of the Department of

13:54:17 8   Chemical Engineering at the University of Pittsburgh.

13:54:19 9   Q.      Do you hold any other titles at the University of

13:54:21 10  Pittsburgh?

13:54:22 11  A.      I do.   I hold professor positions in the departments

13:54:26 12  of bioengineering, pharmaceutical sciences, immunology,

13:54:32 13  ophthalmology, and the McGowan Institute for Regenerative

13:54:36 14  Medicine.   I also hold an endowed title, the William Kepler

13:54:42 15  Whiteford Endowed Professor.   Finally, I have been appointed

13:54:43 16  as the special title of Distinguished Professor at the

13:54:47 17  University of Pittsburgh.

13:54:47 18  Q.      What does it mean to be a Distinguished Professor?

13:54:51 19  A.      It's an honorary title that's given to a select

13:54:52 20  number of faculty at the university.   It's a title that's

13:54:55 21  only given by the chancellor of the University.   And it

13:55:02 22  denotes outstanding internationally recognized research in

13:55:11 23  my field.

13:55:11 24  Q.      Do you have binders in front of you that have been

13:55:14 25  prepared, that you have assisted in preparing for the Court?

Little - direct

13:55:17 1    A.      I do, yes.

13:55:18 2    Q.      Can you please turn to JTX-309 in your binder.  I'm

13:55:27 3    sorry, PTX.  I apologize, PTX-309.  I think it should be the

13:55:47 4    first.

13:55:49 5            What is PTX-309, Dr. Little?

13:55:53 6    A.      It appears to be a copy of my curriculum vitae.

13:55:59 7            MR. HASH:  Your Honor, plaintiffs move for the

13:56:01 8    entry of PTX-309.

13:56:03 9            THE COURT:  Any objection?

13:56:12 10           MR. ZIMMERMAN:  No objection, Your Honor.

13:56:12 11           THE COURT:  Received.

13:56:12 12           (PTX Exhibit No. 309 was admitted into

13:56:12 13   evidence.)

13:56:12 14   BY MR. HASH:

13:56:12 15   Q.      Does PTX-309 accurately reflect your background and

13:56:15 16   experience?

13:56:15 17   A.      Yes.

13:56:17 18   Q.      Dr. Little, can you please provide us with an

13:56:20 19   overview of your post secondary education?

13:56:23 20   A.      Sure.  I received my bachelors in chemical

13:56:25 21   engineering in 2000 from Youngstown State University.  I

13:56:30 22   then went on to Ph.D. studies at MIT, and received my Ph.D.

13:56:33 23   in chemical engineering in 2005.

13:56:40 24   Q.      You mentioned now that you're at the University of

13:56:42 25   Pittsburgh.  What does your work at the University of

Little - direct

13:56:45 1    Pittsburgh involve?

13:56:46 2    A.     Well, it's in pharmaceutical formulation, drug

13:56:49 3    delivery systems, we do predictions of controlled release

13:56:54 4    systems, those kind of things.

13:56:55 5    Q.     Do you have publications related to that work?

13:56:58 6    A.     I do.

13:56:58 7    Q.     Have you given presentations and speeches related to

13:57:02 8    your work in the pharmaceutical formulation?

13:57:03 9    A.     Yes, I have.

13:57:04 10   Q.     Do you have patents related to your research?

13:57:07 11   A.     Yes, a number of them.

13:57:08 12   Q.     Have you received awards for your work as a principal

13:57:11 13   investigator?

13:57:12 14   A.     Yes, I have.  I have been fortunate enough at this

13:57:16 15   point in time in my career to have received over fifty

13:57:20 16   awards in my field.  Some of the awards that I have won,

13:57:23 17   only one individual wins them in the entire world in any

13:57:26 18   given year.  I have also been named as a fellow of a number

13:57:29 19   of different societies in my field that are represented on

13:57:32 20   the screen that are related to this area.

13:57:35 21   Q.     Have you been inducted into any national academies?

13:57:38 22   A.     Yes, I have.  This past year I was inducted into the

13:57:41 23   National Academy of Inventors.

13:57:42 24   Q.     Have you been recognized by courts as an expert in

13:57:45 25   the technical area relevant to your testimony today?

Little - direct

13:57:48 1    A.      Yes.

13:57:49 2              MR. HASH:  Your Honor, at this time, Astellas

13:57:51 3    would like to offer Dr. Steven R. Little as an expert in

13:57:54 4    this case.

13:57:55 5              THE COURT:  Any objection?

13:57:57 6              MR. ABRAMOWITZ:  To what field?

13:57:59 7              MR. HASH:  In the field of pharmaceutical

13:58:00 8    formulation.

13:58:01 9              MR. ABRAMOWITZ:  No objection.

13:58:02 10             THE COURT:  All right.  So noted.

13:58:02 11   BY MR. HASH:

13:58:05 12   Q.      Dr. Little, which party retained you to testify as an

13:58:08 13   expert in this case?

13:58:08 14   A.      Astellas.

13:58:10 15   Q.      Can you open your binder to JTX-002.  Is JTX-002 the

13:58:32 16   patent-in-suit in this case?

13:58:35 17   A.      It is the '780 patent, which I understand to be the

13:58:39 18   patent at issue in this case.

13:58:41 19   Q.      Dr. Little, what were you tasked with in this case?

13:58:42 20   A.      So I was tasked with a couple of things.  The first,

13:58:42 21   is to review the ANDA filings for defendants and compare the

13:58:52 22   ANDA products to the asserted claims in order to perform an

13:58:52 23   infringement analysis.

13:58:52 24              I also was asked to review opinions from experts

13:59:02 25   for defendants in this case related to the validity of the

Little - direct

13:59:09 1    '780 patent, but I understand I am only going to be talking

13:59:11 2    about infringement today.

13:59:12 3    Q.       Who are the defendants in this case?

13:59:13 4    A.       It is Sandoz, Zydus and Lupin at this time in the

13:59:18 5    case.

13:59:19 6    Q.       And is it your understanding that all of the

13:59:22 7    defendants filed Abbreviated New Drug Applications with the

13:59:26 8    FDA seeking approval for a generic mirabegron sustained

13:59:30 9    release hydrogel formulation?

13:59:33 10   A.       Yes.

13:59:33 11   Q.       Focusing only on your infringement opinions for now,

13:59:37 12   did you develop an opinion concerning defendants'

13:59:40 13   infringement?

13:59:41 14   A.       Yes, I did.

13:59:41 15   Q.       Can you please share your opinion?

13:59:43 16   A.       Sure.  It's my opinion that the ANDA products of

13:59:46 17   Sandoz, Zydus and Lupin each meet the limitations of the

13:59:50 18   asserted claims.

13:59:52 19   Q.       In developing this opinion, did you review the

13:59:55 20   dissolution limitation of the asserted claims?

13:59:56 21   A.       Yes, I did.

13:59:59 22   Q.       And in developing your opinion, did you review

14:00:02 23   evidence relating to the dissolution profiles of defendants'

14:00:10 24   ANDA products?

14:00:10 25   A.       Yes.

Little - direct

14:00:11 1    Q.      Do you understand that the only remaining

14:00:14 2    infringement issue in this case relates to whether or not

14:00:16 3    the defendants meet the dissolution limitation?

14:00:18 4    A.      Yes.

14:00:19 5    Q.      In your opinion, do all of the defendants' ANDA

14:00:23 6    products meet the dissolution limitation?

14:00:24 7    A.      In my opinion they do, yes.

14:00:29 8    Q.      Dr. Little, were you here for the testimony of

14:00:32 9    Dr. Gray, Dr. Weisman -- excuse me.  I'm sorry.  Strike

14:00:36 10   that.

14:00:36 11           Were you here for the testimony of Ms. Gray,

14:00:39 12   Dr. Weisman and Dr. Thisted?

14:00:41 13   A.      Yes.

14:00:42 14   Q.      Are you able to take the evidence that those

14:00:46 15   witnesses provided and apply it to the asserted claims

14:00:49 16   through the lens of a pharmaceutical formulator to reach

14:00:54 17   your opinion regarding infringement?

14:00:55 18   A.      Yes, I believe I can.

14:00:58 19   Q.      What evidence did you consider in arriving at your

14:01:02 20   opinions that defendants infringe the asserted claims of the

14:01:02 21   '780 patent?

14:01:02 22   A.      Sure.  I created this slide to go through these and

14:01:10 23   I'm going to go through each one of them.  I'm going to

14:01:12 24   start at the top, at the 12 o'clock portion.  So, the first

14:01:17 25   is that it's important to realize that each of the

Little - direct

1    defendants in this case when starting out with their

2    formulations chose the specific kind of gel forming

3    sustained release system that is covered by the claims.  As

4    I will describe, there is a number of different possible

5    types of sustained release formulations, or extended release

6    formulations that you could choose, each one having their

7    own particularities.  But in this case, you have claims that

8    cover sustained release, specifically gel forming systems

9    that are known to function in a particular way.  Each of the

10   defendants' products is that specific kind.  Okay?

11          The next thing is that each of those products is

12   meant to mirror Myrbetriq in a number of ways that are

13   important.  So Myrbetriq is also a sustained release gel

14   forming system that is going to behave mechanistically the

15   same way as all of the other products would by definition,

16   because of the mechanisms of controlled release.

17          And the goal then at that point when you start

18   with that is to match the dissolution profile with

19   Myrbetriq.  So what each of the defendants did by what the

20   FDA would require is to tune those release profiles in order

21   to be equivalent to the release profiles of Myrbetriq, which

22   itself is a product that meets the claim limitations.  So

23   you have the same systems tuned to the same release profile.

24   Okay?

25          The next thing that I considered was that, and

14:03:00 1   the Court heard this yesterday, there was testimony from

14:03:04 2   Ms. Gray that there was dissolution data of unexpired

14:03:08 3   samples.  Now, in this case, that was as I understand for

14:03:15 4   Sandoz.  And in that case, I can directly look to see

14:03:20 5   whether the unexpired samples using the dissolution test

14:03:27 6   that's described in the claims directly match.  And in that

14:03:31 7   case, it does.

14:03:32 8          It was also the case for some of the other

14:03:35 9   defendants that are no longer here that we had unexpired

14:03:38 10  samples that you can test as well.  But for some of the

14:03:41 11  defendants in this case, it's Lupin and also Zydus, there

14:03:46 12  were no samples provided in order to do that test.  So we

14:03:50 13  don't have that.

14:03:51 14         So what I considered, then, was two things.  One

14:03:56 15  was statistical modeling of the dissolution data, this Court

14:04:01 16  heard that this morning from Dr. Thisted.  And that's taking

14:04:05 17  dissolution data from USP I apparatus that was done at the

14:04:09 18  time of the ANDA filing and translating into the dissolution

14:04:13 19  behavior that we expected with USP Apparatus 2, and that's

14:04:17 20  using this statistical methods that are known in the field,

14:04:20 21  I considered that as well.

14:04:21 22         Finally, I considered some dissolution data of

14:04:25 23  expired samples, again, going back to yesterday with

14:04:29 24  Ms. Gray's tests, this were expired samples that were

14:04:32 25  tested.  Now, those are later in time, so as we know in the

Little - direct

14:04:36 1  field, there are expected to be some changes that the Court

14:04:40 2  has probably heard about with an increase in dissolution

14:04:43 3  rate over time.  So I considered that, looked at the expired

14:04:47 4  samples, and that also supported my analysis.  And I'll talk

14:04:50 5  about that a little bit later on.

14:04:52 6  Q.    Dr. Little, were you present in the courtroom for the

14:04:54 7  opening, for the parties' openings?

14:04:58 8  A.    Yes, I was.

14:04:59 9  Q.    And did you hear defendants Zydus and Lupin tell the

14:05:04 10  Court that they do not infringe the '780 patent?

14:05:09 11  A.    I did hear that, yes.

14:05:09 12  Q.    And you understand there is a difference between an

14:05:11 13  inability to prove infringement and not infringing, right?

14:05:16 14  A.    Well, I'm not a lawyer, I could say that I understand

14:05:19 15  there to be a difference between showing that a product

14:05:24 16  doesn't infringe and stating that, say, for example, one

14:05:28 17  particular side did not show enough evidence to prove

14:05:32 18  infringement.  There is a difference between those two

14:05:35 19  things.

14:05:36 20  Q.    You reviewed the expert reports of defendants'

14:05:39 21  experts in this case?

14:05:40 22  A.    I have.

14:05:40 23  Q.    Have those defendants presented any evidence

14:05:44 24  whatsoever that Zydus or Lupin do not infringe the claims of

14:05:48 25  the '780 patent?

Little - direct

14:05:50  1    A.      So here is how I would characterize it.  I have not

14:05:53  2    seen any tests performed to rebut what experts for

14:05:59  3    plaintiffs have put forth in terms of evidence, no tests.  I

14:06:03  4    haven't seen experiments that were done.  And I did not see

14:06:07  5    modeling that was done.  What I will say is that there were

14:06:11  6    criticisms of the analysis and the models and experiments

14:06:18  7    that experts for plaintiffs did, but there were no tests,

14:06:22  8    experiments or modeling to show whether those criticisms

14:06:25  9    were valid.

14:06:25  10   Q.      So have defendants' experts tested unexpired samples?

14:06:30  11   A.      No, not to my knowledge.

14:06:31  12   Q.      Have defendants' experts created models related to

14:06:36  13   unexpired samples?

14:06:37  14   A.      Again, not to my knowledge.

14:06:39  15   Q.      Have defendants' experts done any experiments related

14:06:43  16   to unexpired samples?

14:06:44  17   A.      Not to my knowledge.

14:06:46  18   Q.      Have defendants' experts tested expired samples?

14:06:50  19   A.      No, not to my knowledge.

14:06:50  20   Q.      Have defendants' experts made models relating to

14:06:52  21   expired samples?

14:06:52  22   A.      Not to my knowledge.

14:06:54  23   Q.      Have defendants' experts done any experiments related

14:06:57  24   to expired samples?

14:06:58  25   A.      Not to my knowledge.

Little - direct

14:07:02  1    Q.       Switch gears a little bit, Dr. Little.   Are you

14:07:05  2    familiar with Myrbetriq?

14:07:07  3    A.       I am.

14:07:07  4    Q.       What is Myrbetriq?

14:07:08  5    A.       So I created a slide to show this.   Myrbetriq is a

14:07:12  6    specific formulation that contains the active ingredient

14:07:18  7    mirabegron.   And I'm not going to go through what mirabegron

14:07:20  8    does, that was covered by Dr. Nitti before, but the molecule

14:07:25  9    is shown up here.   It's an active pharmaceutical ingredient.

14:07:29 10    That ingredient is contained inside of a particular kind of

14:07:33 11    pharmaceutical formulation.   It's not only just extended

14:07:36 12    release formulation, which is different than an immediate

14:07:39 13    release formulation as we'll discuss.   It is a specific kind

14:07:44 14    of extended release formulation, or sustained release

14:07:48 15    formulation that is called a gel forming formulation that is

14:07:52 16    known in the art.

14:07:55 17    Q.       Has Astellas always formulated its mirabegron product

14:07:58 18    as a sustained release formulation?

14:08:00 19    A.       Well, no, it's my understanding that originally

14:08:04 20    mirabegron was formulated into an immediate release system,

14:08:07 21    and that was done in the initial testing of the product.

14:08:10 22    Q.       Maybe we could -- you can help the Court understand

14:08:13 23    the difference between an immediate release formulation and

14:08:16 24    a sustained release formulation.   Let's start with an

14:08:19 25    immediate release formulation.   What does it mean for a

Little - direct

14:08:21 1    formulation to be immediate release?

14:08:23 2    A.      Sure.  So immediate release systems are the most

14:08:26 3    common oral formulations.  What that means is that the vast

14:08:31 4    majority of the drug comes out within an hour, typically

14:08:36 5    it's upwards to 85, 90 percent you're talking about that

14:08:40 6    comes out within an hour.  What that will ultimately produce

14:08:44 7    in terms of blood plasma level concentrations, which is what

14:08:48 8    I'm showing up here on the screen, is that the drug will

14:08:50 9    come out into the gastrointestinal tract, into the stomach,

14:08:54 10   and it will transition in the early time frame into the

14:08:58 11   blood plasma.  Each one has a different absorption rate.

14:09:02 12   But generally, what I'm representing here is the blood

14:09:05 13   plasma concentration rising early, and then being cleared

14:09:10 14   from the system.

14:09:13 15   Q.      So before we get to explaining sustained release, we

14:09:18 16   mention that -- Astellas did immediate release.  Do you know

14:09:24 17   why -- and were you present for Dr. Sako's deposition

14:09:28 18   testimony?

14:09:29 19   A.      I was.

14:09:29 20   Q.      Do you know why Astellas switched from an immediate

14:09:32 21   release formulation to a sustained release formulation?

14:09:35 22   A.      My understanding is that there were concerns related

14:09:39 23   to the immediate release system having a food effect,

14:09:42 24   potentially leading to dangerous side effects.

14:09:47 25   Q.      And just from a -- from your perspective as a

14:09:51 1    formulation expert, can you just give the Court a little bit

14:09:54 2    of a background as to how that formulation, how the

14:09:58 3    immediate release formulation might have resulted in those

14:10:01 4    problems?

14:10:01 5    A.    Sure.  I'm showing here how it could.  So when you

14:10:04 6    have a system, it is possible, depending upon the

14:10:07 7    circumstances, that you would have an ineffective product

14:10:12 8    with food.  So for instance, it's possible for some of the

14:10:15 9    drug, depending again on the circumstance, for it to

14:10:18 10   transition into the food rather than going into the

14:10:21 11   bloodstream.  And the food may carry that drug.  So what

14:10:25 12   that would mean, if it's not going into the bloodstream, it

14:10:28 13   may be less than what was intended and possibly may not be

14:10:32 14   effective.

14:10:32 15          Likewise, without food, if you're adjusting, for

14:10:37 16   instance, for the ingesting of the food, you could have too

14:10:40 17   much in the bloodstream.  If you don't have food in the

14:10:43 18   system and it could have side effects that are undesirable.

14:10:49 19   Q.    So we have spoken a bit about a sustained release

14:10:52 20   formulation.  Can you explain to the Court what a sustained

14:10:55 21   release formulation is?

14:10:55 22   A.    Sure.  As the name implies, it sustains the release

14:11:01 23   of the drug over a particular period of time.  There are a

14:11:04 24   number of different possible sustained release formulations,

14:11:05 25   a number of different profiles.  What I'm showing here is

14:11:12  1    what would theoretically happen in the blood plasma level

14:11:16  2    for just a given sustained release system.  As compared to

14:11:20  3    the red profile, which is immediate release, you would see

14:11:23  4    the blood plasma levels rise slower and be sustained for a

14:11:30  5    longer period of time.

14:11:30  6    Q.    Dr. Little, you mentioned that mirabegron is a

14:11:34  7    sustained release hydrogel.  Is a hydrogel formulation the

14:11:38  8    only way a formulator can make a sustained release

14:11:41  9    formulation?

14:11:41 10    A.    No, it's not.

14:11:42 11    Q.    Could you turn to JTX-0074 in your binder.  I think

14:12:02 12    they're sequential in binder one, Dr. Little.

14:12:05 13    A.    Okay.  I am there.

14:12:08 14    Q.    What is JTX-0074?

14:12:11 15    A.    This is a text in the field, it's Pharmaceutics, and

14:12:16 16    it's known by, we all know Pharmaceutics.

14:12:20 17              MR. HASH:  Your Honor, Astellas request to move

14:12:22 18    JTX-0074 into evidence.

14:12:25 19              MR. ABRAMOWITZ:  No objection, Your Honor.

14:12:27 20              THE COURT:  Received.

14:12:27 21              (JTX Exhibit No. 0074 was admitted into

14:12:27 22    evidence.)

14:12:27 23    BY MR. HASH:

14:12:28 24    Q.    And could I direct you, Dr. Little, to page 81 and 82

14:12:32 25    of JTX-0074.

Little - direct

14:12:34  1            What does JTX-0074 say about the categories of

14:12:39  2     controlled release formulations available to formulators?

14:12:43  3     And it might also help to walk through this demonstrative.

14:12:46  4     A.      Sure.  So what's being shown here on the screen is

14:12:50  5     the possible -- several possible mechanisms of sustaining

14:12:55  6     release.  There is a number of ways that as an engineer or a

14:12:58  7     formulator, you could controllably have the drug come out

14:13:03  8     over a period of time.  And the number of these are sort of

14:13:08  9     increasing with time, but there has been a large number of

14:13:11 10     them for a long period of time.  What I'm showing here is

14:13:14 11     just a handful of them.  So there is a way that you could

14:13:16 12     control the drug coming out by diffusion, by the system you

14:13:20 13     pick.  There is a way that you could control the drug by

14:13:23 14     controlling dissolution from the system.  You could control

14:13:27 15     it by electrostatic interactions, what I say here is ion

14:13:33 16     exchange. You could control it by osmotic pressure, so those

14:13:36 17     systems have been known for a while where you actually have

14:13:39 18     like a bladder with a hole in it, and you have a compartment

14:13:45 19     where water comes in and actually pushes the other

14:13:46 20     compartment, and the drug will come out of the system.

14:13:46 21            These are just a handful of examples.

14:13:51 22     Underneath each of these different mechanisms that we would

14:13:55 23     understand, there are variety of different sustained or

14:14:02 24     extended release systems that someone could choose from,

14:14:06 25     that would have their own specific combination of these

Little - direct

14:14:09 1    mechanisms.  For example, a hydrogel forming system is

14:14:12 2    well-known to be a combination of these first two

14:14:15 3    mechanisms.

14:14:15 4    Q.    Stepping back, and you testified that Astellas had

14:14:21 5    recognized this food effect associated with immediate, their

14:14:27 6    immediate release formulation of mirabegron.  As a

14:14:30 7    formulator, what options might Astellas have in figuring out

14:14:38 8    a way to overcome that food effect associated with immediate

14:14:43 9    release mirabegron?

14:14:45 10   A.    Sure.  I created a slide to show that.  We start on

14:14:50 11   the far outside, these would represent from a formulation

14:14:53 12   perspective, the number of different possibilities that

14:14:56 13   could be looked at.  There are non-formulation ways to do

14:14:59 14   this, too, but let's just talk about formulations for now.

14:15:02 15   So that's in the dark red.  Any number of different

14:15:06 16   formulations could have potentially been attempted, for

14:15:10 17   instance, during deposition, I understand that I read that

14:15:12 18   other types of routes of administration were considered, so

14:15:17 19   for instance, you avoid a food effect if you're not giving

14:15:20 20   it orally, if you give it intravenously, you could avoid a

14:15:24 21   food effect that way.  There is all kinds of possible

14:15:33 22   formulations that could have been picked.

14:15:33 23         If you zoom in and say we're going to look at

14:15:32 24   oral dosage forms, you can imagine adjusting the amount of

14:15:36 25   the drug or you could talk about adding to it, for instance,

484

Little - direct

14:15:41 1    something that would change the absorption of the drug, or

14:15:45 2    change where the drug is absorbed into the system.  Those

14:15:47 3    are all possible oral dosage forms that you could consider.

14:15:50 4            Then if you consider, I'm just going to zoom in

14:15:59 5    on -- I'm going to try to solve this problem with a

14:15:59 6    sustained release profile, there are a number of different

14:16:01 7    possible sustained release formulations that you could pick

14:16:04 8    and I gave some examples to the Court on the last slide of

14:16:07 9    some possible examples that you could pick.

14:16:09 10           Once you then narrow that down to the specific

14:16:13 11   kind of system we're talking about here, which is a gel

14:16:17 12   forming sustained release system, then what you would have

14:16:21 13   is what specific dissolution profile are you going to go

14:16:25 14   with to solve this problem, hoping that it would, some

14:16:29 15   would, some potentially would, and some would not.  Then you

14:16:33 16   would have the claimed additives that go in.  And it's the

14:16:37 17   combination of these two things that is the invention of the

14:16:41 18   '780 patent.

14:16:41 19   Q.    And we'll go into some more detail about this in a

14:16:45 20   minute, but is it your understanding that Myrbetriq embodies

14:16:50 21   the sustained release hydrogel ANDA solution profile that's

14:16:55 22   set forth in the '780 patent?

14:16:58 23   A.    Yes, that's my understanding.

14:17:02 24   Q.    Now, did Myrbetriq --

14:17:02 25           THE COURT:  We've gone past an hour-and-a-half.

Little - direct

14:17:06 1    This is about break time.

14:17:07 2                    MR. HASH:  Okay.

14:17:08 3                    THE COURT:  So let's take ten.

14:17:09 4                    (A brief recess was taken.)

14:27:32 5                    THE COURT:  Please be seated.

14:27:37 6                    All right, counsel, you may continue.

14:27:40 7                    MR. HASH:  Thank you, Your Honor.

14:27:40 8      BY MR. HASH:

14:27:43 9    Q.      Dr. Little, did Myrbetriq overcome the food effects

14:27:47 10   observed in mirabegron immediate release formulation?

14:27:50 11   A.      That's my understanding, yes.

14:27:51 12   Q.      As a formulator, is it your opinion that if Astellas

14:27:55 13   hadn't been able to formulate Myrbetriq as a sustained

14:27:59 14   release hydrogel as explained in the '780 patent, would this

14:28:03 15   drug be on the market today.

14:28:04 16   A.      Well, if it -- it would have had the food effect, it

14:28:08 17   would not be on the drug market today, there would have

14:28:11 18   needed to be some way to solve the problem and what I

14:28:14 19   understand is, it was solved here with this specific kind of

14:28:17 20   sustained release system.

14:28:18 21   Q.      Now, you mentioned hydrogels a number of times, Dr.

14:28:22 22   Little.  Can you give the court some background as to what a

14:28:27 23   hydrogel is?

14:28:28 24   A.      Sure, I'm showing a picture of one of these guys here

14:28:31 25   on the screen for the court.  I think this is a little cool

Little - direct

14:28:35 1    picture.  So what this is showing, is the system that's made

14:28:40 2    up of polymers.  So polymer is a long chain molecule, and

14:28:45 3    they'll form this inner woven network, so you sort of think

14:28:50 4    of it like, a ball of spaghetti, and the drug would be

14:28:54 5    inside of it.

14:28:55 6           Now these specific kind of systems are

14:28:57 7    well-known for hydrating in the way they do, and gelling up

14:29:02 8    on the surface on the outside.  If you look at this picture,

14:29:05 9    you can actually see that.  It's translucent around the edge

14:29:09 10   here.  In the center, it could even still be dry with the

14:29:11 11   drug inside.  It hydrates in this layer.  As that hydration

14:29:20 12   proceeds inward, there is a layer of gel that the drug will

14:29:25 13   diffuse out of.  If the court recalls earlier, that was one

14:29:28 14   of the measuring techniques that I talked about for release.

14:29:31 15   But as it diffuses in, the polymers on the outside will

14:29:35 16   become disintegrated enough, and will actually release off,

14:29:39 17   so at the very edge of this, what's happening is those

14:29:44 18   polymers have become untangled and are releasing out.

14:29:48 19   That's a dissolution process.

14:29:49 20          So what happens, is the layer proceeds inward in

14:29:52 21   a way that it moves to the center.  And you could actually

14:30:00 22   look at, and people have the mechanisms of release and

14:30:04 23   characterize them.  And they produce a specific kind of

14:30:07 24   release profile that we know in the field.

14:30:11 25   Q.     So I think you began, and maybe there is a little bit

Little - direct

14:30:16 1    of additional information.  What is the role of a hydrogel

14:30:19 2    in the sustained release hydrogel system?

14:30:22 3    A.      Well, it's to serve as this diffusion and dissolution

14:30:27 4    matrix, it contains the drug, and it operates to produce

14:30:33 5    this combination mechanism that's well-known in the field.

14:30:36 6    Q.      What is the primary components of a sustained release

14:30:40 7    hydrogel?

14:30:41 8    A.      Well, there is the gel forming polymer that's

14:30:45 9    well-known.  An example of this that we talked about here

14:30:48 10   this week has been polyethylene oxide or PEO.  And you also

14:30:54 11   can add a water soluble additive to the system that has a

14:30:59 12   higher solubility than the polymer itself.  When that

14:31:02 13   dissolves away, once the system hydrates, it leaves space

14:31:07 14   for more water to be able to come in, or for the gel to

14:31:11 15   swell into that space.  So it allows for the gel to gel

14:31:16 16   better, or more rapidly in that instance.  A common gel

14:31:20 17   forming agent that the court has heard about, and will

14:31:23 18   continue to hear about today, is polyethylene glycol.

14:31:27 19   Q.      So, polyethylene glycol is a hydrophilic additive?

14:31:33 20   A.      Yes, it can be.

14:31:41 21   Q.      We talked about Astellas development of a formulation

14:31:44 22   to resolve Myrbetriq food effect.  Did Astellas seek to

14:31:48 23   protect the idea of formulating mirabegron as a sustained

14:31:51 24   release hydrogel to overcome the food effect?

14:31:55 25   A.      Yes, that's the subject of the '780 patent.

Little - direct

14:31:56  1    Q.      In general, what is the subject matter of the '780

14:32:01  2    patent?

14:32:01  3    A.      Sure, I have just blown up the abstract here, and

14:32:03  4    it's general focus here on this particular molecule of

14:32:09  5    mirabegron and that's in, starting in the second line going

14:32:12  6    to the third line, it's a really long name that's called an

14:32:18  7    IUPAC name, but that molecule is mirabegron, and that's in a

14:32:24  8    specific kind of extended release system that's described

14:32:27  9    here, which is a gel forming system.  And that system will

14:32:34 10    produce a release profile that would reduce the effect of

14:32:38 11    food.

14:32:41 12    Q.      Does the '780 patent discuss how the claimed

14:32:45 13    sustained release hydrogel impact Myrbetriq food effect when

14:32:51 14    it's released immediately?

14:32:52 15    A.      When it's released immediately, yes, the issue was

14:32:55 16    that that causes the food effect that the court has been

14:32:58 17    hearing about.

14:32:58 18    Q.      Does the '780 patent talk about how the claimed

14:33:01 19    sustained release hydrogel might impact that food effect?

14:33:06 20    A.      Yes, it does.

14:33:07 21    Q.      Have you reviewed the claims of the '780 patent?

14:33:11 22    A.      Yes.

14:33:11 23    Q.      Can you provide a summary overview of the basic

14:33:14 24    elements of the asserted claims?

14:33:15 25    A.      Sure, I'll go through this in more detail later

Little - direct

14:33:18 1    showing the actual claim itself.  But I'm just putting them

14:33:21 2    here.  A sustained release hydrogel formulation and it's

14:33:25 3    specifically of mirabegron.  Then there is what is in the

14:33:29 4    system makes it up, the hydrogel-forming polymer and a

14:33:33 5    hydrophilic additive, and these two things are the things

14:33:36 6    that we know in the field that are more commonly used to

14:33:40 7    tune these polymers to get particular dissolution profiles,

14:33:43 8    so those are stated here.  And the fourth item, is the

14:33:47 9    dissolution limitation, so that's the actual output that has

14:33:50 10   to be achieved.

14:33:50 11   Q.      Does the '780 patent teach us how to make the claimed

14:33:55 12   mirabegron formulations that reduce mirabegron food effect?

14:33:58 13   A.      Yes.

14:33:58 14   Q.      Can you pull up PTX-0067?  I think it's in your

14:34:03 15   binder as well.

14:34:15 16   A.      Okay.

14:34:23 17           MR. RAKOCZY:  We object to use of this exhibit,

14:34:25 18   is multiple layers of hearsay, undated, unsigned document,

14:34:29 19   no one knows who made it, when or why.

14:34:33 20           THE COURT:  What number?

14:34:34 21           MR. HASH:  PTX-0067.

14:34:39 22           MR. RAKOCZY:  Multiple layers of hearsay, Your

14:34:41 23   Honor, it looks like it came from multiple sources, doesn't

14:34:44 24   say from whom, not signed, not dated.  Again, no indication

14:34:45 25   of what kind of record it is, why it was made.  This witness

14:34:53  1    certainly is not in a position to sponsor this document or

14:34:57  2    lay a foundation for it, its an internal Astellas document.

14:35:01  3    On top of that, it's also not legally probative given that a

14:35:05  4    skilled artisan wouldn't have access to whatever this

14:35:08  5    document is, so we would object to its use and admission.

14:35:12  6              THE COURT:  Can you lay some foundation,

14:35:15  7    counsel?

14:35:22  8              MR. HASH:  Do you want to address the

14:35:22  9    authenticity aspect of it?

14:35:22  10             THE COURT:  Yes, of the exhibit.

14:35:22  11             MR. HASH:  Paragraph 107 of the PTO states, any

14:35:25  12   documents on its face appears to have been authored by an

14:35:29  13   employee, officer or agent, the parties have deemed it to be

14:35:33  14   prima facie authentic and the metadata that was provided to

14:35:37  15   defendants on this document includes a designation that this

14:35:39  16   document was produced by Astellas.  The Courts, frequently

14:35:43  17   in this district, have recognized that metadata may be used

14:35:49  18   to authenticate documents.  And so based upon paragraph 107,

14:35:53  19   this document is clearly admissible as authenticated.  It's

14:35:57  20   interesting that they're raising these objections, Your

14:36:00  21   Honor, as this document appears on defendants' exhibit list

14:36:04  22   as well, at DTX-2155.  So they're objecting to a document

14:36:10  23   that they have actually put on their exhibit list.

14:36:12  24             MR. RAKOCZY:  Your Honor, it's on our exhibit

14:36:14  25   list because their expert looked at it, number one.  Number

14:36:18 1    two, metadata, naming a company name does not authenticate a

14:36:22 2    document, much less establish an exception to -- I can't

14:36:26 3    even count the number of ways this is hearsay.  And this

14:36:29 4    would have come from, if in fact this data is authentic,

14:36:34 5    would have come from numerous individuals, numerous

14:36:37 6    experiments, numerous lab notebooks and they haven't had a

14:36:41 7    single witness talk about this.  They had the inventors, the

14:36:43 8    inventors were deposed, they could have brought someone to

14:36:46 9    say what this is, if it's anything.  And we did preserve our

14:36:51 10   authenticity objection despite the pretrial order, which

14:36:55 11   says we're allowed to object and raise it in court.

14:36:58 12          MR. HASH:  Your Honor, this is a business record

14:36:59 13   that clearly includes the type of data that Astellas would

14:37:02 14   maintain in the ordinary course of business, and that speaks

14:37:08 15   to its authenticity and the fact that it is not hearsay.

14:37:12 16          THE COURT:  I have not seen the document.  Okay?

14:37:16 17   And so I am going to take the objection under advisement.

14:37:22 18   You can present the evidence, I haven't heard you give me

14:37:28 19   any evidence about it's authenticity except that it was

14:37:33 20   produced as metadata, and I don't even know how it was

14:37:36 21   produced as metadata, so I would appreciate that, if you

14:37:41 22   want me to make a ruling later on.

14:37:42 23          MR. HASH:  Understood, Your Honor, and I'm not

14:37:44 24   saying --

14:37:45 25          THE COURT:  You do what you can with this

14:37:46 1    witness, but you're allowed to introduce it provisionally.

14:37:50 2                    MR. HASH:  Okay.  And the document doesn't have

14:37:52 3    metadata, the document -- the metadata associated with the

14:37:56 4    document identified the document source as Astellas.  And in

14:38:01 5    this district --

14:38:03 6                    THE COURT:  So the metadata doesn't identify the

14:38:06 7    document?  My experience is, is that somebody does metadata,

14:38:16 8    and it's got a whole bunch of documents in it, and everybody

14:38:17 9    is supposed to know what's in it whether they do or they

14:38:20 10   don't, and it's authenticated.  You're saying it's something

14:38:24 11   different than that?

14:38:24 12                   MR. HASH:  The metadata, I am not a computer

14:38:29 13   person, but my understanding of the metadata, is the

14:38:32 14   metadata is the information embedded in the document that

14:38:37 15   relates to --

14:38:37 16                   THE COURT:  But not the document itself.

14:38:38 17                   MR. HASH:  Not the document itself.

14:38:41 18                   THE COURT:  Okay.

14:38:42 19                   MR. HASH:  It's the electronic tag that's

14:38:44 20   associated with the document.

14:38:45 21                   THE COURT:  Is in the metadata?

14:38:47 22                   MR. HASH:  The metadata is the electronic tag,

14:38:50 23   associated with it, so when you have the file, there is data

14:38:54 24   associated with the file, that identifies the source of the

14:38:58 25   information.  The source of the document.  And that metadata

14:39:04 1   establishes that the source of the document is Astellas.

14:39:06 2   Pursuant to paragraph 107 of the pretrial order, that is

14:39:12 3   sufficient for it to come in, and to authenticate it, and

14:39:19 4   again --

14:39:20 5           THE COURT:  It is authenticated, and you're

14:39:22 6   saying because it's authenticated, it's a business record?

14:39:25 7           MR. HASH:  It's authenticated, but secondarily

14:39:28 8   to address Mr. Rakoczy's hearsay objection, this is the type

14:39:31 9   of data, this is the type of other information, Astellas is

14:39:34 10  a pharmaceutical company involved in formulation.  This is

14:39:37 11  formulation data associated with the development of

14:39:40 12  formulations that were ultimately included in the '780

14:39:43 13  patent, that were ultimately involved in the development of

14:39:49 14  mirabegron products leading up to Myrbetriq, that's the

14:39:51 15  business of Astellas.  And that's the information that's

14:39:54 16  routinely --

14:39:55 17          THE COURT:  And you have never seen the document

14:39:56 18  is what you're saying?

14:39:58 19          MR. RAKOCZY:  The document was produced, and it

14:40:00 20  was in a native format, it's just a spreadsheet that has no

14:40:04 21  title, no date, no names, nothing.  The metadata can't

14:40:08 22  testify as to who created this, and why or what it was

14:40:11 23  created in the ordinary course of business.

14:40:12 24          THE COURT:  But you got this at the beginning,

14:40:15 25  you got this sometime during discovery, though, didn't you,

Little - direct

14:40:18  1    this document, produced --

14:40:20  2              MR. RAKOCZY:  It was the bare spreadsheet during

14:40:23  3    discovery, and there is no further witnesses.

14:40:25  4              THE COURT:  And you didn't ask any questions

14:40:27  5    about it, about its authenticity or anything else, you

14:40:30  6    didn't have to because you don't have to prove anything.

14:40:32  7              MR. RAKOCZY:  We weren't trying to authenticate

14:40:34  8    the document Your Honor, but putting that aside, Your Honor,

14:40:37  9    there are no more witnesses on the Astellas witness list, so

14:40:39 10    there isn't anyone who is going to come in and say who

14:40:42 11    created this, why, where all the data came from, I'm sorry.

14:40:48 12              MR. ABRAMOWITZ:  One thing Mr. Rakoczy is

14:40:50 13    failing to add, is that much of the information in this

14:40:54 14    document is in Japanese.

14:40:56 15              THE COURT:  That's not my fault.

14:40:58 16              MR. ABRAMOWITZ:  Unless we have translations,

14:41:01 17    it's hard for us to understand.

14:41:02 18              THE COURT:  You guys all have Japanese

14:41:04 19    interpreters, I saw a couple of them here the other day.

14:41:07 20    That's not an issue.  So I'm just provisionally going to

14:41:12 21    accept it.  I need to do -- I need to look at the docket

14:41:16 22    sheet a little bit more, I need to re-examine the magistrate

14:41:20 23    judges ruling on this, and I have to do a little research.

14:41:23 24    But I'm going to let it come in because it's a bench trial.

14:41:26 25    Okay.  Let's go.

Little - direct

14:41:27  1              MR. HASH:  Thank you, Your Honor.

14:41:27  2       BY MR. HASH:

14:41:31  3  Q.       Could we pull up PTX-0067.  What are examples 2, 8

14:41:38  4  and 9 shown in PTX-0067, Dr. Little?

14:41:42  5  A.       Sure, these are mirabegron formulations, you can see

14:41:51  6  YM178, which is the mirabegron active, and then you have a

14:41:56  7  number of ingredients that are listed beneath it with

14:42:00  8  amounts.  So these are what you would commonly see whenever

14:42:03  9  you look at formulation composition charts.

14:42:06 10              And then if you go down below, you can see what

14:42:11 11  is dissolution data, so for each of these compositions, 2, 8

14:42:16 12  and 9, you can see dissolution data at 1.5 hours on the far

14:42:21 13  left, 2.5 hours, 4.5 hours and 7.  Now, there is not actual

14:42:26 14  data points for seven, because the dissolution profiles have

14:42:29 15  met greater than 90 percent at 4.5 hours, but the data is

14:42:33 16  highlighted here in red.  Underneath of these dissolution

14:42:38 17  data, you can see the conditions of the test.  So pH 6.8,

14:42:42 18  and you see a P there, which is what we would know to be

14:42:46 19  paddle, and 200 which would be the rotation speed.

14:42:50 20  Q.       So --

14:42:51 21              THE COURT:  So how do you know it's the subject

14:42:52 22  drug, where does it say that?

14:42:52 23              THE WITNESS:  It doesn't say that here on this

14:42:58 24  document.

14:43:00 25              THE COURT:  Do you know when it was done?

14:43:02  1            THE WITNESS:  The date of this document, I do

14:43:04  2    not have here, no, Your Honor.

14:43:05  3            THE COURT:  And you don't know whether this was

14:43:07  4    sequential, or all one experiment?

14:43:12  5            THE WITNESS:  I do not.  The document does not

14:43:12  6    say whether these were all done at the same time, or whether

14:43:15  7    they were done at different times.

14:43:15  8     BY MR. HASH:

14:43:25  9    Q.      Dr. Little, the document does identified XM178 is, do

14:43:25 10    you know what XM178 is?

14:43:27 11    A.      It's mirabegron.

14:43:29 12    Q.      Excuse me, YM178?

14:43:32 13    A.      What is that number?

14:43:33 14    Q.      What is YM178?

14:43:35 15    A.      It's the mirabegron active ingredient.

14:43:38 16    Q.      Was YM178 the internal designation at Astellas, for

14:43:43 17    mirabegron?

14:43:43 18    A.      Yes.

14:43:44 19    Q.      Is it your understanding that the examples that are

14:43:48 20    reproduced in PTX-0067, also appear in the '780 patent?

14:43:52 21    A.      Yes, they do.  This same information is in the

14:43:52 22    specification.

14:44:00 23    Q.      And could we go back to the slides.  Back one slide.

14:44:07 24    Is it your understanding that the information, that the

14:44:11 25    formulations that are reproduced in PTX-0067, would form a

Little - direct

14:44:16  1    sustained release hydrogel formulation?

14:44:19  2    A.      Yes.

14:44:19  3    Q.      And a sustained release hydrogel formulation of

14:44:23  4    mirabegron?

14:44:24  5    A.      Yes.

14:44:24  6    Q.      Would those compositions encompass a hydrogel-forming

14:44:29  7    polymer?

14:44:29  8    A.      Yes.

14:44:30  9    Q.      Would those formulations include a hydrophilic

14:44:34 10    additive?

14:44:34 11    A.      Yes, they would.

14:44:35 12    Q.      And were those formulations tested pursuant to the

14:44:39 13    dissolution test that's recited in the asserted claims of

14:44:41 14    the '780 patent?

14:44:44 15    A.      Yes.

14:44:44 16    Q.      And is it your understanding that those examples meet

14:44:55 17    the dissolution limitation of the asserted claims of the

14:44:55 18    '780 patent?

14:44:55 19    A.      Yes.

14:44:55 20    Q.      Referring back to the '780 patent which is JTX-002,

14:44:59 21    is the information included in examples 2, 8 and 9 included

14:45:02 22    in the patent the same as what's included in the examples

14:45:02 23    set forth in Table 4?

14:45:11 24    A.      Yes, they are, so if you compare Table 4, and you can

14:45:11 25    see here example 2, 8 and 9, and you look at the data points

14:45:21 1    that are given in the document that you just showed me,

14:45:24 2    which is PTX-0067, you can see that the numbers match up,

14:45:30 3    for example, 2, 8 and 9 for 1.5, 2.5 and 4.5 hours.

14:45:35 4    Q.      Did Astellas actually develop formulations that

14:45:38 5    embody the claims of the '780 patents?

14:45:42 6    A.      Yes.

14:45:42 7    Q.      Does Astellas actually disclose formulations that

14:45:45 8    embody the claims of the '780 patent, in the '780 patent

14:45:49 9    itself?

14:45:49 10   A.      Yes.

14:45:51 11   Q.      Dr. Little, you're not a lawyer; is that right?

14:45:53 12   A.      No.

14:45:55 13   Q.      But you applied certain legal principles in your

14:46:00 14   infringement analysis, correct?

14:46:01 15   A.      Yes.

14:46:02 16   Q.      Do you have a basic -- do you have a basic

14:46:05 17   understanding of the legal principles you applied?

14:46:07 18   A.      I do.

14:46:08 19   Q.      Let's take a look at your infringement analysis.

14:46:12 20   With respect to your infringement analysis, what must be

14:46:12 21   shown to establish infringement of a patent?

14:46:12 22   A.      Sure, I put my understanding here on the screen.  The

14:46:22 23   first step as I understand it, is that each limitation of

14:46:26 24   the claim is to be correctly construed.  In this case, I

14:46:30 25   understand that there was no construction by the court.

Little - direct

14:46:34 1    There was no dispute, at least to my understanding, about

14:46:37 2    the claim terms.  So what that means, is that you would use

14:46:40 3    the plain and ordinary meaning of the claim term at the time

14:46:43 4    of the invention.

14:46:45 5              You would then, after having those

14:46:48 6    constructions, take a particular system and you would

14:46:58 7    determine whether or not it embodies each and every element

14:46:58 8    and limitation of the asserted claims.

14:46:58 9    Q.    What is the standard used to determine whether an

14:47:02 10   ANDA product infringes a patent's claim?

14:47:06 11   A.    Yeah.  It's more likely than not, I think you guys

14:47:09 12   call it, preponderance of the evidence.

14:47:10 13   Q.    Okay.  Is it your understanding that every single

14:47:15 14   mirabegron tablet defendants make, must meet the claim

14:47:18 15   limitations in order for the defendants to infringe the '780

14:47:23 16   patent?

14:47:23 17   A.    No, it's my understanding that if any of the tablets

14:47:26 18   meet the claim limitations, then that's an infringing

14:47:29 19   product.

14:47:29 20   Q.    Based upon your understanding, if you tested ten of

14:47:33 21   defendants' tablets and nine infringe, one didn't, would

14:47:37 22   defendants' ANDA products still infringe the patent?

14:47:42 23   A.    Yes.

14:47:42 24   Q.    Likewise, if you tested ten of defendants tablets and

14:47:45 25   nine did not infringe but one did, would defendants still

Little - direct

14:47:48  1    infringe the patent?

14:47:49  2    A.      Yes.

14:47:52  3    Q.      In forming your opinions in this case, have you

14:47:54  4    considered the definition of a person of ordinary skill in

14:47:57  5    the art for the technology found in the '780 patent?

14:48:02  6    A.      I have, I have included here on the screen, I won't

14:48:05  7    read it off, but I'll just give a general understanding.

14:48:09  8    It's my opinion that a person of ordinary skill in the art

14:48:12  9    as of September 2008, would have been somebody with at least

14:48:17 10    a Ph.D. in the field that we're talking about here, and have

14:48:23 11    approximately 2 to 3 years of experience in the field.  And

14:48:28 12    then it could also be somebody with a bachelor's degree in a

14:48:32 13    field like this, and it could be a commensurate increase in

14:48:37 14    the amount of experience.

14:48:40 15    Q.      What's the significance of the date, September 2008

14:48:44 16    to the assessment of a person of ordinary skill in the art?

14:48:48 17    A.      It's the priority date of the patent-in-suit.

14:48:51 18    Q.      Would you consider yourself to be a person of

14:48:53 19    ordinary skill in the art as of the priority date of the

14:48:56 20    '780 patent?

14:48:58 21    A.      Yes.

14:48:58 22    Q.      According to this definition?

14:49:00 23    A.      Yes.

14:49:02 24    Q.      Dr. Little, do you know which claims are asserted by

14:49:05 25    Astellas in this case?

14:49:06 1    A.    Yes, my understanding is, it's claim 5, claim 20, and

14:49:11 2    claim 25, which I have circled here on the slide.

14:49:14 3    Q.    Now, even though only claims 5, 20 and 25 are

14:49:18 4    asserted in this case, did you also have to evaluate

14:49:21 5    additional claims as part of your infringement analysis?

14:49:24 6    A.    I did, because these are dependent claims, so I also

14:49:28 7    had to evaluate the claims that they depend upon.

14:49:40 8    Q.    You previously mentioned in order to infringe a

14:49:43 9    claim, defendants' ANDA products must possess all

14:49:48 10   limitations of a claim, is that right?

14:49:49 11   A.    Yes, that's my understanding.

14:49:50 12   Q.    Can you remind the Court of the basic elements of

14:49:53 13   claims 1 and 22?

14:49:54 14   A.    Sure, I have included these on the screen with the

14:49:58 15   actual claim itself, and I try to color code it.  So, the

14:50:03 16   first portion of this that I'll talk about is in purple, and

14:50:08 17   that's the mirabegron sustained release hydrogel forming

14:50:12 18   system.  And that's up here on the left, and then

14:50:16 19   correspondingly over here in claim 22 on the right.

14:50:19 20       The next portion of this is the hydrogel-forming

14:50:24 21   polymer that's going to makeup the gel forming sustained

14:50:27 22   release system.  And on the left, you see that included in

14:50:32 23   the yellow portion in claim 1, both with the property of

14:50:37 24   that hydrogel-forming polymer, and then the list of possible

14:50:41 25   hydrogel forming polymers, on the right, that's included by

Little - direct

14:50:46 1  comprising a means for forming a hydrogel.

14:50:49 2              Then in the blue, it's the additional component

14:50:54 3  that's specified, which is the hydrophilic additive, we

14:50:58 4  talked about that a little bit earlier.  There is a property

14:51:01 5  on the left, and then a list of hydrophilic additives that

14:51:05 6  can be used in claim 1.  On the left-hand side in claim 22,

14:51:08 7  it says a means for ensuring penetration of water into the

14:51:12 8  pharmaceutical composition.  In the specification, and in

14:51:16 9  the art that occurs through the hydrophilic additive here.

14:51:21 10  The last one is in the gray, which is the dissolution

14:51:25 11  limitation, and those are the same on the left and on the

14:51:28 12  right.

14:51:29 13  Q.    Now, the words in claim 1 and 22 are different, but

14:51:33 14  do they have the same basic elements?

14:51:35 15  A.    They do.

14:51:36 16  Q.    Before we move on, let's talk about a few of those

14:51:40 17  terms in particular.  Does claim 22 require, expressly

14:51:46 18  require, a hydrogel-forming polymer?

14:51:50 19  A.    Claim 22 says comprising means for forming the

14:51:56 20  hydrogel, that's the hydrogel-forming polymer that's

14:52:00 21  discussed in the specification, yes.

14:52:01 22  Q.    A means for forming a hydrogel, is that the same

14:52:05 23  thing as a hydrogel-forming polymer?

14:52:07 24  A.    Yes, that's what's talked about all throughout the

14:52:10 25  specification.

Little - direct

14:52:11 1    Q.      Does the specification of the '780 patent disclose

14:52:15 2    hydrogel forming polymers that can be used in the sustained

14:52:18 3    release hydrogel?

14:52:19 4    A.      Yes.

14:52:20 5    Q.      Where, do you recall wherein the patent, a list of

14:52:25 6    hydrogel forming polymers might occur?

14:52:28 7    A.      It's included here in column seven, and I put it here

14:52:31 8    on the screen on the right, you can see examples of these

14:52:34 9    and there is a list that follows.

14:52:37 10   Q.      Referring back to claim 1, does claim 1 require that

14:52:41 11   the hydrogel-forming polymer have an average molecular

14:52:49 12   weight of 100,000 to 8 million?

14:52:49 13   A.      Yes.

14:52:49 14   Q.      Can we refer to this as the average molecular weight

14:52:52 15   limitation?

14:52:52 16   A.      Yes.

14:52:57 17   Q.      Does claim 22 include have an average molecular

14:53:01 18   weight limitation?

14:53:02 19   A.      No.

14:53:02 20   Q.      Do you have an understanding of what in the context

14:53:04 21   of this patent, average molecular weight means?

14:53:07 22   A.      Yes.

14:53:07 23   Q.      What is that?

14:53:08 24   A.      When you look at the patent here, it's very clear in

14:53:11 25   the specification what they intend here.  When you purchase

Little - direct

14:53:16 1    these polymers from the manufacturer, what happens is, is

14:53:20 2    that they provide, it's a grade, so what that is

14:53:27 3    characterized as, is a molecular weight grade.  For

14:53:30 4    instance, if you were desiring a 1 million molecular weight

14:53:35 5    grade, you would go to the manufacturer, there would be a

14:53:39 6    number of different product names, and they actually have a

14:53:41 7    grading system next to it, and it says approximate molecular

14:53:45 8    weight or average molecular weight, it's the most common way

14:53:49 9    to see it sold by these companies that sell these type of

14:53:53 10   polymers that are talked about in the spec.  When you go to

14:53:55 11   the spec, you can confirm that, you can read each and every

14:53:59 12   instance they talk about molecular weight, that's what

14:54:01 13   they're referring to.  They give an example of each of these

14:54:04 14   and they even talk about how the company would go about

14:54:07 15   measuring that molecular weight grade.

14:54:09 16          Now, I don't think a person of ordinary skill in

14:54:11 17   the art would need that, because with the examples that are

14:54:15 18   given, they could go to the manufacturer, and they tell you

14:54:18 19   how they measure the average molecular weight, and that's

14:54:21 20   using a viscosity measurement.  Now there is a relationship

14:54:26 21   between the viscosity of the polymer in a given solution,

14:54:28 22   and the molecular weight.  What a company does, is they will

14:54:31 23   make a solution of the polymer at a specific condition, they

14:54:37 24   will measure the viscosity, and then they will use basically

14:54:42 25   a correlation to say for this viscosity, this is our

14:54:47 1   molecular weight grade or the average molecular weight or

14:54:49 2   approximate molecular weight.  So you could do that from the

14:54:52 3   company, but you will actually see these things reproduced

14:54:57 4   in all the instances in the specification.  So when the

14:55:01 5   claim says average molecular weight, it means the molecular

14:55:06 6   weight grade that is discussed in the specification.

14:55:10 7   Q.     Could you please turn to JTX-006 at page 15?  And

14:55:22 8   what is JTX-006?

14:55:29 9   A.     This is a technical brochure for the Dow manufacturer

14:55:34 10  for Polyox, which is polyethylene oxide, it's one of the

14:55:39 11  polymers that's mentioned in the specification.

14:55:41 12  Q.     What is the date of this document?

14:55:48 13  A.     It is, I think on the last page, it's March 2002.

14:55:56 14  Q.     What information would this -- is this the type of

14:56:00 15  document a pharmaceutical formulator like yourself would

14:56:03 16  consider when formulating a sustained release hydrogel?

14:56:07 17  A.     Yes.

14:56:07 18  Q.     And what does this document communicate regarding a

14:56:12 19  hydrogel polymer's average molecular weight?

14:56:12 20  A.     It communicates what I just described.  So what you

14:56:22 21  can see in this brochure on the left-hand side, is the

14:56:25 22  product name.  So let's go down a little ways since I used 1

14:56:32 23  million here, I'll pick the same one.  You can see in this

14:56:37 24  little box here, WSR N-12K, you can see it right here.  If

14:56:44 25  you go over to the right, it says what is that approximate

Little - direct

14:56:49 1    molecular weight, that's 1 million.  That's the grading that

14:56:51 2    they use.  On the right-hand side, you can see how they

14:56:54 3    determine that grade.  So what they say, is that for a

14:56:57 4    sample that they make, if they test viscosity in a two

14:57:02 5    percent solution, you can see up here at the top the

14:57:06 6    conditions are 25 degrees centipoise, what you would get is

14:57:10 7    between 400 and 800 hundred samples.  If that's what you

14:57:14 8    get, the company determines that to be average molecular

14:57:17 9    weight of 1 million.

14:57:18 10   Q.    So --

14:57:19 11              THE COURT:  I didn't hear the 400 to 800 what.

14:57:22 12              THE WITNESS:  Centipoise, and that's the symbol

14:57:26 13   in the top right at the top, you see the little C, and the

14:57:30 14   capital P.

14:57:41 15   BY MR. HASH:

14:57:41 16   Q.    So what's the purpose of JTX-006, Dr. Little?

14:57:45 17   A.    To explain to a person of ordinary skill in the art

14:57:51 18   how Dow characterizes the molecular weight grades of

14:57:56 19   polymers, and then they also talk about the polymers

14:57:58 20   themselves and their uses for instance, in pharmaceutical

14:58:01 21   formulations.

14:58:04 22   Q.    By 2008, was it routine to rely on vendor information

14:58:08 23   like JTX-006, to determine for a person of ordinary skill to

14:58:12 24   determine average molecular weight?

14:58:14 25   A.    Yes, as discussed in the patent, yes.

Little - direct

14:58:17  1    Q.      Is it still routine today?

14:58:19  2    A.      Yes.

14:58:29  3    Q.      Are formulators able to alter a formulated sustained

14:58:36  4    release hydrogel in order to alter its dissolution profile?

14:58:40  5    A.      Yeah, we are able to do that.

14:58:42  6    Q.      Is -- how is the average molecular weight of a

14:58:48  7    hydrogel polymer related to a formulators's ability to alter

14:58:54  8    the dissolution profile of a sustained release hydrogel

14:58:59  9    formulation?

14:59:00 10    A.      Sure, so I was explaining to the court earlier, it's

14:59:09 11    like a ball of spaghetti.  If it were really long strands of

14:59:09 12    spaghetti, and you're at the very surface of the ball and

14:59:12 13    you were to tug on it, if it's that long, it's tangled up

14:59:18 14    inside, so it's harder to pull it off.  If the polymer

14:59:22 15    strands are really short, and those are on the surface, if

14:59:25 16    you tug on that guy, it's not tangled as much so you can

14:59:30 17    pull it out.  So what happens typically, is that lower

14:59:33 18    molecular weight systems or shorter chains, will dissolve

14:59:37 19    more rapidly from the surface, and also allow hydration into

14:59:41 20    the system more rapidly, all other things being considered

14:59:44 21    equal.

14:59:46 22            Now, it is possible to increase the

14:59:49 23    concentration of a lower molecular weight polymer and

14:59:54 24    achieve a gel that's similar, but that's another knob that

14:59:58 25    you can turn that's envisioned in the '780 patent.

15:00:02  1    Q.      Let's move to the hydrophilic additive, does claim 22

15:00:10  2    -- you gave your understanding to the Court about what a

15:00:13  3    hydrophilic additive was.  Does claim 22 of the patent

15:00:17  4    expressly require a hydrophilic additive?

15:00:20  5    A.      It says ensuring penetration of water into the

15:00:23  6    pharmaceutical composition, which is throughout the patent,

15:00:27  7    the means that they're talking about doing that with the

15:00:30  8    hydrophilic additive.

15:00:32  9    Q.      Is the means of ensuring the penetration of water the

15:00:35  10   same as a hydrophilic additive?

15:00:37  11   A.      In the patent yes, that's what they say it is.

15:00:40  12   Q.      Does the specification of the '780 patent disclose

15:00:43  13   hydrophilic additives?

15:00:45  14   A.      Yes.

15:00:46  15   Q.      And if you could look at JTX-002, is there a specific

15:00:51  16   place within JTX-002, the '780 patent, where the patent

15:00:56  17   discloses a list of hydrophilic additives?

15:01:00  18   A.      Yes, so it's here in column 10, 16 to 34, you can see

15:01:04  19   examples of these additives.  The patent refers to them

15:01:08  20   sometimes as a hydrophilic base, and that's the same thing

15:01:12  21   we're talking about here.  You can see water soluble

15:01:12  22   polymers, and the very first one that's listed is

15:01:12  23   polyethylene glycol.

15:01:21  24   Q.      Let's take a look at the final basic element of the

15:01:22  25   claims of the '780 patent, the dissolution limitation.

Little - direct

15:01:29 1  We've got a few slides here so maybe we could walk through

15:01:31 2  those slides slowly, but from your perspective as a

15:01:35 3  formulator, as a pharmaceutical formulator, can you walk the

15:01:39 4  court through this dissolution limitation and explain the

15:01:42 5  relevant aspects from your perspective?

15:01:46 6  A.    Sure.  So --

15:01:49 7  Q.    On this slide you might want to help Kyle, when you

15:01:53 8  want to switch to the next slide?

15:01:55 9  A.    Sure, will do.

15:01:56 10        So the court has seen charts like this.  On the

15:01:58 11 upper left-hand side, I'm showing the claim limitation.  And

15:02:02 12 you're going to see a couple of parts of this, the first is

15:02:05 13 going to be in pink, which is the 1.5 hour time point, and

15:02:12 14 the amount that's supposed to come out, and then the green

15:02:12 15 is the 75 percent at seven hours that's supposed to come out

15:02:15 16 at that time point.  I'll get to that in a minute.  I want

15:02:18 17 to first explain how this is done.  The court saw a little

15:02:21 18 bit of this before.  But you can see below, there is a

15:02:25 19 specific method that's mentioned here.  And I'm going to

15:02:27 20 show that next.  If could go to the following slide.

15:02:30 21        This is the dissolution set up.  So it's the USP

15:02:34 22 II apparatus, which is a rotating paddle.  What is happening

15:02:39 23 here in this picture, is the tablet is sitting in the

15:02:42 24 bottom, and it's sitting inside of some media,

15:02:46 25 900 milliliters of a media, and the claim specifically says

Little - direct

15:02:50 1    a pH of 6.8.

15:02:53 2            It is experiencing convection as a result of the

15:02:57 3    paddle stirring, and the drug that is coming out of the gel

15:03:01 4    on the inside gets to the surface, and then that convection

15:03:06 5    as a result of the paddle, carries that drug away into the

15:03:09 6    solution.  And that happens at different rates depending

15:03:13 7    upon the amount of agitation.

15:03:16 8            When that drug floats away into the solution,

15:03:20 9    there is sampling that occurs, and that's shown in the upper

15:03:23 10   left-hand side and this is all happening at 37 degrees

15:03:26 11   Celsius according to the USP standard.

15:03:30 12           And then what happens, is over time for each of

15:03:33 13   the time points that is taken, you take that sample, and it

15:03:36 14   shows you a percent of what you put into the tablet in the

15:03:39 15   first place, which is on the Y-axis going from 0 all the way

15:03:44 16   up to 100 percent of what was put in the first place.  And

15:03:48 17   that's the label claim.

15:03:50 18           So that gives you what's called a dissolution

15:03:53 19   curve.  Sometimes you'll hear that as a release curve.  It's

15:03:57 20   more commonly referred to as a dissolution curve.  So that's

15:04:01 21   on the right-hand side.

15:04:03 22           Now let me take you back to the claim and show

15:04:06 23   this claim elements curve that is specifically required.

15:04:11 24   And that's at 1.5 hours, 39 percent or less is to come out,

15:04:15 25   that means that in order to meet the claim limitation, it

Little - direct

15:04:23 1    first must be in this red space, this pink space by

15:04:26 2    1.5 hours.  It must also, according to this claim

15:04:30 3    limitation, be greater than 75 percent at seven hours.  So

15:04:36 4    that means by seven hours it's got to be in the green box.

15:04:40 5    I'll just say again, it's got to meet both of these

15:04:43 6    limitations in order for it to be meeting the elements of

15:04:47 7    this claim.

15:04:51 8    Q.      Thank you, Dr. Little.  Are claims 1 and 22 being

15:04:55 9    asserted in this case?  Sorry, you just walked us through

15:04:58 10   the basic elements of claims 1 and 22.  Are claims 1 and 22

15:05:02 11   being asserted in this case?

15:05:03 12   A.      Yes, claims 1 and 22?

15:05:08 13   Q.      Yes, are these claims being asserted by Astellas

15:05:11 14   against defendants in this case?

15:05:14 15   A.      No, so claims 1 and 22 are the independent claims.

15:05:19 16   Q.      Okay.

15:05:20 17   A.      They're the claims that claim 5, 20 and 25 are

15:05:24 18   dependent upon.

15:05:24 19   Q.      Thank you.

15:05:25 20           So let's take a look at --

15:05:27 21           THE COURT:  So then why aren't 1 and 22

15:05:31 22   asserted?  I mean, aren't they by definition, asserted?

15:05:34 23           MR. HASH:  We have to prove all of the elements

15:05:36 24   of claim 1 and 22.

15:05:37 25           THE COURT:  Right.

15:05:38  1          MR. HASH:  But we've narrowed them down, because

15:05:41  2   for various reasons, because we didn't want to assert 22

15:05:45  3   claims, and we didn't want to waste the time of the court

15:05:47  4   with that, so we strung it down, and we're only asserting

15:05:51  5   claims 5, 20 and 25.

15:05:53  6          THE COURT:  All three dependent claims?

15:05:54  7          MR. HASH:  All three dependent claims.

15:05:56  8          THE COURT:  On 1 and 22?

15:05:58  9          MR. HASH:  On 1 and 22.

15:05:58 10          THE COURT:  And 23?

15:06:00 11          MR. HASH:  Yes, and Dr. Little will walk us

15:06:02 12   through those dependents here if that's okay.

15:06:05 13          THE COURT:  That's fine.

15:06:05 14    BY MR. HASH:

15:06:06 15   Q.     Let's take a look at claim five.  Can you walk the

15:06:10 16   court through the dependency stream of claim five?

15:06:15 17   A.     Sure, so claim five depends on claim 1.  We went

15:06:20 18   through all the elements of claim 1, but it adds an

15:06:23 19   additional limitation.  If you go to the next slide.  This

15:06:28 20   is written as claim five.  Now first, let me start on the

15:06:30 21   left with claim 1 here, so you can see that there was a list

15:06:33 22   of things that the hydrogel-forming polymer could be

15:06:36 23   selected from.  What claim five does, is it narrows that

15:06:40 24   list down shorter.  So what it's effectively doing is what I

15:06:44 25   did on the right, it's effectively making claim 1, just the

Little - direct

15:06:48 1   highlighted portion in that one claim limitation, and

15:06:53 2   crosses out the other ones, which are no longer in play in

15:06:57 3   the context of claim five, which is more narrow than claim

15:07:01 4   1.

15:07:01 5   Q.      So let's move to claim 20.  It's your understanding

15:07:07 6   that claim 20 is asserted?

15:07:08 7   A.      Yes.

15:07:09 8   Q.      Could you walk the court through the dependency

15:07:15 9   stream of claim 20?

15:07:16 10  A.      Right, claim 20, if we could go back one slide.

15:07:20 11  Claim 20 depends upon claim 18.  Claim 18 depends on 16.

15:07:24 12  And claim 16 depends on claim 1.

15:07:27 13  Q.      So is claim 20 narrowed down in steps back to claim

15:07:31 14  1?

15:07:31 15  A.      Yes, so if you go to the next slide, you see the

15:07:36 16  dependency.  So when you get to claim 16, it becomes a bit

15:07:40 17  more specific than claim 1 because what it does, is just

15:07:44 18  focusing in on the active ingredient, it talks about that

15:07:48 19  active ingredient without the salt forms.  So none of the

15:07:51 20  salt forms, pharmaceutically acceptable salts, are included,

15:07:55 21  it's just this molecule right here, it's listed as the

15:07:58 22  active ingredient.  Then when you get to claim 18, it

15:08:02 23  further specifies that the pharmaceutical composition is a

15:08:07 24  tablet, that's more specific, and then when you get to claim

15:08:10 25  20, it further specifies that it's a method for treating

Little - direct

15:08:13 1    overactive bladder comprising of administering the tablet to

15:08:18 2    a subject in need there of.

15:08:23 3    Q.      And you were here for Dr. Nitti's testimony on

15:08:27 4    Monday?

15:08:27 5    A.      I was.

15:08:27 6    Q.      What did Dr. Nitti say about the use of the

15:08:33 7    pharmaceutical formulation described in the '780 patent?

15:08:38 8    A.      That it was a method for treating overactive bladder

15:08:42 9    in a subject in need there of.

15:08:46 10   Q.      Let's turn to claim 25.  It's your understanding that

15:08:50 11   claim 25 is asserted here?

15:08:53 12   A.      Yes.

15:08:54 13   Q.      What claim does 25 depend from?

15:08:56 14   A.      It depends on 23, which in turn depends upon 22.

15:09:02 15   Q.      And what are the additional limitations found in

15:09:05 16   Claim 23 over claim 22?

15:09:09 17   A.      I'm showing that here.  So again, we're focusing in

15:09:13 18   on only the active ingredient, and not the salt forms.  And

15:09:17 19   then claim 25 specifies that the pharmaceutical composition

15:09:22 20   is a tablet.

15:09:25 21   Q.      So turning to applying these claims, first, before we

15:09:31 22   get to defendants, did you do analysis to compare Astellas'

15:09:37 23   Myrbetriq product to the limitations of the asserted claims?

15:09:41 24   A.      Yes.

15:09:41 25   Q.      Is it your understanding that Myrbetriq meets all the

Little - direct

15:09:44 1    limitations of all three of the asserted claims?

15:09:47 2    A.    Yes, in my opinion it does.

15:09:49 3    Q.    Can you please turn to PTX-0045 in your binder?

15:10:06 4    A.    Okay.

15:10:13 5    Q.    What is PTX-0045?

15:10:16 6    A.    It's the description and composition of the drug

15:10:21 7    product for Myrbetriq NDA.

15:10:39 8    Q.    Are you familiar with what an NDA is?

15:10:43 9    A.    Yes.

15:10:44 10   Q.    Did you review this document for your testimony

15:10:47 11   today?

15:10:47 12   A.    Yes.

15:10:47 13   Q.    PTX-0045?

15:10:51 14         MR. HASH:  Your Honor, Astellas moves for the

15:10:53 15   entry of PTX-0045.

15:10:56 16         MR. RAKOCZY:  No objection, Your Honor.

15:10:58 17         THE COURT:  Received.

15:10:59 18         ( PTX Exhibit No. 0045 was admitted into

15:10:59 19   evidence.)

15:10:59 20    BY MR. HASH:

15:11:02 21   Q.    Are you familiar with the description and composition

15:11:02 22   of the drug product module, and what that shows?

15:11:02 23   A.    Yes.

15:11:02 24   Q.    Based upon your understanding of PTX-0045, is

15:11:12 25   Myrbetriq, a pharmaceutical composition that contains

Little - direct

15:11:17 1    mirabegron?

15:11:17 2    A.      It is.

15:11:18 3    Q.      Based upon your understanding of PTX-0045 describing

15:11:26 4    Myrbetriq, what is the amount of mirabegron that occurs in

15:11:31 5    the Myrbetriq product?

15:11:33 6    A.      25-milligrams or 50-milligrams.

15:11:37 7    Q.      So would there be 10 to 200-milligrams of mirabegron,

15:11:42 8    in Myrbetriq?

15:11:44 9    A.      There would be, yes.

15:11:48 10   Q.      Is it your understanding from PTX-0045, that

15:11:53 11   Myrbetriq is a sustained release hydrogel formulation?

15:11:56 12   A.      It is.

15:11:57 13   Q.      So does Astellas -- do Astellas Myrbetriq products

15:12:01 14   meet the first element of claims 1 and 22, a sustained

15:12:05 15   release hydrogel comprising mirabegron?

15:12:08 16   A.      Yes.

15:12:08 17   Q.      Let's look at the second element of the claim

15:12:10 18   invention, hydrogel-forming polymer.  Based upon PTX-0045,

15:12:17 19   does Myrbetriq include a hydrogel-forming polymer?

15:12:21 20   A.      It does, polyethylene oxide.

15:12:23 21   Q.      What is the average molecular weight of the

15:12:26 22   polyethylene oxide in Myrbetriq?

15:12:31 23   A.      It's 2000K, which is 2 million.

15:12:32 24   Q.      How is that average molecular weight calculated?

15:12:35 25   A.      It would have been from the manufacturer's grading

Little - direct

15:12:38 1    system.

15:12:39 2    Q.      How do you know that?

15:12:40 3    A.      Because in the NDA, each of the excipients is

15:12:45 4    produced in terms of its characterization.  Characterization

15:12:49 5    provides information from the manufacturer to show the

15:12:53 6    grade.

15:12:55 7    Q.      Likewise, does Astellas Myrbetriq product comprise a

15:12:59 8    means for forming a hydrogel?

15:13:01 9    A.      It does.

15:13:01 10   Q.      And what is that means for forming a hydrogel?

15:13:03 11   A.      It's the polyethylene oxide that's included in the

15:13:07 12   formulation.

15:13:08 13   Q.      In reference to PTX-0045, do Astellas Myrbetriq

15:13:14 14   products include a hydrophilic additive?

15:13:18 15   A.      Yes, it does.

15:13:19 16   Q.      And what's the hydrophilic additive that is included

15:13:23 17   in Myrbetriq?

15:13:24 18   A.      It's the polyethylene glycol.

15:13:26 19   Q.      With respect to claim 22, do Astellas Myrbetriq

15:13:30 20   products comprise a means for ensuring penetration of water

15:13:33 21   into the pharmaceutical composition?

15:13:33 22   A.      Yes.

15:13:36 23   Q.      And what would that be?

15:13:36 24   A.      That's the polyethylene glycol.

15:13:40 25   Q.      Is Myrbetriq formulated as a tablet?

Little - direct

15:13:42 1   A.      It is.

15:13:43 2   Q.      Does Myrbetriq include the mirabegron base?

15:13:45 3   A.      It does.

15:13:46 4   Q.      I think you previously said that you were present for

15:13:50 5   Dr. Nitti's testimony on Monday?

15:13:52 6   A.      Yes, I was.

15:13:53 7   Q.      Based upon Dr. Nitti's testimony, is it your

15:13:56 8   understanding that Myrbetriq is used to treat overactive

15:14:00 9   bladder?

15:14:00 10  A.      That's my understanding of his testimony, yes.

15:14:02 11  Q.      Do you agree with Dr. Nitti's assessment that

15:14:06 12  Myrbetriq is used to treat overactive bladder?

15:14:08 13  A.      Well, so, from the NDA, you can see the proposed

15:14:13 14  label and the proposed label discusses that, so yes.

15:14:17 15  Q.      Are you aware that Ms. Gray performed dissolution

15:14:21 16  testing on Myrbetriq?

15:14:22 17  A.      I am aware of that.

15:14:24 18  Q.      Have you worked with Ms. Gray before this case?

15:14:27 19  A.      I have.

15:14:27 20  Q.      Do you know Ms. Gray?

15:14:28 21  A.      I do.

15:14:28 22  Q.      Do you know if Ms. Gray has expertise related to

15:14:32 23  dissolution testing methods?

15:14:34 24  A.      Yes, she does.

15:14:34 25  Q.      Do you have confidence in the dissolution testing

Little - direct

15:14:39  1    performed by Ms. Gray?

15:14:40  2    A.      Yes.

15:14:41  3    Q.      Do you have confidence in the Pace Lab testing that

15:14:43  4    was conducted under Ms. Gray's supervision?

15:14:46  5    A.      Yes, I do.

15:14:47  6    Q.      Did you review Ms. Gray's dissolution testing

15:14:51  7    protocol?

15:14:51  8    A.      I did review it, yes.

15:14:56  9    Q.      I think I may have misspoke before in one of my

15:14:59  10   questions.  What is the hydrogel-forming polymer in

15:15:00  11   Myrbetriq?

15:15:00  12   A.      The hydrogel-forming polymer in Myrbetriq is

15:15:11  13   polyethylene oxide.

15:15:12  14   Q.      What is the hydrophilic additive?

15:15:16  15   A.      That's polyethylene glycol.

15:15:16  16   Q.      Thank you.  Just to clarify, I think I got you

15:15:23  17   crossed.  The means for forming a hydrogel pursuant to claim

15:15:28  18   22, what would that be in Myrbetriq?

15:15:30  19   A.      Polyethylene oxide is the means for forming a

15:15:33  20   hydrogel.

15:15:34  21   Q.      And just to wrap it up, what would be the means for

15:15:37  22   ensuring penetration of water into the pharmaceutical

15:15:40  23   composition?

15:15:41  24   A.      The polyethylene glycol.

15:15:48  25   Q.      I'm sorry if I asked you this, but do you have

Little - direct

15:15:53 1  confidence in the Pace Lab testing that was conducted

15:15:55 2  -strike that.  Did you review the Pace Lab testing that was

15:15:59 3  conducted on the Myrbetriq product under Ms. Gray's

15:16:07 4  supervision?

15:16:07 5  A.      Yes.

15:16:07 6  Q.      Do you have confidence in the Pace Lab testing that

15:16:09 7  was conducted under Ms. Gray's supervision?

15:16:12 8  A.      Yes, I do.

15:16:13 9  Q.      Did you review Ms. Gray's dissolution testing

15:16:15 10 protocol?

15:16:16 11 A.      I did.

15:16:17 12 Q.      Did you find Ms. Gray's protocol consistent with the

15:16:21 13 dissolution testing requirements of claim 1 and 22 of the

15:16:29 14 '780 patent?

15:16:29 15 A.      Yes.

15:16:29 16 Q.      Do you have any reason to believe that any problems

15:16:30 17 occurred during the dissolution testing provided in

15:16:36 18 Ms. Gray's report relating to Myrbetriq, which would render

15:16:41 19 her results unreliable?

15:16:42 20 A.      No.

15:16:42 21 Q.      What dosage strengths of Myrbetriq did Ms. Gray test?

15:16:47 22 A.      As shown here on the screen the 25-milligram and

15:16:50 23 50-milligram product.

15:16:52 24 Q.      Could you turn to PDX-6050.  I'm sorry.  Referring to

15:17:12 25 slide PDX-6050, what were the dosage strengths of Myrbetriq

Little - direct

15:17:19 1    tested by Ms. Gray?

15:17:21 2    A.    It was the 25 and 50-milligram dosage strengths.

15:17:25 3    Q.    On the next slide is the dissolution data for the

15:17:28 4    25-milligram Myrbetriq product.  Did you review this data in

15:17:32 5    preparation for your testimony today?

15:17:34 6    A.    Yes.

15:17:36 7    Q.    Can you please summarize the results of Ms. Gray's

15:17:40 8    testing of Astellas Myrbetriq products beginning with the

15:17:44 9    25-milligram product?

15:17:52 10   A.    Yes, so the 25-milligram product on the left-hand

15:17:52 11   side, what you're seeing is in pink again, as the court

15:17:52 12   recalls, that was the pink in the limitation was the

15:17:58 13   1.5 hour time point, and that was less than 39, less than or

15:18:00 14   equal to 39 percent.  In this case, each of the six tablets

15:18:04 15   was under that 39 percent.  Then on the right-hand side, you

15:18:08 16   see for each of the tablets the seven-hour time point,

15:18:12 17   again, the limitation is greater than equal to 75 percent

15:18:16 18   and each of the six tablets was greater than 75 percent.

15:18:25 19   Q.    It's your understanding that this testing was done

15:18:29 20   under the dissolution parameters set forth in the claims of

15:18:30 21   the '780 patent?

15:18:31 22   A.    Yes.

15:18:31 23   Q.    In your opinion, do Astellas 25-milligram Myrbetriq

15:18:33 24   products meet the dissolution element of claim 1?

15:18:36 25   A.    Yes.

Little - direct

15:18:37 1    Q.      In your opinion, do Astellas 25-milligram Myrbetriq

15:18:40 2    products meet the dissolution element of claim 22?

15:18:43 3    A.      Yes.

15:18:45 4    Q.      If we could turn to the dissolution data generated by

15:18:49 5    Ms. Gray for the 50-milligram Myrbetriq product, did you

15:18:52 6    review this data in preparation for your testimony today?

15:18:55 7    A.      I did.

15:18:56 8    Q.      Could you please summarize for the court your

15:18:59 9    understanding of the results of Ms. Gray's testing of

15:19:03 10   Astellas 50-milligram Myrbetriq product?

15:19:05 11   A.      Sure, it's similar to what I just showed.  All six

15:19:09 12   tablets at 1.5 hours were less than or equal to the

15:19:14 13   39 percent dissolution limitation.  And each of the tablets

15:19:18 14   tested at seven hours were greater to or equal to the

15:19:22 15   75 percent limitation.

15:19:25 16   Q.      Do Astellas' 50-milligram Myrbetriq products meet the

15:19:29 17   dissolution element of claim 1?

15:19:32 18   A.      Yes.

15:19:32 19   Q.      Does Astellas 50-milligram Myrbetriq products meet

15:19:36 20   the dissolution limitation of claim 22?

15:19:38 21   A.      Yes.

15:19:38 22   Q.      Have we walked through all of the elements of the

15:19:41 23   asserted claims?

15:19:42 24   A.      Yes.

15:19:42 25   Q.      Do Myrbetriq 25 and 50-milligrams products meet all

Little - direct

15:19:47  1    the limitations of the asserted claims?

15:19:49  2    A.      Yes.

15:19:49  3    Q.      And have you generated summary tables that provide

15:19:54  4    your opinion as to whether or not all of those elements are

15:19:57  5    met?

15:19:58  6    A.      Yes, I show each of the limitations here and we went

15:20:02  7    through each one of them to show that Myrbetriq product at

15:20:05  8    25 and 50-milligrams strengths, meet each of the

15:20:08  9    limitations.

15:20:11 10    Q.      Dr. Little, were you present for --

15:20:18 11              THE COURT:  Go ahead.

15:20:20 12    BY MR. HASH:

15:20:20 13    Q.      Dr. Little, were you present for the testimony of

15:20:22 14    Dr. Weisman?

15:20:23 15    A.      I was.

15:20:24 16    Q.      Is Dr. Weisman the type of expert that you might

15:20:29 17    interact with in your professional development of

15:20:35 18    pharmaceutical products?

15:20:36 19    A.      Yes, and I have interacted with that type of expert

15:20:39 20    in my development of pharmaceutical products, yes.

15:20:42 21    Q.      And you heard the testimony of Dr. Weisman here

15:20:46 22    yesterday?

15:20:46 23    A.      Yes.

15:20:46 24    Q.      And did you agree with the statements that Dr.

15:20:50 25    Weisman was making about the FDA regulatory practice?

524

Little - direct

15:20:53 1    A.      In my experience what he is testifying to seems

15:20:57 2    correct to me, yes.

15:21:00 3    Q.      So we had put up this wheel before and we were

15:21:04 4    walking through these elements, and as we turned to what the

15:21:07 5    defendants did in this case, can we talk about the second

15:21:12 6    element, the FDA requirement of, that their products match

15:21:17 7    Myrbetriq dissolution, do you see that?

15:21:18 8    A.      Yes.

15:21:19 9    Q.      Can you please turn to JTX-0020?  And what is

15:21:34 10   JTX-0020?

15:21:34 11   A.      This is the draft guidance for mirabegron, for ANDA

15:21:42 12   filers, that was recommended on June 2013.

15:21:48 13          MR. HASH:  I thought this was entered by Dr.

15:21:50 14   Weisman, Your Honor, but it wasn't, can we move this into

15:21:53 15   evidence.

15:21:54 16          THE COURT:  It's already received I believe, did

15:21:56 17   you check?  0020?  It's received.

15:22:01 18          MR. HASH:  Thank you, Your Honor.

15:22:01 19    BY MR. HASH:

15:22:02 20   Q.      According to JTX-0020, let me start back.  Is

15:22:02 21   JTX-0020 the type of document that you might review?

15:22:12 22   A.      Yes.

15:22:12 23   Q.      According to JTX-0020, does the FDA recommend ANDA

15:22:12 24   filers on Myrbetriq, conduct comparative studies?

15:22:22 25   A.      Yes, you can see here amount the studies recommended

Little - direct

15:22:26 1   for extended release tablets, oral, conduct comparative

15:22:31 2   dissolution testing on 12 dosage units of the strengths of

15:22:36 3   the test and reference products.

15:22:40 4   Q.     Is it your understanding that all of the defendants

15:22:43 5   in this case followed FDA's recommendation to conduct

15:22:46 6   comparative dissolution studies?

15:22:48 7   A.     That's my understanding, yes.

15:22:53 8   Q.     Do you understand from Dr. Weisman's testimony that

15:22:59 9   ANDA filers ignore FDA recommendations at their peril?

15:23:04 10   A.     I think that's right, I think the recommendations

15:23:07 11   aren't binding and you can make -- I would say it this way.

15:23:10 12   You need to -- you need to justify why you go away from the

15:23:14 13   recommendations.  If you don't justify why you go away from

15:23:17 14   them, then yes, you do it at your own peril.

15:23:21 15   Q.     There is reference here to comparative studies.  What

15:23:25 16   are comparative studies as referenced in JTX-0020?

15:23:31 17   A.     I would be taking the product that you're trying to

15:23:37 18   produce a similar release profile to, in this case, it's

15:23:45 19   Myrbetriq, and you would be running that in your system

15:23:47 20   under the conditions that you would either use from the

15:23:50 21   specification, or you would justify to the FDA, and you

15:23:52 22   would be doing it with your product as well, so you're doing

15:23:57 23   them both under the same condition and you're comparing

15:24:00 24   them.

15:24:00 25   Q.     So, you as a pharmaceutical formulator, what is the

15:24:04 1    relevance to you of a requirement, or guidance to do

15:24:10 2    comparative studies?

15:24:11 3    A.      The relevance of the guidance really follows with

15:24:15 4    what we know is being done here, which is, that if you're

15:24:19 5    trying to make a generic product of Myrbetriq, so for

15:24:25 6    instance, what the FDA expects, is that the release behavior

15:24:29 7    from your system is equivalent to the release behavior from

15:24:35 8    the Myrbetriq product.  So what you're doing is, you're

15:24:39 9    doing these tests in order to prove that to the FDA.

15:24:43 10   Q.      And how does a pharmaceutical formulator go about

15:24:49 11   trying to match its formulation to Myrbetriq?

15:24:52 12   A.      Sure.  Well, I think it depends on the type of system

15:24:55 13   that you're talking about, there is a wide variety of

15:24:58 14   different systems.  An immediate release system, it's more

15:25:01 15   straightforward, I'll put it that way, not always completely

15:25:06 16   straightforward.  But an extended release systems, depending

15:25:08 17   on the number of data points you have, it can be more

15:25:12 18   involved.  The type of extended release system that you

15:25:15 19   have, are adjusted based on the common parameters that you

15:25:17 20   would use to adjust that kind of system.  In this particular

15:25:21 21   case, you have a gel forming system, and each of the

15:25:24 22   defendants chose to pick that particular gel forming

15:25:29 23   hydrogel sustained release system.  Those operate in a way

15:25:33 24   that we know in the field.  So there are specific knobs you

15:25:37 25   can tune, in fact, in the claims, it specifies what the most

Little - direct

15:25:41 1  common ones are, which are the gel forming polymer, and the

15:25:45 2  hydrophilic additive, both of those are known, the direction

15:25:49 3  it would go, depending on how you tune it.  So what's

15:25:53 4  happening here, is you start with a formulation, you get a

15:25:56 5  particular release profile, and then you adjust the things

15:25:59 6  according to the ways that we would know how to do that and

15:26:01 7  you get closer to the dissolution profile of the brand

15:26:05 8  product.  You continue to do that until the FDA is satisfied

15:26:08 9  with the result.

15:26:09 10  Q.    So as a pharmaceutical formulator, are you just

15:26:12 11  shooting in the dark, or do you know how to tune

15:26:15 12  formulations to match dissolution profiles?

15:26:18 13  A.    In the kind of systems we're talking about here, you

15:26:21 14  have an idea how to do it already, but the specification of

15:26:24 15  the patent-in-suit provides further information for you if

15:26:27 16  you don't know what that is.

15:26:31 17  Q.    How were the results -- so with reference back to

15:26:35 18  JTX-0020, how are the results of comparative studies

15:26:39 19  assessed?

15:26:42 20  A.    Well, they are typically mapped together on the same

15:26:45 21  dissolution profile.  So what you're doing, is you're

15:26:47 22  looking to see whether you're getting the same dissolution

15:26:50 23  profile, it's got to look substantially similar and you're

15:26:52 24  trying to match the shape of the curve, that's the goal,

15:26:57 25  right, if you want to perform equivalently.  We also have

Little - direct

methods in the field that we use to mathematically

characterize how similar you are to the formulation which is

called an F2 analysis.

Q.     Does the FDA have a specific recommendation as a

testing, dissolution testing protocol for mirabegron

tablets?

A.     Yes, it's included here on the screen.  So you can

see this other USP apparatus I at 100 RPM and/or Apparatus 2

at 50 RPM, and it list three different dissolution media,

its says that agitation speeds could be increased if

appropriate, but the two that they mention here are

apparatus I and Apparatus 2.

Q.     So the FDA guidance allows for testing of mirabegron

products intending to copy Myrbetriq using either USP I or

USP II?

A.     Yes.

Q.     Is it your opinion that the FDA guidance suggest

different rotation speeds for each of those methods?

A.     It does.

Q.     How does the recommended dissolution protocols

provided by the FDA compare with the dissolution limitation

of claim 1?

A.     So the dissolution limitation in claim 1 is Apparatus

2 at 200 RPM, and what we're seeing here is Apparatus 2 at

50 or apparatus I at 100.

Little - direct

15:28:39 1   Q.     So the facts that the FDA allows for testing of

15:28:44 2  mirabegron formulations intended to copy Myrbetriq with

15:28:47 3  either USP I or USP II, does that support the logic behind

15:28:59 4  Dr. Thisted's model?

15:28:59 5  A.     I think it provides support for it, yes.  It's

15:29:03 6  recognizing that for systems that are like Myrbetriq, that

15:29:07 7  USP I and USP II both can be used.  So I do think that it

15:29:12 8  provides support to it, yes.

15:29:14 9  Q.     Is it standard in the pharmaceutical industry to

15:29:20 10  perform dissolution testing based upon USP methods?

15:29:23 11  A.     Yes.

15:29:26 12  Q.     If we could turn quickly to what Dr. Weisman talked

15:29:33 13  about, F2 similarity.  Are you familiar with F2 similarity?

15:29:36 14  A.     I am.

15:29:37 15  Q.     How does a person of ordinary skill in the art

15:29:40 16  determine whether two dissolution profiles for two different

15:29:44 17  formulations are comparable?

15:29:46 18  A.     Sure, so an F2 similarity, what you're doing is

15:29:49 19  you're looking at all the data points and you're comparing

15:29:52 20  them to both of the profiles.  If there is a -- there is a

15:29:55 21  substantially similar profile in the field, what we consider

15:30:02 22  is that, on average, less than ten percent difference

15:30:06 23  between all the points is considered to be the same or

15:30:11 24  equivalent.  So when you do an F2 analysis, what you're

15:30:15 25  doing is you're creating essentially a statistical parameter

Little - direct

15:30:19 1     that captures what I just said.  And what that does is, it

15:30:23 2     produces a value between 50 and 100.  50 means that there is

15:30:29 3     less than ten percent between all the points.  100 means

15:30:33 4     every single point is exactly the same.  And anywhere

15:30:37 5     between these ranges here, we in the field consider the two

15:30:41 6     profiles to be the same or equivalent.

15:30:44 7     Q.     What is an F2 -- so this is referred to as F2?

15:30:48 8     A.     Yes, it is.

15:30:49 9     Q.     What does an F2 of 50 mean?

15:30:52 10    A.     It means that it's average difference, like I said,

15:30:55 11    between all the points, less than ten percent.

15:30:57 12    Q.     Okay.  So switching gears again, did you assess or

15:31:07 13    review documents related to Sandoz's ANDA product in this

15:31:11 14    case?

15:31:12 15    A.     Yes.

15:31:13 16    Q.     Did you develop an opinion as to whether or not

15:31:17 17    Sandoz infringes the asserted claims?

15:31:18 18    A.     Yes, I did.

15:31:19 19    Q.     Can you please summarize that opinion?

15:31:21 20    A.     Sure, it's my opinion that Sandoz's ANDA product

15:31:26 21    meets all the limitations, it meets the dissolution

15:31:28 22    limitation as well.

15:31:29 23    Q.     Is it your understanding that Sandoz has stipulated

15:31:32 24    to infringement, that it meets all the limitations of the

15:31:35 25    asserted claims saving for the dissolution limitation?

Little - direct

15:31:37 1    A.      That's my understanding, yes.

15:31:39 2    Q.      And is it your opinion that Sandoz's ANDA products

15:31:43 3    meet the dissolution limitation?

15:31:44 4    A.      Yes, it is.

15:31:44 5    Q.      Could you please open your binder to PTX-6006, at

15:31:51 6    page 00047?

15:32:13 7    A.      Okay.

15:32:13 8    Q.      What is PTX-6006?

15:32:15 9    A.      This appears to be the pharmaceutical development

15:32:23 10   report from Sandoz's ANDA.

15:32:25 11           MR. HASH:  Your Honor, plaintiff Astellas moves

15:32:27 12   for entry of PTX-6006.

15:32:31 13           THE COURT:  Any objection?

15:32:33 14           MR. ZIMMERMAN:  No objection.

15:32:35 15           MR. ABRAMOWITZ:  No objection, Your Honor.

15:32:37 16           MR. RAKOCZY:  No objection.

15:32:37 17           THE COURT:  Received.

15:32:39 18           (PTX Exhibit No. 6006 was admitted into

15:32:39 19   evidence.)

15:32:39 20   BY MR. HASH:

15:32:40 21   Q.      Can you please direct your attention to

15:32:42 22   Section 3.1.2, comparison with reference product Myrbetriq

15:32:42 23   at PTX-6006.00047?

15:33:01 24   A.      Okay.

15:33:02 25   Q.      Is it your understanding that Sandoz sought to

15:33:04 1  reverse engineer Myrbetriq in making its generic version of

15:33:10 2  mirabegron?

15:33:10 3  A.      Yes, as you can see here, this is the justification

15:33:13 4  for choosing the composition of the product.  You can see

15:33:17 5  here that the ingredients for generic product were selected

15:33:23 6  based on a composition of the reference product.

15:33:28 7  Q.      And is there specific reference to reverse

15:33:32 8  engineering in this statement?

15:33:37 9  A.      I don't think it says reverse engineering in the

15:33:41 10  thing, does it here.  Yes it does, determine by literature

15:33:45 11  data, and in-house reverse engineering, yes.

15:33:47 12  Q.      Did you assess the Sandoz formulation?

15:33:51 13  A.      I did.

15:33:52 14  Q.      If I could direct you to PTX again, to 6006, at

15:33:58 15  page 47.  PTX-6006, at page 47, list the ingredients in the

15:34:09 16  Sandoz 25 and 50-milligram mirabegron ANDA products?

15:34:14 17  A.      Yes.

15:34:16 18  Q.      Referring back to the ingredients of Myrbetriq we

15:34:21 19  previously discussed at PTX-0045, do the ingredients in

15:34:26 20  Sandoz's 25-milligram product match those in Myrbetriq?

15:34:30 21  A.      ███████ .

15:34:35 22  Q.      Could you summarize your opinion that the ingredients

15:34:42 23  within Sandoz's 25 and 50-milligram products, match those of

15:34:47 24  Astellas' Myrbetriq products?

15:34:49 25  A.      Sure, I include the primary components here for

Little - direct

15:34:53 1   comparison.  And when you go down and look through, there

15:34:55 2   ███████████████████████████████████████████████████

15:34:59 3   ████████████████████████████████████████

15:35:02 4   ███████████████████████████████████████████████████

15:35:07 5   ██████████████████████████████████████████████

15:35:11 6   ██████████████████████████████████████████████

15:35:13 7   ███████████████████████████████████, but those things

15:35:17 8   are minor in the analysis, the things that are included here

15:35:22 9   are very important to my opinion.

15:35:25 10  Q.     Are there differences between Sandoz's 25-milligram

15:35:31 11  product, and Astellas' 25-milligram Myrbetriq product?

15:35:34 12  A.     There are some small differences, yes.

15:35:37 13  Q.     Now, we've talked about behavior, there has been talk

15:35:44 14  today and yesterday about the behavior of tablets in the

15:35:51 15  dissolution process.  Now, you've agreed that there are

15:35:57 16  minor differences between the Sandoz product and the

15:36:00 17  Myrbetriq product?

15:36:00 18  A.     Yes.

15:36:01 19  Q.     Do any of the differences between -- would any of the

15:36:04 20  differences between the Sandoz product and the Myrbetriq

15:36:09 21  product have a significant impact upon how the Sandoz

15:36:13 22  product performs comparatively in a dissolution test?

15:36:13 23  A.     No, and the reason why, is because you're starting

15:36:20 24  with this kind of system in the first place.  In the case of

15:36:28 25  Sandoz, you're picking the ingredients to match.  And then

Little - direct

15:36:32 1    what you're doing is, you're tuning the formulation

15:36:35 2    specifically to achieve equivalent in the same dissolution

15:36:39 3    profiles, so the difference is no, are not as important.

15:36:43 4    Q.    You said you were tuning, and I know you were doing

15:36:47 5    that generally, but in the context of Sandoz developing this

15:36:53 6    ANDA product, was there tuning involved in reaching the end

15:36:57 7    product that they have now submitted to the FDA?

15:37:00 8    A.    There was.

15:37:02 9    Q.    Turning to Sandoz 50-milligram product, do the

15:37:06 10   ingredients in Sandoz 50-milligram product, match those in

15:37:11 11   Myrbetriq's 50-milligram tablets?

15:37:13 12   A.    Yeah, my answer is the same.  It's -- the primary

15:37:17 13   ingredients are listed here, there are some minor

15:37:20 14   differences, but in my opinion those minor differences do

15:37:24 15   not affect my opinion that these aren't similar

15:37:29 16   formulations, not the least of which because they were

15:37:31 17   specifically tuned to achieve the release profile for the

15:37:34 18   mirabegron product.

15:37:36 19   Q.    Now, you acknowledge that there are minor differences

15:37:39 20   between the two products.  Would those minor differences

15:37:42 21   change -- have any effect upon the ability to compare the

15:37:42 22   dissolution behavior of the Sandoz product to the Myrbetriq

15:37:52 23   product?

15:37:52 24   A.    Sure, so let me first say that if you have some

15:37:56 25   difference in the formulation, it's possible when you make

15:37:59 1    that, you would start with a different dissolution profile,

15:38:03 2    that's possible, using the different things I have talked

15:38:09 3    about, you can take formulations, and tune it to have the

15:38:12 4    profile of the Myrbetriq product, for instance, because of

15:38:15 5    that, it's my opinion that the two are performing

15:38:17 6    equivalently, and are the same.

15:38:20 7    Q.      Now, did Ms. Gray perform dissolution testing on

15:38:25 8    unexpired Sandoz 50-milligram and 25-milligram mirabegron

15:38:30 9    ANDA products?

15:38:31 10   A.      Yes, in this case, it's my understanding that

15:38:35 11   unexpired samples were produced, so they could be running

15:38:40 12   the dissolution test under those conditions.

15:38:42 13   Q.      So in this situation, Sandoz actually provided to

15:38:45 14   Astellas, tablets that had not yet expired?

15:38:48 15   A.      Yes.

15:38:49 16   Q.      And what tests, what dissolution tests was Ms. Gray

15:38:55 17   able to perform on the Sandoz unexpired tablets?

15:38:59 18   A.      The dissolution test specified in the claim.

15:39:35 19   Q.      Did Ms. Gray perform her dissolution testing of the

15:39:38 20   Sandoz 25 and 50-milligram ANDA products in accordance with

15:39:42 21   the requirement of the dissolution limitation of the '780

15:39:47 22   patent?

15:39:47 23   A.      Yes.

15:39:47 24   Q.      Can you please summarize the dissolution testing

15:39:50 25   results of Ms. Gray, as they relate to Sandoz 25-milligram

Little - direct

15:39:54 1   ANDA products?

15:39:55 2   A.    Sure, if you go to the next slide, I have one for

15:39:58 3   each of the products, the 25 and 50.  This here, is the 25.

15:40:02 4   The dissolution limitation is less than or equal to 39 at

15:40:07 5   1.5 hours, each of the six tablets meets the limitation.

15:40:10 6   And for the seven-hour time point, each of the tablets meets

15:40:13 7   the greater than or equal to 75 percent dissolution

15:40:20 8   limitation.

15:40:20 9   Q.    Do the 25-milligram Sandoz samples meet the

15:40:24 10  dissolution limitation of claim 1?

15:40:25 11  A.    Yes.

15:40:27 12  Q.    Do the 25-milligram Sandoz samples meet the

15:40:31 13  dissolution limitation of claim 22?

15:40:32 14  A.    Yes.

15:40:33 15  Q.    Moving on to the 50-milligram.  Can you please

15:40:36 16  summarize the dissolution testing results of Ms. Gray, as

15:40:40 17  they relate to Sandoz 50-milligram ANDA products?

15:40:43 18  A.    Sure, so as you can see here, each of the tablets

15:40:46 19  meets the less than or equal to 39 percent limitation at

15:40:50 20  1.5 hours, and each of the tablets meets the greater than or

15:40:54 21  equal to 75 percent limitation, at seven hours with a

15:40:57 22  50-milligram dosage strength.

15:41:00 23  Q.    Do the Sandoz 50-milligram mirabegron samples meet

15:41:05 24  the dissolution limitation of claim 1?

15:41:07 25  A.    Yes.

Little - direct

15:41:08 1   Q.      Do the Sandoz 50-milligram mirabegron samples meet

15:41:11 2   the dissolution limitation of claim 22?

15:41:13 3   A.      Yes.

15:41:15 4   Q.      We talked about before, about the fact that Sandoz's

15:41:34 5   stipulated that the 25 -- their 25 and 50-milligram tablets

15:41:39 6   meet all the other limitations of the asserted claims, is

15:41:43 7   that right?

15:41:43 8   A.      Yes.

15:41:44 9   Q.      So does the Gray data establishing that Sandoz

15:41:49 10  25-milligram ANDA products meet the dissolution limitation

15:41:53 11  mean that the Sandoz 25-milligram ANDA products infringe

15:41:56 12  claim five of the '780 patent?

15:42:00 13  A.      Yes, so in claim five, you don't have any other

15:42:04 14  dissolution limitations, you just have the ones that are

15:42:07 15  stated in claim 1.  And we had already established for all

15:42:10 16  these claims on here, that those are met, so because the

15:42:15 17  dissolution limitation is met in claim 1, claim five also

15:42:17 18  has all of the limitations met by Sandoz's ANDA product.

15:42:23 19  Q.      Does the Gray data establishing that Sandoz

15:42:26 20  50-milligram ANDA product meets the dissolution limitation

15:42:29 21  mean that the Sandoz 50-milligram ANDA product infringes

15:42:34 22  claim five of the '780 patent?

15:42:37 23  A.      Yes, that's what I think I just said.  It meets claim

15:42:41 24  five.

15:42:41 25  Q.      The first was 25, the second was 50?

Little - direct

15:42:44 1    A.      Yes, that one also meets claim five, yes.

15:42:46 2    Q.      Does the Gray data establishing the Sandoz

15:42:50 3    25-milligram ANDA product meets the dissolution limitation

15:42:53 4    means that the Sandoz 25-milligram ANDA product infringes

15:42:57 5    claim 20 of the '780 patent?

15:43:00 6    A.      Yes.

15:43:00 7    Q.      Does the Gray data establishing the Sandoz

15:43:02 8    50-milligram ANDA product meets the dissolution limitation

15:43:05 9    means that the Sandoz 50-milligram ANDA product infringes

15:43:09 10   claim 20 of the '780 patent?

15:43:12 11   A.      Yes.

15:43:12 12   Q.      Does the Gray data establishing that Sandoz

15:43:14 13   25-milligram ANDA product meets the dissolution limitation

15:43:17 14   means that Sandoz 25-milligram ANDA product infringes claim

15:43:21 15   25 of the '780 patent?

15:43:26 16   A.      Yes.

15:43:26 17   Q.      Does the Gray data establishing that Sandoz

15:43:26 18   50-milligram ANDA product meet the dissolution limitation

15:43:30 19   means the Sandoz 50-milligram ANDA product infringes claim

15:43:41 20   25 of the '780 patent?

15:43:41 21   A.      Yes.

15:43:42 22   Q.      Back to Sandoz design objectives, is it surprising

15:43:46 23   that Sandoz ANDA products meets the dissolution limitation?

15:43:49 24   A.      It is not.

15:43:51 25   Q.      Why not?

Little - direct

A.      Well, as I said before, what you have is a hydrogel forming sustained release system that is tuned to match the dissolution profile of Myrbetriq, that's the purpose of the tuning process for the FDA.  So it's not surprising that if you took a sample of it, and you tested it under the dissolution conditions, that it would meet those dissolution limitations.

Q.      Returning to PTX-6006, at pages 115 to 118, what did -- you recall that Sandoz conducted comparative studies. What did Sandoz find were the results of those comparative studies?

A.      Sure, so what you're seeing here, is the dissolution profiles overlapping.  So if you look at, I believe that it's the -- I'm trying to remember which one is which here. Whether the G is the Myrbetriq product, and F is the exhibit batches, or the other way around but regardless, it's showing both of them, so you can see the release profiles are here, the shape is matching and they're very close to one other.

Q.      Are the two dissolution profiles for the 25 and 50-milligram products similar?

A.      Yes.

Q.      Are the two dissolution profiles comparable?

A.      Yes.

Q.      Did Sandoz calculate F2 values for the comparative

Little - direct

15:45:37 1   dissolution profile studies conducted?

15:45:42 2   A.      It did.

15:45:42 3   Q.      What do those F2 values indicate?

15:45:45 4   A.      You can see that they're 86 for the 25-milligram

15:45:49 5   product, and 83 for the 50-milligram product, which means

15:45:54 6   that they both were less than ten percent difference between

15:45:57 7   the two curves.

15:45:58 8   Q.      So based upon the F2 studies that were done by Sandoz

15:46:03 9   and the Gray testing data, can you summarize your

15:46:08 10   conclusions about whether or not Sandoz meets the

15:46:11 11   limitations of the asserted claims in the case?

15:46:13 12   A.      Sure, so you go to the next slide of the summary.  So

15:46:18 13   first, Sandoz selected the specific type of sustained

15:46:23 14   release hydrogel formulation that we're seeing in the '780

15:46:29 15   patent for the mirabegron ANDA products.  That type of

15:46:33 16   formulation is the same formulation as Myrbetriq, so you're

15:46:38 17   starting with the same kind of system that is known to

15:46:40 18   produce the types of dissolution mechanisms and behavior for

15:46:44 19   that time of formulation.

15:46:46 20           Then they took that formulation, and tuned the

15:46:51 21   product to closely match the Myrbetriq product tested, and

15:46:56 22   demonstrated that it did.  In this case, there were samples

15:47:02 23   produced that allowed for the products to be directly tested

15:47:04 24   in that dissolution limitation.  And as a result of that

15:47:06 25   testing, I mean it's not surprising to me that it infringes

Little - direct

15:47:12 1  the asserted claims.

15:47:14 2  Q.    So let's turn to defendants Zydus and Lupin, is that

15:47:19 3  okay, Dr. Little?

15:47:20 4  A.    Okay.

15:47:21 5  Q.    Did you develop an opinion as to whether Zydus and

15:47:24 6  Lupin infringed the asserted claims?

15:47:25 7  A.    Yes, I did.

15:47:26 8  Q.    What is your opinion with respect to Zydus?

15:47:29 9  A.    Zydus' ANDA products meets each and every one of the

15:47:33 10 limitations of the asserted claims.

15:47:34 11 Q.    What is your opinion with respect to Lupin?

15:47:36 12 A.    That Lupin's ANDA products meet each and every one of

15:47:39 13 the limitations of the asserted claims.

15:47:42 14 Q.    Are you aware of Zydus stipulated that its 25 and

15:47:47 15 50-milligram ANDA products meet all of the limitations of

15:47:51 16 the asserted claims but the dissolution limitation?

15:47:53 17 A.    That's my understanding.

15:47:55 18 Q.    Are you aware that Lupin stipulated that its 25 and

15:47:58 19 50-milligram products meet each of the elements of the

15:48:02 20 asserted claims but for the dissolution limitation?

15:48:05 21 A.    That's my understanding.

15:48:06 22 Q.    Now, did Zydus and Lupin provide unexpired samples to

15:48:11 23 test in this case?

15:48:12 24 A.    My understanding is, is that they did not provide

15:48:15 25 unexpired samples to determine whether it directly met the

Little - direct

15:48:24 1    USP II dissolution condition.

15:48:26 2    Q.    So were you able in this case, to carry out tests on

15:48:35 3    un--

15:48:35 4            MR. ZIMMERMAN:  Your Honor, I'm going to object

15:48:37 5    to slide 75.  It's not the slide that was disclosed to us

15:48:41 6    pursuant to the pretrial disclosures yesterday.

15:48:44 7            MR. HASH:  I think we fixed it.

15:48:50 8            MR. ABRAMOWITZ:  I'll stop my objection.

15:48:52 9            MR. ZIMMERMAN:  I will withdraw.

15:48:53 10            MR. HASH:  I'm sorry we didn't tell you.

15:48:55 11            MR. ZIMMERMAN:  No problem.

15:48:57 12            THE COURT:  You may continue.

15:48:58 13            MR. HASH:  Thank you.

15:48:58 14     BY MR. HASH:

15:49:09 15    Q.    So in the absence of unexpired samples, was Ms. Gray

15:49:14 16    able to -- what evidence do you rely upon to support your

15:49:19 17    opinion that Zydus and Lupin infringe the asserted claims of

15:49:23 18    the '780 patent?

15:49:25 19    A.    Sure, as I described before, I rely upon two things.

15:49:29 20    One, is Dr. Thisted's prediction of USP II dissolution

15:49:34 21    conditions by modeling the USP I dissolution conditions that

15:49:40 22    were contained in Zydus' and Lupin's ANDA.

15:49:44 23            I have also relied upon Ms. Gray testing of

15:49:47 24    samples that defendants previously provided, these are

15:49:51 25    expired samples, but Ms. Gray performed dissolution testing

Little - direct

15:49:56 1    under the claimed conditions, USP II conditions and I rely

15:50:01 2    upon those results as well.

15:50:02 3    Q.    So, because Zydus and Lupin have stipulated that all

15:50:06 4    of the other elements are met by their 25 and 50-milligram

15:50:09 5    products, is it your understanding that the only additional

15:50:12 6    proof required, relates to the dissolution element of the

15:50:15 7    asserted claims?

15:50:16 8    A.    That's my understanding, yes.

15:50:18 9    Q.    In your opinion, do the ANDA products of Zydus meet

15:50:21 10   the dissolution limitation?

15:50:22 11   A.    Yes.

15:50:23 12   Q.    In your opinion, do the ANDA products of Lupin meets

15:50:26 13   the dissolution limitation?

15:50:26 14   A.    Yes.

15:50:31 15   Q.    You were present for Dr. Thisted's testimony today?

15:50:34 16   A.    Yes.

15:50:38 17   Q.    And have you previously previewed Dr. Thisted's

15:50:43 18   finding while developing your opinions on infringement?

15:50:46 19   A.    I did.

15:51:01 20   Q.    So let's talk a little bit about the Thisted model,

15:51:05 21   but before we do that, you mentioned USP I data previously.

15:51:10 22   Did Zydus perform dissolution testing of their ANDA products

15:51:11 23   to produce data in support of their ANDA filings?

15:51:17 24   A.    Yes.

15:51:17 25   Q.    Did Lupin perform dissolution testing of their ANDA

Little - direct

15:51:21 1   products to produce data in support of their ANDA filings?

15:51:24 2   A.    Yes.

15:51:28 3   Q.    Did Zydus perform that dissolution testing using the

15:51:31 4   protocol required by the dissolution limitation of the

15:51:35 5   asserted claims?

15:51:36 6   A.    So the dissolution limitation in the asserted claims

15:51:41 7   used USP II paddle data at 200 RPM.  What was done at the

15:51:48 8   time of the filing of the ANDA, was USP I basket method at

15:51:55 9   100 RPM.

15:51:56 10  Q.    Did Lupin perform dissolution testing for their FDA

15:52:01 11  submission using the protocol required by the dissolution

15:52:04 12  limitation of the asserted claims?

15:52:06 13  A.    Yes.

15:52:07 14  Q.    Can you please turn to PTX-8027, page 85 in your

15:52:14 15  binder.

15:52:22 16  A.    Okay.

15:52:39 17  Q.    What is PTX-8027?

15:52:47 18  A.    PTX-8027, I believe is the beginning of the clinical

15:52:52 19  summary on bioequivalents for Zydus' ANDA product.

15:52:58 20       MR. HASH:  Your Honor, Astellas moves for the

15:53:01 21  entry of PTX-8027.

15:53:02 22       THE COURT:  Any objection?

15:53:03 23       MR. ABRAMOWITZ:  No objection.

15:53:06 24       THE COURT:  It's already in.

15:53:07 25       MR. HASH:  Sorry, Your Honor.

Little - direct

15:53:09  1                THE COURT:  That's fine.  If it's received.  Go

15:53:12  2     ahead.

15:53:12  3      BY MR. HASH:

15:53:18  4     Q.     Did PTX-8027, at page 85 and 79, disclose the

15:53:23  5     dissolution protocol Zydus used to test the dissolution rate

15:53:27  6     of it's 25-milligram and 50-milligram ANDA products?

15:53:36  7                It's also up here, Dr. Little.

15:53:41  8     A.     Yes.

15:53:42  9     Q.     Can you please summarize the dissolution protocol

15:53:47 10     that Zydus used to test the ANDA products prior to the

15:53:51 11     submission to the FDA?

15:53:52 12     A.     Yes, it was USP I basket at 100 RPM, phosphate buffer

15:53:57 13     at pH 6.8, 900 milliliters of fluid and 37 degrees Celsius.

15:54:04 14     Q.     Now, I previously walked through the FDA guidelines.

15:54:09 15     Do you recall that?

15:54:09 16     A.     Yes.

15:54:10 17     Q.     Does this protocol that Zydus performed on its

15:54:15 18     mirabegron ANDA product conform with the FDA guidance for

15:54:19 19     the dissolution testing of generic versions of mirabegron?

15:54:24 20     A.     Yes.

15:54:24 21     Q.     Can you please turn to PTX-4027?  And at page 37.  At

15:55:02 22     page 37, does page 37 disclose the dissolution protocol

15:55:08 23     Lupin used to test the dissolution rate of its ANDA product

15:55:11 24     prior to submission to the FDA?

15:55:12 25     A.     Yes.

Little - direct

15:55:13 1    Q.      Did Lupin dissolution protocol conform to the FDA

15:55:17 2    guidance?

15:55:17 3    A.      Yes.

15:55:18 4    Q.      Is the dissolution protocol employed by Zydus to test

15:55:27 5    its 25 and 50-milligram product different, in any way, from

15:55:31 6    the protocol described by the dissolution limitation of the

15:55:34 7    asserted patent?

15:55:35 8    A.      Again, the dissolution limitation of the asserted

15:55:39 9    patent is USP II, paddle method, and 200 RPM.  This

15:55:45 10   dissolution method is USP I, basket at 100 RPM.

15:55:49 11   Q.      Is the dissolution protocol used by Lupin different

15:56:02 12   in any way, than the protocol described under the

15:56:05 13   dissolution limitation of the asserted patent?

15:56:07 14   A.      Yes, it's the method and the RPM.

15:56:11 15   Q.      Are there any other differences between the protocol

15:56:14 16   Zydus and Lupin used, as compared to that set forth in the

15:56:20 17   '780 patent?

15:56:20 18   A.      No.

15:56:21 19   Q.      So let's switch gears and talk about the modeling

15:56:26 20   that Dr. Thisted did to investigate whether Zydus and

15:56:30 21   Lupin's protocol, products, meet a dissolution limitation of

15:56:33 22   the asserted claims.  At a high level, could you summarize

15:56:37 23   from a pharmaceutical formulator perspective what's your

15:56:41 24   understanding of what Dr. Thisted did?

15:56:42 25   A.      Sure, what I understand in terms of what Dr. Thisted

Little - direct

15:56:45 1    did, is that he utilized statistical methods that are known

15:56:49 2    in the field in order to build a model that would

15:56:53 3    potentially be able to predict the results in USP II, the

15:57:00 4    conditions in the asserted claims, if you had data for USP

15:57:06 5    I, the conditions that we're going to talk about in the

15:57:10 6    ANDA.  He then determined the statistical relationship in

15:57:15 7    the context of that model.  He validated the model.  And

15:57:19 8    then he took that model, and he applied it to the data that

15:57:23 9    we'll go through in defendants' ANDA.

15:57:34 10   Q.    Is it surprising to you, that this relationship exist

15:57:39 11   between the USP I parameters and the USP II parameters for a

15:57:47 12   drug product like Myrbetriq?

15:57:49 13   A.    In this particular case, no, I'm not surprised.

15:57:51 14   Q.    And why not?

15:57:53 15   A.    Well, again, you're talking first of all, that each

15:57:56 16   of these systems is the same kind of hydrogel forming

15:58:02 17   system.  They have known mechanisms that would be the same

15:58:06 18   in each case.  And the kind of statistical modeling that is

15:58:11 19   used here, what it does is it -- I mean, it is routinely

15:58:17 20   utilized in order to predict dissolution profiles we use

15:58:20 21   these kind of models in the work that I do.  In this case

15:58:23 22   what he's doing, is he's taking, and saying if I had the

15:58:27 23   data for one condition, then I can predict what the data

15:58:32 24   would be in another condition, okay?

15:58:35 25               So what the models is not doing, is saying well,

Little - direct

15:58:40 1    we have to assume that every single product would have the

15:58:43 2    same dissolution profile times 0.  There may be some

15:58:47 3    differences between them.  The model is not saying that.  It

15:58:51 4    takes the input from that, and as long as it would be

15:58:54 5    expected that it would perform the same in USP dissolution

15:59:00 6    Apparatus 2 at 200 RPM, which we have no reason to believe

15:59:03 7    that it would in this case, then the model should be

15:59:06 8    accurate.  The model was validated, and we actually, in this

15:59:10 9    case, have observations that there were no behavioral

15:59:14 10   differences between the formulations and USP I and USP II.

15:59:19 11   Q.     Similarly, from a formulation perspective, is it

15:59:23 12   surprising to you that you can coordinate results from

15:59:29 13   dissolution tests performed under USP I conditions to

15:59:35 14   results from, or results from tests performed under USP II

15:59:44 15   parameters?

15:59:45 16   A.     Okay.  So what I'll say is in this case, it's not

15:59:49 17   surprising to me.  Okay?  I would maybe be surprised if

15:59:54 18   somebody said there is a correlation between any formulation

15:59:59 19   for any system.  That's not what we're talking about here.

16:00:02 20   We're talking about a very specific system that one would

16:00:06 21   expect to behave the same because each of the products are

16:00:10 22   the same kind of system.

16:00:11 23          And there is no reason to believe that they

16:00:14 24   would behave differently.  The model takes each of the

16:00:17 25   formulations and says for that specific formulation what the

Little - direct

16:00:21 1    result would be, and there is no reason to believe that that

16:00:24 2    wouldn't do that.

16:00:26 3    Q.      Are there significant differences enough between the

16:00:31 4    USP I protocol and the USP II protocol, that the results of

16:00:36 5    those protocols just in general, would not be correlatable?

16:00:41 6    A.      So what I would say, is that there are differences,

16:00:43 7    right, so what we saw is Dr. Thisted showed that the

16:00:46 8    dissolution rate is increased.  I think that it's reasonable

16:00:50 9    to believe that they would be increased, right.  One could

16:00:55 10   imagine that it is possible, depending on the system like,

16:01:04 11   depending on what's in there, when it went to the other

16:01:04 12   condition, maybe one of the type of tablets, let's say for

16:01:05 13   one of the formulation, it went in there and it like

16:01:08 14   differentially that particular tablet pulled apart or

16:01:11 15   something like that, that would be an instance of the model

16:01:14 16   not working in that situation.

16:01:16 17            I don't think, based on what I would think that

16:01:19 18   that would happen, but in this case we know that that didn't

16:01:23 19   happen, because observations were made.

16:01:25 20   Q.      In your opinion, is Dr. Thisted's model reliable?

16:01:28 21   A.      In my opinion, yes.

16:01:30 22   Q.      And what are the basis for your opinions, for that

16:01:33 23   opinion?

16:01:34 24   A.      Sure, I include them up on the screen, Thisted

16:01:37 25   modeling is something that's routinely used by a POSA in our

16:01:41  1    field.   The ANDA products were specifically made to be the

16:01:46  2    same kind of hydrogel forming system as in the claims and as

16:01:50  3    in Myrbetriq.   Those were then tuned to have the same

16:01:56  4    dissolution profile, specifically.   Dr. Thisted validated

16:02:01  5    his model.   And from what I understand, there were no

16:02:05  6    behavioral differences between the tablets in the two

16:02:08  7    different conditions for any of the defendants.

16:02:10  8    Q.    Is statistical modeling often used in pharmaceutical

16:02:14  9    formulation?

16:02:14  10   A.    It is.

16:02:16  11   Q.    In your experience, can statistical modeling be used

16:02:19  12   to predict dissolution profiles?

16:02:22  13   A.    It could be, it depends on the circumstances, but

16:02:24  14   yes, it could be.

16:02:25  15   Q.    Has Dr. Thisted's method for generating his model,

16:02:28  16   previously been shown to correlate between dissolution

16:02:31  17   profiles?

16:02:32  18   A.    Yes.

16:02:32  19   Q.    Can you please turn to PTX-0167 in your binder?   What

16:02:42  20   is PTX-0167?

16:02:42  21   A.    This is a peer reviewed publication that I reviewed

16:02:51  22   in the context of forming my opinion, and I also believe

16:03:04  23   Dr. Thisted reviewed as well.

16:03:04  24   Q.    Does this article discuss whether two dissolution

16:03:10  25   methods could be correlated?

Little - direct

A.      Yes, it does.

Q.      What dissolution results did Dr. Thisted use to build his model?

A.      He utilized the dissolution testing under USP I conditions that were taken at the time of the ANDA filing, but that is an input into the model, and the model then predicted what the dissolution results would be at USP II conditions.

Q.      Was Dr. Thisted able to observe a trend in the Myrbetriq data?

A.      Yes, as shown up on the screen, this is 26 of the formulations and you could see, he could see, that really what's changing here in each of these, is the time scale. So you have a shift in the time scale going from the one condition to the other condition.  And this was using the Myrbetriq product.

Q.      Was the trend consistent between all 26 Myrbetriq samples that Dr. Thisted analyzed?

A.      It was, yes.

Q.      What was the end goal of the statistical modeling built by Dr. Thisted?

A.      It was being able to, and I think I have a slide for this next, I did, it was to predict what used the USP basket method data from the ANDA filing to predict what that data would be under the paddle condition method.

Little - direct

16:04:35 1    Q.    Did Dr. Thisted successfully validate his model?

16:04:39 2    A.    Yes.

16:04:40 3    Q.    What did Dr. Thisted's model then allow him to do?

16:04:47 4    A.    It was what I just described, it was to take the data

16:04:51 5    from the USP I conditions at the time of the ANDA filing,

16:04:54 6    and predict data from USP II.

16:04:57 7    Q.    Can Dr. Thisted's model be used to predict the

16:05:00 8    statistical model for Sandoz's ANDA product?

16:05:02 9    A.    No, I don't think that's what the model intends to

16:05:02 10   do.

16:05:04 11   Q.    What is the scope of the application of statistical

16:05:06 12   modeling provided by Dr. Thisted?

16:05:09 13   A.    I'll say it in the way that I think I heard him say.

16:05:11 14   He can correct me later.  What I think he was saying, is

16:05:15 15   that the model would work for systems like this, that have

16:05:20 16   the same shape and would occur in a time shift so that you

16:05:24 17   could show, at one particular time point, what the

16:05:30 18   dissolution would be, so for instance in the basket method,

16:05:34 19   because of the model, you know that under the paddle method

16:05:39 20   it would occur in a shorter time point.  So the model shifts

16:05:42 21   that time over to show what that would be based on a result

16:05:45 22   of a number of different fittings and validations.

16:05:48 23   Q.    Was it appropriate for Dr. Thisted to apply his model

16:05:51 24   to the Zydus ANDA products?

16:05:56 25   A.    In my opinion, yes.  And that goes to the

Little - direct

16:05:56 1    pharmaceutical viewpoint of this, and that is because each

16:06:00 2    of the systems produce -- release behavior that we know in

16:06:03 3    the field and that would produce the same kinds of profiles,

16:06:06 4    so it's not surprising to see what you would see above and

16:06:10 5    that the products would have those kind of similar release

16:06:13 6    profiles.  So yes, I believe it's appropriate.

16:06:17 7                    THE COURT:  Counsel, if we could take a break

16:06:19 8    here because now you're going to get into dissolution data.

16:06:23 9                    MR. HASH:  Yes, Your Honor.

16:06:24 10                    THE COURT:  So let's take ten, ladies and

16:06:26 11   gentlemen.

16:06:27 12                    COURT CLERK:  All rise.

16:06:28 13                    (A brief recess was taken.)

16:16:05 14                    THE COURT:  Please be seated.

16:16:11 15                    You may continue, counsel.

16:16:13 16                    MR. HASH:  Thank you, Your Honor.

16:16:14 17                    THE COURT:  Before you get started, let me just

16:16:18 18   tell you, I am looking through your outline, you have got a

16:16:21 19   lot of pages to go with this witness.  I'm wondering how

16:16:22 20   long you're going to be in your direct examination, time

16:16:22 21   wise?

16:16:30 22                    MR. HASH:  We would imagine we would go another

16:16:32 23   hour, Your Honor, at least.

16:16:34 24                    THE COURT:  Another hour?

16:16:35 25                    MR. HASH:  I think we probably let up around

Little - direct

16:16:37 1    5:30.

16:16:38 2                    THE COURT:   I'll give you until 5:30, and then

16:16:41 3    you're just going to have to sit down and shut up.   Okay?

16:16:44 4    Let's go.

16:16:45 5                    MR. HASH:   Okay.

16:16:45 6    BY MR. HASH:

16:16:48 7    Q.       Can you open your binder to PTX-8030.

16:16:55 8    A.       Okay.

16:16:55 9    Q.       What is PTX-8030?

16:16:59 10   A.       It is what appears to be the pharmaceutical

16:17:04 11   development report for Zydus ANDA.

16:17:06 12   Q.       Did Zydus perform dissolution testing of it's ANDA

16:17:10 13   product using the USP I method in accordance the FDA

16:17:15 14   guidance for the Myrbetriq products?

16:17:16 15   A.       Yes.

16:17:16 16   Q.       Does Zydus also perform dissolution testing of

16:17:20 17   Myrbetriq samples using the same USP I method?

16:17:22 18   A.       Yes, comparative testing.

16:17:24 19   Q.       Did Zydus compare the dissolution profiles of its

16:17:28 20   ANDA product to the dissolution profiles of Myrbetriq?

16:17:31 21   A.       Yes.

16:17:31 22   Q.       Let's start with the dissolution profile comparison

16:17:35 23   of the 25-milligram dosage strength.   How does this

16:17:38 24   dissolution profile of Zydus 25-milligram product compare to

16:17:42 25   the 25-milligram dosage strength of Myrbetriq?

Little - direct

16:17:45 1    A.      You can see up here on the screen I have marked

16:17:48 2    Myrbetriq in red arrow, and the other products here are the

16:17:51 3    exhibit batches.  So the lighter greens, the two greens and

16:17:56 4    then also the purples, you can see the final product for

16:18:00 5    25-milligram that was tuned to release to match the

16:18:05 6    Myrbetriq profile are shown here on the screen.

16:18:08 7    Q.      Let's move to the dissolution profile comparison of

16:18:10 8    the 50-milligram dosage strength.  Can this be found on

16:18:14 9    page 207, of PTX-8037?

16:18:19 10   A.      I believe so.

16:18:19 11   Q.      How did the dissolution profile of Zydus 50-milligram

16:18:22 12   ANDA product compare to the 50-milligram dosage strength of

16:18:26 13   Myrbetriq?

16:18:26 14   A.      Certainly, you can see the reference in the red and

16:18:29 15   the other three exhibit batches are shown here on the

16:18:33 16   screen.

16:18:33 17   Q.      Were you present in the court this morning when, or

16:18:37 18   yesterday, when Zydus corporate representative, Mr. Kannan

16:18:42 19   spoke about these comparative studies?

16:18:42 20   A.      Yes.

16:18:44 21   Q.      What did Mr. Kannan say about the results of the

16:18:51 22   dissolution studies, the comparative dissolution studies

16:18:54 23   conducted by Zydus?

16:18:57 24   A.      That Zydus concluded that there was no meaningful

16:19:00 25   difference between the dissolution profiles for both the

Little - direct

16:19:03 1    25-milligram dosage strength, and the 50-milligram dosage

16:19:08 2    strength.

16:19:08 3    Q.      Do you agree with Mr. Kannan's assessment?

16:19:11 4    A.      Yes.

16:19:11 5    Q.      Turning now to Dr. Thisted's modeling, did

16:19:15 6    Dr. Thisted use the USP I dissolution data from Zydus'

16:19:19 7    dissolution testing of its exhibit batches to predict the

16:19:22 8    USP II dissolution profiles of its ANDA products?

16:19:25 9    A.      He used the USP I dissolution method to produce what

16:19:31 10   would be seen under USP II conditions.

16:19:34 11   Q.      How many batches of Zydus ANDA products did

16:19:39 12   Dr. Thisted analyze?

16:19:39 13   A.      You could see here, that there were six total

16:19:44 14   batches, there were three exhibit batches of the

16:19:46 15   25-milligram product, and three exhibit batches from the

16:19:49 16   50-milligram products.

16:19:50 17   Q.      How many total samples did Dr. Thisted analyze?

16:19:54 18   A.      72 total tablets taken from those six batches.

16:19:58 19   Q.      What percentage of the individual samples analyzed by

16:20:02 20   Dr. Thisted, met the dissolution limitation of the asserted

16:20:05 21   claims?

16:20:06 22   A.      In my recollection, it was all of the tablets.

16:20:28 23   Q.      Do you have a figure representing the dissolution

16:20:31 24   profile outputs of Dr. Thisted's modeling, as it relates to

16:20:35 25   Zydus exhibit batch samples?

Little - direct

16:20:36 1    A.    I do, it's shown on the screen here, you can see for

16:20:39 2    the six different batches that are shown here, the mean

16:20:49 3    dissolution percentage from the basket method which was

16:20:52 4    reported as shown in the blue, and then the estimated paddle

16:20:56 5    profile is shown in the dotted red.

16:20:59 6    Q.    Can you summarize the result of Dr. Thisted's

16:21:01 7    analysis of Zydus 25-milligram exhibit batches?

16:21:05 8    A.    Sure, if you go to the next slide, there you go.  You

16:21:09 9    can see that the predictions were such that all three

16:21:15 10   exhibit batches met the less than 39 percent limitation and

16:21:22 11   all three batches met the seven-hour limitation.

16:21:27 12   Q.    Is it your understanding that Dr. Thisted provided

16:21:30 13   confidence intervals along with his predictions?

16:21:32 14   A.    He did.

16:21:33 15   Q.    Can you summarize the results Dr. Thisted obtained

16:21:36 16   from his analysis of USP I data, from samples of Zydus

16:21:40 17   50-milligram exhibit batches?

16:21:42 18   A.    Sure, so he took the USP I data, and translated it to

16:21:47 19   what would be USP II data, and each of the exhibit batches

16:21:51 20   met both the 1.5 hour dissolution limitation and the

16:21:55 21   seven-hour dissolution limitation.

16:21:55 22   Q.    Is it your understanding that Dr. Thisted provided

16:21:55 23   confidence intervals along with his predictions?

16:22:00 24   A.    He did.

16:22:02 25   Q.    What opinions did you make in your review of

Little - direct

16:22:05 1    Dr. Thisted statistical modeling of Zydus' ANDA products, as

16:22:09 2    it pertains to the dissolution limitation of the asserted

16:22:13 3    claims?

16:22:13 4    A.      That the predictions supported the idea and my

16:22:17 5    opinion that Zydus' ANDA products meet the dissolution

16:22:22 6    limitation at both the 25 and 50-milligram strengths.

16:22:24 7    Q.      Did you review the expert report of Dr. Fassihi?

16:22:28 8    A.      I did.

16:22:29 9    Q.      Did Dr. Fassihi provide opinions concerning the

16:22:33 10   infringement by Zydus ANDA product?

16:22:35 11   A.      Yes.

16:22:35 12   Q.      Did Dr. Fassihi disagree with some of your opinions?

16:22:39 13   A.      Yes.

16:22:39 14   Q.      Did Dr. Fassihi perform any of his own tests to

16:22:43 15   refute any of your opinions?

16:22:45 16   A.      To my recollection, no.

16:22:47 17   Q.      Did Dr. Fassihi perform any experiments to refute any

16:22:50 18   of your opinions?

16:22:51 19   A.      My recollection, no.

16:22:54 20   Q.      Did Dr. Fassihi form any statistical modeling to

16:22:57 21   refute any of your opinions?

16:22:58 22   A.      Not to my recollection.

16:22:59 23   Q.      Yet Dr. Fassihi challenged the validity of

16:23:02 24   Dr. Thisted's statistical modeling?

16:23:02 25   A.      Yes.

16:23:07 1   Q.    Do you recall the reason for Dr. Fassihi's criticisms

16:23:12 2   of Dr. Thisted's statistical modeling?

16:23:14 3   A.    I do.

16:23:14 4   Q.    Do you agree with Dr. Fassihi's position?

16:23:16 5   A.    I don't.

16:23:17 6   Q.    Why not?

16:23:18 7   A.    Well, so let me, I'll try to summarize I think the

16:23:23 8   two that I can remember, most off the top of my head and

16:23:28 9   I'll do the best I can to summarize, I'm sure Dr. Fassihi

16:23:32 10  will come up and disagree with my characterization or view.

16:23:35 11  My recollection of the characterization, is there is two

16:23:39 12  main things that he's critical of.  The first is, that there

16:23:44 13  is no general correlation for USP I and USP II under these

16:23:49 14  conditions.  And I would agree with him, that from my view

16:23:57 15  of the field, there is no general correlation between these.

16:23:59 16  I don't think that's what Dr. Thisted intends.  What

16:24:01 17  Dr. Thisted is saying, is that for these specific systems,

16:24:07 18  there can be a correlation that occurs that's for a number

16:24:14 19  of reasons he cited when he was on the stand.  From his

16:24:17 20  perspective, the shape of the curve is the same, and from

16:24:20 21  his perspective, because each of the ANDA filers made

16:24:22 22  products that were designed specifically to match each other

16:24:22 23  in terms of the dissolution profile, that makes sense.  From

16:24:33 24  a formulation perspective however, there is another layer to

16:24:36 25  this that I can add, which is that each of these is hydrogel

Little - direct

16:24:40 1   forming sustained release systems.  They have known

16:24:44 2   mechanisms, and then on top of that, then tuned to match the

16:24:48 3   release behavior, it isn't surprising that you would be able

16:24:52 4   to create a specific correlation between the two.   In

16:24:56 5   addition to that, I understand that another criticism is

16:24:59 6   that there is differences between the formulation.  So let's

16:25:03 7   say one formulation has a little bit of one excipient in it,

16:25:07 8   and the other formulation doesn't have that excipient in it

16:25:10 9   at all.  I think the criticism is that the addition of that

16:25:14 10  excipient will affect dissolution behavior.  I don't think

16:25:22 11  anybody is disagreeing that adding another excipient could

16:25:22 12  affect dissolution behavior, but that's not what we're

16:25:25 13  talking about here either, because when you have a system

16:25:27 14  with different excipients in them, you may for instance have

16:25:31 15  a different starting point.  But what we see here, is that

16:25:34 16  in each of the cases of the defendants, they're tuned to

16:25:37 17  match the dissolution rate of the Myrbetriq product.  So

16:25:43 18  there are differences in them, right, but the model accounts

16:25:46 19  for those differences between the formulations because what

16:25:49 20  you're doing, is putting in as input the specific

16:25:52 21  formulation.  So for instance, I heard earlier, critiques

16:25:55 22  about the batches, and saying how could it match all the

16:26:00 23  different formulations.  But it doesn't match between

16:26:02 24  batches.  That's a fundamental misunderstanding of what

16:26:05 25  Dr. Thisted's model does.  What that would assume, is that

Little - direct

16:26:11 1    you could make a prediction for one of the defendants, and

16:26:13 2    that should be the same prediction for another defendant,

16:26:16 3    because they're all built to match the same product.  That's

16:26:18 4    not what the model does, and that's not what you see.  What

16:26:21 5    the model does is take an input for one particular

16:26:25 6    formulation, and produces an output for that formulation.

16:26:28 7             And if there is batch to batch variability, it

16:26:32 8    could capture that as well in terms of the input of that

16:26:36 9    particular batch, and the output of that particular batch.

16:26:38 10   Q.    Can you please open your binder to PTX-8029?  What is

16:26:41 11   PTX-8029?

16:26:48 12   A.    This is the description of the drug product from what

16:26:59 13   appears to be Zydus' ANDA.

16:27:02 14   Q.    And if we refer to PDX-6093, did you compare the list

16:27:07 15   of ingredients in the Zydus 25-milligram ANDA mirabegron

16:27:14 16   formulation, to the Astellas ingredient in their

16:27:17 17   25-milligram Myrbetriq product?

16:27:19 18   A.    Yes, I reviewed all of the excipients and differences

16:27:23 19   between the product have.

16:27:24 20   Q.    Did Zydus 25-milligram formulations match Myrbetriq?

16:27:28 21   A.    In my opinion, it does match, especially in regards

16:27:31 22   to the analysis that we're talking about here.  I include

16:27:34 23   the major components of the gel forming sustained release

16:27:40 24   system here on the screen.  You can see that there are some

16:27:42 25   differences in the formulations, but ultimately each of

Little - direct

16:27:47 1    these things were chosen and specifically tuned in order to

16:27:50 2    match the dissolution profile from Myrbetriq.  There are

16:27:53 3    other differences that you can see in the formulation, but

16:27:57 4    in my opinion, those are minor differences and not relevant

16:28:01 5    to this discussion because again, although they may have

16:28:04 6    produced a different starting position, Zydus tuned the

16:28:10 7    formulation to produce the same dissolution profile as

16:28:13 8    Myrbetriq.

16:28:14 9    Q.      Did you -- in reaching your opinion, did you take

16:28:18 10   into account all of the differences between the Astellas and

16:28:21 11   Zydus products?

16:28:22 12   A.      Yes, I did.

16:28:23 13   Q.      Did any of the differences between the two

16:28:25 14   formulations change the way you have approached these

16:28:29 15   opinions?

16:28:29 16   A.      Changed the way -- I would say that they do not

16:28:32 17   influence my opinion, I think that the changes that you see

16:28:36 18   here, are not relevant to the model being invalidated, for

16:28:43 19   instance.  I think that there is no evidence that the model

16:28:47 20   would not be valid as a result of these differences.

16:28:50 21   Q.      Now, if we go to Zydus' 50-milligram formulation,

16:28:55 22   does Zydus' 50-milligram formulations match Myrbetriq

16:29:00 23   50-milligram formulation?

16:29:01 24   A.      In my opinion, from the standpoint of the analysis

16:29:05 25   we're doing here, it does, because it is a sustained release

Little - direct

16:29:10 1  hydrogel forming formulation that is tuned to match the

16:29:14 2  Myrbetriq product.  There are some differences, I'm showing

16:29:17 3  some here on the screen, there are others in the

16:29:19 4  quantitative and qualitative composition that's included

16:29:22 5  here, but it's my opinion that those differences do not

16:29:25 6  impact my opinion that Dr. Thisted's model is valid.

16:29:30 7  Q.    Do any of the differences that you observed impact

16:29:39 8  your opinion about the validity of the application of the

16:29:42 9  Thisted model, to the Zydus 50-milligram product?

16:29:45 10 A.    No.

16:29:46 11 Q.    Zydus stipulated that its 50-milligram and

16:29:52 12 25-milligram ANDA products meet every limitation of the

16:29:56 13 asserted claims accept the dissolution limitation, is that

16:29:59 14 your understanding?

16:30:00 15 A.    That's my understanding.

16:30:01 16 Q.    Does the Thisted data establishing that Zydus'

16:30:04 17 25-milligram ANDA product meets the dissolution limitation

16:30:08 18 support your opinions that the Zydus 25-milligram ANDA

16:30:12 19 product infringes claim 5, 20, and 25 of the '780 patent?

16:30:17 20 A.    Yes, in my opinion, it does.

16:30:20 21 Q.    Does the Thisted data establishing that Zydus'

16:30:23 22 50-milligram ANDA product meets the dissolution limitation,

16:30:27 23 support your opinion that Zydus 50-milligram ANDA product

16:30:30 24 infringes claims 5, 20 and 25 of the '780 patent?

16:30:35 25 A.    Yes, in my opinion it does.

Little - direct

16:30:38 1   Q.      Could we turn now to Lupin, Dr. Little.  Was it

16:30:43 2   appropriate for Dr. Thisted to apply his model to the Lupin

16:30:47 3   ANDA products?

16:30:47 4   A.      In my opinion, yes.

16:30:49 5   Q.      Why is that?

16:30:49 6   A.      For the same reasons that I stated before, just

16:30:52 7   stating again, that Lupin chose to use a sustained release

16:30:56 8   hydrogel formulation that's known in the art, has the same

16:31:00 9   mechanisms as the other in the mirabegron product, that

16:31:03 10  formulation, although starting with some different

16:31:07 11  ingredients, tuned that formulation specifically to achieve

16:31:09 12  the dissolution behavior of the Myrbetriq product and would

16:31:12 13  therefore have no reason to believe that there would be

16:31:16 14  differences in the shape of the dissolution profile that

16:31:19 15  would be substantial enough to make Dr. Thisted's model

16:31:22 16  invalid, and we also have observations that, in fact, when

16:31:27 17  they were applied in those conditions, there was no

16:31:29 18  differential behavior, so for all of those reasons,

16:31:32 19  Dr. Thisted's model would be valid.

16:31:34 20  Q.      Can you open your binder to PTX-4008, at page 15

16:31:40 21  through 18?  Did Lupin perform dissolution testing of ANDA

16:31:44 22  product using the USP I method per the FDA guidance?

16:31:48 23  A.      Yes.

16:31:49 24  Q.      Did Lupin also perform dissolution testing of

16:31:52 25  Myrbetriq samples using the same USP I method?

Little - direct

16:31:54 1    A.      Yes, comparative testing.

16:31:56 2    Q.      So Lupin compared the dissolution profiles of its

16:31:59 3    ANDA products to the dissolution profiles of Myrbetriq?

16:32:02 4    A.      Yes.

16:32:04 5    Q.      Let's start with the comparison of the 25-milligram

16:32:08 6    dosage strength.  How does the dissolution profile of

16:32:11 7    Lupin's 25-milligram ANDA product, compare to the

16:32:15 8    dissolution profile for the 25-milligram dosage strength of

16:32:19 9    Myrbetriq?

16:32:20 10   A.      Sure, I'm pointing the arrow here in Myrbetriq to

16:32:25 11   what is shown here as the sort of squares.  This isn't in

16:32:29 12   color, so it's a little tougher to see.  That's the

16:32:33 13   Myrbetriq product here, and the test product there are three

16:32:36 14   exhibit batches, which are shown on the chart, so you can

16:32:39 15   see how they compare to the Myrbetriq product.

16:32:41 16   Q.      Did do these profiles match?

16:32:43 17   A.      Yes.

16:32:44 18   Q.      Moving on to the dissolution profile comparison of

16:32:47 19   the 50-milligram dosage strength found at page 18 of

16:32:52 20   PTX-4008, how did the dissolution profile of Lupin's

16:32:52 21   50-milligram ANDA product compare to the dissolution profile

16:33:00 22   of the 50-milligram dosage strength of Myrbetriq?

16:33:02 23   A.      So you can see again, the box data points here is for

16:33:07 24   the reference product, which is Myrbetriq, and you can see

16:33:10 25   the other three exhibit batches for the 50-milligram

Little - direct

16:33:13 1   strength of the Lupin ANDA product, superimposed on to the

16:33:17 2   graph.

16:33:17 3   Q.      So do those two profiles match?

16:33:20 4   A.      Yes, they match in that they were intended to match

16:33:23 5   the Myrbetriq product, be equivalent to it, so yes.

16:33:27 6   Q.      What did Lupin's corporate representatives -- you

16:33:30 7   were here this morning for the testimony of Lupin's

16:33:33 8   corporate representative?

16:33:34 9   A.      Yes.

16:33:34 10  Q.      What did Lupin's corporate representative say about

16:33:38 11  the dissolution profile of Lupin's ANDA formulation compare

16:33:42 12  to Myrbetriq?

16:33:42 13  A.      That the determination that the dissolution profile

16:33:46 14  of the exhibit batches are similar to that of the Myrbetriq

16:33:49 15  profile.

16:33:50 16  Q.      Did Lupin calculate F2 values for the comparatives F2

16:33:55 17  profile?

16:33:55 18  A.      Yes.

16:33:55 19  Q.      What were those results?

16:33:58 20  A.      You can see here they were the three exhibit batches

16:34:01 21  for 25 milligrams was 64.1, 70.4, 54.8, approximately, and

16:34:11 22  for the 50-milligram product, it was 60.0, 57.8 and 51.1.

16:34:21 23  Q.      What did these F2 similarity results indicate?

16:34:24 24  A.      Well according to F2 similarity tests, they are,

16:34:28 25  these exhibit batches show dissolution behavior that is less

Little - direct

16:34:33 1    than ten percent difference on average between the two

16:34:38 2    curves when we're talking about the comparison to the

16:34:40 3    Myrbetriq product.

16:34:42 4    Q.      Turning now to Dr. Thisted's modeling, did

16:34:44 5    Dr. Thisted use the USP I dissolution data from Lupin's

16:34:49 6    dissolution testing of its exhibit batches to predict the

16:34:52 7    USP II dissolution profiles of its ANDA products, pursuant

16:34:56 8    to the dissolution limitation of the asserted claims?

16:34:59 9    A.      Yes.

16:35:00 10   Q.      How many batches of Lupin's ANDA products did

16:35:04 11   Dr. Thisted analyze?

16:35:04 12   A.      It was six total batches, three from the 25-milligram

16:35:09 13   strength, and three from the 50-milligram strength.

16:35:11 14   Q.      How many total samples did Dr. Thisted analyze?

16:35:14 15   A.      72 total tablets.

16:35:16 16   Q.      What percentage of the individual tablets analyzed by

16:35:20 17   Dr. Thisted, met the dissolution limitation of the asserted

16:35:23 18   claims?

16:35:23 19   A.      From my recollection, it was all predicted values.

16:35:26 20   Q.      Did you review the exhibit batches as relied on by

16:35:31 21   Dr. Thisted and Ms. Gray?

16:35:33 22   A.      Yes.

16:35:33 23   Q.      Can you please list the 25-milligram exhibit batches?

16:35:35 24   A.      Sure, it is M590788, M590789, and M590790.

16:35:54 25   Q.      What is the expiration date of each of these batches?

Little - direct

16:35:55 1    A.       It would be November, 2017.

16:36:00 2    Q.       And where did you find this exhibit batch information

16:36:04 3    for Lupin's 25-milligram ANDA products?

16:36:09 4    A.       It would be in PTX-4033.00001 to 00008.

16:36:24 5    Q.       And are those -- and did you rely upon those on

16:36:26 6    reaching your conclusions about the infringement of the --

16:36:28 7    of the asserted claims by Lupin's ANDA product?

16:36:32 8    A.       Yes.

16:36:33 9                MR. HASH:  Your Honor, we request that PTX-4033

16:36:38 10   through 4038 be admitted into evidence.

16:36:40 11                MR. ZIMMERMAN:  No objection.

16:36:41 12                THE COURT:  They're received.

16:36:43 13                (PTX Exhibits No. 4033-4038 were admitted into

16:36:43 14   evidence.)

16:36:44 15                THE COURT:  Just so I'm clear, it's 4033,

16:36:49 16   4034 --

16:36:50 17                MR. HASH:  4035, and then 4036 through 4038 on

16:36:56 18   the next slide.

16:36:58 19                THE COURT:  Okay.  Thanks.

16:36:58 20    BY MR. HASH:

16:37:02 21   Q.       Do you have a figure representing the dissolution

16:37:02 22   profile outputs of Dr. Thisted's modeling as it relates to

16:37:02 23   Lupin's exhibit batch samples?

16:37:02 24   A.       Yes.

16:37:08 25   Q.       Can you please summarize this slide?

Little - direct

16:37:10  1    A.       Sure, so you can see it here.  For the six exhibit

16:37:15  2    batches, the basket method data that was an input for the

16:37:20  3    model, was shown in blue, and the estimated paddle method is

16:37:23  4    shown in the red dotted line.

16:37:27  5    Q.       Can you summarize the results of Dr. Thisted's

16:37:37  6    analysis of Lupin's 25-milligram exhibit batches?

16:37:41  7    A.       Sure, so what you can see is, that for each of these

16:37:45  8    batches, the USP II dissolution predicted values meet both

16:37:51  9    the 1.5 hour limitation and the seven-hour limitation shown

16:37:59 10    in pink, and in green respectively.

16:38:02 11    Q.       Can you summarize the results of Dr. Thisted's

16:38:04 12    analysis of Lupin's 25-milligram exhibit batches?

16:38:09 13    A.       Lupin's 25-milligram?

16:38:12 14    Q.       I'm sorry, is it your understand that Dr. Thisted

16:38:15 15    provided confidence intervals along with his predictions?

16:38:17 16    A.       Yes.

16:38:18 17    Q.       Can you summarize the results of Dr. Thisted's

16:38:21 18    analysis of Zydus 50-milligram exhibit batches?

16:38:25 19    A.       Sure, so for the 50 -- go back, please, for the

16:38:29 20    50-milligram batches, you can see that each of the batches

16:38:33 21    meet both the 1.5 hour limitation, and the seven-hour

16:38:37 22    limitation.

16:38:38 23    Q.       Is it your understand that Dr. Thisted provided

16:38:40 24    confidence intervals along with his predictions?

16:38:42 25    A.       Yes.

Little - direct

16:38:42 1   Q.      What conclusions did you make from your review of

16:38:45 2   Dr. Thisted's statistical modeling of Lupin's ANDA products

16:38:50 3   as it pertains to the dissolution limitation?

16:38:52 4   A.      Both strengths of Lupin's ANDA products meet the

16:38:57 5   dissolution limitation of the asserted claims.

16:38:58 6   Q.      Did you review Dr. Buckton's expert report in this

16:39:01 7   case?

16:39:01 8   A.      I did.

16:39:02 9   Q.      It's your understanding that Dr. Buckton has provided

16:39:06 10  opinions in support of Lupin's arguments in this case?

16:39:10 11  A.      Yes.

16:39:11 12  Q.      Did Dr. Buckton provide opinions concerning

16:39:15 13  infringement?

16:39:16 14  A.      Yes, that's my understanding.

16:39:20 15  Q.      Did Dr. Buckton disagree with some of your opinions?

16:39:24 16  A.      He did.

16:39:24 17  Q.      Did Dr. Buckton perform any of his own tests to

16:39:28 18  refute any of your opinions?

16:39:30 19  A.      Not to my knowledge.

16:39:31 20  Q.      Did Dr. Buckton perform any experiments to refute any

16:39:34 21  of your opinions?

16:39:35 22  A.      Not to my knowledge.

16:39:36 23  Q.      Did Dr. Buckton perform any statistical modeling to

16:39:39 24  refute any of your opinions?

16:39:40 25  A.      Not to my knowledge.

Little - direct

16:39:42 1    Q.      Did Dr. Buckton challenge your reliance on

16:39:48 2    Dr. Thisted's modeling?

16:39:49 3    A.      Yes.

16:39:49 4    Q.      What were Dr. Buckton's reasons for this challenge?

16:39:52 5    A.      Sure, I will again try to do my best to characterize.

16:39:58 6    There is really one main one, and I was talking about it

16:40:01 7    before.  There may be others, and he will obviously have his

16:40:09 8    opinions, whether I'm characterizing it right or not, but

16:40:12 9    I'll do my best.  But I think that his criticism is very

16:40:15 10   similar to the second criticism, the primary criticism is

16:40:19 11   similar to the second criticism from Dr. Fassihi.  Which is

16:40:24 12   that in Lupin's product, there are some differences in the

16:40:28 13   composition and what he's saying is that I and Dr. Thisted's

16:40:32 14   model, don't account for those differences.  I disagree with

16:40:35 15   that for the same reason as I said before.  There may be

16:40:39 16   differences in the composition, but what's important to

16:40:43 17   recognize, is that despite those differences, the

16:40:46 18   formulation was tuned using the parameters that I sent to

16:40:51 19   match the dissolution profile from Myrbetriq.  So you have

16:40:52 20   the same kind of system starting with some different

16:40:58 21   excipients that are tuned to match it.  For that reason,

16:41:00 22   there is no reason to believe that those things would affect

16:41:02 23   the models's ability to predict it.  In fact, whenever you

16:41:07 24   look at the observations from the dissolution testing of

16:41:11 25   Lupin's product, there were no observations that they make

Little - direct

16:41:15 1    differentially between them, that's what I think I would

16:41:17 2    expect, but that was also confirmed in this case.

16:41:20 3             So what I didn't see from any of the defendants,

16:41:24 4    Dr. Fassihi or Dr. Buckton in this case, though, is a

16:41:30 5    description of why they would be expected to act

16:41:34 6    differentially.  I agree that an excipient may produce a

16:41:41 7    different dissolution to start, but when you tune it to

16:41:45 8    match a dissolution profile, I read it and saw no testimony

16:41:48 9    or testing, to show that they would act differentially,

16:41:51 10   there is no testimony to my understanding to show that, no

16:41:54 11   experiments, no data.

16:42:00 12   Q.    Could you please open your binder to PTX-4028?  Pages

16:42:05 13   6 and 7.  Do pages 6 and 7 of PTX-4028 contain a list of the

16:42:27 14   ingredients of Lupin's ANDA products?

16:42:30 15   A.    Yes, its a qualitative and quantitative composition.

16:42:33 16   Q.    Did you compare this list of ingredients to the

16:42:35 17   ingredients of Myrbetriq found at PTX-0045?

16:42:39 18   A.    I did.

16:42:41 19   Q.    Does Lupin's 25-milligram formulation match

16:42:45 20   Myrbetriq?

16:42:45 21   A.    In terms of producing a sustained release behavior,

16:42:51 22   and being a sustained release hydrogel forming system, yes.

16:42:52 23   There are some differences that I show on the screen, I'll

16:42:52 24   give one example here just since I know this was brought up

16:43:02 25   in the expert reports.  So there is, on the one side you see

Little - direct

16:43:06 1    a 2 million molecular weight polyethylene oxide, and on the

16:43:11 2    other side, you see a ███████ molecular weight

16:43:13 3    polyethylene oxide.  I do not agree that a lower molecular

16:43:18 4    weight polyethylene oxide would potentially result in faster

16:43:22 5    release, but what you see in this case, is that there is a

16:43:25 6    higher concentration, and I actually described this earlier.

16:43:28 7    This is actually something that is known that you can do,

16:43:31 8    you can use a lower molecular weight in a higher

16:43:34 9    concentration, and you can get a similar viscosity in that

16:43:37 10   layer where molecules are diffusing through.  Again, what

16:43:41 11   matters is, is that this was the final formulation that was

16:43:45 12   tuned to match the dissolution profile.  I agree that there

16:43:49 13   are some differences in here, it's just my opinion that

16:43:52 14   those are minor differences and in fact, ultimately, did not

16:43:57 15   produce different dissolution profiles because they were

16:43:59 16   matched to the dissolution profiles of the Myrbetriq

16:44:02 17   product.

16:44:03 18   Q.    Do any of these differences between the two

16:44:06 19   formulations affect the ability to apply Dr. Thisted's model

16:44:12 20   to the Lupin's 25-milligram Myrbetriq ANDA product?

16:44:17 21   A.    It's my opinion that they don't.

16:44:21 22   Q.    If we can turn to the 50-milligram.  Did you review

16:44:27 23   the ingredients of Lupin's 50-milligram ANDA product?

16:44:32 24   A.    Yes.

16:44:32 25   Q.    Is Lupin's 50-milligram mirabegron formulation, does

Little - direct

16:44:36 1    it match Myrbetriq 50-milligram formulation?

16:44:40 2    A.      My answer is the same, in regard to application of

16:44:43 3    this model, this formulation is a gel forming hydrogel

16:44:48 4    forming system that the ingredients were chosen as such, and

16:44:53 5    then the those ingredients were tuned to produce the

16:44:57 6    Myrbetriq release profile.  So the differences between these

16:45:00 7    formulations, are not important to the application of

16:45:03 8    Dr. Thisted's model for all the reasons that I stated.

16:45:08 9    Q.      Now, do any of the differences between the two

16:45:11 10   formulations change the ability to apply this -- the Lupin's

16:45:16 11   50-milligram product in Dr. Thisted's model?

16:45:19 12   A.      No.

16:45:21 13   Q.      You understand that Lupin has stated that its

16:45:27 14   25-milligram and 50-milligram products meet every limitation

16:45:30 15   of the asserted claims except for the dissolution

16:45:32 16   limitation?

16:45:32 17   A.      Yes.

16:45:33 18   Q.      Does Dr. Thisted's data establishing that Lupin's

16:45:36 19   25-milligram ANDA product meets the dissolution limitation,

16:45:39 20   support your opinion that the Lupin 25-milligram ANDA

16:45:42 21   product infringes claim 5, 20, and 25 of the '780 patent?

16:45:50 22   A.      That's my opinion, yes.

16:45:52 23   Q.      Does Dr. Thisted's data establishing that Lupin's

16:45:54 24   50-milligram ANDA product meets the dissolution limitation,

16:45:58 25   support your opinion that Lupin's 50-milligram ANDA product

Little - direct

16:46:02 1  infringes claim 5, 20, and 25 of the '780 patent?

16:46:06 2  A.      That's my opinion, yes.

16:46:09 3              MR. ZIMMERMAN:  Objection as to form.

16:46:10 4              THE COURT:  The form of the question?

16:46:11 5              MR. ZIMMERMAN:  The form of the question.

16:46:12 6              THE COURT:  The objection is what?

16:46:13 7              MR. ZIMMERMAN:  That he put in there that the

16:46:15 8  data establishes that it meets.  And so, the question is

16:46:19 9  leading in that the premise, hasn't been established.

16:46:23 10             THE COURT:  All right, thank you.  Overruled.

16:46:25 11 You can continue.

16:46:25 12  BY MR. HASH:

16:46:35 13 Q.      Can you please summarize you overall opinions

16:46:35 14 concerning Zydus and Lupin's infringement based upon the

16:46:38 15 Thisted model?

16:46:39 16 A.      Sure, so both Zydus and Lupin's opinion, as well as,

16:46:43 17 the other ANDA filers throughout this litigation selected

16:46:48 18 for sustained release hydrogel forming formulation, those

16:46:51 19 are what are described and claimed in the '780 patent and

16:46:58 20 Myrbetriq is also an embodiment of the '780 patent.  Zydus

16:47:02 21 and Lupin then tuned its ANDA products specifically to match

16:47:04 22 the Myrbetriq formulation, despite the fact that there were

16:47:08 23 some minor differences between the formulations, that

16:47:12 24 ultimate dissolution behavior was specifically designed to

16:47:15 25 be the same.  Zydus and Lupin's ANDA products meet the

Little - direct

16:47:20 1   dissolution limitation because of the application of

16:47:22 2   Dr. Thisted's model, which I believe, was validly applied to

16:47:26 3   this data for all the reasons that I stated, and therefore

16:47:29 4   infringe the asserted claims.

16:47:31 5   Q.      Moving to Dr. Gray's testing of Zydus and Lupin

16:47:36 6   samples, in your opinion, is there reliable infringement

16:47:40 7   evidence that can be derived from the testing of expired

16:47:44 8   samples by Ms. Gray?

16:47:46 9   A.      Yes.

16:47:46 10  Q.      Why is that?

16:47:47 11  A.      Because of how the dissolution would appear from an

16:47:55 12  unexpired sample to an expired sample.  So as these samples

16:48:00 13  would age, the dissolution profile would increase as a

16:48:05 14  result of several known things that we know that happen to

16:48:08 15  the polymers, and the other parts of the formulation.  So,

16:48:12 16  for example, the polymers may degrade over time, and

16:48:17 17  specifically in this case, the ANDA filers added ingredients

16:48:22 18  specifically to slow that, because it's known that that

16:48:25 19  happens.  So over time, you would see dissolution behavior

16:48:28 20  increase.

16:48:29 21          If you look at the samples that are expired, you

16:48:32 22  can see that in my opinion, the Zydus and Lupin products

16:48:40 23  will, in some of these cases that you'll see, they'll

16:48:42 24  already meet the dissolution limitation.  So if you go back

16:48:47 25  to unexpired samples, you would expect the dissolution

Little - direct

16:48:51 1  profile to be less.  So in my opinion, in some instances

16:48:54 2  here, because the data established that they infringe in the

16:48:57 3  expired samples, it is supportive of my opinion that it is

16:49:02 4  infringing with unexpired samples.

16:49:05 5  Q.     Starting with Zydus, according to Ms. Gray's

16:49:08 6  testimony, what were the batch numbers of the 25-milligram

16:49:10 7  and 50-milligram Zydus samples she tested?

16:49:14 8  A.     The lot numbers are EGE 368, and EGE 366.

16:49:23 9  Q.     Were these tablets from the same exhibit batches that

16:49:26 10  Dr. Thisted analyzed in his statistical modeling?

16:49:29 11  A.     My understanding, yes.

16:49:30 12  Q.     Were the Zydus ANDA tablets Ms. Gray tested expired

16:49:34 13  when that dissolution testing was performed?

16:49:38 14  A.     Yes, they would have been.

16:49:40 15  Q.     Did Ms. Gray perform a dissolution testing using the

16:49:44 16  protocol required by the dissolution limitation of the '780

16:49:48 17  patent?

16:49:48 18  A.     Yes.

16:49:48 19  Q.     Can you please summarize Ms. Gray's dissolution

16:49:52 20  testing results as they relate to Zydus 25-milligram ANDA

16:49:52 21  product?

16:49:55 22  A.     Sure, so what you're seeing on the left-hand side, is

16:49:58 23  the 1.5 hour time point.  Again, these are expired samples.

16:50:02 24  What you see in this case, is four out of the six total

16:50:07 25  tablets meet the 1.5 hour limitation.  And six of the

Little - direct

16:50:11 1    **tablets meet the dissolution limitation at the seven-hour**

16:50:15 2    **time point.**

16:50:16 3    Q.    **Can you please summarize Ms. Gray dissolution testing**

16:50:20 4    **results as they relate to Zydus 50-milligram ANDA products?**

16:50:23 5    A.    **So on the screen here, you can see two of the expired**

16:50:27 6    **tablets meet the 1.5 hour limitation, and six of the tablets**

16:50:32 7    **meet the dissolution limitation at seven hours.**

16:50:35 8    Q.    **In your opinion, do Zydus 25 and 50-milligram ANDA**

16:50:40 9    **products meet the dissolution limitation?**

16:50:42 10   A.    **Yes.**

16:50:45 11   Q.    **If these expired 25 and 50-milligram Zydus ANDA**

16:50:50 12   **products meet the dissolution limitation, in your opinion,**

16:50:53 13   **would Zydus 25 and 50-milligram ANDA products also meet the**

16:50:58 14   **dissolution limitation if unexpired samples were tested?**

16:51:02 15   A.    **Yes, they would.  So again, when you look at the**

16:51:05 16   **1.5 hour limitation, you would expect for the percent**

16:51:09 17   **decrease to be there.  You see it's already 36 and 37, so**

16:51:15 18   **the number that you would see in unexpired sample would**

16:51:18 19   **still be less.  So that's still less than the 39 percent**

16:51:22 20   **limitation.  At the seven-hour time point, you have almost**

16:51:26 21   **100 percent here.  So I would not expect it to decrease all**

16:51:30 22   **the way down to 75 percent.  So I think it's supportive of**

16:51:33 23   **the opinion that these Zydus 50-milligram and 25-milligram**

16:51:36 24   **tablets would infringe.**

16:51:40 25   Q.    **Now, we spoke about the fact that Zydus stipulated to**

Little - direct

16:51:44 1   all the other elements.  Does the Gray test data on expired

16:51:48 2   samples establishing that Zydus 25-milligram ANDA product

16:51:52 3   meets the limitation, further support your opinion that the

16:51:56 4   Zydus 25-milligram ANDA product infringes claims 5, 20 and

16:52:01 5   25 of the '780 patent?

16:52:05 6   A.     Yes.

16:52:05 7   Q.     Does the Gray test data on expired samples

16:52:08 8   establishing that Zydus 50-milligram ANDA product meets the

16:52:11 9   dissolution limitation, further support your opinion that

16:52:13 10  the Zydus 50-milligram ANDA product infringe claims 5, 20

16:52:18 11  and 25 of the '780 patent?

16:52:23 12  A.     Yes.

16:52:23 13  Q.     If we could move on to the testing of Lupin's

16:52:26 14  50-milligram, 25-milligram tablet.  According to Ms. Gray's

16:52:31 15  testimony, what were the batch numbers of the 25-milligram

16:52:34 16  and 50-milligram Lupin samples she tested?

16:52:38 17  A.     It should be on a slide here.  It's M590803 and

16:52:54 18  M590791.

16:53:01 19  Q.     And are these batch numbers highlighted by the -are

16:53:02 20  these the batch numbers highlighted by the red box to the

16:53:02 21  slide?

16:53:02 22  A.     This next slide, yes, they are.

16:53:11 23  Q.     According to Dr. Thisted, what were the batch numbers

16:53:12 24  of the 25 and 50-milligram Lupin samples he analyzed?

16:53:17 25  A.     I believe they are over here in the blue.  So,

Little - direct

16:53:22 1    M590788 and M590785.

16:53:30 2    Q.      Were the 25 and 50-milligram tablets tested by

16:53:32 3    Ms. Gray from one of the same exhibit batches that

16:53:35 4    Dr. Thisted analyzed in his statistical modeling?

16:53:38 5    A.      Yes.

16:53:38 6    Q.      Did Ms. Gray perform her dissolution testing of

16:53:52 7    Lupin's ANDA samples using the protocol required by the

16:53:55 8    dissolution limitation of the '780 patent?

16:53:59 9    A.      Yes.

16:53:59 10   Q.      Can you please summarize the dissolution testing

16:54:02 11   results of Ms. Gray, as they relate to Lupin's 50-milligram

16:54:06 12   ANDA product?

16:54:07 13   A.      Sure, as you can see here at 1.5 hours, each of the

16:54:11 14   six tablets meets the dissolution limitation, and at seven

16:54:15 15   hours, each of the tablets meets the dissolution limitation.

16:54:17 16   Q.      In your opinion, does Lupin's 50-milligram ANDA

16:54:22 17   product meet the dissolution limitation?

16:54:24 18   A.      Yes.

16:54:25 19   Q.      As these expired 50-milligram samples of Lupin's ANDA

16:54:38 20   product meet the dissolution limitation, in your opinion,

16:54:41 21   would Lupin's 50-milligram ANDA product also meet the

16:54:44 22   dissolution limitation if unexpired samples were tested?

16:54:47 23   A.      Yes, for the same reasons that I stated before, yes.

16:54:52 24   Q.      Does the Gray test data on expired samples

16:54:57 25   establishing that Lupin's 50-milligram ANDA product meets

Little - direct

16:55:00 1    the dissolution limitation, further support your opinion

16:55:03 2    that the Lupin's 50-milligram ANDA product infringes claim

16:55:07 3    5, 20 and 25 of the '780 patent?

16:55:11 4    A.    Yes.

16:55:22 5    Q.    Now Ms. Gray also tested 25-milligram samples from

16:55:22 6    Lupin, is that correct?

16:55:23 7    A.    Yes.

16:55:23 8    Q.    Can you please summarize the dissolution testing

16:55:26 9    result of Ms. Gray -- that Ms. Gray performed on Lupin's

16:55:30 10   25-milligram ANDA products?

16:55:32 11   A.    Sure, so as you can see over on the left hand side I

16:55:35 12   used before, the grayed out portion do not meet the

16:55:38 13   dissolution limitation.  So in this case, the range is from

16:55:40 14   42 to 48 percent, each of which those values are greater

16:55:44 15   than 39 percent, so therefore does not meet that limitation

16:55:48 16   at 1.5 hours.

16:55:49 17        At seven hours, each of the six tablets meets

16:55:53 18   the dissolution limitation.

16:55:55 19   Q.    Dr. Thisted's model predicted that Lupin's sample met

16:56:02 20   the dissolution limitation, right?

16:56:02 21   A.    It did, yes.

16:56:04 22   Q.    And because of Dr. Thisted's predictions, you

16:56:07 23   testified that Lupin's 25-milligram samples infringe the

16:56:10 24   asserted claims of the '780 patent?

16:56:14 25   A.    Yes.

Little - direct

16:56:15  1    Q.      Do the results of Ms. Gray's dissolution testing of

16:56:18  2    expired samples of Lupin's 25-milligram ANDA product, change

16:56:22  3    your infringement opinion?

16:56:23  4    A.      It does not.

16:56:24  5    Q.      Why not?

16:56:24  6    A.      Because as I said before, I would expect for the

16:56:27  7    values at the earlier time point, which I would have to look

16:56:32  8    to see, I think it was like six years or something, it would

16:56:35  9    expect that to be less as a result of the known processes

16:56:39 10    that we expect in these kind of systems with these kind of

16:56:42 11    polymers, and actually are being prepared for by the ANDA

16:56:49 12    filers by, in many cases, adding something to slow that

16:56:52 13    down.  So what you saw before here, was about 42 percent.

16:56:57 14    It would really only need to drop by three percent over that

16:57:00 15    time frame in order to meet it, so it does not deter my

16:57:06 16    opinion that Dr. Thisted's model establishes that it meets

16:57:09 17    the dissolution limitation.

16:57:11 18    Q.      Are there specific elements within the Lupin ANDA

16:57:16 19    product that may have degraded, that you would point to as a

16:57:21 20    rationale for the change in the dissolution profile?

16:57:24 21    A.      Sure, just as one the polyethylene oxide is known to

16:57:29 22    degrade.  I'm showing here on the screen, a Dow technical

16:57:33 23    bulletin, we talked about it earlier, it explicitly states

16:57:36 24    what a person of ordinary skill in the art would know, that

16:57:40 25    these polyethylene oxides will degrade to lower molecular

Little - direct

16:57:44 1    weights with time, and also under conditions of elevated

16:57:46 2    temperature.

16:57:47 3    Q.      Now, you were present for defendants' opening in this

16:57:50 4    case?

16:57:51 5    A.      I was, yes.

16:57:52 6    Q.      And you remember there was a slide that came up

16:57:55 7    related to the degradation of a PEO, right?

16:58:02 8    A.      Yes.

16:58:02 9    Q.      Is it your understanding that defendants acknowledge

16:58:05 10   that PEO will degrade, changing the dissolution profile in

16:58:10 11   the manner that you've testified to?

16:58:12 12   A.      Yes, that's my understanding from reviewing the

16:58:15 13   reports, and also listening to the opening statement there

16:58:17 14   is a recognition that this will happen.  And in fact, I

16:58:22 15   understand indefiniteness arguments is based on the

16:58:26 16   established fact, that it would happen.

16:58:27 17   Q.      Were the 25-milligram Zydus samples analyzed by

16:58:31 18   Dr. Thisted and tested by Ms. Gray, derived from the same

16:58:35 19   batches?

16:58:35 20   A.      Yes, they were.

16:58:35 21   Q.      Did you depict how the dissolution rate changes as

16:58:39 22   the PEO in the tablets age?

16:58:41 23   A.      Sure, I did.  And I'm including them on the screen

16:58:44 24   here.  This is just pictorially showing on, so on the

16:58:46 25   right-hand side, you have the testing of the expired

Little - direct

16:58:50 1    tablets, you see that is at six years.  And the X's here,

16:58:56 2    the small ones, are grouped to show the court where that

16:58:59 3    would be at that six years.

16:59:02 4                 MR. ABRAMOWITZ:  Objection, Your Honor, I

16:59:03 5    believe Mr. Hash asked about Zydus, this slide is entitled

16:59:07 6    Lupin.

16:59:08 7                 MR. HASH:  My mistake.

16:59:09 8                 THE COURT:  Thank you.  If you could correct

16:59:10 9    yourself.  The slide is for Lupin.

16:59:14 10                MR. HASH:  Yes.

16:59:15 11   BY MR. HASH:

16:59:16 12   Q.    Were the 25-milligram Lupin samples analyzed by

16:59:20 13   Dr. Thisted, and tested by Ms. Gray, derived from the same

16:59:23 14   batches?

16:59:24 15   A.    Yes.

16:59:24 16   Q.    Did you depict how the dissolution rate changes as

16:59:27 17   the PEO in Lupin's samples age?

16:59:30 18   A.    I did, yes, I misheard you, this is for Lupin.  So

16:59:34 19   what you're seeing here is the small X grouped, this is six

16:59:33 20   years, what you're seeing on the left-hand side is

16:59:41 21   Dr. Thisted prediction.  So this is showing the effect I'm

16:59:45 22   saying, so if Dr. Thisted's prediction is correct, what

16:59:48 23   would happen, is that you would see a behavior that is

16:59:51 24   expected to occur, which is that at early time points you

16:59:55 25   would see slightly slower dissolution behavior, and at the

Little - direct

17:00:00 1    later time point, you would see slightly faster dissolution

17:00:03 2    behavior.

17:00:03 3    Q.      And is there a similarity between the degradation

17:00:08 4    between the 25 and 50-milligram samples?

17:00:10 5    A.      Sure, it would be expected that each of them would

17:00:13 6    have slower dissolution at the early time points, and faster

17:00:17 7    dissolution at six years.

17:00:18 8    Q.      Did you observer similar increase in dissolution rate

17:00:21 9    over time with the mirabegron formulations of any of the

17:00:29 10   other defendants?

17:00:30 11   A.      I did, I'm showing one other one from Zydus, but I

17:00:33 12   observed a similar effect in each of the formulations as

17:00:37 13   predicted by Dr. Thisted's model, versus the tablet testing

17:00:41 14   that would occur at six years, and this is what a person of

17:00:45 15   ordinary skill in the art would expect to see.

17:00:47 16   Q.      Based upon the data from Sawai, did you see a similar

17:00:52 17   increase in dissolution rate over time with the mirabegron

17:00:58 18   formulation of Sawai?

17:01:00 19   A.      I did.

17:01:00 20   Q.      Did you see the similar decrease in dissolution rate

17:01:00 21   over time with Lupin and Apotex?

17:01:00 22   A.      I did.

17:01:05 23   Q.      Did you see a similar decrease in dissolution rate

17:01:07 24   overtime with a mirabegron formulation of Aurobindo?

17:01:11 25   A.      I did.

Little - direct

17:01:15 1   Q.      Did Ms. Gray also perform dissolution testing for

17:01:17 2   other previous defendants that have since settled out of the

17:01:27 3   case?

17:01:27 4   A.      I believe so, yes.

17:01:27 5   Q.      Who is that?

17:01:27 6   A.      Apotex and Aurobindo.

17:01:27 7   Q.      Were Apotex and Aurobindo samples unexpired at the

17:01:30 8   time of Ms. Gray's testing?

17:01:32 9   A.      Yes.

17:01:32 10  Q.      Are the results of Ms. Gray's dissolution testing of

17:01:36 11  Apotex and Aurobindo, relevant to the remaining defendants?

17:01:41 12  A.      It is, in my opinion, yes.

17:01:43 13  Q.      Are the results of Ms. Gray's dissolution testing of

17:01:47 14  Apotex and Aurobindo's unexpired samples particularly

17:01:51 15  relevant to infringement by Zydus and Lupin?

17:01:55 16  A.      They are, yes.  For all defendants, but yes.

17:01:58 17  Q.      How so?

17:01:59 18  A.      Well, again, what you have is two more examples in

17:02:03 19  this case of a filer choosing a sustained release hydrogel

17:02:11 20  forming formulation, so you have the basic underlying

17:02:15 21  control release mechanism to start with it.   Then those

17:02:18 22  formulations having, they have slight difference, the

17:02:22 23  compositions right in the same way, that for instance,

17:02:25 24  Sandoz does, that produced unexpired samples, they have

17:02:25 25  slight differences, but they were still tuned to produce the

Little - direct

17:02:33  1  dissolution behavior of Myrbetriq.  Once you take those

17:02:38  2  samples from the unexpired, the unexpired samples, and you

17:02:43  3  apply them to the dissolution method, they unsurprisingly

17:02:46  4  meet the dissolution limitation, because they were intended

17:02:49  5  to match the dissolution behavior of the Myrbetriq product.

17:02:53  6  So for that reason, when you would have two other defendants

17:02:57  7  that did not supply unexpired samples, there is no reason to

17:03:02  8  believe that those once given, everything that I have seen,

17:03:05  9  would also not meet the dissolution limitation.

17:03:08 10  Q.    Did you compare the ingredients in Apotex product

17:03:11 11  with that in Myrbetriq?

17:03:12 12  A.    I did.

17:03:12 13  Q.    If I could direct you to PTX-2012 in your binder.  Do

17:03:18 14  you recognize PTX-2012 as Apotex's, a portion of Apotex's

17:03:27 15  ANDA application?

17:03:28 16  A.    PTX-2012 you said?

17:03:31 17  Q.    PTX-2012, 2012.

17:03:35 18  A.    Sorry, yes, this is the description and composition

17:03:41 19  of the drug product manufactured.

17:03:42 20          MR. HASH:  At this time, Your Honor, we move to

17:03:42 21  admit PTX-2012 into the record, please, provisionally under

17:03:52 22  seal.

17:03:55 23          MR. ABRAMOWITZ:  No objection to under seal.

17:03:55 24          THE COURT:  Okay.  It's admitted then.

17:04:00 25          (PTX Exhibit No. 2012 was admitted into

Little - direct

17:04:01 1    evidence.)

17:04:01 2    BY MR. HASH:

17:04:01 3    Q.     Does PTX-2012 show the ingredients of Apotex's ANDA

17:04:06 4    product?

17:04:06 5    A.     It does, it shows this qualitative composition of the

17:04:10 6    drug product.

17:04:11 7    Q.     Did you review this document to compare Apotex

17:04:14 8    formulation with Myrbetriq?

17:04:15 9    A.     I did.

17:04:16 10   Q.     How does Apotex's 25-milligram product compare with

17:04:19 11   Myrbetriq, when it comes to the basic elements of the '780

17:04:24 12   patent?

17:04:24 13   A.     This is the same answer as I gave before, so I'm

17:04:25 14   showing the basic elements here on the screen, and each of

17:04:28 15   them are designed specifically to match the composition such

17:04:33 16   that it would match the dissolution behavior of the

17:04:36 17   Myrbetriq product.  Again, there are some differences

17:04:39 18   throughout, that experts for defendants would say, in these

17:04:43 19   cases, these are differences, so you haven't shown that

17:04:46 20   these differences, you know, matter, in this case like I

17:04:49 21   said, we have the product, you test it under dissolution

17:04:52 22   conditions and it meets the limitations.

17:04:55 23   Q.     Would any of the differences between the two

17:04:57 24   formulations change the applicability of the Thisted model?

17:05:02 25   A.     In my opinion, no.

Little - direct

17:05:03 1  Q.      How does Apotex 50-milligram product compare with

17:05:07 2  Myrbetriq, when it comes to the basic elements of the '780

17:05:12 3  patent?

17:05:12 4  A.      It's the same answer, the basic elements are the

17:05:13 5  same, there are some minor differences throughout, but the

17:05:17 6  formulation was tuned to match the dissolution behavior of

17:05:19 7  mirabegron, so in my opinion, they are minor changes and

17:05:22 8  don't impact my opinion.

17:05:24 9  Q.      Did any of the differences between the Myrbetriq

17:05:27 10  formulation, and Apotex's 50-milligram mirabegron product,

17:05:32 11  change the applicability of Dr. Thisted's model?

17:05:35 12  A.      No, in fact, they increase the applicability of

17:05:39 13  Dr. Thisted's model, because what you're seeing here are

17:05:43 14  actual examples of formulations that have differences,

17:05:50 15  similar to the differences that are being discussed in the

17:05:50 16  Lupin and the Zydus product.  And what you see when you

17:05:54 17  actually test the tablets, is it meets the dissolution

17:05:57 18  limitation, so it confirms my opinion that the model is

17:06:00 19  applicable.

17:06:01 20  Q.      Let's discuss Ms. Gray's dissolution testing of

17:06:04 21  Apotex product.  Can you please describe your understanding

17:06:06 22  of the samples that Ms. Gray tested?

17:06:10 23          And if you could turn in your binder to

17:06:14 24  PTX-2026.

17:06:16 25  A.      Okay.  2026.  Okay, I'm there.

Little - direct

17:06:23 1    Q.      What is PTX-2026?

17:06:26 2    A.      It's the stability summary for Astellas ANDA product.

17:06:31 3            MR. HASH:  At this time, Your Honor, we move for

17:06:32 4    the entry of PTX-2026.

17:06:35 5            THE COURT:  With the same objections?

17:06:37 6            MR. ABRAMOWITZ:  The same objections, MIL, under

17:06:40 7    seal.

17:06:40 8            THE COURT:  All right, received.

17:06:41 9            (PTX Exhibit No. 2026 was admitted into

17:06:43 10   evidence.)

17:06:43 11   BY MR. HASH:

17:06:43 12   Q.      What does this document say about the shelf life of

17:06:45 13   Apotex's product?

17:06:47 14   A.      It's a shelf life of, you can see down in the lower

17:06:51 15   box, shelf life of 24 months.

17:06:53 16   Q.      So is it your understanding that the time the Apotex

17:06:56 17   products were tested by Ms. Gray, that they were unexpired?

17:06:59 18   A.      Yes, that's my understanding.

17:07:01 19   Q.      Did Ms. Gray perform her dissolution testing of

17:07:04 20   Apotex's ANDA products in accordance with the requirements

17:07:06 21   of the dissolution limitation?

17:07:06 22   A.      Yes.

17:07:10 23   Q.      Can you please summarize the dissolution testing

17:07:12 24   results?

17:07:12 25   A.      Sure, when the unexpired sample of Apotex's product

Little - direct

17:07:17 1    was tested, it met both, all six tablets that were tested

17:07:24 2    met both the 1.5 hour limitation, and the seven-hour

17:07:26 3    limitation.

17:07:27 4    Q.    Do the 25-milligram Apotex samples meet the

17:07:31 5    dissolution limitation of claim 1?

17:07:31 6    A.    Yes.

17:07:33 7    Q.    Can you please summarize the dissolution testing

17:07:37 8    results of Ms. Gray, as they relate to Apotex 50-milligram

17:07:42 9    ANDA products?

17:07:42 10   A.    Sure, so that's on the screen here, again for the

17:07:45 11   50-milligram strength, all six tablets meet the 1.5 hour

17:07:49 12   limitation, and all six tablets meet the seven hour

17:07:52 13   limitation.

17:07:57 14   Q.    Do the 50-milligram Apotex samples meet the

17:08:00 15   dissolution limitation of claim 1?

17:08:02 16   A.    Yes.

17:08:04 17   Q.    Do the 50-milligram Apotex samples meet the

17:08:07 18   dissolution limitation of the '780 patent?

17:08:11 19   A.    Yes.

17:08:12 20   Q.    Now let's turn to Aurobindo.  Did you compare

17:08:16 21   Aurobindo's ingredients with Myrbetriq?

17:08:18 22   A.    I did.

17:08:20 23   Q.    I' refer you to PTX-3001, which is Aurobindo's

17:08:26 24   description and composition of it's drug product.  How does

17:08:31 25   Aurobindo 50-milligram product compare with Myrbetriq, when

17:08:33 1    it comes to the basic elements of the '780 patent?

17:08:37 2    A.    Okay.  So this is the description of the composition

17:08:40 3    of the drug product for Aurobindo, and it includes the

17:08:44 4    quantitative and qualitative composition.  I have reviewed

17:08:47 5    each of those things, I'm showing the central portions of

17:08:53 6    the claim appear on the screen as I have done before.  I

17:08:56 7    have reviewed all the differences, and it's my opinion that

17:08:58 8    those differences are minor, they do not impact the overall

17:09:01 9    performance of the system, and this system was specifically

17:09:05 10   tuned with the same kind of sustained release system to

17:09:09 11   match the dissolution behavior of the mirabegron product.

17:09:13 12   Q.    Can you please describe your understanding of the

17:09:20 13   Aurobindo 50-milligram samples that Ms. Gray tested?

17:09:24 14   A.    Sure, so I think it's on the next slide here.  So it

17:09:30 15   shows the lot number that's listed here MBGX/FD00281/021B.

17:09:41 16   Q.    Were the Aurobindo 50-milligram samples unexpired

17:09:45 17   when they were tested by Ms. Gray?

17:09:47 18   A.    Yes, they were unexpired.

17:09:48 19   Q.    Did Aurobindo also manufacture 25-milligram tablets?

17:09:52 20   A.    I do not believe they did, no.

17:10:01 21   Q.    When did Ms. Gray say that she tested the

17:10:04 22   50-milligram Aurobindo samples?

17:10:12 23   A.    It would have been August 2022.

17:10:12 24   Q.    Did Ms. Gray perform her dissolution testing of

17:10:15 25   Aurobindo in accordance with the requirements of the

Little - direct

17:10:18 1    dissolution limitation?

17:10:18 2    A.      Yes.

17:10:18 3    Q.      Can you please summarize the dissolution test results

17:10:21 4    of Ms. Gray, as they related to Aurobindo 50-milligram ANDA

17:10:26 5    products?

17:10:26 6    A.      Sure, so what you can see here, is all six tablets

17:10:29 7    meet both the 1.5 hour limitation and the seven-hour

17:10:33 8    limitation.

17:10:34 9    Q.      Do the 50-milligram Aurobindo samples meet the

17:10:39 10   dissolution limitation of claim 1?

17:10:39 11   A.      Yes.

17:10:40 12   Q.      In your opinion, do the Apotex 25-milligram and

17:10:54 13   50-milligram samples infringe claim 5, 20 and 25 of the '780

17:10:54 14   patent?

17:10:54 15   A.      So, could you repeat your question again?

17:10:57 16   Q.      In your opinion, do the Apotex 25 and 50-milligram

17:11:02 17   samples meet every limitation of claims 5, 20 and 25, of the

17:11:08 18   asserted patent?

17:11:09 19   A.      I believe so, yes.

17:11:10 20   Q.      In your opinion, do the Aurobindo 50-milligram

17:11:12 21   tablets meet every limitation of claim 5, 20 and 25 of the

17:11:20 22   '780 patent?

17:11:20 23   A.      Yes.

17:11:20 24   Q.      Do the Apotex and Aurobindo results impact your

17:11:31 25   opinion about infringement by Zydus and Lupin ANDA products?

Little - direct

17:11:35 1    A.       They do, they support my opinion.

17:11:37 2    Q.       Why is that?

17:11:38 3    A.       Well, so in the dissolution testing, it supports my

17:11:43 4    opinion because what you have, are similar filers that have,

17:11:49 5    specifically in terms of how they design the formulations,

17:11:52 6    tune the formulations, despite the fact they're differences

17:11:56 7    between the formulations, in my opinion, they're minor

17:11:59 8    differences, I know that other experts for defendants will

17:12:01 9    disagree.  But, what's important to recognize, that despite

17:12:06 10   those, they were tuned to match the dissolution profile.  So

17:12:09 11   because of that, you would expect to meet the dissolution

17:12:12 12   profile when you take on expired samples and you check it,

17:12:16 13   so it confirms my opinion.

17:12:18 14   Q.       Are you aware of how many of -- of how many of the

17:12:21 15   defendants in this case current and prior, produced

17:12:25 16   unexpired samples?

17:12:26 17   A.       I'm sorry, you have to repeat your question again.

17:12:28 18   Q.       Are you aware of how many of the defendants in this

17:12:30 19   case, current and prior, produced unexpired samples?

17:12:34 20   A.       Unexpired samples?  I know Sandoz, Apotex and

17:12:36 21   Aurobindo did.

17:12:38 22   Q.       Of the defendants who produce unexpired samples, how

17:12:42 23   many of those were tested according to the dissolution

17:12:46 24   limitation of the asserted claims?

17:12:48 25   A.       Well, because those samples were produced, all three

Little - direct

17:12:55 1   were tested under the claimed conditions.

17:12:58 2   Q.      And of those three defendants, how many of them met

17:13:01 3   the dissolution limitation?

17:13:02 4   A.      All three.

17:13:13 5   Q.      Despite not producing unexpired samples, what is your

17:13:19 6   opinion about whether or not Zydus infringes claim 5, 20 and

17:13:22 7   25, of the '780 patent?

17:13:26 8   A.      Both because of the predictions by Dr. Thisted, and

17:13:28 9   also supported by the data that I reviewed from expired

17:13:32 10  samples, it's my opinion that it does -- that the product

17:13:37 11  does meet the dissolution limitation, and all of the

17:13:41 12  limitations of the asserted claims.

17:13:44 13  Q.      Despite not producing unexpired samples, what is your

17:13:46 14  opinion about whether Lupin infringes claims 5, 20 and 25,

17:13:49 15  of the '780 patent?

17:13:51 16  A.      Again, because of Dr. Thisted's predictions, and

17:13:54 17  because of the testing on the expired samples, it supports

17:14:00 18  my opinion that the product meets each and every one of the

17:14:04 19  limitations of the asserted claims.

17:14:06 20  Q.      Defendants have suggested that you should have

17:14:09 21  followed the instructions in their ANDA, and made samples of

17:14:12 22  the respective products that are described in their ANDAs.

17:14:15 23  If you had -- would you be able to follow the directions in

17:14:22 24  Lupin's ANDA and actually make an exact copy of Lupin's ANDA

17:14:25 25  product?

Little - direct

17:14:31 1  A.      Well, so at the University of Pittsburgh, I don't

17:14:34 2  have a GMP section, a GMP facility, there is enough legal

17:14:40 3  liability that the University doesn't have to have a GMP

17:14:46 4  facility onsite, it would have been something I would have

17:14:49 5  had to do, to outsource the production, so I would have had

17:14:51 6  to supply the ANDA, multiple ANDAs, I would have had to have

17:14:57 7  them try to match each and every one of the conditions.

17:15:01 8  Now, they would have happened at different sites, with

17:15:04 9  different equipment, probably.  So there still would have

17:15:08 10 been possible that there were differences that would have

17:15:11 11 been criticized in the case of defendants for that.  So it's

17:15:17 12 not a perfect method to do it.

17:15:20 13 Q.      If you had followed directions in Zydus' ANDA, would

17:15:23 14 you be able to manufacture a product identical to Zydus'

17:15:27 15 ANDA product?

17:15:28 16 A.      No, the answer is the same.

17:15:33 17          But I will say one more thing, and I said this

17:15:35 18 in my deposition, what would have been ideal, is for Zydus

17:15:39 19 and Lupin to provide samples, that's what Aurobindo did for

17:15:42 20 example, you can just check them if they did, but that

17:15:42 21 didn't happen.

17:15:42 22 Q.      Can we pull up PDX-5060 from Dr. Thisted?  Dr.

17:15:57 23 Little, you were present in the courtroom when Dr. Thisted

17:15:59 24 talked about this data that he analyzed from Sawai, is that

17:16:02 25 right?

Little - direct

A.      I was.

          MR. ABRAMOWITZ:  Objection, Your Honor, this was
not a demonstrative provided to us.

          THE COURT:  It's not in his designation?

          MR. ABRAMOWITZ:  It is not.

          MR. ZIMMERMAN:  No, we were given no notice of
this demonstrative for use with this witness.

          THE COURT:  Okay.

          MR. HASH:  He's just responding to criticisms
that were raised in Dr. Thisted's, and this is for the court
to be able to see, he can discuss it without it, but this
just assists the court as he walks through the issues
raised, because they were asking Dr. Thisted questions that
are relevant, not from a statisticians perspective, but from
a formulators perspective, so we wanted Dr. Little to have
an opportunity to address the concerns that defendants
raised with Dr. Thisted, asking him questions that a
formulator is in a better position to answer than a
statistician.

          MR. ABRAMOWITZ:  Your Honor, we further the
objection, this is not in any of his reports, this testimony
is brand-new.

          THE COURT:  I understand, but this is in his
bailiwick, he's trying to defend Dr. Thisted.  We have been
asked a number of questions, and this came up during the

Little - direct

17:17:12 1    course of the trial, this is effectively like rebuttal, and

17:17:16 2    so I'm going to let him testify to it if he wants to, but

17:17:19 3    you only got ten minutes, sum up here pretty soon.

17:17:23 4            MR. HASH:  We disagree, Your Honor, it is in the

17:17:25 5    reply report at paragraph 43.

17:17:27 6            THE COURT:  Let's go.

17:17:28 7    BY MR. HASH:

17:17:30 8    Q.    Dr. Little, could you walk through, from a

17:17:33 9    formulators perspective, the relevance of the comparison of

17:17:38 10    the Sawai data that Dr. Thisted analyzed?

17:17:40 11    A.    Sure, and thank you for giving me a compliment and

17:17:44 12    calling me Dr. Thisted.  So what was being discussed was

17:17:50 13    something that was done as a result of a criticism in the

17:17:54 14    original application of the model.  So, from my

17:17:58 15    understanding from reading all the reports, there was a

17:18:01 16    criticism that you cannot use Dr. Thisted's methodology in a

17:18:05 17    different dissolution system.  Now, we saw evidence of this

17:18:09 18    in the prior art with a publication.  Dr. Thisted believed

17:18:14 19    that that could be done in these kinds of systems.  So the

17:18:17 20    critique was that you can't.

17:18:19 21            What Dr. Thisted did in response to that, from

17:18:21 22    all my reading of the reports, was take Sawai data, because

17:18:27 23    you actually had Sawai data at two different conditions.

17:18:30 24            Now what's important to recognize here, is that

17:18:33 25    Sawai's formulation has these slight differences that the

599

Little - direct

17:18:37 1    court is going to hear about tomorrow.  And what's being

17:18:42 2    stated, is those differences make it so that you cannot

17:18:45 3    apply this correlation to the system.  What Dr. Thisted did

17:18:48 4    is say yes, I can.  So he took the two different conditions,

17:18:52 5    USP I and USP II here, 100 RPM and 50 RPM, he applied the

17:18:58 6    model and showed, and as the court saw on the screen a

17:19:02 7    little bit earlier on, the lines went right through the data

17:19:05 8    that he predicted.

17:19:06 9            So for a different formulation according to

17:19:10 10   defendants in my opinion, those differences aren't

17:19:13 11   substantial, but there are those differences.  This

17:19:16 12   establishes that Dr. Thisted's methodology is valid.

17:19:21 13   Q.     Thank you, Dr. Little.  Could I just take you back to

17:19:24 14   PDX-6127 for just a second?  Could you go to PTX-3013?

17:19:37 15   A.     Okay.

17:19:39 16   Q.     Does PTX-3013 indicate that the Aurobindo samples

17:19:44 17   tested by Ms. Gray were unexpired at the time they were

17:19:49 18   tested?

17:19:50 19   A.     Yes.

17:19:52 20   Q.     In summary, Dr. Little, can you please share with the

17:19:55 21   court your overall conclusions concerning the infringement

17:19:55 22   of the ANDA products of Sandoz, Zydus and Lupin?

17:20:05 23   A.     Sure, so I have a slide just to summarize that.

17:20:08 24            So my overall conclusions are that Zydus, Lupin

17:20:12 25   and Sandoz, as well as, the other defendants before this

Little - direct

that are out, selected, the specific sustained release
hydrogel formulations that are claimed by the '780 patent.
That is also what the Myrbetriq product is, an embodiment of
the claims.  That's Step 1.  So you already have all the
mechanistic similarities that you would expect.  There are
some differences between the formulations, but it's
important to recognize that despite the difference in
perhaps a starting point, Zydus, Lupin and Sandoz tuned
those formulations using methods that are well-known in the
art to match the dissolution profile of Myrbetriq.  So now
you have a formulation that is specifically designed from a
dissolution standpoint, to produce the same behavior as the
Myrbetriq product, same mechanism, same result, dissolution
behavior.

          What Ms. Gray's -- Ms. Gray's dissolution
testing shows for unexpired samples for the defendants that
produce unexpired samples, that in each and every case
whenever you applied them, to the dissolution method of the
asserted claims, it meets the dissolution limitations as you
would expect.

          For the two defendants that did not, Lupin and
Zydus, Dr. Thisted's statistical modeling, in my opinion, is
valid to translate the results from USP I dissolution method
at the time of the ANDA filing, to what it would be using
the USP II dissolution method, and I analyzed those, and

17:21:40 1    they meet the asserted claims, again, which is what you

17:21:44 2    would expect.

17:21:44 3            And then finally, there was dissolution testing

17:21:47 4    of expired samples from both Zydus and Lupin, although those

17:21:52 5    are past the point of expiration, there are a number of them

17:21:56 6    that still meet the dissolution limitation, and there was

17:21:58 7    one that Your Honor saw, with six, that all of those six did

17:22:02 8    not, but it's not enough that would dissuade me to believe

17:22:07 9    that the results from Dr. Thisted's model are valid.

17:22:09 10   Q.    Thank you, Dr. Little.

17:22:11 11           MR. HASH:  Your Honor, as a housekeeping matter,

17:22:12 12   Astellas moves to enter JTX-0006, I have got a list, I don't

17:22:18 13   know if you want me to read the full list or do them

17:22:21 14   individually?

17:22:22 15           THE COURT:  Have you shared it to defense

17:22:24 16   counsel, the list?

17:22:56 17           MR. ABRAMOWITZ:  JTX-0006, we have no objection

17:23:01 18   to, PTX-3013, MIL, under seal, and the same objection that

17:23:09 19   was raised earlier.

17:23:10 20           THE COURT:  With respect to the nonparty

17:23:12 21   defendants?

17:23:12 22           MR. ABRAMOWITZ:  Nonparties defendants, same as

17:23:14 23   to PTX-4027, PTX-4028, PTX-3001, the same objection as to

17:23:21 24   non-defendants as well.  And no objection as to PTX-8029

17:23:25 25   which is already in.

17:23:25  1          THE COURT:  So with respect to nonparty

17:23:28  2   defendants, I'll provisionally receive those documents and

17:23:30  3   all of the others mentioned are received.  And you should be

17:23:34  4   sure to let my courtroom deputy know what those numbers are

17:23:38  5   just to double-check.

17:23:40  6          MR. HASH:  Do you want me to say them in the

17:23:42  7   record?  JTX-0006, PTX-3013, PTX-4027, PTX-4028, PTX-8029,

17:24:00  8   PTX-3001.

17:24:11  9          COURT CLERK:  I have one more on my list,

17:24:11 10   JTX-0002.

17:24:11 11          THE COURT:  That's the patent, that should be

17:24:13 12   in, if it's not, it's received.

17:24:16 13          (PTX Exhibits No. 3013, 4027, 4028, 8029 and

17:24:24 14   3001 were admitted into evidence.)

17:24:24 15          MR. HASH:  Your Honor, Mr. Silver had one issue

17:24:24 16   before we wrap up with Dr. Little.

17:24:24 17          THE COURT:  All right.

17:24:30 18          MR. SILVER:  Your Honor, thank you for the

17:24:30 19   additional time today.  It's a technical issue, but it's one

17:24:31 20   we wanted to raise before we conclude with Dr. Little.

17:24:34 21   Under the local rules, once we tender Dr. Little for cross,

17:24:38 22   we're not allowed to speak with him about the substance of

17:24:41 23   his testimony, and we have no intention of doing so with

17:24:42 24   regard to infringement, however, he is testifying as to

17:24:46 25   validity later in the week, so with Your Honor's indulgence,

17:24:50 1    we would like the opportunity to work with him this evening

17:24:52 2    solely on the validity issues, not on the infringement

17:24:55 3    issues.

17:24:56 4             THE COURT:  Do any of you have any objection to

17:24:58 5    that.

17:24:58 6             MR. RAKOCZY:  We object to that, Your Honor.

17:25:00 7             MR. SILVER:  The alternative, Your Honor, is we

17:25:02 8    would ask that he be held over on direct until tomorrow

17:25:05 9    morning, and we'll tender him in the morning.

17:25:07 10            THE COURT:  Well, we're tendering him in the

17:25:09 11   morning during his cross-examination no matter what, right?

17:25:13 12            MR. ZIMMERMAN:  Your Honor, there is a

17:25:16 13   logistical issue, we have two witnesses who need to be done

17:25:20 14   Wednesday, and so we had conferred with plaintiffs, both at

17:25:24 15   the pretrial conference, and today, about starting with

17:25:28 16   those two witnesses so that we're sure we finished them

17:25:31 17   tomorrow.

17:25:31 18            THE COURT:  Okay.

17:25:32 19            MR. ZIMMERMAN:  And because --

17:25:34 20            THE COURT:  We're going to take them out of

17:25:35 21   order.

17:25:36 22            MR. ZIMMERMAN:  Because there isn't a rebuttal

17:25:38 23   on infringement, we assume Dr. Little will not sit in on

17:25:41 24   those two witnesses which relate solely to infringement.  He

17:25:44 25   doesn't get a chance to rebut Buckton or Betensky.

17:25:53  1                    THE COURT:  I'm not so sure about that.

17:25:55  2                    MR. SILVER:  We weren't planning to sequester

17:25:57  3      him.  We're happy to accommodate the witness availability,

17:26:00  4      if they want to put their witnesses on first, that's fine,

17:26:03  5      what we would not like to do, is be precluded from working

17:26:08  6      with him on the validity issues until his testimony

17:26:11  7      concludes.

17:26:11  8                    THE COURT:  Like I said earlier, I haven't met

17:26:13  9      all of you, I don't know how much to trust you, your all

17:26:16 10      members of the bar, you can talk to him about validity and

17:26:19 11      only validity to prepare him for his testimony so we can

17:26:22 12      finish on a timely basis, but you can't talk to him about

17:26:25 13      his cross-examination, or any rebuttal on infringement.

17:26:29 14      Okay?  With that, you tender him for cross-examination in

17:26:34 15      due course.

17:26:37 16                    MR. SILVER:  Yes, Your Honor, thank you very

17:26:38 17      much.

17:26:39 18                    THE COURT:  You're welcome.  So just let me tell

17:26:41 19      you that I'm moving as fast as I can through this case with

17:26:46 20      you, and I'm pushing you pretty hard and that's because I

17:26:50 21      would like to be walking out of the door on Friday afternoon

17:26:55 22      at 3:30.  Okay.  And I think that we're on schedule for that

17:26:57 23      with the 35 hours.  So govern yourselves accordingly,

17:27:02 24      because I have to be back for meetings on Saturday morning,

17:27:05 25      and I can't do that unless I catch this 5:30 flight.  So

17:27:14 1        there you go.

17:27:15 2                    We'll see you in the morning at 8:30.

17:27:18 3                    MR. SILVER:  Thank you, Your Honor.

17:27:19 4                    THE COURT:  You're welcome.

17:27:20 5                    COURT CLERK:  All rise.

17:27:21 6                    (Court adjourned at 5:27 p.m.)

7

8                    I hereby certify the foregoing is a true and
accurate transcript from my stenographic notes in the proceeding.
9

10                                _/s/ Dale C. Hawkins_
                                  Official Court Reporter
11                                  U.S. District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| **·** | **1** |

**'780** [69] - 323:5, 323:11, 453:10, 453:13, 453:16, 471:17, 472:1, 473:21, 476:10, 476:25, 484:18, 484:22, 485:14, 487:25, 488:1, 488:12, 488:18, 488:21, 489:11, 493:12, 496:20, 497:14, 497:18, 497:20, 498:5, 498:8, 499:15, 500:5, 500:20, 503:1, 507:25, 508:12, 508:16, 508:25, 514:7, 520:14, 521:21, 535:21, 537:12, 537:22, 538:5, 538:10, 538:15, 538:20, 540:14, 542:18, 546:17, 563:19, 563:24, 574:21, 575:1, 575:19, 575:20, 577:16, 579:5, 579:11, 580:8, 581:3, 581:24, 588:11, 589:2, 591:18, 592:1, 593:13, 593:22, 595:7, 595:15, 600:2

**/**

**/s** [1] - 605:10

**0**

**0** [2] - 510:15, 548:2
**0.98** [8] - 412:9, 412:10, 413:1, 413:2, 413:4, 414:17, 458:6, 458:10
**00008** [1] - 568:4
**00047** [1] - 531:6
**00081** [1] - 458:22
**0020** [1] - 524:17
**00319** [1] - 448:24
**0045** [1] - 515:18
**0046** [1] - 365:10
**0074** [1] - 481:21
**0098** [1] - 459:6

**1** [55] - 303:21, 303:23, 304:1, 315:17, 315:18, 334:1, 345:4, 347:20, 380:3, 383:3, 427:19, 455:23, 457:3, 501:13, 501:23, 502:6, 502:13, 503:10, 504:4, 505:22, 506:1, 506:9, 511:8, 511:10, 511:12, 511:15, 511:21, 511:24, 512:8, 512:9, 512:17, 512:18, 512:21, 512:25, 513:4, 513:12, 513:14, 513:17, 516:14, 520:13, 521:24, 522:17, 528:22, 528:23, 536:10, 536:24, 537:15, 537:17, 573:2, 591:5, 591:15, 593:10, 600:4
**1.5** [53] - 324:16, 324:18, 359:12, 371:2, 371:5, 371:12, 372:19, 373:6, 373:8, 376:3, 376:16, 380:20, 381:8, 384:1, 384:8, 384:15, 385:18, 386:7, 393:7, 393:22, 395:17, 396:8, 398:2, 398:17, 427:21, 433:7, 442:14, 443:3, 444:16, 445:2, 445:20, 456:7, 495:12, 498:3, 509:13, 510:24, 511:2, 521:13, 522:12, 536:5, 536:20, 557:20, 569:9, 569:21, 577:23, 577:25, 578:6, 578:16, 580:13, 581:16, 591:2, 591:11, 593:7
**1.7** [2] - 371:13, 427:21
**1.85** [1] - 452:11
**1.86** [26] - 344:20, 344:25, 364:6, 412:6, 412:7,

420:25, 421:1, 421:3, 421:4, 421:5, 421:6, 421:12, 424:15, 436:24, 437:5, 437:13, 437:17, 437:18, 439:5, 439:16, 450:25, 452:8, 452:9, 452:10, 452:13
**1.863** [1] - 365:8
**1.8633** [2] - 365:8, 435:7
**1.866** [4] - 359:5, 359:13, 435:14, 436:19
**1.8679** [2] - 365:9, 435:10
**1.89** [1] - 452:11
**10** [3] - 447:25, 508:18, 516:7
**100** [67] - 307:9, 307:11, 307:18, 308:20, 321:12, 329:22, 330:20, 349:16, 350:5, 350:22, 369:15, 373:17, 373:23, 374:3, 377:1, 386:15, 396:18, 399:2, 400:6, 401:1, 401:8, 401:20, 411:25, 414:23, 414:24, 415:18, 416:3, 416:11, 420:2, 420:24, 426:14, 426:21, 427:3, 431:8, 432:12, 433:8, 433:13, 434:15, 435:24, 436:13, 436:16, 437:25, 440:8, 440:22, 441:7, 441:22, 444:22, 448:4, 448:8, 448:15, 458:8, 463:22, 464:1, 464:4, 465:2, 467:1, 510:16, 528:8, 528:25, 530:2, 530:3, 544:9, 545:12, 546:10, 578:21, 599:5
**100,000** [1] - 503:12
**100.2** [1] - 446:1
**107** [4] - 390:19, 490:11, 490:18, 493:2
**11** [3] - 352:14, 434:2, 449:12

**111** [1] - 349:8
**115** [1] - 539:8
**118** [1] - 539:8
**1197** [1] - 315:18
**1199** [1] - 316:6
**12** [20] - 316:14, 329:21, 369:3, 369:11, 369:12, 369:15, 370:2, 370:6, 370:8, 371:6, 374:25, 375:9, 375:20, 379:17, 380:3, 382:20, 383:4, 419:7, 473:24, 525:2
**1204** [2] - 316:15, 317:13
**123** [3] - 448:23, 448:24, 449:2
**134** [2] - 313:16
**1417** [1] - 312:4
**1421** [1] - 312:10
**146** [2] - 455:17, 455:18
**1465** [1] - 313:17
**147** [2] - 456:1, 456:13
**148** [1] - 456:1
**15** [2] - 505:7, 564:20
**15KP001B** [1] - 385:21
**15KP002B** [1] - 385:24
**15KP003B** [1] - 386:2
**16** [9] - 354:13, 355:1, 360:6, 360:14, 360:16, 508:18, 513:11, 513:12, 513:16
**167** [1] - 357:1
**16:19** [1] - 309:21
**17** [1] - 309:21
**174** [1] - 311:5
**1761** [1] - 311:23
**18** [9] - 386:8, 386:15, 386:19, 513:11, 513:22, 564:21, 565:19
**1970's** [1] - 321:17
**1976** [2] - 319:15, 320:6
**1999** [1] - 320:14

**2**

**2** [25] - 294:4, 315:22, 316:6, 334:1, 345:4, 427:20, 431:15, 432:8, 432:18, 455:23, 457:3, 475:19, 495:3, 495:11, 497:21, 497:25, 498:3,

500:11, 516:23, 528:8, 528:12, 528:24, 548:6, 573:1
**2.5** [2] - 495:13, 498:3
**2.9** [2] - 359:13, 359:14
**20** [28] - 347:21, 352:16, 358:23, 501:1, 501:3, 511:17, 512:5, 513:5, 513:6, 513:9, 513:10, 513:11, 513:13, 513:25, 538:5, 538:10, 563:19, 563:24, 574:21, 575:1, 579:4, 579:10, 581:3, 593:13, 593:17, 593:21, 595:6, 595:14
**20,000** [1] - 363:18
**20-1589/JFB** [1] - 294:5
**20.4** [1] - 393:18
**20.5** [1] - 393:12
**200** [44] - 325:18, 349:18, 351:15, 400:16, 401:19, 415:5, 415:10, 415:12, 415:17, 416:2, 416:11, 417:6, 420:2, 426:2, 426:5, 426:11, 426:21, 431:9, 432:15, 433:8, 433:12, 434:14, 438:1, 439:15, 440:5, 441:24, 442:14, 443:3, 448:12, 449:16, 449:17, 450:1, 450:3, 450:18, 453:25, 454:7, 455:11, 462:18, 495:19, 528:24, 544:7, 546:9, 548:6
**200-milligram** [1] - 516:7
**2000** [1] - 469:21
**2000K** [1] - 516:23
**2002** [3] - 357:12, 429:13, 505:13
**2005** [1] - 469:23
**2008** [3] - 500:9, 500:15, 506:22
**2012** [2] - 587:17, 587:25
**2013** [2] - 320:15, 524:12
**2015** [9] - 368:23,

368:25, 374:21, 374:23, 379:15, 382:18, 406:9, 408:3, 442:16
**2017** [1] - 568:1
**2018** [1] - 319:20
**202** [2] - 307:5, 307:6
**2020** [1] - 407:25
**2022** [3] - 407:25, 408:1, 592:23
**2023** [1] - 294:9
**2026** [2] - 589:25, 590:9
**207** [2] - 308:9, 555:9
**21.3** [2] - 376:13, 384:5
**21.6** [1] - 393:11
**21.7** [1] - 384:12
**22** [32] - 376:10, 393:17, 419:3, 501:13, 501:19, 502:6, 502:13, 502:17, 502:19, 503:17, 508:1, 508:3, 511:8, 511:10, 511:12, 511:15, 511:21, 511:24, 512:2, 512:8, 512:9, 514:14, 514:16, 516:14, 517:19, 519:18, 520:13, 522:2, 522:20, 536:13, 537:2
**22.1** [1] - 376:12
**22.7** [1] - 384:9
**22.8** [2] - 376:7, 393:12
**23** [5] - 376:13, 445:20, 512:10, 514:14, 514:16
**23.2** [1] - 376:9
**23.3** [1] - 384:4
**23.4** [1] - 376:6
**23.5** [1] - 384:11
**23.6** [1] - 393:18
**24** [2] - 376:7, 590:15
**24.2** [1] - 444:19
**24.5** [1] - 376:10
**24.6** [1] - 393:15
**25** [58] - 365:3, 365:5, 365:19, 434:24, 442:14, 448:9, 452:16, 452:21, 452:25, 455:9, 501:2, 501:3, 506:6, 511:17, 512:5, 514:10, 514:11, 514:13, 514:19, 521:2, 522:25,

523:8, 532:16, 532:23, 535:20, 536:3, 537:5, 537:25, 538:15, 538:20, 539:20, 541:14, 541:18, 543:4, 546:5, 558:6, 563:19, 563:24, 566:21, 574:21, 575:1, 578:8, 578:11, 578:13, 579:5, 579:11, 580:2, 581:3, 585:4, 593:13, 593:16, 593:17, 593:21, 595:7, 595:14
**25's** [1] - 435:13
**25-milligram** [111] - 307:21, 307:22, 308:5, 308:6, 316:17, 316:18, 326:25, 328:14, 364:20, 364:22, 364:24, 366:9, 368:18, 370:11, 370:22, 372:21, 373:4, 374:1, 375:8, 377:11, 377:15, 379:11, 380:14, 380:18, 381:7, 381:14, 381:22, 382:25, 385:16, 385:19, 386:6, 386:12, 386:17, 387:9, 395:15, 395:18, 396:7, 396:21, 434:21, 435:6, 444:15, 444:21, 449:13, 456:8, 456:15, 464:2, 520:22, 521:4, 521:9, 521:10, 521:23, 522:1, 532:20, 533:10, 533:11, 535:8, 535:25, 536:9, 536:12, 537:10, 537:11, 538:3, 538:4, 538:13, 538:14, 540:4, 545:6, 554:23, 554:24, 554:25, 555:5, 556:1, 556:15, 557:7, 561:15, 561:17, 561:20, 563:12, 563:17, 563:18, 565:5, 565:7, 565:8, 567:12, 567:23,

568:3, 569:6, 569:12, 569:13, 572:19, 573:20, 574:14, 574:19, 574:20, 577:6, 577:20, 578:23, 579:2, 579:4, 579:14, 579:15, 581:5, 581:10, 581:23, 582:2, 583:17, 584:12, 588:10, 591:4, 592:19, 593:12
**25-milligrams** [2] - 448:4, 516:6
**25.0** [1] - 398:13
**25.1** [1] - 381:1
**25.2** [2] - 384:6, 384:8
**25.3** [3] - 384:12, 393:14, 398:10
**25.6** [2] - 373:2, 398:12
**25.7** [1] - 398:7
**26** [22] - 345:13, 351:10, 352:25, 353:5, 353:6, 353:7, 354:12, 354:20, 362:21, 362:25, 363:5, 363:8, 363:9, 363:12, 363:15, 364:6, 364:19, 368:7, 445:3, 551:11, 551:17
**26.0** [1] - 393:15
**26.1** [2] - 398:9, 398:14
**26.2** [1] - 395:25
**26.3** [2] - 372:24, 398:6
**26.5** [2] - 371:19, 373:2
**26.8** [1] - 398:10
**26.9** [1] - 398:7
**262** [1] - 302:6
**27** [5] - 350:14, 368:6, 368:7, 368:11, 368:15
**27.0** [2] - 372:7, 372:18
**27.3** [1] - 395:24
**27.4** [2] - 372:23, 373:3
**27.5** [1] - 395:22
**27.6** [1] - 384:9
**28** [2] - 345:9, 431:18
**28.1** [1] - 395:21
**28.3** [2] - 396:4, 444:16
**28.4** [1] - 396:1
**28.5** [1] - 371:9

**28.6** [3] - 372:25, 381:1, 395:22
**29** [2] - 350:15, 350:17
**29.2** [1] - 445:22
**29.4** [1] - 396:3
**29.9** [2] - 372:7, 372:18

### 3

**3** [7] - 316:6, 350:9, 350:13, 382:3, 463:21, 463:23, 500:11
**3.1.2** [1] - 531:22
**3.2.P** [1] - 312:1
**3.2.P.2** [2] - 302:13, 312:2
**30** [5] - 345:12, 347:22, 350:15, 445:5
**30(b)(6** [5] - 297:14, 297:24, 298:19, 309:19, 390:5
**30.2** [1] - 380:24
**30.5** [2] - 371:19, 396:5
**30.9** [1] - 381:4
**3001** [1] - 602:14
**3013** [1] - 602:13
**309** [1] - 469:12
**31.8** [1] - 386:4
**31240** [1] - 315:5
**319** [2] - 322:6, 322:15
**32.1** [1] - 381:2
**321** [3] - 318:4, 345:22, 346:14
**322** [2] - 353:18, 354:3
**326** [2] - 318:5, 397:7
**327** [1] - 397:19
**328** [5] - 392:13, 397:12, 397:14, 397:19, 399:13
**329** [3] - 318:5, 394:19, 394:20
**33.0** [1] - 380:23
**33.1** [1] - 381:3
**330** [1] - 395:9
**331** [2] - 318:5, 382:10
**332** [1] - 378:14
**333** [3] - 318:5, 387:4, 448:24
**335** [2] - 318:5, 374:13
**337** [1] - 318:5
**339** [1] - 318:5
**34** [1] - 508:18
**34.8** [1] - 386:3
**340** [5] - 318:6, 404:8, 404:22, 411:12, 411:13

**341** [3] - 392:13, 402:23, 403:11
**342** [5] - 392:14, 402:24, 403:4, 403:6, 403:11
**35** [1] - 604:23
**35.4** [1] - 381:5
**35.9** [1] - 380:24
**36** [24] - 366:17, 373:7, 373:16, 373:21, 376:17, 376:24, 377:2, 377:7, 377:18, 381:9, 381:18, 381:24, 384:22, 385:3, 393:22, 394:6, 394:12, 396:9, 396:23, 398:18, 399:6, 578:17
**36.1** [1] - 385:23
**36.5** [1] - 386:1
**36.9** [1] - 385:22
**365** [5] - 368:21, 371:3, 371:4, 372:4, 372:16
**366** [3] - 374:19, 376:5, 577:8
**368** [4] - 368:21, 369:7, 372:22, 577:8
**369** [3] - 374:19, 375:4, 376:8
**37** [10] - 369:21, 375:15, 380:7, 383:12, 510:10, 545:13, 545:21, 545:22, 578:17
**37.6** [1] - 385:23
**37.8** [1] - 385:25
**37.9** [1] - 386:4
**370** [2] - 374:19, 376:11
**371** [2] - 368:21, 372:25
**39** [26] - 324:15, 324:18, 324:21, 373:6, 373:8, 376:16, 376:18, 381:8, 381:10, 384:15, 386:7, 393:21, 396:8, 396:10, 398:17, 398:19, 510:24, 521:13, 521:14, 521:15, 522:13, 536:4, 536:19, 557:10, 578:19, 581:15
**39.0** [1] - 386:1
**3:30** [1] - 604:22

**4**

**4** [15] - 302:2, 302:9, 302:13, 304:22, 304:24, 305:1, 307:3, 308:9, 308:12, 308:19, 311:4, 311:8, 447:25, 497:23, 497:24
**4.5** [3] - 495:13, 495:15, 498:3
**40** [2] - 347:22, 347:24
**400** [2] - 506:7, 506:11
**401** [1] - 302:18
**4027** [1] - 602:13
**4028** [1] - 602:13
**4033** [1] - 568:15
**4033-4038** [1] - 568:13
**4034** [1] - 568:16
**4035** [1] - 568:17
**4036** [1] - 568:17
**4038** [2] - 568:10, 568:17
**4043** [2] - 327:16, 379:6
**42** [2] - 581:14, 582:13
**43** [1] - 598:5
**430** [2] - 312:3, 312:9
**47** [2] - 532:15
**48** [2] - 449:3, 581:14

**5**

**5** [21] - 302:17, 303:5, 305:1, 315:7, 350:9, 501:1, 501:3, 511:17, 512:5, 563:19, 563:24, 574:21, 575:1, 579:4, 579:10, 581:3, 593:13, 593:17, 593:21, 595:6, 595:14
**5.31.3** [1] - 315:10
**50** [41] - 307:12, 313:25, 329:23, 400:11, 400:13, 400:17, 400:20, 401:1, 401:9, 401:12, 401:17, 401:21, 401:24, 403:16, 404:15, 412:1, 412:23, 412:24, 413:7, 413:8, 414:23, 414:24, 434:24, 435:13, 458:1, 458:8, 461:16, 462:10, 465:15,

465:17, 466:6, 467:4, 528:9, 528:25, 530:2, 530:9, 536:3, 537:25, 569:19, 599:5
**50-milligram** [158] - 308:14, 308:15, 308:24, 308:25, 312:7, 313:13, 364:20, 364:22, 364:24, 365:6, 365:8, 366:9, 374:16, 374:18, 375:22, 376:1, 376:15, 377:5, 377:11, 377:15, 382:13, 382:14, 383:20, 383:24, 384:14, 385:1, 393:5, 393:9, 393:20, 394:9, 397:23, 397:25, 398:4, 398:16, 399:4, 434:22, 435:9, 442:14, 442:22, 445:2, 445:7, 445:19, 445:24, 448:9, 448:18, 448:19, 449:6, 449:7, 449:10, 449:14, 449:15, 449:16, 449:21, 449:25, 452:17, 452:21, 452:25, 455:9, 455:20, 455:24, 456:8, 520:23, 521:2, 522:5, 522:10, 522:16, 522:19, 532:16, 532:23, 534:9, 534:10, 534:11, 535:8, 535:20, 536:15, 536:17, 536:22, 536:23, 537:1, 537:5, 537:20, 537:21, 538:8, 538:9, 538:18, 538:19, 539:21, 540:5, 541:15, 541:19, 543:4, 545:6, 546:5, 555:8, 555:11, 555:12, 556:1, 556:16, 557:17, 558:6, 562:21, 562:22, 562:23, 563:9, 563:11, 563:22, 563:23, 565:19, 565:21,

565:22, 565:25, 566:22, 567:13, 569:18, 569:20, 573:22, 573:23, 573:25, 574:1, 574:11, 574:14, 574:24, 574:25, 577:7, 578:4, 578:8, 578:11, 578:13, 578:23, 579:8, 579:10, 579:14, 579:16, 579:24, 580:2, 580:11, 580:16, 580:19, 580:21, 580:25, 581:2, 585:4, 589:1, 589:10, 591:8, 591:11, 591:14, 591:17, 591:25, 592:13, 592:16, 592:22, 593:4, 593:9, 593:13, 593:16, 593:20
**50-milligrams** [5] - 365:3, 365:19, 516:6, 522:25, 523:8
**5019** [3] - 347:5, 348:5, 348:7
**5035** [1] - 436:22
**5060** [3] - 414:25, 457:24, 457:25
**51** [2] - 303:10, 443:18
**51.1** [1] - 566:22
**52** [1] - 351:10
**53** [2] - 418:23, 419:7
**54.8** [1] - 566:21
**55** [4] - 455:17, 466:14, 466:25, 467:3
**56** [2] - 350:20, 455:25
**57.8** [1] - 566:22
**590788** [1] - 379:12
**5:27** [1] - 605:6
**5:30** [3] - 554:1, 554:2, 604:25

**6**

**6** [4] - 311:22, 311:24, 572:13
**6.8** [17] - 316:12, 325:17, 330:21, 350:6, 351:16, 369:20, 375:14, 380:7, 383:11, 400:7, 464:3, 465:3, 465:14, 465:17, 495:17, 510:1, 545:13
**60** [4] - 347:24, 465:9,

466:24, 467:1
**60-day** [1] - 418:22
**60.0** [1] - 566:22
**6006** [2] - 531:18, 532:14
**61** [2] - 328:6, 425:22
**64.1** [1] - 566:21

**7**

**7** [6] - 294:9, 431:17, 465:10, 495:13, 572:13
**7-hour** [2] - 442:15, 443:3
**70** [1] - 432:19
**70.4** [1] - 566:21
**7031** [3] - 402:24, 403:25, 463:15
**7032** [3] - 402:25, 403:19, 403:25
**71** [2] - 432:5, 435:19
**72** [4] - 366:17, 377:18, 556:18, 567:15
**732** [1] - 392:13
**75** [25] - 324:24, 324:25, 325:2, 325:6, 325:7, 374:2, 374:4, 377:3, 377:6, 381:23, 381:25, 385:2, 386:18, 394:10, 399:5, 399:7, 509:15, 511:3, 521:17, 521:18, 522:15, 536:7, 536:21, 542:5, 578:22
**786** [1] - 382:16
**787** [1] - 382:16
**79** [1] - 545:4

**8**

**8** [9] - 314:7, 315:4, 315:6, 495:3, 495:11, 497:21, 497:25, 498:3, 503:12
**8-and-a-half** [1] - 350:9
**80** [1] - 303:8
**800** [2] - 506:7, 506:11
**8026** [1] - 368:3
**8027** [1] - 328:22
**8029** [1] - 602:13
**8030** [2] - 309:7, 309:10
**8046** [1] - 309:16
**81** [3] - 461:11, 481:24

**82** [3] - 459:11, 461:21, 481:24
**83** [1] - 540:5
**844** [1] - 294:11
**85** [3] - 479:5, 544:14, 545:4
**86** [2] - 312:3, 540:4
**889** [1] - 302:3
**89** [1] - 448:4
**89.5** [1] - 444:25
**8:30** [2] - 294:9, 605:2

**9**

**9** [5] - 495:4, 495:12, 497:21, 497:25, 498:3
**90** [3] - 312:9, 479:5, 495:15
**900** [10] - 325:16, 330:20, 350:5, 369:20, 375:15, 380:7, 383:11, 400:7, 509:25, 545:13
**91** [1] - 312:15
**92** [1] - 313:12
**92.8** [1] - 445:9
**94.5** [1] - 381:20
**95** [12] - 371:22, 372:1, 372:11, 372:13, 372:16, 386:3, 395:25, 396:4, 398:13, 443:25, 444:2, 446:9
**96** [1] - 351:11
**96.1** [1] - 384:24
**96.3** [1] - 394:7
**98** [5] - 350:22, 414:11, 459:18, 462:3, 462:9
**98.6** [2] - 394:5, 445:25
**98.8** [1] - 381:18
**99** [1] - 350:21
**99.8** [1] - 384:22
**99.9** [1] - 445:8

**A**

**A-V-A-C-H-A-T** [1] - 310:3
**a.m** [1] - 294:9
**Abbreviated** [1] - 472:7
**ability** [5] - 507:7, 534:21, 571:23, 573:19, 574:10
**able** [26] - 297:17, 311:24, 331:2,

331:6, 331:7, 331:11, 344:4, 412:23, 413:5, 415:23, 457:5, 473:14, 485:13, 487:14, 507:3, 507:5, 535:17, 542:2, 542:16, 547:3, 551:9, 551:22, 560:3, 595:23, 596:14, 597:11

**ABRAMOWITZ** [31] - 296:6, 309:6, 309:14, 317:22, 318:2, 318:4, 318:14, 318:17, 328:20, 367:13, 368:1, 374:11, 454:20, 460:14, 467:9, 471:6, 471:9, 481:19, 494:12, 494:16, 531:15, 542:8, 544:23, 584:4, 587:23, 590:6, 597:2, 597:5, 597:20, 601:17, 601:22

**Abramowitz** [1] - 454:21

**absence** [1] - 542:15

**absolutely** [3] - 346:5, 348:13, 433:5

**absorbed** [1] - 484:2

**absorption** [2] - 479:11, 484:1

**abstract** [1] - 488:3

**academic** [3] - 319:21, 320:17, 322:10

**academies** [1] - 470:21

**Academy** [1] - 470:23

**Accelerated** [4] - 356:11, 356:17, 364:4, 428:4

**accelerated** [2] - 358:13, 430:25

**accelerating** [1] - 357:25

**acceleration** [6] - 362:25, 363:13, 364:6, 364:21, 365:5, 401:19

**accept** [4] - 389:17, 403:24, 494:21, 563:13

**acceptable** [2] - 447:20, 513:20

**accepted** [1] - 322:22

**access** [1] - 490:4

**accommodate** [1] - 604:3

**accordance** [5] - 325:15, 535:20, 554:13, 590:20, 592:25

**according** [15] - 304:1, 304:3, 455:11, 500:22, 510:11, 511:2, 524:20, 524:23, 527:6, 566:24, 577:5, 579:14, 579:23, 594:23, 599:9

**accordingly** [3] - 401:13, 413:21, 604:23

**account** [4] - 365:14, 371:21, 562:10, 571:14

**accounts** [3] - 425:9, 438:24, 560:18

**accuracies** [1] - 342:4

**accuracy** [13] - 339:5, 339:8, 341:10, 342:23, 360:25, 362:17, 363:23, 363:25, 364:2, 365:17, 371:21, 410:2, 462:23

**accurate** [12] - 303:17, 339:2, 353:21, 362:23, 367:8, 378:7, 402:17, 409:25, 419:5, 419:6, 548:8, 605:8

**accurately** [4] - 322:7, 338:21, 425:11, 469:15

**achieve** [5] - 305:20, 507:24, 534:2, 534:17, 564:11

**achieved** [1] - 489:10

**acknowledge** [2] - 534:19, 583:9

**act** [2] - 572:5, 572:9

**active** [8] - 478:6, 478:9, 495:6, 496:15, 513:18, 513:19, 513:22, 514:18

**activities** [2] - 310:17, 310:18

**activity** [2] - 310:23, 310:25

**actual** [33] - 318:7, 318:18, 339:23, 340:16, 340:22, 342:19, 342:20,

361:7, 362:4, 364:8, 371:14, 400:25, 409:14, 415:17, 420:17, 421:15, 423:8, 423:22, 424:3, 425:19, 443:1, 446:11, 447:6, 450:12, 462:10, 464:10, 464:15, 465:23, 489:1, 489:9, 495:13, 501:15, 589:14

**add** [4] - 334:22, 487:11, 494:13, 559:25

**added** [3] - 361:22, 365:13, 576:17

**adding** [3] - 483:25, 560:11, 582:12

**addition** [4] - 302:12, 342:9, 560:5, 560:9

**additional** [10] - 349:17, 364:15, 364:25, 487:1, 501:5, 502:2, 512:19, 514:15, 543:5, 602:19

**additive** [15] - 487:11, 487:19, 489:5, 497:10, 502:3, 502:9, 508:1, 508:3, 508:4, 508:8, 508:10, 517:14, 517:16, 519:14, 527:2

**additives** [5] - 484:16, 502:5, 508:13, 508:17, 508:19

**address** [5] - 318:22, 369:24, 490:8, 493:8, 597:16

**adds** [1] - 512:18

**adequate** [4] - 337:17, 338:24, 364:13, 365:17

**adjourned** [1] - 605:6

**adjust** [4] - 401:13, 413:21, 526:20, 527:5

**adjusted** [1] - 526:19

**adjusting** [2] - 480:15, 483:24

**administering** [1] - 514:1

**Administration** [1] - 321:23

**administration** [1] - 483:18

**admissible** [1] -

490:19

**admission** [1] - 490:5

**admit** [27] - 314:11, 314:17, 318:23, 322:12, 327:12, 328:18, 346:9, 349:5, 367:12, 367:24, 374:9, 378:11, 379:2, 386:25, 387:12, 387:16, 388:1, 389:5, 390:10, 391:6, 391:19, 394:17, 395:3, 403:6, 403:19, 411:9, 587:21

**admitted** [33] - 309:10, 309:16, 322:15, 327:16, 328:22, 346:14, 349:8, 354:3, 357:1, 368:3, 374:13, 378:14, 379:6, 382:10, 387:4, 394:20, 395:9, 397:7, 397:19, 403:11, 403:25, 404:22, 411:13, 469:12, 481:21, 515:18, 531:18, 568:10, 568:13, 587:24, 587:25, 590:9, 602:14

**adopt** [2] - 318:15, 318:17

**adopted** [2] - 307:20, 335:2

**advance** [2] - 324:14, 324:22

**advice** [1] - 311:1

**advisement** [1] - 491:17

**affairs** [1] - 320:17

**affect** [12] - 306:25, 424:24, 425:2, 425:13, 438:21, 451:3, 451:7, 534:15, 560:10, 560:12, 571:22, 573:19

**affected** [1] - 439:1

**afraid** [2] - 437:7, 441:1

**afternoon** [5] - 427:17, 427:18, 454:21, 467:24, 604:21

**age** [4] - 407:19, 576:13, 583:22, 584:17

**agency** [3] - 301:20, 306:22, 307:19

**agent** [2] - 487:17, 490:13

**agitation** [2] - 510:7, 528:10

**agree** [15] - 305:23, 306:23, 399:20, 405:3, 408:16, 432:17, 436:16, 518:11, 523:24, 556:3, 559:4, 559:14, 572:6, 573:3, 573:12

**agreed** [1] - 533:15

**agreement** [1] - 296:24

**ahead** [2] - 523:11, 545:2

**al** [2] - 294:3, 294:6

**ALEXANDRA** [1] - 294:19

**ALEXIS** [1] - 296:9

**align** [1] - 445:14

**allocation** [1] - 317:13

**allocations** [1] - 317:12

**allow** [4] - 390:5, 390:8, 507:19, 552:3

**allowed** [6] - 391:4, 450:24, 491:11, 492:1, 540:23, 602:22

**allows** [4] - 437:25, 487:15, 528:13, 529:1

**almost** [5] - 334:9, 344:25, 355:25, 410:15, 578:20

**alter** [3] - 507:3, 507:4, 507:7

**alternative** [2] - 435:17, 603:7

**alternatives** [1] - 400:22

**American** [1] - 321:5

**amount** [19] - 324:10, 325:5, 340:17, 340:23, 342:14, 344:18, 344:19, 363:20, 371:15, 436:1, 436:14, 437:8, 483:24, 500:14, 509:14, 510:7, 516:4, 524:25

**amounts** [3] - 495:8, 533:2, 533:5

**analogous** [2] - 328:13, 379:24

**analyses** [5] - 364:10,

364:12, 364:16, 364:17, 399:16

**analysis** [44] - 313:24, 322:19, 365:1, 370:10, 370:12, 375:21, 380:13, 383:19, 389:12, 389:16, 402:19, 403:3, 403:4, 403:15, 404:15, 425:4, 434:20, 435:5, 437:3, 438:14, 441:13, 452:6, 452:12, 459:18, 462:2, 471:23, 476:4, 477:6, 498:14, 498:19, 498:20, 501:5, 514:22, 528:3, 529:24, 533:8, 557:7, 557:16, 561:22, 562:24, 569:6, 569:12, 569:18

**Analysis** [1] - 357:10

**analytical** [3] - 300:22, 300:23, 310:18

**analyze** [27] - 366:7, 366:12, 366:15, 368:19, 369:1, 373:10, 374:18, 374:24, 376:20, 377:10, 377:13, 377:17, 379:11, 379:16, 381:12, 382:15, 382:19, 384:18, 386:10, 393:24, 396:13, 398:21, 405:8, 556:12, 556:17, 567:11, 567:14

**analyzed** [36] - 349:12, 358:17, 366:9, 366:24, 366:25, 376:21, 377:11, 377:14, 377:25, 379:12, 381:13, 382:16, 384:19, 386:6, 386:11, 386:17, 396:14, 398:22, 401:7, 405:9, 405:21, 406:4, 406:8, 412:11, 423:7, 551:18, 556:19, 567:16, 577:10, 579:24, 580:4, 583:17, 584:12, 596:24, 598:10, 600:25

**analyzing** [4] - 321:20, 322:1, 399:25, 448:7

**ANAND** [1] - 294:23

**ANDA** [226] - 301:16, 301:19, 301:21, 301:24, 302:11, 302:14, 304:10, 304:15, 304:19, 305:9, 305:13, 305:20, 305:25, 306:16, 306:24, 306:25, 307:22, 308:5, 308:15, 308:24, 311:14, 311:17, 311:25, 315:7, 315:11, 325:22, 325:24, 326:9, 326:14, 326:25, 327:7, 327:21, 329:8, 330:25, 366:2, 366:15, 366:20, 366:21, 367:7, 367:8, 368:18, 370:22, 374:18, 376:1, 377:16, 377:20, 377:21, 378:6, 378:22, 379:11, 380:14, 380:18, 382:14, 383:20, 383:24, 385:11, 385:16, 385:20, 387:9, 393:5, 395:16, 395:19, 397:25, 398:4, 399:4, 402:12, 402:20, 403:15, 405:8, 407:7, 442:17, 447:14, 448:8, 448:12, 449:25, 453:7, 454:25, 455:10, 455:20, 456:4, 462:18, 464:9, 464:24, 465:2, 465:22, 466:2, 471:21, 471:22, 472:16, 472:24, 473:5, 475:18, 484:21, 499:10, 499:22, 501:9, 524:11, 524:23, 525:9, 530:13, 530:20, 531:2, 531:10, 532:16, 534:6, 535:9, 535:20, 536:1, 536:17, 537:10, 537:11, 537:18, 537:20, 537:21, 538:3,

538:4, 538:8, 538:9, 538:13, 538:14, 538:18, 538:19, 538:23, 540:15, 541:9, 541:12, 541:15, 542:22, 543:9, 543:12, 543:22, 543:23, 543:25, 544:1, 544:8, 544:19, 545:6, 545:10, 545:18, 545:23, 547:6, 547:9, 550:1, 551:5, 551:24, 552:5, 552:8, 552:24, 554:11, 554:12, 554:20, 555:12, 556:8, 556:11, 558:1, 558:5, 558:10, 559:21, 561:13, 561:15, 563:12, 563:17, 563:18, 563:22, 563:23, 564:3, 564:21, 565:3, 565:7, 565:21, 566:1, 566:11, 567:7, 567:10, 568:3, 568:7, 570:2, 570:4, 572:14, 573:20, 573:23, 574:19, 574:20, 574:24, 574:25, 575:17, 575:21, 575:25, 576:17, 577:12, 577:20, 578:4, 578:8, 578:11, 578:13, 579:2, 579:4, 579:8, 579:10, 580:7, 580:12, 580:16, 580:19, 580:21, 580:25, 581:2, 581:10, 582:2, 582:11, 582:18, 587:15, 588:3, 590:2, 590:20, 591:9, 593:4, 593:25, 595:21, 595:24, 596:6, 596:13, 596:15, 599:22, 600:24

**ANDA's** [1] - 443:9

**ANDAs** [2] - 595:22, 596:6

**ANDREA** [1] - 295:8

**anesthesia** [1] - 319:12

**ANSWER** [1] - 419:12

**answer** [13] - 331:13, 332:14, 419:11, 419:15, 420:21, 420:22, 441:19, 534:12, 574:2, 588:13, 589:4, 596:16, 597:18

**answered** [1] - 455:3

**answers** [1] - 420:20

**apart** [4] - 341:3, 446:17, 447:16, 549:14

**apologies** [1] - 309:19

**apologize** [3] - 347:24, 368:13, 469:3

**Apotex** [54] - 385:12, 388:4, 388:10, 390:25, 391:11, 392:9, 392:10, 395:13, 395:15, 395:18, 396:6, 396:20, 397:23, 397:25, 398:3, 398:15, 399:3, 405:2, 407:21, 407:22, 419:24, 425:23, 426:14, 426:22, 442:13, 443:2, 443:8, 443:11, 443:22, 444:15, 445:2, 445:7, 446:14, 446:22, 447:5, 448:3, 585:21, 586:6, 586:7, 586:11, 586:14, 587:10, 588:7, 589:1, 589:21, 590:16, 591:4, 591:8, 591:14, 591:17, 593:12, 593:16, 593:24, 594:20

**Apotex's** [11] - 426:9, 442:17, 444:21, 587:14, 588:3, 588:10, 589:10, 590:13, 590:20, 590:25

**apparatus** [21] - 325:13, 325:14, 329:22, 329:23, 330:19, 345:20, 350:5, 351:14, 351:15, 400:10, 402:6, 402:7, 429:12, 429:23, 430:1, 475:17, 509:22, 528:8,

528:12, 528:25

**Apparatus** [6] - 475:19, 528:8, 528:12, 528:23, 528:24, 548:6

**appear** [5] - 333:6, 343:9, 496:20, 576:11, 592:6

**APPEARANCES** [3] - 294:16, 295:1, 296:1

**appeared** [2] - 314:11, 431:10

**appendix** [4] - 345:24, 388:8, 448:23, 449:1

**apples** [2] - 405:23, 405:24

**Apples** [2] - 407:1, 408:4

**applicability** [3] - 588:24, 589:11, 589:12

**applicable** [4] - 451:10, 451:18, 452:3, 589:19

**applicant** [1] - 307:14

**application** [8] - 366:1, 552:11, 563:8, 574:2, 574:7, 576:1, 587:15, 598:14

**Applications** [1] - 472:7

**Applied** [1] - 321:10

**applied** [19] - 339:13, 358:5, 358:25, 402:16, 413:4, 414:8, 414:9, 414:13, 424:15, 425:15, 439:25, 452:20, 498:13, 498:17, 547:8, 564:17, 576:2, 599:5, 600:18

**applies** [3] - 421:9, 429:15, 440:3

**apply** [22] - 387:18, 406:7, 407:14, 412:3, 421:14, 421:25, 435:13, 439:5, 447:10, 447:14, 451:5, 451:20, 451:23, 451:24, 473:15, 552:23, 564:2, 573:19, 574:10, 587:3, 599:3

**applying** [3] - 412:16, 437:4, 514:21

**appointed** [1] - 468:15

**appreciably** [1] -

371:20
**appreciate** [3] - 314:24, 389:22, 491:21
**approach** [3] - 317:20, 413:18, 467:17
**approached** [1] - 562:14
**appropriate** [6] - 358:7, 415:8, 528:11, 552:23, 553:6, 564:2
**approval** [3] - 301:20, 446:25, 472:8
**approved** [2] - 306:20, 422:19
**approximate** [3] - 504:7, 505:2, 505:25
**are-half** [1] - 442:6
**area** [2] - 470:20, 470:25
**arguments** [2] - 570:10, 583:15
**arisen** [1] - 430:20
**arrange** [2] - 298:4, 299:6
**arriving** [1] - 473:19
**arrow** [2] - 555:2, 565:10
**arrows** [4] - 340:19, 340:20, 341:4, 341:9
**art** [14] - 478:16, 500:5, 500:8, 500:16, 500:19, 502:9, 504:17, 506:17, 529:15, 564:8, 582:24, 585:15, 598:18, 600:10
**article** [2] - 430:23, 550:24
**articles** [1] - 321:12
**artisan** [1] - 490:4
**ascertain** [1] - 303:12
**aside** [2] - 436:6, 494:8
**aspect** [1] - 490:9
**aspects** [4] - 311:19, 311:21, 399:16, 509:5
**assert** [2] - 392:20, 512:2
**asserted** [59] - 391:7, 471:22, 472:18, 472:20, 473:15, 473:20, 488:24, 497:13, 497:17, 499:8, 500:24, 501:4, 511:9, 511:11, 511:13,

511:22, 513:6, 514:11, 514:23, 515:1, 522:23, 523:1, 530:17, 530:25, 537:6, 540:11, 541:1, 541:6, 541:10, 541:13, 541:16, 541:20, 542:17, 543:7, 544:5, 544:6, 544:12, 546:7, 546:8, 546:13, 546:22, 547:4, 556:20, 558:2, 563:13, 567:8, 567:17, 568:7, 570:5, 574:15, 576:4, 581:24, 593:18, 594:24, 595:12, 595:19, 600:19, 601:1
**asserting** [2] - 299:14, 512:4
**assess** [10] - 339:7, 339:11, 340:9, 341:9, 342:3, 342:6, 342:7, 342:22, 530:12, 532:12
**assessed** [1] - 527:19
**assessing** [3] - 332:18, 409:6, 417:6
**assessment** [4] - 334:23, 500:16, 518:11, 556:3
**assistant** [1] - 320:5
**assisted** [1] - 468:25
**assists** [1] - 597:12
**associated** [11] - 300:25, 310:25, 311:3, 430:3, 483:5, 483:8, 492:3, 492:20, 492:23, 492:24, 493:11
**Association** [2] - 321:5, 321:8
**assume** [6] - 409:21, 410:4, 412:2, 548:1, 560:25, 603:23
**assumed** [3] - 409:2, 439:24, 450:6
**assumes** [5] - 408:15, 409:18, 410:1, 439:3, 440:2
**assuming** [2] - 410:2, 410:7
**assumption** [4] - 408:19, 411:2, 450:21, 450:24
**Assurance** [1] - 356:18

**ASTELLAS** [1] - 294:3
**Astellas** [52] - 317:16, 331:14, 331:20, 331:24, 348:22, 349:13, 349:14, 363:5, 467:13, 467:20, 471:2, 471:14, 478:17, 479:16, 479:20, 481:17, 483:4, 483:7, 485:12, 487:21, 487:22, 490:2, 490:16, 491:13, 492:4, 493:1, 493:9, 493:15, 494:9, 496:16, 498:4, 498:7, 500:25, 511:13, 515:14, 516:13, 517:7, 517:13, 517:19, 521:8, 521:23, 522:1, 522:10, 522:19, 531:11, 535:14, 544:20, 561:16, 562:10, 590:2, 601:12
**Astellas'** [13] - 327:24, 327:25, 328:15, 360:23, 407:4, 412:5, 416:17, 416:18, 438:4, 514:22, 522:16, 532:24, 533:11
**Astellas's** [1] - 326:15
**AstraZeneca** [4] - 357:16, 357:17, 357:18, 357:19
**ATD** [25] - 356:12, 356:13, 358:17, 358:21, 358:25, 359:3, 364:5, 401:8, 401:14, 410:1, 410:8, 411:2, 414:15, 428:3, 428:9, 428:24, 429:3, 429:16, 430:21, 431:3, 437:22, 449:20, 462:8
**attempted** [1] - 483:16
**attend** [2] - 297:17, 298:7
**attention** [2] - 312:3, 531:21
**attributes** [3] - 305:21, 305:23, 306:11
**August** [1] - 592:23
**Aurobindo** [50] - 385:12, 388:5,

388:10, 391:1, 391:10, 392:5, 392:8, 393:5, 393:19, 394:8, 405:2, 405:6, 406:9, 406:14, 406:17, 406:22, 407:18, 419:24, 425:23, 426:5, 426:14, 426:22, 443:2, 443:8, 443:12, 443:22, 445:19, 446:4, 446:18, 446:22, 447:5, 585:24, 586:6, 586:7, 586:11, 591:20, 591:25, 592:3, 592:13, 592:16, 592:19, 592:22, 592:25, 593:4, 593:9, 593:20, 593:24, 594:21, 596:19, 599:16
**Aurobindo's** [6] - 393:8, 405:8, 442:22, 586:14, 591:21, 591:23
**authentic** [5] - 390:13, 390:22, 391:1, 490:14, 491:4
**authenticate** [5] - 412:7, 490:18, 491:1, 493:3, 494:7
**authenticated** [5] - 490:19, 492:10, 493:5, 493:6, 493:7
**authenticity** [5] - 490:9, 491:10, 491:15, 491:19, 494:5
**author** [1] - 356:19
**authored** [2] - 321:11, 490:12
**authors** [1] - 357:15
**Avachat** [4] - 309:19, 309:25, 310:3, 311:6
**Avachat's** [3] - 316:24, 317:3, 317:7
**availability** [1] - 604:3
**available** [4] - 362:22, 455:1, 455:12, 482:2
**average** [35] - 303:12, 304:9, 304:13, 341:13, 341:15, 341:16, 342:14, 350:15, 350:18, 350:20, 351:9, 352:14, 352:15, 384:21, 432:20,

435:2, 449:9, 503:11, 503:14, 503:17, 503:21, 504:8, 504:19, 505:1, 505:5, 505:19, 506:8, 506:24, 507:6, 516:21, 516:24, 529:22, 530:10, 567:1
**avoid** [2] - 483:19, 483:20
**Award** [1] - 321:3
**awards** [4] - 321:1, 470:12, 470:16
**aware** [13] - 297:21, 315:14, 399:15, 428:7, 428:10, 442:25, 452:16, 518:15, 518:17, 541:14, 541:18, 594:14, 594:18
**axis** [22] - 323:23, 324:1, 324:2, 324:3, 333:17, 333:20, 333:21, 333:22, 334:25, 335:9, 335:10, 335:20, 335:24, 336:2, 336:9, 336:10, 339:17, 339:18, 339:21, 339:22, 510:15

**B**

**bachelor's** [1] - 500:12
**bachelors** [1] - 469:20
**background** [5] - 322:7, 322:9, 469:15, 480:2, 485:22
**bailiwick** [1] - 597:24
**ball** [3] - 486:4, 507:11, 507:12
**bar** [2] - 341:24, 604:10
**bare** [1] - 494:2
**bars** [1] - 341:14
**base** [2] - 508:20, 518:2
**based** [60] - 306:23, 309:3, 316:24, 317:3, 317:7, 361:3, 387:17, 391:18, 402:15, 405:25, 406:3, 407:25, 412:15, 415:17, 415:22, 417:18,

422:10, 422:24, 423:14, 427:1, 427:23, 427:25, 428:25, 429:10, 429:11, 434:20, 435:12, 438:3, 439:16, 439:20, 443:9, 445:25, 449:23, 450:21, 451:12, 454:9, 454:12, 456:3, 458:11, 458:16, 459:25, 460:2, 461:25, 462:24, 490:18, 499:20, 515:24, 516:3, 516:18, 518:7, 526:19, 529:10, 532:6, 540:8, 549:17, 552:21, 575:14, 583:15, 585:16

**basic** [13] - 488:23, 498:16, 501:12, 502:14, 508:24, 511:10, 586:20, 588:11, 588:14, 589:2, 589:4, 592:1

**basing** [2] - 433:21, 433:22

**basis** [9] - 333:7, 395:5, 397:16, 403:22, 451:18, 453:1, 456:19, 549:22, 604:12

**basket** [21] - 307:9, 307:18, 326:5, 330:19, 332:1, 348:24, 349:15, 358:20, 360:19, 415:18, 455:5, 463:25, 464:1, 464:4, 544:8, 545:12, 546:10, 551:23, 552:18, 557:3, 569:2

**BATAILLON** [1] - 294:13

**batch** [120] - 332:3, 332:23, 348:24, 349:12, 349:15, 349:17, 352:22, 369:1, 369:5, 369:7, 371:3, 372:3, 372:16, 372:25, 374:24, 375:2, 375:4, 376:4, 376:5, 376:8, 376:11, 379:16, 379:19, 379:21, 380:21,

380:22, 380:24, 381:2, 382:19, 382:21, 382:23, 383:4, 384:2, 384:3, 384:7, 384:9, 385:21, 385:24, 386:1, 393:10, 393:13, 393:15, 396:2, 398:5, 398:8, 398:11, 401:2, 401:7, 405:11, 405:15, 406:2, 406:7, 406:10, 406:11, 406:24, 407:12, 408:9, 408:10, 408:11, 409:14, 419:19, 419:20, 420:3, 420:5, 420:7, 420:16, 420:18, 421:7, 421:10, 421:15, 421:16, 421:18, 421:23, 422:5, 422:8, 422:10, 422:12, 422:17, 422:21, 423:3, 423:5, 423:8, 423:9, 423:11, 423:13, 423:22, 423:23, 423:25, 424:6, 425:20, 425:23, 426:5, 447:4, 456:18, 462:10, 556:25, 561:7, 561:9, 568:2, 568:23, 577:6, 579:15, 579:19, 579:20, 579:23

**batch-by-batch** [1] - 456:18

**batches** [141] - 307:22, 308:14, 316:7, 316:8, 316:17, 316:20, 326:25, 327:2, 331:16, 352:20, 352:23, 352:25, 353:6, 355:13, 366:11, 366:13, 368:20, 368:22, 368:24, 369:5, 370:9, 370:13, 372:20, 373:4, 373:10, 373:11, 373:25, 374:17, 374:19, 374:20, 374:22, 375:2, 376:14, 376:20, 376:21, 376:23, 377:4, 377:13, 377:14, 379:10, 379:12,

379:14, 379:18, 381:6, 381:12, 381:13, 381:17, 381:21, 382:14, 382:16, 382:17, 384:13, 384:18, 384:19, 384:21, 384:25, 386:5, 386:10, 386:11, 386:16, 393:19, 393:23, 393:25, 394:4, 394:8, 396:6, 396:12, 396:14, 396:20, 398:15, 398:21, 398:22, 399:3, 405:8, 405:9, 405:17, 405:21, 406:5, 406:8, 406:12, 408:1, 408:3, 408:6, 408:7, 408:8, 408:12, 409:15, 416:4, 419:18, 420:10, 421:25, 422:5, 424:4, 426:9, 426:14, 426:18, 426:22, 446:14, 446:16, 446:19, 447:7, 462:1, 539:16, 555:3, 555:15, 556:7, 556:11, 556:14, 556:15, 556:18, 557:2, 557:7, 557:10, 557:11, 557:17, 557:19, 560:22, 560:24, 565:14, 565:25, 566:14, 566:20, 566:25, 567:6, 567:10, 567:12, 567:20, 567:23, 567:25, 569:2, 569:6, 569:8, 569:12, 569:18, 569:20, 577:9, 580:3, 583:19, 584:14

**Bates** [4] - 302:2, 302:17, 316:5, 378:21

**BEAR** [1] - 295:7

**bearing** [5] - 302:2, 302:17, 311:4, 311:23, 315:5

**bears** [1] - 450:16

**become** [3] - 319:19, 486:16, 486:18

**becomes** [1] - 513:16

**BEFORE** [1] - 294:13

**began** [1] - 486:25

**beginning** [5] - 323:25, 363:18, 493:24, 521:8, 544:18

**behalf** [2] - 454:22, 467:19

**behave** [4] - 447:23, 474:14, 548:21, 548:24

**behavior** [29] - 424:22, 433:12, 475:19, 526:6, 526:7, 533:13, 533:14, 534:22, 540:18, 553:2, 560:3, 560:10, 560:12, 564:12, 564:18, 566:25, 572:21, 575:24, 576:19, 584:23, 584:25, 585:2, 587:1, 587:5, 588:16, 589:6, 592:11, 600:12, 600:14

**behavioral** [2] - 548:9, 550:6

**behind** [1] - 529:3

**below** [10] - 324:20, 345:8, 371:14, 371:15, 373:8, 376:17, 381:10, 396:9, 495:10, 509:18

**bench** [1] - 494:24

**Bench** [1] - 294:10

**bend** [2] - 355:22, 355:23

**bends** [1] - 355:24

**beneath** [1] - 495:7

**best** [10] - 304:8, 304:12, 334:19, 338:20, 359:5, 363:12, 409:13, 559:9, 571:5, 571:9

**Betensky** [6] - 442:25, 443:14, 443:21, 444:4, 444:12, 603:25

**Betensky's** [2] - 443:18, 452:19

**better** [10] - 337:13, 337:20, 338:11, 341:1, 342:15, 409:22, 441:6, 451:14, 487:16, 597:18

**between** [83] - 299:13, 308:4, 308:23, 331:18, 332:7,

332:15, 332:19, 333:6, 333:12, 336:14, 337:14, 338:21, 341:6, 341:24, 344:11, 354:10, 354:19, 356:9, 364:14, 365:2, 365:21, 409:20, 411:22, 412:5, 419:18, 437:25, 438:18, 439:4, 447:24, 450:7, 450:9, 450:13, 450:23, 451:4, 455:5, 465:1, 476:12, 476:15, 476:18, 478:23, 504:21, 506:7, 529:23, 530:2, 530:3, 530:5, 530:11, 533:10, 533:16, 533:19, 533:20, 534:20, 540:6, 546:15, 547:11, 548:3, 548:10, 548:18, 549:3, 550:6, 550:16, 551:17, 555:25, 559:15, 560:4, 560:6, 560:19, 560:23, 561:19, 562:10, 562:13, 567:1, 572:1, 573:18, 574:6, 574:9, 575:23, 585:3, 585:4, 588:23, 589:9, 594:7, 600:6

**beyond** [3] - 407:10, 417:9, 438:13

**big** [1] - 421:25

**bills** [1] - 388:6

**BILSON** [1] - 295:4

**binder** [25] - 322:3, 328:5, 345:21, 353:15, 367:2, 367:19, 378:2, 404:4, 431:19, 431:21, 469:2, 471:15, 481:11, 481:12, 489:15, 515:3, 531:5, 544:15, 550:19, 554:7, 561:10, 564:20, 572:12, 587:13, 589:23

**binders** [1] - 468:24

**binding** [1] - 525:11

**bioengineering** [1] - 468:12

**bioequivalent** [1] - 307:1

**bioequivalents** [1] - 544:19

**Biomedical** [1] - 357:9

**Biometric** [1] - 321:7

**biopharmaceutics** [1] - 315:9

**biostatistics** [1] - 358:13

**BIRKOS** [1] - 295:18

**bit** [17] - 355:21, 355:22, 388:13, 403:1, 442:12, 476:5, 478:1, 480:1, 480:19, 486:25, 494:22, 502:4, 509:18, 513:16, 543:20, 560:7, 599:7

**black** [6] - 340:19, 340:20, 341:4, 341:9, 341:14, 341:24

**bladder** [5] - 482:18, 514:1, 514:8, 518:9, 518:12

**BLESSING** [1] - 296:6

**blood** [5] - 479:7, 479:11, 479:12, 481:1, 481:4

**bloodstream** [3] - 480:11, 480:12, 480:17

**blown** [1] - 488:3

**blue** [16] - 350:8, 351:18, 351:20, 355:22, 356:2, 360:16, 360:19, 361:2, 432:11, 462:9, 464:24, 502:2, 557:4, 569:3, 579:25

**board** [1] - 320:8

**bottom** [10] - 349:22, 351:5, 378:21, 402:3, 461:24, 464:13, 464:21, 466:3, 466:5, 509:24

**box** [6] - 350:8, 505:24, 511:4, 565:23, 579:20, 590:15

**BRACKENSICK** [1] - 296:7

**brand** [2] - 527:7, 597:22

**brand-new** [1] - 597:22

**break** [9] - 346:20, 347:10, 413:24,

414:1, 424:12, 427:8, 439:13, 485:1, 553:7

**breaking** [1] - 355:6

**brief** [4] - 346:23, 388:19, 485:4, 553:13

**briefly** [9] - 320:3, 369:8, 375:5, 379:22, 382:24, 394:2, 396:16, 398:24, 460:20

**bring** [14] - 348:6, 388:10, 418:23, 432:8, 436:21, 436:22, 436:23, 443:18, 444:10, 448:22, 448:25, 449:2, 449:3, 463:16

**broadly** [1] - 444:13

**brochure** [2] - 505:9, 505:21

**brought** [2] - 491:8, 572:24

**Buckton** [9] - 570:9, 570:12, 570:15, 570:17, 570:20, 570:23, 571:1, 572:4, 603:25

**Buckton's** [2] - 570:6, 571:4

**buffer** [13] - 316:12, 325:16, 330:21, 350:6, 351:16, 369:19, 375:14, 380:6, 383:11, 400:6, 464:3, 465:13, 545:12

**build** [14] - 344:4, 348:21, 352:24, 359:21, 409:22, 410:5, 415:23, 415:24, 416:11, 418:6, 418:15, 436:6, 547:2, 551:2

**building** [14] - 331:7, 332:11, 332:13, 333:3, 337:21, 346:1, 352:2, 354:8, 354:9, 354:22, 359:23, 416:6, 416:22, 434:23

**built** [17] - 342:22, 344:8, 344:9, 346:17, 348:20, 359:18, 407:4, 416:14, 416:16, 416:20, 418:5, 418:10, 420:4, 420:6, 420:20,

551:21, 561:3

**bulk** [2] - 337:18, 338:4

**bullet** [1] - 312:19

**bulletin** [1] - 582:23

**bunch** [1] - 492:8

**Burke** [1] - 389:4

**BURKE** [1] - 295:17

**business** [5] - 491:12, 491:14, 493:6, 493:15, 493:23

**BY** [79] - 294:18, 294:19, 294:21, 294:22, 294:22, 294:23, 294:23, 295:4, 295:5, 295:7, 295:8, 295:8, 295:14, 295:16, 295:17, 295:17, 295:18, 295:18, 296:3, 296:6, 296:6, 296:7, 296:7, 296:8, 296:8, 296:9, 319:7, 322:24, 327:18, 328:24, 346:16, 347:2, 348:18, 349:10, 354:6, 357:3, 367:15, 368:16, 374:15, 378:16, 379:8, 382:12, 387:6, 392:4, 393:2, 394:22, 395:11, 397:9, 397:21, 403:13, 404:2, 404:24, 414:6, 424:13, 427:16, 454:20, 460:22, 467:23, 469:14, 471:11, 481:23, 485:8, 495:2, 496:8, 506:15, 512:14, 515:20, 523:12, 524:19, 531:20, 542:14, 545:3, 554:6, 568:20, 575:12, 584:11, 588:2, 590:11, 598:7

**C**

**C.A** [1] - 294:5

**Cadila** [2] - 300:8

**calculate** [5] - 439:19, 452:24, 457:5, 539:25, 566:16

**calculated** [18] - 304:9, 331:15, 361:24, 363:23, 371:11, 372:17,

375:18, 400:1, 416:4, 434:21, 438:3, 439:16, 458:5, 458:11, 458:21, 459:1, 459:5, 516:24

**calculating** [2] - 341:22, 372:13

**calculation** [6] - 335:10, 336:5, 342:3, 370:7, 372:11, 372:12

**calculations** [27] - 345:25, 346:4, 347:13, 353:19, 360:8, 361:8, 367:7, 372:14, 374:6, 382:2, 386:22, 387:17, 388:7, 388:8, 389:25, 394:14, 396:25, 397:1, 399:9, 399:10, 404:10, 404:14, 406:3, 408:21, 411:9, 435:15, 458:16

**candidate** [13] - 333:7, 333:8, 334:10, 334:12, 334:15, 339:25, 343:15, 354:11, 355:2, 355:11, 364:12, 364:18, 365:22

**cannot** [2] - 598:16, 599:2

**capital** [1] - 506:14

**captioning** [1] - 314:9

**capture** [3] - 364:14, 421:20, 561:8

**captures** [1] - 530:1

**capturing** [4] - 336:14, 337:14, 337:18, 338:4

**care** [2] - 299:19, 319:13

**career** [2] - 430:2, 470:15

**careful** [2] - 454:3, 454:5

**carefully** [1] - 426:16

**CAROL** [1] - 295:7

**CAROLYN** [1] - 296:6

**carried** [2] - 332:1, 466:6

**carries** [1] - 510:5

**carry** [2] - 480:11, 542:2

**case** [114] - 305:16, 321:25, 323:1, 323:5, 324:5,

325:20, 329:2, 329:14, 330:11, 337:2, 339:15, 340:7, 342:19, 343:16, 344:2, 345:16, 350:14, 357:5, 358:5, 358:8, 358:23, 360:16, 360:19, 361:15, 366:3, 373:21, 385:7, 402:4, 404:11, 409:8, 409:25, 410:6, 410:15, 410:18, 410:20, 411:4, 412:22, 414:20, 418:25, 422:15, 430:12, 430:16, 430:19, 447:15, 452:2, 452:12, 453:11, 453:25, 457:22, 461:2, 466:17, 471:4, 471:13, 471:16, 471:18, 471:19, 471:25, 472:3, 472:5, 473:2, 474:1, 474:7, 475:3, 475:4, 475:7, 475:8, 475:11, 476:21, 498:24, 500:3, 500:25, 501:4, 511:9, 511:11, 511:14, 518:18, 521:14, 524:5, 525:5, 525:18, 526:21, 530:14, 533:24, 535:10, 540:11, 540:22, 541:23, 542:2, 547:13, 547:18, 547:21, 548:7, 548:9, 548:16, 549:18, 570:7, 570:10, 572:2, 572:4, 573:5, 576:17, 577:24, 581:13, 583:4, 586:3, 586:19, 588:20, 594:15, 594:19, 596:11, 600:17, 604:19

**cases** [6] - 342:25, 361:19, 560:16, 576:23, 582:12, 588:19

**catch** [1] - 604:25

**categories** [1] - 482:1

**causes** [1] - 488:16

**Celsius** [5] - 369:21,

380:8, 383:12,
510:11, 545:13
**celsius** [1] - 375:15
**Center** [1] - 300:12
**center** [3] - 300:14,
486:10, 486:21
**centipoise** [2] - 506:6,
506:12
**central** [1] - 592:5
**certain** [4] - 306:11,
363:19, 399:16,
498:13
**certainly** [10] - 318:9,
330:16, 387:22,
389:10, 389:22,
417:18, 431:14,
467:18, 490:1,
555:14
**certify** [1] - 605:8
**chain** [1] - 486:2
**chains** [1] - 507:18
**chair** [1] - 468:7
**chaired** [2] - 320:11,
320:13
**challenge** [2] - 571:1,
571:4
**challenged** [1] -
558:23
**chance** [1] - 603:25
**chancellor** [1] -
468:21
**change** [13] - 298:23,
306:12, 421:20,
452:10, 484:1,
484:2, 534:21,
562:14, 574:10,
582:2, 582:20,
588:24, 589:11
**changed** [3] - 348:3,
451:6, 562:16
**changes** [10] - 410:18,
410:21, 434:6,
447:17, 447:18,
476:1, 562:17,
583:21, 584:16,
589:7
**changing** [2] - 551:13,
583:10
**chapters** [2] - 453:20,
453:23
**characteristics** [1] -
439:9
**characterization** [7] -
305:13, 419:21,
439:8, 517:4,
559:10, 559:11
**characterize** [4] -
477:1, 486:23,
528:2, 571:5
**characterized** [1] -

504:3
**characterizes** [1] -
506:18
**characterizing** [1] -
571:8
**chart** [2] - 411:25,
565:14
**charts** [2] - 495:9,
509:10
**chase** [1] - 409:23
**check** [8] - 347:18,
355:5, 402:22,
443:15, 524:17,
594:12, 596:20,
602:5
**CHEEK** [1] - 295:8
**Chemical** [2] - 303:1,
468:8
**chemical** [2] - 469:20,
469:23
**Chicago** [5] - 319:13,
319:15, 320:4,
320:10, 321:2
**choose** [2] - 474:6,
482:24
**choosing** [2] - 532:4,
586:19
**chose** [4] - 298:7,
474:2, 526:22, 564:7
**chosen** [2] - 562:1,
574:4
**circled** [1] - 501:2
**circuit** [1] - 391:9
**circumstance** [1] -
480:9
**circumstances** [3] -
334:2, 480:7, 550:13
**cite** [3] - 429:15,
430:21, 431:3
**cited** [3] - 428:12,
429:18, 559:19
**Claim** [1] - 514:16
**claim** [112] - 323:8,
324:15, 324:24,
325:10, 400:14,
474:22, 489:1,
498:24, 499:2,
499:3, 499:10,
499:14, 499:18,
501:1, 501:2, 501:9,
501:10, 501:15,
501:19, 501:23,
502:6, 502:13,
502:17, 502:19,
503:10, 503:17,
505:5, 508:1, 508:3,
509:11, 509:25,
510:17, 510:22,
510:23, 510:25,
511:2, 511:7,

511:17, 511:24,
512:15, 512:16,
512:17, 512:18,
512:20, 512:21,
512:23, 512:25,
513:1, 513:3, 513:5,
513:6, 513:9,
513:10, 513:11,
513:12, 513:13,
513:16, 513:17,
513:22, 513:24,
514:10, 514:11,
514:13, 514:16,
514:19, 516:17,
517:19, 519:17,
520:13, 521:24,
522:2, 522:17,
522:20, 528:22,
528:23, 535:18,
536:10, 536:13,
536:24, 537:2,
537:12, 537:13,
537:15, 537:17,
537:22, 537:23,
538:1, 538:5,
538:10, 538:14,
538:19, 563:19,
574:21, 575:1,
581:2, 591:5,
591:15, 592:6,
593:10, 593:13,
593:21, 595:6
**claimed** [8] - 484:16,
488:12, 488:18,
489:11, 543:1,
575:19, 595:1, 600:2
**claims** [85] - 323:7,
453:13, 471:22,
472:18, 472:20,
473:15, 473:20,
474:3, 474:7, 475:6,
476:24, 488:21,
488:24, 497:13,
497:17, 498:5,
498:8, 499:8,
500:24, 501:3,
501:5, 501:6, 501:7,
501:13, 508:25,
511:8, 511:10,
511:12, 511:13,
511:15, 511:17,
512:3, 512:5, 512:6,
512:7, 514:21,
514:23, 515:1,
516:14, 521:20,
522:23, 523:1,
526:25, 530:7,
530:25, 537:6,
537:16, 540:11,
541:1, 541:6,
541:10, 541:13,

541:16, 541:20,
542:17, 543:7,
544:5, 544:6,
544:12, 546:22,
547:4, 550:2,
556:21, 558:3,
563:13, 563:24,
567:8, 567:18,
568:7, 570:5,
574:15, 576:4,
579:4, 579:10,
581:24, 593:17,
594:24, 595:12,
595:14, 595:19,
600:4, 600:19, 601:1
**clarification** [1] -
303:2
**clarify** [1] - 519:16
**clarity** [1] - 305:16
**class** [2] - 337:7,
358:12
**clear** [9] - 307:5,
307:19, 334:6,
348:10, 392:21,
392:23, 416:24,
503:24, 568:15
**cleared** [1] - 479:13
**clearest** [1] - 336:14
**clearly** [4] - 297:21,
307:17, 490:19,
491:13
**CLERK** [7] - 319:5,
346:22, 388:18,
427:11, 553:12,
602:9, 605:5
**clinical** [8] - 315:8,
320:11, 320:13,
320:22, 320:23,
320:24, 321:21,
544:18
**clock** [3] - 358:1,
401:15
**close** [10] - 334:8,
340:3, 362:5, 414:1,
424:11, 430:24,
433:18, 433:20,
451:1, 452:9,
455:15, 459:7,
539:18
**closed** [1] - 314:9
**closely** [14] - 327:4,
340:23, 342:18,
344:24, 345:19,
358:12, 361:16,
364:7, 402:1, 459:9,
459:20, 462:4,
540:21
**closer** [3] - 341:2,
369:4, 527:7
**co** [1] - 320:11

**co-chaired** [1] -
320:11
**code** [1] - 501:15
**collect** [1] - 400:4
**collected** [7] - 350:7,
360:14, 399:25,
442:2, 464:10,
464:15, 465:23
**collection** [3] -
331:25, 355:4,
398:25
**College** [1] - 319:23
**color** [2] - 501:15,
565:12
**column** [8] - 371:22,
380:3, 383:2, 383:5,
434:3, 503:7, 508:18
**combination** [6] -
304:9, 304:14,
482:25, 483:2,
484:17, 487:5
**combined** [1] - 320:10
**comfortable** [1] -
358:14
**coming** [2] - 482:12,
510:3
**commensurate** [2] -
434:25, 500:13
**commercial** [2] -
416:17, 438:4
**common** [9] - 342:3,
342:5, 342:10,
372:14, 479:3,
487:16, 504:8,
526:19, 527:1
**commonly** [4] - 409:4,
489:6, 495:8, 510:20
**communicate** [1] -
505:18
**communicates** [1] -
505:20
**communication** [1] -
301:17
**communications** [2] -
301:18, 301:22
**companies** [3] -
321:15, 321:24,
504:9
**company** [9] - 357:13,
357:18, 357:19,
491:1, 493:10,
504:14, 504:22,
505:3, 506:8
**comparable** [7] -
307:24, 308:1,
334:2, 353:10,
529:17, 539:23
**comparative** [25] -
312:11, 315:19,
315:24, 316:8,

316:11, 316:16, 328:25, 329:20, 465:1, 465:4, 466:11, 524:24, 525:1, 525:6, 525:15, 525:16, 526:2, 527:18, 539:9, 539:10, 539:25, 554:18, 555:19, 555:22, 565:1
**comparatively** [1] - 533:22
**comparatives** [1] - 566:16
**compare** [39] - 331:3, 333:4, 342:6, 362:3, 419:19, 420:9, 420:16, 421:15, 423:7, 423:21, 424:7, 425:19, 426:17, 433:7, 441:9, 447:6, 450:1, 466:9, 466:10, 471:21, 497:24, 514:22, 528:21, 534:21, 554:19, 554:24, 555:12, 561:14, 565:7, 565:15, 565:21, 566:11, 572:16, 587:10, 588:7, 588:10, 589:1, 591:20, 591:25
**compared** [10] - 312:21, 331:18, 361:4, 426:21, 442:25, 443:21, 446:21, 481:2, 546:16, 565:2
**comparing** [8] - 307:21, 326:23, 339:14, 340:2, 342:10, 433:2, 525:23, 529:19
**comparison** [25] - 327:23, 327:25, 328:2, 328:9, 328:12, 328:15, 405:20, 405:23, 405:24, 407:2, 408:4, 411:22, 411:23, 427:4, 441:19, 455:14, 465:8, 531:22, 533:1, 554:22, 555:7, 565:5, 565:18, 567:2, 598:9
**comparisons** [4] - 419:17, 419:23,

419:25, 444:11
**compartment** [2] - 482:18, 482:20
**compilation** [6] - 353:18, 367:8, 378:1, 378:5, 378:7, 387:23
**compilations** [5] - 367:6, 367:9, 392:17, 403:4, 403:7
**completely** [5] - 355:4, 376:25, 406:4, 526:15
**complex** [6] - 337:10, 337:16, 338:7, 338:10, 339:2, 364:23
**complexity** [2] - 364:25, 365:13
**complicated** [2] - 341:21, 409:8
**compliment** [1] - 598:11
**component** [1] - 502:2
**components** [4] - 436:12, 487:6, 532:25, 561:23
**composition** [23] - 428:13, 495:9, 502:8, 508:6, 513:23, 514:19, 515:6, 515:21, 515:25, 517:21, 519:23, 532:4, 532:6, 563:4, 571:13, 571:16, 572:15, 587:18, 588:5, 588:15, 591:24, 592:2, 592:4
**compositions** [4] - 424:17, 495:11, 497:6, 586:23
**comprise** [2] - 517:7, 517:20
**comprised** [1] - 364:19
**comprising** [4] - 502:1, 502:19, 514:1, 516:15
**computation** [1] - 321:9
**computationally** [1] - 336:4
**computer** [2] - 318:6, 492:12
**computing** [1] - 341:13
**Computing** [1] - 321:8
**CONAWAY** [1] - 296:3
**concentration** [4] -

479:13, 507:23, 573:6, 573:9
**concentrations** [2] - 304:18, 479:7
**concept** [2] - 332:9, 414:15
**concerning** [11] - 323:10, 329:7, 346:1, 388:23, 405:15, 406:14, 472:12, 558:9, 570:12, 575:14, 599:21
**concerns** [2] - 479:22, 597:16
**conclude** [2] - 365:20, 602:20
**concluded** [6] - 307:23, 308:3, 308:22, 365:13, 431:6, 555:24
**concludes** [2] - 312:25, 604:7
**conclusion** [2] - 312:25, 365:22
**conclusions** [5] - 540:10, 568:6, 570:1, 599:21, 599:24
**concrete** [1] - 461:7
**condition** [10] - 316:12, 504:23, 525:23, 542:1, 547:23, 547:24, 549:12, 551:15, 551:25
**conditions** [52] - 316:3, 330:23, 330:24, 331:17, 350:2, 350:4, 351:13, 369:17, 369:19, 375:12, 380:4, 380:6, 383:8, 383:10, 400:3, 400:5, 400:8, 400:12, 400:18, 400:21, 410:16, 415:17, 415:18, 442:23, 450:10, 457:6, 464:5, 495:17, 506:6, 525:20, 535:12, 539:6, 542:21, 543:1, 547:4, 547:5, 548:13, 550:7, 551:5, 551:8, 552:5, 556:10, 559:14, 564:17, 583:1, 588:22, 595:1, 596:7, 598:23, 599:4

**conduct** [5] - 329:20, 331:24, 524:24, 525:1, 525:5
**conducted** [10] - 297:9, 314:3, 316:11, 519:4, 520:1, 520:3, 520:7, 539:9, 540:1, 555:23
**conference** [1] - 603:15
**conferred** [1] - 603:14
**confidence** [50] - 371:22, 372:1, 372:6, 372:11, 372:13, 372:17, 372:24, 373:2, 376:7, 376:9, 376:12, 380:23, 381:1, 381:4, 384:5, 384:8, 384:11, 385:23, 385:25, 386:4, 393:12, 393:14, 393:17, 395:21, 395:25, 396:4, 398:7, 398:10, 398:13, 406:6, 408:2, 443:25, 444:2, 445:15, 445:16, 446:9, 446:11, 447:14, 447:18, 456:3, 456:11, 518:25, 519:3, 520:1, 520:6, 557:13, 557:23, 569:15, 569:24
**confidential** [1] - 327:13
**confidentiality** [3] - 299:8, 299:10, 299:12
**confirm** [6] - 327:23, 400:24, 417:10, 423:19, 465:16, 504:11
**confirmed** [2] - 418:2, 572:2
**confirming** [2] - 418:18, 418:19
**confirms** [2] - 589:18, 594:13
**conform** [2] - 545:18, 546:1
**confused** [1] - 443:7
**connected** [1] - 350:24
**consequence** [3] - 376:25, 377:2, 401:19
**consider** [21] - 306:19,

326:12, 328:9, 328:11, 328:25, 329:15, 330:10, 354:17, 357:4, 365:21, 370:6, 388:1, 418:3, 418:4, 473:19, 484:3, 484:4, 500:18, 505:16, 529:21, 530:5
**consideration** [1] - 306:19
**considered** [13] - 323:5, 365:15, 448:8, 466:16, 474:25, 475:14, 475:21, 475:22, 476:3, 483:18, 500:4, 507:20, 529:23
**considering** [2] - 329:1, 401:21
**consistency** [3] - 422:25, 426:23, 447:1
**consistent** [4] - 423:16, 423:17, 520:12, 551:17
**consistently** [1] - 434:9
**constant** [14] - 352:10, 359:4, 359:5, 414:9, 414:11, 414:13, 414:14, 414:17, 436:19, 437:24, 439:5, 439:24, 450:25, 455:4
**constrained** [5] - 418:9, 418:11, 420:10, 420:12, 420:13
**construct** [1] - 353:19
**constructed** [5] - 358:19, 425:21, 428:25, 440:19, 442:4
**constructing** [2] - 417:3, 431:6
**construction** [1] - 498:25
**constructions** [1] - 499:6
**construed** [1] - 498:24
**consultation** [1] - 321:22
**consulted** [2] - 321:15, 321:17
**Cont'd** [1] - 296:1
**contain** [7] - 378:17, 399:12, 402:18,

403:2, 403:14,
404:14, 572:13
**contained** [10] -
353:14, 357:14,
387:10, 391:16,
394:25, 397:1,
402:21, 402:23,
478:10, 542:22
**containing** [1] -
363:11
**contains** [27] - 327:8,
330:8, 345:25,
353:12, 353:18,
366:25, 367:6,
367:17, 374:6,
377:25, 378:1,
378:5, 378:24,
382:2, 386:22,
387:8, 394:14,
394:23, 396:25,
397:11, 399:9,
399:10, 404:10,
415:10, 478:6,
487:4, 515:25
**context** [8] - 335:8,
391:21, 432:4,
503:20, 513:3,
534:5, 547:7, 550:22
**continue** [11] - 315:2,
346:24, 391:24,
413:17, 427:14,
485:6, 487:18,
527:8, 542:12,
553:15, 575:11
**CONTINUED** [1] -
295:1
**continued** [1] - 315:3
**continues** [1] - 313:16
**continuing** [3] - 297:3,
313:11, 313:12
**control** [5] - 482:12,
482:13, 482:14,
482:16, 586:21
**controllably** [1] -
482:7
**controlled** [3] - 470:3,
474:16, 482:2
**controlling** [1] -
482:14
**convection** [2] -
510:2, 510:4
**convenience** [1] -
360:14
**conventional** [1] -
409:19
**conversion** [3] -
459:8, 462:3, 462:9
**convert** [1] - 437:25
**cool** [1] - 485:25
**coordinate** [1] -

548:12
**copy** [4] - 469:6,
528:14, 529:2,
595:24
**corporate** [4] - 555:18,
566:6, 566:8, 566:10
**Correct** [1] - 444:17
**correct** [144] - 298:8,
298:21, 303:17,
303:24, 304:3,
304:20, 305:10,
305:14, 305:21,
306:13, 306:20,
307:1, 307:9,
307:24, 308:6,
308:16, 308:20,
308:25, 311:14,
311:17, 312:7,
312:13, 312:17,
313:1, 313:5,
313:14, 313:19,
315:12, 315:20,
316:3, 316:9,
316:12, 316:18,
316:21, 316:22,
318:16, 331:21,
347:6, 390:15,
390:16, 390:23,
392:11, 414:10,
414:11, 414:17,
414:18, 414:20,
414:23, 415:2,
415:19, 416:3,
416:5, 416:8,
416:12, 416:14,
417:7, 417:16,
418:8, 420:11,
420:18, 420:25,
425:14, 425:16,
426:1, 426:3,
427:24, 428:1,
429:22, 429:24,
429:25, 430:15,
431:24, 432:3,
432:12, 432:13,
432:15, 432:16,
433:1, 433:13,
433:19, 434:15,
434:22, 435:7,
435:10, 435:14,
435:21, 435:25,
436:17, 436:25,
437:2, 437:14,
437:15, 438:1,
439:6, 439:18,
443:9, 443:10,
443:23, 443:24,
444:7, 445:4, 445:9,
445:10, 445:14,
445:21, 446:1,
446:2, 446:12,

448:1, 448:10,
449:8, 449:20,
450:11, 450:15,
451:2, 451:21,
454:13, 454:24,
455:1, 455:5,
455:11, 456:5,
456:12, 456:19,
456:20, 456:25,
457:11, 457:15,
457:20, 458:18,
459:12, 459:14,
459:22, 460:11,
461:19, 461:20,
462:14, 465:18,
498:14, 524:2,
552:14, 581:6,
584:8, 584:22
**correction** [1] - 348:17
**correctly** [1] - 498:24
**correlatable** [1] -
549:5
**correlate** [1] - 550:16
**correlated** [1] - 550:25
**correlation** [8] -
315:10, 504:25,
548:18, 559:13,
559:15, 559:18,
560:4, 599:3
**correspond** [1] -
336:3
**corresponding** [17] -
335:2, 335:9, 340:8,
343:10, 347:22,
351:24, 353:8,
355:23, 360:20,
360:21, 362:12,
372:24, 383:5,
424:20, 437:11,
466:5
**correspondingly** [1] -
501:19
**corresponds** [2] -
401:8, 462:17
**Cottrell** [1] - 321:3
**Counsel** [4] - 294:25,
295:9, 295:20,
296:10
**counsel** [11] - 346:19,
346:25, 388:21,
391:24, 413:20,
427:14, 485:6,
490:7, 553:7,
553:15, 601:16
**count** [1] - 491:3
**counter** [1] - 309:22
**counting** [1] - 297:4
**couple** [6] - 411:17,
424:10, 466:21,
471:20, 494:19,

509:12
**course** [6] - 297:5,
320:20, 491:14,
493:23, 598:1,
604:15
**courses** [3] - 320:18,
320:19, 320:20
**COURT** [196] - 294:1,
296:17, 296:21,
297:6, 297:11,
297:23, 298:1,
298:4, 298:14,
298:18, 298:24,
299:2, 299:10,
299:15, 299:18,
299:23, 300:2,
309:7, 309:9,
309:15, 309:23,
314:15, 314:19,
314:25, 317:2,
317:6, 317:10,
317:12, 317:15,
317:21, 317:25,
318:3, 318:13,
318:15, 318:20,
318:23, 319:3,
319:5, 322:14,
322:20, 322:22,
327:15, 328:21,
346:10, 346:13,
346:19, 346:22,
346:24, 348:15,
349:7, 354:2,
356:25, 367:14,
368:2, 368:6, 368:9,
368:11, 368:14,
374:10, 374:12,
378:13, 379:5,
382:6, 382:9, 387:1,
387:3, 387:20,
388:13, 388:18,
388:20, 389:7,
389:14, 389:20,
390:4, 390:20,
391:2, 391:13,
391:23, 392:3,
392:7, 392:10,
392:12, 392:18,
392:20, 393:1,
394:19, 395:6,
397:4, 397:6,
397:17, 403:10,
403:23, 404:19,
404:21, 411:12,
411:17, 411:21,
412:10, 412:13,
412:17, 412:20,
413:1, 413:3, 413:7,
413:9, 413:11,
413:14, 413:19,
413:25, 414:4,

427:9, 427:11,
427:13, 460:18,
467:7, 467:10,
467:18, 467:21,
469:9, 469:11,
471:5, 471:10,
481:20, 484:25,
485:3, 485:5,
489:20, 490:6,
490:10, 491:16,
491:25, 492:6,
492:16, 492:18,
492:21, 493:5,
493:17, 493:24,
494:4, 494:15,
494:18, 495:21,
495:25, 496:3,
506:11, 511:21,
511:25, 512:6,
512:8, 512:10,
512:13, 515:17,
523:11, 524:16,
531:13, 531:17,
542:12, 544:22,
544:24, 545:1,
553:7, 553:10,
553:12, 553:14,
553:17, 553:24,
554:2, 568:12,
568:15, 568:19,
575:4, 575:6,
575:10, 584:8,
587:24, 590:5,
590:8, 597:4, 597:8,
597:23, 598:6,
601:15, 601:20,
602:1, 602:9,
602:11, 602:17,
603:4, 603:10,
603:18, 603:20,
604:1, 604:8,
604:18, 605:4, 605:5
**court** [28] - 314:19,
315:1, 348:11,
388:10, 458:4,
485:22, 485:25,
486:13, 487:17,
488:16, 491:11,
498:25, 507:10,
509:4, 509:10,
509:17, 512:3,
512:16, 513:8,
521:11, 522:8,
555:17, 584:2,
597:10, 597:12,
599:1, 599:6, 599:21
**Court** [20] - 294:14,
323:2, 403:23,
435:23, 467:25,
468:4, 468:25,
471:5, 475:15,

476:1, 476:10,
478:22, 480:1,
480:20, 484:8,
501:12, 508:2,
605:6, 605:10,
605:11
**courtroom** [5] - 329:4,
405:14, 476:6,
596:23, 602:4
**Courts** [1] - 490:16
**courts** [1] - 470:24
**cover** [1] - 474:8
**covered** [4] - 363:7,
450:17, 474:3, 478:8
**CQA's** [2] - 306:11,
306:15
**create** [3] - 394:24,
428:14, 560:4
**created** [13] - 305:9,
305:12, 360:25,
361:2, 430:13,
468:3, 473:22,
477:12, 478:5,
483:10, 493:22,
493:23, 494:11
**creating** [2] - 355:16,
529:25
**critical** [3] - 306:11,
319:13, 559:12
**criticism** [16] - 399:18,
399:20, 405:1,
405:4, 405:7,
407:24, 408:15,
408:17, 560:5,
560:9, 571:9,
571:10, 571:11,
598:13, 598:16
**criticisms** [5] -
407:22, 477:6,
477:8, 559:1, 597:9
**criticized** [2] - 399:16,
596:11
**critique** [1] - 598:20
**critiques** [1] - 560:21
**CROSS** [1] - 414:5
**cross** [9] - 378:17,
378:22, 411:19,
460:23, 463:8,
602:21, 603:11,
604:13, 604:14
**cross-examination** [6]
- 411:19, 460:23,
463:8, 603:11,
604:13, 604:14
**CROSS-
EXAMINATION** [1] -
414:5
**cross-reference** [1] -
378:22
**cross-references** [1] -

378:17
**crossed** [1] - 519:17
**crosses** [1] - 513:2
**CRUZ** [1] - 295:7
**crystal** [1] - 416:24
**CT** [1] - 435:20
**current** [9] - 300:7,
310:4, 310:8,
310:15, 319:10,
319:16, 468:6,
594:15, 594:19
**curriculum** [2] -
322:6, 469:6
**curve** [31] - 337:1,
337:5, 337:9,
337:11, 337:13,
337:23, 337:24,
338:7, 350:23,
357:23, 409:3,
409:4, 409:10,
409:12, 409:13,
409:16, 421:2,
421:3, 422:21,
431:7, 431:8,
431:12, 432:17,
437:13, 437:20,
510:19, 510:20,
510:23, 527:24,
559:20
**curved** [4] - 336:21,
336:25, 338:9,
338:12
**curves** [16] - 337:7,
409:3, 409:6, 410:2,
423:4, 424:25,
431:23, 431:25,
432:6, 432:9,
432:11, 433:11,
434:17, 540:7, 567:2
**customary** [1] -
350:23

**D**

**D1** [4] - 435:20,
436:12, 436:14,
436:16
**D2** [1] - 436:7
**D2(T** [2] - 435:20,
435:24
**Dale** [1] - 605:10
**dangerous** [1] -
479:24
**DANIEL** [1] - 294:18
**dark** [3] - 326:24,
483:15, 527:11
**dashed** [5] - 324:7,
324:9, 324:12,
324:20, 325:7
**data** [411] - 302:25,

303:3, 303:13,
303:16, 318:7,
322:1, 326:2, 326:3,
326:7, 326:8,
326:12, 326:17,
326:20, 327:5,
327:8, 327:10,
328:3, 331:3,
331:19, 331:22,
332:21, 332:22,
332:25, 333:2,
333:4, 333:13,
333:19, 334:4,
334:15, 334:20,
334:24, 336:6,
336:7, 336:22,
337:2, 337:8,
337:23, 338:21,
340:17, 340:21,
340:24, 340:25,
343:3, 343:5, 343:7,
343:25, 344:5,
344:24, 348:21,
348:22, 349:1,
349:2, 349:21,
349:22, 349:25,
350:3, 350:16,
351:4, 351:12,
351:13, 351:14,
351:17, 352:4,
352:17, 352:22,
352:25, 353:6,
353:12, 353:14,
353:18, 353:22,
354:7, 354:12,
354:16, 354:19,
354:21, 355:1,
355:3, 355:4, 355:6,
355:19, 355:24,
356:5, 356:7,
358:10, 358:16,
358:18, 359:2,
359:6, 359:22,
360:3, 360:6,
360:12, 360:15,
360:16, 360:21,
361:1, 361:2, 361:4,
362:21, 362:22,
362:25, 363:3,
363:5, 363:10,
363:12, 363:15,
364:6, 364:8,
364:19, 366:5,
366:9, 366:19,
366:21, 366:23,
366:25, 367:6,
367:17, 367:22,
369:18, 369:22,
370:18, 370:23,
375:5, 375:13,
375:16, 377:19,

377:21, 377:23,
377:25, 378:1,
378:6, 378:8,
378:18, 378:22,
378:23, 378:24,
380:5, 380:9, 383:9,
383:13, 387:8,
387:9, 387:15,
387:17, 387:23,
389:3, 391:15,
392:16, 394:23,
394:25, 397:11,
399:1, 399:12,
399:22, 399:24,
400:3, 400:4,
400:25, 401:5,
401:9, 401:11,
401:12, 401:21,
401:24, 401:25,
402:1, 402:8,
402:18, 402:21,
402:22, 403:2,
403:15, 403:16,
406:1, 407:4, 407:5,
407:14, 407:15,
407:16, 409:14,
409:19, 410:11,
411:1, 412:5,
412:17, 413:5,
413:6, 413:14,
414:8, 414:12,
414:13, 414:16,
415:1, 415:17,
415:20, 416:2,
416:5, 416:8,
416:10, 416:16,
416:18, 416:20,
416:22, 417:2,
417:10, 417:19,
418:6, 418:10,
418:15, 419:24,
420:2, 420:6, 420:7,
420:10, 420:12,
420:24, 420:25,
422:24, 423:13,
423:18, 424:5,
424:6, 424:8, 424:9,
424:18, 425:19,
426:2, 426:6,
426:21, 427:5,
427:23, 427:25,
428:8, 428:13,
428:14, 428:19,
428:25, 432:12,
433:2, 433:8,
434:21, 435:2,
435:3, 436:6,
436:13, 437:1,
437:4, 437:5,
437:25, 438:3,
438:5, 438:8,

439:16, 439:20,
439:22, 440:12,
440:18, 441:10,
441:12, 441:18,
441:19, 442:2,
442:8, 442:19,
443:9, 446:11,
446:18, 448:8,
448:11, 448:17,
450:12, 450:15,
450:18, 451:10,
452:15, 453:4,
453:22, 454:24,
455:1, 455:4, 455:7,
457:6, 457:8, 457:9,
457:19, 457:21,
458:9, 458:12,
458:16, 459:2,
459:3, 459:5, 459:9,
460:3, 460:9,
460:13, 461:16,
461:25, 462:4,
462:5, 462:10,
462:13, 462:16,
462:19, 463:1,
463:10, 463:13,
463:18, 464:7,
464:9, 464:10,
464:13, 464:14,
464:15, 464:23,
465:20, 465:21,
465:23, 466:3,
466:4, 466:5, 466:7,
466:9, 466:15,
466:19, 466:21,
467:3, 475:2,
475:15, 475:17,
475:22, 491:4,
491:13, 492:23,
493:9, 493:11,
494:11, 495:11,
495:12, 495:14,
495:15, 495:17,
497:25, 521:3,
521:4, 522:4, 522:6,
526:17, 529:19,
532:11, 537:9,
537:19, 538:2,
538:7, 538:12,
538:17, 540:9,
543:21, 543:23,
544:1, 544:7, 547:4,
547:8, 547:23,
551:10, 551:24,
552:4, 552:6, 553:8,
556:6, 557:16,
557:18, 557:19,
563:16, 563:21,
565:23, 567:5,
569:2, 572:11,
574:18, 574:23,

575:8, 576:3, 577:2, 579:1, 579:7, 580:24, 585:16, 595:9, 596:24, 598:10, 598:22, 598:23, 599:7
**database** [8] - 307:15, 329:25, 330:2, 330:6, 330:8, 330:14, 330:17, 330:18
**dataset** [11] - 334:5, 338:1, 339:3, 339:5, 339:15, 355:11, 398:25, 401:4, 416:24, 418:5, 418:14
**datasets** [1] - 457:13
**date** [10] - 298:11, 298:22, 298:24, 493:21, 496:1, 500:15, 500:17, 500:19, 505:12, 567:25
**dated** [1] - 489:24
**dates** [2] - 332:2, 417:9
**David** [1] - 454:21
**DAVID** [2] - 295:4, 296:6
**day-to-day** [1] - 310:24
**days** [25] - 407:6, 407:9, 407:16, 417:1, 417:4, 417:6, 417:15, 417:23, 418:2, 418:3, 418:5, 418:7, 418:13, 418:15, 418:21, 419:9, 438:8, 438:9, 440:20, 442:4, 460:1, 460:3, 460:5, 460:11
**DDX-4.1** [1] - 444:10
**decade** [1] - 442:6
**December** [8] - 297:18, 368:23, 368:25, 374:21, 374:23, 379:15, 382:18, 419:3
**decided** [1] - 389:4
**decimal** [1] - 365:10
**decrease** [4] - 578:17, 578:21, 585:20, 585:23
**deemed** [1] - 490:13
**defend** [1] - 597:24
**defendant** [2] - 309:22, 561:2
**Defendants** [4] -

294:7, 295:9, 295:20, 296:10
**defendants** [81] - 297:8, 297:15, 297:16, 297:21, 297:22, 298:16, 299:13, 317:14, 325:20, 329:1, 366:3, 385:10, 387:19, 387:25, 388:24, 390:13, 390:20, 390:22, 392:16, 395:4, 397:15, 402:12, 403:21, 407:7, 407:22, 423:2, 424:19, 454:18, 454:22, 461:3, 471:21, 471:25, 472:3, 472:7, 473:3, 473:20, 474:1, 474:19, 475:9, 475:11, 476:9, 476:23, 490:15, 499:14, 499:15, 499:24, 499:25, 511:14, 514:22, 524:5, 525:4, 526:22, 541:2, 542:24, 550:7, 560:16, 561:1, 572:3, 583:9, 585:10, 586:2, 586:11, 586:16, 587:6, 588:18, 594:8, 594:15, 594:18, 594:22, 595:2, 595:20, 596:11, 597:16, 599:10, 599:25, 600:16, 600:21, 601:21, 601:22, 601:24, 602:2
**defendants'** [41] - 325:22, 327:13, 366:2, 385:7, 399:22, 408:24, 409:1, 420:17, 421:11, 421:24, 422:5, 422:19, 423:22, 424:16, 425:15, 425:19, 438:14, 438:18, 438:25, 439:4, 442:11, 447:10, 447:14, 462:18, 472:12, 472:23, 473:5, 474:10, 476:20, 477:10, 477:12, 477:15, 477:18, 477:20,

477:23, 490:21, 499:21, 499:22, 501:9, 547:9, 583:3
**defendants's** [2] - 399:15, 407:7
**defense** [2] - 317:23, 601:15
**deficiency** [1] - 451:8
**definition** [4] - 474:15, 500:4, 500:22, 511:22
**degradation** [2] - 583:7, 585:3
**degrade** [4] - 576:16, 582:22, 582:25, 583:10
**degraded** [1] - 582:19
**degree** [5] - 319:22, 319:23, 338:2, 345:12, 500:12
**degrees** [8] - 319:21, 369:21, 375:15, 380:7, 383:12, 506:6, 510:10, 545:13
**DELAWARE** [1] - 294:1
**Delaware** [1] - 294:11
**delivery** [1] - 470:3
**demonstrate** [1] - 327:20
**demonstrated** [1] - 540:22
**demonstrative** [10] - 348:5, 348:7, 348:10, 348:11, 348:17, 405:7, 405:12, 482:3, 597:3, 597:7
**demonstratives** [3] - 323:1, 463:5, 468:3
**denotes** [1] - 468:22
**Department** [2] - 320:14, 468:7
**department** [2] - 310:12, 310:13
**departments** [4] - 319:11, 320:7, 320:25, 468:11
**dependency** [3] - 512:16, 513:8, 513:16
**dependent** [6] - 408:9, 408:10, 501:6, 511:18, 512:6, 512:7
**dependents** [1] - 512:12
**depict** [1] - 362:14, 583:21, 584:16
**depicted** [6] - 333:16,

333:21, 333:22, 349:20, 349:23, 352:20
**depo** [1] - 417:21
**deposed** [2] - 418:25, 491:8
**deposing** [1] - 297:24
**Deposition** [1] - 303:5
**deposition** [39] - 296:20, 296:22, 297:20, 297:22, 298:5, 298:10, 298:11, 298:12, 298:13, 299:4, 300:1, 300:4, 302:2, 302:9, 302:13, 302:17, 304:17, 307:3, 308:12, 308:19, 309:2, 309:4, 309:5, 309:18, 309:20, 309:21, 309:24, 315:1, 316:23, 390:8, 417:16, 417:21, 418:20, 418:24, 479:17, 483:17, 596:18
**depositions** [17] - 297:1, 297:9, 297:12, 297:14, 297:16, 297:17, 297:18, 298:2, 298:15, 298:20, 299:18, 299:23, 299:25, 390:5, 390:9, 390:10
**deputy** [1] - 602:4
**derive** [1] - 451:10
**derived** [12] - 364:6, 400:1, 451:13, 451:17, 451:22, 452:3, 457:12, 462:2, 462:20, 576:7, 583:18, 584:13
**describe** [8] - 313:12, 322:7, 337:8, 354:18, 372:2, 474:4, 589:21, 592:12
**described** [18] - 303:13, 304:2, 341:21, 356:13, 357:21, 409:19, 435:23, 475:6, 488:8, 505:20, 514:7, 542:19, 546:6, 546:12, 552:4, 573:6, 575:19, 595:22

333:21, 333:22, 349:20, 349:23, 352:20
**describes** [7] - 312:19, 315:19, 315:23, 316:7, 322:9, 344:24, 357:22
**describing** [8] - 312:6, 312:11, 312:16, 334:11, 343:13, 358:10, 410:12, 516:3
**description** [9] - 429:18, 515:6, 515:21, 533:4, 561:12, 572:5, 587:18, 591:24, 592:2
**descriptive** [1] - 338:10
**design** [2] - 538:22, 594:5
**designated** [1] - 300:10
**designation** [3] - 490:15, 496:16, 597:4
**designed** [9] - 304:19, 305:20, 417:13, 417:17, 533:4, 559:22, 575:24, 588:15, 600:11
**designing** [1] - 321:19
**desiring** [1] - 504:4
**despite** [9] - 452:20, 491:10, 571:17, 575:22, 594:6, 594:9, 595:5, 595:13, 600:7
**detail** [3] - 349:25, 484:19, 488:25
**details** [1] - 438:15
**detect** [1] - 447:19
**deter** [1] - 582:15
**determination** [1] - 566:13
**determine** [20] - 304:13, 332:6, 335:9, 339:1, 352:4, 355:2, 364:12, 401:10, 415:21, 457:19, 457:21, 462:23, 499:7, 499:9, 506:3, 506:23, 506:24, 529:16, 532:10, 541:25
**determined** [5] - 304:2, 308:20, 435:12, 455:19, 547:6
**determines** [1] - 506:8

**develop** [11] - 301:1, 301:14, 354:11, 355:3, 355:9, 415:15, 415:20, 472:12, 498:4, 530:16, 541:5
**developed** [7] - 311:14, 311:17, 355:11, 358:21, 361:14, 363:6, 428:3
**developing** [9] - 305:12, 355:8, 364:9, 364:11, 411:4, 472:19, 472:22, 534:5, 543:18
**development** [24] - 300:20, 300:21, 300:22, 300:23, 300:24, 301:4, 301:7, 301:10, 302:11, 302:12, 305:8, 306:10, 306:23, 310:17, 310:18, 312:2, 321:19, 487:21, 493:11, 493:13, 523:17, 523:20, 531:9, 554:11
**deviation** [1] - 448:3
**deviations** [3] - 341:6, 446:13, 447:24
**difference** [24] - 308:4, 308:23, 341:24, 356:3, 361:13, 365:2, 365:9, 365:10, 365:11, 401:15, 413:11, 476:12, 476:15, 476:18, 478:23, 529:22, 530:10, 534:3, 534:25, 540:6, 555:25, 567:1, 586:22, 600:7
**differences** [76] - 424:21, 425:5, 425:9, 438:18, 438:21, 438:24, 439:1, 439:4, 440:1, 447:21, 447:22, 452:20, 457:17, 461:8, 461:9, 533:2, 533:6, 533:10, 533:12, 533:16, 533:19, 533:20, 534:14, 534:19, 534:20, 546:15, 548:3, 548:10, 549:3, 549:6, 550:6,

560:6, 560:18, 560:19, 561:18, 561:25, 562:3, 562:4, 562:10, 562:13, 562:20, 563:2, 563:5, 563:7, 564:14, 571:12, 571:14, 571:16, 571:17, 572:23, 573:13, 573:14, 573:18, 574:6, 574:9, 575:23, 586:25, 588:17, 588:19, 588:20, 588:23, 589:5, 589:9, 589:14, 589:15, 592:7, 592:8, 594:6, 594:8, 596:10, 598:25, 599:2, 599:10, 599:11, 600:6
**different** [84] - 339:10, 358:19, 364:22, 366:11, 366:13, 377:14, 406:4, 406:5, 406:12, 412:2, 412:3, 412:4, 414:8, 414:17, 419:18, 420:18, 421:25, 422:13, 424:16, 425:16, 426:9, 426:18, 428:15, 428:20, 429:1, 429:5, 429:11, 432:19, 432:20, 433:3, 433:12, 433:14, 433:15, 438:22, 446:14, 446:19, 447:7, 447:11, 451:22, 452:1, 452:17, 459:17, 470:19, 474:4, 478:12, 479:11, 480:24, 480:25, 482:22, 482:23, 483:12, 483:15, 484:6, 492:11, 496:7, 502:13, 504:6, 510:6, 526:14, 528:9, 528:18, 529:16, 535:1, 535:2, 546:5, 546:11, 550:7, 552:22, 557:2, 560:14, 560:15, 560:23, 562:6, 564:10, 571:20, 572:7, 573:15, 596:8, 596:9, 598:17, 598:23,

599:4, 599:9
**differential** [2] - 451:4, 564:18
**differentially** [4] - 549:14, 572:1, 572:6, 572:9
**differently** [3] - 348:9, 447:23, 548:24
**diffuse** [1] - 486:13
**diffuses** [1] - 486:15
**diffusing** [1] - 573:10
**diffusion** [2] - 482:12, 487:3
**direct** [13] - 427:20, 428:24, 435:23, 436:23, 454:1, 455:12, 456:16, 481:24, 531:21, 532:14, 553:20, 587:13, 603:8
**DIRECT** [2] - 319:6, 467:22
**direction** [3] - 323:24, 339:18, 527:2
**directions** [2] - 595:23, 596:13
**directly** [13] - 331:17, 335:25, 336:1, 343:6, 426:17, 433:5, 433:7, 450:15, 466:24, 475:4, 475:6, 540:23, 541:25
**dis** [1] - 313:18
**disadvantage** [1] - 338:12
**disadvantages** [2] - 338:6, 338:8
**disagree** [11] - 297:19, 407:24, 424:5, 441:2, 444:8, 558:12, 559:10, 570:15, 571:14, 594:9, 598:4
**disagreeing** [1] - 560:11
**disclose** [5] - 498:7, 503:1, 508:12, 545:4, 545:22
**disclosed** [1] - 542:5
**discloses** [1] - 508:17
**disclosures** [1] - 542:6
**discovery** [2] - 493:25, 494:3
**discuss** [10] - 366:4, 366:5, 438:22, 453:21, 453:23, 478:13, 488:12, 550:24, 589:20,

597:11
**discussed** [14] - 346:2, 364:13, 370:1, 373:12, 394:1, 396:15, 398:23, 464:5, 502:21, 505:6, 506:25, 532:19, 589:15, 598:12
**discusses** [2] - 390:17, 518:14
**discussing** [2] - 331:19, 348:20
**discussion** [3] - 363:18, 453:14, 562:5
**discussions** [1] - 301:13
**disintegrated** [1] - 486:16
**dismissed** [3] - 297:15, 388:24, 390:12
**dismissing** [1] - 419:23
**displayed** [3] - 302:5, 302:20, 303:20
**dispute** [2] - 391:15, 499:1
**disputes** [1] - 387:24
**dissolution** [607] - 304:20, 305:24, 306:2, 306:4, 306:8, 306:16, 306:18, 306:21, 306:24, 307:8, 307:15, 307:16, 307:23, 307:25, 308:4, 308:15, 308:23, 312:11, 313:4, 313:18, 314:2, 314:13, 315:19, 315:23, 315:24, 316:2, 316:9, 316:16, 316:20, 316:21, 322:1, 323:11, 323:12, 323:17, 323:22, 323:25, 324:10, 324:17, 325:10, 325:12, 325:13, 326:7, 326:8, 326:12, 326:15, 326:23, 327:1, 327:4, 328:14, 328:16, 329:1, 329:18, 329:20, 329:25, 330:2, 330:13, 330:16, 330:23, 330:24,

331:4, 331:8, 331:9, 331:15, 331:23, 337:8, 344:5, 349:13, 349:19, 350:2, 350:13, 350:15, 350:19, 350:21, 350:25, 351:13, 351:21, 351:24, 352:10, 352:12, 352:14, 352:15, 352:17, 353:6, 353:7, 353:8, 353:12, 355:25, 356:4, 357:23, 357:24, 358:2, 358:18, 359:14, 361:16, 361:21, 363:22, 366:19, 367:17, 368:24, 369:11, 369:14, 369:17, 369:19, 371:3, 371:5, 372:5, 372:8, 372:20, 372:22, 373:1, 373:5, 373:7, 373:22, 374:1, 374:3, 374:22, 375:10, 375:12, 375:18, 375:19, 376:4, 376:6, 376:8, 376:11, 376:15, 376:17, 377:1, 377:3, 377:5, 377:19, 378:8, 378:18, 378:24, 379:14, 380:2, 380:4, 380:6, 380:11, 380:21, 380:22, 380:25, 381:3, 381:7, 381:9, 381:18, 381:22, 381:24, 383:1, 383:5, 383:7, 383:8, 383:10, 383:15, 383:16, 384:2, 384:3, 384:8, 384:10, 384:14, 384:22, 384:23, 385:1, 385:3, 385:19, 385:22, 385:24, 386:2, 386:6, 386:15, 386:17, 393:8, 393:11, 393:13, 393:16, 393:20, 394:5, 394:9, 394:11, 395:18, 395:20, 395:24, 396:3, 396:7, 396:9, 396:16, 396:18, 396:21, 398:3,

398:6, 398:9,
398:12, 398:16,
398:19, 399:2,
399:4, 399:7, 400:1,
400:12, 400:14,
400:16, 400:18,
400:21, 401:24,
402:13, 402:16,
405:2, 408:22,
408:25, 409:3,
410:1, 410:5, 410:7,
410:11, 410:17,
410:19, 410:21,
410:23, 410:24,
411:3, 415:15,
415:22, 417:14,
421:2, 421:3,
421:19, 422:6,
422:8, 422:13,
422:21, 422:25,
423:4, 423:7,
424:25, 425:2,
425:5, 428:8, 428:9,
428:19, 429:1,
429:4, 429:5,
429:20, 429:23,
430:3, 430:4, 430:6,
430:9, 430:13,
430:18, 430:22,
431:2, 431:7, 431:8,
431:23, 431:25,
432:6, 432:12,
432:14, 432:17,
432:20, 433:3,
433:12, 434:3,
435:24, 437:12,
437:13, 437:20,
438:19, 438:21,
439:1, 439:10,
439:14, 441:20,
442:13, 444:2,
447:18, 448:11,
448:18, 449:5,
449:9, 450:1, 450:8,
450:13, 451:3,
451:6, 451:7,
451:19, 452:7,
453:14, 453:17,
453:18, 453:22,
455:8, 455:13,
455:14, 455:20,
456:6, 457:18,
463:24, 463:25,
464:11, 464:23,
465:1, 465:4,
465:11, 465:16,
466:11, 472:20,
472:23, 473:3,
473:6, 474:18,
475:2, 475:5,
475:15, 475:17,

475:18, 475:22,
476:2, 482:14,
484:13, 486:19,
487:3, 489:7, 489:9,
495:11, 495:12,
495:14, 495:16,
497:13, 497:17,
502:10, 507:4,
507:8, 508:25,
509:4, 509:21,
510:18, 510:20,
518:15, 518:23,
518:25, 519:6,
520:9, 520:13,
520:17, 521:3,
521:20, 521:24,
522:2, 522:4,
522:13, 522:17,
522:20, 524:7,
525:2, 525:6, 527:7,
527:12, 527:21,
527:22, 528:5,
528:9, 528:20,
528:21, 528:23,
529:10, 529:16,
530:21, 530:25,
531:3, 533:15,
533:22, 534:2,
534:22, 535:1,
535:7, 535:12,
535:16, 535:18,
535:19, 535:21,
535:24, 536:4,
536:7, 536:10,
536:13, 536:16,
536:24, 537:2,
537:10, 537:14,
537:17, 537:20,
538:3, 538:8,
538:13, 538:18,
538:23, 539:3,
539:6, 539:12,
539:20, 539:23,
540:1, 540:18,
540:24, 541:16,
541:20, 542:1,
542:20, 542:21,
542:25, 543:6,
543:10, 543:13,
543:22, 543:25,
544:3, 544:4, 544:6,
544:10, 544:11,
545:5, 545:9,
545:19, 545:22,
545:23, 546:1,
546:4, 546:6, 546:8,
546:10, 546:11,
546:13, 546:21,
547:20, 548:2,
548:5, 548:13,
549:8, 550:4,

550:12, 550:16,
550:24, 551:2,
551:4, 551:7,
552:18, 553:8,
554:12, 554:16,
554:19, 554:20,
554:22, 554:24,
555:7, 555:11,
555:22, 555:25,
556:6, 556:7, 556:8,
556:9, 556:20,
556:23, 557:3,
557:20, 557:21,
558:2, 558:5,
559:23, 560:10,
560:12, 560:17,
562:2, 562:7,
563:13, 563:17,
563:22, 564:12,
564:14, 564:21,
564:24, 565:2,
565:3, 565:6, 565:8,
565:18, 565:20,
565:21, 566:11,
566:13, 566:25,
567:5, 567:6, 567:7,
567:8, 567:17,
568:21, 569:8,
570:3, 570:5,
571:19, 571:24,
572:7, 572:8,
573:12, 573:15,
573:16, 574:15,
574:19, 574:24,
575:24, 576:1,
576:11, 576:13,
576:19, 576:24,
576:25, 577:13,
577:15, 577:16,
577:19, 578:1,
578:3, 578:7, 578:9,
578:12, 578:14,
579:9, 580:6, 580:8,
580:10, 580:14,
580:15, 580:17,
580:20, 580:22,
581:1, 581:8,
581:13, 581:18,
581:20, 582:1,
582:17, 582:20,
583:10, 583:21,
584:16, 584:25,
585:1, 585:6, 585:7,
585:8, 585:17,
585:20, 585:23,
586:1, 586:10,
586:13, 587:1,
587:3, 587:4, 587:5,
587:9, 588:16,
588:21, 589:6,
589:17, 589:20,

590:19, 590:21,
590:23, 591:5,
591:7, 591:15,
591:18, 592:11,
592:24, 593:1,
593:3, 593:10,
594:3, 594:10,
594:11, 594:23,
595:3, 595:11,
598:17, 600:10,
600:12, 600:13,
600:15, 600:18,
600:19, 600:23,
600:25, 601:3, 601:6
**Dissolution** [4] -
356:12, 356:18,
364:5, 428:4
**dissolutions** [1] -
421:4
**dissolve** [10] - 401:17,
432:24, 436:1,
437:8, 449:16,
449:17, 449:18,
449:21, 455:10,
507:18
**dissolved** [13] - 306:5,
324:4, 344:18,
344:20, 345:9,
350:22, 351:9,
373:17, 376:25,
410:14, 434:14,
436:14, 448:5
**dissolves** [3] - 363:19,
432:22, 487:13
**dissolving** [2] -
344:22, 352:13
**dissuade** [1] - 601:8
**distances** [1] - 341:4
**distinction** [1] -
365:21
**Distinguished** [2] -
468:16, 468:18
**DISTRICT** [2] - 294:1,
294:1
**district** [2] - 490:17,
492:5
**District** [2] - 294:14,
605:11
**divide** [3] - 421:2,
421:4, 437:5
**divides** [2] - 420:25,
421:1
**docket** [3] - 297:20,
298:9, 494:21
**Doctor** [1] - 467:11
**doctor's** [1] - 387:16
**document** [58] -
302:2, 302:4, 302:5,
302:6, 302:7,
302:17, 302:19,

302:20, 302:22,
302:24, 303:5,
311:4, 311:22,
315:4, 315:15,
367:21, 391:8,
415:9, 461:10,
489:18, 490:1,
490:2, 490:5,
490:15, 490:16,
490:19, 490:21,
490:22, 491:2,
491:16, 492:2,
492:3, 492:4, 492:7,
492:14, 492:16,
492:17, 492:20,
492:25, 493:1,
493:17, 493:19,
494:1, 494:8,
494:14, 495:24,
496:1, 496:5, 496:9,
498:1, 505:12,
505:15, 505:18,
515:10, 524:21,
588:7, 590:12
**documents** [16] -
303:11, 388:6,
388:8, 390:13,
390:14, 390:18,
390:21, 391:19,
391:21, 402:21,
403:24, 490:12,
490:18, 492:8,
530:13, 602:2
**DOMINICK** [1] -
295:14
**done** [44] - 298:24,
303:22, 305:6,
325:17, 331:14,
361:20, 362:18,
372:14, 391:11,
408:3, 422:13,
425:4, 426:20,
426:24, 430:2,
430:4, 430:17,
435:16, 436:4,
440:14, 441:22,
444:10, 460:2,
463:15, 465:14,
467:4, 475:17,
477:4, 477:5,
477:15, 477:23,
478:21, 495:25,
496:6, 496:7,
509:17, 521:19,
526:4, 540:8, 544:7,
592:6, 598:13,
598:19, 603:13
**door** [1] - 604:21
**dosage** [24] - 310:17,
329:21, 365:7,

366:10, 366:14, 366:17, 377:18, 483:24, 484:3, 520:21, 520:25, 521:2, 525:2, 536:22, 554:23, 554:25, 555:8, 555:12, 556:1, 565:6, 565:8, 565:19, 565:22
**dots** [10] - 333:24, 333:25, 340:5, 340:6, 361:22, 361:25, 462:7, 462:8, 462:12, 462:15
**dotted** [2] - 557:5, 569:4
**double** [3] - 347:18, 355:5, 602:5
**double-check** [3] - 347:18, 355:5, 602:5
**doubt** [1] - 390:11
**Dow** [5] - 303:1, 303:4, 505:9, 506:18, 582:22
**down** [21] - 312:9, 375:9, 378:21, 379:25, 380:1, 434:6, 439:13, 461:24, 467:11, 484:10, 495:10, 505:22, 512:1, 512:4, 512:24, 513:13, 533:1, 554:3, 578:22, 582:13, 590:14
**Dr** [206] - 317:17, 317:23, 318:7, 318:10, 319:8, 329:5, 392:17, 409:4, 414:7, 417:20, 418:23, 418:25, 424:14, 427:17, 439:13, 440:4, 440:7, 440:13, 441:8, 442:25, 443:14, 443:18, 443:21, 444:4, 444:11, 444:12, 448:14, 449:5, 452:19, 454:18, 454:21, 455:16, 455:19, 456:2, 467:14, 467:24, 468:6, 469:5, 469:18, 471:3, 471:12, 471:19, 473:8, 473:9, 473:12,

475:16, 476:6, 478:1, 478:8, 479:17, 481:6, 481:12, 481:24, 485:9, 485:21, 495:4, 496:9, 498:11, 500:24, 506:16, 511:8, 512:11, 514:3, 514:6, 518:5, 518:7, 518:11, 523:10, 523:13, 523:14, 523:16, 523:21, 523:24, 524:13, 525:8, 529:4, 529:12, 541:3, 542:20, 543:15, 543:17, 545:7, 546:20, 546:24, 546:25, 549:7, 549:20, 550:4, 550:15, 550:23, 551:2, 551:9, 551:18, 551:21, 552:1, 552:3, 552:7, 552:12, 552:23, 556:5, 556:6, 556:12, 556:17, 556:20, 556:24, 557:6, 557:12, 557:15, 557:22, 558:1, 558:7, 558:9, 558:12, 558:14, 558:17, 558:20, 558:23, 558:24, 559:1, 559:2, 559:4, 559:9, 559:16, 559:17, 560:25, 563:6, 564:1, 564:2, 564:15, 564:19, 567:4, 567:5, 567:11, 567:14, 567:17, 567:21, 568:22, 569:5, 569:11, 569:14, 569:17, 569:23, 570:2, 570:6, 570:9, 570:12, 570:15, 570:17, 570:20, 570:23, 571:1, 571:2, 571:4, 571:11, 571:13, 572:4, 573:19, 574:8, 574:11, 574:18, 574:23, 576:2, 576:5, 577:10, 579:23, 580:4, 581:19, 581:22, 582:16, 583:18, 584:13, 584:21, 584:22,

585:13, 589:11, 589:13, 595:8, 595:16, 596:22, 596:23, 597:10, 597:13, 597:15, 597:17, 597:24, 598:8, 598:10, 598:12, 598:16, 598:18, 598:21, 599:3, 599:12, 599:13, 599:20, 600:22, 601:9, 601:10, 602:16, 602:20, 602:21, 603:23
**draft** [6] - 311:11, 311:13, 311:16, 311:19, 311:21, 524:11
**draw** [2] - 337:24, 421:3
**dreams** [1] - 299:3
**drop** [1] - 582:14
**drug** [42] - 305:14, 305:17, 306:5, 306:6, 306:7, 306:20, 306:22, 312:1, 312:20, 321:18, 470:2, 479:4, 479:8, 480:9, 480:11, 480:23, 482:7, 482:12, 482:13, 482:20, 483:25, 484:1, 484:2, 485:15, 485:17, 486:4, 486:11, 486:12, 487:4, 495:22, 510:3, 510:5, 510:8, 515:6, 515:22, 547:12, 561:12, 587:19, 588:6, 591:24, 592:3
**Drug** [2] - 321:23, 472:7
**drug's** [1] - 306:18
**dry** [1] - 486:10
**DTX-2155** [1] - 490:22
**DTX-2854** [4] - 431:18, 448:24, 449:3, 455:16
**due** [1] - 604:15
**duly** [2] - 317:18, 467:15
**duplicated** [1] - 353:5
**during** [11] - 306:10, 417:21, 430:2, 460:23, 463:7, 483:17, 493:25, 494:2, 520:17,

597:25, 603:11

## E

**early** [4] - 479:10, 479:13, 584:24, 585:6
**easy** [1] - 443:16
**edge** [2] - 486:9, 486:17
**education** [1] - 469:19
**effect** [20] - 339:4, 344:13, 357:25, 365:12, 479:23, 483:5, 483:8, 483:19, 483:21, 485:16, 487:22, 487:24, 488:10, 488:13, 488:16, 488:19, 489:12, 534:21, 584:21, 585:12
**effective** [1] - 480:14
**effectively** [3] - 512:24, 512:25, 598:1
**effects** [3] - 479:24, 480:18, 485:9
**effort** [1] - 452:24
**EGE** [16] - 368:21, 369:7, 371:3, 372:3, 372:16, 372:22, 372:25, 374:19, 375:4, 376:5, 376:8, 376:11, 577:8
**eight** [4] - 300:1, 302:20, 350:20, 355:21
**eight-and-a-half** [1] - 350:20
**either** [5] - 447:22, 525:20, 528:14, 529:3, 560:13
**elect** [1] - 338:4
**electronic** [2] - 492:19, 492:22
**electronically** [2] - 302:1, 302:16
**electrostatic** [1] - 482:15
**element** [9] - 499:7, 508:24, 516:14, 516:17, 521:24, 522:2, 522:17, 524:6, 543:6
**elements** [20] - 488:24, 501:12, 502:14, 510:23, 511:6, 511:10, 511:23, 512:18,

522:22, 523:4, 524:4, 541:19, 543:4, 579:1, 582:18, 588:11, 588:14, 589:2, 589:4, 592:1
**elevated** [1] - 583:1
**embedded** [1] - 492:14
**embodies** [2] - 484:20, 499:7
**embodiment** [2] - 575:20, 600:3
**embody** [2] - 498:5, 498:8
**Emeritus** [3] - 319:11, 319:17, 319:19
**Emery** [1] - 467:20
**EMERY** [1] - 294:21
**EMILY** [1] - 296:8
**employ** [2] - 338:23, 417:11
**employed** [3] - 357:15, 428:11, 546:4
**employee** [1] - 490:13
**employer** [2] - 300:7, 310:4
**encompass** [1] - 497:6
**end** [8] - 299:19, 309:2, 316:23, 343:8, 358:2, 448:3, 534:6, 551:20
**ended** [3] - 344:17, 355:14, 365:15
**ending** [1] - 448:24
**endowed** [1] - 468:14
**Endowed** [1] - 468:15
**ends** [5] - 312:4, 313:17, 315:18, 316:5, 316:14
**ENERIO** [1] - 295:13
**engineer** [2] - 482:6, 532:1
**engineering** [5] - 469:21, 469:23, 532:8, 532:9, 532:11
**Engineering** [1] - 468:8
**England** [1] - 321:8
**ENGLISH** [1] - 294:18
**ensuring** [5] - 502:7, 508:5, 508:9, 517:20, 519:22
**entail** [1] - 301:12
**entailed** [1] - 300:19
**enter** [1] - 601:12
**entered** [3] - 318:11, 318:18, 524:13

**entertained** [1] - 364:23
**entire** [4] - 300:18, 391:10, 452:6, 470:17
**entirely** [1] - 447:16
**entirety** [1] - 437:3
**entitled** [2] - 356:17, 584:5
**entry** [11] - 309:5, 309:13, 316:25, 317:4, 317:8, 330:3, 469:8, 515:15, 531:12, 544:21, 590:4
**envisioned** [1] - 507:25
**equal** [21] - 324:18, 325:6, 340:13, 344:19, 373:6, 376:16, 381:8, 384:15, 386:7, 393:21, 396:8, 398:17, 507:21, 521:14, 521:17, 522:12, 522:14, 536:4, 536:7, 536:19, 536:21
**equals** [2] - 435:20, 436:24
**equation** [3] - 341:18, 435:18, 435:20
**equipment** [1] - 596:9
**equivalent** [6] - 474:21, 526:7, 529:24, 530:6, 534:2, 566:5
**equivalently** [2] - 527:25, 535:6
**Error** [1] - 341:17
**error** [5] - 341:22, 342:7, 347:24, 427:19, 456:22
**errors** [1] - 341:5
**especially** [1] - 561:21
**ESQ** [27] - 294:18, 294:19, 294:21, 294:22, 294:22, 294:23, 294:23, 295:4, 295:4, 295:5, 295:7, 295:8, 295:8, 295:14, 295:16, 295:17, 295:17, 295:18, 295:18, 296:3, 296:6, 296:6, 296:7, 296:7, 296:8, 296:8, 296:9
**essentially** [15] - 318:8, 332:22, 333:4, 333:18,

345:6, 346:3, 355:18, 356:8, 373:15, 404:12, 420:23, 423:12, 437:20, 440:2, 529:25
**establish** [2] - 491:2, 498:21
**established** [4] - 537:15, 575:9, 577:2, 583:16
**establishes** [4] - 493:1, 575:8, 582:16, 599:12
**establishing** [13] - 537:9, 537:19, 538:2, 538:7, 538:12, 538:17, 563:16, 563:21, 574:18, 574:23, 579:2, 579:8, 580:25
**estimate** [2] - 363:12, 441:25
**estimated** [4] - 456:5, 459:8, 557:4, 569:3
**et** [2] - 294:3, 294:6
**ethics** [1] - 320:9
**evaluate** [2] - 501:4, 501:7
**evaluated** [3] - 333:9, 362:20, 383:10
**evening** [1] - 603:1
**evidence** [73] - 309:11, 309:17, 322:12, 322:16, 327:12, 327:17, 328:18, 328:23, 346:9, 346:15, 349:5, 349:9, 353:25, 354:4, 356:23, 357:2, 367:12, 367:24, 368:4, 368:12, 374:9, 374:14, 378:11, 378:15, 379:2, 379:7, 382:5, 382:11, 386:25, 387:5, 387:12, 389:5, 391:6, 394:17, 394:21, 395:3, 395:10, 397:3, 397:8, 397:14, 397:20, 403:6, 403:12, 403:19, 404:1, 404:18, 404:23, 411:9, 411:14, 469:13, 472:23, 473:14, 473:19, 476:17, 476:23,

477:3, 481:18, 481:22, 491:18, 491:19, 499:12, 515:19, 524:15, 531:19, 542:16, 562:19, 568:10, 568:14, 576:7, 588:1, 590:10, 598:17, 602:14
**evidentiary** [1] - 317:23
**evolution** [1] - 324:9
**exact** [5] - 356:6, 421:17, 423:23, 440:8, 595:24
**exactly** [16] - 340:13, 346:5, 351:20, 370:12, 373:11, 411:6, 411:24, 412:14, 415:3, 436:9, 437:22, 445:14, 459:22, 459:23, 462:17, 530:4
**examination** [10] - 407:13, 411:19, 427:14, 456:16, 460:23, 463:8, 553:20, 603:11, 604:13, 604:14
**EXAMINATION** [4] - 319:6, 414:5, 460:21, 467:22
**examine** [3] - 331:25, 415:20, 494:22
**examined** [6] - 317:19, 368:20, 409:6, 409:15, 417:3, 467:16
**examining** [1] - 408:6
**example** [16] - 307:12, 334:5, 336:16, 337:1, 364:17, 402:3, 436:10, 476:16, 483:1, 487:9, 497:25, 498:3, 504:13, 572:24, 576:16, 596:20
**examples** [14] - 336:19, 482:21, 484:8, 484:9, 495:3, 496:19, 497:16, 497:21, 497:22, 503:8, 504:17, 508:19, 586:18, 589:14
**exceed** [1] - 325:6
**exceeding** [1] - 399:7
**Excellence** [1] - 321:3

**excellent** [3] - 358:15, 444:6, 444:9
**except** [5] - 334:19, 336:20, 344:22, 491:19, 574:15
**exception** [2] - 379:25, 491:2
**exchange** [1] - 482:16
**excipient** [5] - 560:7, 560:8, 560:10, 560:11, 572:6
**excipients** [5] - 304:18, 517:3, 560:14, 561:18, 571:21
**excuse** [2] - 473:9, 496:12
**excused** [1] - 467:10
**executive** [1] - 310:9
**Exhibit** [47] - 302:2, 302:9, 302:13, 302:17, 303:5, 303:10, 304:22, 304:24, 305:1, 307:3, 308:9, 308:12, 308:19, 309:10, 309:16, 311:4, 311:8, 311:22, 311:24, 314:7, 315:4, 315:6, 322:15, 327:16, 328:22, 346:14, 349:8, 354:3, 357:1, 368:3, 374:13, 378:14, 379:6, 382:3, 382:10, 387:4, 394:20, 395:9, 397:7, 404:22, 411:13, 469:12, 481:21, 515:18, 531:18, 587:25, 590:9
**exhibit** [63] - 304:25, 316:7, 316:17, 316:20, 318:18, 318:19, 327:8, 329:11, 330:8, 349:2, 353:12, 356:20, 366:25, 367:16, 374:6, 374:7, 377:24, 378:23, 382:2, 386:22, 386:23, 386:25, 387:8, 392:2, 394:14, 394:23, 396:25, 397:11, 399:8, 450:22, 459:10, 489:17, 490:10, 490:21, 490:23,

490:24, 539:15, 555:3, 555:15, 556:7, 556:14, 556:15, 556:25, 557:7, 557:10, 557:17, 557:19, 565:14, 565:25, 566:14, 566:20, 566:25, 567:6, 567:20, 567:23, 568:2, 568:23, 569:1, 569:6, 569:12, 569:18, 577:9, 580:3
**Exhibits** [8] - 318:4, 397:19, 402:23, 402:24, 403:11, 403:25, 568:13, 602:13
**exhibits** [14] - 309:4, 317:24, 318:11, 318:3, 392:8, 392:12, 392:21, 397:12, 399:11, 399:13, 402:18, 403:1, 403:14, 403:17
**exist** [1] - 547:10
**existing** [1] - 297:25
**expect** [17] - 303:16, 422:15, 422:18, 422:24, 548:21, 572:2, 576:25, 578:16, 578:21, 582:6, 582:9, 582:10, 585:15, 594:11, 600:5, 600:20, 601:2
**expected** [6] - 475:19, 476:1, 548:5, 572:5, 584:24, 585:5
**expects** [1] - 526:6
**experience** [10] - 319:25, 321:25, 322:8, 322:9, 469:16, 492:7, 500:11, 500:14, 524:1, 550:11
**experiencing** [1] - 510:2
**experiment** [2] - 360:23, 496:4
**experimental** [8] - 444:18, 444:24, 445:5, 445:9, 445:11, 445:22, 446:1, 446:6
**experimentation** [1] - 304:13
**experiments** [12] -

331:14, 334:21, 353:7, 477:4, 477:6, 477:8, 477:15, 477:23, 491:6, 558:17, 570:20, 572:11
**expert** [21] - 321:16, 322:18, 345:24, 404:11, 408:24, 431:16, 432:19, 435:19, 438:22, 443:19, 470:24, 471:3, 471:13, 476:20, 480:1, 490:25, 523:16, 523:19, 558:7, 570:6, 572:25
**expertise** [1] - 518:22
**experts** [14] - 399:15, 409:1, 471:24, 476:21, 477:2, 477:7, 477:10, 477:12, 477:15, 477:18, 477:20, 477:23, 588:18, 594:8
**expiration** [2] - 567:25, 601:5
**expired** [33] - 440:5, 440:10, 440:14, 440:18, 441:15, 441:23, 443:6, 475:23, 475:24, 476:3, 477:18, 477:21, 477:24, 535:14, 542:25, 576:7, 576:12, 576:21, 577:3, 577:12, 577:23, 578:5, 578:11, 579:1, 579:7, 580:19, 580:24, 582:2, 583:25, 594:12, 595:9, 595:17, 601:4
**explain** [9] - 328:12, 331:11, 340:4, 341:18, 389:2, 480:20, 506:17, 509:4, 509:17
**explained** [1] - 485:14
**explaining** [2] - 479:15, 507:10
**explanation** [2] - 446:13, 446:19
**explicitly** [3] - 415:6, 415:12, 582:23
**exploration** [4] - 339:4, 359:2, 362:16, 434:23

**explorations** [1] - 354:17
**explore** [3] - 333:5, 334:3, 354:10
**explored** [1] - 313:1
**exploring** [3] - 333:10, 333:12, 435:16
**expression** [1] - 435:22
**expressly** [2] - 502:17, 508:4
**extend** [1] - 407:10
**extended** [10] - 330:18, 464:2, 474:5, 478:11, 478:14, 482:24, 488:8, 525:1, 526:16, 526:18
**extent** [2] - 421:18, 421:19
**extracted** [3] - 367:7, 367:22, 378:6
**extraction** [1] - 402:24

**F**

**F.1** [1] - 449:2
**F2** [24] - 314:4, 465:6, 465:7, 465:8, 466:13, 466:24, 466:25, 467:1, 467:3, 528:3, 529:13, 529:18, 529:24, 530:7, 530:9, 539:25, 540:3, 540:8, 566:16, 566:23, 566:24
**face** [2] - 390:18, 490:12
**facie** [1] - 490:14
**facility** [2] - 596:2, 596:4
**fact** [24] - 336:13, 352:13, 353:5, 358:22, 362:5, 365:6, 409:6, 418:17, 430:16, 447:21, 459:24, 491:4, 491:15, 526:25, 537:4, 564:16, 571:23, 573:14, 575:22, 578:25, 583:14, 583:16, 589:12, 594:6
**factor** [29] - 313:23, 313:25, 314:4, 314:5, 362:25, 363:13, 364:6,

364:21, 365:8, 365:23, 401:20, 412:3, 412:4, 412:6, 421:7, 421:11, 421:14, 424:15, 425:8, 425:12, 434:16, 437:17, 437:18, 438:23, 458:7, 458:9, 459:8, 462:3, 462:9
**factors** [3] - 365:5, 451:3, 451:5
**facts** [1] - 529:1
**faculty** [3] - 320:6, 320:24, 468:20
**failing** [1] - 494:13
**failure** [2] - 358:13, 430:25
**fair** [2] - 419:21, 439:7
**fairly** [4] - 341:21, 352:10, 422:7, 422:20
**faith** [1] - 314:25
**fall** [2] - 334:9, 372:6
**familiar** [4] - 478:2, 515:8, 515:21, 529:13
**far** [5] - 342:5, 342:10, 427:5, 483:11, 495:12
**Fassihi** [11] - 409:5, 558:7, 558:9, 558:12, 558:14, 558:17, 558:20, 558:23, 559:9, 571:11, 572:4
**Fassihi's** [2] - 559:1, 559:4
**fast** [4] - 344:23, 352:18, 432:22, 604:19
**faster** [13] - 312:21, 358:1, 401:15, 434:5, 434:11, 434:14, 449:18, 455:10, 573:4, 585:1, 585:6
**fault** [1] - 494:15
**FDA** [60] - 306:19, 307:13, 307:14, 307:16, 307:17, 311:12, 326:10, 327:7, 329:7, 329:11, 329:18, 330:6, 330:8, 330:14, 330:17, 366:22, 377:22, 378:6, 390:6, 390:13, 390:22, 391:2, 391:14,

391:16, 391:17, 400:18, 415:1, 415:4, 415:9, 422:19, 424:19, 446:25, 447:20, 465:5, 466:12, 472:8, 474:20, 523:25, 524:6, 524:23, 525:9, 525:21, 526:6, 526:9, 527:8, 528:4, 528:13, 528:17, 528:21, 529:1, 534:7, 539:4, 544:10, 545:11, 545:14, 545:18, 545:24, 546:1, 554:13, 564:22
**FDA's** [3] - 400:21, 414:19, 525:5
**feature** [1] - 434:9
**February** [1] - 294:9
**fell** [2] - 373:8, 381:10, 381:25
**fellow** [1] - 470:18
**few** [5] - 313:11, 445:13, 454:22, 502:16, 509:1
**field** [23] - 319:25, 468:23, 470:16, 470:19, 471:6, 471:7, 475:20, 476:1, 481:15, 486:24, 487:5, 489:6, 500:10, 500:11, 500:13, 526:24, 528:1, 529:21, 530:5, 547:2, 550:1, 553:3, 559:15
**fifty** [2] - 320:2, 470:15
**Figure** [3] - 431:15, 432:8, 432:18
**figure** [5] - 316:15, 351:5, 413:20, 556:23, 568:21
**figures** [1] - 353:19
**figuring** [1] - 483:7
**file** [2] - 492:23, 492:24
**filed** [3] - 297:20, 298:9, 472:7
**filer** [1] - 586:19
**filers** [9] - 329:8, 524:12, 524:24, 525:9, 559:21, 575:17, 576:17, 582:12, 594:4
**filing** [6] - 475:18, 544:8, 551:5,

551:24, 552:5, 600:24
**filings** [3] - 471:21, 543:23, 544:1
**final** [17] - 301:20, 335:3, 343:15, 344:17, 362:13, 362:14, 363:3, 363:6, 363:13, 363:15, 363:17, 363:23, 363:25, 364:9, 508:24, 555:4, 573:11
**finally** [6] - 324:7, 340:4, 397:22, 468:15, 475:22, 601:3
**fine** [6] - 348:10, 348:15, 444:14, 512:13, 545:1, 604:4
**finish** [1] - 604:12
**finished** [1] - 603:16
**firms** [1] - 321:18
**first** [65] - 296:18, 299:23, 304:17, 312:12, 323:4, 343:22, 350:16, 351:18, 352:3, 352:5, 354:7, 354:9, 354:11, 354:15, 356:19, 366:6, 366:24, 369:10, 369:13, 370:15, 370:23, 371:4, 375:24, 380:16, 383:23, 385:9, 385:13, 385:14, 399:18, 399:19, 399:22, 405:3, 407:3, 412:23, 422:10, 422:16, 430:16, 430:17, 430:19, 434:3, 439:23, 465:19, 469:4, 471:20, 473:24, 483:2, 498:23, 501:16, 508:22, 509:12, 509:17, 510:15, 510:16, 511:1, 512:20, 514:21, 516:14, 533:24, 534:24, 537:25, 540:13, 547:15, 559:12, 604:4
**fit** [5] - 356:6, 359:3, 359:5, 389:6, 409:16
**fits** [3] - 334:20, 337:23, 389:7
**fitting** [5] - 334:15,

338:12, 364:24, 409:13, 437:23
**fittings** [1] - 552:22
**five** [17] - 343:22, 343:24, 350:18, 350:19, 396:22, 512:15, 512:16, 512:17, 512:20, 512:23, 513:3, 537:12, 537:13, 537:17, 537:22, 537:24, 538:1
**fixed** [1] - 542:7
**flight** [1] - 604:25
**floats** [1] - 510:8
**flow** [1] - 304:5
**fluid** [1] - 545:13
**fly** [1] - 348:3
**focus** [2] - 464:18, 488:4
**focused** [3] - 305:24, 306:10, 321:9
**focusing** [3] - 472:11, 513:18, 514:17
**follow** [6] - 311:20, 369:12, 460:18, 467:7, 467:8, 595:23
**follow-up** [3] - 460:18, 467:7, 467:8
**followed** [7] - 311:16, 311:21, 355:18, 412:14, 525:5, 595:21, 596:13
**following** [2] - 312:15, 509:20
**follows** [4] - 317:19, 467:16, 503:9, 526:3
**food** [20] - 479:23, 480:8, 480:10, 480:11, 480:15, 480:16, 480:17, 483:5, 483:8, 483:19, 483:21, 485:9, 485:16, 487:22, 487:24, 488:11, 488:13, 488:16, 488:19, 489:12
**Food** [1] - 321:23
**foot** [1] - 363:18
**Footnote** [3] - 303:21, 303:23, 304:1
**FOR** [1] - 294:1
**foregoing** [1] - 605:8
**form** [8] - 318:8, 375:7, 486:3, 496:25, 558:20, 575:3, 575:4, 575:5
**formally** [1] - 392:1
**format** [1] - 493:20

**former** [1] - 407:7
**forming** [59] - 323:4, 329:14, 330:10, 357:5, 435:3, 453:10, 453:21, 461:2, 466:17, 474:2, 474:8, 474:14, 478:15, 483:1, 484:12, 487:8, 487:17, 488:9, 489:4, 497:6, 500:3, 501:17, 501:20, 501:21, 501:24, 501:25, 502:1, 502:18, 502:19, 502:20, 502:22, 502:23, 503:2, 503:6, 503:11, 512:22, 516:18, 516:19, 517:8, 517:10, 519:10, 519:12, 519:17, 519:19, 526:21, 526:22, 527:1, 539:2, 547:16, 550:2, 550:22, 560:1, 561:23, 563:1, 572:22, 574:3, 574:4, 575:18, 586:20
**forms** [6] - 310:17, 483:24, 484:3, 513:19, 513:20, 514:18
**formula** [19] - 335:5, 335:6, 335:7, 335:10, 335:11, 335:13, 335:15, 336:5, 337:4, 337:6, 337:9, 341:20, 341:22, 411:24, 436:8, 436:9
**formulate** [1] - 485:13
**formulated** [4] - 478:17, 478:20, 507:3, 517:25
**formulating** [3] - 311:1, 487:23, 505:16
**formulation** [126] - 300:20, 300:21, 300:23, 301:1, 301:7, 301:10, 301:14, 306:12, 312:6, 312:13, 312:16, 313:3, 313:13, 313:18, 425:4, 425:9, 425:12, 428:15,

428:19, 428:20, 428:25, 429:2, 438:15, 438:18, 438:20, 438:24, 439:3, 439:9, 439:25, 452:20, 461:8, 463:1, 463:2, 470:2, 470:8, 471:8, 472:9, 478:6, 478:11, 478:12, 478:13, 478:14, 478:15, 478:18, 478:23, 478:24, 478:25, 479:1, 479:21, 480:1, 480:2, 480:3, 480:20, 480:21, 481:7, 481:9, 483:6, 483:11, 483:13, 485:10, 487:21, 489:2, 493:10, 493:11, 495:9, 497:1, 497:3, 507:9, 514:7, 516:11, 517:12, 526:11, 527:4, 528:2, 532:12, 533:7, 534:1, 534:25, 540:14, 540:16, 540:19, 540:20, 548:11, 548:18, 548:25, 549:13, 550:9, 559:24, 560:6, 560:7, 560:8, 560:21, 561:6, 561:16, 562:3, 562:7, 562:21, 562:23, 563:1, 564:8, 564:10, 564:11, 566:11, 571:18, 572:19, 573:11, 573:25, 574:1, 574:3, 575:18, 575:22, 576:15, 585:18, 585:24, 586:20, 588:8, 589:6, 589:10, 598:25, 599:9, 600:11
**formulations** [53] - 389:2, 424:22, 425:16, 447:11, 452:17, 474:2, 474:5, 474:6, 479:3, 480:24, 482:2, 483:14, 483:16, 483:22, 484:7, 489:12, 493:12, 495:5, 496:25, 497:9, 497:12, 498:4, 498:7,

506:21, 527:12, 529:2, 529:17, 534:16, 535:3, 548:10, 548:25, 551:12, 560:19, 560:23, 561:20, 561:25, 562:14, 562:22, 573:19, 574:7, 574:10, 575:23, 585:9, 585:12, 586:22, 588:24, 589:14, 594:5, 594:6, 594:7, 600:2, 600:6, 600:9
**formulator** [19] - 303:6, 303:11, 303:15, 389:24, 390:3, 453:8, 473:16, 481:8, 482:7, 483:7, 485:12, 505:15, 509:3, 525:25, 526:10, 527:10, 546:23, 597:18
**formulators** [4] - 482:2, 507:3, 597:15, 598:9
**formulators's** [1] - 507:7
**forth** [5] - 477:3, 484:22, 497:23, 521:20, 546:16
**fortunate** [1] - 470:14
**foundation** [7] - 387:15, 387:18, 388:11, 389:13, 391:8, 490:2, 490:6
**four** [9] - 320:15, 327:4, 333:18, 336:6, 337:23, 340:6, 343:5, 351:7, 577:24
**four-and-a-half** [1] - 351:7
**fourteen** [2] - 320:13, 320:15
**fourth** [2] - 340:25, 489:8
**fraction** [2] - 410:13, 410:14
**frame** [3] - 438:7, 479:10, 582:15
**frequently** [1] - 490:16
**Friday** [1] - 604:21
**front** [3] - 302:4, 302:19, 468:24
**full** [5] - 305:5, 310:1, 319:17, 320:6, 601:13
**full-time** [1] - 319:17

**function** [1] - 474:9
**functions** [2] - 300:25, 301:2
**fundamental** [2] - 388:3, 560:24
**future** [4] - 335:1, 336:8, 338:1, 362:24

## G

**GAERTNER** [1] - 296:7
**gastrointestinal** [1] - 479:9
**GATTUSO** [2] - 295:13, 295:14
**gears** [4] - 442:12, 478:1, 530:12, 546:19
**gel** [20] - 474:2, 474:8, 474:13, 478:15, 484:11, 486:12, 487:8, 487:14, 487:15, 487:16, 488:9, 501:21, 507:24, 510:3, 526:21, 526:22, 527:1, 561:23, 574:3
**gelling** [1] - 486:7
**general** [8] - 362:21, 372:15, 488:1, 488:4, 500:7, 549:5, 559:13, 559:15
**generally** [2] - 479:12, 534:5
**generate** [7] - 350:2, 351:13, 369:18, 375:13, 380:5, 383:9, 442:8
**generated** [10] - 329:22, 351:14, 400:25, 401:5, 401:8, 442:13, 442:21, 443:8, 522:4, 523:3
**generating** [1] - 550:15
**generic** [12] - 301:8, 301:9, 307:14, 400:25, 463:1, 463:2, 463:3, 472:8, 526:5, 532:1, 532:5, 545:19
**gentlemen** [2] - 346:21, 553:11
**given** [24] - 324:11, 344:14, 344:15, 346:11, 371:14, 387:25, 410:13, 410:14, 416:2,

416:5, 436:13, 437:8, 446:23, 468:19, 468:21, 470:7, 470:18, 481:2, 490:3, 498:1, 504:18, 504:21, 587:8, 597:6
**glossed** [1] - 411:23
**glycol** [7] - 487:18, 487:19, 508:23, 517:18, 517:24, 519:15, 519:24
**GMP** [3] - 596:2, 596:3
**goal** [6] - 313:3, 365:16, 409:24, 474:17, 527:24, 551:20
**GOLDBLATT** [1] - 295:18
**govern** [1] - 604:23
**grade** [8] - 504:2, 504:3, 504:5, 504:15, 505:1, 505:6, 506:3, 517:6
**grades** [1] - 506:18
**grading** [3] - 504:7, 506:1, 516:25
**graduate** [1] - 320:20
**graph** [10] - 323:21, 326:22, 328:13, 333:13, 333:18, 350:16, 352:7, 360:15, 566:2
**graphical** [1] - 316:16
**graphically** [1] - 350:11
**graphs** [2] - 353:9, 433:6
**gray** [62] - 405:14, 405:22, 406:3, 406:7, 406:13, 406:14, 406:16, 407:25, 408:12, 425:22, 426:4, 426:13, 426:25, 427:3, 440:22, 441:22, 442:8, 443:2, 443:11, 444:18, 444:24, 473:11, 475:2, 502:10, 518:15, 518:18, 518:20, 518:22, 519:1, 520:21, 521:1, 522:5, 535:7, 535:16, 535:19, 535:25, 536:16, 542:15, 542:23, 542:25, 567:21, 576:8, 577:12,

577:15, 578:3, 580:3, 581:5, 581:9, 583:18, 584:13, 586:1, 589:22, 590:17, 590:19, 591:8, 592:13, 592:17, 592:21, 592:24, 593:4, 599:17
**Gray** [19] - 426:8, 440:4, 440:7, 440:13, 441:8, 448:14, 473:9, 537:9, 537:19, 538:2, 538:7, 538:12, 538:17, 540:9, 579:1, 579:7, 580:6, 580:11, 580:24
**gray's** [23] - 442:10, 443:22, 444:1, 446:11, 475:24, 519:4, 519:6, 520:3, 520:7, 520:9, 520:12, 520:18, 521:7, 522:9, 577:5, 577:19, 579:14, 586:8, 586:10, 586:13, 589:20, 600:15
**Gray's** [3] - 423:18, 576:5, 582:1
**grayed** [1] - 581:12
**great** [1] - 412:8
**greater** [8] - 495:15, 511:3, 521:17, 521:18, 522:14, 536:7, 536:20, 581:14
**green** [9] - 333:24, 333:25, 360:3, 360:4, 361:22, 361:25, 509:14, 511:4, 569:10
**greens** [2] - 555:3
**GREG** [1] - 295:18
**group** [6] - 310:23, 354:13, 354:15, 360:6
**grouped** [2] - 584:2, 584:19
**groups** [2] - 354:13, 354:14
**guess** [3] - 443:13, 451:1, 451:2
**GUHANIYOGI** [1] - 294:23
**guidance** [30] - 307:13, 307:14, 311:11, 311:13,

311:17, 311:19, 311:21, 329:8, 329:12, 329:15, 329:17, 329:24, 400:18, 400:21, 414:19, 414:22, 415:2, 415:4, 415:9, 415:13, 466:12, 524:11, 526:1, 526:3, 528:13, 528:17, 545:18, 546:2, 554:14, 564:22
**guide** [1] - 304:2
**guidelines** [2] - 465:5, 545:14
**guiding** [2] - 301:7, 301:9
**guy** [1] - 507:16
**guys** [3] - 485:24, 494:18, 499:11

**H**

**half** [53] - 324:21, 345:9, 350:20, 351:5, 351:6, 351:7, 359:10, 359:11, 359:16, 362:7, 369:25, 370:3, 370:17, 370:25, 372:9, 372:23, 373:1, 375:19, 376:6, 376:9, 376:12, 376:18, 380:12, 380:23, 380:25, 381:3, 381:10, 383:17, 384:4, 384:10, 385:22, 385:25, 386:3, 393:11, 393:13, 393:17, 395:21, 395:24, 396:3, 396:10, 398:6, 398:9, 398:12, 398:19, 406:25, 407:14, 437:10, 442:6, 449:10, 449:12, 484:25
**HALL** [1] - 295:3
**hand** [14] - 337:17, 358:11, 502:6, 505:21, 506:2, 509:11, 510:10, 510:21, 521:10, 521:15, 577:22, 581:11, 583:25, 584:20
**handful** [2] - 482:11,

482:21
**HANEY** [1] - 295:5
**happy** [1] - 604:3
**hard** [3] - 389:20, 494:17, 604:20
**harder** [2] - 338:10, 507:14
**HASH** [100] - 294:22, 296:19, 296:22, 297:2, 297:19, 297:25, 298:3, 298:6, 298:15, 298:22, 299:1, 299:8, 299:12, 299:17, 299:21, 299:25, 300:3, 309:3, 309:8, 309:12, 309:18, 316:24, 317:3, 317:7, 317:11, 317:13, 317:16, 467:13, 467:17, 467:19, 467:23, 469:7, 469:14, 471:2, 471:7, 471:11, 481:17, 481:23, 485:2, 485:7, 485:8, 489:21, 490:8, 490:11, 491:12, 491:23, 492:2, 492:12, 492:17, 492:19, 492:22, 493:7, 495:1, 495:2, 496:8, 506:15, 511:23, 512:1, 512:7, 512:9, 512:11, 512:14, 515:14, 515:20, 523:12, 524:13, 524:18, 524:19, 531:11, 531:20, 542:7, 542:10, 542:13, 542:14, 544:20, 544:25, 545:3, 553:9, 553:16, 553:22, 553:25, 554:5, 554:6, 568:9, 568:17, 568:20, 575:12, 584:7, 584:10, 584:11, 587:20, 588:2, 590:3, 590:11, 597:9, 598:4, 598:7, 601:11, 602:6, 602:15
**hash** [1] - 584:5
**Hash** [1] - 467:19
**hat** [1] - 341:22

**Hawkins** [3] - 314:20, 314:25, 605:10
**head** [1] - 559:8
**health** [1] - 319:12
**Health** [1] - 320:14
**Healthcare** [1] - 300:8
**hear** [14] - 329:7, 335:12, 388:25, 389:11, 389:24, 390:1, 406:15, 406:20, 476:9, 476:11, 487:18, 506:11, 510:19, 599:1
**heard** [12] - 329:9, 406:14, 406:16, 406:18, 475:1, 475:16, 476:2, 487:17, 491:18, 523:21, 552:13, 560:21
**hearing** [1] - 488:17
**hearsay** [10] - 318:9, 318:11, 318:13, 388:7, 391:5, 489:18, 489:22, 491:3, 491:15, 493:8
**height** [2] - 324:11, 336:2
**held** [2] - 320:4, 603:8
**help** [6] - 323:1, 411:18, 448:22, 478:22, 482:3, 509:7
**hence** [1] - 307:20
**hereby** [1] - 605:8
**HEYMAN** [1] - 295:13
**high** [13] - 331:6, 338:25, 345:11, 353:1, 363:7, 365:2, 365:4, 371:16, 371:17, 371:18, 448:3, 546:22
**higher** [7] - 341:1, 341:15, 371:18, 410:2, 487:12, 573:6, 573:8
**highlight** [2] - 320:3, 406:8
**highlighted** [5] - 326:24, 495:16, 513:1, 579:19, 579:20
**hinges** [2] - 451:9, 452:7
**HIRZEL** [1] - 295:13
**hit** [1] - 340:22
**hold** [4] - 319:21, 468:9, 468:11, 468:14
**holding** [1] - 355:1

holds [1] - 450:14
hole [1] - 482:18
Honor [128] - 296:19, 297:4, 297:20, 298:3, 299:21, 300:3, 309:3, 309:8, 309:18, 309:20, 314:8, 314:23, 316:24, 317:1, 317:11, 317:13, 317:16, 317:20, 317:22, 318:21, 319:1, 322:11, 322:13, 322:17, 322:21, 327:11, 327:14, 328:17, 328:20, 346:8, 347:1, 348:2, 348:13, 349:4, 353:24, 354:1, 356:22, 367:13, 367:23, 368:10, 374:8, 374:11, 378:10, 379:1, 382:4, 382:8, 386:24, 387:11, 387:14, 388:3, 388:16, 389:23, 390:24, 391:22, 391:25, 392:25, 394:16, 394:18, 395:2, 395:8, 397:2, 397:5, 397:13, 397:15, 403:5, 403:9, 403:18, 403:21, 404:17, 411:11, 411:15, 413:18, 413:24, 424:11, 427:7, 454:17, 460:15, 460:17, 460:20, 467:6, 467:8, 467:13, 467:17, 467:19, 468:2, 469:7, 469:10, 471:2, 481:17, 481:19, 485:7, 489:23, 490:21, 490:24, 491:12, 491:23, 494:8, 495:1, 496:2, 515:14, 515:16, 524:14, 524:18, 531:11, 531:15, 542:4, 544:20, 544:25, 553:9, 553:16, 553:23, 568:9, 584:4, 587:20, 590:3, 597:2, 597:20, 598:4, 601:7,

601:11, 602:15, 602:18, 603:6, 603:7, 603:12, 604:16, 605:3
Honor's [2] - 346:11, 602:25
HONORABLE [1] - 294:13
honorary [1] - 468:19
hope [2] - 340:3, 361:6
hoping [1] - 484:14
horizontal [3] - 323:24, 333:20, 339:18
horizontally [2] - 353:10, 383:3
hour [59] - 324:18, 325:4, 352:15, 352:16, 371:2, 372:19, 373:9, 373:13, 373:15, 376:3, 376:19, 380:20, 381:11, 381:15, 384:1, 384:17, 385:18, 386:9, 393:7, 393:23, 395:17, 396:12, 398:2, 398:20, 444:16, 444:22, 445:2, 445:8, 449:11, 455:23, 479:4, 479:6, 484:25, 509:13, 521:13, 521:16, 536:6, 553:23, 553:24, 557:11, 557:20, 557:21, 569:9, 569:21, 577:23, 577:25, 578:1, 578:6, 578:16, 578:20, 591:2, 591:11, 591:12, 593:7
hour-and-a-half [1] - 484:25
hours [124] - 323:24, 324:16, 324:21, 324:24, 325:3, 325:7, 345:10, 350:9, 350:10, 350:13, 350:17, 350:18, 350:19, 350:20, 351:7, 359:10, 359:11, 359:12, 359:13, 359:14, 359:16, 369:10, 369:25, 370:4, 370:18,

370:19, 370:25, 371:5, 372:9, 372:23, 373:1, 373:6, 373:8, 373:17, 373:24, 374:2, 375:19, 375:20, 376:6, 376:9, 376:12, 376:16, 376:18, 376:25, 377:2, 377:6, 380:12, 380:25, 381:3, 381:8, 381:10, 381:19, 381:23, 381:25, 383:2, 383:17, 383:18, 384:4, 384:8, 384:10, 384:15, 384:22, 384:23, 385:2, 385:22, 385:25, 386:3, 386:7, 386:18, 393:11, 393:14, 393:17, 393:22, 394:5, 394:10, 395:21, 395:24, 396:3, 396:8, 396:10, 396:18, 396:22, 398:6, 398:9, 398:12, 398:17, 398:19, 399:2, 399:5, 399:7, 406:13, 437:10, 437:13, 437:17, 445:20, 445:24, 448:5, 456:7, 495:12, 495:13, 495:15, 498:3, 509:15, 510:24, 511:2, 511:3, 511:4, 522:12, 522:14, 536:5, 536:20, 536:21, 578:7, 580:13, 580:15, 581:16, 581:17, 604:23
house [1] - 532:11
housekeeping [2] - 411:7, 601:11
human [1] - 320:9
hundred [1] - 506:7
hydrates [2] - 486:11, 487:13
hydrating [1] - 486:7
hydration [2] - 486:11, 507:19
hydrogel [61] - 472:9, 481:7, 483:1, 484:21, 485:14, 485:23, 487:1,

487:2, 487:7, 487:24, 488:13, 488:19, 489:2, 489:4, 497:1, 497:3, 497:6, 501:17, 501:20, 501:24, 501:25, 502:1, 502:18, 502:20, 502:22, 502:23, 503:2, 503:3, 503:6, 503:11, 505:16, 505:19, 507:4, 507:7, 507:8, 512:22, 516:11, 516:15, 516:18, 516:19, 517:8, 517:10, 519:10, 519:12, 519:17, 519:20, 526:23, 539:1, 540:14, 547:16, 550:2, 559:25, 563:1, 564:8, 572:22, 574:3, 575:18, 586:19, 600:2
hydrogel-forming [13] - 489:4, 497:6, 501:20, 501:24, 502:18, 502:20, 502:23, 503:11, 512:22, 516:18, 516:19, 519:10, 519:12
hydrogels [1] - 485:21
hydrophilic [18] - 487:19, 489:5, 497:9, 502:3, 502:5, 502:9, 508:1, 508:3, 508:4, 508:8, 508:10, 508:13, 508:17, 508:20, 517:14, 517:16, 519:14, 527:2
hypothetical [2] - 333:19, 343:5

**I**

I' [1] - 591:23
i.e [1] - 462:3
idea [5] - 426:19, 457:19, 487:23, 527:14, 558:4
ideal [1] - 596:18
identical [2] - 313:8, 365:5, 375:7, 446:8, 596:14
identified [4] - 306:15, 334:12, 492:4, 496:9
identifies [1] - 492:24

identify [2] - 333:5, 492:6
identifying [1] - 303:7
ignore [1] - 525:9
II [249] - 307:12, 324:5, 329:23, 331:10, 331:16, 332:1, 332:8, 344:4, 344:11, 344:15, 344:20, 344:21, 345:7, 345:20, 348:25, 349:18, 349:24, 351:3, 351:4, 351:6, 351:12, 351:15, 351:25, 352:13, 352:16, 352:18, 353:8, 354:19, 355:3, 355:24, 356:9, 358:20, 359:10, 359:11, 359:15, 360:22, 361:3, 361:14, 361:17, 361:19, 361:21, 362:11, 363:13, 363:19, 363:21, 364:8, 369:25, 370:3, 371:1, 371:5, 372:5, 372:8, 372:23, 373:1, 373:8, 373:18, 376:4, 376:5, 376:8, 376:11, 380:11, 380:21, 380:25, 381:3, 381:9, 381:17, 381:25, 383:17, 384:2, 384:3, 384:7, 384:10, 384:21, 384:24, 385:19, 385:21, 385:24, 386:2, 386:14, 393:8, 393:10, 393:13, 393:16, 394:4, 395:20, 395:23, 396:3, 396:10, 396:18, 398:3, 398:5, 398:8, 398:11, 398:18, 399:2, 400:1, 400:8, 400:10, 400:20, 401:1, 401:6, 401:9, 401:11, 401:12, 401:16, 401:18, 401:21, 401:24, 402:1, 402:7, 403:16, 404:15, 406:2, 406:10, 408:5, 410:22, 412:1, 412:23,

412:24, 412:25, 413:5, 414:16, 414:23, 414:24, 415:4, 415:11, 415:12, 415:16, 415:22, 416:2, 416:11, 417:6, 420:2, 420:4, 420:7, 420:25, 422:10, 422:11, 422:15, 423:14, 424:6, 424:23, 425:2, 426:2, 426:5, 426:11, 426:21, 426:25, 427:2, 428:9, 428:13, 428:14, 428:19, 428:20, 429:7, 429:8, 429:10, 429:11, 431:9, 432:15, 432:18, 432:21, 432:22, 432:25, 433:2, 433:8, 433:12, 434:7, 434:10, 434:12, 434:13, 435:3, 435:24, 436:2, 437:6, 437:8, 437:25, 439:10, 439:15, 440:5, 440:15, 441:24, 442:14, 443:3, 448:11, 449:16, 449:17, 449:22, 450:1, 450:2, 450:7, 450:13, 450:18, 450:23, 451:4, 451:6, 453:4, 453:25, 454:7, 454:25, 455:1, 455:5, 455:7, 455:10, 455:13, 456:3, 456:8, 457:6, 457:8, 457:17, 458:8, 459:17, 459:21, 461:16, 462:1, 462:10, 465:14, 465:17, 466:5, 466:23, 466:25, 467:3, 509:22, 528:15, 529:3, 529:7, 542:1, 542:20, 543:1, 544:7, 546:9, 547:3, 547:11, 548:10, 548:14, 549:4, 551:7, 552:6, 556:8, 556:10, 557:19, 559:13, 567:7, 569:8, 599:5, 600:25
**illustrate** [1] - 334:25

**imagine** [3] - 483:24, 549:10, 553:22
**immediate** [16] - 478:12, 478:20, 478:23, 478:25, 479:1, 479:2, 479:16, 479:20, 479:23, 480:3, 481:3, 483:5, 483:6, 483:8, 485:10, 526:14
**immediately** [2] - 488:14, 488:15
**immunology** [1] - 468:12
**impact** [10] - 425:5, 438:19, 488:13, 488:19, 533:21, 563:6, 563:7, 589:8, 592:8, 593:24
**impacted** [1] - 306:12
**implementing** [1] - 321:19
**implies** [1] - 480:22
**import** [4] - 460:4, 460:6, 460:13
**important** [10] - 441:12, 473:25, 474:13, 533:9, 534:3, 571:16, 574:7, 594:9, 598:24, 600:7
**importing** [2] - 460:9, 460:10
**impression** [1] - 443:5
**improper** [1] - 419:18
**improve** [1] - 365:13
**Improved** [1] - 356:18
**improved** [1] - 364:25
**IN** [1] - 294:1
**in-house** [1] - 532:11
**inability** [1] - 476:13
**inaccuracies** [1] - 315:14
**inaccurate** [2] - 391:17, 419:25
**Inc** [2] - 295:20, 296:11
**INC** [2] - 294:3, 294:6
**include** [10] - 298:10, 458:15, 497:9, 503:17, 516:19, 517:14, 518:2, 532:25, 549:24, 561:22
**included** [17] - 330:14, 330:17, 493:12, 497:21, 497:22, 500:6, 501:14, 501:22, 501:25,

503:7, 513:20, 517:11, 517:16, 528:7, 533:8, 563:4
**includes** [3] - 490:15, 491:13, 592:3
**including** [5] - 310:18, 320:24, 321:19, 456:2, 583:23
**increase** [8] - 476:2, 500:13, 507:22, 576:13, 576:20, 585:8, 585:17, 589:12
**increased** [4] - 415:7, 528:10, 549:8, 549:9
**increasing** [1] - 482:9
**incredulous** [1] - 421:22
**indeed** [1] - 408:7
**indefiniteness** [1] - 583:15
**independent** [3] - 355:4, 355:10, 511:15
**independently** [2] - 410:15, 439:19
**indicate** [5] - 425:2, 433:25, 540:3, 566:23, 599:16
**indicated** [3] - 371:12, 402:13, 409:23
**indicates** [6] - 340:15, 361:18, 364:4, 410:13, 415:7, 466:23
**indicating** [1] - 337:9
**indication** [2] - 425:12, 489:24
**individual** [7] - 350:21, 375:9, 381:18, 383:3, 470:17, 556:19, 567:16
**individually** [1] - 601:14
**individuals** [1] - 491:5
**inducted** [2] - 470:21, 470:22
**indulgence** [1] - 602:25
**Industrial** [1] - 321:10
**industry** [1] - 529:9
**ineffective** [1] - 480:7
**influence** [2] - 424:22, 562:17
**information** [24] - 303:15, 327:13, 363:10, 363:11, 388:23, 389:1, 389:25, 418:18,

418:20, 466:16, 487:1, 492:14, 492:25, 493:9, 493:15, 494:13, 496:21, 496:24, 497:21, 505:14, 506:22, 517:5, 527:15, 568:2
**infringe** [18] - 473:20, 476:10, 476:16, 476:24, 499:15, 499:21, 499:22, 499:25, 500:1, 501:8, 537:11, 542:17, 576:4, 577:2, 578:24, 579:10, 581:23, 593:13
**infringed** [1] - 541:6
**infringement** [29] - 471:23, 472:2, 472:11, 472:13, 473:2, 473:17, 476:13, 476:18, 498:14, 498:19, 498:20, 498:21, 501:5, 530:24, 543:18, 558:10, 568:6, 570:13, 575:14, 576:6, 582:3, 586:15, 593:25, 599:21, 602:24, 603:2, 603:23, 603:24, 604:13
**infringes** [16] - 499:10, 530:17, 537:21, 538:4, 538:9, 538:14, 538:19, 540:25, 563:19, 563:24, 574:21, 575:1, 579:4, 581:2, 595:6, 595:14
**infringing** [3] - 476:13, 499:18, 577:4
**ingesting** [1] - 480:16
**ingredient** [10] - 332:20, 478:6, 478:9, 478:10, 496:15, 513:18, 513:19, 513:22, 514:18, 561:16
**ingredients** [22] - 462:15, 495:7, 532:5, 532:15, 532:18, 532:19, 532:22, 533:25, 534:10, 534:13,

561:15, 564:11, 572:14, 572:16, 572:17, 573:23, 574:4, 574:5, 576:17, 587:10, 588:3, 591:21
**initial** [3] - 312:21, 334:10, 478:21
**inner** [1] - 486:3
**input** [7] - 420:24, 548:4, 551:6, 560:20, 561:5, 561:8, 569:2
**inside** [6] - 478:10, 486:5, 486:11, 507:14, 509:24, 510:4
**instance** [23] - 334:10, 340:24, 355:20, 360:19, 369:13, 434:2, 480:8, 480:16, 483:17, 483:19, 483:25, 487:16, 504:4, 504:12, 506:20, 526:6, 535:4, 549:15, 552:18, 560:14, 560:21, 562:19, 586:23
**instances** [2] - 505:4, 577:1
**instead** [2] - 337:11, 344:24
**Institute** [2] - 321:6, 468:13
**institutional** [1] - 320:8
**instructions** [1] - 595:21
**intend** [2] - 314:11, 503:25
**intended** [10] - 405:25, 408:8, 419:12, 420:22, 429:4, 446:20, 480:13, 529:2, 566:4, 587:4
**intending** [1] - 528:14
**intends** [2] - 552:9, 559:16
**intention** [1] - 602:23
**interact** [1] - 523:17
**interacted** [1] - 523:19
**interactions** [1] - 482:15
**interesting** [1] - 490:20
**interject** [1] - 314:8
**internal** [2] - 490:2, 496:16
**International** [1] -

321:6
**internationally** [1] - 468:22
**interpret** [2] - 304:4, 371:10
**interpreters** [1] - 494:19
**intersection** [1] - 335:16
**interval** [31] - 371:23, 372:1, 372:6, 372:11, 372:17, 372:24, 373:2, 376:7, 376:10, 376:13, 380:23, 381:1, 381:4, 384:5, 384:9, 384:11, 385:23, 386:1, 386:4, 393:12, 393:15, 393:18, 395:22, 395:25, 396:4, 398:7, 398:10, 398:13, 446:10, 446:11, 456:11
**intervals** [14] - 372:13, 406:6, 408:2, 408:3, 443:25, 444:2, 445:15, 445:16, 447:19, 456:3, 557:13, 557:23, 569:15, 569:24
**intravenously** [1] - 483:20
**introduce** [2] - 467:24, 492:1
**invalid** [1] - 564:16
**invalidated** [1] - 562:18
**invention** [3] - 484:17, 499:4, 516:18
**Inventors** [1] - 470:23
**inventors** [2] - 491:7, 491:8
**investigate** [1] - 546:20
**investigator** [1] - 470:13
**invited** [1] - 298:6
**involve** [2] - 439:9, 470:1
**involved** [11] - 301:3, 301:6, 301:8, 311:2, 359:23, 369:24, 493:10, 493:13, 526:18, 534:6
**involvement** [1] - 358:23
**inward** [2] - 486:12, 486:20

**ion** [1] - 482:15
**irrespective** [1] - 439:25
**issue** [12] - 297:3, 299:8, 390:11, 390:18, 424:9, 471:18, 473:2, 488:15, 494:20, 602:15, 602:19, 603:13
**issues** [7] - 299:12, 389:3, 430:20, 597:12, 603:2, 603:3, 604:6
**item** [1] - 489:8
**items** [1] - 461:6
**itself** [10] - 387:18, 388:9, 455:8, 474:22, 487:12, 489:1, 492:16, 492:17, 498:9, 501:15
**IUPAC** [1] - 488:7

### J

**Japanese** [2] - 494:14, 494:18
**Jason** [1] - 318:21
**JASON** [1] - 294:22
**JAYITA** [1] - 294:23
**job** [12] - 300:17, 310:8, 310:15, 319:16, 337:13, 337:17, 338:24, 358:10, 358:15, 361:6, 362:10, 466:22
**JOHN** [1] - 295:4
**JONATHAN** [1] - 296:8
**JOSEPH** [1] - 294:13
**journal** [1] - 357:8
**Journal** [1] - 357:9
**journals** [1] - 321:13
**JOYCE** [1] - 294:19
**JTX** [1] - 481:21
**JTX-0002** [1] - 602:10
**JTX-0006** [3] - 601:12, 601:17, 602:7
**JTX-002** [5] - 471:15, 497:20, 508:15, 508:16
**JTX-0020** [7] - 524:9, 524:10, 524:20, 524:21, 524:23, 525:16, 527:18
**JTX-006** [4] - 505:7, 505:8, 506:16, 506:23

**JTX-0074** [5] - 481:11, 481:14, 481:18, 481:25, 482:1
**JTX-20** [1] - 329:13
**JTX-309** [1] - 469:2
**Judge** [2] - 294:14, 389:4
**judges** [1] - 494:23
**June** [1] - 524:12
**junior** [1] - 320:24
**justification** [1] - 532:3
**justify** [3] - 525:12, 525:13, 525:21

### K

**K-A-N-N-A-N** [1] - 300:6
**K-R-I-S-H-N-A-K-U-M-A-R** [1] - 310:3
**Kannan** [16] - 299:22, 300:4, 300:6, 302:1, 302:9, 302:13, 302:16, 303:5, 303:10, 307:3, 308:12, 308:19, 309:3, 309:21, 555:18, 555:21
**Kannan's** [1] - 556:3
**Kepler** [1] - 468:14
**KEVIN** [1] - 295:17
**key** [3] - 332:20, 356:1, 437:24
**kind** [34] - 313:7, 313:9, 341:13, 341:16, 402:6, 411:23, 428:5, 434:7, 467:2, 470:4, 474:2, 474:10, 478:10, 478:13, 484:11, 485:19, 486:6, 486:23, 488:8, 489:25, 526:20, 527:13, 533:24, 540:17, 547:16, 547:18, 547:21, 548:22, 550:2, 553:5, 571:20, 582:10, 592:10
**kinds** [4] - 462:17, 483:21, 553:3, 598:19
**King** [1] - 294:11
**kink** [4] - 434:4, 434:6, 434:8
**knob** [1] - 507:24
**KNOBBE** [1] - 295:7
**knobs** [1] - 526:24

**knowledge** [14] - 304:8, 304:12, 438:17, 438:20, 460:6, 477:11, 477:14, 477:17, 477:19, 477:22, 477:25, 570:19, 570:22, 570:25
**known** [21] - 474:9, 475:20, 478:16, 481:16, 482:17, 483:2, 486:7, 487:5, 487:9, 527:2, 540:17, 547:1, 547:17, 560:1, 564:8, 573:7, 576:14, 576:18, 582:9, 582:21, 600:9
**knows** [1] - 489:19
**KRAMAN** [1] - 296:3
**Krishnakumar** [2] - 309:24, 310:2
**Kyle** [1] - 509:7

### L

**lab** [2] - 404:12, 491:6
**Lab** [4] - 519:3, 520:1, 520:2, 520:6
**label** [4] - 374:19, 510:17, 518:14
**labeled** [6] - 368:20, 369:7, 371:22, 379:12, 380:3, 383:2
**laboratory** [1] - 346:3
**ladies** [2] - 346:21, 553:10
**large** [2] - 357:19, 482:9
**largely** [1] - 439:7
**larger** [4] - 334:6, 334:7, 341:14, 401:18
**largest** [1] - 448:2
**laser** [1] - 433:24
**last** [9] - 296:22, 297:3, 309:20, 310:11, 320:15, 362:24, 484:8, 502:10, 505:13
**late** [1] - 321:17
**lawsuit** [2] - 299:16, 299:17
**lawyer** [2] - 476:14, 498:11
**lay** [7] - 387:15, 387:18, 388:11, 389:13, 391:8, 490:2, 490:6
**layer** [5] - 486:11,

486:12, 486:20, 559:24, 573:10
**layers** [2] - 489:18, 489:22
**laying** [1] - 389:23
**leading** [3] - 479:24, 493:14, 575:9
**leads** [1] - 337:15
**LEAH** [1] - 296:7
**learn** [1] - 355:16
**least** [15] - 324:25, 325:2, 374:2, 377:6, 381:23, 385:2, 386:18, 394:10, 396:22, 399:5, 441:24, 499:1, 500:9, 534:16, 553:23
**leave** [2] - 363:10
**leaves** [1] - 487:13
**led** [1] - 358:11
**left** [22] - 323:16, 323:17, 343:4, 343:5, 370:17, 370:23, 406:8, 409:18, 495:13, 501:18, 501:22, 502:5, 502:6, 502:11, 505:21, 509:11, 510:10, 512:21, 521:10, 577:22, 581:11, 584:20
**left-hand** [7] - 502:6, 505:21, 509:11, 510:10, 521:10, 577:22, 584:20
**legal** [3] - 498:13, 498:17, 596:2
**legally** [1] - 490:3
**Lek** [1] - 295:20
**lens** [1] - 473:16
**Leonard** [1] - 318:22
**LEONARD** [83] - 294:22, 317:20, 318:21, 319:1, 319:4, 319:7, 322:11, 322:17, 322:23, 322:24, 327:11, 327:18, 328:17, 328:24, 346:8, 346:16, 347:1, 347:2, 348:13, 348:16, 348:18, 349:4, 349:10, 353:24, 354:6, 356:22, 357:3, 367:11, 367:15, 367:23, 368:5, 368:7,

368:10, 368:13, 368:15, 368:16, 374:8, 374:15, 378:10, 378:16, 379:1, 379:8, 382:4, 382:12, 386:24, 387:6, 387:11, 387:22, 388:16, 388:25, 389:10, 389:19, 389:22, 390:16, 391:22, 391:25, 392:4, 392:9, 392:11, 392:15, 392:19, 393:2, 394:16, 394:22, 395:2, 395:8, 395:11, 397:2, 397:9, 397:13, 397:21, 403:5, 403:8, 403:13, 403:18, 404:2, 404:17, 404:24, 411:8, 411:15, 460:20, 460:22, 467:5
**less** [37] - 324:16, 324:18, 324:23, 363:20, 363:25, 373:6, 373:22, 376:15, 377:1, 381:7, 384:14, 386:7, 393:20, 396:7, 398:16, 398:19, 416:25, 417:4, 418:15, 480:13, 491:2, 510:24, 521:13, 522:12, 529:22, 530:3, 530:11, 536:4, 536:19, 540:6, 557:10, 566:25, 577:1, 578:19, 582:9
**letting** [1] - 299:4
**level** [13] - 324:21, 325:8, 331:6, 336:3, 338:25, 352:5, 353:1, 363:8, 365:2, 365:4, 479:7, 481:1, 546:22
**levels** [2] - 415:8, 481:4
**liability** [1] - 596:3
**lies** [1] - 336:9
**life** [3] - 590:12, 590:14, 590:15
**Lifesciences** [1] - 296:11
**lighter** [1] - 555:3
**likely** [2] - 372:9,

499:11
**likewise** [3] - 480:15, 499:24, 517:7
**limine** [1] - 389:4
**limitation** [159] - 323:11, 323:12, 323:18, 325:12, 331:4, 373:5, 374:1, 376:15, 377:3, 377:5, 381:7, 381:22, 384:14, 385:1, 386:7, 386:8, 386:18, 386:20, 393:20, 394:9, 394:12, 396:7, 396:21, 396:23, 398:16, 399:4, 400:14, 400:16, 441:20, 451:19, 452:7, 455:8, 472:20, 473:3, 473:6, 489:9, 497:17, 498:23, 499:8, 502:11, 503:15, 503:18, 508:25, 509:4, 509:11, 510:25, 511:3, 512:19, 513:1, 521:12, 521:17, 522:13, 522:15, 522:20, 528:21, 528:23, 530:22, 530:25, 531:3, 535:21, 536:4, 536:5, 536:8, 536:10, 536:13, 536:19, 536:21, 536:24, 537:2, 537:10, 537:17, 537:20, 538:3, 538:8, 538:13, 538:18, 538:23, 540:24, 541:16, 541:20, 543:10, 543:13, 544:4, 544:6, 544:12, 546:6, 546:8, 546:13, 546:21, 556:20, 557:10, 557:11, 557:20, 557:21, 558:2, 558:6, 563:12, 563:13, 563:17, 563:22, 567:8, 567:17, 569:9, 569:21, 569:22, 570:3, 570:5, 574:14, 574:16, 574:19, 574:24, 576:1, 576:24, 577:16, 577:25,

578:1, 578:6, 578:7, 578:9, 578:12, 578:14, 578:16, 578:20, 579:3, 579:9, 580:8, 580:14, 580:15, 580:17, 580:20, 580:22, 581:1, 581:13, 581:15, 581:18, 581:20, 582:17, 587:4, 587:9, 589:18, 590:21, 591:2, 591:3, 591:5, 591:12, 591:13, 591:15, 591:18, 593:1, 593:7, 593:8, 593:10, 593:17, 593:21, 594:24, 595:3, 595:11, 601:6
**limitations** [26] - 472:17, 474:22, 499:15, 499:18, 501:10, 511:6, 514:15, 514:23, 515:1, 523:1, 523:6, 523:9, 530:21, 530:24, 537:6, 537:14, 537:18, 539:7, 540:11, 541:10, 541:13, 541:15, 588:22, 595:12, 595:19, 600:19
**Limited** [4] - 295:10, 296:11, 300:8, 310:5
**limited** [3] - 399:19, 402:7, 418:21
**limits** [5] - 395:22, 396:4, 407:10, 418:12, 447:20
**line** [56] - 324:7, 324:9, 324:12, 324:20, 325:7, 334:8, 334:9, 334:19, 334:22, 334:24, 335:1, 335:3, 335:8, 335:11, 335:13, 335:17, 335:19, 335:25, 336:1, 336:9, 336:12, 336:13, 336:20, 336:23, 337:10, 337:12, 337:17, 337:20, 337:23, 340:14, 340:15, 341:3, 350:24, 351:18, 351:20, 351:23, 351:24,

355:22, 356:2, 356:3, 360:16, 360:17, 361:2, 408:2, 409:20, 419:7, 422:12, 432:11, 432:14, 436:10, 445:11, 488:5, 488:6, 569:4
**linear** [4] - 408:15, 408:20, 433:18, 433:20
**lined** [2] - 424:8, 427:1
**lines** [5] - 356:1, 360:18, 408:23, 462:9, 599:7
**list** [21] - 490:21, 490:23, 490:25, 494:9, 501:24, 502:5, 503:5, 503:9, 508:17, 512:21, 512:24, 528:9, 532:15, 561:14, 567:23, 572:13, 572:16, 601:12, 601:13, 601:16, 602:9
**listed** [6] - 337:6, 495:7, 508:22, 513:21, 534:13, 592:15
**listening** [1] - 583:13
**literature** [9] - 321:14, 356:13, 428:7, 428:10, 428:12, 428:18, 428:22, 532:10
**litigation** [2] - 358:21, 575:17
**LITTLE** [1] - 467:15
**live** [1] - 299:24
**LLP** [7] - 294:18, 294:21, 295:7, 295:13, 295:16, 296:3, 296:5
**LMIROO31190** [1] - 315:5
**LMIROO74173** [1] - 311:5
**LMIROO01332** [1] - 311:23
**local** [1] - 602:21
**location** [1] - 298:12
**LOCKE** [1] - 296:5
**Locke** [1] - 454:22
**logic** [1] - 529:3
**logistical** [1] - 603:13
**look** [72] - 303:15, 311:6, 323:19, 326:15, 326:19, 328:3, 329:17,

330:2, 331:22, 332:25, 333:15, 334:16, 336:16, 339:3, 339:7, 343:2, 347:15, 347:16, 351:2, 351:17, 352:9, 352:23, 353:1, 355:21, 359:13, 360:1, 363:2, 363:14, 364:15, 366:23, 369:4, 370:23, 372:3, 374:16, 375:1, 377:23, 379:18, 405:7, 405:11, 412:23, 412:24, 414:25, 416:10, 431:15, 434:3, 435:19, 444:12, 447:15, 458:19, 461:3, 475:4, 483:23, 486:8, 486:22, 494:21, 495:9, 497:25, 498:19, 503:24, 508:15, 508:24, 511:20, 512:15, 516:17, 527:23, 533:1, 533:6, 539:13, 571:24, 576:21, 578:15, 582:7
**looked** [16] - 351:2, 352:25, 355:17, 373:11, 375:8, 379:24, 393:25, 401:6, 404:15, 424:21, 434:24, 458:9, 459:3, 476:3, 483:13, 490:25
**looking** [49] - 323:20, 326:11, 327:9, 327:10, 328:2, 334:18, 335:13, 336:18, 337:5, 339:9, 342:11, 347:6, 349:1, 351:12, 351:19, 351:23, 353:2, 353:13, 356:16, 361:10, 364:18, 369:5, 371:2, 372:19, 375:3, 376:3, 379:20, 379:21, 380:20, 382:22, 382:23, 384:1, 385:18, 393:7, 395:17, 398:2, 399:22, 399:24, 400:24, 401:20, 414:7,

455:18, 459:2, 459:16, 464:1, 465:20, 527:22, 529:19, 553:18
**looks** [6] - 326:19, 334:8, 341:20, 352:16, 353:4, 489:23
**Lord** [1] - 454:22
**LORD** [1] - 296:5
**low** [4] - 340:25, 345:12, 345:13, 371:19
**lower** [11] - 360:16, 360:18, 455:23, 463:20, 464:18, 507:17, 507:23, 573:3, 573:8, 582:25, 590:14
**lunch** [5] - 413:21, 413:24, 424:12, 427:8, 427:10
**luncheon** [1] - 427:12
**Lupin** [128] - 295:10, 295:10, 310:5, 310:6, 310:20, 311:4, 311:13, 311:16, 311:19, 311:22, 312:5, 312:10, 312:15, 312:25, 313:12, 313:17, 314:3, 314:7, 315:4, 325:25, 326:2, 326:3, 326:9, 326:11, 326:14, 327:8, 328:2, 330:25, 331:3, 344:5, 344:8, 366:5, 377:8, 377:10, 377:13, 377:16, 377:23, 377:25, 378:24, 379:19, 380:5, 382:13, 382:22, 383:8, 383:24, 384:2, 384:13, 384:25, 414:9, 414:13, 416:21, 416:22, 427:25, 437:1, 437:4, 439:14, 439:25, 440:5, 440:8, 441:8, 441:17, 441:23, 448:15, 450:14, 451:10, 451:19, 451:21, 452:4, 452:7, 452:13, 453:25, 460:4, 460:6, 460:8,

460:10, 460:13, 472:4, 472:17, 475:11, 476:9, 476:24, 541:2, 541:6, 541:11, 541:18, 541:22, 542:17, 543:3, 543:12, 543:25, 544:10, 545:23, 546:1, 546:11, 546:16, 564:1, 564:2, 564:7, 564:21, 564:24, 565:2, 566:1, 566:16, 574:13, 574:20, 575:21, 576:5, 576:22, 579:16, 579:24, 581:6, 582:18, 584:6, 584:9, 584:12, 584:18, 585:21, 586:15, 589:16, 593:25, 595:14, 596:19, 599:22, 599:24, 600:8, 600:21, 601:4
**Lupin's** [92] - 309:19, 313:3, 326:22, 326:25, 327:2, 327:6, 327:21, 377:19, 377:21, 378:5, 378:7, 378:18, 379:10, 380:14, 380:18, 380:21, 381:6, 381:13, 381:21, 382:14, 383:20, 409:13, 439:20, 440:3, 448:7, 448:8, 448:12, 448:18, 449:6, 449:16, 449:18, 449:21, 449:24, 450:3, 450:9, 450:19, 450:21, 451:18, 452:16, 452:21, 452:25, 453:4, 454:7, 541:12, 542:22, 546:21, 565:7, 565:20, 566:6, 566:7, 566:10, 566:11, 567:5, 567:10, 568:3, 568:7, 568:23, 569:6, 569:12, 569:13, 570:2, 570:4, 570:10, 571:12, 571:25, 572:14, 572:19, 573:20, 573:23, 573:25,

574:10, 574:18, 574:23, 574:25, 575:14, 575:16, 575:25, 579:13, 580:7, 580:11, 580:16, 580:19, 580:21, 580:25, 581:2, 581:9, 581:19, 581:23, 582:2, 584:17, 595:24

## M

**M-A-K-A-R-A-N-D** [1] - 310:2
**M.E** [1] - 300:4
**M590785** [3] - 382:16, 384:3, 580:1
**M590786** [2] - 382:23, 384:7
**M590787** [1] - 384:10
**M590788** [5] - 379:21, 380:22, 409:14, 567:24, 580:1
**M590789** [3] - 379:13, 380:24, 567:24
**M590790** [3] - 379:13, 381:2, 567:24
**M590791** [1] - 579:18
**M590803** [1] - 579:17
**Machinery** [1] - 321:9
**magenta** [3] - 340:14, 341:2
**magistrate** [1] - 494:22
**main** [2] - 559:12, 571:6
**maintain** [1] - 491:14
**major** [1] - 561:23
**majority** [1] - 479:4
**Makarand** [2] - 309:24, 310:2
**makeup** [1] - 501:21
**managing** [1] - 300:18
**manner** [1] - 583:11
**manufacture** [16] - 407:6, 407:9, 417:1, 417:4, 417:7, 417:15, 417:23, 418:7, 419:10, 442:5, 460:1, 460:3, 460:5, 460:11, 592:19, 596:14
**manufactured** [5] - 368:22, 374:20, 406:25, 446:17, 587:19
**manufacturer** [8] - 303:1, 303:4,

303:16, 504:1, 504:5, 504:18, 505:9, 517:5
**manufacturer's** [1] - 516:25
**manufacturing** [1] - 306:12
**mapped** [1] - 527:20
**March** [1] - 505:13
**mark** [3] - 311:22, 314:7, 315:4
**marked** [2] - 311:4, 555:1
**markedly** [2] - 451:21, 452:1
**market** [2] - 485:15, 485:17
**marketed** [1] - 446:24
**MARTENS** [1] - 295:7
**masters** [2] - 319:23, 320:23
**match** [52] - 313:4, 313:8, 314:10, 327:4, 339:12, 422:16, 459:20, 462:4, 474:18, 475:6, 498:2, 524:6, 526:11, 527:12, 527:24, 532:20, 532:23, 533:25, 534:10, 539:2, 540:21, 555:5, 559:22, 560:2, 560:17, 560:22, 560:23, 561:3, 561:20, 561:21, 562:2, 562:22, 563:1, 565:16, 566:3, 566:4, 571:19, 571:21, 572:8, 572:19, 573:12, 574:1, 575:21, 587:5, 588:15, 588:16, 589:6, 592:11, 594:10, 596:7, 600:10
**matched** [2] - 402:2, 573:16
**matches** [4] - 313:19, 411:24, 459:5, 459:9
**matching** [1] - 539:18
**material** [3] - 373:24, 426:9, 446:14
**materials** [4] - 391:6, 420:17, 423:22, 462:11
**math** [1] - 347:18
**mathematical** [2] - 334:11, 435:22

**Mathematical** [1] - 321:6
**mathematically** [1] - 528:1
**Mathematics** [1] - 321:10
**mathematics** [1] - 319:22
**matrix** [1] - 487:4
**matter** [9] - 391:7, 411:7, 439:5, 439:11, 443:20, 488:1, 588:20, 601:11, 603:11
**mattered** [1] - 439:10
**matters** [1] - 573:11
**MAZZOCHI** [1] - 295:16
**MBGX/FD00281/021 B** [4] - 405:10, 405:12, 425:25, 592:15
**McCARTER** [1] - 294:18
**McDermott** [3] - 294:21, 318:22, 467:20
**McGowan** [1] - 468:13
**McLAUGHLIN** [1] - 295:3
**Mean** [1] - 341:17
**mean** [71] - 297:11, 300:15, 313:6, 313:21, 335:6, 341:22, 342:19, 345:5, 371:5, 371:25, 372:5, 372:7, 372:22, 373:1, 373:20, 376:5, 376:8, 376:11, 380:22, 380:25, 381:2, 381:17, 384:4, 384:7, 384:10, 385:21, 385:24, 386:2, 389:16, 393:10, 393:13, 393:16, 394:4, 395:20, 395:23, 396:2, 398:5, 398:8, 398:11, 417:8, 427:19, 433:14, 442:2, 444:15, 444:18, 444:22, 444:24, 445:3, 445:5, 445:8, 445:9, 445:20, 445:22, 446:1, 446:6, 447:21, 447:22, 456:5, 456:7,

457:16, 468:18, 478:25, 480:12, 511:22, 530:9, 533:3, 537:11, 537:21, 540:25, 547:19, 557:2
**meaning** [2] - 342:14, 499:3
**meaningful** [3] - 308:4, 308:22, 555:24
**means** [36] - 313:8, 314:1, 335:8, 345:6, 371:6, 371:13, 373:21, 410:17, 446:6, 446:20, 479:3, 499:2, 502:1, 502:7, 502:19, 502:22, 503:21, 505:5, 508:7, 508:9, 510:25, 511:4, 517:8, 517:10, 517:20, 519:17, 519:19, 519:21, 530:2, 530:3, 530:10, 538:4, 538:9, 538:14, 538:19, 540:5
**meant** [1] - 474:12
**measure** [7] - 339:24, 341:11, 342:5, 361:19, 400:9, 504:19, 504:24
**measured** [34] - 324:5, 331:9, 339:13, 343:11, 343:18, 343:21, 343:22, 344:20, 348:23, 350:9, 351:6, 351:25, 360:22, 361:5, 361:7, 371:7, 373:18, 400:10, 402:14, 406:1, 406:2, 419:20, 420:17, 422:15, 423:22, 427:2, 444:1, 445:16, 446:11, 446:15, 447:6, 447:25, 457:9
**measurement** [7] - 325:15, 326:6, 330:19, 340:8, 347:20, 361:20, 504:20
**measurements** [28] - 304:3, 326:4, 332:23, 333:23, 338:16, 340:13, 342:19, 342:21, 343:6, 344:11,

344:12, 345:10, 345:20, 350:18, 351:4, 351:8, 351:22, 361:3, 362:11, 362:12, 416:9, 416:18, 417:3, 423:15, 423:16, 453:23, 459:21
**measuring** [3] - 339:25, 486:14, 504:15
**mechanism** [3] - 487:5, 586:21, 600:13
**mechanisms** [10] - 474:16, 482:5, 482:22, 483:1, 483:3, 486:22, 540:18, 547:17, 560:2, 564:9
**mechanistic** [1] - 600:5
**mechanistically** [1] - 474:14
**media** [10] - 315:23, 369:20, 375:15, 380:7, 383:11, 400:7, 465:13, 509:24, 509:25, 528:9
**medical** [2] - 320:22, 321:14
**Medicine** [1] - 468:14
**medicines** [1] - 422:25
**medium** [1] - 325:16
**meet** [69] - 393:20, 394:11, 468:1, 468:2, 472:17, 473:3, 473:6, 497:16, 499:14, 499:18, 510:25, 511:5, 516:14, 521:24, 522:2, 522:16, 522:19, 522:25, 523:8, 531:3, 536:9, 536:12, 536:23, 537:1, 537:6, 537:10, 538:18, 539:6, 541:12, 541:15, 541:19, 543:9, 546:21, 558:5, 563:12, 569:8, 569:21, 570:4, 574:14, 575:25, 576:24, 577:25, 578:1, 578:6, 578:7, 578:9,

578:12, 578:13, 580:17, 580:20, 580:21, 581:12, 581:15, 582:15, 587:4, 587:9, 591:4, 591:11, 591:12, 591:14, 591:17, 593:7, 593:9, 593:17, 593:21, 594:11, 595:11, 601:1, 601:6
**meeting** [1] - 511:6
**meetings** [1] - 604:24
**meets** [36] - 451:19, 474:22, 514:25, 530:21, 530:24, 536:5, 536:6, 536:19, 536:20, 537:20, 537:23, 538:1, 538:3, 538:8, 538:13, 538:23, 540:10, 541:9, 543:12, 563:17, 563:22, 574:19, 574:24, 575:8, 579:3, 579:8, 580:14, 580:15, 580:25, 581:17, 582:16, 588:22, 589:17, 595:18, 600:19
**MEGAN** [1] - 295:5
**member** [2] - 321:4, 321:8
**members** [1] - 604:10
**mention** [4] - 415:10, 453:15, 479:16, 528:11
**mentioned** [18] - 307:17, 320:7, 363:17, 406:24, 415:13, 430:24, 457:2, 457:10, 461:15, 461:18, 469:24, 481:6, 485:21, 501:8, 505:11, 509:19, 543:21, 602:3
**met** [38] - 373:5, 374:1, 376:15, 377:5, 381:7, 381:22, 384:14, 385:1, 385:3, 386:6, 386:8, 386:17, 386:19, 389:20, 393:22, 394:9, 396:7, 396:21, 396:23, 398:16, 399:4, 495:15, 523:5, 537:16,

537:17, 537:18, 541:25, 543:4, 556:20, 557:10, 557:11, 557:20, 567:17, 581:19, 591:1, 591:2, 595:2, 604:8
**metadata** [16] - 490:14, 490:17, 491:1, 491:20, 491:21, 492:3, 492:6, 492:7, 492:12, 492:13, 492:14, 492:21, 492:22, 492:25, 493:21
**method** [116] - 307:8, 307:9, 307:15, 307:16, 307:20, 324:6, 325:10, 326:5, 330:6, 330:8, 330:13, 330:16, 330:20, 332:1, 332:15, 332:17, 332:21, 333:4, 333:5, 333:19, 333:23, 334:1, 334:6, 335:2, 336:3, 337:14, 337:15, 338:14, 339:14, 339:15, 339:20, 339:23, 339:24, 339:25, 340:1, 340:2, 340:10, 340:11, 343:1, 343:6, 343:11, 343:18, 343:19, 343:25, 347:15, 347:20, 347:21, 348:24, 348:25, 349:15, 349:18, 349:19, 349:21, 349:24, 351:1, 351:25, 352:4, 352:11, 355:7, 355:8, 358:20, 360:20, 372:2, 373:18, 396:19, 401:16, 409:20, 410:20, 415:11, 429:16, 431:8, 431:9, 433:13, 436:2, 455:5, 455:21, 464:1, 464:4, 464:11, 465:15, 466:24, 509:19, 513:25, 514:8, 544:8, 546:9, 546:10, 546:14, 550:15, 551:24, 551:25, 552:18,

552:19, 554:13, 554:17, 556:9, 557:3, 564:22, 564:25, 569:2, 569:3, 587:3, 596:12, 600:18, 600:23, 600:25
**methodology** [2] - 598:16, 599:12
**methods** [18] - 320:20, 329:25, 330:2, 331:16, 332:19, 336:15, 342:8, 352:11, 358:19, 412:12, 475:20, 518:23, 528:1, 528:18, 529:10, 547:1, 550:25, 600:9
**MICHAEL** [1] - 296:7
**mid** [1] - 374:23
**middle** [1] - 434:2
**might** [18] - 306:19, 334:25, 336:8, 345:11, 345:13, 354:18, 363:7, 371:18, 410:24, 461:9, 480:3, 482:3, 483:7, 488:19, 503:6, 509:7, 523:16, 524:21
**Mike** [1] - 379:12
**MIL** [3] - 387:24, 590:6, 601:18
**milligrams** [1] - 566:21
**milliliters** [10] - 325:16, 330:20, 350:5, 369:20, 375:15, 380:7, 383:11, 400:7, 509:25, 545:13
**million** [8] - 503:12, 504:4, 505:23, 506:1, 506:9, 516:23, 573:1, 573:2
**mimicked** [5] - 344:14, 344:15, 356:3, 434:10, 453:7
**minor** [13] - 533:8, 533:16, 534:13, 534:14, 534:19, 534:20, 562:4, 573:14, 575:23, 589:5, 589:7, 592:8, 594:7
**minute** [5] - 297:23, 368:10, 412:1, 484:20, 509:16
**minutes** [3] - 300:1, 427:10, 598:3

**mirabegron** [79] - 301:4, 301:9, 310:20, 310:22, 311:11, 311:14, 324:4, 324:10, 324:12, 324:19, 329:7, 329:12, 329:19, 330:3, 330:6, 330:13, 330:16, 330:18, 344:18, 344:20, 352:12, 400:18, 400:21, 414:20, 436:14, 459:16, 459:20, 464:2, 472:8, 478:7, 478:17, 478:20, 481:6, 483:6, 483:9, 485:10, 487:23, 488:5, 488:7, 489:3, 489:12, 493:14, 495:5, 495:6, 496:11, 496:15, 496:17, 497:4, 499:14, 501:17, 516:1, 516:4, 516:7, 516:15, 518:2, 524:11, 528:5, 528:13, 529:2, 532:2, 532:16, 534:18, 535:8, 536:23, 537:1, 540:15, 545:18, 545:19, 561:15, 564:9, 573:25, 585:9, 585:17, 585:24, 589:7, 589:10, 592:11
**mirror** [1] - 474:12
**misheard** [1] - 584:18
**misremembering** [1] - 429:9
**miss** [2] - 340:23, 342:14
**misses** [1] - 340:18
**misspeak** [1] - 368:5
**misspoke** [1] - 519:9
**mistake** [2] - 449:4, 584:7
**misunderstanding** [1] - 560:24
**MIT** [1] - 469:22
**mixing** [2] - 325:17, 410:20
**Model** [3] - 356:12, 364:5, 428:4
**model** [345] - 329:2, 331:8, 332:12, 332:13, 333:3, 333:7, 334:10,

334:13, 334:15, 335:3, 335:19, 336:17, 337:19, 337:20, 337:21, 338:4, 338:7, 338:11, 338:17, 338:20, 338:23, 339:1, 339:2, 339:3, 339:6, 339:11, 339:16, 339:19, 340:1, 340:10, 340:12, 341:2, 341:3, 341:8, 341:10, 341:12, 341:15, 342:4, 342:7, 342:12, 342:17, 342:22, 342:25, 343:10, 343:15, 343:17, 343:23, 344:4, 344:7, 344:9, 344:17, 345:1, 345:3, 345:7, 345:14, 345:16, 346:2, 346:4, 346:17, 347:23, 348:20, 348:21, 352:3, 352:24, 353:22, 354:8, 354:10, 354:11, 354:22, 355:2, 355:5, 355:9, 355:11, 356:6, 356:8, 356:10, 356:11, 356:12, 356:13, 357:20, 357:22, 357:24, 358:4, 358:7, 358:11, 358:17, 358:21, 358:24, 358:25, 359:3, 359:7, 359:17, 359:18, 359:20, 359:23, 360:25, 361:5, 361:13, 361:18, 361:24, 362:1, 362:8, 362:10, 362:13, 362:18, 362:19, 362:20, 362:22, 362:23, 363:4, 363:6, 363:16, 363:17, 363:24, 364:5, 364:10, 364:11, 364:12, 364:13, 364:23, 364:24, 365:14, 365:17, 365:20, 365:23, 366:2, 369:2, 369:23, 370:1, 371:11,

371:21, 375:17, 378:8, 380:9, 380:11, 383:13, 383:16, 389:9, 399:19, 401:8, 401:9, 401:13, 401:14, 402:6, 405:1, 405:21, 405:25, 406:10, 407:4, 407:9, 407:12, 407:15, 408:15, 408:19, 408:21, 409:2, 409:8, 409:22, 409:25, 410:1, 410:5, 410:8, 410:9, 410:10, 410:11, 410:12, 410:13, 410:20, 411:2, 411:4, 412:6, 412:7, 412:9, 412:15, 414:8, 414:9, 414:15, 415:14, 415:15, 415:20, 415:23, 415:25, 416:6, 416:12, 416:14, 416:16, 416:20, 416:23, 416:25, 417:3, 417:5, 417:8, 417:11, 417:13, 417:18, 417:22, 418:1, 418:6, 418:9, 418:12, 418:13, 418:16, 418:21, 419:8, 419:19, 420:1, 420:4, 420:6, 420:11, 420:13, 420:15, 420:20, 420:23, 421:9, 421:20, 421:25, 424:2, 424:3, 424:14, 425:8, 425:11, 425:15, 425:18, 425:21, 428:2, 428:3, 428:5, 428:9, 428:11, 428:14, 428:24, 429:3, 429:19, 430:13, 430:21, 431:3, 431:6, 434:23, 434:24, 435:1, 435:18, 436:7, 436:21, 437:4, 437:22, 437:24, 438:7, 438:8, 438:23, 439:2, 439:3, 439:8, 439:11, 440:2, 440:16, 440:19, 441:9, 441:16,

441:25, 442:3, 442:15, 445:25, 447:9, 447:13, 447:14, 447:22, 449:20, 449:24, 450:6, 451:5, 451:9, 451:13, 451:22, 454:25, 459:25, 461:8, 462:8, 462:24, 466:17, 466:20, 466:22, 529:4, 543:20, 547:2, 547:7, 547:8, 548:3, 548:7, 548:8, 548:24, 549:15, 549:20, 550:5, 550:15, 551:3, 551:6, 552:1, 552:3, 552:7, 552:8, 552:9, 552:15, 552:19, 552:20, 552:23, 560:18, 560:25, 561:4, 561:5, 562:18, 562:19, 563:6, 563:9, 564:2, 564:15, 564:19, 569:3, 571:14, 573:19, 574:3, 574:8, 574:11, 575:15, 576:2, 581:19, 582:16, 585:13, 588:24, 589:11, 589:13, 589:18, 598:14, 599:6, 601:9
**modeling** [50] - 318:7, 320:21, 322:19, 331:12, 332:5, 332:10, 336:11, 344:2, 346:21, 370:5, 401:3, 402:4, 430:6, 430:8, 430:11, 430:17, 430:22, 437:3, 441:20, 450:4, 453:14, 453:15, 453:17, 453:18, 453:21, 475:15, 477:5, 477:8, 542:21, 546:19, 547:18, 549:25, 550:8, 550:11, 551:20, 552:12, 556:5, 556:24, 558:1, 558:20, 558:24, 559:2, 567:4, 568:22, 570:2, 570:23, 571:2, 577:10, 580:4, 600:22
**models** [15] - 342:6,

342:10, 354:18, 358:12, 358:14, 364:19, 364:25, 429:3, 430:25, 435:17, 477:6, 477:12, 477:20, 547:21, 547:25
**models's** [1] - 571:23
**modification** [2] - 442:5, 461:7
**module** [3] - 311:25, 315:7, 515:22
**molecular** [37] - 303:7, 303:12, 304:1, 304:9, 304:14, 503:11, 503:14, 503:17, 503:21, 504:3, 504:4, 504:7, 504:8, 504:12, 504:15, 504:19, 504:22, 505:1, 505:2, 505:5, 505:19, 506:1, 506:8, 506:18, 506:24, 507:6, 507:18, 507:23, 516:21, 516:24, 573:1, 573:2, 573:3, 573:8, 582:25
**molecule** [5] - 478:8, 486:2, 488:4, 488:7, 513:21
**molecules** [1] - 573:10
**MOLINO** [1] - 295:16
**moment** [1] - 314:9
**Monday** [2] - 514:4, 518:5
**months** [1] - 590:15
**morning** [12] - 296:19, 318:21, 319:8, 319:9, 475:16, 555:17, 566:7, 603:9, 603:11, 604:24, 605:2
**most** [9] - 342:5, 342:10, 344:23, 372:14, 409:3, 479:2, 504:8, 526:25, 559:8
**motion** [1] - 389:4
**move** [42] - 309:5, 309:12, 316:25, 317:4, 317:8, 317:24, 322:12, 322:17, 327:11, 328:18, 346:9, 349:5, 353:25, 356:23, 367:11, 367:24, 374:9,

378:11, 379:2,
382:5, 386:25,
387:12, 392:1,
394:17, 395:3,
397:3, 397:14,
403:6, 403:19,
404:18, 404:25,
410:22, 469:7,
481:17, 502:16,
508:1, 513:5,
524:14, 555:7,
579:13, 587:20,
590:3
**moved** [2] - 359:22,
382:8
**moves** [5] - 486:21,
515:14, 531:11,
544:20, 601:12
**moving** [6] - 368:9,
437:20, 536:15,
565:18, 576:5,
604:19
**MR** [288] - 296:19,
296:22, 296:25,
297:2, 297:7,
297:13, 297:19,
297:25, 298:3,
298:6, 298:8,
298:15, 298:22,
299:1, 299:8,
299:12, 299:17,
299:21, 299:25,
300:3, 309:3, 309:6,
309:8, 309:12,
309:14, 309:18,
314:8, 314:16,
314:23, 316:24,
317:1, 317:3, 317:5,
317:7, 317:9,
317:11, 317:13,
317:16, 317:20,
317:22, 318:2,
318:4, 318:14,
318:17, 318:21,
319:1, 319:4, 319:7,
322:11, 322:13,
322:17, 322:21,
322:23, 322:24,
327:11, 327:14,
327:18, 328:17,
328:20, 328:24,
346:8, 346:11,
346:16, 347:1,
347:2, 348:2,
348:13, 348:16,
348:18, 349:4,
349:6, 349:10,
353:24, 354:1,
354:6, 356:22,
356:24, 357:3,
367:11, 367:13,

367:15, 367:23,
368:1, 368:5, 368:7,
368:10, 368:13,
368:15, 368:16,
374:8, 374:11,
374:15, 378:10,
378:12, 378:16,
379:1, 379:4, 379:8,
382:4, 382:7,
382:12, 386:24,
387:2, 387:6,
387:11, 387:14,
387:22, 388:3,
388:16, 388:17,
388:25, 389:10,
389:19, 389:22,
390:16, 390:24,
391:3, 391:22,
391:25, 392:4,
392:9, 392:11,
392:15, 392:19,
392:24, 393:2,
394:16, 394:18,
394:22, 395:2,
395:4, 395:8,
395:11, 397:2,
397:5, 397:9,
397:13, 397:15,
397:21, 403:5,
403:7, 403:8, 403:9,
403:13, 403:18,
403:21, 404:2,
404:17, 404:20,
404:24, 411:8,
411:11, 411:15,
411:20, 413:18,
413:23, 414:3,
414:6, 424:10,
424:13, 427:7,
427:15, 427:16,
454:14, 454:20,
460:14, 460:16,
460:20, 460:22,
467:5, 467:8, 467:9,
467:13, 467:17,
467:19, 467:23,
469:7, 469:10,
469:14, 471:2,
471:6, 471:7, 471:9,
471:11, 481:17,
481:19, 481:23,
485:2, 485:7, 485:8,
489:17, 489:21,
489:22, 490:8,
490:11, 490:24,
491:12, 491:23,
492:2, 492:12,
492:17, 492:19,
492:22, 493:7,
493:19, 494:2,
494:7, 494:12,

494:16, 495:1,
495:2, 496:8,
506:15, 511:23,
512:1, 512:7, 512:9,
512:11, 512:14,
515:14, 515:16,
515:20, 523:12,
524:13, 524:18,
524:19, 531:11,
531:14, 531:15,
531:16, 531:20,
542:4, 542:7, 542:8,
542:9, 542:10,
542:11, 542:13,
542:14, 544:20,
544:23, 544:25,
545:3, 553:9,
553:16, 553:22,
553:25, 554:5,
554:6, 568:9,
568:11, 568:17,
568:20, 575:3,
575:5, 575:7,
575:12, 584:4,
584:7, 584:10,
584:11, 587:20,
587:23, 588:2,
590:3, 590:6,
590:11, 597:2,
597:5, 597:6, 597:9,
597:20, 598:4,
598:7, 601:11,
601:17, 601:22,
602:6, 602:15,
602:18, 603:6,
603:7, 603:12,
603:19, 603:22,
604:2, 604:16, 605:3
**MRZX15080** [2] -
395:20, 398:5
**MRZX15081** [2] -
395:23, 398:8
**MRZX15082** [2] -
396:2, 398:11
**multiple** [4] - 489:18,
489:22, 489:23,
596:6
**multiply** [1] - 359:12
**must** [7] - 325:6,
325:7, 498:20,
499:14, 501:9,
511:1, 511:2
**Myrbetriq** [255] -
304:20, 305:18,
307:1, 307:21,
308:5, 308:14,
308:23, 312:12,
313:5, 313:19,
315:20, 316:8,
316:12, 316:18,

316:21, 326:5,
326:15, 326:23,
327:22, 327:24,
327:25, 328:16,
331:20, 331:22,
331:24, 332:4,
348:23, 348:24,
349:2, 349:12,
352:20, 352:22,
352:23, 352:25,
353:21, 355:13,
360:3, 399:19,
402:7, 402:14,
402:15, 412:11,
412:15, 412:18,
412:21, 412:24,
412:25, 415:16,
415:17, 416:2,
416:5, 416:8,
416:10, 416:17,
416:19, 416:25,
424:20, 427:23,
431:7, 431:9,
431:23, 432:12,
432:14, 432:18,
432:24, 433:3,
433:8, 433:11,
434:13, 434:20,
434:22, 435:1,
436:6, 438:4, 438:5,
438:19, 438:25,
439:4, 439:16,
439:24, 447:10,
448:19, 449:7,
449:10, 449:11,
449:15, 449:19,
449:25, 450:7,
450:14, 450:24,
451:10, 451:13,
451:17, 451:20,
451:22, 452:3,
455:11, 455:15,
455:21, 455:24,
457:11, 457:12,
458:5, 458:8, 458:9,
458:16, 459:2,
459:9, 459:19,
462:2, 462:13,
462:16, 462:19,
462:24, 462:25,
463:15, 463:20,
464:14, 464:16,
464:25, 465:2,
465:24, 466:6,
466:20, 474:12,
474:13, 474:19,
474:21, 478:2,
478:4, 478:5,
484:20, 484:24,
485:9, 485:13,
487:22, 488:13,

493:14, 514:23,
514:25, 515:7,
515:25, 516:4,
516:5, 516:8,
516:11, 516:13,
516:19, 516:22,
517:7, 517:13,
517:17, 517:19,
517:25, 518:2,
518:8, 518:12,
518:16, 519:11,
519:12, 519:18,
520:3, 520:18,
520:21, 520:25,
521:4, 521:8,
521:23, 522:1,
522:5, 522:10,
522:16, 522:19,
522:25, 523:7,
524:7, 524:24,
525:19, 526:5,
526:8, 526:11,
528:14, 529:2,
529:6, 531:22,
532:1, 532:18,
532:20, 532:24,
533:11, 533:17,
533:20, 534:22,
535:4, 539:3,
539:15, 540:16,
540:21, 547:12,
550:3, 551:10,
551:16, 551:17,
554:14, 554:17,
554:20, 554:25,
555:2, 555:6,
555:13, 560:17,
561:17, 561:20,
562:2, 562:8,
562:22, 563:2,
564:12, 564:25,
565:3, 565:9,
565:10, 565:13,
565:15, 565:22,
565:24, 566:5,
566:12, 566:14,
567:3, 571:19,
572:17, 572:20,
573:16, 573:20,
574:1, 574:6,
575:20, 575:22,
587:1, 587:5,
587:11, 588:8,
588:11, 588:17,
589:2, 589:9,
591:21, 591:25,
600:3, 600:10,
600:13
**Myrbetriq's** [1] -
534:11

**N**

N-12K [1] - 505:24
N60K [2] - 304:10, 304:14
N80 [2] - 304:10, 304:15
name [8] - 300:5, 310:1, 468:1, 480:22, 488:6, 488:7, 491:1, 505:22
named [1] - 470:18
names [2] - 493:21, 504:6
naming [1] - 491:1
narrow [3] - 372:10, 484:10, 513:3
narrowed [2] - 512:1, 513:13
narrows [1] - 512:23
national [1] - 470:21
National [1] - 470:23
native [1] - 493:20
NDA [4] - 515:7, 515:8, 517:3, 518:13
necessarily [1] - 299:1
necessary [4] - 301:1, 303:9, 450:4, 450:5
need [16] - 314:13, 339:3, 365:16, 388:22, 401:13, 410:4, 494:21, 494:22, 504:17, 514:2, 514:9, 525:12, 582:14, 603:13
needed [3] - 365:21, 461:5, 485:18
needing [1] - 441:20
network [1] - 486:3
never [7] - 297:13, 299:3, 429:20, 429:23, 430:2, 430:12, 493:17
new [8] - 339:3, 339:15, 348:9, 359:22, 421:3, 424:6, 597:22
New [1] - 472:7
next [80] - 299:20, 299:21, 309:18, 313:11, 323:8, 323:15, 325:11, 325:20, 326:1, 326:20, 329:10, 330:5, 331:23, 332:10, 333:1, 333:16, 334:13, 334:14, 334:17, 336:17, 339:8,

342:23, 343:3, 344:3, 344:7, 346:18, 349:11, 350:1, 351:18, 356:15, 358:25, 359:18, 359:19, 359:22, 360:2, 360:11, 361:9, 363:3, 363:15, 364:16, 366:3, 366:24, 375:2, 375:24, 377:8, 377:24, 379:19, 380:16, 382:21, 383:22, 385:5, 385:13, 392:6, 395:13, 407:17, 407:21, 408:16, 410:10, 426:4, 459:10, 459:19, 461:18, 467:12, 474:11, 474:25, 501:20, 504:7, 509:8, 509:20, 512:19, 513:15, 521:3, 536:2, 540:12, 551:23, 557:8, 568:18, 579:22, 592:14
nice [2] - 468:1, 468:2
nine [3] - 449:10, 499:21, 499:25
nine-and-a-half [1] - 449:10
Nitti [2] - 478:8, 514:6
Nitti's [4] - 514:3, 518:5, 518:7, 518:11
NITYA [1] - 294:23
noise [6] - 337:25, 338:3, 338:5, 338:15, 409:24
non [2] - 483:13, 601:24
non-defendants [1] - 601:24
non-formulation [1] - 483:13
none [12] - 299:15, 373:22, 373:23, 377:1, 390:20, 408:8, 408:12, 408:21, 430:5, 445:11, 446:3, 513:19
nonparties [1] - 601:22
nonparty [2] - 601:20, 602:1
nonsense [1] - 299:2
noon [2] - 413:20,

413:25
note [4] - 314:19, 314:20, 348:2, 353:9
notebook [2] - 346:3, 404:12
notebooks [1] - 491:6
noted [1] - 471:10
notes [2] - 443:15, 605:8
nothing [4] - 317:14, 339:4, 467:5, 493:21
notice [11] - 297:9, 297:12, 297:13, 297:16, 297:22, 298:1, 298:19, 298:25, 299:3, 390:8, 597:6
noticed [2] - 298:15, 355:18
notices [7] - 297:20, 298:9, 298:10, 298:12, 298:16, 298:22
November [2] - 368:23, 568:1
number [52] - 304:25, 305:2, 307:6, 311:5, 312:4, 312:10, 313:17, 315:18, 316:6, 316:15, 318:8, 331:14, 344:23, 348:9, 355:21, 359:4, 359:5, 371:4, 379:21, 404:6, 405:9, 405:11, 461:6, 468:20, 470:11, 470:18, 474:4, 474:12, 480:24, 480:25, 482:6, 482:8, 482:9, 483:12, 483:15, 484:6, 485:21, 489:20, 490:25, 491:3, 495:7, 496:13, 504:6, 526:17, 552:22, 559:18, 578:18, 592:15, 597:25, 601:5
numbers [15] - 302:2, 302:17, 311:23, 315:5, 347:16, 378:21, 427:19, 498:2, 577:6, 577:8, 579:15, 579:19, 579:20, 579:23, 602:4
numerous [3] - 491:5, 491:6

**O**

o'clock [1] - 473:24
object [13] - 317:25, 318:3, 318:4, 318:9, 387:14, 395:4, 397:15, 403:21, 489:17, 490:5, 491:11, 542:4, 603:6
objecting [1] - 490:22
objection [63] - 297:2, 297:6, 297:7, 309:6, 309:14, 317:1, 317:5, 317:9, 317:23, 322:13, 322:20, 322:21, 327:14, 328:20, 346:10, 346:11, 349:6, 354:1, 356:24, 367:13, 368:1, 374:10, 374:11, 378:12, 379:4, 382:6, 382:7, 387:2, 388:2, 394:18, 397:4, 403:9, 404:19, 404:20, 411:11, 469:9, 469:10, 471:5, 471:9, 481:19, 491:10, 491:17, 493:8, 515:16, 531:13, 531:14, 531:15, 531:16, 542:8, 544:22, 544:23, 568:11, 575:3, 575:6, 584:4, 587:23, 597:2, 597:21, 601:17, 601:18, 601:23, 601:24, 603:4
objections [6] - 297:1, 387:1, 392:21, 490:20, 590:5, 590:6
objective [1] - 313:9
objectives [1] - 538:22
observation [1] - 312:16
observations [8] - 333:25, 339:15, 455:12, 548:9, 549:19, 564:16, 571:24, 571:25
observe [3] - 336:8, 343:1, 551:9
observed [17] - 334:15, 334:20, 336:7, 340:17, 340:21, 341:1, 341:23, 361:17,

369:11, 383:1, 459:9, 459:21, 462:5, 462:10, 485:10, 563:7, 585:12
observer [1] - 585:8
obtain [24] - 335:2, 343:21, 359:1, 361:20, 363:6, 363:12, 366:19, 370:2, 371:3, 371:8, 372:20, 376:4, 377:19, 380:11, 380:21, 383:16, 384:2, 385:19, 393:8, 395:18, 398:3, 401:23, 436:8, 436:10
obtained [17] - 339:19, 342:25, 348:22, 362:1, 362:11, 366:21, 376:22, 377:21, 381:16, 393:10, 394:3, 408:3, 422:12, 438:5, 459:18, 466:23, 557:15
obviously [5] - 296:25, 313:7, 313:8, 424:24, 571:7
occur [5] - 503:6, 552:16, 552:20, 584:24, 585:14
occurred [1] - 520:17
occurring [1] - 356:4
occurs [5] - 365:9, 502:9, 510:9, 516:4, 559:18
OF [1] - 294:1
offer [1] - 471:3
offered [1] - 459:24
offering [4] - 452:2, 460:8, 460:9, 460:12
officer [1] - 490:13
official [2] - 314:21, 391:14
Official [1] - 605:10
often [2] - 337:10, 550:8
OGD [1] - 316:2
old [8] - 406:17, 407:15, 407:16, 417:1, 430:23, 431:3, 440:20, 442:6
older [3] - 417:12, 438:8, 438:9
OLSON [1] - 295:7
once [23] - 327:6, 334:12, 342:22, 351:8, 351:15,

359:18, 375:7, 375:14, 376:24, 382:25, 386:19, 393:25, 396:14, 398:25, 446:9, 465:13, 465:21, 466:11, 484:10, 487:13, 587:1, 587:8, 602:21

**one** [202] - 303:14, 305:23, 306:15, 306:18, 306:21, 312:12, 314:9, 321:20, 324:21, 332:15, 332:17, 332:21, 333:4, 333:13, 333:19, 333:25, 334:1, 334:6, 334:23, 335:22, 337:2, 337:15, 338:8, 338:14, 339:20, 339:25, 343:6, 343:11, 343:17, 343:19, 343:21, 344:10, 344:23, 345:9, 347:3, 350:8, 351:6, 352:4, 352:22, 353:4, 353:10, 354:13, 357:23, 358:2, 358:9, 358:19, 359:10, 359:11, 359:16, 360:15, 360:19, 362:7, 362:15, 363:17, 364:15, 364:17, 365:14, 368:10, 369:4, 369:12, 369:25, 370:3, 370:17, 370:25, 372:9, 372:14, 372:23, 373:1, 375:1, 375:8, 375:19, 376:6, 376:9, 376:12, 376:18, 379:18, 380:12, 380:23, 380:25, 381:3, 381:10, 383:17, 384:4, 384:10, 385:22, 385:25, 386:3, 389:3, 390:12, 391:12, 392:17, 393:11, 393:13, 393:17, 395:21, 395:24, 396:3, 396:10, 398:6, 398:9, 398:12, 398:19, 400:17, 400:20,

400:22, 401:16, 405:17, 405:21, 407:9, 409:5, 409:11, 409:17, 409:18, 411:7, 416:12, 419:19, 420:16, 421:16, 422:6, 422:7, 423:8, 423:21, 424:5, 424:7, 426:8, 428:13, 428:19, 428:25, 429:4, 431:11, 435:13, 436:24, 437:10, 444:12, 446:20, 449:12, 452:3, 453:7, 454:14, 455:15, 455:22, 463:4, 466:21, 470:17, 473:23, 474:6, 475:14, 476:16, 479:11, 481:12, 485:24, 486:13, 489:19, 490:25, 494:12, 496:4, 496:23, 499:21, 499:25, 502:10, 505:10, 505:23, 508:22, 513:1, 513:10, 519:9, 523:7, 536:2, 538:1, 539:14, 539:19, 541:9, 541:12, 542:20, 547:23, 548:20, 549:9, 549:12, 549:13, 551:14, 552:17, 560:7, 561:1, 561:5, 571:6, 572:24, 572:25, 580:3, 582:21, 585:11, 595:18, 596:7, 596:17, 601:7, 602:9, 602:15, 602:19

**one-and-a-half** [42] - 324:21, 345:9, 351:6, 359:10, 359:11, 359:16, 362:7, 369:25, 370:3, 370:17, 370:25, 372:9, 372:23, 373:1, 375:19, 376:6, 376:9, 376:12, 376:18, 380:12, 380:23, 381:3, 381:10, 383:17, 384:4, 384:10, 385:22, 385:25, 386:3, 393:11,

393:13, 393:17, 395:21, 395:24, 396:3, 396:10, 398:6, 398:9, 398:12, 398:19, 437:10, 449:12

**ones** [14] - 354:25, 355:14, 360:4, 379:24, 400:5, 408:9, 426:6, 432:2, 513:2, 527:1, 537:14, 584:2

**ongoing** [2] - 301:15, 301:18

**onsite** [1] - 596:4

**open** [6] - 471:15, 531:5, 554:7, 561:10, 564:20, 572:12

**opening** [11] - 345:24, 431:16, 431:17, 448:23, 449:1, 449:7, 455:16, 455:18, 476:7, 583:3, 583:13

**openings** [1] - 476:7

**operate** [1] - 526:23

**operates** [1] - 487:4

**operations** [2] - 300:18, 300:19

**ophthalmology** [1] - 468:13

**opinion** [97] - 405:20, 417:5, 423:10, 425:17, 433:18, 460:8, 460:10, 460:12, 472:12, 472:15, 472:16, 472:19, 472:22, 473:5, 473:7, 473:17, 485:12, 500:8, 515:2, 521:23, 522:1, 523:4, 528:17, 530:16, 530:19, 530:20, 531:2, 532:22, 533:9, 534:14, 534:15, 535:5, 541:5, 541:8, 541:11, 542:17, 543:9, 543:12, 549:20, 549:21, 549:23, 550:22, 552:25, 558:5, 561:21, 562:4, 562:9, 562:17, 562:24, 563:5, 563:6, 563:8, 563:20, 563:23, 563:25, 564:4,

573:13, 573:21, 574:20, 574:22, 574:25, 575:2, 575:16, 576:6, 576:22, 577:1, 577:3, 578:8, 578:12, 578:23, 579:3, 579:9, 580:16, 580:20, 581:1, 582:3, 582:16, 586:12, 588:25, 589:7, 589:8, 589:18, 592:7, 593:12, 593:16, 593:20, 593:25, 594:1, 594:4, 594:7, 594:13, 595:6, 595:10, 595:14, 595:18, 599:10, 600:22

**opinions** [36] - 318:8, 322:25, 323:2, 323:5, 329:14, 330:10, 357:5, 390:3, 404:13, 444:8, 453:10, 453:21, 459:24, 461:2, 471:24, 472:11, 473:20, 500:3, 543:18, 549:22, 557:25, 558:9, 558:12, 558:15, 558:18, 558:21, 562:15, 563:18, 570:10, 570:12, 570:15, 570:18, 570:21, 570:24, 571:8, 575:13

**opportunity** [3] - 298:7, 597:16, 603:1

**opposed** [1] - 448:4

**options** [1] - 483:7

**oral** [4] - 479:3, 483:24, 484:3, 525:1

**orally** [1] - 483:20

**oranges** [4] - 405:23, 405:24, 407:2, 408:4

**order** [20] - 362:6, 390:17, 391:21, 455:6, 471:22, 474:20, 475:12, 491:10, 493:2, 499:15, 501:8, 507:4, 510:25, 511:6, 526:9, 547:2, 547:20, 562:1, 582:15, 603:21

**ordinary** [13] - 491:14,

493:23, 499:3, 500:4, 500:8, 500:16, 500:19, 504:16, 506:17, 506:23, 529:15, 582:24, 585:15

**organization** [1] - 300:16

**orient** [15] - 323:15, 323:23, 333:16, 334:17, 336:17, 339:8, 339:17, 343:3, 343:7, 349:19, 360:11, 361:10, 407:18, 409:10, 465:11

**original** [4] - 348:7, 365:22, 412:5, 598:14

**originally** [1] - 478:19

**osmotic** [1] - 482:16

**otherwise** [1] - 299:7

**outcome** [1] - 402:8

**outline** [1] - 553:18

**output** [3] - 489:9, 561:6, 561:9

**outputs** [3] - 318:6, 556:24, 568:22

**outset** [1] - 415:24

**outside** [5] - 371:20, 372:6, 483:11, 486:8, 486:15

**outsource** [1] - 596:5

**outstanding** [1] - 468:22

**overactive** [4] - 514:1, 514:8, 518:8, 518:12

**overall** [10] - 341:11, 345:15, 350:25, 381:17, 384:21, 394:4, 575:13, 592:8, 599:21, 599:24

**overcome** [3] - 483:8, 485:9, 487:24

**overlap** [2] - 445:16, 446:10

**overlapping** [1] - 539:13

**overlay** [1] - 361:6

**overruled** [1] - 575:10

**oversee** [1] - 310:16

**overtime** [2] - 324:11, 585:24

**overview** [2] - 469:19, 488:23

**own** [7] - 458:12, 466:2, 474:7, 482:25, 525:14, 558:14, 570:17

**oxide** [11] - 487:10, 505:10, 516:20, 516:22, 517:11, 519:13, 519:19, 573:1, 573:3, 573:4, 582:21
**oxides** [1] - 582:25

**P**

**P.A** [1] - 295:3
**p.m** [1] - 605:6
**Pace** [4] - 519:3, 520:1, 520:2, 520:6
**pace** [2] - 410:17, 410:21
**paddle** [26] - 324:5, 325:18, 332:1, 348:25, 349:18, 351:14, 358:20, 415:11, 415:16, 431:12, 433:13, 436:2, 455:5, 456:8, 465:15, 466:24, 495:19, 509:22, 510:3, 510:5, 544:7, 546:9, 551:25, 552:19, 557:4, 569:3
**page** [68] - 303:19, 304:22, 304:24, 305:1, 305:2, 305:18, 307:4, 307:5, 307:6, 308:8, 308:9, 308:12, 308:18, 312:3, 312:4, 312:5, 312:9, 312:10, 312:15, 313:12, 313:16, 315:18, 315:22, 316:5, 316:6, 316:14, 328:6, 349:20, 349:22, 418:23, 419:7, 431:18, 439:14, 448:24, 448:25, 449:3, 454:6, 455:17, 455:25, 458:22, 459:10, 459:11, 459:19, 461:11, 461:19, 463:21, 463:23, 464:18, 465:10, 465:12, 465:21, 481:24, 505:7, 505:13, 531:6, 532:15, 544:14, 545:4, 545:21, 545:22, 555:9, 564:20, 565:19
**pages** [7] - 302:6,

302:21, 313:11, 539:8, 553:19, 572:12, 572:13
**pairs** [1] - 333:25
**panel** [5] - 320:9, 409:12, 463:20, 464:13
**paper** [6] - 357:15, 428:23, 428:24, 429:13, 429:15, 429:16
**papers** [2] - 296:25, 297:4
**paragraph** [18] - 305:5, 305:18, 390:19, 431:17, 432:5, 432:19, 435:19, 443:18, 448:23, 448:24, 449:2, 455:17, 455:18, 456:13, 490:11, 490:18, 493:2, 598:5
**paragraphs** [2] - 456:1
**parallel** [1] - 426:24
**parameter** [1] - 529:25
**parameters** [9] - 306:21, 315:23, 316:3, 521:20, 526:19, 547:11, 548:15, 571:18
**pardon** [1] - 459:13
**parenthesis** [1] - 436:15
**part** [13] - 305:8, 305:12, 305:24, 310:12, 311:25, 313:22, 326:14, 333:1, 354:21, 389:12, 428:1, 434:23, 501:5
**participated** [1] - 321:21
**particular** [34] - 324:4, 325:13, 328:15, 335:15, 335:17, 335:24, 337:7, 341:13, 344:19, 369:15, 370:20, 408:11, 408:25, 409:2, 423:13, 461:7, 474:9, 476:17, 478:10, 480:23, 488:4, 489:7, 499:6, 502:17, 526:20, 526:22, 527:5, 547:13, 549:14, 552:17, 561:5, 561:9
**particularities** [1] -

474:7
**particularly** [1] - 586:14
**parties** [10] - 297:14, 297:24, 297:25, 298:2, 298:13, 299:9, 299:11, 299:15, 299:17, 490:13
**parties'** [1] - 476:7
**parts** [2] - 509:12, 576:15
**party** [4] - 296:23, 297:8, 299:4, 471:12
**pass** [1] - 454:17
**passes** [1] - 337:2
**past** [5] - 417:4, 418:1, 470:22, 484:25, 601:5
**patch** [1] - 368:18
**patent** [93] - 323:5, 323:11, 331:4, 453:10, 453:13, 453:16, 455:11, 457:6, 471:16, 471:17, 471:18, 472:1, 473:21, 476:10, 476:25, 484:18, 484:22, 485:14, 487:25, 488:2, 488:12, 488:18, 488:21, 489:11, 493:13, 496:20, 497:14, 497:18, 497:20, 497:22, 498:8, 498:21, 499:16, 499:22, 500:5, 500:17, 500:20, 503:1, 503:5, 503:21, 503:24, 506:25, 507:25, 508:3, 508:6, 508:11, 508:12, 508:16, 508:19, 508:25, 514:7, 520:14, 521:21, 527:15, 535:22, 537:12, 537:22, 538:5, 538:10, 538:15, 538:20, 540:15, 542:18, 546:7, 546:9, 546:13, 546:17, 563:19, 563:24, 574:21, 575:1, 575:19, 575:20, 577:17, 579:5, 579:11, 580:8, 581:3,

581:24, 588:12, 589:3, 591:18, 592:1, 593:14, 593:18, 593:22, 595:7, 595:15, 600:2, 602:11
**patent's** [1] - 499:10
**patent-in-suit** [3] - 471:16, 500:17, 527:15
**patents** [2] - 470:10, 498:5
**path** [1] - 412:15
**pattern** [1] - 355:18
**PDF** [4] - 305:1, 307:5, 307:6, 308:9
**PDX** [1] - 348:1
**PDX-5019** [3] - 347:4, 347:9, 348:8
**PDX-5019(a** [1] - 348:14
**PDX-5022** [1] - 348:19
**PDX-5027** [1] - 353:3
**PDX-5032** [1] - 360:13
**PDX-5043** [3] - 370:16, 374:5, 456:14
**PDX-5051** [1] - 380:16
**PDX-5054** [1] - 383:22
**PDX-5056** [1] - 385:14
**PDX-5057** [2] - 394:13, 394:24
**PDX-5058** [2] - 396:24, 397:11
**PDX-5059** [3] - 397:23, 399:8, 399:11
**PDX-5060** [6] - 399:23, 411:22, 414:7, 457:23, 463:4, 596:22
**PDX-5063** [1] - 426:8
**PDX-6050** [2] - 520:24, 520:25
**PDX-6093** [1] - 561:14
**PDX-6127** [1] - 599:14
**peer** [3] - 321:13, 357:8, 550:21
**penetration** [5] - 502:7, 508:5, 508:9, 517:20, 519:22
**PEO** [5] - 487:10, 583:7, 583:10, 583:22, 584:17
**people** [5] - 422:22, 423:1, 446:23, 447:23, 486:22
**per** [8] - 352:15, 352:16, 412:1, 423:11, 449:11, 455:23, 564:22
**percent** [180] - 324:3,

324:15, 324:18, 324:21, 324:24, 324:25, 325:2, 325:6, 325:7, 345:9, 345:12, 345:13, 350:14, 350:15, 350:17, 350:20, 350:21, 350:22, 351:9, 351:10, 351:11, 371:9, 371:13, 371:19, 371:22, 372:1, 372:7, 372:11, 372:13, 372:16, 372:18, 372:23, 372:24, 372:25, 373:2, 373:3, 373:6, 373:8, 373:17, 373:23, 374:2, 374:3, 374:4, 376:6, 376:7, 376:9, 376:10, 376:12, 376:13, 376:16, 376:18, 377:1, 377:3, 377:6, 380:23, 380:24, 381:1, 381:2, 381:3, 381:4, 381:5, 381:8, 381:10, 381:18, 381:20, 381:23, 381:25, 384:4, 384:5, 384:6, 384:8, 384:9, 384:11, 384:12, 384:15, 384:22, 384:24, 385:2, 385:22, 385:23, 385:25, 386:1, 386:3, 386:4, 386:7, 386:15, 386:18, 393:12, 393:14, 393:15, 393:17, 393:18, 393:21, 394:5, 394:7, 394:10, 395:21, 395:22, 395:24, 395:25, 396:1, 396:3, 396:4, 396:5, 396:8, 396:10, 396:18, 396:22, 398:6, 398:7, 398:9, 398:10, 398:12, 398:13, 398:14, 398:17, 398:19, 399:2, 399:5, 399:7, 427:20, 427:21, 443:25, 444:2, 444:16, 444:22, 444:25, 445:3, 445:5, 445:8, 445:9, 445:20, 445:22,

445:25, 446:1, 446:9, 447:25, 448:4, 457:3, 479:5, 495:15, 506:5, 509:15, 510:14, 510:16, 510:24, 511:3, 521:14, 521:15, 521:17, 521:18, 522:13, 522:15, 529:22, 530:3, 530:11, 536:7, 536:19, 536:21, 540:6, 557:10, 567:1, 578:16, 578:19, 578:21, 578:22, 581:14, 581:15, 582:13, 582:14

**percentage** [18] - 324:12, 345:4, 345:8, 352:14, 352:16, 362:7, 363:25, 371:17, 413:9, 413:11, 445:13, 449:11, 449:13, 455:22, 455:23, 556:19, 557:3, 567:16

**percentages** [1] - 456:6

**percents** [1] - 533:2

**perfect** [2] - 340:12, 596:12

**perfectly** [1] - 337:17

**perform** [28] - 313:24, 349:13, 361:8, 471:22, 527:25, 529:10, 535:7, 535:17, 535:19, 543:22, 543:25, 544:3, 544:10, 548:5, 554:12, 554:16, 558:14, 558:17, 564:21, 564:24, 570:17, 570:20, 570:23, 577:15, 580:6, 586:1, 590:19, 592:24

**performance** [1] - 592:9

**performed** [17] - 304:13, 349:14, 357:13, 429:20, 463:24, 465:11, 466:7, 477:2, 518:15, 519:1, 542:25, 545:17, 548:13, 548:14, 577:13, 581:9

**performing** [1] - 535:5
**performs** [1] - 533:22
**perhaps** [3] - 372:14, 422:7, 600:8
**peril** [2] - 525:9, 525:14
**period** [6] - 418:22, 438:12, 480:23, 481:5, 482:8, 482:10
**person** [11] - 492:13, 500:4, 500:8, 500:16, 500:18, 504:16, 506:17, 506:23, 529:15, 582:24, 585:14
**personally** [2] - 417:11, 429:20
**perspective** [13] - 390:17, 479:25, 483:12, 509:2, 509:5, 546:23, 548:11, 559:20, 559:21, 559:24, 597:14, 597:15, 598:9
**pertaining** [1] - 312:1
**pertains** [2] - 558:2, 570:3
**pH** [17] - 316:12, 325:17, 330:21, 350:6, 351:16, 369:20, 375:14, 380:7, 383:11, 400:6, 464:3, 465:2, 465:14, 465:17, 495:17, 510:1, 545:13
**Ph.D** [4] - 319:24, 469:22, 500:10
**Pharma** [3] - 310:9, 310:13
**PHARMA** [1] - 294:3
**Pharmaceutical** [3] - 300:12, 300:13, 357:9
**pharmaceutical** [49] - 303:11, 306:10, 312:2, 321:15, 321:18, 321:23, 357:19, 428:8, 428:13, 428:20, 428:25, 429:1, 429:21, 430:6, 430:9, 430:10, 430:14, 430:18, 453:8, 468:12, 470:2, 470:8, 471:7, 473:16, 478:9, 478:11, 493:10, 502:8, 505:15,

506:20, 508:6, 509:3, 513:23, 514:7, 514:19, 515:25, 517:21, 519:22, 523:18, 523:20, 525:25, 526:10, 527:10, 529:9, 531:9, 546:23, 550:8, 553:1, 554:10

**pharmaceutically** [1] - 513:20
**Pharmaceuticals** [3] - 295:10, 295:20, 296:11
**Pharmaceutics** [2] - 481:15, 481:16
**Pharmacopeia** [1] - 325:16
**Pharmacopoeia** [1] - 453:20
**phase** [4] - 321:20, 359:2
**PHILLIPS** [2] - 295:3, 295:4
**philosophy** [1] - 319:23
**phosphate** [10] - 330:21, 350:5, 351:16, 369:19, 375:14, 380:6, 383:11, 400:6, 465:13, 545:12
**physical** [1] - 430:1
**physically** [1] - 429:25
**physicians** [1] - 320:12
**pick** [5] - 482:13, 484:7, 484:9, 505:23, 526:22
**picked** [1] - 483:22
**picking** [1] - 533:25
**pictorially** [1] - 583:24
**picture** [4] - 485:24, 486:1, 486:8, 509:23
**piece** [1] - 338:18
**PILAR** [1] - 296:3
**pink** [5] - 509:13, 511:1, 521:11, 521:12, 569:10
**Pittsburgh** [6] - 468:8, 468:10, 468:17, 469:25, 470:1, 596:1
**PITZEL** [1] - 295:7
**place** [7] - 342:20, 365:9, 439:23, 508:16, 510:15, 510:16, 533:24
**plain** [1] - 499:3
**plaintiff** [2] - 460:19,

531:11
**plaintiff's** [9] - 388:21, 390:15, 402:23, 411:22, 415:16, 421:11, 421:24, 422:20, 438:24
**plaintiffs** [25] - 309:5, 309:12, 309:21, 316:25, 317:4, 317:8, 317:14, 322:12, 328:18, 346:9, 349:5, 356:23, 367:11, 367:24, 374:9, 378:11, 379:2, 382:5, 386:25, 387:12, 394:17, 395:3, 397:3, 397:14, 402:24, 403:6, 403:19, 404:18, 411:8, 453:3, 453:6, 469:7, 477:3, 477:7, 603:14
**Plaintiffs** [2] - 294:4, 294:25
**plan** [1] - 301:13
**planning** [1] - 604:2
**plasma** [5] - 479:7, 479:11, 479:13, 481:1, 481:4
**play** [1] - 513:2
**played** [1] - 318:10
**plays** [1] - 410:8
**plot** [21] - 323:19, 324:8, 327:19, 327:20, 334:3, 334:18, 334:19, 336:18, 339:9, 339:10, 340:9, 350:12, 351:19, 352:1, 352:3, 352:21, 360:15, 362:14, 466:10
**plots** [15] - 329:1, 353:2, 353:5, 360:24, 361:10, 361:23, 461:15, 461:18, 461:22, 461:23, 462:6, 462:7, 462:21, 464:19, 464:21
**plotted** [6] - 326:20, 326:22, 327:1, 350:16, 350:22, 360:12
**plug** [2] - 336:4, 343:23
**plugged** [2] - 440:16, 441:24
**plugging** [1] - 339:19

**plus** [1] - 310:11
**point** [69] - 324:4, 324:11, 324:18, 325:5, 334:25, 335:21, 336:1, 336:7, 336:8, 336:9, 337:21, 338:11, 340:24, 340:25, 350:16, 370:24, 371:2, 372:19, 373:9, 373:14, 373:15, 376:3, 376:19, 377:3, 380:20, 381:11, 383:6, 384:1, 384:17, 385:18, 386:9, 389:3, 393:7, 393:23, 395:17, 396:12, 398:2, 398:20, 414:1, 427:8, 433:4, 433:7, 433:9, 434:4, 444:16, 444:19, 444:22, 445:3, 445:8, 455:23, 470:15, 474:17, 509:13, 509:16, 521:13, 521:16, 530:4, 536:6, 552:17, 552:20, 560:15, 577:23, 578:2, 578:20, 582:7, 582:19, 585:1, 600:8, 601:5
**pointer** [2] - 335:22, 433:24
**pointing** [1] - 565:10
**points** [46] - 312:21, 326:24, 333:19, 334:9, 336:6, 336:22, 337:3, 337:23, 340:15, 340:17, 340:21, 341:2, 343:5, 343:25, 344:4, 345:8, 350:7, 350:12, 350:23, 350:24, 351:6, 351:10, 352:15, 352:16, 362:7, 364:1, 371:17, 383:1, 409:20, 442:15, 443:3, 445:13, 449:11, 449:13, 455:23, 495:14, 497:25, 510:13, 526:17, 529:19, 529:23, 530:3, 530:11, 565:23, 584:24,

585:6

**policies** [1] - 460:7

**Poloxy** [1] - 303:7

**polyethylene** [19] - 487:10, 487:18, 487:19, 505:10, 508:23, 516:20, 516:22, 517:11, 517:18, 517:24, 519:13, 519:15, 519:19, 519:24, 573:1, 573:3, 573:4, 582:21, 582:25

**polymer** [26] - 303:1, 303:4, 303:7, 303:13, 486:2, 487:8, 487:12, 489:4, 497:7, 501:21, 501:24, 502:18, 502:20, 502:23, 503:11, 504:21, 504:23, 507:7, 507:14, 507:23, 512:22, 516:18, 516:19, 519:10, 519:12, 527:1

**polymer's** [1] - 505:19

**polymers** [16] - 486:2, 486:15, 486:18, 489:7, 501:25, 503:2, 503:6, 504:1, 504:10, 505:11, 506:19, 508:22, 576:15, 576:16, 582:11

**Polyox** [5] - 304:10, 304:14, 304:15, 505:10

**Pomona** [1] - 319:23

**poorer** [1] - 409:17

**portion** [9] - 362:23, 464:18, 473:24, 501:16, 501:20, 501:23, 513:1, 581:12, 587:14

**portions** [1] - 592:5

**POSA** [1] - 549:25

**position** [6] - 391:14, 468:6, 490:1, 559:4, 562:6, 597:18

**positions** [3] - 320:3, 337:15, 468:11

**possess** [1] - 501:9

**possibilities** [1] - 483:12

**possibility** [1] - 409:7

**possible** [31] - 313:9, 332:6, 333:5, 333:14, 342:13,

354:17, 364:21, 415:21, 417:8, 418:1, 427:6, 435:17, 442:3, 447:16, 452:15, 474:4, 480:6, 480:8, 480:24, 482:5, 483:21, 484:3, 484:7, 484:9, 501:24, 507:22, 534:25, 535:2, 549:10, 596:10

**possibly** [1] - 480:13

**post** [2] - 417:1, 469:19

**potential** [5] - 334:12, 338:8, 352:8, 354:10, 365:15

**potentially** [5] - 479:24, 483:16, 484:15, 547:3, 573:4

**practically** [1] - 336:22

**practice** [1] - 523:25

**precise** [1] - 447:19

**precision** [2] - 345:14, 365:1

**precluded** [1] - 604:5

**predates** [1] - 358:22

**predict** [46] - 332:17, 335:4, 335:25, 338:2, 339:12, 339:23, 344:4, 347:20, 347:22, 361:14, 402:1, 405:1, 405:25, 407:12, 408:8, 415:15, 416:12, 417:11, 417:14, 420:4, 420:16, 422:11, 423:12, 428:9, 428:14, 428:19, 429:1, 429:4, 429:7, 429:8, 446:20, 449:23, 455:4, 462:25, 466:20, 547:3, 547:20, 547:23, 550:12, 551:23, 551:24, 552:6, 552:7, 556:7, 567:6, 571:23

**predicted** [108] - 339:19, 340:10, 340:11, 340:15, 340:18, 343:17, 343:21, 343:24, 345:6, 347:15, 347:19, 347:21, 357:25, 361:23,

361:25, 362:3, 363:16, 371:5, 371:6, 371:15, 372:5, 372:8, 372:22, 372:25, 373:7, 373:17, 373:22, 373:23, 374:3, 375:18, 375:19, 376:5, 376:8, 376:11, 376:17, 376:24, 377:1, 380:11, 380:22, 380:25, 381:2, 381:9, 381:17, 381:19, 381:24, 383:16, 384:3, 384:7, 384:11, 384:21, 384:23, 385:21, 385:24, 386:2, 386:14, 393:10, 393:14, 393:16, 394:4, 394:11, 395:20, 395:23, 396:2, 396:9, 396:17, 398:5, 398:8, 398:11, 398:18, 399:1, 399:6, 407:15, 419:19, 420:16, 421:16, 423:8, 423:21, 436:3, 436:7, 436:8, 436:11, 437:6, 442:13, 443:1, 443:22, 444:15, 444:22, 445:3, 445:8, 445:12, 445:20, 445:25, 446:6, 446:10, 446:15, 447:6, 447:24, 452:6, 454:2, 454:4, 454:8, 454:11, 551:7, 567:19, 569:8, 581:19, 585:13, 599:8

**predicting** [5] - 341:12, 359:20, 417:22, 419:9, 439:14

**prediction** [64] - 332:13, 333:8, 335:19, 336:3, 336:7, 340:6, 340:7, 340:22, 340:24, 340:25, 341:7, 341:23, 343:15, 344:9, 345:9, 347:23, 354:18, 355:2, 355:9,

358:15, 359:8, 359:15, 359:17, 361:8, 362:1, 362:23, 365:18, 370:1, 370:2, 370:18, 383:16, 383:18, 389:14, 393:3, 394:6, 397:24, 399:8, 401:24, 405:18, 407:4, 408:11, 412:15, 423:24, 428:11, 437:9, 439:23, 450:4, 451:8, 453:24, 456:19, 456:21, 456:24, 461:15, 462:12, 462:13, 462:24, 463:14, 542:20, 561:1, 561:2, 584:21, 584:22

**predictions** [117] - 338:24, 339:2, 339:6, 339:11, 339:14, 340:1, 340:13, 340:22, 341:6, 342:14, 342:18, 342:20, 342:25, 343:10, 345:14, 345:17, 359:9, 359:24, 361:3, 361:4, 361:6, 361:13, 361:16, 362:14, 364:3, 364:7, 365:12, 366:6, 370:14, 370:15, 370:17, 370:20, 370:24, 370:25, 371:13, 373:16, 374:5, 375:11, 375:25, 376:1, 380:17, 380:18, 382:1, 383:23, 383:24, 385:6, 385:10, 385:11, 385:14, 385:16, 386:21, 387:7, 389:12, 391:4, 393:5, 394:13, 394:24, 394:25, 395:14, 395:15, 396:24, 397:10, 397:25, 399:11, 402:1, 402:15, 406:5, 407:3, 407:6, 407:23, 408:5, 408:7, 408:12, 409:9, 409:17, 409:25, 418:1,

422:10, 422:12, 422:16, 423:17, 424:7, 424:8, 425:13, 425:18, 427:1, 438:11, 438:13, 442:20, 443:8, 445:15, 451:12, 452:10, 454:9, 454:12, 456:2, 456:15, 459:19, 459:25, 460:2, 461:24, 461:25, 462:4, 462:8, 462:15, 462:17, 470:3, 557:9, 557:13, 557:23, 558:4, 569:15, 569:24, 581:22, 595:8, 595:16

**predictive** [16] - 331:7, 342:6, 342:24, 343:23, 344:17, 371:21, 380:10, 415:25, 430:5, 430:8, 430:11, 430:13, 430:17, 430:22, 442:21, 462:24

**predicts** [5] - 338:21, 406:10, 425:11, 429:10, 429:11

**predominant** [1] - 311:2

**prefer** [1] - 337:18

**premise** [1] - 575:9

**preparation** [2] - 521:5, 522:6

**prepare** [3] - 346:4, 402:19, 604:11

**prepared** [4] - 323:1, 345:16, 468:25, 582:11

**preparing** [1] - 468:25

**preponderance** [1] - 499:12

**present** [12] - 439:2, 457:18, 476:6, 479:17, 491:18, 518:4, 523:10, 523:13, 543:15, 555:17, 583:3, 596:23

**presentations** [2] - 321:22, 470:7

**presented** [10] - 362:13, 427:19, 436:22, 454:1, 454:7, 456:7, 456:15, 456:18,

466:4, 476:23
**preserve** [1] - 491:9
**president** [2] - 300:10, 310:9
**pressure** [1] - 482:16
**pretrial** [5] - 390:17, 491:10, 493:2, 542:6, 603:15
**pretty** [7] - 334:5, 334:8, 337:23, 372:9, 459:7, 598:3, 604:20
**preview** [1] - 326:2
**previewed** [1] - 543:17
**previous** [4] - 337:22, 360:5, 378:19, 586:2
**previously** [10] - 395:5, 403:22, 501:8, 518:4, 532:19, 542:24, 543:17, 543:21, 545:14, 550:16
**prima** [1] - 490:14
**primary** [4] - 487:6, 532:25, 534:12, 571:10
**principal** [2] - 364:21, 470:12
**principles** [2] - 498:13, 498:17
**priority** [2] - 500:17, 500:19
**probability** [1] - 391:18
**probative** [1] - 490:3
**problem** [8] - 388:4, 390:7, 390:10, 391:3, 484:5, 484:14, 485:18, 542:11
**problems** [2] - 480:4, 520:16
**proceed** [11] - 300:2, 317:15, 317:22, 318:25, 319:2, 365:24, 368:15, 393:1, 413:22, 414:3, 467:20
**proceeding** [2] - 410:3, 605:8
**proceeds** [2] - 486:12, 486:20
**process** [18] - 306:13, 321:18, 324:17, 333:3, 337:21, 338:1, 346:1, 354:22, 364:11, 391:10, 410:17, 410:21, 415:23, 447:1, 447:17,

486:19, 533:15, 539:4
**processes** [1] - 582:9
**produce** [34] - 304:19, 332:21, 359:10, 359:16, 370:3, 370:4, 402:16, 406:2, 409:24, 413:5, 423:14, 442:19, 461:9, 462:1, 479:6, 486:23, 487:4, 488:10, 525:18, 540:18, 543:23, 544:1, 553:2, 553:3, 556:9, 562:7, 572:6, 573:15, 574:5, 586:25, 594:22, 600:12, 600:17
**produced** [19] - 332:7, 333:19, 343:10, 409:17, 413:2, 447:16, 490:16, 491:20, 491:21, 493:19, 494:1, 517:4, 535:11, 540:23, 562:6, 586:24, 594:15, 594:19, 594:25
**produces** [15] - 332:8, 332:15, 332:16, 334:6, 334:7, 340:2, 343:24, 352:11, 359:13, 364:7, 409:8, 409:25, 410:2, 530:2, 561:6
**producing** [5] - 344:17, 404:11, 572:21, 595:5, 595:13
**product** [303] - 301:4, 301:9, 301:16, 301:19, 301:24, 302:11, 302:12, 302:14, 302:25, 303:3, 303:10, 303:13, 303:14, 303:16, 304:2, 304:10, 304:15, 304:19, 305:9, 305:13, 305:14, 305:17, 305:20, 305:25, 306:6, 306:22, 306:25, 307:17, 307:19, 307:22, 308:6, 308:13, 308:15, 308:24, 310:16, 311:14, 311:17, 312:1, 312:20,

312:22, 313:14, 324:19, 326:15, 327:1, 327:2, 327:22, 327:24, 328:1, 328:14, 328:15, 331:20, 332:24, 348:23, 368:18, 370:11, 370:15, 370:18, 370:20, 370:22, 372:21, 374:17, 374:18, 375:22, 375:25, 377:16, 379:11, 380:14, 380:17, 380:19, 381:14, 382:14, 383:20, 383:23, 383:25, 385:14, 385:17, 385:20, 386:12, 387:9, 393:3, 393:6, 393:9, 395:14, 395:19, 397:23, 398:1, 398:4, 399:25, 412:18, 412:20, 412:22, 413:3, 414:22, 415:16, 416:17, 416:19, 421:11, 421:17, 421:24, 423:23, 424:4, 425:19, 428:8, 429:6, 429:21, 430:14, 430:18, 438:4, 438:25, 440:3, 440:21, 440:23, 448:7, 449:25, 450:3, 450:9, 450:19, 451:11, 451:18, 454:25, 455:2, 455:20, 456:11, 456:16, 457:9, 459:16, 459:20, 460:5, 461:25, 462:11, 462:13, 462:19, 463:3, 463:19, 464:1, 464:7, 464:9, 464:24, 465:2, 465:22, 466:2, 474:22, 476:15, 478:17, 478:21, 480:7, 499:10, 499:19, 504:6, 505:22, 514:23, 515:7, 515:22, 516:5, 517:7, 520:3, 520:23, 521:4, 521:9, 521:10, 522:5, 522:10, 523:7, 525:17,

525:22, 526:5, 526:8, 527:8, 530:13, 530:20, 531:22, 532:4, 532:5, 532:6, 532:20, 533:11, 533:16, 533:17, 533:20, 533:21, 533:22, 534:6, 534:7, 534:9, 534:10, 534:18, 534:22, 534:23, 535:4, 537:18, 537:20, 537:21, 538:3, 538:4, 538:8, 538:9, 538:13, 538:14, 538:18, 538:19, 539:15, 540:5, 540:21, 544:19, 545:18, 545:23, 546:5, 547:12, 548:1, 551:16, 552:8, 554:13, 554:20, 554:24, 555:4, 555:12, 556:15, 558:10, 560:17, 561:3, 561:12, 561:17, 561:19, 563:2, 563:9, 563:17, 563:19, 563:22, 563:23, 564:9, 564:12, 564:22, 565:7, 565:13, 565:15, 565:21, 565:24, 566:1, 566:5, 566:22, 567:3, 568:7, 571:12, 571:25, 573:17, 573:20, 573:23, 574:11, 574:19, 574:21, 574:24, 574:25, 577:21, 579:2, 579:4, 579:8, 579:10, 580:12, 580:17, 580:20, 580:17, 580:25, 581:2, 582:2, 582:19, 587:5, 587:10, 587:19, 588:4, 588:6, 588:10, 588:17, 588:21, 589:1, 589:10, 589:16, 589:21, 590:2, 590:13, 590:25, 591:24, 591:25, 592:3, 592:11, 595:10, 595:18, 595:25, 596:14,

596:15, 600:3, 600:13
**product's** [1] - 306:16
**production** [9] - 311:5, 311:23, 312:4, 312:10, 313:17, 315:5, 315:18, 316:15, 596:5
**products** [143] - 306:24, 325:22, 325:24, 326:4, 327:21, 328:16, 329:22, 330:25, 366:2, 366:12, 366:16, 366:20, 376:2, 377:20, 385:7, 385:11, 390:2, 395:16, 401:17, 402:13, 405:8, 407:8, 422:6, 422:19, 422:20, 423:6, 424:16, 425:5, 425:16, 430:6, 430:10, 438:18, 439:4, 439:15, 439:20, 439:21, 440:1, 441:8, 441:17, 447:11, 447:15, 448:9, 452:13, 453:7, 455:10, 456:4, 456:9, 459:25, 460:10, 460:13, 462:18, 471:22, 472:16, 472:24, 473:6, 474:10, 474:11, 474:15, 493:14, 499:22, 501:9, 516:13, 517:14, 517:20, 521:8, 521:24, 522:2, 522:16, 522:19, 522:25, 523:18, 523:20, 524:6, 525:3, 528:14, 531:2, 532:16, 532:23, 532:24, 534:20, 535:9, 535:20, 536:1, 536:3, 536:17, 537:10, 537:11, 538:23, 539:21, 540:15, 540:23, 541:9, 541:12, 541:15, 541:19, 543:5, 543:9, 543:12, 543:22, 544:1, 545:6, 545:10, 546:21,

548:21, 550:1,
552:24, 553:5,
554:14, 555:2,
556:8, 556:11,
556:16, 558:1,
558:5, 559:22,
562:11, 563:12,
564:3, 565:3, 567:7,
567:10, 568:3,
570:2, 570:4,
572:14, 574:14,
575:21, 575:25,
576:22, 578:4,
578:9, 578:12,
578:13, 581:10,
590:17, 590:20,
591:9, 593:5,
593:25, 595:22,
599:22
**profession** [1] -
319:10
**professional** [2] -
321:4, 523:17
**professionals** [1] -
320:24
**Professor** [44] -
319:11, 319:17,
319:19, 322:18,
327:19, 328:25,
329:4, 329:11,
344:3, 345:1, 347:3,
347:6, 347:25,
348:16, 350:1,
357:4, 368:17,
374:17, 377:24,
379:10, 385:6,
387:7, 389:1,
389:11, 389:15,
390:2, 391:4, 393:3,
394:23, 395:13,
397:10, 398:21,
399:14, 402:18,
403:14, 404:4,
404:25, 460:23,
461:12, 463:16,
466:15, 468:15,
468:16, 468:18
**professor** [30] -
319:14, 320:5,
320:7, 320:18,
325:19, 326:1,
330:5, 330:13,
331:2, 335:5, 344:1,
347:7, 349:11,
352:1, 354:7, 364:9,
366:3, 366:7,
366:11, 368:22,
369:5, 370:15,
377:9, 388:7, 405:3,
409:21, 410:25,

463:23, 468:7,
468:11
**profile** [114] - 304:20,
305:10, 305:24,
306:2, 306:4, 306:7,
306:8, 306:16,
306:18, 306:24,
308:4, 308:23,
313:4, 313:10,
313:19, 313:20,
314:13, 315:19,
316:17, 316:20,
316:21, 323:22,
326:23, 328:16,
350:25, 351:21,
351:24, 352:12,
353:7, 353:8,
358:3, 359:14,
360:17, 360:18,
360:20, 360:22,
361:21, 369:14,
372:8, 375:10,
380:2, 383:7,
383:15, 408:25,
410:5, 410:19,
410:23, 410:24,
411:3, 422:6, 422:9,
422:13, 429:5,
447:18, 474:18,
474:23, 481:3,
484:6, 484:13,
484:21, 486:24,
488:10, 507:4,
507:8, 525:18,
527:5, 527:7,
527:21, 527:23,
529:21, 534:17,
535:1, 535:4, 539:3,
540:1, 548:2, 550:4,
554:22, 554:24,
555:6, 555:7,
555:11, 556:24,
557:5, 559:23,
562:2, 562:7,
564:14, 565:6,
565:8, 565:18,
565:20, 565:21,
566:11, 566:13,
566:15, 566:17,
568:22, 571:19,
572:8, 573:12,
574:6, 576:13,
577:1, 582:20,
583:10, 594:10,
594:12, 600:10
**profiles** [56] - 307:23,
307:25, 313:25,
327:1, 327:4,
328:14, 331:8,
331:9, 331:15,

353:6, 355:25,
356:9, 358:19,
361:7, 361:16,
363:22, 400:2,
402:13, 402:16,
408:23, 410:7,
421:19, 424:20,
424:25, 464:23,
472:23, 474:20,
474:21, 480:25,
489:7, 495:14,
527:12, 529:16,
529:20, 530:6,
534:3, 539:13,
539:17, 539:20,
539:23, 547:20,
550:12, 550:17,
553:3, 553:6,
554:19, 554:20,
555:25, 556:8,
565:2, 565:3,
565:16, 566:3,
567:7, 573:15,
573:16
**program** [8] - 305:8,
306:23, 310:20,
310:22, 320:12,
320:23
**programs** [1] - 321:19
**proof** [1] - 543:6
**proper** [4] - 297:8,
297:12, 388:11,
423:21
**property** [3] - 304:5,
501:23, 502:4
**proposed** [24] -
301:16, 301:19,
301:23, 302:14,
304:10, 304:15,
304:19, 305:9,
305:13, 305:25,
306:16, 306:24,
306:25, 307:22,
308:5, 308:15,
308:24, 326:25,
464:9, 464:24,
465:22, 466:2,
518:13, 518:14
**protect** [1] - 487:23
**protocol** [21] - 519:7,
520:10, 520:12,
528:5, 544:4,
544:11, 545:5,
545:9, 545:17,
545:22, 546:1,
546:4, 546:6,
546:11, 546:12,
546:15, 546:21,
549:4, 577:16, 580:7
**protocols** [2] - 528:20,

549:5
**prototype** [6] - 312:6,
312:13, 312:16,
313:3, 313:13,
313:18
**prove** [5] - 476:13,
476:17, 494:6,
511:23, 526:9
**provide** [17] - 323:9,
326:4, 334:23,
336:13, 340:1,
403:15, 453:4,
456:2, 469:18,
488:23, 504:2,
523:3, 541:22,
541:24, 558:9,
570:12, 596:19
**provided** [28] -
298:16, 370:16,
375:25, 380:17,
383:23, 385:15,
387:23, 393:4,
395:5, 395:14,
401:4, 404:13,
411:25, 443:25,
473:15, 475:12,
490:14, 520:17,
528:21, 535:13,
542:24, 552:12,
557:12, 557:22,
569:15, 569:23,
570:9, 597:3
**provides** [8] - 307:14,
316:6, 316:15,
365:17, 517:5,
527:15, 529:5, 529:8
**providing** [4] - 323:10,
325:23, 332:23,
397:24
**provisionally** [16] -
327:12, 328:19,
367:12, 367:25,
379:3, 387:13,
389:4, 391:18,
395:7, 397:17,
403:20, 403:24,
492:1, 494:20,
587:21, 602:2
**provost** [1] - 320:16
**PTO** [1] - 490:11
**PTX** [32] - 309:10,
309:16, 322:15,
327:16, 328:22,
346:14, 349:8,
354:3, 357:1, 368:3,
374:13, 378:14,
379:6, 382:10,
387:4, 394:20,
395:9, 397:7,
397:19, 403:11,

403:25, 404:22,
411:13, 469:3,
469:12, 515:18,
531:18, 532:14,
568:13, 587:25,
590:9, 602:13
**PTX's** [1] - 318:5
**PTX-0045** [11] - 515:3,
515:5, 515:13,
515:15, 515:24,
516:3, 516:10,
516:18, 517:13,
532:19, 572:17
**PTX-0067** [7] - 489:14,
489:21, 495:3,
495:4, 496:20,
496:25, 498:2
**PTX-0167** [2] - 550:19,
550:20
**PTX-0340** [1] - 458:15
**PTX-0340.0081** [1] -
458:20
**PTX-0342** [1] - 402:22
**PTX-111** [2] - 349:3,
349:5
**PTX-167** [5] - 356:21,
356:23, 357:4,
357:7, 428:23
**PTX-195** [2] - 330:9,
330:10
**PTX-2012** [6] - 587:13,
587:14, 587:16,
587:17, 587:21,
588:3
**PTX-2026** [2] - 589:24,
590:1, 590:4
**PTX-3001** [3] - 591:23,
601:23, 602:8
**PTX-3013** [4] - 599:14,
599:16, 601:18,
602:7
**PTX-309** [4] - 469:3,
469:5, 469:8, 469:15
**PTX-319** [4] - 322:3,
322:5, 322:7, 322:12
**PTX-321** [5] - 345:21,
345:23, 345:24,
346:3, 346:9
**PTX-322** [5] - 353:14,
353:15, 353:17,
353:21, 353:25
**PTX-326** [4] - 392:13,
397:1, 397:3, 399:10
**PTX-327** [4] - 392:13,
397:12, 397:14,
399:13
**PTX-329** [3] - 392:13,
394:15, 394:17
**PTX-330** [3] - 395:1,
395:3, 395:4

**PTX-331** [2] - 382:3, 382:5
**PTX-332** [7] - 378:1, 378:2, 378:4, 378:5, 378:7, 378:11, 378:17
**PTX-333** [2] - 386:23, 386:25
**PTX-334** [2] - 387:10, 387:12
**PTX-335** [2] - 374:7, 374:9
**PTX-336** [6] - 367:1, 367:2, 367:5, 367:6, 367:8, 367:12
**PTX-340** [10] - 404:5, 404:7, 404:9, 404:10, 404:14, 404:18, 411:9, 461:10, 461:13, 461:21
**PTX-341** [2] - 403:4, 403:6
**PTX-4004** [1] - 316:25
**PTX-4008** [3] - 317:4, 564:20, 565:20
**PTX-4027** [3] - 545:21, 601:23, 602:7
**PTX-4028** [4] - 572:12, 572:13, 601:23, 602:7
**PTX-4029** [1] - 317:8
**PTX-4033** [1] - 568:9
**PTX-4033.00001** [1] - 568:4
**PTX-4043** [4] - 327:10, 327:12, 378:25, 379:2
**PTX-6006** [5] - 531:5, 531:8, 531:12, 532:15, 539:8
**PTX-6006.00047** [1] - 531:23
**PTX-7031** [9] - 402:20, 403:17, 403:19, 463:13, 463:16, 463:18, 463:23, 465:10, 466:16
**PTX-7032** [2] - 402:20, 403:17
**PTX-731** [1] - 392:13
**PTX-8026** [1] - 367:24
**PTX-8027** [11] - 328:5, 328:10, 328:18, 367:18, 367:19, 367:21, 544:14, 544:17, 544:18, 544:21, 545:4
**PTX-8029** [4] - 561:10, 561:11, 601:24,

602:7
**PTX-8030** [3] - 309:5, 554:7, 554:9
**PTX-8037** [1] - 555:9
**PTX-8046** [1] - 309:13
**public** [1] - 319:12
**Public** [1] - 320:14
**publication** [4] - 356:17, 358:22, 550:21, 598:18
**publications** [6] - 321:11, 409:5, 430:5, 430:8, 430:10, 470:5
**published** [8] - 307:16, 321:12, 357:11, 428:7, 428:12, 428:18, 429:13, 429:17
**publishing** [2] - 302:1, 302:16
**pull** [5] - 489:14, 495:3, 507:14, 507:17, 596:22
**pulled** [1] - 549:14
**purchase** [1] - 503:25
**purple** [1] - 501:16
**purples** [1] - 555:4
**purported** [1] - 438:13
**purports** [1] - 391:9
**purpose** [7] - 327:19, 327:20, 359:24, 423:24, 462:21, 506:16, 539:3
**purposes** [3] - 303:6, 423:25, 450:6
**pursuant** [5] - 493:2, 497:12, 519:17, 542:6, 567:7
**pushes** [1] - 482:19
**pushing** [1] - 604:20
**put** [20] - 328:6, 344:21, 350:12, 359:11, 411:21, 431:16, 431:20, 437:10, 444:11, 463:5, 477:3, 490:23, 498:22, 503:7, 510:14, 510:16, 524:3, 526:15, 575:7, 604:4
**putting** [7] - 299:18, 354:20, 409:20, 462:21, 489:1, 494:8, 560:20

---

## Q

**QTPP** [4] - 305:10, 305:12, 305:21,

305:24
**qualify** [1] - 322:18
**qualitative** [4] - 563:4, 572:15, 588:5, 592:4
**Quality** [1] - 356:18
**quality** [2] - 305:9, 306:11
**quantitative** [3] - 563:4, 572:15, 592:4
**quantity** [1] - 435:20
**QUESTION** [1] - 419:8
**questions** [15] - 411:18, 424:11, 454:16, 454:23, 460:14, 460:16, 460:18, 460:24, 461:13, 463:7, 494:4, 519:10, 597:13, 597:17, 597:25
**quick** [1] - 454:14
**quickly** [1] - 529:12
**Quist** [24] - 356:19, 356:20, 357:7, 357:11, 357:14, 357:20, 357:22, 358:4, 358:16, 358:22, 410:9, 410:10, 410:12, 410:25, 428:23, 429:3, 429:7, 429:8, 429:13, 429:16, 429:18, 430:23, 431:3
**quite** [6] - 345:3, 356:1, 360:18, 362:6, 415:19, 428:16
**quitting** [1] - 413:20
**quote** [1] - 391:19

---

## R

**RACHEL** [1] - 295:17
**raise** [2] - 491:11, 602:20
**raised** [4] - 597:10, 597:13, 597:17, 601:19
**raising** [1] - 490:20
**RAKOCZY** [12] - 295:16, 295:16, 460:16, 489:17, 489:22, 490:24, 493:19, 494:2, 494:7, 515:16, 531:16, 603:6
**Rakoczy** [1] - 494:12
**Rakoczy's** [1] - 493:8
**ran** [2] - 440:22, 441:5

**random** [1] - 409:24
**randomly** [1] - 354:19
**range** [9] - 372:6, 372:10, 372:24, 373:2, 376:10, 380:24, 381:1, 447:25, 581:13
**ranged** [9] - 350:14, 350:21, 372:18, 376:7, 384:5, 386:1, 395:25, 398:7, 449:11
**ranges** [2] - 371:20, 530:5
**ranging** [9] - 320:19, 376:13, 381:4, 384:12, 385:23, 386:4, 393:12, 393:15, 398:13
**ranked** [1] - 384:9
**ranks** [1] - 320:6
**rapidly** [7] - 422:7, 422:11, 431:13, 432:25, 487:16, 507:19, 507:20
**rate** [26] - 306:5, 344:23, 344:24, 344:25, 352:14, 352:15, 356:4, 412:4, 432:20, 434:12, 448:18, 449:5, 449:9, 455:19, 476:3, 479:11, 545:5, 545:23, 549:8, 560:17, 583:21, 584:16, 585:8, 585:17, 585:20, 585:23
**rated** [1] - 435:1
**rates** [5] - 405:2, 433:15, 455:13, 455:14, 510:6
**rather** [3] - 379:25, 380:1, 480:10
**ratio** [3] - 435:3, 435:6, 435:9
**rationale** [1] - 582:20
**re** [1] - 494:22
**re-examine** [1] - 494:22
**reach** [1] - 473:16
**reached** [1] - 325:5
**reaches** [1] - 324:18
**reaching** [1] - 534:6, 562:9, 568:6
**read** [11] - 303:21, 303:25, 305:5, 318:9, 336:2, 437:11, 483:17,

500:7, 504:11, 572:8, 601:13
**reading** [3] - 314:17, 598:15, 598:22
**real** [1] - 344:23
**realize** [1] - 473:25
**really** [13] - 337:22, 338:13, 338:23, 341:5, 390:11, 488:6, 507:11, 507:15, 526:3, 533:4, 551:12, 571:6, 582:14
**reason** [24] - 390:7, 390:21, 390:24, 407:1, 407:11, 407:13, 418:4, 418:13, 420:1, 422:10, 422:14, 441:2, 520:16, 533:23, 548:6, 548:23, 549:1, 559:1, 564:13, 571:15, 571:21, 571:22, 587:6, 587:7
**reasonable** [1] - 549:8
**reasons** [8] - 512:2, 559:19, 564:6, 564:18, 571:4, 574:8, 576:3, 580:23
**rebut** [2] - 477:2, 603:25
**rebuttal** [7] - 442:11, 443:19, 452:19, 461:3, 598:1, 603:22, 604:13
**receive** [1] - 602:2
**received** [43] - 309:9, 309:15, 317:2, 317:6, 317:10, 321:1, 321:2, 322:14, 327:15, 328:21, 346:13, 349:7, 354:2, 356:25, 367:14, 368:2, 374:12, 378:13, 379:5, 382:9, 387:3, 394:19, 395:7, 397:6, 397:18, 403:10, 404:21, 411:12, 469:11, 469:20, 469:22, 470:12, 470:15, 481:20, 515:17, 524:16, 524:17, 531:17, 545:1, 568:12, 590:8, 602:3, 602:12
**recess** [6] - 346:23,

388:19, 427:10, 427:12, 485:4, 553:13
**recited** [1] - 497:13
**recognition** [1] - 583:14
**recognize** [12] - 302:7, 302:9, 302:22, 302:24, 311:8, 311:24, 315:6, 571:17, 587:14, 594:9, 598:24, 600:7
**recognized** [4] - 468:22, 470:24, 483:5, 490:17
**recognizing** [1] - 529:6
**recollection** [10] - 458:7, 458:14, 458:20, 463:17, 556:22, 558:16, 558:19, 558:22, 559:11, 567:19
**recommend** [4] - 307:18, 329:18, 415:6, 524:23
**recommendation** [3] - 307:16, 525:5, 528:4
**recommendations** [5] - 307:15, 307:19, 525:9, 525:10, 525:13
**recommended** [10] - 316:2, 329:20, 330:21, 400:23, 415:1, 415:8, 465:5, 524:12, 524:25, 528:20
**recommends** [3] - 307:13, 330:18, 409:5
**record** [18] - 310:1, 312:4, 312:10, 318:10, 318:12, 348:3, 348:4, 348:11, 348:14, 388:12, 390:1, 392:21, 392:22, 489:25, 491:12, 493:6, 587:21, 602:7
**records** [1] - 391:14
**recover** [1] - 433:24
**red** [22] - 340:5, 340:6, 351:23, 351:24, 356:3, 360:20, 360:21, 432:14, 462:7, 462:8, 462:12, 462:15, 464:25, 481:3, 483:15, 495:16,

511:1, 555:2, 555:14, 557:5, 569:4, 579:20
**REDIRECT** [1] - 460:21
**reduce** [2] - 488:10, 489:12
**reduces** [1] - 436:21
**reestimate** [2] - 362:21, 362:25
**refer** [3] - 503:14, 561:14, 591:23
**reference** [26] - 305:14, 305:16, 307:6, 308:13, 312:21, 327:21, 329:21, 341:2, 356:15, 356:17, 356:20, 357:7, 358:16, 378:22, 430:21, 431:2, 431:4, 517:13, 525:3, 525:15, 527:17, 531:22, 532:6, 532:7, 555:14, 565:24
**referenced** [2] - 325:10, 525:16
**references** [1] - 378:17
**referred** [5] - 305:17, 348:5, 428:24, 510:20, 530:7
**referring** [7] - 442:16, 461:22, 497:20, 503:10, 504:13, 520:24, 532:18
**refers** [1] - 508:19
**refinements** [1] - 365:15
**reflect** [1] - 469:15
**reflected** [4] - 308:18, 425:3, 466:25, 467:2
**reflects** [2] - 308:13, 348:4
**refresh** [3] - 458:14, 458:20, 463:17
**refute** [6] - 558:15, 558:17, 558:21, 570:18, 570:20, 570:24
**regard** [2] - 574:2, 602:24
**regarding** [4] - 325:24, 365:20, 473:17, 505:18
**regardless** [4] - 357:23, 363:21, 410:23, 539:16
**regards** [1] - 561:21

Regenerative [1] - 468:13
**regulatory** [12] - 301:17, 301:18, 301:22, 302:25, 303:3, 303:10, 303:13, 303:14, 306:18, 306:22, 422:22, 523:25
**relate** [13] - 335:11, 335:13, 337:5, 412:24, 430:5, 430:8, 535:25, 536:17, 577:20, 578:4, 580:11, 591:8, 603:24
**related** [19] - 301:19, 301:23, 331:8, 344:12, 358:12, 470:5, 470:7, 470:10, 470:20, 471:25, 477:12, 477:15, 477:23, 479:22, 507:7, 518:22, 530:13, 583:7, 593:4
**relates** [11] - 338:14, 356:8, 359:4, 363:19, 390:1, 459:25, 473:2, 492:15, 543:6, 556:24, 568:22
**relating** [6] - 363:13, 402:6, 458:8, 472:23, 477:20, 520:18
**relationship** [39] - 331:18, 332:7, 332:14, 332:16, 332:19, 333:11, 333:12, 334:4, 334:8, 334:11, 335:4, 336:14, 336:21, 336:23, 336:24, 336:25, 337:14, 337:16, 337:18, 338:9, 338:12, 338:18, 338:21, 344:11, 352:6, 352:8, 354:18, 364:14, 430:25, 437:9, 450:7, 450:8, 450:13, 450:23, 467:2, 504:20, 547:6, 547:10
**relationships** [4] - 333:5, 333:6, 333:14, 354:10
**relative** [1] - 455:13

**relatively** [1] - 422:11
**release** [105] - 306:7, 312:20, 330:19, 464:2, 470:3, 472:9, 474:3, 474:5, 474:8, 474:13, 474:16, 474:20, 474:21, 474:23, 478:12, 478:13, 478:14, 478:18, 478:20, 478:23, 478:24, 478:25, 479:1, 479:2, 479:15, 479:16, 479:21, 479:23, 480:3, 480:19, 480:21, 480:22, 480:24, 481:2, 481:3, 481:7, 481:8, 482:2, 482:6, 482:24, 483:6, 483:9, 484:6, 484:7, 484:12, 484:21, 485:10, 485:14, 485:20, 486:14, 486:16, 486:22, 486:24, 487:2, 487:6, 487:24, 488:8, 488:10, 488:13, 488:19, 489:2, 497:1, 497:3, 501:17, 501:22, 503:3, 505:16, 507:4, 507:8, 510:19, 516:11, 516:15, 525:1, 525:18, 526:6, 526:7, 526:14, 526:16, 526:18, 526:23, 527:5, 534:17, 539:2, 539:17, 540:14, 553:2, 553:5, 555:5, 560:1, 560:3, 561:23, 562:25, 564:7, 572:21, 572:22, 573:5, 574:6, 575:18, 586:19, 586:21, 592:10, 600:1
**released** [3] - 306:6, 488:14, 488:15
**releasing** [1] - 486:18
**relevance** [6] - 388:22, 389:17, 441:14, 526:1, 526:3, 598:9
**relevant** [10] - 332:4, 388:23, 442:7, 470:25, 509:5, 562:4, 562:18, 586:11, 586:15,

597:14
**reliable** [2] - 549:20, 576:6
**reliance** [1] - 571:1
**relied** [6] - 311:13, 390:14, 438:12, 453:20, 542:23, 567:20
**reluctant** [2] - 407:10, 417:11
**rely** [11] - 303:6, 303:12, 388:7, 391:5, 391:20, 438:11, 506:22, 542:16, 542:19, 543:1, 568:5
**relying** [1] - 456:24
**remaining** [4] - 297:16, 343:25, 473:1, 586:11
**remember** [9] - 362:15, 362:19, 413:12, 419:22, 427:22, 461:16, 539:14, 559:8, 583:6
**remind** [2] - 443:21, 501:12
**render** [1] - 520:18
**repeat** [5] - 330:15, 400:20, 428:16, 593:15, 594:17
**rephrase** [1] - 451:14
**replaced** [1] - 336:21
**replicable** [1] - 337:15
**replicate** [3] - 342:18, 345:19, 364:8
**replicating** [3] - 334:24, 355:3, 362:11
**reply** [4] - 404:11, 404:13, 411:10, 598:5
**report** [26] - 302:11, 302:12, 315:8, 315:10, 345:24, 404:11, 404:13, 411:10, 431:16, 431:17, 432:19, 435:19, 443:19, 448:23, 449:1, 449:7, 452:19, 455:16, 455:19, 466:13, 520:18, 531:10, 554:11, 558:7, 570:6, 598:5
**reported** [3] - 357:7, 458:4, 557:4
**reporter** [3] - 303:2, 314:20, 315:1
**Reporter** [1] - 605:10

**reporting** [2] - 321:20, 357:16
**reports** [12] - 315:9, 321:22, 402:6, 442:11, 461:3, 461:4, 476:20, 572:25, 583:13, 597:21, 598:15, 598:22
**represent** [9] - 318:6, 324:7, 333:24, 333:25, 341:7, 341:8, 343:6, 343:15, 483:11
**representation** [1] - 316:16
**representative** [3] - 555:18, 566:8, 566:10
**representatives** [1] - 566:6
**represented** [1] - 470:19
**representing** [3] - 479:12, 556:23, 568:21
**represents** [2] - 324:12, 340:14
**reproduce** [4] - 361:16, 361:20, 401:10, 414:15
**reproduced** [3] - 496:20, 496:25, 505:3
**reproducing** [1] - 466:22
**reproduction** [1] - 323:17
**request** [2] - 481:17, 568:9
**require** [5] - 474:20, 502:17, 502:18, 503:10, 508:4
**required** [9] - 314:2, 363:21, 457:8, 510:23, 543:6, 544:4, 544:11, 577:16, 580:7
**requirement** [4] - 306:22, 524:6, 526:1, 535:21
**requirements** [3] - 520:13, 590:20, 592:25
**research** [12] - 310:14, 320:9, 320:11, 320:13, 320:22, 357:13, 388:13, 430:3, 430:4, 468:22, 470:10,

494:23
**resolve** [1] - 487:22
**resolved** [1] - 455:7
**respect** [14] - 317:24, 347:18, 400:3, 400:8, 406:22, 407:19, 418:9, 433:15, 498:20, 517:19, 541:8, 541:11, 601:20, 602:1
**respective** [1] - 595:22
**respectively** [1] - 569:10
**responding** [1] - 597:9
**response** [3] - 387:21, 387:22, 598:21
**responsibilities** [3] - 300:17, 301:15, 310:15
**responsible** [2] - 301:19, 301:23
**rest** [1] - 436:12
**restriction** [1] - 385:3
**resubmit** [1] - 348:14
**result** [6] - 371:2, 402:6, 510:2, 510:5, 527:9, 540:24, 549:1, 552:21, 557:6, 562:20, 573:4, 576:14, 581:9, 582:9, 598:13, 600:13
**resulted** [1] - 480:3
**results** [73] - 308:13, 308:18, 326:23, 332:17, 333:19, 333:22, 339:24, 346:6, 359:1, 365:6, 372:19, 373:13, 376:3, 376:22, 380:20, 381:15, 384:1, 384:20, 385:18, 386:13, 386:14, 393:7, 394:2, 395:17, 396:16, 398:2, 398:24, 401:23, 402:17, 421:15, 421:16, 423:12, 424:3, 426:17, 440:16, 443:1, 462:25, 520:19, 521:7, 522:9, 527:17, 527:18, 535:25, 536:16, 539:10, 543:2, 547:3, 548:12,

548:14, 549:4, 551:2, 551:7, 555:21, 557:15, 566:19, 566:23, 569:5, 569:11, 569:17, 577:20, 578:4, 580:11, 582:1, 586:10, 586:13, 590:24, 591:8, 593:3, 593:24, 600:23, 601:9
**retained** [1] - 471:12
**retired** [1] - 319:17
**returning** [1] - 539:8
**reverse** [1] - 532:1, 532:7, 532:9, 532:11
**review** [2] - 310:25, 320:8, 326:3, 471:21, 471:24, 472:19, 472:22, 515:10, 519:6, 519:8, 520:2, 520:9, 521:4, 522:6, 524:21, 530:13, 557:25, 558:7, 567:20, 570:1, 570:6, 573:22, 588:7
**reviewed** [16] - 321:13, 326:17, 330:6, 357:8, 391:5, 414:19, 453:10, 476:20, 488:21, 550:21, 550:23, 561:18, 592:4, 592:7, 595:9
**reviewing** [2] - 320:9, 583:12
**Rheology** [1] - 304:3
**rheology** [1] - 304:6
**right-hand** [4] - 506:2, 510:21, 521:15, 583:25
**rise** [7] - 346:22, 352:10, 388:18, 427:11, 481:4, 553:12, 605:5
**rises** [3] - 422:7, 422:9, 431:13
**rising** [2] - 422:11, 479:13
**RLD** [2] - 312:22, 316:7
**RMSE** [19] - 342:1, 342:3, 342:5, 342:7, 342:9, 342:11, 342:15, 342:16, 345:3, 345:5, 345:15, 362:5, 371:10, 371:12,

457:3, 457:5, 457:11, 457:12
**ROBERTS** [1] - 294:21
**robust** [2] - 420:15, 447:9
**robustness** [1] - 420:19
**role** [7] - 310:10, 310:22, 310:24, 310:25, 311:2, 310:22, 418:7, 487:1
**RONALD** [1] - 317:18
**Root** [1] - 341:17
**root** [1] - 341:22
**Root-Mean-Squared-Error** [1] - 341:17
**root-mean-squared-error** [1] - 341:22
**rose** [1] - 320:6
**rotating** [2] - 325:18, 509:22
**rotation** [11] - 330:20, 351:15, 400:11, 400:13, 400:15, 401:17, 401:18, 412:5, 415:7, 495:19, 528:18
**rotational** [1] - 412:4
**rotations** [2] - 412:1
**roughly** [3] - 345:8, 434:16, 449:12
**routes** [1] - 483:18
**routine** [2] - 506:22, 507:1
**routinely** [3] - 493:16, 547:19, 549:25
**row** [1] - 369:10
**rows** [1] - 369:11
**Royal** [1] - 321:7
**RPM** [82] - 307:18, 325:18, 329:22, 329:23, 330:20, 349:16, 349:18, 350:5, 351:15, 369:15, 400:6, 400:11, 400:13, 400:16, 400:17, 401:1, 401:12, 401:19, 401:24, 403:16, 404:15, 413:7, 413:8, 415:5, 415:10, 415:17, 415:18, 417:6, 426:2, 426:11, 426:14, 426:21, 431:8, 431:9, 432:15, 434:14, 434:15, 436:16, 438:1, 440:5, 440:8, 440:22, 441:7,

441:24, 442:14, 443:3, 448:8, 448:12, 448:15, 450:1, 450:3, 450:18, 453:25, 454:7, 455:11, 458:1, 458:8, 461:16, 462:10, 462:18, 464:1, 464:4, 465:2, 465:15, 465:17, 466:6, 467:1, 467:4, 528:8, 528:9, 528:24, 544:7, 544:9, 545:12, 546:9, 546:10, 546:14, 548:6, 599:5
**RPM's** [5] - 307:9, 307:11, 307:12, 308:20, 400:20
**ruled** [3] - 389:5, 392:2, 392:3
**rules** [1] - 602:21
**ruling** [9] - 346:12, 388:14, 392:19, 392:22, 395:6, 397:17, 403:24, 491:22, 494:23
**run** [2] - 358:1, 427:3
**running** [4] - 358:1, 401:15, 525:19, 535:11

---

## S

**Sako's** [1] - 479:17
**salt** [3] - 513:19, 513:20, 514:18
**salts** [1] - 513:20
**sample** [10] - 407:23, 463:2, 506:4, 510:13, 539:5, 576:12, 578:18, 581:19, 590:25
**samples** [112] - 405:3, 417:12, 427:4, 432:1, 438:8, 440:5, 440:8, 440:10, 440:15, 440:18, 441:11, 441:15, 441:23, 442:5, 442:16, 443:6, 443:11, 443:23, 448:14, 448:15, 460:24, 475:3, 475:5, 475:10, 475:12, 475:23, 475:24, 476:4, 477:10, 477:13, 477:16, 477:18,

477:21, 477:24,
506:7, 535:11,
536:9, 536:12,
536:23, 537:1,
540:22, 541:22,
541:25, 542:15,
542:24, 542:25,
551:18, 554:17,
556:17, 556:19,
556:25, 557:16,
564:25, 567:14,
568:23, 576:6,
576:8, 576:12,
576:21, 576:25,
577:3, 577:4, 577:7,
577:23, 578:14,
579:2, 579:7,
579:16, 579:24,
580:7, 580:19,
580:22, 580:24,
581:5, 581:23,
582:2, 583:17,
584:12, 584:17,
585:4, 586:7,
586:14, 586:24,
587:2, 587:7,
589:22, 591:4,
591:14, 591:17,
592:13, 592:16,
592:22, 593:9,
593:13, 593:17,
594:12, 594:16,
594:19, 594:20,
594:22, 594:25,
595:5, 595:10,
595:13, 595:17,
595:21, 596:19,
599:16, 600:16,
600:17, 601:4
**sampling** [2] - 330:22, 510:9
**Sandoz** [53] - 295:20, 460:16, 472:4, 472:17, 475:4, 530:17, 530:23, 531:25, 532:12, 532:16, 533:16, 533:20, 533:21, 533:25, 534:5, 534:9, 534:10, 534:22, 535:8, 535:13, 535:17, 535:20, 535:25, 536:9, 536:12, 536:17, 536:23, 537:1, 537:9, 537:11, 537:19, 537:21, 538:2, 538:4, 538:7, 538:9, 538:12, 538:14, 538:17, 538:19,

538:22, 538:23, 539:9, 539:10, 539:25, 540:8, 540:10, 540:13, 586:24, 594:20, 599:22, 599:25, 600:8
**SANDOZ** [1] - 294:6
**Sandoz's** [10] - 530:13, 530:20, 531:2, 531:10, 532:20, 532:23, 533:10, 537:4, 537:18, 552:8
**satisfied** [1] - 527:8
**satisfy** [1] - 452:7
**Saturday** [1] - 604:24
**SAVAS** [1] - 296:8
**saving** [1] - 530:25
**saw** [14] - 337:22, 351:21, 440:4, 440:6, 452:19, 494:19, 509:17, 533:3, 549:7, 572:8, 582:13, 598:17, 599:6, 601:7
**Sawai** [64] - 385:11, 385:13, 385:16, 386:5, 386:16, 387:15, 388:4, 388:9, 390:25, 391:10, 399:25, 400:9, 400:25, 401:4, 401:5, 401:9, 401:12, 402:3, 402:8, 402:12, 402:19, 403:2, 403:14, 403:16, 404:14, 411:23, 411:25, 412:11, 412:21, 414:8, 414:12, 414:25, 458:1, 458:9, 458:16, 458:17, 458:21, 459:1, 459:2, 459:5, 459:9, 461:16, 462:11, 462:13, 462:16, 463:10, 463:13, 464:2, 464:10, 464:15, 465:23, 466:7, 466:19, 466:21, 466:23, 585:16, 585:18, 596:24, 598:10, 598:22, 598:23
**Sawai's** [26] - 385:19, 386:11, 387:9, 401:10, 401:24, 401:25, 412:16,

412:17, 440:23, 458:5, 458:12, 459:3, 459:16, 459:18, 459:20, 459:21, 461:25, 463:3, 463:19, 464:1, 464:9, 464:24, 465:1, 465:22, 598:25
**scale** [15] - 344:13, 353:9, 354:21, 357:25, 365:4, 401:15, 401:19, 421:1, 421:5, 421:6, 421:9, 437:21, 458:7, 551:13, 551:14
**Scale** [3] - 356:11, 364:5, 428:4
**scales** [2] - 356:9, 359:4
**schedule** [1] - 604:22
**schematic** [2] - 323:21, 333:18
**science** [2] - 304:5, 319:12
**sciences** [1] - 468:12
**Sciences** [1] - 320:14
**scope** [1] - 552:11
**screen** [34] - 311:6, 314:12, 318:10, 328:7, 348:6, 367:3, 431:16, 431:20, 470:20, 479:8, 482:4, 485:25, 498:22, 500:6, 501:14, 503:8, 520:22, 528:7, 549:24, 551:11, 555:1, 555:6, 555:16, 557:1, 561:24, 563:3, 572:23, 578:5, 582:22, 583:23, 588:14, 591:10, 592:6, 599:6
**scroll** [2] - 312:9, 314:14
**se** [1] - 423:11
**seal** [6] - 367:12, 367:25, 587:22, 587:23, 590:7, 601:18
**sealed** [4] - 327:12, 328:19, 379:3, 387:13
**seated** [6] - 296:17, 346:24, 388:20, 427:13, 485:5, 553:14

**second** [23] - 305:5, 305:17, 309:7, 312:19, 335:22, 340:24, 349:16, 351:25, 354:23, 354:24, 357:24, 358:11, 362:16, 405:1, 443:15, 454:15, 488:5, 516:17, 524:5, 537:25, 571:10, 571:11, 599:14
**secondarily** [1] - 493:7
**secondary** [1] - 469:19
**seconds** [1] - 309:21
**Section** [6] - 302:13, 312:1, 315:17, 315:18, 316:6, 531:22
**section** [1] - 596:2
**see** [148] - 312:23, 313:6, 323:12, 323:16, 324:1, 324:3, 327:3, 328:9, 329:24, 334:14, 335:5, 337:4, 338:2, 338:3, 338:7, 340:17, 355:21, 355:23, 356:2, 359:14, 360:15, 361:15, 364:25, 369:9, 371:22, 373:19, 389:6, 389:7, 389:9, 394:13, 405:12, 405:13, 409:15, 409:18, 416:1, 416:11, 427:1, 431:21, 433:5, 433:11, 434:3, 434:6, 434:7, 434:8, 434:9, 434:24, 439:13, 442:3, 442:7, 443:16, 446:9, 448:22, 450:9, 451:15, 459:10, 459:19, 461:24, 462:3, 465:6, 475:4, 477:4, 481:3, 486:9, 495:5, 495:8, 495:10, 495:12, 495:17, 495:18, 497:25, 498:2, 501:22, 503:8, 504:9, 505:3, 505:21, 505:23, 505:24, 506:2, 506:5, 506:13,

508:18, 508:21, 509:12, 509:18, 512:21, 513:15, 518:13, 521:16, 524:7, 524:25, 527:22, 528:8, 532:3, 532:4, 536:18, 539:17, 540:4, 551:12, 553:4, 555:1, 555:4, 555:14, 556:13, 557:1, 557:9, 560:15, 561:4, 561:24, 562:3, 562:17, 565:12, 565:15, 565:23, 565:24, 566:20, 569:1, 569:7, 569:20, 572:3, 572:25, 573:2, 573:5, 576:19, 576:22, 576:23, 577:24, 578:5, 578:17, 578:18, 580:13, 581:11, 582:8, 584:1, 584:23, 584:25, 585:1, 585:15, 585:16, 585:20, 585:23, 589:16, 590:14, 593:6, 597:11, 605:2
**seeing** [9] - 371:18, 521:11, 528:24, 539:12, 540:14, 577:22, 584:19, 584:20, 589:13
**seek** [1] - 487:22
**seeking** [1] - 472:8
**seem** [1] - 443:5
**segments** [2] - 350:24, 409:20
**segregate** [1] - 354:12
**select** [1] - 468:19
**selected** [7] - 304:18, 354:20, 512:23, 532:5, 540:13, 575:17, 600:1
**sell** [1] - 504:9
**senior** [1] - 300:10
**sense** [7] - 388:1, 408:10, 431:10, 434:10, 452:10, 559:23
**sent** [1] - 571:18
**sentence** [1] - 304:4
**separate** [3] - 299:13, 355:10, 452:24
**separately** [2] - 364:24, 434:24

**September** [2] - 500:9, 500:15

**sequential** [2] - 481:12, 496:4

**sequester** [1] - 604:2

**serve** [1] - 487:3

**served** [4] - 297:13, 298:13, 298:19, 320:16

**service** [3] - 298:9, 298:10, 319:18

**set** [48] - 298:5, 299:3, 323:1, 349:16, 350:25, 351:4, 352:17, 354:16, 354:23, 354:24, 354:25, 355:6, 355:7, 355:10, 355:15, 355:16, 355:17, 356:6, 359:1, 359:3, 359:21, 359:25, 360:1, 360:9, 361:14, 361:15, 362:2, 362:6, 362:9, 362:16, 362:17, 364:18, 365:7, 435:16, 464:7, 464:9, 465:19, 465:21, 466:3, 466:5, 484:22, 497:23, 509:21, 521:20, 546:16

**sets** [32] - 332:22, 333:13, 352:25, 354:12, 354:19, 354:21, 355:1, 355:19, 356:5, 359:6, 359:22, 360:3, 360:6, 360:7, 360:15, 360:16, 361:1, 362:21, 363:1, 363:5, 363:12, 363:15, 364:6, 364:19, 367:22, 378:22, 399:1, 401:25, 407:5, 462:4, 464:24, 466:9

**settled** [2] - 387:19, 586:2

**settles** [1] - 443:20

**seven** [73] - 324:24, 325:2, 325:4, 325:7, 369:25, 370:4, 370:19, 373:9, 373:13, 373:15, 373:17, 373:24, 374:2, 375:19, 376:19, 376:25,

377:2, 377:6, 380:12, 381:11, 381:15, 381:19, 381:23, 381:25, 383:18, 384:17, 384:22, 384:23, 385:2, 386:9, 386:18, 393:23, 394:5, 394:10, 396:12, 396:18, 396:22, 398:20, 399:2, 399:5, 399:7, 406:5, 406:13, 406:17, 422:8, 422:13, 444:22, 445:8, 445:24, 446:17, 447:16, 448:5, 495:14, 503:7, 509:15, 511:3, 511:4, 521:16, 522:14, 536:6, 536:21, 557:11, 557:21, 569:9, 569:21, 578:1, 578:7, 578:20, 580:14, 581:17, 591:2, 591:12, 593:7

**seven-hour** [24] - 325:4, 373:9, 373:13, 373:15, 376:19, 381:11, 381:15, 384:17, 386:9, 393:23, 396:12, 398:20, 444:22, 445:8, 521:16, 536:6, 557:11, 557:21, 569:9, 569:21, 578:1, 578:20, 591:2, 593:7

**several** [6] - 330:21, 409:1, 430:10, 460:24, 482:5, 576:14

**shade** [2] - 355:12, 360:2

**shaded** [2] - 360:4, 360:5

**shape** [31] - 355:20, 356:2, 357:23, 357:24, 363:21, 408:15, 408:25, 409:2, 409:18, 409:21, 410:1, 410:3, 410:4, 410:7, 410:11, 410:19, 410:22, 410:23, 411:1, 411:3, 431:7, 433:21, 433:22,

434:2, 434:11, 434:17, 527:24, 539:18, 552:16, 559:20, 564:14

**shaped** [2] - 409:3, 409:6

**shapes** [3] - 431:10, 432:6, 433:17

**share** [4] - 311:6, 468:3, 472:15, 599:20

**shared** [1] - 601:15

**sheet** [5] - 303:3, 303:10, 303:13, 303:14, 494:22

**sheets** [2] - 302:25, 303:17

**shelf** [3] - 590:12, 590:14, 590:15

**shift** [7] - 344:12, 421:5, 421:6, 437:13, 442:12, 551:14, 552:16

**shifts** [1] - 552:20

**shooting** [1] - 527:11

**short** [2] - 391:9, 507:15

**shorter** [3] - 507:18, 512:24, 552:20

**show** [21] - 350:24, 432:4, 450:12, 456:5, 476:17, 477:8, 478:5, 483:10, 509:20, 510:22, 517:5, 523:6, 523:7, 552:17, 552:21, 566:25, 572:9, 572:10, 572:23, 584:2, 588:3

**showed** [6] - 361:12, 386:14, 498:1, 522:11, 549:7, 599:6

**showing** [21] - 328:13, 353:7, 375:8, 476:15, 479:8, 480:5, 480:25, 482:10, 485:24, 486:1, 489:1, 509:11, 514:17, 539:17, 563:2, 582:22, 583:24, 584:21, 585:11, 588:14, 592:5

**shown** [52] - 323:21, 326:24, 340:18, 341:4, 348:11, 349:22, 350:8, 351:5, 353:2, 360:21, 361:9,

370:17, 370:18, 372:6, 374:5, 378:19, 380:2, 382:1, 383:2, 383:3, 386:21, 387:7, 396:24, 397:10, 399:8, 399:11, 409:12, 432:18, 461:11, 464:8, 464:13, 464:22, 478:9, 482:4, 495:4, 498:21, 510:9, 520:22, 550:16, 551:11, 555:6, 555:15, 557:1, 557:2, 557:4, 557:5, 565:11, 565:14, 569:3, 569:4, 569:9, 588:19

**shows** [16] - 324:9, 346:5, 352:22, 365:6, 369:10, 371:4, 395:15, 409:13, 432:11, 432:14, 467:1, 510:14, 515:22, 588:5, 592:15, 600:16

**shut** [1] - 554:3

**side** [22] - 322:10, 345:11, 345:13, 371:16, 390:9, 476:17, 479:24, 480:18, 502:6, 505:21, 506:2, 509:11, 510:10, 510:21, 521:11, 521:15, 572:25, 573:2, 577:22, 581:11, 583:25, 584:20

**signal** [2] - 338:5, 338:13

**signed** [1] - 489:24

**significance** [2] - 340:20, 500:15

**significant** [2] - 533:21, 549:3

**silver** [1] - 602:15

**SILVER** [6] - 294:18, 602:18, 603:7, 604:2, 604:16, 605:3

**similar** [47] - 304:19, 313:7, 313:9, 313:20, 313:21, 313:25, 314:1, 314:13, 316:21, 326:12, 328:3, 402:14, 402:16, 422:20, 424:19,

425:1, 431:8, 431:10, 431:11, 431:12, 431:24, 432:3, 432:7, 432:9, 433:17, 434:6, 434:17, 507:24, 522:11, 525:18, 527:23, 528:2, 529:21, 534:15, 539:21, 553:5, 566:14, 571:10, 571:11, 573:9, 585:8, 585:12, 585:16, 585:20, 585:23, 589:15, 594:4

**similarities** [1] - 600:5

**similarity** [15] - 313:23, 313:25, 314:4, 327:20, 328:13, 355:20, 433:21, 433:22, 529:13, 529:18, 566:23, 566:24, 585:3

**similarly** [7] - 325:4, 343:25, 350:17, 372:25, 402:17, 423:17, 548:11

**SIMON** [1] - 294:21

**simple** [8] - 337:10, 339:1, 343:17, 344:10, 359:9, 359:16, 364:13, 410:1

**simpler** [3] - 337:19, 338:11, 365:22

**simplest** [5] - 338:20, 338:23, 365:17, 409:24, 425:10

**simply** [23] - 298:8, 335:8, 335:20, 336:4, 337:1, 337:8, 337:25, 341:21, 343:18, 344:10, 344:12, 357:22, 357:25, 359:3, 360:14, 362:12, 363:19, 365:23, 373:21, 408:9, 409:19, 415:6

**single** [14] - 365:23, 421:10, 429:15, 451:13, 456:7, 456:11, 456:19, 456:21, 456:24, 491:7, 499:13, 530:4, 548:1

**sit** [2] - 554:3, 603:23

**sites** [1] - 596:8

**sitting** [3] - 417:17, 509:23, 509:24
**situation** [2] - 535:13, 549:16
**SIWIK** [1] - 295:16
**six** [35] - 349:15, 349:17, 350:14, 350:19, 351:8, 351:9, 366:13, 377:14, 408:6, 521:14, 521:18, 522:11, 536:5, 556:13, 556:18, 557:2, 567:12, 569:1, 577:24, 577:25, 578:6, 580:14, 581:17, 582:8, 584:1, 584:3, 584:19, 585:7, 585:14, 591:1, 591:11, 591:12, 593:6, 601:7
**sixty** [27] - 407:6, 407:9, 407:16, 417:1, 417:4, 417:6, 417:15, 417:23, 418:2, 418:3, 418:4, 418:7, 418:13, 418:15, 418:21, 419:9, 438:6, 438:8, 438:9, 438:11, 440:20, 442:4, 459:25, 460:3, 460:5, 460:11
**sixty-day** [2] - 438:6, 438:11
**size** [4] - 341:7, 341:14, 341:24, 365:12
**skeptical** [1] - 407:11
**skill** [10] - 500:4, 500:8, 500:16, 500:19, 504:16, 506:17, 506:23, 529:15, 582:24, 585:15
**skilled** [1] - 490:4
**slide** [121] - 323:4, 323:8, 323:13, 323:15, 324:14, 324:22, 325:11, 325:21, 326:1, 326:11, 326:20, 329:10, 330:5, 331:23, 332:10, 333:1, 333:16, 334:17, 335:5, 336:17, 337:1, 337:22, 339:8, 341:19, 341:20,

343:3, 343:12, 343:14, 344:3, 344:7, 346:18, 347:7, 348:3, 349:1, 349:11, 350:1, 351:18, 355:12, 356:15, 358:25, 360:2, 360:5, 360:11, 360:12, 361:9, 361:12, 363:3, 363:15, 364:16, 366:3, 366:24, 375:2, 375:24, 375:25, 377:9, 377:24, 378:19, 378:20, 379:19, 380:16, 380:17, 382:1, 382:21, 383:22, 383:23, 385:5, 385:14, 386:21, 387:8, 392:6, 395:13, 395:15, 396:24, 399:24, 404:3, 406:23, 407:17, 407:22, 408:16, 409:10, 410:10, 414:7, 414:25, 425:22, 426:4, 426:8, 436:22, 436:23, 444:12, 456:14, 458:1, 473:22, 478:5, 483:10, 484:8, 496:23, 501:2, 509:7, 509:8, 509:20, 512:19, 513:10, 513:15, 520:25, 521:3, 536:2, 540:12, 542:5, 551:22, 557:8, 568:18, 568:25, 579:17, 579:21, 579:22, 583:6, 584:5, 584:9, 592:14, 599:23
**slides** [9] - 347:4, 368:17, 379:9, 395:12, 397:22, 425:22, 496:23, 509:1, 509:2
**slight** [5] - 533:2, 533:6, 586:22, 586:25, 598:25
**slightly** [4] - 312:20, 467:3, 584:25, 585:1
**slope** [3] - 335:16, 435:2, 435:3
**slopes** [2] - 432:19, 435:4

**slot** [1] - 359:12
**slow** [3] - 434:6, 576:18, 582:12
**slower** [15] - 400:15, 401:16, 422:14, 422:16, 448:19, 448:21, 449:6, 449:13, 449:18, 455:10, 455:21, 455:22, 481:4, 584:25, 585:6
**slowly** [5] - 352:13, 401:18, 422:9, 449:21, 509:2
**small** [13] - 340:23, 342:13, 342:15, 342:16, 345:3, 355:24, 362:6, 362:22, 434:8, 533:12, 584:2, 584:19
**smaller** [3] - 342:15, 365:7, 467:3
**smallest** [4] - 373:19, 381:19, 384:23, 394:6
**societies** [2] - 321:4, 470:19
**Society** [3] - 321:7, 321:9
**sold** [1] - 504:9
**solely** [3] - 438:3, 603:2, 603:24
**solubility** [1] - 487:12
**soluble** [2] - 487:11, 508:21
**solution** [10] - 324:11, 324:13, 324:19, 325:5, 484:21, 504:21, 504:23, 506:5, 510:6, 510:8
**solve** [3] - 484:5, 484:14, 485:18
**solved** [1] - 485:19
**solvent** [2] - 410:15, 410:18
**someone** [2] - 482:24, 491:8
**sometime** [2] - 297:18, 493:25
**sometimes** [3] - 337:8, 508:20, 510:19
**somewhat** [2] - 448:21, 455:22
**soon** [1] - 598:3
**sorry** [30] - 325:1, 335:12, 340:11, 344:14, 347:6, 367:21, 368:5,

368:10, 392:2, 400:19, 406:15, 408:10, 443:6, 448:25, 459:15, 463:25, 464:21, 466:1, 466:25, 469:3, 473:9, 494:11, 511:9, 519:25, 520:24, 542:10, 544:25, 569:14, 587:18, 594:17
**sort** [4] - 345:13, 482:8, 486:3, 565:11
**sought** [2] - 301:20, 531:25
**sounds** [3] - 435:8, 435:11, 448:2
**source** [9] - 367:16, 367:21, 378:18, 378:23, 409:16, 492:4, 492:24, 492:25, 493:1
**sources** [1] - 489:23
**space** [4] - 487:13, 487:15, 511:1
**spaghetti** [3] - 486:4, 507:11, 507:12
**speaking** [1] - 407:20
**speaks** [1] - 491:14
**spec** [2] - 504:10, 504:11
**special** [2] - 320:23, 468:16
**specific** [39] - 320:21, 325:9, 341:16, 349:12, 390:3, 414:17, 414:22, 417:10, 420:20, 428:11, 455:4, 455:6, 474:2, 474:10, 478:6, 478:13, 482:25, 484:10, 484:13, 485:19, 486:6, 486:23, 488:8, 504:23, 508:15, 509:19, 513:17, 513:24, 526:24, 528:4, 532:7, 540:13, 548:20, 548:25, 559:17, 560:4, 560:20, 582:18, 600:1
**specifically** [26] - 307:4, 328:6, 344:16, 409:3, 415:9, 415:24, 461:23, 474:8, 489:3, 509:25,

510:23, 534:2, 534:17, 550:1, 550:4, 559:22, 562:1, 564:11, 575:21, 575:24, 576:17, 576:18, 588:15, 592:9, 594:5, 600:11
**specification** [15] - 303:16, 453:16, 453:19, 496:22, 502:8, 502:21, 502:25, 503:1, 503:25, 505:4, 505:6, 505:11, 508:12, 525:21, 527:14
**specified** [3] - 400:15, 502:3, 535:18
**specifies** [6] - 325:14, 401:14, 513:23, 513:25, 514:19, 526:25
**specify** [1] - 325:12
**speeches** [1] - 470:7
**speed** [10] - 325:18, 330:20, 351:15, 400:11, 400:13, 400:15, 401:17, 401:18, 415:7, 495:19
**speeds** [2] - 528:10, 528:18
**spell** [1] - 300:5
**spoken** [1] - 480:19
**sponsor** [1] - 490:1
**spreadsheet** [2] - 493:20, 494:2
**square** [2] - 326:24, 427:19
**Squared** [1] - 341:17
**squared** [1] - 341:22
**squares** [1] - 565:11
**stability** [1] - 590:2
**stand** [1] - 559:19
**standard** [8] - 335:7, 341:12, 355:7, 355:8, 372:12, 499:9, 510:11, 529:9
**standpoint** [4] - 390:4, 390:15, 562:24, 600:12
**Stanford** [1] - 319:24
**STARGATT** [1] - 296:3
**start** [16] - 346:20, 348:20, 411:17, 413:25, 473:24, 474:17, 478:24, 483:10, 512:20, 524:20, 527:4,

535:1, 554:22, 565:5, 572:7, 586:21
**started** [2] - 320:5, 553:17
**starting** [17] - 312:5, 313:12, 315:17, 316:5, 458:19, 458:24, 474:1, 488:5, 533:23, 540:17, 560:15, 562:6, 564:10, 571:20, 577:5, 600:8, 603:15
**State** [1] - 469:21
**state** [2] - 300:5, 310:1
**statement** [4] - 433:21, 433:23, 532:8, 583:13
**statements** [1] - 523:24
**STATES** [1] - 294:1
**states** [2] - 490:11, 582:23
**States** [2] - 294:14, 325:15
**stating** [2] - 476:16, 564:7
**statistical** [62] - 313:23, 318:7, 320:20, 320:21, 322:18, 329:2, 331:8, 331:12, 332:5, 332:10, 332:11, 332:13, 333:3, 334:3, 336:11, 340:12, 342:4, 344:2, 344:4, 344:9, 346:1, 352:3, 354:8, 354:9, 354:17, 355:9, 357:20, 357:22, 358:7, 358:12, 361:13, 362:1, 364:9, 370:1, 372:1, 372:12, 372:14, 383:15, 389:9, 389:16, 399:16, 401:3, 475:15, 475:20, 529:25, 547:1, 547:6, 547:18, 550:8, 550:11, 551:20, 552:8, 552:11, 558:1, 558:20, 558:24, 559:2, 570:2, 570:23, 577:10, 580:4, 600:22
**Statistical** [2] - 321:5, 321:7

**statistician** [3] - 444:6, 444:9, 597:19
**statisticians** [2] - 341:5, 597:14
**statistics** [8] - 319:12, 319:24, 320:1, 321:13, 321:16, 322:8, 355:7, 431:1
**Statistics** [1] - 321:6
**STEMBAUGH** [1] - 296:9
**stenographic** [1] - 605:8
**step** [7] - 333:1, 342:23, 342:24, 362:18, 362:24, 467:11, 498:23
**Step** [1] - 600:4
**Stephen** [1] - 467:19
**STEPHEN** [1] - 294:22
**stepping** [1] - 483:4
**steps** [5] - 346:5, 346:6, 362:15, 416:1, 513:13
**Steve** [1] - 468:1
**STEVEN** [2] - 295:18, 467:15
**Steven** [2] - 467:14, 471:3
**still** [13] - 297:1, 389:14, 391:14, 447:20, 486:10, 499:22, 499:25, 507:1, 578:19, 586:25, 596:9, 601:6
**stints** [1] - 320:10
**stipulated** [7] - 530:23, 537:5, 541:14, 541:18, 543:3, 563:11, 578:25
**stirring** [2] - 325:17, 510:3
**stomach** [1] - 479:9
**stop** [3] - 297:23, 420:14, 542:8
**stopping** [1] - 427:8
**straight** [8] - 334:8, 334:9, 335:7, 336:13, 350:24, 356:1, 408:23, 409:20
**straightforward** [2] - 526:15, 526:16
**strands** [2] - 507:11, 507:15
**strategy** [1] - 311:1
**stream** [2] - 512:16, 513:9
**Street** [1] - 294:11

**strength** [18] - 312:7, 312:22, 377:18, 536:22, 554:23, 554:25, 555:8, 555:12, 556:1, 556:2, 565:6, 565:8, 565:19, 565:22, 566:1, 567:13, 591:11
**strengths** [15] - 366:7, 366:10, 366:14, 366:18, 377:9, 377:12, 377:15, 434:22, 520:21, 520:25, 521:2, 523:8, 525:2, 558:6, 570:4
**strike** [4] - 453:2, 466:1, 473:9, 520:2
**strung** [1] - 512:4
**students** [1] - 320:22
**studied** [1] - 350:14
**studies** [18] - 312:11, 315:9, 331:25, 469:22, 524:24, 524:25, 525:6, 525:15, 525:16, 526:2, 527:18, 539:9, 539:11, 540:1, 540:8, 555:19, 555:22
**study** [5] - 315:8, 315:10, 323:25, 334:21, 351:21
**stuff** [2] - 388:5, 463:15
**subject** [9] - 297:2, 298:23, 391:19, 391:20, 487:25, 488:1, 495:21, 514:2, 514:9
**subjects** [1] - 320:9
**submission** [8] - 326:14, 327:6, 366:21, 377:21, 378:23, 544:11, 545:11, 545:24
**submissions** [4] - 326:9, 390:6, 390:12, 390:25
**submit** [1] - 297:3
**submitted** [6] - 315:11, 378:6, 390:22, 391:16, 391:17, 534:7
**subpoenaed** [1] - 391:12
**subsection** [3] - 312:2, 315:8, 315:9
**substance** [3] -

387:25, 412:13, 602:22
**substantial** [4] - 423:3, 457:17, 564:15, 599:11
**substantially** [2] - 527:23, 529:21
**successfully** [1] - 552:1
**sued** [1] - 299:11
**sufficient** [1] - 493:3
**sufficiently** [3] - 365:1, 365:14, 447:19
**suggest** [7] - 333:14, 361:17, 408:24, 414:24, 415:4, 442:3, 528:17
**suggested** [2] - 409:1, 595:20
**suggestion** [3] - 409:7, 461:4, 461:7
**suit** [3] - 471:16, 500:17, 527:15
**sum** [1] - 598:3
**summarize** [35] - 373:13, 376:22, 381:15, 384:20, 386:13, 394:2, 396:16, 398:24, 410:4, 521:7, 522:8, 530:19, 532:22, 535:24, 536:16, 540:9, 545:9, 546:22, 557:6, 557:15, 559:7, 559:9, 568:25, 569:5, 569:11, 569:17, 575:13, 577:19, 578:3, 580:10, 581:8, 590:23, 591:7, 593:3, 599:23
**summary** [8] - 353:21, 365:19, 488:23, 523:3, 540:12, 544:19, 590:2, 599:20
**superimposed** [2] - 334:20, 566:1
**supervising** [1] - 310:24
**supervision** [3] - 519:4, 520:4, 520:7
**supply** [2] - 587:7, 596:6
**support** [15] - 529:3, 529:5, 529:8, 542:16, 543:23, 544:1, 563:18,

563:23, 570:10, 574:20, 574:25, 579:3, 579:9, 581:1, 594:1
**supported** [4] - 300:22, 476:4, 558:4, 595:9
**supporting** [1] - 404:12
**supportive** [2] - 577:3, 578:22
**supports** [2] - 594:3, 595:17
**suppose** [1] - 422:4
**supposed** [3] - 492:9, 509:14, 509:15
**surface** [5] - 486:8, 507:12, 507:15, 507:19, 510:4
**surprise** [1] - 402:15
**surprised** [2] - 547:13, 548:17
**surprising** [9] - 402:8, 538:22, 539:4, 540:25, 547:10, 548:12, 548:17, 553:4, 560:3
**sustained** [53] - 472:8, 474:3, 474:5, 474:8, 474:13, 478:14, 478:18, 478:24, 479:15, 479:21, 480:19, 480:20, 480:24, 481:2, 481:4, 481:7, 481:8, 482:23, 484:6, 484:7, 484:12, 484:21, 485:13, 485:20, 487:2, 487:6, 487:23, 488:13, 488:19, 489:2, 497:1, 497:3, 501:17, 501:21, 503:2, 505:16, 507:3, 507:8, 516:11, 516:14, 526:23, 539:2, 540:13, 560:1, 561:23, 562:25, 564:7, 572:21, 572:22, 575:18, 586:19, 592:10, 600:1
**sustaining** [1] - 482:5
**sustains** [1] - 480:22
**swell** [1] - 487:15
**switch** [3] - 478:1, 509:8, 546:19
**switched** [1] - 479:20
**switching** [1] - 530:12

**sworn** [3] - 317:18, 319:4, 467:15
**symbol** [1] - 506:12
**system** [57] - 474:3, 474:14, 478:20, 479:14, 479:23, 480:6, 480:18, 481:2, 482:12, 482:14, 482:20, 483:1, 484:2, 484:11, 484:12, 485:20, 486:1, 487:2, 487:11, 487:13, 488:8, 488:9, 489:4, 499:6, 501:18, 501:22, 504:7, 507:20, 517:1, 525:19, 526:7, 526:12, 526:14, 526:18, 526:20, 526:21, 526:23, 533:24, 539:2, 540:17, 547:17, 548:19, 548:20, 548:22, 549:10, 550:2, 560:13, 561:24, 571:20, 572:22, 574:4, 592:9, 592:10, 598:17, 599:3
**systematic** [5] - 333:6, 333:14, 334:7, 338:18, 364:14
**systems** [20] - 470:3, 470:4, 474:8, 474:23, 479:2, 482:17, 482:24, 486:6, 507:18, 526:14, 526:16, 527:13, 529:6, 547:16, 552:15, 553:2, 559:17, 560:1, 582:10, 598:19

**T**

**Table** [4] - 315:22, 316:6, 497:23, 497:24
**table** [18] - 304:2, 315:22, 343:4, 343:7, 343:8, 363:10, 363:11, 369:8, 369:22, 375:6, 375:7, 375:16, 379:23, 379:24, 380:9, 382:24, 383:13, 452:18

**tables** [1] - 523:3
**tablet** [33] - 366:7, 369:13, 369:14, 369:15, 370:4, 371:14, 373:5, 375:10, 377:11, 380:2, 380:10, 380:12, 383:4, 383:6, 383:15, 383:17, 383:18, 410:14, 416:9, 445:7, 447:1, 447:2, 499:14, 509:23, 510:14, 513:24, 514:1, 514:20, 517:25, 549:14, 579:14, 585:13
**tablet's** [1] - 383:5
**tablets** [175] - 307:21, 307:23, 308:5, 308:6, 308:14, 308:15, 308:24, 308:25, 330:3, 330:6, 330:14, 330:17, 330:19, 331:16, 331:24, 332:2, 348:23, 349:15, 349:17, 350:14, 350:19, 350:21, 350:25, 351:9, 364:20, 364:22, 365:6, 366:15, 369:1, 369:12, 369:16, 370:2, 370:6, 370:8, 371:6, 371:16, 372:3, 372:4, 373:7, 373:16, 373:22, 374:1, 374:24, 375:8, 375:9, 375:20, 376:15, 376:24, 377:5, 377:9, 377:16, 379:16, 380:1, 381:7, 381:19, 381:22, 381:24, 382:19, 382:22, 382:25, 383:3, 383:14, 384:14, 384:23, 385:1, 386:6, 386:8, 386:15, 386:17, 386:19, 393:20, 394:6, 394:9, 396:7, 396:17, 396:21, 398:16, 398:18, 399:1, 399:4, 399:6, 400:9, 401:2, 401:6, 406:1, 406:4, 406:10, 406:11, 407:5, 407:8, 408:6,

417:4, 417:14, 417:22, 419:9, 423:13, 423:16, 432:24, 442:4, 442:14, 442:22, 443:1, 443:2, 445:2, 445:19, 446:22, 447:5, 447:15, 448:12, 448:19, 448:20, 449:6, 449:7, 449:10, 449:14, 449:15, 449:17, 449:18, 449:21, 450:22, 452:17, 452:22, 452:25, 453:4, 453:6, 455:24, 464:2, 499:17, 499:21, 499:24, 521:14, 521:16, 521:18, 522:12, 522:13, 525:1, 528:6, 533:14, 534:11, 535:14, 535:17, 536:5, 536:6, 536:18, 536:20, 537:5, 549:12, 550:6, 556:18, 556:22, 567:15, 567:16, 577:9, 577:12, 577:25, 578:1, 578:6, 578:24, 580:2, 580:14, 580:15, 581:17, 583:22, 584:1, 589:17, 591:1, 591:11, 591:12, 592:19, 593:6, 593:21
**tag** [2] - 492:19, 492:22
**talks** [1] - 513:18
**tangled** [2] - 507:13, 507:16
**target** [3] - 305:9, 340:23, 342:15
**targets** [1] - 341:6
**task** [1] - 416:10
**tasked** [2] - 471:19, 471:20
**taught** [2] - 320:19, 320:21
**TAYLOR** [1] - 296:3
**teach** [2] - 320:18, 489:11
**teaching** [1] - 321:1
**Teaching** [1] - 321:3
**team** [1] - 301:13
**technical** [6] - 390:4,

390:7, 470:25, 505:9, 582:22, 602:19
**technicians** [1] - 332:2
**techniques** [1] - 486:14
**Technology** [2] - 300:12, 300:13
**technology** [1] - 500:5
**temperature** [4] - 369:20, 410:16, 410:18, 583:2
**ten** [22] - 343:24, 346:21, 354:13, 354:15, 354:19, 355:19, 356:5, 359:6, 362:20, 388:14, 431:25, 449:12, 485:3, 499:20, 499:24, 529:22, 530:3, 530:11, 540:6, 553:10, 567:1, 598:3
**ten-and-a-half** [1] - 449:12
**tender** [4] - 411:15, 602:21, 603:9, 604:14
**tendering** [1] - 603:10
**tens** [1] - 372:4
**tenured** [1] - 320:6
**term** [5] - 324:15, 324:23, 325:2, 371:25, 499:3
**terms** [16] - 310:25, 323:8, 331:18, 334:11, 433:15, 437:3, 477:3, 479:7, 499:2, 502:17, 517:4, 546:25, 559:23, 561:8, 572:21, 594:5
**test** [40] - 312:20, 325:10, 327:21, 329:21, 330:25, 349:13, 412:5, 412:17, 412:18, 412:20, 421:10, 424:3, 427:3, 429:21, 440:14, 454:25, 465:5, 475:5, 475:10, 475:12, 495:17, 497:13, 506:4, 520:21, 525:3, 533:22, 535:12, 535:18, 541:23, 545:5, 545:10, 545:23, 546:4,

565:13, 579:1, 579:7, 580:24, 588:21, 589:17, 593:3
**tested** [66] - 368:24, 368:25, 369:13, 372:4, 374:22, 374:23, 379:14, 379:15, 382:17, 382:18, 386:8, 386:15, 386:19, 388:6, 405:22, 406:7, 406:9, 406:25, 407:5, 407:8, 407:15, 408:13, 412:21, 412:22, 424:3, 426:6, 426:9, 426:11, 441:8, 441:23, 443:11, 460:25, 462:11, 465:23, 475:25, 477:10, 477:18, 497:12, 499:20, 499:24, 521:1, 522:14, 539:5, 540:21, 540:23, 577:7, 577:12, 578:14, 579:16, 580:2, 580:22, 581:5, 583:18, 584:13, 589:22, 590:17, 591:1, 592:13, 592:17, 592:21, 594:23, 595:1, 599:17, 599:18
**testified** [10] - 304:17, 317:19, 329:5, 405:14, 417:15, 419:17, 467:16, 483:4, 581:23, 583:11
**testify** [4] - 406:18, 471:12, 493:22, 598:2
**testifying** [5] - 325:24, 347:9, 457:2, 524:1, 602:24
**testimony** [47] - 299:24, 314:10, 316:25, 317:3, 317:7, 323:9, 323:10, 325:23, 329:7, 406:14, 406:20, 419:5, 419:6, 421:21, 427:20, 434:13, 435:23, 440:6, 440:25, 441:3,

447:4, 454:1, 470:25, 473:8, 473:11, 475:1, 479:18, 514:3, 515:10, 518:5, 518:7, 518:10, 521:5, 522:6, 523:13, 523:21, 525:8, 543:15, 566:7, 572:8, 572:10, 577:6, 579:15, 597:21, 602:23, 604:6, 604:11

**Testing** [1] - 356:18

**testing** [133] - 307:8, 307:11, 307:12, 308:13, 308:18, 308:20, 315:24, 316:9, 316:11, 329:18, 329:21, 331:23, 332:4, 339:16, 405:15, 406:13, 406:16, 406:18, 406:21, 407:25, 408:1, 425:22, 426:4, 426:13, 426:16, 426:19, 426:20, 426:24, 426:25, 430:3, 430:4, 430:9, 440:4, 440:7, 440:15, 441:7, 441:22, 442:10, 443:1, 443:23, 446:4, 448:15, 450:2, 450:8, 450:13, 450:23, 454:25, 455:10, 456:3, 456:4, 458:2, 458:5, 458:17, 461:4, 463:19, 463:25, 465:11, 465:14, 465:16, 466:7, 466:12, 478:21, 518:16, 518:23, 518:25, 519:3, 519:6, 520:1, 520:2, 520:6, 520:9, 520:13, 520:17, 521:8, 521:19, 522:9, 525:2, 528:5, 528:13, 529:1, 529:10, 535:7, 535:19, 535:24, 536:16, 540:9, 540:25, 542:23, 542:25, 543:22, 543:25, 544:3, 544:10, 545:19, 551:4, 554:12,

554:16, 554:18, 556:7, 564:21, 564:24, 565:1, 567:6, 571:24, 572:9, 576:5, 576:7, 577:13, 577:15, 577:20, 578:3, 579:13, 580:6, 580:10, 581:8, 582:1, 583:25, 585:13, 586:1, 586:8, 586:10, 586:13, 589:20, 590:19, 590:23, 591:7, 592:24, 594:3, 595:17, 600:16, 601:3

**tests** [21] - 349:14, 349:16, 415:1, 440:22, 441:5, 441:14, 466:6, 475:24, 477:2, 477:3, 477:7, 526:9, 535:16, 542:2, 548:13, 548:14, 558:14, 566:24, 570:17

**text** [1] - 481:15

**THE** [208] - 294:1, 294:1, 294:13, 296:17, 296:21, 297:6, 297:11, 297:23, 298:1, 298:4, 298:14, 298:18, 298:24, 299:2, 299:10, 299:15, 299:18, 299:23, 300:2, 309:7, 309:9, 309:15, 309:23, 314:15, 314:19, 314:25, 317:2, 317:6, 317:10, 317:12, 317:15, 317:21, 317:25, 318:3, 318:13, 318:15, 318:20, 318:23, 319:3, 322:14, 322:20, 322:22, 327:15, 328:21, 346:10, 346:13, 346:19, 346:24, 348:15, 349:7, 354:2, 356:25, 367:14, 368:2, 368:6, 368:9, 368:11, 368:14, 374:10, 374:12, 378:13, 379:5, 382:6, 382:9, 387:1, 387:3, 387:20,

388:13, 388:20, 389:7, 389:14, 389:20, 390:4, 390:20, 391:2, 391:13, 391:23, 392:3, 392:7, 392:10, 392:12, 392:18, 392:20, 393:1, 394:19, 395:6, 397:4, 397:6, 397:17, 403:10, 403:23, 404:19, 404:21, 411:12, 411:17, 411:21, 412:8, 412:10, 412:11, 412:13, 412:14, 412:17, 412:19, 412:20, 412:21, 413:1, 413:2, 413:3, 413:4, 413:7, 413:8, 413:9, 413:10, 413:11, 413:13, 413:14, 413:15, 413:16, 413:19, 413:25, 414:4, 427:9, 427:13, 454:19, 460:18, 467:7, 467:10, 467:18, 467:21, 469:9, 469:11, 471:5, 471:10, 481:20, 484:25, 485:3, 485:5, 489:20, 490:6, 490:10, 491:16, 491:25, 492:6, 492:16, 492:18, 492:21, 493:5, 493:17, 493:24, 494:4, 494:15, 494:18, 495:21, 495:23, 495:25, 496:1, 496:3, 496:5, 506:11, 506:12, 511:21, 511:25, 512:6, 512:8, 512:10, 512:13, 515:17, 523:11, 524:16, 531:13, 531:17, 542:12, 544:22, 544:24, 545:1, 553:7, 553:10, 553:14, 553:17, 553:24, 554:2, 568:12, 568:15, 568:19, 575:4, 575:6, 575:10, 584:8, 587:24, 590:5, 590:8, 597:4, 597:8,

597:23, 598:6, 601:15, 601:20, 602:1, 602:11, 602:17, 603:4, 603:10, 603:18, 603:20, 604:1, 604:8, 604:18, 605:4

**themselves** [2] - 299:13, 506:20

**theoretically** [1] - 481:1

**therefore** [3] - 564:13, 576:3, 581:15

**third** [7] - 296:23, 297:8, 342:24, 362:18, 365:9, 408:14, 488:6

**third-party** [2] - 296:23, 297:8

**thirteen** [1] - 320:11

**thirty** [1] - 427:10

**Thisted** [110] - 317:17, 317:23, 318:10, 319:8, 322:18, 327:19, 328:25, 329:4, 329:11, 344:3, 345:1, 347:3, 347:6, 347:25, 348:17, 350:1, 357:4, 368:17, 374:17, 377:24, 379:10, 385:6, 387:7, 390:2, 391:4, 392:17, 393:3, 394:23, 395:13, 397:10, 398:21, 399:14, 402:18, 403:14, 404:4, 404:25, 414:7, 417:20, 418:25, 424:14, 427:17, 439:13, 444:11, 449:5, 454:18, 454:21, 455:19, 456:2, 460:23, 461:12, 463:17, 463:23, 466:15, 473:12, 475:16, 543:20, 546:20, 546:24, 546:25, 549:7, 549:24, 550:4, 550:23, 551:2, 551:9, 551:18, 551:21, 552:1, 552:12, 552:23, 556:6, 556:12, 556:17, 556:20, 557:12, 557:15, 557:22, 558:1, 559:16,

559:17, 563:9, 563:16, 563:21, 564:2, 567:5, 567:11, 567:14, 567:17, 567:21, 569:14, 569:23, 575:15, 577:10, 579:23, 580:4, 583:18, 584:13, 584:21, 588:24, 595:8, 596:22, 596:23, 597:13, 597:17, 597:24, 598:10, 598:12, 598:18, 598:21, 599:3

**THISTED** [1] - 317:18

**Thisted's** [47] - 318:7, 418:23, 455:16, 529:4, 542:20, 543:15, 543:17, 549:20, 550:15, 552:3, 552:7, 556:5, 556:24, 557:6, 558:24, 559:2, 560:25, 563:6, 564:15, 564:19, 567:4, 568:22, 569:5, 569:11, 569:17, 570:2, 571:2, 571:13, 573:19, 574:8, 574:11, 574:18, 574:23, 576:2, 581:19, 581:22, 582:16, 584:22, 585:13, 589:11, 589:13, 595:16, 597:10, 598:16, 599:12, 600:22, 601:9

**thousands** [1] - 372:4

**three** [62] - 296:22, 297:3, 307:22, 308:14, 311:25, 321:21, 326:25, 327:1, 327:2, 350:17, 350:23, 351:10, 362:15, 366:13, 368:20, 373:4, 373:11, 373:25, 376:14, 376:21, 376:23, 377:4, 377:14, 381:6, 381:13, 381:21, 384:13, 384:19, 384:21, 384:25, 386:5, 386:11, 386:16, 393:19, 393:25, 394:4, 394:8, 396:6,

396:14, 396:20, 398:15, 398:22, 399:3, 462:4, 512:6, 512:7, 515:1, 528:9, 555:15, 556:14, 556:15, 557:9, 557:11, 565:13, 565:25, 566:20, 567:12, 567:13, 582:14, 594:25, 595:2, 595:4
**throughout** [7] - 431:1, 464:6, 502:24, 508:6, 575:17, 588:18, 589:5
**thumb** [1] - 354:20
**tied** [1] - 391:20
**timely** [1] - 604:12
**title** [7] - 310:8, 319:16, 468:14, 468:16, 468:19, 468:20, 493:21
**titles** [1] - 468:9
**today** [23] - 296:18, 323:9, 325:23, 341:25, 366:4, 367:16, 375:22, 393:9, 417:17, 417:25, 470:25, 472:2, 485:15, 485:17, 487:18, 507:1, 515:11, 521:5, 522:6, 533:14, 543:15, 602:19, 603:15
**together** [6] - 351:17, 352:1, 353:8, 444:12, 462:22, 527:20
**tomorrow** [3] - 599:1, 603:8, 603:17
**took** [8] - 346:6, 361:1, 413:4, 539:5, 540:20, 547:8, 557:18, 599:4
**tool** [1] - 313:23
**top** [19] - 323:16, 323:17, 330:1, 343:12, 343:14, 349:20, 349:21, 369:10, 375:9, 464:7, 464:9, 465:21, 473:24, 490:3, 506:5, 506:13, 559:8, 560:2
**topics** [2] - 298:11, 320:21
**total** [10] - 366:16, 366:17, 410:14,

556:13, 556:17, 556:18, 567:12, 567:14, 567:15, 577:24
**tougher** [1] - 565:12
**track** [4] - 338:15, 338:17, 428:17
**tracking** [3] - 337:25, 338:5, 338:13
**tract** [1] - 479:9
**training** [25] - 320:11, 320:12, 320:22, 354:16, 354:23, 355:6, 355:10, 355:15, 355:16, 355:17, 356:6, 359:1, 359:3, 359:6, 359:20, 359:21, 361:14, 362:2, 362:9, 362:16, 362:17, 364:18, 365:7, 432:1, 435:16
**transcript** [3] - 314:17, 314:21, 605:8
**transcripts** [1] - 297:18
**transition** [2] - 479:10, 480:10
**translate** [1] - 600:23
**translated** [1] - 557:18
**translates** [1] - 324:20
**translating** [1] - 475:18
**translations** [1] - 494:16
**translucent** [1] - 486:9
**treat** [2] - 518:8, 518:12
**treating** [2] - 513:25, 514:8
**trend** [2] - 551:9, 551:17
**trial** [4] - 312:13, 314:21, 494:24, 598:1
**Trial** [1] - 294:10
**trials** [3] - 312:6, 313:13, 321:21
**tried** [2] - 419:6, 454:3
**true** [7] - 336:6, 417:18, 425:10, 431:14, 454:10, 457:20, 605:8
**trust** [3] - 389:17, 389:21, 604:9
**truth** [1] - 391:7
**truthful** [2] - 419:5, 419:6
**try** [8] - 314:17, 330:23, 451:15,

484:5, 501:15, 559:7, 571:5, 596:7
**trying** [15] - 332:11, 332:14, 339:12, 339:22, 389:13, 389:25, 391:9, 423:12, 494:7, 525:17, 526:5, 526:11, 527:24, 539:14, 597:24
**Tuesday** [1] - 294:9
**tug** [2] - 507:13, 507:16
**tune** [8] - 474:20, 489:7, 526:25, 527:3, 527:11, 535:3, 572:7, 594:6
**tuned** [22] - 474:23, 534:17, 539:2, 540:20, 550:3, 555:5, 560:2, 560:16, 562:1, 562:6, 563:1, 564:11, 571:18, 571:21, 573:12, 574:5, 575:21, 586:25, 589:6, 592:10, 594:10, 600:8
**tuning** [4] - 534:1, 534:4, 534:6, 539:4
**turn** [62] - 303:19, 304:22, 305:1, 307:3, 308:8, 312:3, 322:3, 322:25, 323:7, 325:19, 328:5, 332:9, 344:1, 345:21, 353:15, 354:23, 358:24, 366:1, 366:6, 367:2, 367:19, 370:14, 373:9, 375:24, 376:19, 377:8, 381:11, 382:13, 382:21, 384:17, 385:5, 385:13, 386:9, 392:5, 393:23, 395:12, 396:12, 397:22, 398:20, 399:18, 404:4, 407:21, 457:23, 469:2, 481:11, 505:7, 507:25, 514:10, 514:14, 515:3, 520:24, 522:4, 524:9, 529:12, 541:2, 544:14, 545:21, 550:19, 564:1, 573:22,

589:23, 591:20
**turned** [1] - 524:4
**turning** [9] - 324:14, 367:16, 370:9, 378:23, 415:14, 514:21, 534:9, 556:5, 567:4
**turns** [3] - 344:9, 358:15, 409:7
**TURPIN** [3] - 296:8, 297:13, 298:8
**tutorial** [2] - 352:2, 436:10
**twenty** [5] - 300:1, 310:7, 429:16, 430:22, 431:3
**twenty-eight** [1] - 300:1
**twenty-year** [2] - 430:22, 431:3
**twice** [8] - 343:18, 344:22, 344:23, 344:24, 344:25, 352:18, 363:20, 432:22
**two** [99] - 296:20, 320:10, 321:20, 332:15, 332:17, 332:21, 333:5, 333:7, 333:13, 333:23, 334:6, 335:2, 336:3, 336:14, 337:14, 338:8, 338:14, 339:14, 339:15, 339:23, 339:24, 340:1, 340:2, 340:10, 343:1, 343:18, 343:23, 343:25, 345:8, 347:15, 349:14, 351:7, 352:1, 352:11, 354:11, 354:13, 354:14, 358:9, 358:19, 363:25, 364:14, 365:21, 366:13, 366:17, 370:9, 371:17, 372:20, 413:11, 422:4, 426:9, 434:14, 434:16, 435:3, 436:24, 439:21, 444:11, 451:4, 464:23, 466:9, 475:14, 476:18, 483:2, 484:17, 489:5, 491:1, 506:4, 528:11, 529:16, 530:5, 533:4,

534:20, 535:5, 539:20, 539:23, 540:7, 542:19, 550:6, 550:24, 555:3, 559:8, 559:11, 560:4, 562:13, 566:3, 567:1, 573:18, 574:9, 578:5, 586:18, 587:6, 588:23, 598:23, 599:4, 600:21, 603:13, 603:16, 603:24
**two-and-a-half** [1] - 351:7
**type** [28] - 303:5, 326:1, 326:20, 331:23, 334:17, 336:18, 336:24, 337:11, 339:9, 357:18, 357:20, 358:4, 358:7, 358:16, 464:1, 491:13, 493:8, 493:9, 504:9, 505:14, 523:16, 523:19, 524:21, 526:12, 526:18, 540:13, 540:15, 549:12
**Type** [6] - 307:9, 307:11, 307:18, 308:20, 326:5, 465:14
**types** [4] - 303:11, 474:5, 483:18, 540:18
**typical** [3] - 333:10, 333:12, 409:14
**typically** [4] - 362:18, 479:4, 507:17, 527:20
**typo** [1] - 337:1

## U

**U.S** [4] - 311:12, 321:23, 453:20, 605:11
**ultimate** [2] - 389:24, 575:24
**ultimately** [11] - 331:2, 343:8, 365:20, 410:25, 416:13, 416:14, 479:6, 493:12, 493:13, 561:25, 573:14
**unable** [1] - 455:4
**unauthenticated** [1] -

388:9

**undated** [1] - 489:18
**under** [38] - 310:23, 331:17, 334:1, 367:12, 367:25, 415:16, 415:18, 442:22, 443:5, 450:9, 457:6, 491:17, 519:4, 520:3, 520:7, 521:15, 521:20, 525:20, 525:23, 535:12, 539:5, 543:1, 546:12, 548:13, 548:14, 551:4, 551:25, 552:19, 556:10, 559:13, 583:1, 587:21, 587:23, 588:21, 590:6, 595:1, 601:18, 602:21
**Undergraduate** [1] - 321:3
**undergraduate** [2] - 319:22, 320:19
**underlying** [3] - 387:17, 388:8, 586:20
**underneath** [2] - 482:22, 495:16
**understood** [2] - 414:3, 491:23
**undesirable** [1] - 480:18
**undissolved** [1] - 373:23
**unexpired** [42] - 405:2, 442:13, 443:2, 443:11, 443:23, 475:2, 475:5, 475:9, 477:10, 477:13, 477:16, 535:8, 535:11, 535:17, 541:22, 541:25, 542:15, 576:12, 576:25, 577:4, 578:14, 578:18, 580:22, 586:7, 586:14, 586:24, 587:2, 587:17, 590:17, 590:25, 592:16, 592:18, 594:16, 594:19, 594:20, 594:22, 595:5, 595:13, 599:17, 600:16, 600:17
**UNITED** [1] - 294:1

**United** [2] - 294:14, 325:15
**units** [2] - 329:21, 525:2
**University** [16] - 319:13, 319:15, 319:18, 319:24, 320:4, 320:10, 321:2, 468:8, 468:9, 468:17, 468:21, 469:21, 469:24, 469:25, 596:1, 596:3
**university** [3] - 320:8, 320:16, 468:20
**university's** [1] - 320:16
**unless** [3] - 425:20, 494:16, 604:25
**unlikely** [1] - 372:5
**unquote** [1] - 391:19
**unreliable** [1] - 520:19
**unsigned** [1] - 489:18
**unsurprisingly** [1] - 587:3
**untangled** [1] - 486:18
**untested** [1] - 372:4
**untreated** [1] - 354:25
**up** [82] - 298:15, 314:9, 328:6, 330:1, 335:1, 335:21, 335:25, 336:9, 339:12, 343:8, 344:17, 347:3, 348:6, 350:17, 355:14, 355:21, 358:2, 360:6, 365:15, 367:3, 391:20, 401:22, 403:1, 408:2, 411:21, 418:23, 420:23, 422:12, 422:16, 422:18, 424:8, 427:1, 432:8, 434:5, 434:11, 436:21, 436:22, 436:23, 443:18, 444:10, 445:11, 448:22, 448:25, 449:2, 449:3, 458:22, 460:18, 463:5, 463:16, 467:1, 467:7, 467:8, 478:9, 479:8, 486:2, 486:7, 488:3, 489:4, 489:14, 493:14, 495:3, 498:2, 501:18, 506:5, 507:13, 509:21, 510:16, 519:21, 524:3, 545:7,

549:24, 551:11, 553:25, 554:3, 555:1, 559:10, 572:24, 583:6, 596:22, 597:25, 598:3, 602:16
**upper** [5] - 350:8, 360:20, 463:20, 509:11, 510:9
**upwards** [1] - 479:5
**USA** [1] - 296:11
**useful** [5] - 417:22, 418:3, 418:4, 418:22, 419:9
**uses** [5] - 409:17, 414:8, 415:1, 428:18, 506:20
**USP** [455] - 307:9, 307:11, 307:12, 307:18, 308:20, 324:5, 325:16, 326:5, 329:22, 330:19, 331:3, 331:9, 331:10, 331:16, 332:1, 332:7, 332:8, 344:4, 344:11, 344:13, 344:15, 344:16, 344:19, 344:20, 344:21, 344:22, 345:7, 345:20, 348:24, 348:25, 349:15, 349:17, 349:21, 349:24, 350:1, 350:4, 350:8, 351:1, 351:2, 351:3, 351:4, 351:6, 351:12, 351:15, 351:22, 351:25, 352:11, 352:13, 352:14, 352:16, 352:17, 352:18, 352:19, 353:7, 353:8, 354:19, 355:3, 355:24, 356:9, 358:20, 359:10, 359:11, 359:14, 359:15, 360:19, 360:22, 361:2, 361:3, 361:4, 361:14, 361:17, 361:19, 361:21, 362:11, 362:12, 363:13, 363:19, 363:21, 364:8, 369:14, 369:24, 370:3, 371:1, 371:3, 371:5, 372:5, 372:8, 372:20, 372:23, 373:1, 373:8,

373:18, 376:4, 376:5, 376:8, 376:11, 380:2, 380:11, 380:21, 380:22, 380:25, 381:2, 381:9, 381:17, 381:25, 383:1, 383:6, 383:15, 383:17, 384:2, 384:3, 384:7, 384:10, 384:21, 384:24, 385:19, 385:21, 385:24, 386:2, 386:14, 393:8, 393:10, 393:13, 393:16, 394:4, 395:18, 395:20, 395:23, 396:2, 396:10, 396:18, 398:3, 398:5, 398:8, 398:11, 398:18, 399:1, 400:1, 400:3, 400:6, 400:8, 400:10, 400:17, 400:19, 400:20, 400:25, 401:1, 401:6, 401:8, 401:9, 401:10, 401:11, 401:12, 401:16, 401:18, 401:20, 401:21, 401:24, 401:25, 402:1, 402:6, 402:7, 402:14, 403:16, 404:15, 406:1, 406:2, 406:10, 406:11, 407:25, 408:5, 409:14, 410:22, 410:24, 411:25, 412:1, 412:22, 412:23, 412:24, 412:25, 413:5, 414:15, 414:22, 414:23, 414:24, 415:1, 415:4, 415:10, 415:12, 415:16, 415:18, 415:22, 416:2, 416:10, 416:11, 417:6, 420:2, 420:4, 420:6, 420:7, 420:24, 420:25, 422:6, 422:9, 422:10, 422:11, 422:15, 423:3, 423:14, 423:15, 423:18, 424:5, 424:6, 424:18, 424:20, 424:23, 424:24,

425:1, 425:2, 425:3, 426:2, 426:5, 426:11, 426:14, 426:21, 426:24, 426:25, 427:1, 427:2, 427:3, 428:8, 428:9, 428:13, 428:14, 428:18, 428:19, 428:20, 429:7, 429:8, 429:10, 429:11, 431:7, 431:9, 432:12, 432:15, 432:18, 432:21, 432:22, 432:25, 433:2, 433:8, 433:12, 433:13, 434:4, 434:5, 434:7, 434:9, 434:10, 434:12, 434:13, 434:15, 435:2, 435:3, 435:24, 436:2, 436:13, 436:14, 436:16, 436:24, 437:1, 437:5, 437:6, 437:8, 437:11, 437:25, 439:10, 439:11, 439:15, 440:5, 440:7, 440:12, 440:15, 440:18, 440:22, 441:7, 441:10, 441:22, 441:24, 442:14, 442:21, 443:3, 448:8, 448:11, 448:15, 448:16, 449:16, 449:17, 449:22, 450:1, 450:2, 450:7, 450:13, 450:18, 450:23, 451:4, 451:6, 451:7, 453:4, 453:23, 453:25, 454:7, 454:24, 455:1, 455:5, 455:7, 455:10, 455:13, 455:14, 455:20, 456:3, 456:4, 456:8, 457:6, 457:8, 457:17, 457:18, 458:8, 459:16, 459:17, 459:20, 459:21, 461:16, 461:25, 462:1, 462:4, 462:10, 462:16, 462:18, 462:19, 463:1, 463:22, 464:3, 465:2, 465:14, 465:16, 466:5,

466:22, 466:24, 466:25, 467:1, 467:3, 475:17, 475:19, 509:21, 510:11, 528:8, 528:14, 528:15, 529:3, 529:7, 529:10, 542:1, 542:20, 542:21, 543:1, 543:21, 544:7, 544:8, 545:12, 546:9, 546:10, 547:3, 547:4, 547:11, 548:5, 548:10, 548:13, 548:14, 549:4, 551:4, 551:7, 551:23, 552:5, 552:6, 554:13, 554:17, 556:6, 556:8, 556:9, 556:10, 557:16, 557:18, 557:19, 559:13, 564:22, 564:25, 567:5, 567:7, 569:8, 599:5, 600:23, 600:25

**utilized** [4] - 358:18, 547:1, 547:20, 551:4

### V

**valid** [8] - 417:5, 477:9, 562:20, 563:6, 564:19, 599:12, 600:23, 601:9
**validate** [9] - 339:5, 355:10, 390:6, 414:12, 414:14, 438:7, 441:16, 452:13, 552:1
**validated** [4] - 457:12, 547:7, 548:8, 550:4
**validates** [2] - 389:8, 414:14
**validating** [2] - 423:24, 428:1
**validation** [10] - 354:25, 355:7, 359:25, 360:1, 360:6, 360:8, 360:15, 361:15, 362:6, 362:17
**validations** [1] - 552:22
**validity** [8] - 471:25, 558:23, 563:8, 602:25, 603:2, 604:6, 604:10,

604:11
**validly** [1] - 576:2
**value** [58] - 335:2, 335:8, 335:9, 335:24, 336:4, 340:18, 341:1, 341:23, 342:11, 342:16, 343:21, 343:22, 343:24, 345:5, 347:21, 347:22, 364:2, 364:5, 371:8, 371:10, 371:11, 371:15, 372:8, 373:19, 381:19, 412:9, 419:19, 419:20, 420:5, 435:6, 435:9, 435:14, 435:24, 436:3, 436:7, 436:9, 436:11, 436:16, 437:6, 438:5, 442:21, 445:25, 446:10, 446:15, 452:8, 452:9, 452:13, 455:4, 459:9, 459:15, 465:8, 466:13, 466:24, 466:25, 467:3, 530:2
**Value** [21] - 435:13, 437:24, 438:3, 439:15, 439:19, 440:2, 451:9, 451:12, 451:17, 451:20, 451:21, 452:2, 452:21, 455:6, 458:5, 458:11, 459:4, 462:2, 462:16, 462:20
**values** [70] - 334:6, 334:7, 335:15, 339:13, 339:19, 339:20, 339:23, 340:16, 343:11, 343:18, 343:21, 345:7, 348:6, 348:8, 350:13, 361:15, 361:23, 361:25, 362:3, 362:4, 369:25, 371:14, 407:12, 408:5, 408:8, 411:25, 417:6, 417:14, 420:4, 420:16, 420:17, 421:3, 422:15, 423:7, 423:8, 423:21, 423:22, 427:2, 427:23, 433:3,

442:13, 443:1, 443:22, 444:1, 445:11, 445:12, 445:17, 446:3, 446:5, 447:6, 447:7, 447:24, 447:25, 454:1, 454:2, 454:4, 454:6, 454:8, 454:11, 459:21, 466:20, 466:23, 539:25, 540:3, 566:16, 567:19, 569:8, 581:14, 582:7
**Values** [3] - 434:21, 435:1, 452:24
**variability** [11] - 338:16, 338:19, 373:16, 421:19, 421:23, 423:3, 423:5, 423:11, 423:25, 447:5, 561:7
**variations** [1] - 338:14
**varied** [3] - 410:16, 410:19, 410:20
**variety** [2] - 482:23, 526:13
**various** [3] - 310:17, 425:5, 512:2
**vast** [1] - 479:3
**vendor** [1] - 506:22
**version** [1] - 532:1
**versions** [1] - 545:19
**versus** [5] - 401:20, 405:21, 455:15, 459:16, 585:13
**vertical** [3] - 324:1, 324:3, 353:10
**vertically** [1] - 383:2
**vice** [1] - 300:10, 310:9, 320:16
**vice-president** [2] - 300:10, 310:9
**video** [1] - 309:2
**videotape** [1] - 316:23
**Videotape** [3] - 300:4, 309:24, 315:3
**view** [11] - 338:11, 409:22, 417:22, 419:8, 420:15, 421:9, 423:5, 424:14, 425:15, 559:10, 559:14
**viewpoint** [1] - 553:1
**virtually** [3] - 365:5, 365:11
**viscosity** [7] - 304:5, 504:20, 504:21, 504:24, 504:25, 506:4, 573:9
**visual** [1] - 334:23

**vitae** [2] - 322:6, 469:6
**vitro** [2] - 312:11, 315:10
**vivo** [1] - 315:10
**VOLUME** [1] - 294:4

### W

**WALDRON** [1] - 295:17
**walk** [17] - 335:18, 343:20, 347:12, 349:25, 350:11, 369:8, 375:5, 379:22, 382:24, 465:19, 482:3, 509:1, 509:3, 512:11, 512:15, 513:8, 598:8
**walked** [4] - 403:3, 511:9, 522:22, 545:14
**walking** [2] - 524:4, 604:21
**walks** [1] - 597:12
**wants** [2] - 333:4, 598:2
**waste** [1] - 512:3
**water** [9] - 482:19, 487:11, 487:14, 502:7, 508:5, 508:9, 508:21, 517:20, 519:22
**ways** [8] - 342:8, 451:6, 474:12, 482:6, 483:13, 491:3, 505:22, 527:6
**Wednesday** [1] - 603:14
**week** [2] - 487:10, 602:25
**Weibull** [4] - 337:7, 409:4, 409:10, 409:12, 409:13, 409:16, 409:21, 410:2
**weight** [36] - 303:7, 303:12, 304:1, 304:9, 304:14, 503:12, 503:14, 503:18, 503:21, 504:3, 504:4, 504:8, 504:12, 504:15, 504:19, 504:22, 505:1, 505:2, 505:5, 505:6, 505:19, 506:1, 506:9, 506:18, 506:24, 507:6, 507:18, 507:23, 516:21,

516:24, 573:1, 573:2, 573:4, 573:8
**weights** [1] - 583:1
**Weisman** [9] - 329:5, 473:9, 473:12, 523:14, 523:16, 523:21, 523:25, 524:14, 529:12
**Weisman's** [1] - 525:8
**welcome** [3] - 391:23, 604:18, 605:4
**well-known** [5] - 483:2, 486:7, 487:5, 487:9, 600:9
**whatsoever** [3] - 411:2, 415:10, 476:24
**wheel** [1] - 524:3
**wherein** [1] - 503:5
**Whiteford** [1] - 468:15
**whoever's** [1] - 420:24
**whole** [2] - 492:8, 533:6
**wide** [1] - 526:13
**widely** [2] - 358:13, 431:1
**wildest** [1] - 299:3
**WILL** [1] - 294:21
**WILLIAM** [2] - 295:8, 295:16
**William** [1] - 468:14
**Wilmington** [1] - 294:11
**wins** [1] - 470:17
**wise** [2] - 450:1, 553:21
**wish** [2] - 317:24, 335:20
**withdraw** [1] - 542:9
**witness** [30] - 296:18, 299:20, 299:21, 299:22, 309:19, 314:12, 314:18, 314:21, 318:15, 318:17, 319:2, 319:4, 388:10, 388:11, 389:8, 389:13, 389:23, 390:14, 411:16, 411:18, 454:16, 467:10, 467:12, 489:25, 491:7, 492:1, 494:9, 553:19, 597:7, 604:3
**WITNESS** [17] - 412:8, 412:11, 412:14, 412:19, 412:21, 413:2, 413:4, 413:8, 413:10, 413:13, 413:15, 413:16,

454:19, 495:23, 496:1, 496:5, 506:12
**witness'** [1] - 314:10
**witnesses** [12] - 296:20, 296:23, 297:8, 297:24, 473:15, 494:3, 494:9, 603:13, 603:16, 603:24, 604:4
**won** [1] - 470:16
**wondering** [1] - 553:19
**word** [1] - 417:17
**words** [2] - 308:3, 502:13
**works** [4] - 345:3, 362:19, 417:9, 442:5
**world** [1] - 470:17
**worse** [3] - 341:3, 341:15, 409:8
**worth** [1] - 318:24
**woven** [1] - 486:3
**wrap** [2] - 519:21, 602:16
**written** [1] - 512:20
**WSR** [1] - 505:24

**X**

**X's** [1] - 584:1
**X-axis** [10] - 323:23, 333:17, 333:20, 334:25, 335:9, 335:20, 335:24, 336:9, 339:17, 339:18
**XGSA15001** [1] - 393:10
**XGSA15002** [1] - 393:13
**XGSA15003** [1] - 393:16
**XM178** [2] - 496:9, 496:10

**Y**

**Y-axis** [9] - 324:1, 333:21, 333:22, 335:10, 336:2, 336:10, 339:21, 339:22, 510:15
**year** [7] - 310:11, 406:25, 407:14, 430:22, 431:3, 470:18, 470:22
**year-and-a-half** [2] - 406:25, 407:14
**years** [23] - 310:7,

319:25, 320:2, 320:11, 320:13, 320:15, 358:23, 406:5, 406:17, 422:8, 422:13, 429:16, 440:20, 446:17, 447:16, 500:11, 582:8, 584:1, 584:3, 584:20, 585:7, 585:14
**yellow** [5] - 326:24, 355:13, 355:14, 360:5, 501:23
**yesterday** [8] - 329:5, 440:6, 475:1, 475:23, 523:22, 533:14, 542:6, 555:18
**Yi** [2] - 341:22, 341:23
**Yi-hat** [1] - 341:22
**YM178** [4] - 495:6, 496:12, 496:14, 496:16
**YOUNG** [1] - 296:3
**Youngstown** [1] - 469:21
**yourself** [8] - 303:21, 305:5, 389:6, 413:21, 467:25, 500:18, 505:15, 584:9
**yourselves** [1] - 604:23

**Z**

**ZIMMERMAN** [61] - 295:8, 296:25, 297:7, 314:8, 314:16, 314:23, 317:1, 317:5, 317:9, 322:13, 322:21, 327:14, 346:11, 348:2, 349:6, 354:1, 356:24, 378:12, 379:4, 382:7, 387:2, 387:14, 388:3, 388:17, 390:24, 391:3, 392:24, 394:18, 395:4, 397:5, 397:15, 403:7, 403:9, 403:21, 404:20, 411:11, 411:20, 413:18, 413:23, 414:3, 414:6, 424:10, 424:13, 427:7, 427:15, 427:16, 454:14,

467:8, 469:10, 531:14, 542:4, 542:9, 542:11, 568:11, 575:3, 575:5, 575:7, 597:6, 603:12, 603:19, 603:22
**zoom** [3] - 455:17, 483:23, 484:4
**ZYDMYB0004628** [1] - 302:3
**ZYDMYB0004632** [1] - 304:23, 305:2, 305:18
**ZYDMYB0004829** [2] - 307:4, 307:7
**ZYDMYB0004834** [3] - 308:8, 308:12, 308:19
**ZYDMYB0061394** [1] - 302:18
**ZYDMYB0061396** [1] - 303:19
**Zydus** [165] - 296:11, 296:11, 300:8, 300:9, 300:16, 300:19, 304:8, 304:12, 304:18, 305:12, 305:20, 305:23, 306:10, 306:15, 307:11, 307:20, 307:23, 308:3, 308:22, 325:25, 326:2, 326:3, 326:9, 326:12, 326:14, 328:3, 330:24, 331:3, 344:5, 344:8, 366:5, 366:7, 366:8, 366:11, 366:15, 366:19, 366:21, 366:23, 366:25, 367:8, 367:17, 368:18, 369:5, 369:12, 369:17, 370:9, 370:10, 370:15, 370:22, 373:25, 374:16, 375:1, 375:12, 376:4, 376:14, 377:4, 379:25, 414:9, 416:20, 416:22, 427:25, 437:1, 437:4, 439:25, 440:5, 440:8, 441:8, 441:17, 441:23, 450:14, 451:24, 452:4, 452:7, 454:10, 454:22,

454:25, 455:4, 455:6, 455:14, 456:9, 456:15, 457:14, 460:4, 460:9, 460:10, 460:12, 472:4, 472:17, 475:11, 476:9, 476:24, 541:2, 541:5, 541:8, 541:14, 541:22, 542:17, 543:3, 543:9, 543:22, 544:3, 545:5, 545:10, 545:17, 546:4, 546:16, 546:20, 552:24, 554:11, 554:12, 554:16, 554:19, 554:24, 555:11, 555:18, 555:23, 555:24, 556:11, 556:25, 557:7, 557:16, 558:10, 561:15, 561:20, 562:6, 562:11, 563:9, 563:11, 563:18, 563:23, 569:18, 575:14, 575:16, 575:20, 575:25, 576:5, 576:22, 577:5, 577:7, 577:12, 577:20, 578:4, 578:8, 578:11, 578:13, 578:23, 578:25, 579:2, 579:4, 579:8, 579:10, 583:17, 584:5, 585:11, 586:15, 589:16, 593:25, 595:6, 596:18, 599:22, 599:24, 600:8, 600:22, 601:4
**Zydus'** [42] - 299:22, 301:9, 301:16, 301:19, 301:23, 302:14, 305:8, 306:23, 328:14, 372:21, 373:4, 374:17, 375:22, 376:1, 414:13, 439:15, 439:20, 440:3, 450:9, 450:22, 451:11, 452:13, 455:2, 455:9, 455:20, 456:4, 457:6, 457:9, 460:6, 541:9, 542:22, 544:19, 556:6, 558:1, 558:5,

561:13, 562:21, 562:22, 563:16, 563:21, 596:13, 596:14