# EXHIBIT 7

**Exhibit 7 - Defendants' Proposed Trial Transcript Redactions**

**Day 2 (D.I. 527)**

| Page | Line | Description | Requesting Party |
|---|---|---|---|
| 532 | 21 | Entire Line | Sandoz |
| 533 | 2-7 | Between "are" and "formulation" | Sandoz |
| 573 | 2 | Between "you see a" and "molecular weight." | Lupin |

**Day 3 (D.I. 528)**

| Page | Line | Description | Requesting Party |
|---|---|---|---|
| 645 | 2 | Between "weight of" and ".  And" | Lupin |
| 645 | 7 | Between "there is" and "percent" | Lupin |
| 645 | 8 | Between "Lupin and" and "percent" | Lupin |
| 645 | 24 | Between "weights do." and "molecular weight" | Lupin |
| 646 | 3 | Between "through a" and "molecular" | Lupin |
| 646 | 13 | Between "viscosity," and "will need" | Lupin |
| 646 | 15 | Between "to" and ".  That will" | Lupin |
| 647 | 4 | Between "Oxide." and "in the Lupin" | Lupin |
| 647 | 6 | Between "has about" and "percent" | Lupin |
| 647 | 7 | Between "has about" and "percent" | Lupin |
| 647 | 17 | Between "present at" and "percent"; and between "and" and "percent" | Lupin |
| 650 | 18 | Between "PEG" and ", which" | Lupin |
| 650 | 23 | Between "PEG" and "can have" | Lupin |
| 651 | 3 | Between "the" and "grade" | Lupin |
| 652 | 2 | After "molecular weight" | Lupin |
| 652 | 16 | Between "one is" and "the | Lupin |
| 653 | 5 | After "product with" | Lupin |
| 653 | 8-9 | Between "for the" and "grade" | Lupin |
| 653 | 10 | Between "use the" and "molecular" | Lupin |
| 653 | 13 | Between "with" and "molecular" | Lupin |
| 655 | 3-4 | Between "is a" and "molecular", and between "weight at" and "percent" | Lupin |
| 655 | 5 | Before "percent" | Lupin |
| 655 | 8 | Between "grade," and "for Lupin" | Lupin |
| 655 | 10 | Before "percent", and between "Lupin," and "percent" | Lupin |
| 657 | 3 | After "50-milligram has" | Lupin |
| 657 | 4 | Between "weight," and "percent" | Lupin |
| 657 | 4 | After "Aurboindo has" | Aurobindo |
| 657 | 5 | Between "weight at" and "so a" | Aurobindo |
| 657 | 9 | Before "is," and between "is" and "in" | Aurobindo |
| 657 | 10 | Between "to the" and "percent" | Lupin |
| 657 | 14 | Entire Line | Aurobindo |
| 657 | 22 | Before "molecular weight" | Lupin |
| 657 | 24 | Before "located" | Sandoz |

| 657 | 25 | Between "tablet" and "molecular weight" | Sandoz |
|---|---|---|---|
| 657 | 25 | After "rather than" | Lupin |
| 658 | 1 | Between "and" and "in the product" | Sandoz |
| 658 | 2 | Between "of" and "in different" | Sandoz |
| 658 | 3 | Between "is" and "for" | Sandoz |
| 658 | 4 | Between "and" and "for 50-milligram" | Sandoz |
| 659 | 14-15 | Between "stable with" and ". So the" | Sawai |
| 659 | 16 | Between "The" and "for Lupin" | Sawai |
| 659 | 16-17 | Between "Lupin is" and ", and the amount" | Lupin, Sawai |
| 659 | 17-18 | Between "amount of the " and ", of the" | Sawai |
| 659 | 18 | Between "of the" and "is", and between "is" and "percent" | Lupin |
| 659 | 19 | Between "The" and "in Sawai", and after "Sawai is" | Sawai |
| 659 | 20 | Before ", not the", and after "it's at" | Sawai |
| 659 | 20 | Between "not the" and "in Lupin" | Lupin |
| 659 | 21 | Between "than" and "percent" | Lupin |
| 659 | 22 | Between "is" and "whereas" | Sawai |
| 661 | 8 | Between "I said" and "molecular" | Lupin |
| 661 | 15 | Between "PEG" and ", and percentages" | Lupin |
| 684 | 17, 24 | Before "and", and between "and" and "percent" | Lupin |
| 684 | 24 | Between "think" and "percent," and between "to" and "percent" | Lupin |
| 825 | 8 | Between "grade" and "PEO" | Lupin |
| 825 | 23 | Before "percent" | Lupin |
| 825 | 25 | Between "has" and "percent" | Lupin |
| 826 | 2 | After "grade" | Lupin |
| 830 | 6 | Between "earlier," and "is the" | Lupin |
| 830 | 16 | Between "contain" and "Polyox" | Lupin |
| 874 | 18 | Between "contains" and "and" | Aurobindo |
| 874 | 19 | Before "correct" | Aurobindo |
| 875 | 2 | Between "had" and "and", and after "and" | Lupin |
| 886 | 7 | Between "contain" and "and" | Lupin |
| 886 | 15 | After "product," | Lupin |
| 887 | 23 | Between "with" and "to match" | Lupin |

**Day 5 (D.I. 530)**

| Page | Line | Description | Requesting Party |
|---|---|---|---|
| 1270 | 14 | Between "less than" and "of them" | Aurobindo |
| 1270 | 20 | Between "were" and "Do you" | Aurobindo |
| 1270 | 25 | After "for instance" | Aurobindo |
| 1271 | 1 | Before "were available" and between "I think" and "was" | Aurobindo |
| 1271 | 2 | Before "or something" | Aurobindo |