# EXHIBIT 8

Home - Patent Center - USPTO

🇺🇸 An official website of the United States government    Here's how you know ⌄

[Back to home](#)    💳 Pay maintenance fees    🛒 Order certified copies    🌐 Global Dossier    ⬇ Download    🖨 Print

# 15/432,854 | 142519.500490:
## PHARMACEUTICAL COMPOSITION FOR MODIFIED RELEASE   `PUBLIC VIEW`

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 15/432,854 | 2040 | 142519.500490 | 10,842,780 ↗ Issued - 11/24/2020 | 02/14/2017 | Patented Case 11/04/2020 |

## Continuity

### Parent data

| Application # | Description | Parent application # | Filing or 371 (c) date | Status | Patent # | AIA |
|---|---|---|---|---|---|---|
| 15/432,854 | is a Continuation of | 12/568,313 | 09/28/2009 | Abandoned | - | No |
| 12/568,313 | Claims priority from a provisional application | 61/101,338 | 09/30/2008 | Expired | - | - |

### Child data

| Application # | Filing or 371 (c) date | Status | Patent # | AIA | Description | Parent application # |
|---|---|---|---|---|---|---|
| 16/952,795 | 11/19/2020 | - | - | No | is a Division of | 15/432,854 |