# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC., et al.,<br><br>Defendants. | C.A. No. 1:20-01589-JFB-CJB (Consolidated)<br><br>Honorable Joseph F. Bataillon |

## DECLARATION OF DR. HIMANSHU GODBOLE

I, Dr. Himanshu Godbole, declare as follows:

1. I am the Vice President of the Intellectual Property Management Group at Lupin Limited. In such capacity, I am fully familiar with the facts contained herein.

2. I submit this declaration in support of Lupin Limited's and Lupin Pharmaceuticals, Inc.'s (collectively, "Lupin") request to redact limited portions of the trial transcript. If asked to do so, I could and would testify competently to the matters contained herein.

3. Lupin's requested redactions are limited to certain information regarding the proprietary formulation of its mirabegron extended release ANDA products—namely, the specific grades and/or amounts of excipients in Lupin's formulations ("Confidential Information"). Lupin expended substantial time and monetary resources to develop this Confidential Information. Lupin maintains this Confidential Information in confidence and shared it with Plaintiff only under the confidentiality protections of the Protective Order entered in the above referenced action. In light of the highly competitive

pharmaceutical marketplace, this Confidential Information is not otherwise disseminated to the public. There is little, if any, public interest in disclosing this competitively sensitive Confidential Information that pertains to the proprietary formulation of Lupin's ANDA products.

4. If this Confidential Information is made public, Lupin would suffer a clearly defined, substantial, and specific harm, including, but not limited to, financial damage, business damage, damage to commercial standing, and/or other irreparable harm. Competitors would improperly and unfairly benefit from the disclosure of the Confidential Information and would likely use it to enhance their market or negotiation position and cause Lupin to lose its competitive advantage in the highly competitive generic pharmaceutical marketplace. Accordingly, Lupin has a legitimate interest in protecting this information from disclosure, which warrants redaction of this information, and a clearly defined injury will occur to Lupin if the Confidential Information in the trial transcript is not redacted.

5. This request is the least restrictive alternative because Lupin seeks to redact a very limited set of non-public information contained in the trial transcript that relates to Lupin's proprietary formulations described in Lupin's ANDA.

6. Accordingly, Lupin respectfully requests that the Court grant this narrow request to redact portions of the trial transcript as submitted concurrently herewith.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: April 27th, 2023

_____

Dr. Himanshu Godbole