# EXHIBIT 10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| v. | ) C.A. No. 20-1589-JFB-CJB |
| | ) |
| SANDOZ INC., *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## DECLARATION OF THOMAS LAVERY

I, Thomas Lavery, declare as follows:

1. I am Senior Patent Litigation Counsel at Sandoz Inc. ("Sandoz"). In such a capacity, I am fully familiar with the facts detailed herein.

2. I submit this declaration in support of Sandoz's request to redact limited portions of the bench trial transcripts in this case. If asked to do so, I could and would testify competently to the matters contained herein.

3. Sandoz requests that specific information relating to the proprietary formulation of its ANDA Products be redacted from the bench trial transcripts that are made publicly available in this case. Specific information concerning the proprietary formulation of Sandoz's ANDA Products appears in the bench trial transcripts within 532:21, 533:2 – 7 (D.I. 527) and 657:24 – 658:4 (D.I. 528). Sandoz maintains information concerning the proprietary formulation of its ANDA Products in confidence.

4. Sandoz shared confidential information concerning the proprietary formulation of its ANDA Products with Plaintiffs in confidence that this information would only be disclosed to

1

authorized persons under the Protective Order (D.I. 115).[1] In light of the highly competitive pharmaceutical marketplace, information concerning the proprietary formulation of Sandoz's ANDA Products is not otherwise disseminated to the public. There is little, if any, public interest in disclosing this competitively sensitive information concerning the proprietary formulation of Sandoz's ANDA Products.

5. If this competitively sensitive information concerning the proprietary formulation of Sandoz's ANDA Products is made public, Sandoz could suffer a clearly defined, substantial and specific harm, including, but not limited to, financial damage, business damage, damage to commercial standing, and/or other irreparable harm. Competitors could improperly and unfairly benefit from the disclosure of this information and would likely use it to enhance their market or negotiation position and cause Sandoz to lose competitive positioning in the highly competitive generic pharmaceutical marketplace. Accordingly, Sandoz has a legitimate interest in protecting this information from disclosure, which warrants redaction of this information, and a clearly defined injury will occur if the information concerning the proprietary formulation of Sandoz's ANDA Products in the bench trial transcripts within 532:21, 533:2 – 7 (D.I. 527) and 657:24 – 658:4 (D.I. 528) is not redacted.

6. Sandoz's request is the least restrictive alternative because Sandoz only seeks to redact very limited portions of the bench trial transcripts that contain specific information concerning the proprietary formulation of Sandoz's ANDA Products.

---

[1] During a discovery dispute teleconference on December 5, 2022, the Court granted Plaintiffs' request to cross-produce Defendants' confidential information. (*See* 12/05/2022 Minute Entry for proceedings held before Judge Christopher J. Burke – Discovery Teleconference regarding D.I. 437). As a result, Sandoz's confidential information was produced by Plaintiffs to other Defendants in this case on an Outside Counsel Eyes Only bases.

7.  Accordingly, Sandoz respectfully requests that the Court grant this narrow request to redact the specific information concerning the formulation of Sandoz's ANDA Products that appears in the bench trial transcripts within 532:21, 533:2 – 7 (D.I. 527) and 657:24 – 658:4 (D.I. 528).

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: April 27, 2023

_____
Thomas Lavery