IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTELLAS PHARMA INC., *et al.*,

*Plaintiffs*,

v.

SANDOZ INC., *et al.*,

*Defendants*.

C.A. No. 20-1589-JFB-CJB

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

In March and April of this year, the parties submitted post-trial briefing and proposed findings of fact in the above-captioned matter. *See* D.I. 531-534; 541-544. Both parties' briefs cited *Amgen Inc. v. Sanofi, Aventisub LLC*, 987 F.3d 1080, 1087 (Fed. Cir. 2021) ("*Amgen II")*.

- In their March 15, 2023 opening brief, Defendants cited *Amgen II* for its statement that the "use of broad functional claim limitations raises the bar for enablement" and poses "high hurdles in fulfilling the enablement requirement." D.I. 534 at 6-7. Defendants also summarized the case, explaining why the Federal Circuit upheld the district court's judgment that Amgen's claims are invalid under 35 U.S.C. § 112 ("Section 112"). *Id.* at 40.

- In their March 29, 2023 responsive brief, Plaintiffs argued that "Defendants invoke *Amgen* while omitting the fact that the Supreme Court recently granted certiorari and held oral argument in that case on issues relating to enablement of genus claims." *Id.* at n. 11.

On May 18, 2023, the Supreme Court issued its unanimous opinion in the case, affirming that: (i) Amgen's patent claims are invalid under Section 112; (ii) "the specification must enable the full scope of the invention as defined by its claims"; and (iii) "the more one claims, the more one must enable." Ex. A, *Amgen Inc. et al. v. Sanofi et al*, 598 U. S. ____ at 13 (2023). As the record reflects here, Plaintiffs' specification falls far short of enabling the millions of candidate compositions covered by the claims. Where, as here, "an inventor claims a lot, but enables only a little, the public does not receive its benefit of the bargain," thus rendering the claims invalid. *Id.* at 19.

PHILLIPS, MCLAUGHLIN &
HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 N. Broom St
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (#5199)
Alexis N. Stombaugh (# 6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
Elizabeth A. DeFelice (#5474)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
edefelice@hegh.law

*Attorneys for Defendant Sandoz Inc. and Lek Pharmaceuticals d.d.*

Dated: May 19, 2023