IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC. et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 20-1589-JFB-CJB ) |
| SANDOZ INC. et al., | ) ) |
| Defendants. | ) ) |
| ASTELLAS PHARMA INC. et al., | ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 21-425-JFB-CJB ) |
| AUROBINDO PHARMA LTD., et al., | ) ) |
| Defendants. | ) ) |
| ASTELLAS PHARMA INC. et al., | ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 21-664-JFB-CJB ) |
| SANDOZ INC. et al., | ) ) |
| Defendants. | ) ) |

**STIPULATION AND ORDER**
**REGARDING MOTION FOR ATTORNEYS' FEES AND RELATED COSTS**

WHEREAS, final judgment was entered in favor or Defendants and against Plaintiffs on June 9, 2023 (C.A. No. 20-1589; D.I. 572);

WHEREAS, Defendants filed a Motion pursuant to Fed. R. Civ. P. 52(b) for Additional Findings of Fact in Support of Court's Judgment in Favor of Defendants on June 22, 2023 (C.A. No. 20-1589; D.I. 576);

WHEREAS, the Court denied the Motion and supplemented the Court's Judgment on June 27, 2023 (C.A. No. 20-1589; D.I. 577);

1

WHEREAS, any motion seeking attorneys' fees and costs would be due on July 11, 2023; and

WHEREAS, Plaintiffs have already filed a notice of appeal and the parties agree that any motion for attorneys' fees and costs should be filed after the appeal.

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, that the deadline to file a motion seeking attorneys' fees and related costs is extended to no later than forty five (45) days after the docketing of the mandate of United States Court of Appeals for the Federal Circuit.

IT IS SO ORDERED, this __6th__ day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE