IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., et al., <br><br> Defendants. | C.A. No. 20-1589 (JFB) (CJB) <br> CONSOLIDATED <br><br>  |

PUBLIC VERSION FILED:
May 13, 2024

### UNSECURED BOND FOR TEMPORARY INJUNCTION

KNOW BY ALL PERSONS BY THESE PRESENTS, that, in accordance with the provisions set forth below, Plaintiffs, Astellas Pharma Inc., Astellas Ireland Co., Ltd. and Astellas Pharma Global Development, Inc. (collectively, "Astellas"), is held firmly and bound unto Defendants Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited (together, "Zydus") and their successors and assigns, ███████████████████████████████ ██████████████████████ without surety, for the payment of which the undersigned bind themselves, their successors and assigns, by these presents.

WHEREAS, pursuant to temporary injunction Ordered by the Court Of Appeals for the Federal Circuit on April 22, 2024 (D.I. 73) in Appeal No. 23-2302, as modified on May 1, 2024 (D.I. 83), Astellas has obtained temporary injunctive relief against Zydus upon the condition that Astellas posts a bond in the amount of ███████████████████████████████ ██████████

NOW, THEREFORE, the condition of this obligation is such that, if Astellas shall pay any costs or damages which may be incurred and proved by Zydus (up to the amount of the bond), if Zydus is found to have been wrongfully enjoined, then this obligation shall be void. Otherwise, this obligation shall remain in full force and effect until further order of the Court.

IN WITNESS WHEREOF, Astellas, through its undersigned agents, has signed and sealed this Bond this __6th__ day of May 2024.

ASTELLAS PHARMA INC.,

_____
Name: ATSUSHI KITAMURA
Title: CFO

ASTELLAS IRELAND CO., LTD.

_____
Name: CAROLINE MULLINS
Title: DIRECTOR ASTELLAS IRELAND CO LTD

ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.

_____
Name: Nahrin S. Marino
Title: SVP, Legal

- 2 -

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on May 6, 2024 on the following counsel in the manner indicated below.

### VIA EMAIL:

Pilar G. Kraman
Alexis N. Stombaugh
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Jonathan B. Turpin
Leah M. Brackensick
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
dabramowitz@lockelord.com
cblessing@lockelord.com
esavas@lockelord.com
jonathan.turpin@lockelord.com
leah.brackensick@lockelord.com

*Counsel for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)