## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 20-1589-JFB-EGT (CONSOLIDATED)

**JURY TRIAL DEMANDED**

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, expert discovery is currently set to close on September 8, 2025;

WHEREAS, the parties are working together to schedule and complete expert depositions on dates that are convenient to the parties and expert witnesses in accordance with the scheduling order, but need additional time to complete those depositions;

WHEREAS, the parties have conferred and agreed to a brief extension of the expert discovery deadline for the limited purpose of allowing additional time that is needed to complete expert depositions; and

WHEREAS, pursuant to D. Del. Local Rule 16.4, the parties certify that counsel have sent a copy of this request to their respective clients;

IT IS HEREBY STIPULATED, by the parties, subject to the approval of the Court, that the deadline for the close expert discovery will be extended to and including October 1, 2025 (from September 8, 2025) for the limited purpose of completing the currently scheduled expert depositions. No other deadlines are affected by this Stipulation.

Dated: September 8, 2025

MCCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants Lupin Ltd. and
Lupin Pharmaceuticals, Inc.*

YOUNG, CONAWAY, STARGATT
& TAYLOR LLP

/s/ Alexis N. Stombaugh
Pilar G. Kraman (#5199)
Alexis N. Stombaugh (#6702)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Defendants
Zydus Pharmaceuticals (USA) Inc.
and Zydus Lifesciences Limited*

IT IS SO ORDERED, this ___ day of _____, 2025.

_____
United States Magistrate Judge

2