**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ASTELLAS PHARMA INC., et al., | ) <br> ) <br> ) C.A. No. 20-1589-JFB-EGT <br> ) (Consolidated) |
| Plaintiffs, | |
| v. | ) <br> ) <br> ) **JURY TRIAL DEMANDED** |
| SANDOZ INC., et al., | ) |
| Defendants. | ) <br> ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, Astellas Pharma Inc., Astellas Ireland Co., Ltd. and Astellas Pharma Global Development, Inc. (collectively, "Plaintiffs") have requested a one-week extension of time to file Reply Briefs in further support of the parties' Motions for Summary Judgment and *Daubert* Motions because Plaintiffs are currently participating in the on-going bench trial before Judge Bataillon in the related case, *Astellas Pharma Inc. et al. v. Ascent Pharmaceuticals, Inc. et al.*, C.A. No. 23-486-JFB-EGT (Consolidated); and

WHEREAS, Defendants do not oppose the requested one-week extension of time;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, and subject to the approval of the Court, that the deadline for the parties to file Reply Briefs in further support of the parties' Motions for Summary Judgment and *Daubert* Motions is extended to and including November 7, 2025 (from October 31, 2025).

Dated: October 28, 2025

MCCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Alexis N. Stombaugh
Pilar G. Kraman (#5199)
Alexis N. Stombaugh (#6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Defendants*
*Zydus Pharmaceuticals (USA) Inc.*
*and Zydus Lifesciences Limited.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ Megan C. Haney
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

IT IS SO ORDERED, this ___ day of _____, 2025.

_____
United States Magistrate Judge

2