## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,

        *Plaintiffs*,

v.

SANDOZ. INC., et al.,

        *Defendants*.

C.A. No. 20-1589-JFB-EGT
CONSOLIDATED

## CONSENT JUDGMENT

WHEREAS Plaintiffs Astellas Pharma, Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") and Zydus Lifesciences Limited and Zydus Pharmaceuticals (USA) Inc. (collectively "Zydus") have agreed to terms and conditions representing a negotiated resolution of Civil Action Nos. 20-1589-JFB-EGT (D. Del.), 23-819-JFB-EGT (D. Del.), 24-940-JFB-EGT (D. Del.), and 24-1069-JFB-EGT (D. Del.); and

WHEREAS the following definitions shall apply to this Consent Judgment:

(i) the "'780 Patent" means U.S. Patent No. 10,842,780;

(ii) the "'451 Patent" means U.S. Patent No. 11,707,451;

(iii) the "'409 Patent" means U.S. Patent No. 12,059,409;

(iv) the "'189 Patent" means U.S. Patent No. 12,097,189;

(v) "Zydus ANDA Products" means the products described in Abbreviated New Drug Application No. 209488, including 25 mg and 50 mg mirabegron extended-release tablets as

1

ME1\59967811.v1

generic versions of Myrbetriq® as existing on the date of this Order, and as amended or supplemented from time to time in the ordinary course of business; and

(vi) "Affiliate" means any entity controlling, controlled by, or under common control with a Party, but only as long as such control continues, where "control" means: (a) the ownership of more than fifty percent (50%) of the equity or beneficial interest of such entity, or the right to vote for or appoint a majority of the board of directors or other governing body of such entity; or (b) the power to directly or indirectly direct or cause the direction of the management and policies of such entity by any means whatsoever;

The parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment in this action as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the parties.

2. For purposes of and in connection with the above-captioned action, Zydus ANDA No. 209488, and the Zydus ANDA Products only, Zydus admits that the '780, '451, '409, and '189 patents are valid and enforceable, and at least one claim of each of the '780, '451, '409, and '189 patents is infringed by the Zydus ANDA Products.

3. Except as specifically authorized or otherwise modified between the parties, Zydus, including any of its successors and assigns, Zydus agrees not to make, have made, use, sell, offer to sell, import, or distribute the Zydus ANDA Products in the United States, on its own or through any Affiliate, officer, agent, servant, employee or attorney, or through any person in concert or coordination with Zydus or its Affiliates, through and until the expiration of the '780 Patent, the

'451 Patent, the '409 Patent, and the '189 Patent, including any patent term extension, patent term adjustment, pediatric exclusivity, or any other regulatory exclusivities.

4.     This Court retains jurisdiction to enforce performance under this Consent Judgment and any related agreement(s). The Parties agree that, in the event of violation of the terms of this Consent Judgment or any related agreement(s), this Court has personal jurisdiction over the parties and venue for an action to enforce performance under this Consent Judgment, including for a preliminary injunction against the breaching conduct and the Parties hereby waive any and all defenses based on lack of personal jurisdiction or venue.

5.     The Complaints in Civil Action Nos. 20-1589-JFB-EGT (D. Del.), 23-819-JFB-EGT (D. Del.), 24-940-JFB-EGT (D. Del.), and 24-1069-JFB-EGT (D. Del.) and all remaining claims, counterclaims, or affirmative defenses raised by Astellas against Zydus or by Zydus in these actions are dismissed without prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated: February 12, 2026

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Pilar G. Kraman
Pilar G. Kraman (#5199)
Alexis N. Stombaugh (#6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Defendants
Zydus Pharmaceuticals (USA) Inc.
and Zydus Lifesciences Limited*

_____
UNITED STATES DISTRICT JUDGE

3